SCANNED
DATE: 1/15/04
BY: _____

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

04  12611  JLT

| | |
|---|---|
| AMERICAN GRAPHICS  INSTITUTE, INC., and CHRISTOPHER SMITH<br><br>Plaintiffs,<br><br>v.<br><br>ACQUIRED LEARNING, INC., SYSTEMS SOLUTION, INC., JUDEANN STIPE, DEAN NOVOSAT, CLARK EDWARDS, and RICHARD WEIN,<br><br>Defendants. | Civil Action No.<br><br>COMPLAINT FOR COPYRIGHT INFRINGEMENT AND UNFAIR COMPETITION |

FILING FEE PAID:
RECEIPT = 60821
AMOUNT $ 150.00
BY DPTY CLK
DATE 12/15/04

## COMPLAINT AND DEMAND FOR JURY TRIAL

The plaintiffs, American Graphics Institute, Inc., and Christopher Smith, for their

complaint against the defendants, Acquired Learning, Inc., Systems Solution, Inc.,

Judeann Stipe, Dean Novosat, Clark Edwards, and Richard Wein, state that:

### NATURE OF ACTION

1.      This is an action for copyright infringement and unfair

competition.  Plaintiffs are seeking injunctive relief as well as monetary damages.

### JURISDICTION AND VENUE

2.      This Court has jurisdiction over these claims pursuant to 28 U.S.C.

§§ 1331 and 1338(a), and principles of supplemental jurisdiction. This Court has venue under 28 U.S.C. §§ 1391(b) and (c).

## THE PARTIES

3.      Plaintiff, American Graphics Institute, Inc. ("AGI"), is a Massachusetts corporation established under the laws of the State of Massachusetts, with its principal place of business in this District, and is actively engaged in the business of providing consulting services and training courses related to computers, software, and electronic and print publishing.

4.      Plaintiff, Christopher Smith, is an individual who resides at 38 York Street, Andover, Massachusetts. Mr. Smith is the president and founder of AGI.

5.      Upon information and belief, defendant, Acquired Learning, Inc. ("Acquired Learning"), is a Pennsylvania corporation that transacts business in this District, with a mailing address of 1514 Quarry Lane, Lancaster, Pennsylvania. Acquired Learning is in the business of providing consulting services and training courses related to computers, software, and electronic and print publishing.

6.      Upon information and belief, defendant, Systems Solution, Inc. ("SSI"), is a Delaware corporation that transacts business in this District, with a mailing address of 376 Crooked Lane, King of Prussia, Pennsylvania. SSI is in the business of computer reselling and a provider of technical services.

7.      Upon information and belief, defendant, Judeann Stipe, is an individual who resides at 1696 Pioneer Road, Lancaster, Pennsylvania, and is employed by defendant Acquired Learning.

8.      Upon information and belief, defendant, Dean Novosat, is an individual with a mailing address of 1514 Quarry Lane, Lancaster, Pennsylvania, and is employed by defendant Acquired Learning.

9.      Upon information and belief, defendant, Clark Edwards, is an individual with an unknown residential address, who is employed by defendant Acquired Learning.

10.     Upon information and belief, defendant, Richard Wein, is an individual with an unknown residential address, and is the president of defendant SSI.

## FACTS

**The Copyrighted Works**

11.     AGI owns and controls the copyrights in a website, authored by AGI and found at or through the URL, www.agitraining.com ("AGI Internet Website"), for which the Register of Copyrights has duly issued Registration Certificate No. TX 6-052-029.  A copy of the registration is attached hereto as Exhibit A.  In addition, AGI filed an application for copyright registration of its rights in certain underlying copyrightable subject matter in the AGI Internet Website on December 10, 2004.  A copy of the copyright application is attached hereto as Exhibit B.

12.    Christopher Smith is an owner of the copyrights in the book, InDesign for QuarkXPress Users, authored by David Blatner, Christopher Smith, Steve Werner, for which the Register of Copyrights has duly issued Registration Certificate No. TX 5-751-587. A copy of the copyright registration is attached hereto as Exhibit C.

**Defendants' Improper Activities**

13.    Defendants Judeann Stipe, and Clark Edwards were former employees of plaintiff, AGI. Defendant Dean Novosat was a former consultant to AGI. Judeann Stipe left AGI on or about June 2004, and Clark Edwards left AGI on or about June 2002. Upon information and belief, Judeann Stipe, Clark Edwards and Dean Novosat formed the defendant corporation, Acquired Learning, on July 19, 2004.

14.    Upon information and belief, defendants Acquired Learning, Judeann Stipe, Dean Novosat, and Clark Edwards operate a website that is found at or through the URL, "acquiredlearning.com" ("Acquired Infringing Website"). The domain name of the Acquired Infringing Website was registered by Dean Novosat. These named defendants also produce software training course materials. The Acquired Infringing Website describes and markets the software training courses, which are produced by these named defendants, that Acquired Learning and its individual employee defendants offer throughout the United States, and in this District, using copyrighted content of AGI. The Acquired Infringing Website advertises over a dozen software training courses using descriptions that are copied from AGI's course descriptions. A version of AGI's website juxtaposed with a version of Acquired Infringing Website containing infringing text,

4

some of which has been highlighted by plaintiffs' counsel, is attached hereto as Exhibit
D.

15.     Upon information and belief, defendants Acquired Learning,
Judeann Stipe, Dean Novosat, and Clark Edwards copied – and continue to copy –
proprietary content, website content, course content and advertising materials of plaintiffs
onto defendants' computer servers, and in defendants' course advertising materials.

16.     Defendants Acquired Learning, Judeann Stipe, Dean Novosat, and
Clark Edwards did not seek or obtain the permission of any of the plaintiffs prior to
copying the plaintiffs' works.  Plaintiffs have not granted Acquired Learning, Judeann
Stipe, Dean Novosat, or Clark Edwards such permission.

17.     Upon information and belief, SSI and its president, Richard Wein,
operate a website found at or through the URL, "ssi-net.com" ("SSI Infringing Website")
The domain of the SSI Infringing Website was registered by Richard Wein.  These
named defendants also produce software training course materials.   The SSI Infringing
Website describes and markets software training courses, which are produced by these
named defendants, that SSI and Mr. Wein offer throughout the United States, and in this
District, through SSI's affiliate, Acquired Learning, using copyrighted content of AGI.
The SSI Infringing Website advertises dozens of software training courses using
descriptions that are copied from AGI's course descriptions.  A version of AGI's website
juxtaposed with a version of the SSI Infringing Website containing infringing text, some
of which has been highlighted by plaintiffs' counsel, is attached hereto as Exhibit E.

18.    Upon information and belief, defendants, SSI and Richard Wein, copied – and continue to copy –proprietary content, website content, course content and advertising materials of plaintiffs, onto defendants' computer servers and in defendants' advertising materials.

19.    Defendants SSI and Richard Wein did not seek or obtain the permission of any of the plaintiffs prior to copying their works.  Plaintiffs have not granted Acquired Learning or Richard Wein such permission.

## CAUSE OF ACTION

### Count I: Copyright Infringement

20.    Plaintiffs incorporate by reference all the allegations of paragraphs 1 through 19, inclusive.

21.    Plaintiff AGI owns the copyrighted material in the AGI Internet Website, found at or through the URL, www.agitraining.com.

22.    Plaintiff Christopher Smith is an owner of the copyrights in the book, InDesign for QuarkXPress Users, authored by David Blatner, Christopher Smith, Steve Werner.

23.    Plaintiffs have complied in all respects with 17 U.S.C. §§ 101 et seq., and secured the exclusive rights and privileges in and to the copyrights of the above-referenced works.  Plaintiffs have been, and still are, proprietors of the rights, title, and interest in and to the copyrights in their respective works as referenced above.

6

24.     Defendants' conduct, including but not limited to, the unauthorized copying of plaintiffs' copyrighted works onto defendants' computer servers and in defendants' advertising materials, infringes at least some of plaintiffs' exclusive rights to reproduce those works under Section 106 of the Copyright Act (17 U.S.C. § 106).

25.     Upon information and belief, as a direct and proximate result of their wrongful conduct, defendants have realized and continue to realize profits and other benefits rightfully belonging to plaintiffs.

26.     Defendants' infringing conduct has also caused, and continues to cause, substantial and irreparable injury and damage to plaintiffs in an amount not capable of determination, and, unless restrained, will cause further irreparable injury, leaving the plaintiffs with no adequate remedy at law.

27.     Upon information and belief, defendants have willfully engaged in, and are willfully engaging in, the acts complained of with oppression, fraud, and malice, and in conscious disregard of the rights of plaintiffs.


**Count II: Common Law Unfair Competition**

28.     Plaintiffs incorporate by reference all the allegations of paragraphs 1 through 19, inclusive.

29.     Upon information and belief, defendants have conspired with each other and embarked on a course of conduct to compete with plaintiffs by misdirecting customers that would otherwise purchase courses or publications offered by plaintiffs. As part of this scheme of unfair competition, defendants have misappropriated plaintiffs'

proprietary content, including plaintiffs' course descriptions and course advertising materials, in undertaking a venture to compete with plaintiffs.

30.    Upon information and belief, as part of this scheme of conduct to compete with plaintiffs by misdirecting customers, defendants have improperly retained the benefit of plaintiffs' proprietary content without compensating plaintiffs for its value.

31.    Upon information and belief, as a direct and proximate result of their wrongful conduct, defendants have realized and continue to realize profits and other benefits rightfully belonging to plaintiffs. Accordingly, plaintiffs seek an award of all profits derived by defendant as a result of their wrongful conduct.

32.    Defendants' wrongful conduct has also caused, and continues to cause, substantial and irreparable injury and damage to plaintiffs in an amount not capable of determination, and, unless restrained, will cause further irreparable injury, leaving the plaintiffs with no adequate remedy at law.

33.    Upon information and belief, defendants have willfully engaged in, and are willfully engaging in, the acts complained of with oppression, fraud, and malice, and in conscious disregard of the rights of plaintiffs. Plaintiffs are, therefore, entitled to the maximum damages allowable.

34.    Defendants' aforesaid acts constitute unfair competition with plaintiffs under common law of the various states, including the state of Massachusetts, and result in the unjust enrichment of defendants.

## PRAYER FOR RELIEF

WHEREFORE, plaintiffs respectfully request judgment against defendants as follows:

(a)    ordering defendants to remove all copies of plaintiffs' copyrighted works and proprietary content from defendants' computer files, hard drives, servers, diskettes, backups, and course materials;

(b)    awarding plaintiffs, at their election, either (i) actual damages and profits derived by defendant as a result of their infringing activities, pursuant to 17 U.S.C. § 504(b), or (ii) to the extent available, statutory damages in the maximum amount of $150,000 with respect to each of plaintiffs' copyrighted works, pursuant to 17 U.S.C. § 504(c);

(c)    ordering defendants to deliver up for destruction all infringing and unauthorized materials, including all discs, drives or other storage or print media, that contain infringing copies of plaintiffs' copyrighted works or unauthorized copies of plaintiffs' proprietary content;

(d)    ordering defendants to account for and pay to plaintiffs all profits wrongfully derived by defendants through their use of plaintiffs' proprietary content and their willful unfair competition;

(e)    awarding plaintiffs the maximum damages available for defendants' deliberate and willful unfair competition and conscious disregard of the rights of plaintiffs;

(f)    awarding plaintiffs their cost of suit and attorneys' fees in this

action;

       (g)    enjoining defendants and their respective agents, employees, officers and directors, attorneys, successors, licensees, and assigns, and all those persons acting in concert and combination therewith, from further unfair competition and infringement of plaintiffs' copyrighted works and unauthorized use of plaintiffs' proprietary content; and

       (h)    granting plaintiffs such other and further relief as this Court deems just and proper.

## DEMAND FOR JURY TRIAL

The Plaintiffs hereby demand a jury trial on all issues so triable in this action.

AMERICAN GRAPHICS  INSTITUTE, INC., and CHRISTOPHER SMITH

By their attorneys,

Dated: December /4, 2004

John L. DuPré    (BBO No. 549659)
Giovanna H. Fessenden (BBO No. 654681)
Hamilton, Brook, Smith & Reynolds, P.C.
530 Virginia Road
P.O. Box 9133
Concord, Massachusetts 01742-9133
Telephone:  (978) 341-0036
Facsimile:  (978) 341-0136

#519265

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT

**TX 6-052-029**

TXU

EFFECTIVE DATE OF REGISTRATION

NOV 03 2004

Month      Day      Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼
American Graphics Institute (AGI) Internet web site

PREVIOUS OR ALTERNATIVE TITLES ▼
n/a

PUBLICATION AS A CONTRIBUTION  If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.      Title of Collective Work ▼
n/a

If published in a periodical or serial give:  Volume ▼ n/a    Number ▼ n/a    Issue Date ▼ n/a    On Pages ▼ n/a

**2**

**a** NAME OF AUTHOR ▼
American Graphics Institute, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR  Citizen of ► USA
Domiciled in ►

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
Description of services and training provided by American Graphics Institute  "Claim is in text, compila-

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼
n/a

tion and photos

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR  Citizen of ►
Domiciled in ►

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼
n/a

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR  Citizen of ►
Domiciled in ►

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
2003 ◄ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ► January     Day ► 2     Year ► 2003     ◄ Nation

**4**

See instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
American Graphics Institute, Inc.
444 Washington Street, Suite 412
Woburn, MA 01801

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
NOV 03 2004
ONE DEPOSIT RECEIVED
NOV 03 2004
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.      • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

Amended by C.O. from phone call to
Christopher Smith on November 15, 2004.

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☐ Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▶            **Year of Registration** ▶

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

  Quotes and illustrations from other sources and some previously
  published text

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

  New text, compilation and photos

**6**
a

b

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼            Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼
American Graphics Institute, Inc.
444 Washington Street, Suite 412
Woburn, MA 01801

Area code and daytime telephone number ▶ 781-376-6044        Fax number ▶ 781-376-6047
Email ▶

**7**
a

b

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▶
☑ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Christopher Smith, President        Date ▶ 1 November 2004

Handwritten signature (X) ▼

X _____

**8**

**Certificate
will be
mailed in
window
envelope
to this
address:**

Name ▼
American Graphics Institute, Inc. - Attn: Christopher Smith
Number/Street/Apt ▼
444 Washington Street, Suite 412
City/State/ZIP ▼
Woburn, MA 01801

• Complete all necessary spaces
• Sign your application in space 8

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2003—xxx  Web Rev: July 2003  🖾 Printed on recycled paper                    U.S. Government Printing Office: 2000-461-113/90,091

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000.

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

TX _____ TXU _____

**EFFECTIVE DATE OF REGISTRATION**

Month _____ Day _____ Year _____

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**
American Graphics Institute (AGI) Internet Website, Software Training Courses

**PREVIOUS OR ALTERNATIVE TITLES ▼**
n/a

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**
n/a

| If published in a periodical or serial give: | Volume ▼ | Number ▼ | Issue Date ▼ | On Pages ▼ |
|---|---|---|---|---|
| | n/a | n/a | n/a | n/a |

## 2

**a** NAME OF AUTHOR ▼
American Graphics Institute, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Claim is in text, compilation and photos

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
2002 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month ▶ June    Day ▶ 5    Year ▶ 2002    ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

American Graphics Institute, Inc.
444 Washington Street, Suite 412
Woburn, MA 01801

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
n/a

See instructions before completing this space.

APPLICATION RECEIVED
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▶ _____ **Year of Registration** ▶ _____

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

n/a

**a 6**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

n/a

**b**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ _____ Account Number ▼ _____

n/a

**a 7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

John DuPre, Esquire

Hamilton, Brook, Smith & Reynolds, P.C.

P.O. Box 9133

Concord, Massachusetts 01742-9133

Area code and daytime telephone number ▶ (978) 341-0036    Fax number ▶ (978) 341-0136

Email ▶ John.DuPre@hbsr.com

**b**

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☑ authorized agent of  American Graphics Institute

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Christopher Smith, President    Date ▶ 8 December 2004

Handwritten signature (X) ▼

X _____ _Christopher S. Smith_ _____

| | | YOU MUST: | **9** |
|---|---|---|---|
| Certificate will be mailed in window envelope to this address: | Name ▼<br>John DuPre, Esquire<br>Hamilton, Brook, Smith & Reynolds, P.C. | • Complete all necessary spaces<br>• Sign your application in space 8<br>SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:<br>1. Application form<br>2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*<br>3. Deposit material | |
| | Number/Street/Apt ▼<br>P.O. Box 9133 | MAIL TO:<br>Library of Congress<br>Copyright Office | |
| | City/State/ZIP ▼<br>Concord, Massachusetts 01742-9133 | 101 Independence Avenue, S.E.<br>Washington, D.C. 20559-6000 | |

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000    Web Rev: June 2002    ♻ Printed on recycled paper    U.S. Government Printing Office: 2000-461-113/20,021

Additional Certificate (17 U.S.C. 706)

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

## FORM TX
**For a Literary Work**
UNITED STATES COPYRIGHT OFFICE

REGI



**TX 5-751-587**

EFFECTIVE DATE OF REGISTRATION

| 6 | 3 | 03 |
|---|---|---|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

InDesign for QuarkXPress Users

0-321-15948-9

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared     **Title of Collective Work ▼**

If published in a periodical or serial give:  Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

## 2

**a**  **NAME OF AUTHOR ▼**
David Blatner

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
co-author of entire text.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**  **NAME OF AUTHOR ▼**
Christopher Smith

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
co-author of entire text.

**c**  **NAME OF AUTHOR ▼**
Steve Werner

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
co-author of entire text.

## 3

**a**  **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2002 ◀Year

**b**  **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ April     Day ▶ 17     Year ▶ 2003
USA ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
David Blatner, Christopher Smith & Steve Werner
c/o Pearson Education, Inc.
75 Arlington Street - Suite 300
Boston, MA  02116

**APPLICATION RECEIVED**
JUN 0 3 2003
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
JUN 0 3 2003

**FUNDS RECEIVED**

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 10.

**DO NOT WRITE HERE**

Page 1 of ___ pages

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |

| | CORRESPONDENCE | | FOR |
|---|---|---|---|
| ☐ | Yes | | COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

**5**

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

**6**

a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions before completing this space.

**—space deleted—**

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

**8**

a ☐ Copies and Phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only          See instructions.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                             Account Number ▼

**9**

Pearson Education, Inc.                              DA025585

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Timothy Nicholls

Pearson Education, Inc.

75 Arlington Street, Suite 300, Boston, MA  02116

Area Code and Telephone Number ▶          617-848-6000

Be sure to give your daytime phone ◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____

**10**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Timothy Nicholls                                             date ▶  5/27/2003

Handwritten signature (X) ▼

| MAIL CERTIFI-CATE TO | Name ▼ Timothy Nicholls, Permissions Pearson Education, Inc. | **11** |
|---|---|---|
| Certificate will be mailed in window envelope | Number/Street/Apartment Number ▼ 75 Arlington Street, Suite 300 | |
| | City/State/ZIP ▼ Boston, MA  02116 | |

YOU MUST
• Complete all necessary spaces
• Sign your application in space 10
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

July 1993—400,000    ♻ PRINTED ON RECYCLED PAPER                         ☆U.S. GOVERNMENT PRINTING OFFICE: 1993-342-582/80,020

## Plaintiff – AGI

AGI Adobe Acrobat and PDF Training



Software Training for Internet, Print and Prepress Publishing.

| Corporate Training | Instructor-Led Training | Seminars & Conferences |

Course List

Acrobat & PDF

Adobe Acrobat & PDF Level I

Acrobat and Accessibility:
PDF and Section 508

Adobe Acrobat Capture

Adobe Acrobat Forms

PDF Workflow for Prepress

### Adobe Acrobat & PDF Level I

In this two day course you will learn how to convert your existing publications into Adobe Portable Document Format (PDF). Learn how to incorporate graphics, text, notes, QuickTime movies and links to the World Wide Web. Acrobat's cross-platform capabilities allow you to distribute your publications economically without sacrificing the original design. This course is for those designing documents that will need to be viewed by many people using different platforms. This class is instructed by an Adobe Certified Expert in Acrobat and has been updated for version 6 Professional.

American Graphics Instructor Christopher Smith authored Teach Yourself Acrobat 5 in 24 Hours.
He has developed the curriculum presented in these classes and also teaches in our Boston area location.



Daytime Courses 9:30am-4:30pm

Philadelphia Dates: Nov 15-16 · Jan 25-26 · Mar 22-23 · May 24-25 · July 19-20

**Boston Dates:**
Nov 17-18 · Jan 25-26 · Mar 22-23 · May 24-25 · July 19-20

**New York City Dates:** Jan 25-26 · Mar 22-23 · May 24-25 · July 19-20

**Atlanta, Chicago, Washington DC Dates**
Nov 29-30 · Dec 29-29

**Los Angeles Dates**
July 26-27 · Aug 30-31 · Sept 27-28 · Oct 25-26 · Nov 29-30

**Course Rate $695.00**
Register on-line

by calling 800-851-9237

**Adobe Acrobat & PDF Level II**

## Defendant – Acquired Learning

Acquired Learning Class Schedules



acquired LEARNING

Class Schedules

Adobe Acrobat Level 1

In this two day course you will learn how to connect your existing publications into Adobe Portable Document Format (PDF). Learn how to incorporate graphics, text, notes, QuickTime movies and links to the World Wide Web. Acrobat's cross-platform capabilities allow you to distribute your publications economically without sacrificing the original design. This course is for those designing documents that will be viewed by many people using different platforms.

**What's covered**

Acrobat Reader Basics          Creating PDFs          Structuring PDF Documents
Acrobat Reader in Depth        Working with Acrobat   Links
Acrobat eBook Reader

**Dates**
Lancaster Sept 7 & 8 · Oct 11 & 12 · Dec 13 & 14
Philadelphia Oct 14 & 15 · Dec 13 & 14
Richmond Sept 7 & 8 · Oct 11 & 12 · Dec 13 & 14
**Cost**
$695.00

Sign Up Now!

## Plaintiff – AGI

AGI Adobe Acrobat and PDF Training

### Adobe Acrobat & PDF Level II

In this two day course you will learn more advanced features of Adobe Acrobat and Adobe Acrobat Distiller. Learn more advanced editing tools, including 3rd-party plug-ins, real-time comment sharing, automating repetitive tasks, working with large volumes of files, multimedia, JavaScript examples and customized PDF creation options. This class is instructed by an Adobe Certified Expert in Acrobat and has been updated for version 6 Professional.

American Graphics Instructor Christopher Smith authored Teach Yourself Acrobat 5 in 24 Hours. He developed the curriculum presented in this classes and also teaches in our Boston location. Back to top.



- ... PDF Files
- ... Bookmarks and Links
- ... Setting up Security (Reviews)
- Creating Indexes & Controls
- Optimizing Adobe ...
- ... Tables
- ... Common File Problems

**Daytime Courses 9:30am-4:30pm**

**Philadelphia, Boston, New York City Dates**
Sept 29-30 • Oct 27-28 • Nov 27-28 • Jan 27-28 • Mar 24-25 • May 26-27 • July 21-22

**Atlanta Dates**
Sept 29-30 • Oct 27-28 • Dec 1-2

**Chicago Dates**
Sept 29-30 • Oct 27-28 • Dec 1-2

**Los Angeles Dates**
Sept 29-30 • Oct 27-28 • Dec 1-2

**Washington DC Dates**
Sept 29-30 • Oct 27-28 • Dec 1-2

**Course Rate $695.00**
Register on-line

or by calling 800-851-9237

### Adobe Acrobat Forms

In this two-day class you'll discover how to expand your use of PDF to include interactive PDF forms for collecting and capturing data while maintaining the look and feel of original paper documents. This session explores the tools available within Acrobat for establishing form fields, radio buttons, and menus. Additionally, you'll discover methods for creating effective form design and tips for more easily handling large form design projects involving repetitive fields, and how to establish validation and submission options for PDF forms.

---

## Defendant – Acquired Learning

Acquired Learning Class Schedules



acquired LEARNING

Class Schedules



### Adobe Acrobat Level 2

In this two day course you will learn advanced features of Adobe Acrobat and Adobe Acrobat Distiller. Learn advanced editing tools, including 3rd-party plug-ins, real-time comment sharing, automating repetitive tasks, working with large volumes of files, multimedia, JavaScript examples and customized PDF creation options.

**What's covered**

| | | |
|---|---|---|
| Forms | Catalog, Indexes, Searches | Automating Acrobat |
| Adding Multimedia to PDFs | Paper and Web Capture | PDF Files and the Web |
| Annotating PDF's | Digital Signatures | |

**Dates**
Lancaster Sept 21 & 22 • Oct 18 & 19
Philadelphia Oct 21 & 22
Richmond Sept 21 & 22 • Oct 18 & 19
**Cost**
$695.00

Sign Up Now!

519398-1

## Plaintiff – AGI



AGI Photoshop Training

**Software Training for Internet, Print and Digital Publishing.**

| Company Info | Corporate Training | Individual Training | Seminars & Conferences | Products |

Course List:

Photoshop Level I

Photoshop Level II

Photoshop Level III–NEW!

Web Graphics

Learn Color Correction &
Retouching Techniques in
Photoshop Level I



### Photoshop Level I

This two-day course is highly recommended for *all levels* of Photoshop users. The core materials for tool usage and color correction are discussed as well obtaining the best digital images. Advanced users who have no formal color training will greatly benefit from this course. Many unknown tips and tricks to help increase productivity are covered throughout the class.

Back to Top.



**Daytime Courses 9:30am-4:30pm**

Philadelphia, Boston and New York City Dates
Nov 8-9 (New York Nov. 15th-16th)–Dec 6-7 • Feb 1-2
Apr 4-5 • May 2-3 • June 6-7 • July 5-6

Atlanta, Chicago, Los Angeles and Washington DC Dates
Aug 9-10 • Sept 13-14 • Oct 4-5 • Nov 8-9

**Course Rate $695.00**

*Take Photoshop Level I & II for $1195.00*
*Take Photoshop Level I, II & III for $1595.00*

Register on-line
or by calling 800-861-9237

Photoshop Level II

---

## Defendant – Acquired Learning

Acquired Learning Class Schedules





acquired **LEARNING**

| Corporate Training | Individual Training | Seminars & Conferences | About Us | Contact Us |

**Class Schedules**

### Adobe Photoshop CS Level 1

This two-day course is highly recommended for all levels of Photoshop users. The core materials for tool usage and color correction are discussed as well obtaining the best digital images. Advanced users who have no formal color training will greatly benefit from this course. Many unknown tips and tricks to help increase productivity are covered throughout the class.

**What's covered**

The Basics                              Compositing                          Colors
Photoshop Color                    Layers                                  Levels and Curves
Startup                                  Using the History palette      Paint tools
Scanning                              Adjustment basics                Gradients
Changing dimensions and
resolution
Selections

**Dates**

Lancaster Sept 7 & 8 • Oct 18 & 19 • Nov 8 & 9 • Dec 6 & 7
Philadelphia Sept 7 & 8
Richmond Sept 7 & 8 • Oct 18 & 19 • Nov 8 & 9 • Dec 6 & 7

**Cost**
$695 for two-days

Sign Up Now!

## Plaintiff – AGI



AGI Photoshop Training

Use the Advanced Correction tools in
Level II.

### Photoshop Level II

Build on the Level I core information to produce complex selections and paths. Discover creative uses for filters and learn how to take advantage of adjustment layers. Automation features will be covered as well as creating buttons to speed up production tasks. Updated for version CS. Requires knowledge of all topics in Photoshop level I. Back to Top



- Distort an Image
- Using Tool Icons
- Paths Operations
- Using Customize Options
- Using Mask Options
- Make Clean-Shear Table
- Creative Use of Filter
- Usage of Action Items
- Automate Slices
- Creating Rollovers
- Adjustment Layers
- Using GIF Series Actions
- Usage of Print
- Using Compress Cache
- Setting Input Output

**Daytime Courses 8:30am-4:30pm**

Boston and New York City Dates
July 8-9 • Aug. 11-12 • Sept. 15-16 • Oct 6-7 • Dec 9-10 • Jan 6-7 • Feb 3-4 • Mar 3-4
Apr 7-8 • May 5-6 • June 9-10 • July 7-8

Philadelphia Dates
July 8-9 • Aug. 11-12 • Sept. 15-16 • Oct 6-7 • Dec 9-10 • Jan 10-11 • Mar 3-4 • May 5-6 • July 7-8

Atlanta, Chicago, Los Angeles and Washington DC Dates

Aug. 11-12 • Sept 15-16 • Oct 6-7 • Dec 9-10

**Course Rate $895.00**

*Take Photoshop Level I & II for $1195.00*
*Take Photoshop Level I, II & III for $1695.00*

**Register on-line
or by calling 800-861-8227**



Take Photoshop to the Mac
in Level III!

---

## Defendant – Acquired Learning

Acquired Learning Class Schedules


acquired LEARNiNG

### Class Schedules

#### Adobe Photoshop CS Level 2

Build on the Level I core information to produce complex selections and paths. Discover creative uses for filters and learn how to take advantage of adjustment layers. Automation features will be covered as well as creating buttons to speed up production tasks. Requires knowledge of all topics in Photoshop Level I.

#### What's covered

| | |
|---|---|
| Distort an image | Slicing |
| Automate | Rollovers |
| Masks | GIF animations |
| Paths/Shapes | Layer effects |
| Type | Background tiling |
| Filters | |
| Actions | |
| Preferences | |
| Print | |
| Web/ImageReady | |

#### Dates
Lancaster Sept 15 & 16 • Nov 10 & 11
Philadelphia Oct 4 & 5 • Dec 15 & 16
Richmond Sept 15 & 16 • Nov 10 & 11

#### Cost
$695.00

Sign Up Now!

519398-1

4

## Plaintiff – AGI



AGI Adobe Illustrator Training



Software Training for Internet, Print and paper Publishing.

| Corporate training | and virtual learning | Seminars & Conferences |

Contents info

Course List

Illustrator I

Illustrator II

**Adobe Illustrator Level I**

Updated for Illustrator CS. In this two day course you will learn what you need to create high quality PostScript line art as well as special effects for logos, graphs and charts. Learn how to utilize the pen tool and control paths around and out and around objects. Use clip art to create customized images you can color, trap and export. Back to the top of Illustrator Courses.

Daytime Courses 9:30am–4:30pm



Philadelphia Dates
Nov 15-16 • Dec 14-15 • Feb 15-16 • Apr 12-13

June 14-15 • Aug 8-9

Boston Dates
Nov 15-16 • Dec 14-15 • Feb 15-16 • Apr 12-13 • June 14-15 • Aug 8-9

New York City Dates
Nov 15-16 • Dec 14-15 • Feb 15-16 • Apr 12-13 • June 14-15 • Aug 8-9

Atlanta Dates
July 19-20 • Aug 23-24 • Oct 18-19 • Nov 15-16 • Dec 16-17

## Defendant – Acquired Learning

Acquired Learning Class Schedules



acquired LEARNING

**Class Schedules**

### Adobe Illustrator CS Level 1

In this two-day course you will learn what you need to create high-quality PostScript line art as well as special effects for logos, graphs and charts. Learn how to utilize the pen tool and control paths around objects. Use clip art to create customized images you can color, trap and export.

**What's covered**

| | | |
|---|---|---|
| Illustrator Interface Tools | Select/Copy | Layers |
| How Illustrator Works | Transform | Create Type |
| Startup | Reshape | Style & Edit Type |
| Views | Fill & Stroke | |
| Objects Basics | Pen | |

**Dates**
Lancaster Sept 15 & 16 • Oct 4 & 5 • Nov 1 & 2 • Dec 8 & 9
Philadelphia Sept 9 & 10 • Dec 8 & 9
Richmond Sept 15 & 16 • Oct 4 & 5 • Nov 1 & 2 • Dec 8 & 9

**Cost**
$695.00

Sign Up Now!

519398-1

## Plaintiff – AGI

AGI Adobe Illustrator Training

Chicago Dates
July 19-20 • Aug 23-24 • Oct 18-19 • Nov 15-16 • Dec 16-17

Los Angeles Dates
July 19-20 • Aug 23-24 • Oct 18-19 • Nov 15-16 • Dec 16-17

Washington DC Dates
July 19-20 • Aug 23-24 • Oct 18-19 • Nov 15-16 • Dec 16-17

**Course Rate $695.00**

*Take both Illustrator Level 1 and Level 2 for $1195.00*
Register on-line

or by calling 800-851-9237

### Adobe Illustrator Level II

Updated for Illustrator CS. Discover the many capabilities available to you in Illustrator. In this two day course the students will work with dissecting live files to discover the techniques used to build complex documents as well as using the same techniques to create their own maps. Course also covers troubleshooting for production personnel, as well as techniques for interesting design effects. Discover how to take advantage of new Effects including the 3D and scribble effects, as well as how to map artwork and photos to Illustrator 3D artwork. Back to the top of Illustration Courses



Daytime Courses 9:30am-4:30pm

Philadelphia, Boston and New York City Dates
Nov 17-18 • Dec 16-17 • Jan 20-21 • Mar 17-18 • May 19-20 • July 14-15

Atlanta Dates
Aug 25-26 • Oct 20-21 • Dec 20-21

Chicago Dates
Aug 25-26 • Oct 20-21 • Dec 20-21

## Defendant – Acquired Learning

Acquired Learning Class Schedules

acquired**LEARNiNG**

### Class Schedules



### Adobe Illustrator CS Level 2

Discover the many advanced capabilities available to you in Illustrator. This two-day course covers troubleshooting for production personnel, as well as advanced techniques for interesting design effects.

**What's covered**

| | | |
|---|---|---|
| Acquire | Appearances/Styles | Actions |
| Brushes | Masks/Transparency | Preferences |
| Symbols | Distort | Output/Export |
| Combine Paths | Filters | Web |
| Gradients | Precision Tools | Separations |

**Dates**
Lancaster Sept 22 & 23 • Oct 7 & 8 • Nov 18 & 19 • Dec 20 & 21
Philadelphia Sept 29 & 30 • Dec 20 & 21
Richmond Sept 22 & 23 • Oct 7 & 8 • Nov 18 & 19 • Dec 20 & 21
**Cost**
$695.00

**Sign Up Now!**

6

## Plaintiff – AGI

AGI Page Layout Training



**Software Training for Internet, Print and Graphic Publishing.**

Company Info | Corporate Learning | Individual Training | Seminars & Conferences

Course List

Page Layout

InDesign I
InDesign II
InCopy
QuarkXPress I
QuarkXPress II
PageMaker I
PageMaker II

### Adobe InDesign Level I

This two day course will get you "up and running" in just two days. Learn how this new page layout application provides refined controls for type and unprecedented control over graphics. This class is fully updated for version cs and is instructed by an Adobe Certified Expert and Adobe Certified Instructor for InDesign. Back to top.



| Topics covered | |
|---|---|
| | |
| | |

**Daytime Courses 9:30am-4:30pm**



**Philadelphia Dates**
Nov 22-23 • Jan 10-11
Mar 7-8 • May 9-10 • July 25-26

**Boston Dates**
Nov 22-23 (This class is Full)*
*New overflow class scheduled for Dec. 1-2
Jan 10-11 • Mar 7-8 • May 9-10 • July 25-26

**New York City Dates**
July 15-16 • Sept 27-28 • Nov 22-23 • Jan 10-11 • Mar 7-8 • May 9-10 • July 25-26

**Atlanta Dates**

---

## Defendant – Acquired Learning

Acquired Learning Class Schedule



acquired LEARNiNG

### Class Schedules

#### Adobe InDesign CS Level 1

This indepth class will get you up and running in just two days. Learn how InDesign provides refined controls for type and unprecedented control over graphics.

**What's covered**

Getting Started
Document Setup
Basic Text

Working with Objects
Working in Color
Styling Objects

Pen and Bezier Tools
Imported Graphics
Text Effects

**Dates**
Lancaster Sept 13 & 14 • Oct 20 & 21 • Dec 13 & 14
Philadelphia Sept 23 & 24
Richmond Sept 13 & 14 • Oct 20 & 21 • Dec 13 & 14
**Cost**
$695.00

Sign Up Now!

519398-1

## Plaintiff – AGI

AGI Page Layout Training

July 15-16 • Sept 27-28 • Nov 22-23

**Chicago Dates**
July 15-16 • Sept 27-28 • Nov 22-23

**Los Angeles Dates**
July 15-16 • Sept 27-28 • Nov 22-23

**Washington, DC Dates**
July 15-16 • Sept 27-28 • Nov 22-23

**Course Rate $695.00**

*Take both InDesign Level I and Level II for $1195.00*

**Register on-line**
or by calling 800-851-9237

**Adobe InDesign Level II**

This two day course is designed for individuals who already know the fundamental features of InDesign and also need to know the more advanced functions related to color controls, typesetting and output. This class is fully updated for version cs and is instructed by an Adobe Certified Expert and Adobe Certified Instructor for InDesign. Back to top.





Courses covered

- General Operations
- Overlay
- Color Palette
- Pen Tool / Clipping Paths
- Links
- Transform
- Style Sheets
- Text Wrap
- Clipping Paths and Text
- Advanced Output
- Printing Color and Text

**Daytime Courses 9:30am-4:30pm**

**Boston Dates**
June 24-25 • Aug 30-31 • Oct 25-26 • Dec 27-28 • Jan 13-14 • Mar 10-11 • May 12-13
July 28-29

**Philadelphia Dates**
June 24-25 • Aug 30-31 • Oct 25-26 • Dec 27-28 • Jan 13-14 • Mar 10-11
May 12-13 • July 28-29

**New York City**
June 24-25 • Aug 30-31 • Oct 25-26 • Dec 27-28 • Jan 13-14 • Mar 10-11 • May 12-13 • July 28-29

**Atlanta Dates**
June 24-25 • Aug 30-31 • Oct 25-26 • Dec 27-28

## Defendant – Acquired Learning

Acquired Learning Class Schedules



**LEARNING**

**Class Schedules**

**Adobe InDesign CS Level 2**

This two-day course is designed for individuals who already know the fundamental features of InDesign and want to learn and use the more advanced functions related to color controls, typesetting and output.

**What's covered**

Pages And Books          Automating Text          Output
Layers                   Typography Controls      Exporting
Libraries                Color Management         Customizing InDesign
Tabs and Tables          Interactive PDF Elements

**Dates**
Lancaster Nov 1 & 2 • Oct 25 & 26
Philadelphia Oct 7 & 8
Richmond Nov 1 & 2 • Oct 25 & 26
**Cost**
$695.00

Sign Up Now*

8

519398-1

## Plaintiff – AGI

AGI Page Layout Training



*This training is custom only. AGI instructors are available for consulting. Use our facilities, or have us come to your site.*

*Call for pricing and availability.*

**QuarkXPress Level I**

This course will have you "up and Running" in 12 hours! Learn the most widely used layout program in the graphic arts industry. This course will focus on making you productive and knowledgeable in this popular layout program. Good for both designers and production personnel. This class is for version 6. Back to top.



**Daytime Courses 9:30am-4:30pm**

**Philadelphia, Boston and New York City Dates**
Sept 1-2 • Nov 8-9 • Mar 28-29 • June 2-3
*New Boston Date or Dec. 15-16

**Atlanta, Chicago, Los Angeles and Washington DC Dates**
Sept 1-2 • Nov 4-5

**Course Rate $695.00**

*Take both QuarkXPress Level 1 and Level 2 for $1195.00*

*Register on-line*
*or by calling 800-851-9237*

**QuarkXPress Level II**

You've mastered the program to do what you need, but want to implement some of the advanced features into your document creation. This two day course will speed up your confidence and productivity! This class is for version 6. Back to top.

## Defendant – Acquired Learning

Acquired Learning Class Schedule

 acquired **LEARNING**



### Class Schedules

**QuarkXPress Level 1**

This course will have you up-and-running in two-days! Learn the most widely used layout program in the graphic arts industry. This course will focus on making you productive and knowledgeable in this popular layout program. Good for both designers and production personnel.

**What's covered**

| The Basics | Formats | Multiple Items |
|---|---|---|
| Startup | Typography | Pictures and Text |
| Get Around | Tables and Tabs | Lines |
| Text Input | Pictures | Color |
| Text Flow | | |

**Dates**
Lancaster Sept 9 & 10 • Oct 27 & 28 • Nov 22 & 23
Philadelphia Sept 15 & 16 • Oct 27 & 28 • Dec 6 & 7
Richmond Sept 9 & 10 • Oct 27 & 28 • Nov 22 & 23
**Cost**
$695.00
Sign up Now!

9

## Plaintiff – AGI

AGI Page Layout Training



- Shipping

*This training is custom only. AGI instructors are available for consulting. Use our facilities, or have us come to your site.*

*Call for pricing and availability.*

**QuarkXPress Level I**

This course will have you "Up and Running" in 12 hours!

Learn the most widely used layout program in the graphic arts industry. This course will focus on making you productive and knowledgeable in this popular layout program. Good for both designers and production personnel. This class is for Version 6. Back to top.



| | |
|---|---|
| Opening Tools and Palettes | Importing Text & Graphics | Master Pages |
| Text and Palettes including Guide | Document Creation | Tabs, Rulers, Guides |
| Color/Stroke | Typesetting Utilities | Printing Tips & Ideas |

**Daytime Courses 9:30am-4:30pm**

Philadelphia, Boston and New York City Dates
Sept 1-2 • Nov 8-9 • Mar 28-29 • June 2-3
*New Boston Date of Dec. 15-16

Atlanta, Chicago, Los Angeles and Washington DC Dates
Sept 1-2 • Nov 4-5

**Course Rate $695.00**

*Take both QuarkXPress Level 1 and Level 2 for $1195.00*

*Register on-line*
*or by calling 800-851-9237*

**QuarkXPress Level II**

**You've mastered the program to do what you need, but used to implement some of the advanced features into your document creation. This two day course will speed up your confidence and productivity! This class is for version 6.** Back to top.



## Defendant – Acquired Learning

Acquired Learning Class Schedules



acquired LEARNING

### Class Schedules

**QuarkXPress Level 2**

You've mastered the program to do what you need, but now you want to implement some of the more advanced features into your document creation. This class will speed up your confidence and productivity!

### What's covered

| | | |
|---|---|---|
| Style Sheets | Beziers | Books |
| Master Pages | Web Documents | Preferences |
| Color | Libraries | Print |
| Layers | Synchronized Text | XML |
| Search & Replace | | |

**Dates**
Lancaster Sept 27 & 28
Philadelphia Oct 18 & 19
Richmond Sept 27 & 28
**Cost**
$695.00

Sign Up Now!

## Plaintiff – AGI

AGI Internet Training

Software Training for Internet, Print and ePaper Publishing

| Corporate Training | Individual Training | Course List |
| --- | --- | --- |
| Seminars & Conferences | | Web Creation Tools |

- HTML I
- HTML II
- HTML III
- XML
- Web Graphics
- GoLive I
- GoLive II
- Fireworks
- Dreamweaver I
- Dreamweaver II
- DW UltraDev
- Flash I
- Flash II
- Flash III
- JavaScript II
- LiveMotion I
- LiveMotion II
- JavaScript I

### Adobe GoLive CS Level I

This two day course provides a strong foundation of the features and use of this web site development and management application. By the completion of this class the student will feel comfortable placing images and creating web pages with links in managed sites.

This level one class is for anyone who has minimal knowledge of the GoLive application. It is recommended that all students have general knowledge of HTML, prior to this class. HTML Level one is recommended if the student has no prior web experience.

Back to top.



- Overview of HTML
- Tour Palette
- Palette
- Layout Grid
- Tables of Stylesheets
- Tables
- Image Creation
- Links
- Frames
- Forms & Layers
- FTP
- Color Count

**Daytime Courses 9:30am-4:30pm**

Philadelphia Boston and New York City Dates
Jan 24-25 • Mar 21-22 • May 23-24 • July 18-19

Atlanta, Chicago, Los Angeles and Washington DC Dates
Sept 1-2 • Nov 1-2

**Course Rate $695.00**

*Special! Take GoLive Level I and GoLive Level II for $1,195.00*

Register on line

or by calling 800-851-9237

## Defendant – Acquired Learning

Acquired Learning Class Schedule

acquired LEARNING

### Class Schedules

### Adobe GoLive Level 1

This two-day course provides a solid foundation in web site development and management application. By the completion of this class, the student will feel comfortable placing images and creating web pages with links in managed sites. This beginner level class is for students with minimal knowledge of the GoLive application. It is recommended that all students have general, introductory knowledge of HTML prior to this class. HTML I is recommended if the student has no prior web experience.

**What's covered**

| | |
| --- | --- |
| Learning Your Way Around | Working with Images |
| Your First GoLive Project | Working with Color |
| Working with Text | Working with Links |

Working with Tables
Working with Layout Grids
Floating Boxes and Positioning

**Dates**
Lancaster Nov 8 & 9 • Oct 4 & 5 • Dec 20 & 21
Philadelphia Sept 21 & 22
Richmond Nov 8 & 9 • Oct 4 & 5 • Dec 20 & 21

**Cost**
$695.00

Sign Up Now!

519398-1

| Plaintiff – AGI | Defendant – Acquired Learning |

AGI Internet Training

Acquired Learning Class Schedule

## Plaintiff – AGI

### Adobe GoLive CS Level II

This day course is for the GoLive user who has created pages or sites in GoLive, but needs to learn more productive methods. All of the topics from GoLive I are covered at much faster pace in order to insure that students have the necessary fundamental skills. The topics in the chart below are added to this advanced level curriculum. Students should be familiar with HTML terms and able to create basic pages with images and links. Back to top.



**Daytime Courses 9:30am–4:30pm**

Philadelphia, Boston and New York City Dates
Jan 27-28 • Mar 24-25 • May 26-27 • July 21-22

Atlanta, Chicago, Los Angeles and Washington DC Dates
Aug 2-3 • Nov 3-4

**Course Rate $695.00**

*Take GoLive Level I and GoLive Level II for $1,195.00*
Register on line
or by calling 800-851-9237

### HTML Level I

Creating Web Pages In this hands-on class you will learn the fundamentals to creating a web page. By the end of this class you will know how to make a web page with colors, links, images and text. This class will give you the confidence and knowledge to build an exciting page for yourself or your business! Back to top.



**Daytime Courses 9:30am–4:30pm**

## Defendant – Acquired Learning



**LEARNING**

### Class Schedules

#### • Adobe GoLive Level 2

This two-day course is for the GoLive user who has created pages or sites in GoLive, and needs to learn more productive methods. Many of the concepts from GoLive I are reinforced, along with the topics listed below. Registration for this course requires familiarity with general HTML, terms and the ability to create basic pages and sites in GoLive.

**What's covered**

Working with Forms
Working with Frames
Working with Code
Working with Style Sheets

Working with Rich Media
Building Sites
Viewing and Managing Sites
Publishing Sites

The Workgroup Server
Using Actions
Animation and QuickTime
Dynamic Content

**Dates**
Lancaster Sept 29 & 30 • Oct 7 & 8
Philadelphia Nov 3 & 4
Richmond Sept 29 & 30 • Oct 7 & 8
**Cost**
$595.00

Sign Up Now!

12

## Plaintiff – AGI

AGI Internet Training

**Register by calling 800-861-9237**

**Macromedia DreamWeaver I**

This two day course provides an in-depth look at the features and use of this web site development and management application. Updated for Version MX. Back to top.



**Daytime Courses 9:30am–4:30pm**

Philadelphia, Boston and New York City Dates
July 8-9 • Sept 16-17 • Nov 1-2 • Dec 6-7 • Feb 1-2 • Mar 1-2 • May 1-2 • July 25-26

Atlanta, Chicago, Los Angeles and Washington DC
Sept 16-17

**Course Rate $695.00**
Register on-line
or by calling 800-861-9237

**Macromedia DreamWeaver Level II**

This two day course provides an advanced look at the features and use of this web site development and management application. Updated for version MX. Back to top.



**Daytime Courses 9:30am–4:30pm**

Philadelphia, Boston and New York City Dates
Aug 2-3 • Nov 3-4 • Jan 5-6 • Mar 3-4 • Mar 30-31 • May 4-5
July 27-28

## Defendant – Acquired Learning

Acquired Learning Class Scheduler



acquired LEARNiNG

Class Schedules

**Macromedia Dreamweaver Level 1**

This two day course provides an in-depth look at the features and use of this web site development and management application. Updated for Version MX.

**What's covered**

Creating New Files
Opening Files
Creating Content
Page Properties

Modifying the Page Color and
Background
Saving Your Work
Saving a Copy of a File

Previewing in a Browser
Colors and Web Pages
Uploading your Site to an FTP
Server

**Dates**
Lancaster Sept 13 & 14 • Oct 13 & 14
Philadelphia Oct 25 & 26
Richmond Sept 13 & 14 • Oct 13 & 14
**Cost**
$695.00

Sign Up Now!

519398-1

## Defendant – Acquired Learning

Acquired Learning Class Schedules



acquired LEARNING

Home | Locations | Classes | Schedule | ... | About Us | ... | Contact Us

### Class Schedules

**Macromedia Dreamweaver Level 2**

This two day course provides an advanced look at the features and use of this web site development and management application. Updated for version MX.

**What's covered**

Working with Forms
Working with Frames
Working with Code
Working with Style Sheets

Working with Rich Media
Building Sites
Viewing and Managing Sites
Publishing Sites

The Workgroup Server
Using Actions
Animation and QuickTime
Dynamic Content

**Dates**
Lancaster Sept 23 & 24 • Oct 20 & 21
Philadelphia Oct 27 & 28
Richmond Sept 23 & 24 • Oct 20 & 21
**Cost**
$695.00

[Sign Up Now!]

---

## Plaintiff – AGI

AGI Internet Training

**Register by calling 800-851-9237**

**Macromedia Dreamweaver I**

This two day course provides an in-depth look at the features and use of this web site development and management application. Updated for Version MX. Back to top.



**Daytime Courses 9:30am-4:30pm**

Philadelphia, Boston and New York City Dates
July 8-9 • Sept 16-17 • Nov 1-2 • Dec 6-7 • Feb 1-2 • Mar 1-2 • May 1-2 • July 25-26

Atlanta, Chicago, Los Angeles and Washington DC
Sept 16-17

**Course Rate $695.00**
Register on-line
or by calling 800-851-9237

**Macromedia Dreamweaver Level II**

This two day course provides an advanced look at the features and use of this web site development and use of this web site development and management application. Updated for version MX. Back to top.



**Daytime Courses 9:30am-4:30pm**

Philadelphia, Boston and New York City Dates
Aug 2-3 • Nov 3-4 • Jan 5-6 • Mar 3-4 • Mar 30-31 • May 4-5
July 27-28



14

519398-1

## Plaintiff – AGI

AGI Adobe Premiere & After Effects Training Classes

**Los Angeles Dates**
July 21-22 • Aug 5-6 • Oct 12-13 • Dec 3-4

**Washington DC Dates**
July 21-22 • Aug 5-6 • Oct 12-13 • Dec 3-4

**Course rate $795.00**

Take Premiere I, After Effects for $1395.00
Take Premiere I, II and After Effects for $1795.00

Register on-line
or by calling 800-861-9237

**Adobe Premiere Level I**

Learn the essentials of this software which is designed for video professionals. Attendees will learn how to use the interface and superb editing tools by producing broadcast-quality movies used for video, multimedia, or the web. Updated for version Premiere Pro. Back to Top.



**Daytime Courses 9:30am-4:30pm**

**Boston (Woburn), MA Dates:**
Aug 5-6 • Oct 12-13 • Dec 2-3 • Feb 10-11 • Mar 31-Apr 1 • June 2-3

**New York City Dates:**
Aug 5-6 • Oct 12-13 • Dec 2-3 • Feb 10-11 • Mar 31-Apr 1 • June 2-3

**Philadelphia (Blue Bell), PA Dates:**
Aug 5-6 • Oct 12-13 • Dec 2-3 • Feb 10-11 • Mar 31-Apr 1 • June 2-3

**Atlanta Dates**
Aug 5-6 • Oct 12-13 • Dec 2-3

**Chicago Dates**
Aug 5-6 • Oct 12-13 • Dec 2-3

## Defendant – Acquired Learning

Acquired Learning Class Schedules



acquired LEARNING



**Adobe Premiere Level 1**

Learn the essentials of this software, which is designed for video professionals. Attendees will learn how to use the interface and superb editing tools for producing broadcast-quality movies used for video, multimedia, or the Web.

**What's covered**

Premiere Basics
Starting a Project
Importing and Managing Clips
Editing Source Clips

Creating a Program
Editing in the Timeline
Refining the Program

Transitions
Previewing Transitions and
Effects
Mixing Audio

**Dates**
Lancaster Sept 20 & 21 • Nov 15 & 16
Philadelphia Nov 1 & 2
Richmond Sept 20 & 21 • Nov 15 & 16
**Cost**
$749.00

Sign Up Now!

15

519398-1

## Plaintiff – AGI

AGI Adobe Premiere & After Effects Training Classes

**Los Angeles Dates**
Aug 5-6 • Oct 12-13 • Dec 2-3

**Washington DC Dates**
Aug 5-6 • Oct 12-13 • Dec 2-3

**Course Rate $795.00**

Take Premiere I, After Effects for $1595.00
Take Premiere I, II and After Effects for $1795.00

Register on-line
or by calling 800-861-9237

**Adobe Premiere Level II**

Learn the advanced capabilities of Adobe Premiere. Attendees will learn how to use advanced interface and editing tools for producing broadcast-quality movies used for video, multimedia and the Web. Updated for Premiere Pro. Back to Top.



- Updates to user features
- Advanced video editing
- Importing Projects
- DVD Import
- Working with titles
- Advanced transitions
- Color Correction
- Information to Encore DVD
- Working Timelines
- Advanced Editing
- Motion path movement

**Daytime Courses 9:30am-4:30pm**

**Boston (Woburn), MA Dates:**
Sept 1-2 • Nov 3-4 • Dec 16-17 • Feb 17-18 • Apr 14-15 • June 16-17

**New York City Dates:**
Jan 3-4 • Feb 17-18 • Apr 14-15 • June 16-17

**Philadelphia (Blue Bell), PA Dates:**
Sept 1-2 • Nov 3-4 • Dec 16-17 • Feb 17-18 • Apr 14-15 • June 16-17

**Atlanta Dates**
Sept 1-2 • Nov 3-4

**Chicago Dates**
Sept 1-2 • Nov 3-4

## Defendant – Acquired Learning

Acquired Learning Class Schedule



acquired LEARNING

**Class Schedules**



Adobe
Premiere Pro 1  **Adobe Premiere Level 2**

Learn the advanced capabilities of Adobe Premiere in two days of hands-on training. Attendees will learn how to use advanced interface and editing tools for producing broadcast-quality movies used for video, multimedia and the Web.

**What's covered**

Adding Effects          Motion Setting          Premiere Online
Creating Titles         Creating Output         Video and Audio Settings
Superimposing Clips     Capturing Video

**Dates**
Lancaster Sept 29 & 30 • Nov 29 & 30
Philadelphia Nov 22 & 23
Richmond Sept 29 & 30 • Nov 29 & 30
**Cost**
$749.00

Sign Up Now!

16

519398-1

## Plaintiff – AGI

AGI Internet Training

**Atlanta Dates**
Aug 30-31 • Oct 25-26 • Dec 27-28

**Chicago Dates**
Aug 30-31 • Oct 25-26 • Dec 27-28

**Los Angeles Dates**
Aug 30-31 • Oct 25-26 • Dec 27-28

**Washington DC Dates**
Aug 30-31 • Oct 25-26 • Dec 27-28

**Course Rate $695.00**
Register on-line
or by calling 800-851-9237

### Dreamweaver Level III

This two-day course extends Dreamweaver into the realm of database-driven sites. Requires knowledge of all topics in Dreamweaver Level I and Level II. Updated for version MX Back to top.



This class is a custom training.

*Call 1-800-851-9237 for information and to schedule.*

### Macromedia Flash Level I

**Flash** offers the only standard playback of vector graphics and animations in a Web browser. **Flash files are resolution independent, anti-aliased, and stream real-time during playback offering the highest quality viewing experience.** Flash movies break the bandwidth barrier with beautiful and compact animations, navigation interfaces, ad banners, logos, technical illustrations, long-form cartoons, interactive comic books and much more. This introductory class is for the new user to Flash. Updated for version MX. Back to top.



17

---

## Defendant – Acquired Learning

Acquired Learning Class Schedules

acquired LEARNiNG

Class Schedules

### Macromedia Flash Level 1

This two-day class provides an introduction to the features and capabilities of Flash. Flash files offer standard playback of vector graphics and animations in a Web browser. Flash files are resolution independent and stream real-time during playback offering a high quality viewing experience.

#### What's covered

The Flash Authoring Tool
Creating Simple Graphics
Modifying Simple Graphics
Complex Graphics on a Single Layer

Graphics on Multiple Layers
Understanding the Library
Frame-by-Frame Animations

Using the Timeline
Animation with Motion Tweening
Animation with Shape Tweening

#### Dates
Lancaster Sept 7 & 8• Nov 3 & 4 • Nov 29 & 30
Philadelphia Sept 13 & 14 • Nov 10 & 11
Richmond Sept 7 & 8• Nov 3 & 4 • Nov 29 & 30

#### Cost
$695.00

Sign Up Now!

519398-1

## Plaintiff – AGI

**Flash Level II**

Learn more about how Flash movies break the bandwidth barrier with beautiful and compact animations, navigation interfaces, ad banners, logos, technical illustrations, long-form cartoons, interactive comic books and much more. Updated for version MX. Back to top.



Philadelphia, Lancaster, PA, Boston and New York City Dates
Sept 22-23 • Nov 18-19 • Jan 18-19 • Mar 15-16 • May 17-18 • July 5-6

**Atlanta Dates**
July 21-22 • Sept 22-23 • Nov 18-19

**Chicago Dates**
July 21-22 • Sept 22-23 • Nov 18-19

---

## Defendant – Acquired Learning

Acquired Learning Class Schedules



Home | Locations | Class Schedule | Contact Us

**Class Schedules**

### Macromedia Flash Level 2



Learn more about how Flash movies break the bandwidth barrier with beautiful and compact animations, navigation interfaces, ad banners, logos, technical illustrations, long-form cartoons, interactive comic books and much more.

**What's covered**

More-Complex Animation Tasks
Building Buttons for Interactivity
Basic Interactivity Using Behaviors

Authoring Utilities
Using Non-Flash Graphics
Adding Sound

Adding Video
Delivering Movies to Your Audience

**Dates**
Lancaster Nov 10 & 11 • Nov 22 & 23
Philadelphia Sept 27 & 28
Richmond Nov 10 & 11 • Nov 22 & 23
**Cost**
$695.00

Sign Up Now!

519398-1

## Defendant – SSI

Systems Solution Inc. – School of the Curve

**Systems Solution, Inc. SSI**

Home | Products | Service | Rentals | Education

### CLASS CALENDAR

Workflow Management and Digital Prepress

### Acrobat & PDF 1

**Course Description**

In the two day course you will learn how to convert your existing publications into Adobe Portable Document Format (PDF). Learn how to incorporate graphics, text, notes, QuickTime movies and links to the World Wide Web. Acrobat's cross-platform capabilities allow you to distribute your publications economically without sacrificing the original design. This course is for those designing documents that will need to be viewed by many people using different platforms. Training provided by our authorized education partner Acquired Learning.

**Topics Covered:**

- Creating PDF Files
- Comments & Annotations
- Forms
- Security & Passwords
- Thumbnails
- Buttons
- Bookmarks
- Links
- Basic File Editing

**Days:**

2

**Tuition**

$ 695

**Enrollment**

Limited enrollment for each class (6-12 max), guaranteed 1 student per machine.

**Cancellations/Rescheduling Policy**

You may reschedule an open-enrollment class without charge as long as the request to reschedule is received at least TEN (10) BUSINESS DAYS prior to the class date. If you reschedule within TEN (10) BUSINESS DAYS of the class date, you will be subject to a $150.00 rescheduling fee. You may cancel an open-enrollment class and receive a refund (less a $150 administrative fee) as long as your request to cancel is received FIFTEEN (15) OR MORE BUSINESS DAYS prior to the class date. Cancellations received within FIFTEEN (15) BUSINESS DAYS of the class date are not refundable. Substitutions are permitted at any time.

Apple assumes no responsibility with regard to the selection, performance, or use of these products or services. All understandings, agreements, or warranties, if any, take place directly between the vendors and prospective users. For more information, see http://www.apple.com/expofs/

**Reserve Your Seat Today (All fields are required.)**

---

## Plaintiff – AGI

AGI Adobe Acrobat and PDF Training



**Software Training for Internet, Print and ePaper Publishing.**

AGI

Course List | Acrobat & PDF

| | |
|---|---|
| Company Info | Corporate Training |
| | Live virtual Training |
| | Seminars & Conferences |

Adobe Acrobat & PDF Level II

Acrobat and Accessibility: PDF and Section 508

Adobe Acrobat Capture

Adobe Acrobat Forms

PDF Workflow for Prepress

### Adobe Acrobat & PDF Level I

In this two day course you will learn how to convert your existing publications into Adobe Portable Document Format (PDF). Learn how to incorporate graphics, text, notes, QuickTime movies and links to the World Wide Web. Acrobat's cross-platform capabilities allow you to distribute your publications economically without sacrificing the original design. This course is for those designing documents that will need to be viewed by many people using different platforms. This class is instructed by an Adobe Certified Expert in Acrobat and has been updated for version 6 Professional.

American Graphics Instructor Christopher Smith authored Teach Yourself Acrobat 5 in 24 Hours. He has developed the curriculum presented in these classes and also teaches in our Boston area location.



**Daytime Courses 9:30am–4:30pm**

**Philadelphia Dates:** Nov 15-16 • Jan 25-26 • Mar 22-23 • May 24-25 • July 19-20

**Boston Dates:**
Nov 17-18 • Jan 25-26 • Mar 22-23 • May 24-25 • July 19-20

**New York City Dates:** Jan 25-26 • Mar 22-23 • May 24-25 • July 19-20

**Atlanta, Chicago, Washington DC Dates**
Nov 29-30 • Dec 28-29

**Los Angeles Dates**
July 26-27 • Aug 30-31 • Sept 27-28 • Oct 25-26 • Nov 29-30

**Course Rate $695.00**
**Register on-line**

by calling **800-851-9237**

### Adobe Acrobat & PDF Level II

---

518313-1

1

## Plaintiff – AGI

AGI Adobe Acrobat and PDF Training

In the two day course you will learn more advanced features of Adobe Acrobat and Adobe Acrobat Distiller. Learn more advanced editing tools, including 3rd-party plug-ins, real-time comment sharing, automating repetitive tasks, working with large volumes of files, multimedia, JavaScript examples and customized PDF creation options. This class is instructed by an Adobe Certified Expert in Acrobat and has been updated for version 6 Professional.

American Graphics Instructor Christopher Smith authored Teach Yourself Acrobat 5 in 24 Hours. He developed the curriculum presented in these classes and also teaches in our Boston location. Back to top.

**Daytime Courses 9:30am–4:30pm**

**Philadelphia, Boston, New York City Dates**
Sept 29-30 • Oct 27-28 • Nov 29-30 • Jan 27-28 • Mar 24-25 • May 26-27 • July 21-22

**Atlanta Dates**
Sept 29-30 • Oct 27-28 • Dec 1-2

**Chicago Dates**
Sept 29-30 • Oct 27-28 • Dec 1-2

**Los Angeles Dates**
Sept 29-30 • Oct 27-28 • Dec 1-2

**Washington DC Dates**
Sept 29-30 • Oct 27-28 • Dec 1-2

**Course Rate $895.00**
Register on-line

or by calling 800-851-9237

**Adobe Acrobat Forms**

In this two-day class you'll discover how to expand your use of PDF to include interactive PDF form forms for collecting and capturing data while maintaining the look and feel of original paper documents. This session explores the tools available within Acrobat for establishing form fields, radio buttons, and menus. Additionally, you'll discover methods for creating effective form design and tips for more easily handling large form design projects involving repetitive fields, and how to establish validation and submission options for PDF forms.

Icons Hands ide

• PDF vs. HTML Forms    • Creating Buttons    • Using Radio Buttons

---

## Defendant – SSI

Systems Solution, Inc. SSI - Ahead of the Curve

Home    Products    Service    Rentals    Education

### CLASS CALENDAR

Workflow Management and Digital Prepress

**Acrobat & PDF 2**

Course Description
In this two day course you will learn more advanced features of Adobe Acrobat and Adobe Acrobat Distiller. Learn more advanced editing tools, including 3rd-party plug-ins, real-time comment sharing, automating repetitive tasks, working with large volumes of files, multimedia, JavaScript examples and customized PDF creation options. Training provided by our authorized education partner Acquired Learning.

Topics Covered

• Generating PDF Files
• Incorporating Text & Graphics
• Incorporating QuickTime Movies
• Setting up Security (Passwords)
• Creating Indexes & Contents Tables

• Revolution
• Bookmarks and Links
• Generating Postscript
• Common File Problems

Days:
2

Required Architecture and Prerequisites

Tuition:
$ 895

Enrollment
Limited enrollment for each class (4-12 max), guaranteed 1 student per machine.

Cancellation/Rescheduling Policy
You may reschedule an open-enrollment class without charge as long as the request to reschedule is received at least TEN (10) BUSINESS DAYS prior to the class date. If you reschedule within TEN (10) BUSINESS DAYS of the class date, you will be subject to a $150.00 rescheduling fee. You may cancel an open-enrollment class and receive a refund (less a $150 administrative fee) as long as your request to cancel is received FIFTEEN (15) OR MORE BUSINESS DAYS prior to the class date. Cancellations received within FIFTEEN (15) BUSINESS DAYS of the class date are not refundable. Substitutions are permitted at any time.

Apple assumes no responsibility with regard to the selection, performance, or use of the products or services. All understandings, agreements, or warranties, if any, take place directly between the vendors and prospective users. For more information, see http://www.apple.com/xserve/

Reserve Your Seat Today (All fields are required.)
◉ Please contact me with more information.

Class

Name

2

518313-1

## Plaintiff – AGI

AGI Photoshop Training

**Software Training for Internet, Print and ePaper Publishing.**

Photoshop

| Company Info | Corporate Training | Individual Training | Seminars & Conferences |

Course List

Photoshop Level I

Photoshop Level II

Photoshop Level III–NEW!

Web Graphics

Learn Color Correction & Retouching Techniques in Photoshop Level I

**Photoshop Level I**

This two-day course is highly recommended for *all levels* of Photoshop users. The core materials for tool usage and color correction are discussed as well as obtaining the best digital images. Advanced users who have no formal color training will greatly benefit from this course. Many unknown tips and tricks to help increase productivity are covered throughout the class.

Back to Top.

- Use of All Tools
- Image Size/Resolution
- Color Correction
- Selection Techniques
- Understanding the Histogram
- Formula for Saving
- Mode Selection
- Pen Tool/Clipping Paths
- Working with History
- Proper Color Settings
- Retouching/Correcting Flaws

**Daytime Courses 9:30am–4:30pm**

Philadelphia, Boston and New York City Dates
Nov 8-9 (New York Nov. 15th-16th) •Dec 6-7 • Feb 1-2
Apr 4-5 • May 2-3 • June 6-7 • July 5-6

Atlanta, Chicago, Los Angeles and Washington DC Dates
Aug. 9-10 • Sept 13-14 • Oct 4-5 • Nov 8-9

**Course Rate $695.00**

Take *Photoshop Level I & II* for *$1195.00*
Take *Photoshop Level I, II & III* for *$1595.00*

Register on-line
or by calling 800-851-9237

**Photoshop Level II**

---

## Defendant – SSI

Systems Solution, Inc. – *Ahead of the Curve*

**Systems Solution, Inc. SSi** *Ahead of the Curve*

Home  Products  Service  Rentals  Education

CLASS CALENDAR

### CLASS CALENDAR

Design and Layout

**PhotoShop 1**

*Course Description*

This one-day course is highly recommended for all levels of Photoshop users. The core materials for tool usage and color correction are discussed as well as obtaining the best digital images. Advanced users who have no formal color training will greatly benefit from this course. Many unknown tips and tricks to help increase productivity are covered throughout the class. Training provided by our authorized education partner Acquired Learning.

*Topics Covered:*

- Use of All Tools
- Image Size/Resolution
- Color Correction
- Selection Techniques
- Understanding the Histogram
- Formula for Saving
- Mode Selection
- Pen Tool/Clipping Paths
- CMYK Conversion
- Creating Line Art, Gray scale
- Painting Tips
- Navigating Tips & Tricks
- Intro to Alpha Channels
- Duotone
- Adjusting Tone Curve

*Days:*
2

*Intended Audience and Prerequisites:*
This class is intended for those who are new to PhotoShop or want to learn how to get the most out of PhotoShop. Participants in all classes should have some familiarity with the Macintosh desktop or Windows environments. Experience with graphic design programs is a plus but not required.

*Tuition:*
$ 895

*Enrollment:*
Limited enrollment for each class (8-12 max), guaranteed 1 student per machine.

*Cancellation/Rescheduling Policy:*
You may reschedule an open-enrollment class without charge as long as the request to reschedule is received at least TEN (10) BUSINESS DAYS prior to the class date. If you reschedule within TEN (10) BUSINESS DAYS of the class date, you will be subject to a $150.00 rescheduling fee. You may cancel an open-enrollment class and receive a refund (less a $150 administrative fee) as long as your request to cancel is received FIFTEEN (15) OR MORE BUSINESS DAYS prior to the class date. Cancellations received within FIFTEEN (15) BUSINESS DAYS of the class date are not refundable. Substitutions are permitted at any time.

Apple assumes no responsibility with regard to the selection, performance, or use of the products or services. All understandings, agreements, or warranties, if any, take place directly between the vendors and prospective users. For more information, see http://www.apple.com/services



518313-1

3

## Plaintiff – AGI

### Photoshop Level II

**Build on the Level I core information to produce complex selections and paths. Discover creative uses for filters and learn how to take advantage of adjustment layers. Automation features will be covered as well as creating buttons to speed up production tasks.** Updated for version CS. Requires knowledge of all topics in Photoshop level I. Back to Top.



**Daytime Courses 9:30am-4:30pm**

**Boston and New York City Dates**
July 8-9 • Aug. 11-12 • Sept 15-16 • Oct 6-7 • Dec 9-10 • Jan 6-7 • Feb 3-4 • Mar 3-4
Apr 7-8 • May 5-6 • June 5-10 • July 7-8

**Philadelphia Dates**
July 8-9 • Aug. 11-12 • Sept 15-16 • Sept 6-7 • Dec 9-10 • Jan 10-11 • Mar 3-4 • May 5-6 • July 7-8

**Atlanta, Chicago, Los Angeles and Washington DC Dates**

Aug. 11-12 • Sept 15-16 • Oct 6-7 • Dec 9-10

**Course Rate $695.00**

**Take Photoshop Level I & II for $1195.00**
**Take Photoshop Level I, II & III for $1695.00**

**Register on-line**
**or by calling 800-851-9237**



---

## Defendant – SSI

Home  Products  Service  CALENDAR  Rentals  Education

Systems Solution, Inc. • Ahead of the Curve

### Systems Solution, Inc. SSI

## CLASS CALENDAR

Design and Layout

### PhotoShop 2

Course Description

Build on the Level I core information to produce complex selections and paths. Discover creative uses for filters and learn how to take advantage of adjustment layers. Automation features will be covered as well as creating buttons to speed up production tasks. Requires knowledge of all topics in Photoshop Level I. Training provided by our authorized education partner Acquired Learning.

Topics Covered:

- Advanced Selections
- Using Input Colors
- Layouts and Masks
- Creating Custom Brushes
- Painting Tonal Corrections
- Alpha Channel Tips & Tricks
- Creative Use of Filters
- Defining & Using Gradients

- Automation Tools
- Creating Presets
- Adjustment Layers
- Creating & Saving Actions
- Advanced Use of Tools
- Replacing & Changing Colors
- Defining and Using Patterns

Days
2

Intended Audience and Prerequisites

The class is designed for those who know PhotoShop already but want to utilize the more advanced techniques. Participants in all classes should have some familiarity with the Macintosh desktop or Windows environment. Participants should have taken Intro to PhotoShop or have extensive experience with PhotoShop.

Tuition
$ 695

Enrollment

Limited enrollment for each class (8-12 max), guaranteed 1 student per machine.

Cancellation/Rescheduling Policy

You may reschedule an open-enrollment class without charge as long as the request to reschedule is received at least TEN (10) BUSINESS DAYS prior to the class date. If you reschedule within TEN (10) BUSINESS DAYS of the class date, you will be subject to a $150.00 rescheduling fee. You may cancel an open-enrollment class and receive a refund (less a $150 administrative fee) as long as your request to cancel is received FIFTEEN (15) OR MORE BUSINESS DAYS prior to the class date. Cancellations received within FIFTEEN (15) BUSINESS DAYS of the class date are not refundable. Substitutions are permitted at any time.

Apple assumes no responsibility with regard to the selection, performance, or use of the products or services. All understandings, agreements, or warranties, if any, take place directly between the vendors and prospective users. For more information, see http://www.apple.com/experts.



## Plaintiff – AGI

**AGI Photoshop Training**



Use Advanced Correction tools in Level II.

Build on the Level I core information to produce complex selections and paths. Discover creative uses for filters and learn how to take advantage of adjustment layers. Automation features will be covered as well as creating buttons to speed up production tasks. Updated for version CS. Requires knowledge of all topics in Photoshop level I. Back to Toc.

- Advanced Selections
- Using Best Masks
- Layout Layer Masks
- Creating Custom Brushes
- Pairing Tonal Corrections
- Alpha Channel Tips & Tricks
- Creation Use of Filters
- Defining & Using Gradients
- Automation Tools
- Creating Presets
- Adjustment Layers
- Creating & Saving Actions
- Advanced Use of Tools
- Replacing & Changing Colors
- Defining and Using Patterns

**Daytime Courses 9:30am–4:30pm**

**Boston and New York City Dates**
July 8-9 • Aug. 11-12 • Sept 15-16 • Oct 6-7 • Dec 9-10 • Jan 6-7 • Feb 3-4 • Mar 3-4
Apr 7-8 • May 5-6 • June 9-10 • July 7-8

**Philadelphia Dates**
July 8-9 • Aug. 11-12 • Sept 15-16 • Oct 6-7 • Dec 9-10 • Jan 10-11 • Mar 3-4 • May 5-6 • July 7-8

**Atlanta, Chicago, Los Angeles and Washington DC Dates**
Aug 11-12 • Sept 15-16 • Oct 6-7 • Dec 9-10

**Course Rate $695.00**

*Take Photoshop Level I & II for $1195.00*
*Take Photoshop Level I, II & III for $1695.00*

Register on-line
or by calling 800-851-9237

**Photoshop Level III**

Take Photoshop to the Max in Level III!

*Think that you know everything about Photoshop? This two day power user class is for advanced users only. In this course you will learn how to create complex composites with text and layer effects. Seamless integration of effects and colors for realistic images will be covered, as well as many advanced tips that even experienced users will find worthwhile.* Back to Top.

---

## Defendant – SSI

Systems Solution Inc. - Ahead of the Curve

### CLASS CALENDAR

**Design and Layout**

**Photoshop 3**

*Course Description*
This that you know everything about Photoshop? This two day power user class is for advanced users only. In this course you will learn how to create complex composites with text and layer effects. Seamless integration of effects and colors for realistic images will be covered, as well as many advanced tips that even experienced users will find worthwhile.

**Topics Covered**

- Layers/Layer Masks
- Clipping Groups
- Vector Masks
- Advance Brush Dynamics
- Integrating Custom Shapes
- Text and Imaging
- Filters and Layers
- Vector Tools
- Automation Tools
- Creating Presets
- Adjustment Layers Integration
- Blending Modes & Layers
- Advanced use of Layer Effects
- Realistic Composites
- Integration w/Illustrator

*Days*
2

*Included Lectures and Prerequisites*

*Tuition*
$ 695

*Enrollment*
Limited enrollment for each class (8-12 max), guaranteed 1 student per machine.

*Cancellation/Rescheduling Policy*
You may reschedule an open-enrollment class without charge as long as the request to reschedule is received at least TEN (10) BUSINESS DAYS prior to the class date. If you reschedule within TEN (10) BUSINESS DAYS of the class date, you will be subject to a $150.00 rescheduling fee. You may cancel an open-enrollment class and receive a refund (less a $150 administrative fee) as long as your request to cancel is received FIFTEEN (15) OR MORE BUSINESS DAYS prior to the class date. Cancellations received within FIFTEEN (15) BUSINESS DAYS of the class date are not refundable. Substitutions are permitted at any time.

Apple assumes no responsibility with regard to the selection, performance, or use of the products or services. All understandings, agreements, or warranties, if any, take place directly between the vendors and prospective users. For more information, see http://www.apple.com/experts.

Reserve Your Seat Today! (All fields are required.)



# Plaintiff – AGI

AGI Photoshop Training



Create interactive images that work in Web Graphics!

**Daytime Courses 9:30am-4:30pm**

Philadelphia, Boston and New York City Dates

July 12-13 • Sept 20-21 • Dec 14-15 • Jan 10-11 • Feb 7-8 • Mar 7-8 • Apr 11-12 • May 9-10 • June 13-14 •
July 11-12

**Course Rate $695.00**

*Take Photoshop Level I & II for $1195.00*
*Take Photoshop Level I, II & III for $1695.00*

Register on-line
or by calling 800-861-9237

## Web Graphics

This class is for designers who want graphics to create web pages with impact. In this two day class we will cover the steps to creating web graphics using a variety of related products Adobe Photoshop and ImageReady. Learn about file formats, color tables, animations and the creation of interesting special effects such as rollovers and tweening. Updated for Photoshop 7 and ImageReady 7. Back to top.

### Topics Covered

- Animation and Graphics for the Web
- Fundamentals of Web File Formats
- Slicing Images
- Adobe ImageReady
- Maintaining Quality
- Adding JavaScript
- Backgrounds
- Tips for working with a limited color space
- Creating Transparency
- Creating Patterns
- Design Tips/Tricks
- Matching Promotional Colors to print system

**Daytime Courses 9:30am-4:30pm**

Boston Dates: Jan 3-4

**Course Rate $695.00**
*Take Photoshop Level I & Web Graphics for $1195.00*
Register by calling 800-861-9237

---

# Defendant – SSI

Systems Solutions Inc. - About the Curve



Systems Solution, Inc. SSI

## CLASS CALENDAR

Design and Layout

Photoshop 3

*Course Description*

Think that you know everything about Photoshop? This two day power user class is for advanced users only. In this course you will learn how to create complex composites with text and layer effects. Seamless integration of effects and colors for realistic images will prove so worthwhile, as well as many advanced tips that even experienced users will find worthwhile.

*Topics Covered:*

- Layers/Layer Masks
- Clipping Groups
- Vector Masks
- Adobe Brush Dynamics
- Integrating Custom Shapes
- Text and Warping
- Filters and Layers
- Vector Tools
- Automation Tools
- Creating Presets
- Adjustment Layers Integration
- Blending Modes & Layers
- Advanced Use of Layer Effects
- Realistic Composites
- Integration w/Illustrator

*Days*
2

*Intended Audience and Prerequisites:*

*Tuition:*
$ 695

*Enrollment*

Limited enrollment for each class (8-12 max), guaranteed 1 student per machine.

*Cancellation/Rescheduling Policy*

You may reschedule an open-enrollment class without charge as long as the request to reschedule is received at least TEN (10) BUSINESS DAYS prior to the class date. If you reschedule within TEN (10) BUSINESS DAYS of the class date, you will be subject to a $150.00 rescheduling fee. You may cancel an open-enrollment class and receive a refund (less a $150 administrative fee) as long as your request to cancel is received FIFTEEN (15) OR MORE BUSINESS DAYS prior to the class date. Cancellations received within FIFTEEN (15) BUSINESS DAYS of the class date are not refundable. Substitutions are permitted at any time.

Apple assumes no responsibility with regard to the selection, performance, or use of the products or services. All understandings, agreements, or warranties, if any, take place directly between the vendors and prospective users. For more information, see http://www.apple.com/appcs/.

**Reserve Your Seat Today (All fields are required.)**

6

518313-1

# Plaintiff – AGI

AGI Photoshop Training

Create interactive images that work in Web Graphics.

- Advance Brush Dynamics
- Automation Tools
- Reducing Composites
- Integration with Illustrator
- Integrating Custom Shapes
- Creating Presets

**Daytime Courses 9:30am-4:30pm**

Philadelphia, Boston and New York City Dates
July 12-13 • Sept 20-21 • Dec 14-15 • Jan 10-11 • Feb 7-8 • Mar 7-8 • Apr 11-12 • May 9-10 • June 13-14 • July 11-12

**Course Rate $895.00**

*Take Photoshop Level I & II for $1195.00*
*Take Photoshop Level I, II & III for $1695.00*

Register on-line
or by calling 800-851-9237

**Web Graphics: Photoshop and ImageReady for the Web**

This class is for designers who want graphics to create web pages with impact. In this two day class we will cover the steps to creating web graphics using a variety of related products Adobe Photoshop and ImageReady. Learn about file formats, color tables, animations and the creation of interesting special effects such as rollovers and tweening. Instruction by an Adobe Certified Expert and Adobe Certified Instructor for Photoshop. Class includes new features of Photoshop CS. Class size limited to 9 students. Back to Top.

- Fundamentals of Web File Formats
- Actions
- Tips for working with a limited color space
- Managing behavioral Colors to pixel colors
- Adobe ImageReady
- Creating Slices
- Color Tables
- Design TipsTricks

**Daytime Courses 9:30am-4:30pm**

Boston Dates: Jan 3-4

**Course Rate $895.00**
*Take Photoshop Level I & Web Graphics for $1195.00*
Register by calling 800-851-9237

---

# Defendant – SSI

Systems Solution Inc – A Best of the Game

## Systems Solution, Inc. SSi

Home | Products | Service | Rentals | Education

## CLASS CALENDAR

Web Video Multimedia

### Web Graphics

#### Course Description

This class is for designers who want to create web images that not only look good, but are optimized for the web. In this two-day class we will cover the steps to create web graphics using Adobe Photoshop, and ImageReady. Learn about compression, file formats, color tables, animations and the creation of special effects, such as rollovers.

Topics Covered:

- File Formats
- Building Color Tables
- Java Script
- Transparency
- File Optimization
- Animations
- Slicing
- Actions
- Web Color
- Backgrounds and Patterns
- Special Effects
- Maximizing Efficiency

Days
2

#### Attendee Audience and Prerequisites

This class is designed for those who are familiar with graphics programs and want to create dynamic web sites. Participants in all classes should have some familiarity with the Macintosh or windows desktop environment.

Tuition
$ 695

#### Enrollment

Limited enrollment for each class (8-12 max), guaranteed 1 student per machine.

#### Cancellation/Rescheduling Policy

You may reschedule an open-enrollment class without charge as long as the request to reschedule is received at least TEN (10) BUSINESS DAYS prior to the class date. If you reschedule within TEN (10) BUSINESS DAYS of the class date, you will be subject to a $150.00 rescheduling fee. You may cancel an open-enrollment class and receive a refund (less a $150 administrative fee) as long as your request to cancel is received FIFTEEN (15) OR MORE BUSINESS DAYS prior to the class date. Cancellations received within FIFTEEN (15) BUSINESS DAYS of the class date are not refundable. Substitutions are permitted at any time.

Apple assumes no responsibility with regard to the selection, performance, or use of the products or services. All understandings, agreements, or warranties, if any, take place directly between the vendors and prospective users. For more information, see http://www.apple.com/explore/.

Reserve Your Seat Today (All fields are required.)

518313-1

## Plaintiff – AGI

AGI Adobe Illustrator Training



**Software Training for Internet,
Print and ePaper Publishing.**

| Company Info | Corporate Training | Individual Training | Seminars & Conferences | | Course List |

Illustrator I

Illustrator II

### Adobe Illustrator Level I

Updated for Illustrator CS. In this two day course you will learn what you need to create high quality PostScript line art as well as special effects for logos, graphs and charts. Learn how to utilize the pen tool and control paths around objects. Use clip art to create customized images you can color, trap and export. Back to the top of Illustration Courses.

• Common File Problems



**Daytime Courses 9:30am-4:30pm**

**Philadelphia Dates**
Nov 15-16 • Dec 14-15 • Feb 15-16 • Apr 12-13
June 14-15 • Aug 8-9

**Boston Dates**
Nov 15-16 • Dec 14-15 • Feb 15-16 • Apr 12-13 • June 14-15 • Aug 8-9

**New York City Dates**
Nov 15-16 • Dec 14-15 • Feb 15-16 • Apr 12-13 • June 14-15 • Aug 8-9

**Atlanta Dates**
July 19-20 • Aug 23-24 • Oct 15-19 • Nov 15-16 • Dec 16-17

---

## Defendant – SSI

System Solutions Inc. - Ahead of the Curve

**Systems Solution, Inc. SSi**
Ahead of the curve

| Home | Products | Service | Rentals | Education |
| Class Calendar | Corporate | Solutions |

### CLASS CALENDAR

Design and Layout

### Illustrator 1

**Course Description**
In the two-day course you will learn what you need to create high-quality PostScript line art as well as special effects for logos, graphs and charts. Learn how to utilize the pen tool and control paths around objects. Use clip art to create customized images you can color, trap and export. Training provided by our authorized education partner Acquired Learning.

Topics Covered:

• Using tools and palettes
• Using the Pen Tool
• Defining Colors
• Using Art and Scatter Brushes

• Setting Text, Text Effects
• Compounds and Masks
• Exporting Files
• Creating Creations and Blends



**Days**
2

**Header /Audience and Prerequisites**
This class is intended for those who are new to Illustrator or want to learn how to get the most out of Illustrator. Participants in all classes should have some familiarity with the Macintosh or Windows environment. Experience with graphic design programs is a plus but not required.

**Tuition**
$ 665

**Enrollment**
Limited enrollment for each class (8-12 max), guaranteed 1 student per machine.

**Transfer/ Rescheduling Policy**
You may reschedule an open-enrollment class without charge as long as the request to reschedule is received at least TEN (10) BUSINESS DAYS prior to the class date. If your reschedule within TEN (10) BUSINESS DAYS of the class date, you will be subject to a $150.00 rescheduling fee. You may cancel an open-enrollment class and receive a refund (less a $150 administrative fee) as long as your request to cancel is received FIFTEEN (15) OR MORE BUSINESS DAYS prior to the class date. Cancellations received within FIFTEEN (15) BUSINESS DAYS of the class date are not refundable. Substitutions are permitted at any time.

Apple assumes no responsibility with regard to the selection, performance, or use of the products or services. All understandings, agreements, or warranties, if any, take place directly between the vendors and prospective users. For more information, see http://www.apple.com/sports/

Reserve Your Seat Today (All fields are required.)

Class        ⊙ Please contact me with more information.



8

518313-1

## Plaintiff – AGI

AGI Page Layout Training

July 15-16 • Sept 27-28 • Nov 22-23

**Chicago Dates**
July 15-16 • Sept 27-28 • Nov 22-23

**Los Angeles Dates**
July 15-16 • Sept 27-28 • Nov 22-23

**Washington, DC Dates**
July 15-16 • Sept 27-28 • Nov 22-23

**Course Rate $695.00**

*Take both InDesign Level I and Level II for $1195.00*

*Register on-line*
*or by calling 800-861-9237*

### Adobe InDesign Level II

**This two-day course is designed for individuals who already know the fundamental features of InDesign and also need to know the more advanced functions related to color controls, typesetting and output. This class is fully updated for version cs and is instructed by an Adobe Certified Expert and Adobe Certified Instructor for InDesign. Back to top.**



• Creating Tables    • Importing Word and Excel

• Master Pages

**Daytime Courses 9:30am-4:30pm**

**Boston Dates**
June 24-25 • Aug 30-31 • Oct 25-26 • Dec 27-28 • Jan 13-14 • Mar 10-11 • May 12-13 • July 28-29

**Philadelphia Dates**
June 24-25 • Aug 30-31 • Oct 25-26 • Dec 27-28 • Jan 13-14 • Mar 10-11 • May 12-13 • July 28-29

**New York City**
June 24-25 • Aug 30-31 • Oct 25-26 • Dec 27-28 • Jan 13-14 • Mar 10-11 • May 12-13 • July 28-29

**Atlanta Dates**
June 24-25 • Aug 30-31 • Oct 25-26 • Dec 27-28 • Jan 13-14 • May 12-13 • July 28-29

---

## Defendant – SSI

Systems Solution Inc. — About of the Crew

**Systems Solution, Inc. SSI**

Home | Products | Training | Service | Rentals | Education
CLASS CALENDAR | CONSULTING | INPUT/SCANS

### CLASS CALENDAR

Design and Layout

**InDesign 2**

Course Description
This two-day course is designed for individuals who already know the fundamental features of InDesign and want to learn the more advanced functions related to color controls, typesetting and output. Training provided by our authorized education partner Acquired Learning.

Topics Covered:

• Advanced Typesetting          • Links
• Trapping                      • Using Plug-ins
• Advanced Tips and Tricks      • Clipping Paths
• Printing Hints and Tips       • Statements
• Pen Tool                      • Templates

Days
2

Member Add-on or cs Prerequisites
Students should have either taken Indesign 1 or have a good working knowledge of Indesign and how its works. Participants in all classes should have some familiarity with the Macintosh or windows desktop environment.

Tuition
$ 695

Enrollment
Limited enrollment for each class (8-12 max), guaranteed 1 student per machine.

Cancellation/Rescheduling Policy
You may reschedule an open-enrollment class without charge as long as the request to reschedule is received at least TEN (10) BUSINESS DAYS prior to the class date. If you reschedule within TEN (10) BUSINESS DAYS of the class date, you will be subject to a $150.00 rescheduling fee. You may cancel an open-enrollment class and receive a full refund less a $150 administrative fee) as long as your request to cancel is received FIFTEEN (15) OR MORE BUSINESS DAYS prior to the class date. Cancellations received within FIFTEEN (15) BUSINESS DAYS of the class date are not refundable. Substitutions are permitted at any time.

518313-1

## Plaintiff – AGI

AGI Adobe Illustrator Training

Chicago Dates
July 19-20 • Aug 23-24 • Oct 18-19 • Nov 15-16 • Dec 16-17

Los Angeles Dates
July 19-20 • Aug 23-24 • Oct 18-19 • Nov 15-16 • Dec 16-17

Washington DC Dates
July 19-20 • Aug 23-24 • Oct 18-19 • Nov 15-16 • Dec 16-17

**Course Rate $695.00**

*Take both Illustrator Level 1 and Level 2 for $1,195.00*
Register on-line

or by calling **800-851-9237**

## Adobe Illustrator Level II

Updated for Illustrator CS. **Discover the many capabilities available to you in Illustrator. In this two day course** the students will work with dissecting live files to discover the techniques used to build complex documents as well as using the same techniques to create their own images. **Course also covers troubleshooting for production personnel, as well as techniques for interleaving design effects.** Discover how to take advantage of new Effects including the 3D and scribble effects, as well as how to map artwork and photos to Illustrator 3D artwork. Back to the top of the Illustration Courses.



• Graphic File Formats
• Trapping
• Using Appearance
• Using Effects
• Color Separations
• Merging artwork to 3D
• Common File Problems

**Daytime Courses 9:30am-4:30pm**

**Philadelphia, Boston and New York City Dates**
Nov 17-18 • Dec 16-17 • Jan 20-21 • Mar 17-18 • May 19-20 • July 14-15

**Atlanta Dates**
Aug 25-26 • Oct 20-21 • Dec 20-21

**Chicago Dates**
Aug 25-26 • Oct 20-21 • Dec 20-21

## Defendant – SSI

Systems Solution Inc. • Ahead of the Curve

### Systems Solution, Inc. SSI

[navigation: Home | Products | Service | Rentals | Education]

Systems Solution Inc. • Ahead of the Curve

## CLASS CALENDAR

Design and Layout

**Illustrator 2**

*Course Description*

**Discover the many capabilities available to you in Illustrator. This two-day course covers troubleshooting for production personnel, as well as advanced techniques for interleaving design effects.** Training provided by our authorized education partner Acquired Learning.

Topics Covered:

• Trapping
• Blends
• Patterns
• Layers
• Gradient Mesh Tool
• Crops
• Importing Photos
• Masking
• Advanced Selection
• Scatter and Art Brushes
• Compounds
• Editing PDFs
• Exporting URLs
• Publisher Options
• Templates

*Days*
2

*Intended Audience and Prerequisites*
The class is designed for those who know Illustrator already but want to utilize the advanced techniques and features. Participants in all classes should have some familiarity with the Macintosh desktop or Windows environment. Participants should have taken Intro to Illustrator or have considerable experience with Illustrator.

*Tuition*
$ 695

*Enrollment*
Limited enrollment for each class (8-12 max), guaranteed 1 student per machine.

*Cancellation/Rescheduling Policy*
You may reschedule an open-enrollment class without charge as long as the request to reschedule is received at least TEN (10) BUSINESS DAYS prior to the class date. If you reschedule within TEN (10) BUSINESS DAYS of the class date, you will be subject to a $150.00 rescheduling fee. You may cancel an open-enrollment class and receive a refund (less a $150 administrative fee) as long as your request to cancel is received FIFTEEN (15) OR MORE BUSINESS DAYS prior to the class date. Cancellations received within FIFTEEN (15) BUSINESS DAYS of the class date are not refundable. Substitutions are permitted at any time.

Apple assumes no responsibility with regard to the selection, performance, or use of the products or services. All understandings, agreements, or warranties, if any, take place directly between the vendors and prospective users. For more information, see http://www.apple.com/appstore.

10

518313-1

## Defendant – SSI

Systems Solution, Inc. - Ahead of the Curve

### Systems Solution, Inc. SSi
Ahead of the Curve

Home | Products | Service | Rentals | Education

## CLASS CALENDAR

### Design and Layout

### InDesign 1

**Course Description**

This InDepth class will get you up and running in just two days. Learn how InDesign provides refined controls for type and unprecedented control over graphics. Training provided by our authorized education partner Acquired Learning.

**Topics Covered:**

- Creating Documents
- Working with colors
- Printing Controls
- Preparing Files for Press
- Master Pages
- Tools and Palettes
- Importing Text and Graphics
- Tabs

**Days:**
2

**Related Courses and Prerequisites**

Participants in all classes should have some familiarity with the Macintosh or Windows desktop environment.

**Tuition**

$ 695

**Enrollment**

Limited enrollment for each class (8-12 max), guaranteed 1 student per machine.

**Cancellation/Rescheduling Policy**

You may reschedule an open-enrollment class without charge as long as the request to reschedule is received at least TEN (10) BUSINESS DAYS prior to the class date. If you reschedule within TEN (10) BUSINESS DAYS of the class date, you will be subject to a $150.00 rescheduling fee. You may cancel an open-enrollment class and receive a refund (less a $150 administrative fee) as long as your request to cancel is received FIFTEEN (15) OR MORE BUSINESS DAYS prior to the class date. Cancellations received within FIFTEEN (15) BUSINESS DAYS of the class date are not refundable. Substitutions are permitted at any time.

Apple assumes no responsibility with regard to the selection, performance, or use of the products or services. All understandings, agreements, or warranties, if any, take place directly between the vendors and prospective users. For more information, see http://www.apple.com/apple/

**Reserve Your Seat Today (All fields are required.)**

◉ Please contact me with more information.

Class [        ]

Name [        ]

Company [        ]

---

## Plaintiff – AGI

AGI Page Layout Training

### Software Training for Internet, Print and ePaper Publishing.

Course List | Page Layout

| Corporate Training | Individual Training | Seminars & Conferences |

**Capability Info**

- InDesign I
- InDesign II
- InCopy
- QuarkXPress I
- QuarkXPress II
- PageMaker I
- PageMaker II

### Adobe InDesign Level I

This two day course will get you "up and running" in just two days. Learn how this new page layout application provides refined coatings for type and unprecedented control over graphics. This class is fully updated for version six and is instructed by an Adobe Certified Expert and Adobe Certified Instructor for InDesign. Back to top.



**Daytime Courses 9:30am-4:30pm**

- Typesetting Controls

**Philadelphia Dates**
Nov 22-23 • Jan 10-11
Mar 7-8 • May 9-10 • July 25-26

**Boston Dates**
Nov 22-23 This class is Full)*
*New overflow class scheduled for Dec. 1-2
Jan 10-11 • Mar 7-8 • May 9-10 • July 25-26

**New York City Dates**
July 15-16 • Sept 27-28 • Nov 22-23 • Jan 10-11 • Mar 7-8 • May 9-10 • July 25-26

**Atlanta Dates**

518313-1

## Plaintiff – AGI

AGI Page Layout Training

July 15-16 • Sept 27-28 • Nov 22-23

**Chicago Dates**
July 15-16 • Sept 27-28 • Nov 22-23

**Los Angeles Dates**
July 15-16 • Sept 27-28 • Nov 22-23

**Washington, DC Dates**
July 15-16 • Sept 27-28 • Nov 22-23

**Course Rate $695.00**

*Take both InDesign Level I and Level II for $1195.00*

Register on-line
or by calling 800-851-9237

**Adobe InDesign Level II**

This two day course is designed for individuals who already know the fundamental features of InDesign and also want to know the more advanced functions related to color controls, typesetting and output. This class is fully updated for version cs and is instructed by an Adobe Certified Expert and Adobe Certified Instructor for InDesign. Back to top.



- Creating Tables
- Importing Word and Excel

- Nested Styles

**Daytime Courses 9:30am-4:30pm**

**Boston Dates**
June 24-25 • Aug 30-31 • Oct 25-26 • Dec 27-28 • Jan 13-14 • Mar 10-11 • May 12-13 • July 28-29

**Philadelphia Dates**
June 24-25 • Aug 30-31 • Oct 25-26 • Dec 27-28 • Jan 13-14 • Mar 10-11 • May 12-13 • July 28-29

**New York City**
June 24-25 • Aug 30-31 • Oct 25-26 • Dec 27-28 • Jan 13-14 • Mar 10-11 • May 12-13 • July 28-29

**Atlanta Dates**
June 24-25 • Aug 30-31 • Oct 25-26 • Dec 27-28

---

## Defendant – SSI

Systems Solution Inc. • About of the Curve

**Systems Solution, Inc. SSI**
*Ahead of the Curve*

Home  Products  Service  Rentals  Education

### CLASS CALENDAR

Design and Layout

**InDesign 2**

General Description

This two-day course is designed for individuals who already know the fundamental features of InDesign and want to know the more advanced functions related to color controls, typesetting and output. Training provided by our authorized education partner Acquired Learning.

Topics Covered:

- **Advanced Typesetting**
- **Trapping**
- **Advanced Type and Tables**
- **Printing Hints and Tips**
- **Plan Tool**
- **Links**
- **Using Plug-ins**
- **Clipping Paths**
- **Stylesheets**
- **Templates**

Days
2

Intended Audience and Prerequisites

Students should have either taken InDesign I or have a good working knowledge of InDesign and how is works. Participants in all classes should have some familiarity with the Macintosh or windows desktop environment.

Tuition
$ 695

Enrollment

Limited enrollment for each class (8-12 max), guaranteed 1 student per machine

Cancellation/Rescheduling Policy

You may reschedule an open-enrollment class without charge as long as the request to reschedule is received at least TEN (10) BUSINESS DAYS prior to the class date. If you reschedule within TEN (10) BUSINESS DAYS of the class date, you will be subject to a $150.00 rescheduling fee. You may cancel an open-enrollment class and receive a refund (less a $150 administrative fee) as long as your request to cancel is received FIFTEEN (15) OR MORE BUSINESS DAYS prior to the class date. Cancellations received within FIFTEEN (15) BUSINESS DAYS of the class date are not refundable. Substitutions are permitted at any time.

Apple assumes no responsibility with regard to the selection, performance, or use of the products or services. All understandings, agreements, or warranties, if any, take place directly between the vendors and prospective users. For more information, see http://www.apple.com/seminars

**Reserve Your Seat Today** (All fields are required.)

Class    ⊕ Please contact me with more information.

12

518313-1

## Plaintiff – AGI

AGI Page Layout Training

- Listing/Advising    - Scoping

*This training is custom only. AGI instructors are available for consulting. Use our facilities, or have us come to your site.*

*Call for pricing and availability.*

**QuarkXPress Level I**

This course will have you "Up and Running" in 12 hours! Learn the most widely used layout program in the graphic arts industry. This course will focus on making you productive and knowledgeable in the popular layout program. Good for both designers and production personnel. This class is for Version 6. Back to top.

**Daytime Courses 9:30am-4:30pm**

Philadelphia, Boston and New York City Dates
Sept 1-2 - Nov 8-9 * - Mar 28-29 - June 2-3
*New Boston Date or Dec. 15-16

Atlanta, Chicago, Los Angeles and Washington DC Dates
Sept 1-2 - Nov 4-5

**Course Rate $695.00**

*Take both QuarkXPress Level 1 and Level 2 for $1195.00*

Register on-line
or by calling 800-851-9237

**QuarkXPress Level II**

You've mastered the program to do what you need, but want to implement some of the advanced features into your document creation. This two day course will speed up your confidence and productivity This class is for version 6. Back to top.

- Advanced Typesetting    - Indexes    - Tips & Tricks



---

## Defendant – SSI

Systems Solutions Inc – Ahead of the Curve

**Systems Solution, Inc. SSi** *Ahead of the Curve*

Home    Products    Service    Consultation    Rentals    Education

# CLASS CALENDAR

Design and Layout

**QuarkXPress 1**

*Course Description*

This course will have you up-and-running in two-days! Learn the most widely used layout program in the graphic arts industry. This course will focus on making you productive and knowledgeable in the popular layout program. Good for both designers and production personnel. Training provided by our authorized education partner Acquired Learning.

*Topics Covered:*

- Creating Text and Picture Boxes
- Color Controls
- Document Creation
- Master Pages & Templates
- Moving Pages

- Tools and Palettes, Including Bezier
- Importing Text and Graphics
- Typesetting Utilities
- Tabs, Rules, Borders
- Painting Tiles and Hints

*Days*
2

*Intended Audience and Prerequisites*

The class is intended for anyone who is new to layout programs or is switching to Quark from other layout programs. Participants in all classes should have some familiarity with the Macintosh or Windows environment. Experience with graphic design programs is a plus but not require

*Tuition*
$ 695

*Enrollment*

Limited enrollment for each class (8-12 max), guaranteed 1 student per machine.

*Cancellation/Rescheduling Policy*

You may reschedule an open-enrollment class without charge as long as the request to reschedule is received at least TEN (10) BUSINESS DAYS prior to the class date. If you reschedule within TEN (10) BUSINESS DAYS of the class date, you will be subject to a $150.00 rescheduling fee. You may cancel an open-enrollment class and receive a refund (less a $150 administrative fee) as long as your request to cancel is received FIFTEEN (15) OR MORE BUSINESS DAYS prior to the class date. Cancellations received within FIFTEEN (15) BUSINESS DAYS of the class date are not refundable. Substitutions are permitted at any time

Apple assumes no responsibility with regard to the selection, performance, or use of the products or services. All understandings, agreements, or warranties, if any, take place directly between the vendors and prospective users. For more information, see http://www.apple.com/experts/

13

# Plaintiff – AGI

AGI Page Layout Training

- Linting-staining
- Scripting

*This training is custom only. AGI instructors are available for consulting. Use our facilities, or have us come to your site.*

*Call for pricing and availability.*

## QuarkXPress Level I

This course will have you "Up and Running" in 12 hours! Learn the most widely used layout program in the graphic arts industry. This course will focus on making you productive and knowledgeable in this popular layout program. Good for both designers and production personnel. The class is for Version 6. Back to top.

- Creating Text and Picture Boxes
- Importing Text & Graphics
- Master Pages, Templates
- Tools and Palettes, including Bezier
- Document Creation
- Tabs, Rules, Borders
- Color Control
- Typesetting Utilities
- Printing Tips & Hints

**Daytime Courses 9:30am-4:30pm**

Philadelphia, Boston and New York City Dates
Sept 1-2 • Nov 8-9* • Mar 28-29 • June 2-3
*New Boston Date or Dec. 15-16

Atlanta, Chicago, Los Angeles and Washington DC Dates
Sept 1-2 • Nov 4-5

**Course Rate $695.00**

*Take both QuarkXPress Level 1 and Level 2 for $1195.00*

*Register on-line*
or by calling 800-851-9237

## QuarkXPress Level II

You've mastered the program to do what you need, but want to implement some of the advanced features into your document creation. This two day course will speed up your confidence and productivity! This class is for version 6. Back to top.

# Defendant – SSI

Systems Solution Inc • Ahead of the Curve

**Systems Solution, Inc. SSI**

Home | Products | Service | Rentals | Education

## CLASS CALENDAR

Design and Layout

**QuarkXPress 2**

Course Description
You've mastered the program to do what you need, but want to implement some of the advanced features into your document creation. This class will speed up your confidence and productivity! Training provided by our authorized education partner Acquired Learning.

Topics Covered:
- Advanced Typesetting
- Master Pages
- Fixing Documents
- Using Extensions
- Creating Table of Contents
- Bezier Tools
- Utilizing Templates
- Clipping Paths
- Stylesheets
- Trapping
- Tips & Tricks
- Printing Hints & Tips
- Xtensions
- Creating Grids

Days
2

Advanced Audience and Prerequisites
The class is intended for anyone who knows the basics of Quark and wants to take it to the "next level". Participants in all classes should have some familiarity with the Macintosh desktop or Windows environment. Intro to Quark or significant experience with Quark is required.

Tuition
$ 995

Enrollment
Limited enrollment for each class (8-12 max), guaranteed 1 student per machine.

Cancellation/Rescheduling Policy
You may reschedule an open-enrollment class without charge as long as the request to reschedule is received at least TEN (10) BUSINESS DAYS prior to the class date. If you reschedule within TEN (10) BUSINESS DAYS of the class date, you will be subject to a $150.00 rescheduling fee. You may cancel an open-enrollment class and receive a refund (less a $150 administrative fee) as long as your request to cancel is received FIFTEEN (15) OR MORE BUSINESS DAYS prior to the class date. Cancellations received within FIFTEEN (15) BUSINESS DAYS of the class date are not refundable. Substitutions are permitted at any time.

Apple assumes no responsibility with regard to the selection, performance, or use of the products or services. All understandings, agreements, or warranties, if any, take place directly between the vendors and prospective users. For more information, see http://www.apple.com/appstore.

Reserve Your Seat Today. (All fields are required.)

518313-1

14

## Plaintiff – AGI

AGI Page Layout Training



· AGI Keyboard Commands

**Daytime Courses 9:30am–4:30pm**

Philadelphia, Boston and New York City Dates
Aug 2-3 • Oct 14-15 • Nov 22-23 • Feb 24-25 • Apr 27-28 • June 29-30

Atlanta, Chicago, Los Angeles and Washington DC Dates
Call for dates

**Course Rate $685.00**

*Take both QuarkXPress Level 1 and Level 2 for $1195.00*

Register *on-line*
or by calling *800-851-9237*

**PageMaker Level I**

Get yourself started and see immediate results with this two day introductory course. You will be able to set type, create layouts and understand the process of printing and troubleshooting. Learn how to be more effective in less time! This class is instructed by an Adobe Certified Expert and Adobe Certified Instructor for PageMaker. Updated for version 7.0 Back to top.

· Document Preferences          · Utilizing Graphics          · Title, Ruler, Borders
· Placing Text & Fonts          · Text and Picture Fixtures          · Master Page/Templates
· Text and Context Position          · Typographic Controls          · Style Sheets
· Importing Text & Graphics          · Paragraph Formats          · Exporting Files

**Daytime Courses 9:30am–4:30pm**

Offered as custom training.

**Course Rate $685.00**

Register *on-line*
or by calling *800-851-9237*

**PageMaker Level II**

---

## Defendant – SSI

Systems Solutions Inc. – Ahead of the Curve

*Systems Solution, Inc.* **SSi**

Home   Products   Services   Training   Rentals   Education

### CLASS CALENDAR

Design and Layout

QuarkXPress 2

**Course Description**

You've mastered the program to do what you need, but want to implement some of the advanced features into your document creation. This class will speed up your confidence and productivity! Training provided by our authorized education partner Acquired Learning.

**Topics Covered:**

· Advanced Typesetting          · Clipping Paths
· Master Pages          · Stylesheets
· Placing Documents          · Trapping
· Using Extensions          · Tips & Tricks
· Creating Table of Contents          · Printing Hints & Tips
· Bezier Tools          · Xtensions
· Indexes          · Creating colts
· Utilizing Templates

**Days**

2

**Intended Audience and Prerequisites**

This class is intended for anyone who knows the basics of Quark and wants to take it to the "next level". Participants in all classes should have some familiarity with the Macintosh desktop or Windows environment. Intro to Quark or significant experience with Quark is required.

**Tuition**

$ 695

**Enrollment**

Limited enrollment for each class (8-12 max), guaranteed 1 student per machine.

**Cancellation/Reschedule Policy**

You may reschedule an open-enrollment class without charge as long as the request to reschedule is received at least TEN (10) BUSINESS DAYS prior to the class date. If you reschedule within TEN (10) BUSINESS DAYS of the class date, you will be subject to a $150.00 rescheduling fee. You may cancel an open-enrollment class and receive a refund (less a $150 administrative fee) as long as your request to cancel is received FIFTEEN (15) OR MORE BUSINESS DAYS prior to the class date. Cancellations received within FIFTEEN (15) BUSINESS DAYS of the class date are not refundable. Substitutions are permitted at any time.

Apple assumes no responsibility with regard to the selection, performance, or use of the products or services. All understandings, agreements, or warranties, if any, take place directly between the vendors and prospective users. For more information, see http://www.apple.com/experts

Reserve Your Seat Today (All fields are required.)

518313-1

## Plaintiff – AGI

AGI Page Layout Training

- Basic Tools
- Style sheets
- Adv. Keyboard Commands
- Master Pages
- Trapping
- Fixing Documents
- Clipping Paths
- Creating Books
- Using Extensions
- Utilizing Templates
- Creating Table of Contents
- Printing Hints and Tips

**Daytime Courses 9:30am-4:30pm**

Philadelphia, Boston and New York City Dates
Aug 2-3 · Oct 14-15 · Nov 22-23 · Feb 24-25 · Apr 27-28 · June 29-30

Atlanta, Chicago, Los Angeles and Washington DC Dates
Call for dates.

**Course Rate $695.00**

*Take both QuarkXPress Level 1 and Level 2 for $1195.00*

*Register on-line*
*or by calling 800-851-9237*

### PageMaker Level I

Get yourself started and see immediate results with this two day introductory course. You will be able to set type, create layouts and understand the process of printing and troubleshooting. Learn how to be more effective in less time. This class is instructed by an Adobe Certified Expert and Adobe Certified Instructor for PageMaker. Updated for version 7.0. Back to top.



**Daytime Courses 9:30am-4:30pm**

Offered as custom training.

**Course Rate $695.00**

*Register on-line*
*or by calling 800-851-9237*

### PageMaker Level II

## Defendant – SSI

Systems Solution Inc. – About of the Class

**Systems Solution, Inc. SSI**

### CLASS CALENDAR

Design and Layout

### PageMaker 1

*Course Description*

With this two-day introductory course you will be able to set type, create layouts and understand the process of printing and troubleshooting. Learn how to be more effective in less time!

*Topics Covered:*

- Creating Preferences
- Tool and Control Palettes
- Utilizing Graphics
- Typographic Controls
- Tabs, Rules, Borders
- Printing Tips & Hints
- Importing Text & Graphics
- Text and Picture Frames
- Paragraph Formats
- Master Pages & Templates

*Days*
2

*Intended Audience and Prerequisites*

The class is intended for anyone who is new to layout programs or is switching to PageMaker from other layout programs. Participants in all classes should have some familiarity with the Macintosh or Windows environment. Experience with graphic design programs is a plus but not required.

*Tuition*
$695

*Enrollment*
Limited enrollment for each class (8-12 max), guaranteed 1 student per machine.

*Cancellation/Rescheduling Policy*

You may reschedule an open-enrollment class without charge as long as the request to reschedule is received at least TEN (10) BUSINESS DAYS prior to the class date. If you reschedule within TEN (10) BUSINESS DAYS of the class date, you will be subject to a $150.00 reschedule fee. You may cancel an open-enrollment class and receive a refund less a $150 administration fee as long as your request to cancel is received FIFTEEN (15) OR MORE BUSINESS DAYS prior to the class date. Cancellations received within FIFTEEN (15) BUSINESS DAYS of the class date are not refundable. Substitutions are permitted at any time.

Apple assumes no responsibility with regard to the selection, performance, or use of the products or services. All understandings, agreements, or warranties, if any, take place directly between the vendors and prospective users. For more information, see http://www.apple.com/expo/etc

16

## Plaintiff – AGI

AGI Page Layout Training

Beyond the basics. Learn in a series of hands-on exercises how to use some of the advanced features available in PageMaker. Find innovative ways to create better documents in less time in this two day class. Great for production of brochures, booklets and more. This class is instructed by an Adobe Certified Expert and Adobe Certified Instructor for PageMaker. Updated for version 7.0 Back to top.



- Using Extensions
- Utilizing Templates
- Creating...
- Intro to PC File Conversions
- Adv. Keyboard Commands

**Daytime Courses 9:30am-4:30pm**

**Philadelphia and Boston dates**
Call 800-851-9237

**Atlanta Dates**
call 678-380-9005 for dates

**Chicago Dates**
call 678-380-9005 for dates

**Course Rate $695.00**

Apple Solution Experts Trainer

Adobe Certified Training Provider

---

## Defendant – SSI

Systems Solution Inc. - Ahead of the Curve

### Systems Solution, Inc. SSI

Home    Products    Service    Rentals    Education

## CLASS CALENDAR

Design and Layout

### PageMaker 2

For the latest pitch:

Beyond the basics. Learn in a series of hands-on exercises how to use some of the advanced features available in PageMaker. Find innovative ways to create better documents in less time, in the two-day class. Great for production of brochures, booklets, and more.

Topics covered:

- Advanced Typesetting
- Preference Settings
- Master Pages
- Advanced Graphic Issues
- Table of Contents
- Export HTML & PDF
- Advanced Use of Guides
- Working with Layers
- Utilizing Plug-ins
- Working with Long Documents
- Printing Tips and Tricks
- Color Separation Issues
- PostScript Troubleshooting/Fonts
- Creating Books
- Distiller Options

Intended Audience and Prerequisites

The class is intended for anyone who has used PageMaker and is familiar with all of the topics covered in PageMaker 1. Participants in all classes should have some familiarity with the Macintosh or Windows environment. Experience with graphic design programs is a plus but not required.

Days
2

Tuition
$ 695

Enrollment

Limited enrollment for each class (8-12 max), guaranteed 1 student per machine.

Cancellation Rescheduling Policy

You may reschedule an open-enrollment class without charge as long as the request to reschedule is received at least TEN (10) BUSINESS DAYS prior to the class date. If you reschedule within TEN (10) BUSINESS DAYS of the class date, you will be subject to a $150.00 rescheduling fee. You may cancel an open-enrollment class and receive a refund less a $150 administrative fee as long as your request to cancel is received FIFTEEN (15) OR MORE BUSINESS DAYS prior to the class date. Cancellations received within FIFTEEN (15) BUSINESS DAYS of the class date are not refundable. Substitutions are permitted at any time.

Apple assumes no responsibility with regard to the selection, performance, or use of the products or services. All understandings, agreements, or warranties, if any, take place directly between the vendors and prospective users. For more information, see http://www.apple.com/experts/



518313-1

17



## Plaintiff – AGI

AGI Internet Training

**Software Training for Internet, Print and ePaper Publishing**

| Company Info | Corporate Training | Individual Training | Seminars & Conferences |

Course List — Web Custom Tools

HTML I
HTML II
HTML III
XML
Web Graphics
GoLive I
GoLive II
Fireworks
Dreamweaver I
Dreamweaver II
DW UltraDev
Flash I
Flash II
Flash III
JavaScript II
LiveMotion I
LiveMotion II
JavaScript I

### Adobe GoLive CS Level I

This two day course provides a strong foundation of the features and use of this web site development and management application. By the completion of this class the student will feel comfortable placing images and creating web pages with links in managed sites.

This level one class is for anyone who has minimal knowledge of the GoLive application. It is recommended that all students have general knowledge of HTML, prior to this class. HTML Level one is recommended if the student has no prior web experience.

Back to top.

- Imagemaps
- Error Control
- Site Management

**Daytime Courses 9:30am–4:30pm**

Philadelphia Boston and New York City Dates
Jan 24-25 • Mar 21-22 • May 23-24 • July 18-19

Atlanta, Chicago, Los Angeles and Washington DC Dates
Sept 1-2 • Nov 1-2

**Course Rate $695.00**

*Special! Take GoLive Level I and GoLive Level II for $1,195.00*

**Register on line**
**or by calling 800-851-9237**

## Defendant – SSI

Systems Solution Inc. – Ahead of the Curve

**Systems Solution, Inc. SSi** — Ahead of the Curve

| Home | Products | Service | Rentals | Education |

### CLASS CALENDAR

### Web Video Multimedia

### GoLive 1

**Course Description**

This two-day course provides a strong foundation in web site development and management application. By the completion of this class, the student will feel comfortable placing images and creating web pages with links in managed sites. This beginner level class is for students with minimal knowledge of the GoLive application. It is recommended that all students have general knowledge of HTML, prior to this class. HTML I is recommended if the student has no prior web experience. Training provided by our authorized education partner Acquired Learning.

Topics covered:

- Overview of HTML
- Layout Grid
- Forms
- Tools Palettes
- Basics of Stylesheets
- Frames & Targets
- Preferences
- Tables
- FTP
- Typesetting
- Image Controls
- JavaScript
- MetaTags
- Colors
- Lists

**Intended Audience and Prerequisites**

This class is intended for those who have have no experience with HTML coding. Participants in all classes should have some familiarity with the Macintosh desktop or Windows environment.

**Days**
2

**Tuition**
$ 695

**Enrollment**
Limited enrollment for each class (8-12 max), guaranteed 1 student per machine.

**Cancellation/Rescheduling Policy**

You may reschedule an open-enrollment class without charge as long as the request to reschedule is received at least TEN (10) BUSINESS DAYS prior to the class date. If you reschedule within TEN (10) BUSINESS DAYS of the class date, you will be subject to a $150.00 rescheduling fee. You may cancel an open-enrollment class and receive a refund (less a $150 administrative fee) as long as your request to cancel is received FIFTEEN (15) OR MORE BUSINESS DAYS prior to the class date. Cancellations received within FIFTEEN (15) BUSINESS DAYS of the class date are not refundable. Substitutions are permitted at any time.

Apple assumes no responsibility with regard to the selection, performance, or use of the products or services. All understandings, agreements, or warranties, if any, take place directly between the vendors and prospective users. For more information, see http://www.apple.com/experts

## Plaintiff – AGI

AGI Internet Training

### Adobe GoLive CS Level II

The two day course is for the GoLive user who has created pages or sites in GoLive, but needs to learn more productive methods. A lot of the topics from GoLive I are covered, at much faster pace, in order to insure that students have the necessary fundamental skills. The topics in the chart below are added to this advanced level curriculum. Students should be familiar with HTML terms and able to create basic pages with images and links. Back to top.



- Advanced Tips & Tricks
- CyberObjects
- Site Elements
- QuickTime Editing
- Timeline
- Layout
- Plug-ins
- Working with Actions
- Advanced Typesetting

**Daytime Courses 9:30am-4:30pm**

**Philadelphia, Boston and New York City Dates**
Jan 27-28 • Mar 24-25 • May 26-27 • July 21-22

**Atlanta, Chicago, Los Angeles and Washington DC Dates**
Aug 2-3 • Nov 3-4

**Course Rate $995.00**

Take GoLive Level I and GoLive Level II for $1,195.00
**Register on line**
or by calling **800-891-9237**

### HTML Level I

Creating Web Pages In this hands-on class you will learn the fundamentals to creating a web page. By the end of this class you will know how to make a web page with colors, lines, images and text. This class will give you the confidence and knowledge to build an exciting page for yourself or your business! Back to top.

- Internet Basics
- HTML Codes
- Making Graphic Web
- Fundamentals of Font Tags
- Creating Lists
- Understanding File Formats
- Web Design Fundamentals
- Adding Links & Anchors
- Color Issues
- Creating a Web Page
- Attaching Traffic to your site

**Daytime Courses 9:30am-4:30pm**

---

## Defendant – SSI

Systems Solution Inc. - Ahead of the Curve

Home    Training    Products    Service    Rentals    Education

### Systems Solution, Inc. SSi

System Solution Inc. - Ahead of the Curve

### CLASS CALENDAR

Web Video Multimedia

#### GoLive 2

**Course Description**

The two-day course is for the GoLive user who has created pages or sites in GoLive, but needs to learn more productive methods. Many of the concepts from GoLive I are reinforced, along with the topics listed below. Registration for this course requires familiarity with general HTML terms and the ability to create basic pages and sites in GoLive. Training provided by our authorized education partner Acquired Learning.

**Topics Covered**

- Cascading Style Sheets
- Templates
- Movie Import & Editing
- Floating Boxes
- Site Management
- Actions
- Adding JavaScripts
- Advanced Frames
- DHTML Animation
- Components
- Forms
- Error Control

**Days**
2

**Intended Audience and Prerequisites**

Registration for this course requires familiarity with general HTML terms and the ability to create basic pages and sites in GoLive. Participants in all classes should have some familiarity with the Macintosh desktop or Windows environment.

**Tuition**
$ ees

**Enrollment**
Limited enrollment for each class (8-12 max), guaranteed 1 student per machine.

**Cancellation/Rescheduling Policy**
You may reschedule an open-enrollment class without charge as long as the request to reschedule is received at least TEN (10) BUSINESS DAYS prior to the class date. If you reschedule within TEN (10) BUSINESS DAYS of the class date, you will be subject to a $150.00 rescheduling fee. You may cancel an open-enrollment class and receive a refund (less a $150 administrative fee) as long as your request to cancel is received FIFTEEN (15) OR MORE BUSINESS DAYS prior to the class date. Cancellations received within FIFTEEN (15) BUSINESS DAYS of the class date are not refundable. Substitutions are permitted at any time.

Apple assumes no responsibility with regard to the selection, performance, or use of the products or services. All understandings, agreements, or warranties, if any, take place directly between the vendors and prospective users. For more information, see http://www.apple.com/experts/

**Reserve Your Seat Today (All fields are required.)**

518313-1

| Plaintiff – AGI | Defendant – SSI |

## Plaintiff – AGI

### Adobe GoLive CS Level II

This two day course is for the GoLive user who has created pages or sites in GoLive, but needs to learn more productive methods. All of the tools from GoLive I are covered at much faster pace in order to insure that students have the necessary fundamental skills. The topics in the chart below are added to this advanced level curriculum. Students should be familiar with HTML terms and able to create basic pages with images and links. Back to top.

- Advanced Tips & Tricks
- Actions & Behaviors
- Timelines
- DHTML/Animation
- Javascript with Actions
- Creating Style Sheets
- QuickTime Editing
- Plug-Ins
- Layout/Floating Boxes
- Advanced Typesetting

**Daytime Courses 9:30am-4:30pm**

**Philadelphia, Boston and New York City Dates**
Jan 27-28 • Mar 24-25 • May 26-27 • July 21-22

**Atlanta, Chicago, Los Angeles and Washington DC Dates**
Aug 2-3 • Nov 3-4

**Course Rate $695.00**

*Take GoLive Level I and GoLive Level II for $1,195.00*
Register on line
or by calling 800-851-9237

### HTML Level I

Creating Web Pages in this hands-on class you will learn the fundamentals to creating a **web page**. By the end of this class you will know how to make a web page with colors, links, images and text. **This class will give you the confidence and knowledge to build an exciting page for yourself or your business!** Back to top.



**Daytime Courses 9:30am-4:30pm**

## Defendant – SSI

Systems Solution, Inc. *SSI* – Ahead of the Curve

### CLASS CALENDAR
Web Video Multimedia

### HTML 1

*Course Description*

In this hands-on class, an instructor will take you through step-by-step instructions to actively create your own web pages. **This class will give you the confidence and knowledge to build an exciting site for yourself or your business.**

Topics covered:

- Internet Basics
- Web Design Fundamentals
- Creating a Web Page
- HTML coding
- Color Issues
- Adding Links
- Making Graphics Work
- Attaching Traffic to your site
- Creating Lists
- Understanding File Formats

*Intended Audience and Prerequisites*

This class is intended for those who are just starting out in Web Design and want to learn the basics. Participants in all classes should have some familiarity with the Macintosh desktop or Windows environments.

*Duration*
1

*Tuition*
$325

*Enrollment*
Limited enrollment for each class (8-12 max), guaranteed 1 student per machine.

*Cancellation/Rescheduling Policy*

You may reschedule an open-enrollment class without charge as long as the request to reschedule is received at least TEN (10) BUSINESS DAYS prior to the class date. If you reschedule within TEN (10) BUSINESS DAYS of the class date, you will be subject to a $150.00 rescheduling fee. You may cancel an open-enrollment class and receive a refund (less a $150 administrative fee) as long as your request to cancel is received FIFTEEN (15) OR MORE BUSINESS DAYS prior to the class date. Cancellations received within FIFTEEN (15) BUSINESS DAYS of the class date are not refundable. Substitutions are permitted at any time.

Apple assumes no responsibility with regard to the selection, performance, or use of the products or services. All understandings, agreements, or warranties, if any, take place directly between the vendors and prospective users. For more information, see http://www.apple.com/appers/

Reserve Your Seat Today (All fields are required.)

Class    ⊙ Please contact me with more information.

20

## Plaintiff – AGI

AGI Internet Training

**Boston Dates Philadelphia (Blue Bell)**
Sept 9 • Nov 10 • Feb 21 • Apr 11 • June 20

**Course Rate $325.00**

*Take Both HTML I and HTML II for $600.00*
*Register by calling 800-851-9237*

### HTML Level II

This one day course is designed for the individual who already knows basic HTML and Web management techniques. Students will learn how to more effectively use HTML, learn HTML tips and techniques and learn advanced features that add "punch" to a Web site design. Enrollment requires previous HTML experience. Back to top.



* Sizing Images
* Advanced HTML

**Daytime Courses 9:30am-4:30pm**

Philadelphia, Boston and New York City Dates
Sept 10 • Nov 11 • Feb 23 • June 22

**Course Rate $325.00** *Take both HTML I and HTML II for $600.00*
Register by calling 800-851-9237

### HTML Level III

DHTML This one day course is designed for the individual who already understands the fundamentals of HTML, but is looking to improve the efficiency of their code for modern browsers and also act interactivity. Past experience with HTML, frames and imagemaps is helpful. Back to top.



| Layers | Advanced HTML | Adv. Design Techniques |
| Connecting Style Sheets | Object Positioning | Page object animations |

**Daytime Courses 9:30am-4:30pm**

Philadelphia Dates, Boston and New York City Dates
call for dates

**Course Rate $325.00**

## Defendant – SSI

Systems Solution Inc — Ahead of the Curve

# Systems Solution, Inc. SSI
Ahead of the Curve

Home | Products | Service | Rentals | Education

## CLASS CALENDAR

Web Video Multimedia

### HTML 2

**Course Description**

This one-day course is designed for the individual who already knows basic HTML, and web management techniques. Students will learn how to more effectively use HTML, learn tips and techniques and learn advanced features that add "punch" to a web site design. Enrollment requires previous HTML experience.

**Topics Covered**

* Frames
* Image Mapping
* Adding Sound

* Tables
* Animations & Multimedia
* Advanced Design Techniques

**Days**
1

**Recommended Requirements and Prerequisites**

Enrollment requires previous HTML experience.

**Tuition**
$325

**Enrollment**

Limited enrollment for each class (8-12 max), guaranteed 1 student per machine

**Cancellation/Rescheduling Policy**

You may reschedule an open-enrollment class without charge as long as the request to reschedule is received at least TEN (10) BUSINESS DAYS prior to the class date. If you reschedule within TEN (10) BUSINESS DAYS of the class date, you will be subject to a $150.00 rescheduling fee. You may cancel an open-enrollment class and receive a refund (less a $150 administrative fee) as long as your request to cancel is received FIFTEEN (15) OR MORE BUSINESS DAYS prior to the class date. Cancellations received within FIFTEEN (15) BUSINESS DAYS of the class date are not refundable. Substitutions are permitted at any time.

Apple assumes no responsibility with regard to the selection, performance, or use of the products or services. All understandings, agreements, or warranties, if any, take place directly between the vendors and prospective users. For more information, see http://www.apple.com/experts/

Reserve Your Seat Today (All fields are required.)

○ Please contact me with more information.

| Class | |
| Name | |
| Company | |

21

518313-1

# Plaintiff – AGI

AGI Internet Training

Boston Dates Philadelphia (Blue Bell)
Sept 9 • Nov 10 • Feb 21 • Apr 11 • June 20

**Course Rate $325.00**

*Take Both HTML I and HTML II for $600.00*
*Register by calling 800-851-9237*

## HTML Level II

This one day course is designed for the individual who already knows basic HTML and Web management techniques. Students will learn how to more effectively use HTML, learn HTML tips and techniques and learn advanced features that add "punch" to a Web site design. Enrollment requires previous HTML experience. Back to top.



- Tables
- Frames
- Sizing Images
- Animations & multimedia
- Image Mapping
- Advanced Design Techniques
- Advanced HTML

**Daytime Courses 9:30am–4:30pm**

Philadelphia, Boston and New York City Dates
Sept 10 • Nov 11 • Feb 23 • Apr 13 • June 22

**Course Rate $325.00 Take both HTML I and HTML II for $600.00**
Register by calling 800-851-9237

## HTML Level III

DHTML:This one day course is designed for the individual who already understands the fundamentals of HTML, but is looking to improve the efficiency of their code for modern browsers and also add interactivity. Past experience with HTML, frames and imagemaps is helpful. Back to too.

**Daytime Courses 9:30am–4:30pm**

Philadelphia Dates, Boston and New York City Dates
call for dates

**Course Rate $325.00**

---

# Defendant – SSI

**Systems Solution, Inc. SSI**
Systems Solution Inc – A Breed of Our Own

Home  Products  Service  Rentals  Education
Professional  Customizing  Applications

## CLASS CALENDAR

Web Video Multimedia

## HTML 3: CSS

Course Description

This one day course is designed for the individual who already understands the fundamentals of HTML, but is looking to improve the efficiency of their code for modern browsers and also add interactivity. Past experience with HTML, frames and imagemaps is required for this course.

Topics Covered

- Layers
- Object Positioning
- Advanced HTML
- Calculating Style Sheets (CSS)
- Page Object Animations
- Advanced Design Techniques

Days
1

Vendor Authorized Prerequisites

Past experience with HTML, frames and imagemaps is required for this course. Participants in all classes should have some familiarity with the Macintosh desktop or Windows environment.

Tuition
$325

Enrollment

Limited enrollment for each class (8-12 max), guaranteed 1 student per machine.

Cancellation/Rescheduling Policy

You may reschedule an open-enrollment class within TEN (10) BUSINESS DAYS as long as the request to reschedule is received at least TEN (10) BUSINESS DAYS prior to the class date. If you reschedule within TEN (10) BUSINESS DAYS of the class date, you will be subject to a $150.00 reschedule fee. You may cancel an open-enrollment class and receive a refund (less a $150 administrative fee) as long as your request to cancel is received FIFTEEN (15) OR MORE BUSINESS DAYS prior to the class date. Cancellations received within FIFTEEN (15) BUSINESS DAYS of the class date are not refundable. Substitutions are permitted at any time.

Apple assumes no responsibility with regard to the selection, performance, or use of the products or services. All understandings, agreements, or warranties, if any, take place directly between the vendors and prospective users. For more information, see http://www.apple.com/registers/

Reserve Your Seat Today (All fields are required.)

Class    ⊙ Please contact me with more information.

Name



518313-1

## Plaintiff – AGI

AGI Internet Training

Register by calling 800-851-9237

### Macromedia DreamWeaver I

This two day course provides an in-depth look at the features and use of this web site development and management application. Updated for Version MX. Back to top.



**Daytime Courses 9:30am-4:30pm**

Philadelphia, Boston and New York City Dates
July 8-9 • Sept 16-17 • Nov 1-2 • Dec 6-7 • Feb 1-2 • Mar 1-2 • May 1-2 • July 25-26

Atlanta, Chicago, Los Angeles and Washington DC
Sept 16-17

**Course Rate $895.00**
Register on-line
or by calling 800-851-9237

### Macromedia DreamWeaver Level II

This two day course provides an advanced look at the features and use of this web site development and management application. Updated for version MX. Back to top.



**Daytime Courses 9:30am-4:30pm**

Philadelphia, Boston and New York City Dates
Aug 2-3 • Nov 3-4 • Jan 5-6 • Mar 3-4 • Mar 30-31 • May 4-5
July 27-28

---

## Defendant – SSI

Systems Solution Inc – Ahead of the Curve

### Systems Solution, Inc SSi

| Home | Products | Service | Rentals | Education |

## CLASS CALENDAR

Web Video Multimedia

### DreamWeaver MX 1

**Course Description**

This two day course provides an in-depth look at the features and use of this web site development and management application. Updated for Version MX. Training provided by our authorized education partner Acquired Learning.

**Topics Covered**

- Site Management
- Inserting Images
- Adding Multimedia Files
- Colors
- Creating Tables
- Framesets
- Formatting Text
- Setting Hyperlinks
- Cascading Style Sheets
- Image Maps
- DHTML
- Page Properties
- Forms and CGI
- Line Breaks

**Days**
2

**Intended Audience and Prerequisites**

This class is intended for those who have had experience with HTML coding possibly another web page creation program. Participants in all classes should have some familiarity with the Macintosh desktop or Windows environment.

**Tuition**
$ 695

**Enrollment**

Limited enrollment for each class (8-12 max), guaranteed 1 student per machine.

**Cancellation/Rescheduling Policy**

You may reschedule an open-enrollment class without charge as long as the request to reschedule is received at least TEN (10) BUSINESS DAYS prior to the class date. If you reschedule within TEN (10) BUSINESS DAYS of the class date, you will be subject to a $150.00 rescheduling fee. You may cancel an open-enrollment class and receive a refund (less a $150 administrative fee) as long as your request to cancel is received FIFTEEN (15) OR MORE BUSINESS DAYS prior to the class date. Cancellations received within FIFTEEN (15) BUSINESS DAYS of the class date are not refundable. Substitutions are permitted at any time.

Apple assumes no responsibility with regard to the selection, performance, or use of the products or services. All understandings, agreements, or warranties, if any, take place directly between the vendors and prospective users. For more information, see http://www.apple.com/appleto.

Reserve Your Seat Today (All fields are required.)

23

518313-1

---

## Plaintiff – AGI

AGI Internet Training

**Register by calling 800-851-9237**

### Macromedia DreamWeaver 1

This two day course provides an in-depth look at the features and use of this web site development and management application. Updated for Version MX. Back to top.



- Site Management
- Colors
- Formatting Text
- Line Breaks
- Page Properties
- Inserting Images
- Creating Tables
- Setting Hyperlinks
- Image Maps
- Forms and CGI
- Adding Multimedia Files
- Frameworks
- Cascading Style Sheets
- DHTML

**Daytime Courses 9:30am–4:30pm**

Philadelphia, Boston and New York City Dates
July 8-9 • Sept 16-17 • Nov 1-2 • Dec 6-7 • Feb 1-2 • Mar 1-2 • May 1-2 • July 25-26

Atlanta, Chicago, Los Angeles and Washington DC
Sept 16-17

**Course Rate $695.00**
Register on-line
or by calling 800-851-9237

### Macromedia DreamWeaver Level II

This two day course provides an advanced look at the features and use of this web site development and management application. Updated for version MX. Back to top.

**Daytime Courses 9:30am–4:30pm**

Philadelphia, Boston and New York City Dates
Aug 2-3 • Nov 3-4 • Jan 5-6 • Mar 3-4 • Mar 30-31 • May 4-5
July 27-28

---

## Defendant – SSI

Systems Solution, Inc. SSI

### CLASS CALENDAR

Web Video Multimedia

### DreamWeaver MX 2

**Course Description**
This two day course provides an advanced look at the features and use of this web site development and management application. Updated for version MX. Training provided by our authorized education partner Acquired Learning.

**Topics Covered**

- Advanced Site Controls
- Adv. Text Controls
- Images Controls
- Building Data Tables
- Setting Anchors
- Image Maps
- Adding Multimedia Files
- Cascading Style Sheets
- Forms
- Framesets
- DHTML

**Days**
2

**Intended Audience and Prerequisites**
This class is intended for those who have attended Dreamweaver 1 class or have used Dreamweaver extensively. Participants in all classes should have some familiarity with the Macintosh desktop or Windows environment.

**Tuition**
$ 695

**Enrollment**
Limited enrollment for each class (8-12 max), guaranteed 1 student per machine.

**Cancellation/Rescheduling Policy**
You may reschedule an open-enrollment class without charge as long as the request to reschedule is received at least TEN (10) BUSINESS DAYS prior to the class date. If you reschedule within TEN (10) BUSINESS DAYS of the class date, you will be subject to a $150.00 rescheduling fee. You may cancel an open-enrollment class and receive a refund (less a $150 administrative fee) as long as your request to cancel is received FIFTEEN (15) OR MORE BUSINESS DAYS prior to the class date. Cancellations received within FIFTEEN (15) BUSINESS DAYS of the class date are not refundable. Substitutions are permitted at any time.

Apple assumes no responsibility with regard to the selection, performance, or use of the products or services. All understandings, agreements, or warranties, if any, take place directly between the vendors and prospective users. For more information, see http://www.apple.com/experts/

**Reserve Your Seat Today (All fields are required.)**

Class ⊙ Please contact me with more information.

Name

Company

Phone

## Plaintiff – AGI

AGI Internet Training

**Atlanta Dates**
Aug 30-31 • Oct 25-26 • Dec 27-28

**Chicago Dates**
Aug 30-31 • Oct 25-26 • Dec 27-28

**Los Angeles Dates**
Aug 30-31 • Oct 25-26 • Dec 27-28

**Washington DC Dates**
Aug 30-31 • Oct 25-26 • Dec 27-28

**Course Rate $695.00**
Register on-line
or by calling 800-851-9237

### Dreamweaver Level III

This two-day course extends Dreamweaver into the realm of database-driven sites. Requires knowledge of all topics in Dreamweaver Level I and Level II. Updated for version MX Back to top.



• Database Connectivity    • Adding Dynamic Data    • Insert & Update Page

This class is a custom training.

**Call 1-800-851-9237 for information and to schedule.**

### Macromedia Flash Level I

Flash offers the only standard playback of vector graphics and animations in a Web browser. Flash files are resolution independent, anti-aliased, and stream real-time during playback offering the highest quality viewing experience. Flash movies break the bandwidth barrier with beautiful and compact animations, navigation interfaces, ad banners, logos, technical illustrations, long-form cartoons, interactive comic books and much more. This introductory class is for the new user to Flash. Updated for version MX. Back to top.



## Defendant – SSI

Systems Solution, Inc. SSI

News | Products | Service | Rentals | Education

### CLASS CALENDAR

Web Video Multimedia

### Flash MX 1

**Course Description:**
This two-day class provides and introduction to the features and capabilities of Flash. Flash files offer standard playback of vector graphics and animations in a Web browser. Flash files are resolution independent and stream real-time during playback offering the high quality viewing experience. Training provided by our authorized education partner Acquired Learning.

**Topics Covered:**

* Workspace Introduction
* Introduction to Layers
* Animations Settings
* Tracing Bitmaps
* Button Symbols
* Drawing Tools
* Importing Graphics
* Using the Library
* Storyboards
* Mask Layers
* Colors & Gradients
* Object Inspector
* Timeline Controls
* Basic Actions

Intended Audience and Prerequisites

**Days**
2

**Tuition**
$ 695

**Enrollment**
Limited enrollment for each class (8-12 max), guaranteed 1 student per machine.

**Cancellation/Rescheduling Policy**
You may reschedule an open-enrollment class without charge as long as the request to reschedule is received at least TEN (10) BUSINESS DAYS prior to the class date. If you reschedule within TEN (10) BUSINESS DAYS of the class date, you will be subject to a $150.00 rescheduling fee. You may cancel an open-enrollment class and receive a refund (less a $150 administrative fee) as long as your request to cancel is received FIFTEEN (15) OR MORE BUSINESS DAYS prior to the class date. Cancellations received within FIFTEEN (15) BUSINESS DAYS of the class date are not refundable. Substitutions are permitted at any time.

Apple assumes no responsibility with regard to the selection, performance, or use of these products or services. All understandings, agreements, or warranties, if any, take place directly between the vendors and prospective users. For more information, see http://www.apple.com/experts/

**Reserve Your Seat Today (All fields are required.)**

☐ Please contact me with more information.

Class

Name

Company

Phone

25

518313-1

## Plaintiff – AGI

AGI Internet Training

**Daytime Courses 9:30am-4:30pm**

**Boston and New York City Dates**
Aug 23-24 • Nov 4-5 • Jan 13-14 • Mar 10-11 • May 12-13 • June 30-July 31

**Philadelphia**
Dec 1-2, Jan 13-14 • Mar 10-11 • May 12-13 • June 30-July 31

**Atlanta Dates**
Aug 23-24 • Nov 4-5

**Chicago Dates**
Aug 23-24 • Nov 4-5

**Los Angeles Dates**
Aug 23-24 • Nov 4-5

**Washington DC Dates**
Aug 23-24 • Nov 4-5

**Course Rate $695.00** Take *Flash I and II for $1,195.00*

*Register on-line*
*or by calling 800-851-9237*

**Flash Level II**

Learn more about how Flash movies break the bandwidth barrier with beautiful and compact animations, navigation interfaces, ad libraries, logos, technical illustrations, long-form cartoons, interactive comic books and much more. Updated for version MX. Back to top.



Philadelphia, Lancaster, PA, Boston and New York City Dates
Sept 22-23 • Nov 18-19 • Jan 18-19 • Mar 15-16 • May 17-18 • July 5-6

**Atlanta Dates**
July 21-22 • Sept 22-23 • Nov 18-19

**Chicago Dates**
July 21-22 • Sept 22-23 • Nov 18-19

---

## Defendant – SSI

**Systems Solution, Inc SSi**

### CLASS CALENDAR

Web Video Multimedia

**Course Description**

Learn more about how Flash movies break the bandwidth barrier with beautiful and compact animations, navigation interfaces, logos, technical illustrations, long-form cartoons, interactive comic books and much more. Training provided by our authorized education partner Acquired Learning.

Topics Covered:

- Animated Graphics
- Rollovers, Buttons
- Frame & Button Actions
- Movie Clips
- Loading Movies
- Frame Labels
- Drop Down Menus
- Scenes
- Sound Control
- Optimizing Animations
- Animated Cursors
- Symbols & Instances
- Invoke Action Sample
- Properties & Values
- Bandwidth Profiler

**Days**
2

**Tuition**
$ 695

**Intended Audience and Prerequisites**

**Enrollment**
Limited enrollment for each class (8-12 max), guaranteed 1 student per machine.

**Cancellation/Rescheduling Policy**
You may reschedule an open-enrollment class without charge as long as the request to reschedule is received at least TEN (10) BUSINESS DAYS prior to the class date. If you reschedule within TEN (10) BUSINESS DAYS of the class date, you will be subject to a $150.00 rescheduling fee. You may cancel an open-enrollment class and receive a refund (less a $150 administrative fee) as long as your request to cancel is received FIFTEEN (15) OR MORE BUSINESS DAYS prior to the class date. Cancellations received within FIFTEEN (15) BUSINESS DAYS of the class date are non-refundable. Substitutions are permitted at any time.

Apple assumes no responsibility with regard to the selection, performance, or use of the products or services. All understandings, agreements, or warranties, if any, take place directly between the vendors and prospective users. For more information, see http://www.apple.com/experts/

**Reserve Your Seat Today! (All fields are required.)**

26

518313-1

## Plaintiff – AGI

AGI Internet Training

**Los Angeles Dates**
July 21-22 • Sept 22-23 • Nov 18-19

**Washington DC Dates**
July 21-22 • Sept 22-23 • Nov 18-19

**Course Rate $695.00** Take *Flash I and II for $1,195.00*

Register on-line
or by calling 800-851-9237

### Flash Level III

This two-day class is for the advanced Flash user. Prerequisite for this course is an understanding of all bulleted points in both Flash I and II. Back to top.



**Philadelphia Dates**
Nov 22-23 • Jan 13-14 • March 24-25

**Boston Dates:**
Jan 13-14 • March 3-4

**Course Rate $695** Take *Flash Level I, II and III for $1,695.00*

Register on-line
or by calling 800-851-9237

---

## Defendant – SSI

Systems Solutions, Inc. – Ahead of the Curve

### Systems Solution, Inc. SSi
*Ahead of the Curve*

| Home | Products | Service | Rentals | Education |

### CLASS CALENDAR

Web Video Multimedia

**Flash MX 3**

*Course Description*

The two-day class is for the advanced Flash user. Prerequisite for this course is an understanding of all bulleted points in both Flash I and II.

*Topics Covered*

- Flash as a Video Editing Tool
- Visualization of Video/storyboarding
- Considerations When Planning
- Design Assets, Graphics, Audio
- Meeting Techniques
- Image Manipulation
- Advanced use of Frames
- Movie Clips
- Pixel-Based Manipulations
- Shape & Motion Tweening
- Audio Enhancement
- Looping Sequences
- Talking to JavaScript
- Conditions & Variables

*Days*
2

*Intended Audience and Prerequisites*

Participants should be familiar with the Macintosh desktop or Windows environment and have either attended the JavaScript 1 class or have equivalent knowledge.

*Tuition*

$ 695

*Enrollment*

Limited enrollment for each class (8-12 max), guaranteed 1 student per machine

*Cancellation/Rescheduling Policy*

You may reschedule an open-enrollment class without charge as long as the request to reschedule is received at least TEN (10) BUSINESS DAYS prior to the class date. If you reschedule within TEN (10) BUSINESS DAYS of the class date, you will be subject to a $150.00 rescheduling fee. You may cancel an open-enrollment class and receive a refund (less a $150 administrative fee) as long as your request to cancel is received FIFTEEN (15) OR MORE BUSINESS DAYS prior to the class date. Cancellations received within FIFTEEN (15) BUSINESS DAYS of the class date are not refundable. Substitutions are permitted at any time.

Apple assumes no responsibility with regard to the selection, performance, or use of the products or services. All understandings, agreements, or warranties, if any, take place directly between the vendors and prospective users. For more information, see http://www.apple.com/progams

Reserve Your Seat Today (All fields are required.)

**Class**     © Please contact me with more information.

---

27

518313-1

| Plaintiff – AGI | Defendant – SSI |
|---|---|

AGI Internet Training



**Plaintiff – AGI**

- Animation and Graphics for the Web
- Adobe ImageReady
- Backgrounds
- Creating Patterns
- Fundamentals of Web File Formats
- Maintaining Quality
- Tips for working with a limited color space
- Design Tips/Tricks
- Slicing Images
- Adding JavaScript
- Creating Transparency
- Matching Non-indexed Colors to print colors

**Daytime Courses 9:30am-4:30pm**

Philadelphia Dates
call for dates

Boston Dates
call for dates

New York City Dates
call for dates

Course Rate $695.00
Register by calling 800-851-9237

**JavaScript I**

This is a three-day entry-level course for the student with no programming background. This class covers the JavaScript fundamentals necessary to create dynamic and interactive pages, that actually work Back to top.

- What is JavaScript
- Object Oriented Programming
- Variables
- Script Body Structure
- Operators
- Alert Dialogs
- Converting the Variable Object
- To Frame or not to Frame?
- Using Strings
- Loops and Arrays
- Values and Variables
- Event Handlers
- Creating Rollovers

**Daytime Courses 9:30am-4:30pm**

Philadelphia Dates
Sept 22-23-24 • Nov 10-11-12 • Feb 14-15-16 • Apr 18-19-20 • June 27-28-29

Boston Dates
Sept 22-23-24 • Nov 10-11-12 • Feb 14-15-16 • Apr 18-19-20 • June 27-28-29

---

**Defendant – SSI**

Systems Solution Inc. – Ahead of the Curve

*Systems Solution, Inc.* **SSi**
*Ahead of the Curve*

Home    Products    Service    Rentals    Education

## CLASS CALENDAR

Web Video Multimedia

**JavaScript 1**

Course Description

This is a three-day entry-level class for the student with no programming background. This class covers the latest developments in JavaScript, including the use of JavaScript in Dynamic HTML. It clearly defines the differences between Netscape and Microsoft versions of JavaScript, along with the ECMAScript standard. Students are guided through step-by-step lessons. Knowledge of HTML is required.

Topics Covered:

- JavaScript Basics
- Strings and Arrays
- Using Built-in Objects
- Responding to Events
- Style Sheets
- Layers
- Debugging
- Testing Values
- Browser Objects
- Forms
- Dynamic HTML
- Scripts
- Using & Storing Values
- Loops
- Graphics & Animation

Number Required or Number of Participants

Participants in all classes should be familiar with the Macintosh desktop or Windows environment.

Days
3

Tuition
$1,095

Enrollment

Limited enrollment for each class (6-12 max), guaranteed 1 student per machine.

Cancellation/Rescheduling Policy

You may reschedule an open-enrollment class without charge as long as the request to reschedule is received at least TEN (10) BUSINESS DAYS prior to the class date. If you reschedule within TEN (10) BUSINESS DAYS of the class date, you will be subject to a $150.00 rescheduling fee. You may cancel an open-enrollment class and receive a refund (less a $150 administrative fee) as long as your request to cancel is received FIFTEEN (15) OR MORE BUSINESS DAYS prior to the class date. Cancellations received within FIFTEEN (15) BUSINESS DAYS of the class date are not refundable. Substitutions are permitted at any time.

Apple assumes no responsibility with regard to the selection, performance, or use of the products or services. All understandings, agreements, or warranties, if any, take place directly between the vendors and prospective users. For more information, see http://www.apple.com/education/

Reserve Your Seat Today (All fields are required.)

## Plaintiff – AGI

AGI Internet Training

**Course Rate $1095.00**
**Register by calling 800-851-9237**

### JavaScript Level II

This two day course provides an in-depth look at the features and use of this web site development and management application. Back to top.



Daytime Courses 9:30am–4:30pm
Call for dates  800-851-9237

**Course Rate $795.00**

### Fireworks

In this two day course you will learn how to use Fireworks to create optimized web graphics, apply special effects, build buttons, add rollovers, and create animated GIFs. You'll learn how to optimize images, create image maps and pop-up menus.

This class is a custom training.

*Call 1-800-851-9237 for information and to schedule.*

### XML – Introduction to XML Publishing

This course provides you with a strong foundation for starting to use XML to publish information. It also covers the core technologies associated with XML. After completing this course you should be familiar with XML's capabilities and be able to structure information for print or web publishing using programs and browsers that support XML.

While knowledge of JavaScript and CSS are helpful, they are NOT required prerequisites. This is an entry level XML course. Back to top.

| XML Overview | • Creating XML | • Document Type Definitions |
| • Elements | • Attributes | • Entities and Notation |
| • Notation | • Namespaces | • Validation |
| • XSLT | • CSS and XML | • Using XML for publishing |

---

## Defendant – SSI

Systems Solution, Inc. **SSI**

Products | Products | Service | Rentals | Education

### CLASS CALENDAR

Web Video Multimedia

### JavaScript 2

**Course Description**
This two day course provides an in-depth look at the features and use of this web site development and management application.

**Topics Covered:**

| • Page Animations | • Forms |
| • Cascading Style Sheets | • Handling Cookies |
| • Event Handlers | • Dynamic Pages |
| • Layers | • Multimedia |

**Days**
3

**Intended Audience and Prerequisites**

**Tuition**
$ 1,095

**Enrollment**
Limited enrollment for each class (8-12 max), guaranteed 1 student per machine.

**Cancellation/Rescheduling Policy**
You may reschedule an open-enrollment class without charge as long as the request to reschedule is received at least TEN (10) BUSINESS DAYS prior to the class date. If you reschedule within TEN (10) BUSINESS DAYS of the class date, you will be subject to a $150.00 rescheduling fee. You may cancel an open-enrollment class and receive a refund (less a $150 administrative fee) as long as your request to cancel is received FIFTEEN (15) OR MORE BUSINESS DAYS prior to the class date. Cancellations received within FIFTEEN (15) BUSINESS DAYS of the class date are not refundable. Substitutions are permitted at any time.

Apple assumes no responsibility with regard to the selection, performance or use of the products or services. All understandings, agreements, or warranties, if any, take place directly between the vendors and prospective users. For more information, see http://www.apple.com/experts/

**Reserve Your Seat Today (All fields are required)**

☞ Please contact me with more information.

Class _____
Name _____
Company _____
Phone _____
Email _____

Questions? _____



29

518313-1



# Plaintiff – AGI

AGI Adobe Premiere & After Effects Training Classes

**Los Angeles Dates**
July 21-22 • Aug 5-6 • Oct 12-13 • Dec 3-4

**Washington DC Dates**
July 21-22 • Aug 5-6 • Oct 12-13 • Dec 3-4

**Course rate $795.00**

Take Premiere I, After Effects for $1395.00
Take Premiere I, II and After Effects for $1795.00

Register on-line
or by calling 800-851-9237

## Adobe Premiere Level I

Learn the essentials of this software which is designed for video professionals. Attendees will learn how to use the interface and support editing tools for producing broadcast-quality movies used for video, multimedia, or the Web. Updated for version Premiere Pro. Back to Top.

- Video Basics
- Markers
- Sequence
- Editing Tools
- Storyboard
- Keyframe
- Exporting Movies
- Animated Titles

**Daytime Courses 9:30am-4:30pm**

**Boston (Woburn), MA Dates:**
Aug 5-6 • Oct 12-13 • Dec 2-3 • Feb 10-11 • Mar 31-Apr 1 • June 2-3

**New York City Dates:**
Aug 5-6 • Oct 12-13 • Dec 2-3 • Feb 10-11 • Mar 31-Apr 1 • June 2-3

**Philadelphia (Blue Bell), PA Dates:**
Aug 5-6 • Oct 12-13 • Dec 2-3 • Feb 10-11 • Mar 31-Apr 1 • June 2-3

**Atlanta Dates**
Aug 5-6 • Oct 12-13 • Dec 2-3

**Chicago Dates**
Aug 5-6 • Oct 12-13 • Dec 2-3

---

# Defendant – SSI

Systems Solution Inc – Ahead of the Curve

## Systems Solution, Inc. *SSi*
*Ahead of the Curve*

Home | Products | Service | Rentals | Education

### CLASS CALENDAR

Web Video Multimedia

**Premiere Level 1**

*Course Description*

Learn the essentials of this software, which is designed for video professionals. Attendees will learn how to use the interface and support editing tools for producing broadcast-quality movies used for video, multimedia, or the Web. Training provided by our authorized education partner Acquired Learning.

*Topics Covered:*

- Scrubbing
- Transitions
- NTSC Television
- Frame Rate
- Dynamic Previewing
- Filters
- Audio Clips
- Track & Multimedia
- Capturing Sound
- Advanced Editing
- Editing Audio
- Creating Titles
- Superimposing
- Rolling Credits
- Compiling Movies

*Days*
2

*Intended Audience and Prerequisites*

Participants in all classes should be familiar with the Macintosh desktop or Windows environment.

*Tuition*
$795

*Enrollment*

Limited enrollment for each class (8-12 max), guaranteed 1 student per machine.

*Cancellation/Reschedule/Refund Policy*

You may reschedule an open-enrollment class without charge as long as the request to reschedule is received at least TEN (10) BUSINESS DAYS prior to the class date. If you reschedule within TEN (10) BUSINESS DAYS of the class date, you will be subject to a $150.00 rescheduling fee. You may cancel an open-enrollment class and receive a refund (less a $150 administrative fee) as long as your request to cancel is received FIFTEEN (15) OR MORE BUSINESS DAYS prior to the class date. Cancellations received within FIFTEEN (15) BUSINESS DAYS of the class date are not refundable. Substitutions are permitted at any time.

Apple assumes no responsibility with regard to the selection, performance, or use of the products or services. All understandings, agreements, or warranties, if any, take place directly between the vendors and prospective users. For more information, see http://www.apple.com/parts/

Reserve Your Seat Today (All fields are required.)

30

51813-1

## Plaintiff – AGI

*AGI Adobe Premiere & After Effects Training Classes*

**Los Angeles Dates**
Aug 5-6 • Oct 12-13 • Dec 2-3

**Washington DC Dates**
Aug 5-6 • Oct 12-13 • Dec 2-3

**Course Rate $795.00**

Take Premiere I, After Effects for $1395.00
Take Premiere I, II and After Effects for $1795.00

**Register on-line**
or by calling 800-861-9237

**Adobe Premiere Level II**

Learn the advanced capabilities of Adobe Premiere. Attendees will learn how to use advanced interface and editing tools for producing broadcast-quality movies used for video, multimedia and the Web. Updated for Premiere Pro. Back to Top.



- Advanced audio editing
- Advanced ...
- Color Correction
- Advanced Editing
- Motion path animation
- DVD export
- Introduction to Encore DVD

**Daytime Courses 9:30am-4:30pm**

**Boston (Woburn), MA Dates:**
Sept 1-2 • Nov 3-4 • Dec 16-17 • Feb 17-18 • Apr 14-15 • June 16-17

**New York City Dates:**
Jan 3-4 • Feb 17-18 • Apr 14-15 • June 16-17

**Philadelphia (Blue Bell), PA Dates:**
Sept 1-2 • Nov 3-4 • Dec 16-17 • Feb 17-18 • Apr 14-15 • June 16-17

**Atlanta Dates**
Sept 1-2 • Nov 3-4

**Chicago Dates**
Sept 1-2 • Nov 3-4

**Los Angeles Dates**
Sept 1-2 • Nov 3-4

---

## Defendant – SSI

*Systems Solution Inc. • Ahead of the Curve*

**Systems Solution, Inc. SSI**
*Ahead of the Curve*

Home | Trends | Products | Service | Details | Education

### CLASS CALENDAR

Web Video Multimedia

**Premiere Level II**

*Course Description*

Learn the advanced capabilities of Adobe Premiere in two days of hands-on training. Attendees will learn how to use advanced interface and editing tools for producing broadcast-quality movies used for video, multimedia and the Web. Training provided by our authorized education partner Acquired Learning.

**Topics Covered**

- Update on new features
- Creating Titles
- Integrating Photoshop
- Maximizing the Interface
- Missing Techniques
- Adv. Transitions
- Adding Sound
- Integrating Premiere
- Advanced Effects

*Days*
2

*Intended Audience and Prerequisites*

*Tuition*
$795

*Enrollment*
Limited enrollment for each class (8-12 max), guaranteed 1 student per machine.

*Cancellation / Re-scheduling Policy*
You may reschedule an open-enrollment class without charge as long as the request to reschedule is received at least TEN (10) BUSINESS DAYS prior to the class date. If you reschedule within TEN (10) BUSINESS DAYS of the class date, you will be subject to a $150.00 rescheduling fee. You may cancel an open-enrollment class and receive a refund (less a $150 administrative fee) as long as your request to cancel is received FIFTEEN (15) OR MORE BUSINESS DAYS prior to the class date. Cancellations received within FIFTEEN (15) BUSINESS DAYS of the class date are not refundable. Substitutions are permitted at any time.

Apple assumes no responsibility with regard to the selection, performance, or use of the products or services. All understandings, agreements, or warranties, if any, take place directly between the vendors and prospective users. For more information, see http://www.apple.com/experts/

**Reserve Your Seat Today (All fields are required.)**

Class
- Please contact me with more information.
- November 22-23  Location: King of Prussia, PA  Time: 9:30am - 4:30pm

518313-1

✎JS 44  (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

American Graphics Institute, Inc.
Christopher Smith

**DEFENDANTS**

Acquired Learning, Inc., Systems Solution, Inc., Judeann Stipe, Dean Novosat, Clark Edwards, and Richard Wein

**(b)** County of Residence of First Listed Plaintiff __Middlesex__
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed _____Lancaster
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

John L. DuPre
Hamilton, Brook, Smith & Reynolds, P.C.
530 Virginia Road, P.O. Box 9133
Concord, MA 01742-9133   (978) 341-0036

Attorneys (If Known)

## II. BASIS OF JURISDICTION    (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PLF | DEF | | PLF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT    (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | **PERSONAL INJURY** | | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 362 Personal Injury— Med. Malpractice | | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 365 Personal Injury — Product Liability | **PROPERTY RIGHTS** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | ☒ 820 Copyrights | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability | | ☐ 830 Patent | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | ☐ 840 Trademark | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 892 Economic Stabilization Act |
| | | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | ☐ 385 Property Damage Product Liability | | ☐ 862 Black Lung (923) | ☐ 894 Energy Allocation Act |
| | | **PRISONER PETITIONS** | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | **FEDERAL TAX SUITS** | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

## V. ORIGIN    (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

This is an action for copyright infringement under the Copyright Laws of Title 17 of the United States Code and common law unfair competition. Damages and injunctive relief are sought against the Defendants.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ To be Determined

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):

JUDGE _____   DOCKET NUMBER _____

DATE  12/14/04

SIGNATURE OF ATTORNEY OF RECORD  *John L. DuPre*

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1.  Title of case (name of first party on each side only)    American Graphics Institute, Inc. v. Acquired Learning, Inc.

2.  Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet.   (See local rule 40.1(a)(1)).

   ___    I.      160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   _X_   II.    195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,      *Also complete AO 120 or AO 121
                        740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.          for patent, trademark or copyright cases

   ___   III.   110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
                       315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
                       380, 385, 450, 891.

   ___   IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
                       690, 810, 861-865, 870, 871, 875, 900.

   ___   V.    150, 152, 153.

04 12611 JLT

3.  Title and number, if any, of related cases. (See local rule 40.1(g)).  If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

   N/A

4.  Has a prior action between the same parties and based on the same claim ever been filed in this court?

          YES ☐    NO ☒

5.  Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?   (See 28 USC §2403)

          YES ☐    NO ☒

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

          N/A     YES ☐    NO ☐

6.  Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

          YES ☐    NO ☒

7.  Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

          YES ☒    NO ☐

   A.   If yes, in which division do all of the non-governmental parties reside?

     Eastern Division ☒      Central Division ☐      Western Division ☐

   B.   If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

               N/A
     Eastern Division ☐      Central Division ☐      Western Division ☐

8.  If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court?  (If yes, submit a separate sheet identifying the motions)

          YES ☐    NO ☐

(PLEASE TYPE OR PRINT)

ATTORNEY'S NAME ___John L. DuPré

ADDRESS ___530 Virginia Road, P.O. Box 9133, Concord, MA 01742

TELEPHONE NO. ___(978) 341-0036

(#519657v1<iManage> -3832.0001-000 category sheet  - 10/17/02)