UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN GRAPHICS INSTITUTE, INC., and CHRISTOPHER SMITH<br><br>Plaintiffs,<br><br>v.<br><br>ACQUIRED LEARNING, INC., SYSTEMS SOLUTION, INC., JUDEANN STIPE, DEAN NOVOSAT, CLARK EDWARDS, and RICHARD WEIN,<br><br>Defendants. | Civil Action No. 04-12611-JLT<br><br>DISCLOSURE STATEMENT UNDER RULE 7.1(A) |

## PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3(A), plaintiff American Graphics Institute, Inc. states that it has no parent corporation and there are no publicly held companies that own ten percent (10%) or more of its stock.

        AMERICAN GRAPHICS INSTITUTE, INC., and CHRISTOPHER SMITH

        By their attorneys,

Dated: December 14, 2004        /s/ John L. DuPré
        John L. DuPré   (BBO No. 549659)
        Giovanna H. Fessenden (BBO No. 654681)
        Hamilton, Brook, Smith & Reynolds, P.C.
        530 Virginia Road
        P.O. Box 9133
        Concord, Massachusetts 01742-9133
        Telephone:  (978) 341-0036
        Facsimile:   (978) 341-0136

#519699