UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN GRAPHICS INSTITUTE, INC. and CHRISTOPHER SMITH,<br>　　　　　Plaintiffs,<br>v.<br><br>ACQUIRED LEARNING, INC., SYSTEMS SOLUTION, INC., JUDEANN STIPE, DEAN NOVOSAT, CLARK EDWARDS and RICHARD WEIN,<br>　　　　　Defendants. | C.A. No. 04 12611 JLT |

## ASSENTED-TO MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADING

The defendants, Acquired Learning, Inc., Systems Solution, Inc., Judeann Stipe, Dean Novosat, Clark Edwards and Richard Wein, hereby move for an extension of the time within which they must serve their response to the Complaint for Copyright Infringement and Unfair Competition to and including January 21, 2005.

As reason therefore, the defendants state that they have just engaged Massachusetts counsel on January 5, 2005, and such counsel needs additional time to assist in the preparation of a responsive pleading.

Counsel for plaintiffs assents to this enlargement of time.

2508449_1.DOC

WHEREFORE, the defendants respectfully request an enlargement of time to and including January 21, 2005 within which to serve their response to the Complaint for Copyright Infringement and Unfair Competition.

                                             ACQUIRED LEARNING, INC., SYSTEMS
                                             SOLUTION, INC., JUDEANN STIPE, DEAN
                                             NOVOSAT, CLARK EDWARDS and
                                             RICHARD WEIN

                                             By their Attorneys,

                                             HOLLAND & KNIGHT LLP


                                             _____
                                             James D. Smeallie (BBO #467380)
                                             Heather Esme Caramello (BBO #600896)
                                             10 St. James Avenue
                                             Boston, MA 02116
                                             (617) 523-2700

The plaintiffs, American Graphics Institute,
Inc. and Christopher Smith, hereby assent
to the within motion.


_____
John L. DuPre (BBO #549659)
Giovanna H. Fessenden (BBO #654681)
Hamilton, Brook, Smith & Reynolds, P.C.
530 Virginia Road
P.O. Box 9133
Concord, MA 01742-9133
(978) 341-0036

Dated: January 6, 2005

## CERTIFICATE OF SERVICE

    I, James D. Smeallie, hereby certify that on January 6, 2005 a true and correct copy of the within Assented-To Motion for Enlargement of Time to File Responsive Pleading was furnished by mail to John L. DuPre, Esquire, counsel for plaintiffs, Hamilton, Brook, Smith & Reynolds, P.C., 530 Virginia Road, P.O. Box 9133, Concord, Massachusetts 01742-9133.

                                                                               /s/ James D. Smeallie  
                                                                                James D. Smeallie