UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AMERICAN GRAPHICS INSTITUTE, INC.
and CHRISTOPHER SMITH,
                    Plaintiffs,

v.

ACQUIRED LEARNING, INC., SYSTEMS
SOLUTION, INC., JUDEANN STIPE, DEAN
NOVOSAT, CLARK EDWARDS and
RICHARD WEIN,
                    Defendants.

C.A. No. 04 12611 JLT

DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3(A), the undersigned counsel for defendants, Acquired

Learning, Inc. and Systems Solution, Inc., certifies that each such corporation has no parent

corporation, and there are no publicly held entities that own ten percent or more of the stock of

said corporate defendants.

Respectfully submitted,

James D. Smeallie (BBO #467380)
Heather Esme Caramello (BBO #600896)
Holland & Knight LLP
10 St. James Avenue
Boston, MA  02116
(617) 523-2700
*Counsel for Acquired Learning, Inc. and
Systems Solution, Inc.*

Dated:  January 6, 2005

# 2509021_v1

## CERTIFICATE OF SERVICE

I, James D. Smeallie, hereby certify that on January 6, 2005 a true and correct copy of the within Defendants' Corporate Disclosure Statement was furnished by mail to John L. DuPre, Esquire, counsel for plaintiffs, Hamilton, Brook, Smith & Reynolds, P.C., 530 Virginia Road, P.O. Box 9133, Concord, Massachusetts 01742-9133.

James D. Smeallie

# 2509021_v1

2