IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN GRAPHICS INSTITUTE, INC., and CHRISTOPHER SMITH,<br>　　　　　Plaintiffs<br><br>　　　　　v.<br><br>ACQUIRED LEARNING, INC., SYSTEMS SOLUTION, INC., JUDEANN STIPE, DEAN NOVOSAT, CLARK EDWARDS, and RICHARD WEIN,<br>　　　　　Defendants | :<br>:<br>:<br>:<br>:<br>: C.A. No. 04 12611 JLT<br>:<br>:<br>:<br>:<br>:<br>: |

## MOTION TO DISMISS FOR LACK OF JURISDICTION OR, IN THE ALTERNATIVE, TO TRANSFER FOR IMPROPER VENUE

The Defendants, pursuant to Rules 12(b)(2) and 12(b)(3) of the Federal Rules of Civil Procedure, hereby move to dismiss this matter or, in the alternative, have this matter transferred to the Eastern District of Pennsylvania. The specific grounds supporting this Motion are set forth in the accompanying Memorandum, which is incorporated by reference.

WHEREFORE, Defendants respectfully request that this Honorable Court dismiss this matter against the Defendants. In the alternative, the Defendants respectfully request that this matter be transferred to the Eastern District of Pennsylvania.

ACQUIRED LEARNING, INC., SYSTEMS
SOLUTION, INC., JUDEANN STIPE, DEAN
NOVOSAT, CLARK EDWARDS and
RICHARD WEIN

By their Attorneys,

HOLLAND & KNIGHT LLP

_____
James D. Smeallie (BBO #467380)
10 St. James Avenue
Boston, MA 02116
(617) 523-2700