IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN GRAPHICS INSTITUTE, INC., and CHRISTOPHER SMITH,<br>           Plaintiffs | : <br> : <br> : <br> : |
| v. | :   NO. 04-12611 JLT |
| ACQUIRED LEARNING, INC., SYSTEMS SOLUTION, INC., JUDEANN STIPE, DEAN NOVOSAT, CLARK EDWARDS, and RICHARD WEIN,<br>           Defendants | : <br> : <br> : <br> : <br> : <br> : |

## ORDER

AND NOW, this____ day of _____, 2005, upon consideration of Defendants' Motion to Dismiss, Memorandum in support thereof, and any response thereto, it is hereby ORDERED that Defendant's Motion is GRANTED. Plaintiffs' Complaint is dismissed for lack of personal jurisdiction over the Defendants.

BY THE COURT

_____
Tauro, J.

2541150_v2          14