IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN GRAPHICS INSTITUTE, INC., and CHRISTOPHER SMITH,<br>　　　　Plaintiffs | : <br> : <br> : <br> : |
| v. | : NO. 04-12611 JLT |
| ACQUIRED LEARNING, INC., SYSTEMS SOLUTION, INC., JUDEANN STIPE, DEAN NOVOSAT, CLARK EDWARDS, and RICHARD WEIN,<br>　　　　Defendants | : <br> : <br> : <br> : <br> : |

## ORDER

AND NOW, this_____ day of _____, 2005, upon consideration of Defendants' Motion to Dismiss, Brief in support thereof, and any response thereto, it is hereby ORDERED that Defendant's Motion is GRANTED, in part. This matter and all papers and filings are to be transferred to the Eastern District of Pennsylvania pursuant to 28 U.S.C. §1404(a).

　　　　　　　　　　　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Tauro, J.

2541150_v2　　　　　　　　　15