IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN GRAPHICS INSTITUTE, INC., and CHRISTOPHER SMITH,<br>　　　　Plaintiffs | : <br> : <br> : <br> : |
| v. | : 　NO. 04-12611 JLT |
| ACQUIRED LEARNING, INC., SYSTEMS SOLUTION INC., JUDEANN STIPE, DEAN NOVOSAT, CLARK EDWARDS, and RICHARD WEIN,<br>　　　　Defendants | : <br> : <br> : <br> : <br> : |

### AFFIDAVIT OF DEAN NOVOSAT

I, Dean Novosat, state that I have personal knowledge of the matters set forth in this Affidavit and testify as follows:

1. I currently reside at 1514 Quarry Lane, Lancaster, PA 17603, and am domiciled in the Commonwealth of Pennsylvania.

2. I am Chief Operating Officer and co-owner of Acquired Learning, Inc. ("Acquired Learning"), which is a Pennsylvania corporation engaged in the business of providing computer consulting services and computer training.

3. Acquired Learning has its only office located at 1861 Charter Lane, Lancaster, Pennsylvania 17605. Acquired Learning does not operate, own, lease or maintain any offices, facilities or operations in Massachusetts and does not own any property in Massachusetts.

4. Acquired Learning does not, nor has it ever, transacted any business in Massachusetts nor has it contracted to supply services or things in Massachusetts.

5. Neither Acquired Learning nor I contract to insure any personal, property or risk located in Massachusetts.

6. I do not personally engage in any business in Massachusetts nor do I own or lease any property, buildings or facilities located in Massachusetts.

7. Acquired Learning has not done any business with American Graphics Institute or Christopher Smith.

I swear under penalty of perjury that the foregoing Affidavit is true and accurate. I have set my hand to this Affidavit on this __19__ day of January, 2005.

62987

ACQUIRED LEARNING, INC.

By: _____     _Barbara E. Ecenrode_____
Dean Novosat, individually and           For Notary Purposes Only
on behalf of Acquired Learning, Inc.     My Commission Expires on: _April 23, 2008_

> Commonwealth of Pennsylvania
> NOTARIAL SEAL
> BARBARA E. ECENRODE, Notary Public
> East Hempfield Twp., Lancaster Co., PA
> My Commission Expires April 23, 2008

62987