IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN GRAPHICS INSTITUTE, INC., and CHRISTOPHER SMITH, <br>    Plaintiffs <br><br> v. <br><br> ACQUIRED LEARNING, INC., SYSTEMS SOLUTION INC., JUDEANN STIPE, DEAN NOVOSAT, CLARK EDWARDS, and RICHARD WEIN, <br>    Defendants | : <br> : <br> : <br> : <br> : <br> : NO. 04-12611 JLT <br> : <br> : <br> : <br> : <br> : <br> : |

## AFFIDAVIT OF JUDEANN STIPE

I, Judeann Stipe, state that I have personal knowledge of the matters set forth in this Affidavit and testify as follows:

1. I currently reside at 1696 Pioneer Road, Lancaster, Pa 17602 and am domiciled in the Commonwealth of Pennsylvania.

2. From 1996 through July of 2004 I was employed by American Graphics Institute, Inc. ("AGI") as a sales representative. I worked exclusively out of AGI's Lancaster, Pennsylvania office. As part of the duties required by my position, I traveled to Massachusetts approximately twice a year to meet with clients and attend company meetings. I have not returned to Massachusetts since leaving AGI.

3. In September of 2004, I was hired by Acquired Learning, Inc. ("Acquired Learning") as a sales representative. I work exclusively in the Lancaster, Pennsylvania office.

4. Other than my job responsibilities at AGI, I have never transacted any business in Massachusetts nor have I contracted to supply services or things in Massachusetts.

5. I have never operated, owned, leased or maintained any offices, facilities or operations in Massachusetts, and I do not own any property in Massachusetts.

6. I have never contracted to insure any personal, property or risk located in Massachusetts.

7. During my employment at Acquired Learning, I have not had any business or social dealings with AGI or Christopher Smith.

63399

I swear under penalty of perjury that the foregoing Affidavit is true and accurate. I have set my hand to this Affidavit on this 19TH day of January, 2005.

By: _Judeann Stipe_                              _Lidia Gonzales_
Judeann Stipe                                      For Notary Purposes Only
                                                  My Commission Expires on: 6-23-07

> NOTARIAL SEAL
> LIDIA J. GONZALEZ, Notary Public
> City Of Lancaster, Lancaster County
> My Commission Expires Jan 23, 2007

63399                                    2