IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN GRAPHICS INSTITUTE, INC., and CHRISTOPHER SMITH,<br>　　　　Plaintiffs | :<br>:<br>:<br>: |
| v. | : NO. 04-12611 JLT |
| | : |
| ACQUIRED LEARNING, INC., SYSTEMS SOLUTION INC., JUDEANN STIPE, DEAN NOVOSAT, CLARK EDWARDS, and RICHARD WEIN,<br>　　　　Defendants | :<br>:<br>:<br>:<br>: |

### AFFIDAVIT OF RICHARD WEIN

I, Richard Wein, state that I have personal knowledge of the matters set forth in this Affidavit and testify as follows:

1.　　I am President and 50% owner of Systems Solution, Inc. ("SSI"). I currently reside at 1124 Upper Gulph Road, Wayne, PA 19087 and am domiciled in the Commonwealth of Pennsylvania.

2.　　SSI is a Pennsylvania company which resells and leases computer hardware and software to customers primarily located in Pennsylvania. SSI also provides consulting work to its clients for their use of SSI's software products. At no time were any consulting services provided in Massachusetts.

3.　　SSI's offices are located in Pennsylvania. SSI does not own, lease or maintain any other offices, buildings, property or facilities in any other state or territory, including Massachusetts. SSI is registered with the Massachusetts Department of Revenue in order to collect sales and use tax but has never collected such tax as it does not transact business in Massachusetts.

4.　　SSI sold American Graphics Institute, Inc. ("AGI") computer and computer equipment for use in its Lancaster office. The products were shipped to the Lancaster office. At no time were any goods shipped to Massachusetts nor were any services provided in Massachusetts.

5.　　SSI does not conduct business in Massachusetts. SSI has, on one occasion, leased litigation software to a law firm which was litigating a matter in Massachusetts. This transaction had no relation to any dealings with American Graphics Institute, Inc. or Christopher Smith.

6.　　Neither SSI nor I contract to insure any personal, property or risk located in Massachusetts.

62982

      7.      I do not individually transact any business in Massachusetts nor do I own or lease any property in Massachusetts.

      I swear under penalty of perjury that the foregoing Affidavit is true and accurate. I have set my hand to this Affidavit on this _____ day of January, 2005.


SYSTEMS SOLUTION, INC.

By: _____        _____
     Richard Wein, individually and on        For Notary Purposes Only
     behalf of SSI                                My Commission Expires on:_____

62982