UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN GRAPHICS  INSTITUTE, INC., and CHRISTOPHER SMITH<br><br>       Plaintiffs,<br><br><br>    v.<br><br>ACQUIRED LEARNING, INC., SYSTEMS SOLUTION, INC., JUDEANN STIPE, DEAN NOVOSAT, CLARK EDWARDS, and RICHARD WEIN,<br><br>       Defendants. | Civil Action No. 04-12611-JLT |

**ASSENTED-TO MOTION FOR ENLARGEMENT OF**
**TIME TO FILE RESPONSIVE PLEADING**

The plaintiffs, American Graphics Institute, Inc. and Christopher Smith, hereby move

for an extension of the time within which they must serve their response to defendants'

Motion to Dismiss for Lack of Jurisdiction or, in the Alternative, to Transfer for Improper

Venue to and including February 18, 2005.

As reason therefore, the plaintiffs state that they are in the process of compiling the

requisite affidavits and evidence, and such counsel needs additional time to assist in the

preparation of a responsive pleading.

Counsel for defendants assents to this enlargement of time.

WHEREFORE, the plaintiffs respectfully request an enlargement of time to and

including February 18, 2005 within which to serve their response to the defendants Motion to

Dismiss for Lack of Jurisdiction or, in the Alternative, to Transfer for Improper Venue.


                                        AMERICAN GRAPHICS  INSTITUTE, INC., and
                                        CHRISTOPHER SMITH

                                        By their attorneys,



Dated: February 2, 2005                 /s/ John L. DuPré
                                        John L. DuPré   (BBO No. 549659)
                                        Giovanna H. Fessenden (BBO No. 654681)
                                        Hamilton, Brook, Smith & Reynolds, P.C.
                                        530 Virginia Road
                                        P.O. Box 9133
                                        Concord, Massachusetts 01742-9133
                                        Telephone:  (978) 341-0036
                                        Facsimile:  (978) 341-0136



The defendants, Acquired Learning, Inc.,
Systems Solution, Inc., Judeann Stipe,
Dean Novosat, Clark Edwards and Richard
Wein, hereby assent to the within motion.



/s/ James D. Smeallie
James D. Smeallie (BBO #467380)
Heather Esme Caramello (BBO #600896)
10 St. James Avenue
Boston, MA  02116
(617) 523-2700

Dated:  February 2, 2005

528368

2