UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

AMERICAN GRAPHICS  INSTITUTE, INC.,
and CHRISTOPHER SMITH

               Plaintiffs,

     v.

ACQUIRED LEARNING, INC., SYSTEMS
SOLUTION, INC., JUDEANN STIPE, DEAN
NOVOSAT, CLARK EDWARDS,
and RICHARD WEIN,

               Defendants.

Civil Action No. 04-12611-JLT

**AFFIDAVIT OF CHRISTOPHER SMITH IN SUPPORT OF
PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION
TO DISMISS FOR LACK OF JURISDICTION OR, IN
THE ALTERNATIVE, TO TRANSFER FOR IMPROPER VENUE**

CHRISTOPHER SMITH states under oath as follows:

1.     I am the president and co-founder of Plaintiff American Graphics Institute, Inc.

("AGI").  I make this affidavit in support of Plaintiffs' Opposition to Defendants' Motion to

Dismiss for Lack of Jurisdiction or, in the Alternative, to Transfer for Improper Venue.

2.     I reside at 38 York Street, Andover, Massachusetts and am domiciled in

Massachusetts.

3.     AGI is a Massachusetts corporation with its principal place of business at 444

Washington Street Suite 412, Woburn, Massachusetts.

4.      AGI has approximately fifteen full-time employees in the United States, and approximately ten of them work in Massachusetts.

5.      I work in Massachusetts, as do all of the other AGI officers.

6.      AGI is engaged in the business for providing consulting services and computer training courses.  AGI specializes in providing computer training of software applications for the Internet, print and video publishing and communications industries.

7.      Our clients include fortune five hundred companies, print, video and internet publishing companies, law firms, technology companies and universities.

8.      AGI provides advertising materials on its website ("AGI Website") to promote its business to its current and prospective clients.

9.      AGI has classroom locations in Massachusetts, Pennsylvania and New York.

10.     In 1995, I co-founded Cyber Solutions, Inc., which incorporated in Pennsylvania.  Cyber Solutions, Inc. later changed its name to American Graphics Institute, Inc.  Defendant Clark Edwards was formerly the assistant treasurer of the AGI when we were operating out of Pennsylvania.

11.     In the late 1990's, the Route 128 region around Boston emerged as a much more attractive location for AGI because of the presence of print publishing and technology-related companies and the area's major research universities.  A significant portion of AGI's clients are in the Boston area.  As a result, five years ago, we made a business decision to move AGI's principals and senior level management to its Woburn, Massachusetts office.  AGI incorporated in Massachusetts in 2004.

12.     AGI's principal place of business has been in Massachusetts since 1999.

## Defendants SSI and Richard Wein Ties to Massachusetts

13.     From 1998 through 2004, Defendant Richard Wein and Service Solutions, Inc., which trades as Systems Solution, Inc. ("SSI"), provided computer consulting services for AGI, a Massachusetts company.  Specifically, SSI would provide AGI's customers with computer equipment at the customer's location.  AGI's customers are located nationwide.  For example, AGI has a customer in Dayton, Ohio, and on February 12, 2004, at AGI's request, SSI sent computer equipment to Ohio so that AGI could conduct computer training at the customer's location.

14.     In the past, SSI would often provide computer equipment to AGI's customers, and AGI would provide the training for its customers using SSI's equipment.

15.     SSI has contacted AGI in Massachusetts numerous times by fax, email and telephone.  As late as February 11, 2005, SSI sent its W-9 Form, Request for Taxpayer Identification and Certification by facsimile to AGI's Massachusetts office.  Attached as Exhibit A are true and accurate copies of the W-9 Form facsimile correspondence that AGI received in Massachusetts from SSI.  Richard Wein's signature is on the W-9 Form.

16.     Richard Wein, on behalf of SSI, has been involved in telephone calls and email communications that were sent to AGI in Massachusetts.  For example, attached as Exhibit B is a true and accurate copy of representative email correspondence between Wein and me.  These emails were sent by me from my AGI email address in Massachusetts and received by me at my AGI email address in Massachusetts.

17.     AGI paid SSI for its services from AGI's Massachusetts Citizens bank account. The last bill AGI received from SSI was dated July 30, 2004.

18.    In Massachusetts, I personally processed at least fifty bills from SSI that AGI paid.  Attached as Exhibit C is a list of SSI bills, which were processed by me in Massachusetts.

19.    SSI previously was in the business of reselling and promoting AGI's computer training services.  On behalf of SSI, Defendant Wein entered into business arrangements with AGI to resell and promote AGI's computer training courses.

20.    Without AGI's permission, AGI's course advertising materials from the AGI Website appeared on SSI's website, *www.ssi-net.com*¸ ("SSI Infringing Website").  The SSI Infringing Website used verbatim content, over two dozen pages of proprietary content, from AGI's advertising materials on the AGI Website.  I have personally accessed the SSI Infringing Website from Massachusetts.

21.    SSI used the unauthorized copies of AGI's advertising materials to promote SSI courses that are in direct competition with AGI.  Many of the SSI course names and descriptions appear identical to the AGI courses that SSI previously resold for AGI.  In particular, many of AGI's course advertising materials, which SSI and Wein copied, were for the same courses that SSI and Wein previously resold for AGI.

22.    AGI has made significant investments in developing quality and effective course advertising materials.  It is important for AGI to be able to attract business through its website and maintain an internet presence.  However, because SSI copied verbatim content from AGI's course advertising materials, the value of AGI's advertising materials on the AGI Website has diminished.  For example, when a search query is performed using the search engine www.google.com for a "course" that is "good for both designers and production

personnel" the only websites that appear in the search results are AGI's Website and SSI's Infringing Website. Attached as Exhibit D are true and accurate copies of these search results from www.google.com. This is an example of how SSI has been able to use AGI's advertising materials to misdirect customers and potential customers to the SSI website for software training.

23.    The SSI Infringing Website advertises that SSI offers onsite classroom training at "your location" as well as at SSI's training facilities. The SSI Infringing Website notes that if training is provided at "your location," travel charges may apply, and are billed at cost. For example, attached as Exhibits E, F, G, H and I are true and accurate copies of pages from the SSI Infringing Website that relate to SSI's onsite course offerings. The relevant text has been highlighted in these Exhibits.

24.    The SSI Infringing Website promotes SSI's consulting and software training services in Massachusetts. The SSI Infringing Website is an interactive website that solicits prospective clients to sign up for its software training courses online. Each page on the SSI Infringing Website that included AGI's advertising materials, also displayed an interactive form that enabled a customer to sign up for SSI's course, which was being advertised using AGI's proprietary content. The interactive form allows customers to "reserve [their] seat" for SSI's computer training courses. Attached as Exhibit J are true and accurate copies of an example of a page from the SSI Infringing Website, which includes an interactive form. The interactive form requests, among other things, name, company and email, which are highlighted in the Exhibit. The interactive form is directed to and can be completed by residents of any state, including Massachusetts. Thus, via the SSI Infringing Website, SSI is

engaging in on-line commerce through a web-based interface containing AGI's proprietary

content, which is continuously accessible to Massachusetts residents.

25.    Not only did SSI have a business relationship with AGI, a Massachusetts

company, but SSI has an ongoing business relationship with several other Massachusetts

companies.  I learned of SSI's relationships with other Massachusetts businesses through

conversations with Richard Wein and other management at SSI.  SSI, for example, buys and

resells software from Monaco Systems, Inc., a Massachusetts company.  Monaco Systems,

Inc. was founded in and operates out of Andover, Massachusetts.

26.     SSI also buys and resells software from Creo, Inc., a Massachusetts company.

I learned through conversations with Richard Wein and other SSI management that SSI's

business transactions with Creo, Inc. were directed to Creo, Inc.'s offices in Massachusetts.

27.    I learned through conversations with Richard Wein and other SSI management,

that SSI's staff has received sales and service training from Media 100, Inc., a Massachusetts

company.  Media 100, Inc. is based in Marlboro, Massachusetts.

28.    I learned through conversations with Richard Wein and other SSI management

that SSI ships equipment back and forth between Media 100, Inc.'s Massachusetts offices and

SSI's Pennsylvania offices, and that SSI purchases equipment from Media 100, Inc. in

Massachusetts.

29.    I accessed the SSI Infringing Website and I noticed that SSI uses its website to

promote the products offered.  In particular, I found product brochures on the SSI Infringing

Website, for products offered by Massachusetts companies, Creo, Inc. and Media 100, Inc.

30.    For example, brochures for products offered by Creo, Inc., a Massachusetts company, are available on the SSI Infringing Website at the following website addresses:

- www.ssi-net.com/admin/pdf_lib/50/leaf_c-most_broch.pdf

- www.ssi-net.com/admin/pdf_lib/51/leaf_produc_line.pdf

31.    I am aware that Richard Wein and other management from SSI have traveled to Massachusetts for business on numerous occasions. I have seen Richard Wein and other SSI management at meetings, trade-shows and seminars related to print, video and internet publishing in Massachusetts.

32.    I personally met with SSI management while they visited the Hynes Convention Center in Boston, Massachusetts on April 11, 2001 to attend a conference related to software training print, internet and video publishing. I have seen Richard Wein and other SSI management in Massachusetts at this annual event each spring.

### Defendants ALI, Stipe, Edwards and Novosat Ties to Massachusetts

33.    Defendants Judeann Stipe and Clark Edwards are former employees of AGI. Defendant Dean Novosat is a former consultant to AGI.

34.    During the time that Defendants Judeann Stipe and Clark Edwards worked for AGI, they provided services for AGI in both Pennsylvania and Massachusetts.

35.    Judeann Stipe was a Sales Manager at AGI and was actively involved in promoting AGI's business. While employed by AGI, she traveled for business to AGI's Woburn, Massachusetts office and managed client relationships with AGI clients in Massachusetts. She was involved in meetings, telephone calls and email communications sent

to AGI and me in Massachusetts.  For example, she traveled to Massachusetts to attend meetings at AGI's Massachusetts office on September 2, 3 and 4 of 2003.

36.    During Judeann Stipe's tenure at AGI, she sent hundreds of emails to me in Massachusetts at my AGI email address.  Attached as Exhibits K and L are true and accurate copies of representative email correspondence between Judeann Stipe and me.  These emails were sent by me from my AGI email address in Massachusetts and received by me at my AGI email address in Massachusetts.

37.    Judeann Stipe also attended seminars, conferences and trade-shows in Massachusetts to promote AGI's consulting services and computer training courses to its current and prospective clients.

38.    On behalf of AGI, Judeann Stipe was involved in assisting with the reseller business arrangements that SSI intended to provide for AGI.

39.    Judeann Stipe received her paychecks from AGI in Massachusetts.

40.    In Massachusetts, I personally processed at least sixty-five checks for her (bonuses, reimbursements and commissions) that AGI paid her.  Attached as Exhibit M is a list of sixty-five checks AGI paid to Judeann Stipe, which were processed by me in Massachusetts.

41.    The last check she received from AGI in Massachusetts was on October 15, 2004.

42.    While Clark Edwards was employed by AGI, he was responsible for overseeing AGI's financial operations in Woburn, Massachusetts.  He was also responsible at

AGI for purchasing vehicles in Massachusetts and obtaining Massachusetts insurance for the vehicles and for AGI's property.

43.    In Massachusetts, I personally processed at least eleven checks for him (paychecks, bonuses and reimbursements) that AGI paid him.  These checks were signed by an officer of the company in Massachusetts.  Attached as Exhibit N is a list of the eleven checks paid to Clark Edwards, which were processed by me in Massachusetts.

44.    On several occasions, Clark Edwards traveled for business to Massachusetts. On one occasion, for example, in November 2002, Clark Edwards came to Massachusetts and visited with me at my home in Andover, Massachusetts to assist AGI in meetings and negotiations for an acquisition of another company.

45.    Clark Edwards was involved in meetings, telephone calls and email communications sent to AGI and me in Massachusetts.  During Clark Edwards's tenure with AGI, he sent hundreds of email messages to me in Massachusetts.  Clark Edwards left AGI on or about June 2002.

46.    Defendant Dean Novosat was a consultant to AGI and provided information technology support services to AGI.

47.    Defendant Dean Novosat received his checks for his services from AGI in Massachusetts.  Attached as Exhibit O are true and accurate copies of AGI's Massachusetts accounting records listing one hundred and seventy-seven checks paid to Dean Novosat, D/B/A, Sage Advice, Ltd.

48.    Dean Novosat was involved in telephone calls and email communications with AGI and me in Massachusetts. Whenever Dean Novosat had a billing dispute with AGI, he

contacted me here in Massachusetts to address the issue.  For example, attached as Exhibit P

is a true and accurate copy of representative email correspondence between Dean Novosat and

me regarding a billing issue.  These emails were received by me at my AGI email address in

Massachusetts.

49.    I have seen Dean Novosat at trade-shows in Massachusetts related to computer

graphics technology.

50.    To the best of my knowledge, in July 2004, Judeann Stipe, Dean Novosat and

Clark Edwards formed the Defendant corporation, Acquired Learning.

51.    Acquired Learning is in direct competition with AGI.  Like AGI, Acquired

Learning is engaged in the business of providing consulting services and software training.

52.    Without AGI's permission, AGI's course advertising materials from the AGI

Website appeared on Acquired Learning's website, *www.acquiredlearning.com*¸ ("Acquired

Infringing Website").  The Acquired Infringing Website used verbatim content, over one

dozen pages of proprietary content, from AGI's advertising materials on the AGI Website.  I

have personally accessed the Acquired Infringing Website from Massachusetts.

53.    Acquired Learning used the unauthorized copies of AGI's advertising materials

to promote Acquired Learning's courses that are in direct competition with AGI.  Many of

AGI's course advertising materials, which Acquired Learning copied, were for the same

courses that SSI and Wein previously resold for AGI.

54.    The Acquired Infringing Website is an interactive website that solicits

prospective clients to register for Acquired Learning's computer training courses online.  Each

course advertised on the Acquired Infringing Website that included AGI's course advertising

materials in its web-based interface, also included a "signup" now button that enabled a customer to signup for the respective Acquired Learning's course. Attached as Exhibit Q are true and accurate copies of pages from the Acquired Infringing Website showing an example of such a course page that includes a "signup now" button. Attached as Exhibit R are true and accurate copies of an example of a page linked to the "sign up now" button, which provides an interactive online form that allows customers to register for the respective course. The form is directed to and can be completed by residents of any state, including Massachusetts. Thus, Acquired Learning via its Acquired Infringing Website is engaging in on-line commerce through a web-based interface containing AGI's proprietary content, which is continuously accessible to Massachusetts residents.

55.    Attached as Exhibit S are true and accurate copies of the pages of Acquired Infringing website in which Acquired Learning admits on that it offers "Training Solutions Nationwide!" I have highlighted Acquired Learning's statement that it offers "Training Solutions Nationwide!" in Exhibit S.

56.    Attached as Exhibit T are true and accurate copies of the pages of Acquired Infringing Website in which Acquired Learning admits that it is a "national software training company." I have highlighted Acquired Learning's statement that it is a "national software training company" in Exhibit T.

57.    Attached as Exhibit U are true and accurate copies of the pages of Acquired Infringing Website in which Acquired Learning admits that they "currently have over two dozen certified experts performing training for [them] all over the United States." I have highlighted this statement in Exhibit U.

58.    To the best of my knowledge, Acquired Learning, has solicited two of AGI's existing clients.  In particular, Judeann Stipe, on behalf of Acquired Learning, solicited one of AGI's clients in New York, and solicited one of AGI's clients in Rhode Island.

59.    Judeann Stipe knew these were AGI clients because she used to handle their accounts at AGI when she worked as the Sales Manager for AGI.


_____
Christopher Smith


On this 18th day of February, 2005, before me, the undersigned notary public, personally appeared Christopher Smith, proved to me through satisfactory evidence of identification, which was his Massachusetts drivers license, to be the person whose name is signed on the preceding or attached document, and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of her knowledge and belief.


_____
Notary Public
My commission expires:
_____

531681

Cheryl A. Davis
Notary Public
My Commission Expires
November 20, 2009

12

**Exhibit A**

| Form **W-9**<br>(Rev. December 1996)<br>Department of the Treasury<br>Internal Revenue Service | **Request for Taxpayer**<br>**Identification Number and Certification** | Give form to the<br>requester. Do NOT<br>send to the IRS. |
|---|---|---|

Name (if a joint account or you changed your name, see Specific Instructions on page 2.)

Business name, if different from above. (See Specific Instructions on page 2.)
**System Solutions**

Check appropriate box: ☐ Individual/Sole proprietor ☐ Corporation ☐ Partnership ☐ Other ▶ ..............

Address (number, street, and apt. or suite no.)
**376 Crooked Lane**

Requester's name and address (optional)

City, state, and ZIP code
**King of Prussia, PA 19406**

*(Please print or type — left margin)*

### Part I — Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. For individuals, this is your social security number (SSN). However, if you are a resident alien OR a sole proprietor, see the instructions on page 2. For other entities, it is your employer identification number (EIN). If you do not have a number, see How To Get a TIN on page 2.

Note: If the account is in more than one name, see the chart on page 2 for guidelines on whose number to enter.

Social security number: ☐☐☐-☐☐-☐☐☐☐

OR

Employer Identification number: 2 3 - 2 6 5 5 8 4 0

List account number(s) here (optional)

### Part II — For Payees Exempt From Backup Withholding (See the Instructions on page 2)

▶

### Part III — Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding.

**Certification Instructions.**—You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. (See the instructions on page 2.)

Sign Here    Signature ▶ *(signature)*    Date ▶ 2/11/05

**Purpose of Form**—A person who is required to file an information return with the IRS must get your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 to give your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are an exempt payee.

Note: If a requester gives you a form other than a W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**What Is Backup Withholding?**—Persons making certain payments to you must withhold and pay to the IRS 31% of such payments under certain conditions. This is called "backup withholding." Payments that may be subject to backup withholding

include interest, dividends, broker and barter exchange transactions, rents, royalties, nonemployee pay, and certain payments from fishing boat operators. Real estate transactions are not subject to backup withholding.

If you give the requester your correct TIN, make the proper certifications, and report all your taxable interest and dividends on your tax return, payments you receive will not be subject to backup withholding. Payments you receive will be subject to backup withholding if:

1. You do not furnish your TIN to the requester, or

2. The IRS tells the requester that you furnished an incorrect TIN, or

3. The IRS tells you that you are subject to backup withholding because you did not report all your interest and dividends on your tax return (for reportable interest and dividends only), or

4. You do not certify to the requester that you are not subject to backup withholding under 3 above (for reportable interest and dividend accounts opened after 1983 only), or

5. You do not certify your TIN when required. See the Part III instructions on page 2 for details.

Certain payees and payments are exempt from backup withholding. See the Part II instructions and the separate Instructions for the Requester of Form W-9.

**Penalties**

**Failure To Furnish TIN.**—If you fail to furnish your correct TIN to a requester, you are subject to a penalty of $50 for each such failure unless your failure is due to reasonable cause and not to willful neglect.

**Civil Penalty for False Information With Respect to Withholding.**—If you make a false statement with no reasonable basis that results in no backup withholding, you are subject to a $500 penalty.

**Criminal Penalty for Falsifying Information.**—Willfully falsifying certifications or affirmations may subject you to criminal penalties including fines and/or imprisonment.

**Misuse of TINs.**—If the requester discloses or uses TINs in violation of Federal law, the requester may be subject to civil and criminal penalties.

Cat. No. 10231X                                    Form **W-9** (Rev. 12-96)

**<u>Exhibit B</u>**

**From:**      Rich Wein

**To:**        Christopher Smith;

**CC:**

**Subject:**   RE: business relationship

**Date:**      Monday, November 01, 2004 9:23:25 AM

**Attachments:**

Hi Chris,

Doing well, thanks.  Hope you are all as well.  Congratulations on what – 4th childe?

Actually, Rodale is a bust – they opted to wait for OS X Training, but I appreciate you thinking of us.

I'd be interested in knowing more about any specific opportunities there are to add revenues to SSI's business.  Let me know what you're thinking.

Rich

-----Original Message-----
**From:** Christopher Smith [mailto:csmith@agitraining.com]
**Sent:** Saturday, October 30, 2004 1:09 AM
**To:** Rich Wein
**Subject:** business relationship

Hi Rich,

I hope you are doing well. I understand that we've found some additional business for you recently at Rodale. We've been doing lots of work with larger publishers like Rodale lately as they update hardware to address the needs of OSX.

I'm interested to see that you've entered a business relationship with Dean Novosat's and Clark Edward's training business, Acquired learning. With their primary business being the sales and service of hardware, I thought that you viewed Sage Advice Ltd (http://www.sageadviceltd.com) as being competitive?

Anyhow, our business in PA remains strong, and I'm certain that there are a variety of ways in which we can identify opportunities to add revenues to your

business.

-c

**Exhibit C**

# American Graphics Institute

## Vendor QuickReport

### January 1, 2000 through February 15, 2005

| | Type | Date | Num | Split | Amount |
|---|---|---|---|---|---|
| **Systems Solutions, Inc.** | | | | | |
| | Bill | 01/03/2000 | 24016459 | Computer Supplies | -375.00 |
| | Bill | 01/01/2000 | 908690 | Software | -639.00 |
| | Bill | 01/12/2000 | 101500 | SSI Rental | -4,075.00 |
| | Bill | 02/22/2000 | 12015 | SSI Rental | -4,075.00 |
| | Bill | 03/07/2000 | 12020 | -SPLIT- | -500.00 |
| | Bill | 03/09/2000 | 12021 | SSI Rental | -4,075.00 |
| | Bill | 03/20/2000 | 24017722 | Equipment Rental | -95.00 |
| | Bill | 04/10/2000 | 12030 | SSI Rental | -4,075.00 |
| | Bill | 05/19/2000 | 24018890 | Equipment Lease | -4,000.00 |
| | Bill | 08/29/2000 | 919090 | SSI Rental | -273.17 |
| | Bill | 09/07/2000 | 24019552 | SSI Rental | -1,916.70 |
| | Bill | 09/05/2000 | 919257 | SSI Rental | -95.00 |
| | Bill | 09/12/2000 | 919502 | Computer Repairs | -300.00 |
| | Bill | 09/14/2000 | 919515 | Computer Repairs | -560.00 |
| | Bill | 06/16/2000 | 917127 | SSI Rental | -5,000.00 |
| | Bill | 12/12/2000 | 921920 | Computer Repairs | -150.00 |
| | Bill | 04/04/2001 | 924770 | SSI Training Income | -981.75 |
| | Bill | 03/30/2001 | 24024159 | Equipment Rental | -780.00 |
| | Bill | 04/26/2001 | 24024448 | Equipment Rental | -195.00 |
| | Bill | 04/30/2001 | 24024560 | Equipment Rental | -4,860.00 |
| | Bill | 05/14/2001 | 925905 | Computer Supplies | -99.00 |
| | Bill | 05/17/2001 | 925966 | SSI Training Income | -327.25 |
| | Bill | 06/01/2001 | 24024994 | Equipment Rental | -300.00 |
| | Bill | 06/29/2001 | 24025392 | Equipment Rental | 0.00 |
| | Bill | 06/19/2001 | 24025199 | Equipment Rental | -2,300.00 |
| | Bill | 06/11/2001 | 24025113 | Equipment Rental | -3,500.00 |
| | Bill | 06/14/2001 | 24025137 | Equipment Rental | -2,150.00 |
| | Bill | 06/19/2001 | 24025200 | Equipment Rental | -2,800.00 |
| | Bill | 08/07/2001 | 926786 | Computer Supplies | -120.00 |
| | Bill | 09/01/2001 | 925456A | Outside Services | -327.25 |
| | Bill | 09/01/2001 | 925456B | Outside Services | -327.25 |
| | Bill | 09/07/2001 | 928597A | Outside Services | -327.25 |
| | Bill | 09/07/2001 | 928597B | Outside Services | -327.25 |
| | Bill | 09/07/2001 | 928597C | Outside Services | -327.25 |
| | Bill | 11/08/2001 | 929835 | Outside Services | -327.25 |
| | Bill | 05/01/2003 | 304939 | Conference Expenses | -2,153.00 |
| | Bill | 05/01/2003 | 304938 | Equipment Rental | -340.00 |
| | Bill | 05/30/2003 | 305459 | Equipment Rental | -724.00 |
| | Bill | 06/11/2003 | 305553 | Equipment Rental | -635.00 |
| | Bill | 08/26/2003 | 306417 | Equipment Rental | -870.00 |
| | Bill | 09/16/2003 | 306564 | Equipment Rental | -870.00 |
| | Bill | 09/23/2003 | 306624 | Equipment Rental | -855.00 |
| | Bill | 09/23/2003 | 306623 | Equipment Rental | -784.00 |
| | Bill | 11/11/2003 | 307191 | Equipment Rental | -215.00 |
| | Bill | 11/01/2003 | 307002 | Equipment Rental | -1,511.00 |
| | Bill | 01/21/2004 | 307933 | Equipment Rental | -650.00 |
| | Bill | 01/21/2004 | 307935 | Equipment Rental | -1,600.00 |
| | Bill | 02/16/2004 | 308230 | Equipment Rental | -2,340.48 |
| | Bill | 02/18/2004 | 308262 | Equipment Rental | -275.00 |

# American Graphics Institute
## Vendor QuickReport
### January 1, 2000 through February 15, 2005

| Type | Date | Num | Split | Amount |
|------|------|-----|-------|--------|
| Bill | 02/18/2004 | 308271 | Equipment Rental | -70.00 |
| Bill | 02/11/2004 | 308169 | Equipment Rental | -300.00 |
| Bill | 03/10/2004 | 308562 | Equipment Rental | -830.00 |
| Bill | 03/18/2004 | 5033-IN | Computer Supplies | -58.00 |
| Bill | 07/30/2004 | Inv 0006200-IN | Equipment Rental | -3,816.00 |
| Credit | 07/13/2000 | c24019823 | Equipment Rental | 0.00 |
| Credit | 06/29/2000 | c24019664 | Equipment Rental | 0.00 |
| Credit | 09/11/2001 | 925905 | Computer Supplies | 99.00 |
| Credit | 06/18/2003 | C305664 | Equipment Rental | 144.00 |
| Credit | 03/08/2004 | C308511 | Equipment Rental | 261.00 |

-68,972.85

**<u>Exhibit D</u>**

**Google**™

Web | Images | Groups | News | Froogle | Local<sup>New!</sup> | more »

[ course "good for both designers and productio ]  Search    Advanced Search
Preferences

**Web**    Results **1** - **3** of about **4** for **course** **"good for both** designers **and production personnel"**. (**0.26** seconds)

Sponsored Links

Tip: Try removing quotes from your search to get more results.

**AGI Page Layout Training**
**...** This **course** will focus on making you productive and knowledgeable in this popular
layout program. **Good for both designers and production personnel**. ...
www.agitraining.com/pages/pagelayout.html - 33k - Cached - Similar pages

**Production designers**
Launch Your Film Career
Small Classes, New Facilities
www.lafilm.com

[PDF] **2004 COURSE CATALOG**
File Format: PDF/Adobe Acrobat - View as HTML
**...** 2004 **COURSE** CATALOG Photoshop **...** Custom Training Solutions AGI can work with
you to customize **course** content to the specific needs of your organization. ...
www.agitraining.com/pages/AGI_2004_catalog.pdf - Similar pages
[ More results from www.agitraining.com ]

**Class Details**
**...** This **course** willl focus on making you productive and knowldegeable in this popular
layout program. **Good for both designers and production personnel**. ...
www.ssi-net.com/education/Class_Details.cfm?C_ID=12 - 12k - Supplemental Result -
Cached - Similar pages

*In order to show you the most relevant results, we have omitted some entries very similar to the 3 already
displayed.*
*If you like, you can repeat the search with the omitted results included.*

🔴 Free! Google Desktop Search: Search your own computer.

[ course "good for both designers and ]  Search

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve

Google Home - Advertising Programs - Business Solutions - About Google

©2005 Google

**<u>Exhibit E</u>**

Case 1:04-cv-12611-JLT    Document 16    Filed 02/18/2005    Page 24 of 64

EDUCATION HOME    CURRENT CALENDAR | CUSTOM TRAINING | FREE SEMINARS



# Custom Training

### Custom training and consultation from SSI Education

SSI Education offers training both at our King of Prussia training facility and at your location! Our custom training and consultation will provide your students with the most productive and relevant training available. Custom training and consultation is available for any subject covered in our open-enrollment classes, or contact SSI education if you need training in a subject that you don't see listed. All of the training SSI Education offers is hands-on, with all students using their own workstations.

### Benefits of custom training

The benefits of custom training from SSI Education include extensive communication and planning with an instructor before the class, ensuring that your training session focuses specifically on the needs of your group. This allows you to use your training resources as effectively as possible.

### Customized Classroom Training at SSI Education

Includes instructor and curriculum
- 1 to 4 students: $1250 per day
- $100 per each additional student

### Customized On-Site Training (At Your Location)*

Includes instructor and curriculum
- 1 to 4 students: $1295
- $100 per each additional student

*Travel charges may apply, and are billed at cost.

### Consultation

One-on-one consultation with SSI Education instructors and consultants is also available at an hourly rate. The cost for consultation is limited to an SSI Education instructor or consultant working one on one with a client at his location or at SSI. Training for more than one individual is considered custom training. Travel charges may apply, and are billed at cost.
- 1 student: $150 per hour - 4 hour minimum

### Equipment For On-Site Training

SSI Education can also provide equipment to create a classroom at your site! Prices vary according to the equipment required and distance traveled, so contact SSI Education if you would like a quote.

### Interested in custom training or consultation?

Fill out this form and we will contact you.

| | |
|---:|---|
| Name: | |
| Company: | |
| Phone: | |
| Email: | |
| Interests: | |

Submit

Need more info? That's our job!
Phone: (610) 272-4884 option 5
Email: education@ssi-net.com
Internet: education.ssi-net.com

SSI Home | Sales | Consulting | Education | Rentals | Enterprise | Service

SSI DIRECT | SITE MAP | DIRECTIONS | CONTACT

© 2001 Systems Solution, Inc.
376 Crooked Lane, King of Prussia, PA 19406, 610-272-4884 or (toll free) 877-591-5141

**<u>Exhibit F</u>**

**SSI**
move ahead of the curve ™

ABOUT US    CAREER OPPORTUNITIES    CONTACT US    DIRECTIONS    SITE MAP

| Home | Products | Service | Rentals | Education |

▸ CLASS CALENDAR    ▸ CUSTOM TRAINING    ▸ APPLE TRAINING

## CUSTOM TRAINING

SSI Education division offers training at our King of Prussia facility or at your location. Our custom training will provide your students with the most productive and relevant training available. Customized training is available for any subject covered in our open-enrollment classes or contact SSI Education if you need training in a subject that you don't see listed. All of the training that the SSI Education Division offers is hands-on, with all students using their own workstations.

**Benefits of custom training**
The benefits of custom training from SSI Education include extensive communication and planning with an instructor before the class, and ensuring that your training session focuses specifically on the needs of your group. This allows you to use your training resources as effectively as possible.

**Customized Classroom Training by SSI Education Division**
▸ Includes instructor and curriculum
▸ 1 to 4 students
▸ $1250 per day
▸ $100 per each additional student

**Customized On-Site Training (At Your Location)***
▸ Includes instructor and curriculum
▸ 1 to 4 students
▸ $1295 per day
▸ $100 per each additional student
*Travel charges may apply, and are billed at cost.

**Equipment For On-Site Training**
SSI Education can also provide equipment to create a classroom at your site! Prices vary according to the equipment required and distance traveled, so contact SSI Education if you would like a quote.

**Interested in custom training? Fill out this form and we will contact you.**

Name

Company

Phone

Email
Address

Interests

[ Submit ]

**Exhibit G**





## SSI establishes EDUCATION and
## SOFTWARE TRAINING Partnership

**Systems Solution, Inc. (SSI)** is proud to announce our re-entry into the Software Education and Training segment. SSI has partnered with **Acquired Learning Incorporated (ALI)** to provide hands-on, customized and advanced software training designed to meet your needs in the ever-changing software environment.

Acquired Learning was formed to provide software training and support in various software packages in use by the majority of our business clients. Our **Training and education** programs will focus on those products most widely in use from **Adobe, Quark, Macromedia, Apple and Microsoft as well as other specialty software programs**. Classroom and customized training, tailored to your requirements and needs will be provided on either **Windows** or **Macintosh** computers based on your preference. The courses offered will encompass beginning, intermediate and advanced levels. Choose from a professional classroom setting in our King of Prussia or Lancaster locations or custom onsite training at your company's location. Acquired Learning's Certified Instructors will deliver the training for all software education.

Acquired Learning's instructors and personnel may be familiar to many of you. Judeann Stipe, (formerly with American Graphics Institute), recently joined the management team of Acquired Learning and will be managing Sales and Client Care. Judeann possesses vast experience in the printing, publishing and graphic arts industries including **seven plus years** directing the Sales and Client Care efforts in the software education and training environment. Judeann has established strong relationships with our customers and has built a level of trust and confidence within the software training industry. Feel free to contact Judeann for an in-depth assessment of your training needs (or just to say "hello"). She can be reached via email at jstipe@acquiredlearning.com or call her direct at **(717) 725-2343**.

---

### *Many of Acquired Learning's instructors*
### *may be just as familiar.*

**Brian Reese** (formerly with American Graphics Institute) is a highly skilled graphic artist with over 20 years of experience in desktop publishing and web graphics. As an Adobe Certified Expert, Brian will be providing instruction in various software products including Adobe InDesign, Acrobat, Photoshop, Illustrator, Premiere and more!

**Carl Leinbach** (formerly with American Graphics Institute) is an experienced professional photographer (and owner of Premiere Imaging Photography) and Certified Technical Trainer as well. Who better to deliver your Adobe Photoshop or digital photography training! Carl has been lecturing and teaching digital photography and Adobe software nationwide for the past five years.

**Janet Frick** has created a name for herself in the Virginia and Washington DC areas with her expertise in Adobe InDesign, Acrobat and QuarkXPress. Janet holds a number of professional certifications including the Certified Technical Trainer qualification. Janet has been supporting prepress applications and has extensive hands-on experience as a prepress operator. She specializes in teaching customized preflight and file preparation courses.

**Rebecca Britt** – aka "*Digital Sorceress*" may be recognized by a few of you as well. Specializing in Macromedia Flash, Fireworks and Dreamweaver as well as Adobe web solutions software she will guide your web desires into a creative and informative solution. Rebecca is an adjunct professor at Philadelphia and Temple Universities and an instructional designer specializing in creating dynamic eLearning curriculum.

**Vicky Nuttall** spends a great deal of her professional time training graphic/web designers and print professionals in the "must know" software such as: InDesign, Illustrator, Photoshop, Dreamweaver, Flash, Acrobat, QuarkXPress and Filemaker Pro. Vicky teaches in the Continuing Studies department of the Maryland

*You can find more in-depth information relating to the instructors at* http://www.AcquiredLearning.com.

---

SSI and the personnel from Acquired Learning look forward to getting reacquainted with you and look forward to hearing from you about your upcoming training needs. Please feel free to contact your SSI sales representative at 800-774-9935 x159 for further information or go to http://www.ssi-net.com and click on the Education tab for a complete course offering and schedule of upcoming classes.

***We look forward to providing all of your education and software training needs!***

**Exhibit H**

EDUCATION HOME | CURRENT CALENDAR | CUSTOM TRAINING | FREE SEMINARS



# Custom Training

**Too busy to attend class?**
You may not have time for a scheduled class. Why not set the time, place and curriculum yourself? Your students will enjoy highly qualified instructors, teaching curriculums designed specifically for the needs of your group. Contact SSI Education today to set those educational wheels in motion!

- More Information

### Interested in custom training or consultation?

| | |
|---:|---|
| Name: | |
| Company: | |
| Phone: | |
| Email: | |
| Interests: | |

Submit

---

Need more info? That's our job!
Phone: (610) 272-4884 option 5
Email: education@ssi-net.com
Internet: education.ssi-net.com

SSI Home | Sales | Consulting | Education | Rentals | Enterprise | Service

SSI DIRECT | SITE MAP | DIRECTIONS | CONTACT

© 2001 Systems Solution, Inc.
376 Crooked Lane, King of Prussia, PA 19406, 610-272-4884 or (toll free) 877-591-5141

**Exhibit I**



**Systems Solution, Inc.**

*Ahead of the curve.*

# SSI shows you how to take control of your digital assets

## Organize, manage, protect and share your digital files with colleagues, departments, and customers.

Fact: The average company has over 43,000 electronic files. This figure is expected to double by the year 2004.*

Your organization's documents, photo and illustration files, and text documents represent a tremendous investment. As the number of company files grows, how you manage these files becomes increasingly important. SSI's Digital Asset Management solution allows you to organize those files so you can locate them quickly, archive and safeguard your documents, and easily distribute those files to others in and outside your organization.



**Cumulus and PowerFile –** The key components of SSI's Digital Asset Management system are Canto Cumulus 5, a file management application for cataloging, tracking and managing electronic files, and the PowerFile R200 CD/DVD changer which can write and store files on disks.

*Canto Cumulus 5* is a high-end application for managing all types of media assets such as images, layouts, presentations, video, audio and text. The program offers powerful search capabilities, comprehensive customizing options, and Internet access.

*PowerFile* allows rapid access to a wide range of file formats stored on DVD and CD media on the Windows™ 98, Windows 2000, and Macintosh™ platforms. The PowerFile CD/DVD changer or changer/writer provides an easy affordable solution for sharing disks through your network or over the Internet.

## Features of SSI's Digital Asset Management:
• Permanent high-density storage – Stores and writes to 200 CD or DVD disks for over 900 gigabytes of storage capability
• Drag-and-drop cataloging – Eliminates having to catalog files individually

• Administrative control – Specify who has access to your digital content
• Workflow customization – Tailor the system to work with your company's filing procedures
• Expandable – Ideal solution for single users, a department, or large organizations
• Web and network enabled

## Benefits of SSI's Digital Asset Management:
• Save time cataloging and searching for files
• Reduce costs, as existing assets can easily be found and don't have to be recreated
• Keep files safe using password protection
• Share files over your network or the Internet
• Long term solution designed to accommodate future growth
• Configured for easy and quick implementation right out of the box

## SSI's Digital Asset Management includes:
• Installation of Cumulus 5 digital asset management software (either single user, workgroup, or enterprise versions), on your server and all workstations
• Web page interface personalized for your company
• Setup of PowerFile R200 CD/DVD changer
• Onsite training for all licensed users
• Written documentation of asset management procedures and naming conventions
• Connecting additional workstations to the network
• Scripting for automating cataloging and other repetitive tasks (optional)

**Systems Solution Inc.** is a full-service, value-added reseller offering computer sales, service, education and rentals, and specializes in color management, digital imaging, and digital video solutions. Call today for more information and a demonstration of SSI's Digital Asset Management system.



**Systems Solution, Inc.**

*Ahead of the curve.*

376 Crooked Lane • King of Prussia, PA 19406
**Phone:** 610.272.4884 x159 • **Fax:** 610.272.9623
**Web:** www.ssi-net.com • **Email:** sales@ssi-net.com

*Source: *Media Asset Management Primer, 2001,* GISTICS

**<u>Exhibit J</u>**

**Systems Solution, Inc.**
*Ahead of the curve.*

ABOUT US    CAREER OPPORTUNITIES    CONTACT US    DIRECTIONS    SITE MAP

| Home | Products | Service | Rentals | Education |

CLASS CALENDAR    CUSTOM TRAINING    APPLE TRAINING

# CLASS CALENDAR

**Design and Layout**

## PhotoShop 2

### Course Description

Build on the Level I core information to produce complex selections and paths. Discover creative uses for filters and learn how to take advantage of adjustment layers. Automation features will be covered as well as creating buttons to speed up production tasks. Requires knowledge of all topics in Photoshop Level I. **Training provided by our authorized education partner Acquired Learning.**

### Topics Covered:

- Advanced Selections
- Using Spot Colors
- Layers/Layer Masks
- Creating Custom Brushes
- Painting Tonal Corrections
- Alpha Channel Tips & Tricks
- Creative Use of Filters
- Defining & Using Gradients

- Automation Tools
- Creating Presets
- Adjustment Layers
- Creating & Saving Actions
- Advanced use of Tools
- Replacing & Changing Colors
- Defining and Using Patterns

### Days
2

### Intended Audience and Prerequisites
The class is designed for those who know PhotoShop already but want to utilize the more advanced techniques. Participants in all classes should have some familiarity with the Macintosh desktop or Windows environment. Participants should have taken Intro to PhotoShop or have extensive experience with PhotoShop.

### Tuition
$ 695

### Enrollment
Limited enrollment for each class (8-12 max), guaranteed 1 student per machine.

### Cancellation/Rescheduling Policy
You may reschedule an open-enrollment class without charge as long as the request to reschedule is received at least TEN (10) BUSINESS DAYS prior to the class date. If you reschedule within TEN (10) BUSINESS DAYS of the class date, you will be subject to a $150.00 rescheduling fee. You may cancel an open-enrollment class and receive a refund (less a $150 administrative fee) as long as your request to cancel is received FIFTEEN (15) OR MORE BUSINESS DAYS prior to the class date. Cancellations received within FIFTEEN (15) BUSINESS DAYS of the class date are not refundable. Substitutions are permitted at any time.

Apple assumes no responsibility with regard to the selection, performance, or use of the products or services. All understandings, agreements, or warranties, if any, take place directly between the vendors and prospective users. For more information, see http://www.apple.com/experts/

**Reserve Your Seat Today (All fields are required.)**

Class                    ◉ Please contact me with more information.

Name    [                                    ]

Company

Phone

Email

Questions?

Submit

If you don't see the class you're looking for, or have a question on a class, please contact us for more information!
**Phone:** (610) 272-4884 option 5
**Email:** education@ssi-net.com

Systems Solution, Inc., 376 Crooked Lane, King of Prussia, PA 19406 (610)272-4884, or Toll-Free (800)774-9955
Contact | Home | Sales | Service | Rentals | Education

**Exhibit K**

| | |
|---|---|
| **From:** | Eric Stipe |
| **To:** | csmith@agitraining.com; |
| **CC:** | jsmith@agitraining.com; |
| **Subject:** | commission check |
| **Date:** | Monday, July 12, 2004 11:43:14 AM |
| **Attachments:** | |

Hi,

Hope both of you are well and getting a chance to enjoy your vacation.

Chris, I understand you are coming in to Woburn today to meet with the new accounting person.
I already left a message for you regarding not getting my commission check. The only items I submitted on the June report for actual business I closed and AGI invoiced. Terrell made sure the correct information was submitted to you by July 2 so that payroll would not be held up. I also responded to your call immediately and faxed to you the paperwork you could not find on July 6th. Do you still have a question> If so, please call me at home.

Can you please take care of this today so that it can get mailed so that I can receive as soon as possible?

Thanks,
Judeann

**<u>Exhibit L</u>**

| | |
|---|---|
| **From:** | Eric Stipe |
| **To:** | christopher smith; |
| **CC:** | |
| **Subject:** | Re: pls call |
| **Date:** | Wednesday, July 07, 2004 8:24:18 AM |
| **Attachments:** | |

Hi Chris,

I faxed yesterday and spoke with Jeff who confirmed it made it through the fax. Any questions, let me know.

Thanks,
Jude

----------
From: "christopher smith" <csmith@agitraining.com>
To: "'Eric Stipe'" <estipe@comcast.net>
Subject: pls call
Date: Tue, Jul 6, 2004, 3:19 PM


Judeann,

Please give me a call in Woburn at your convenience. I need a copy of your most recent commission report.

Thanks,

-c
Christopher Smith

AGI Training

http://www.agitraining.com

**Exhibit M**

**Accrual Basis**

## American Graphics Institute
## Employee QuickReport
### January 1, 2000 through February 15, 2005

| | Type | Date | Memo | Amount |
|---|---|---|---|---|
| **Stipe, Judeann** | | | | |
| | Check | 01/28/2000 | 2/99 Advance | 200.00 |
| | Check | 02/15/2000 | 2/99 Advance | 129.86 |
| | Check | 03/10/2000 | 3/10/00 | 72.68 |
| | Check | 03/15/2000 | 2/99 Reimbursement | 144.01 |
| | Check | 04/25/2000 | 2/99 Reimbursement | 100.00 |
| | Check | 05/05/2000 | 5/5/00 | 1,218.35 |
| | Check | 05/09/2000 | 4/00 Cafeteria Pmt | 592.13 |
| | Check | 05/25/2000 | | 100.00 |
| | Check | 06/07/2000 | 5/99 reimbursement | 52.94 |
| | Check | 08/03/2000 | 7/00 Cafeteria Pmt | 374.89 |
| | Check | 08/16/2000 | 8/00 Advance | 300.00 |
| | Check | 09/13/2000 | 8/00 Reibursement | 36.78 |
| | Check | 09/25/2000 | 9/00 Advance | 150.00 |
| | Check | 10/25/2000 | 10/00 Cafeteria Pmt | 32.94 |
| | Check | 11/03/2000 | | 102.14 |
| | Check | 02/21/2001 | 2/01 Cafeteria Pmt | 274.01 |
| | Check | 03/13/2001 | | 1,500.00 |
| | Check | 03/16/2001 | For St. Jude's Children Research Hospital | 25.00 |
| | Check | 04/06/2001 | | 392.14 |
| | Check | 05/04/2001 | | 293.88 |
| | Check | 05/16/2001 | | 250.00 |
| | Check | 07/18/2001 | | 1,000.00 |
| | Check | 09/25/2001 | | 150.00 |
| | Check | 11/02/2001 | PR 11-02-2001 | 782.82 |
| | Check | 11/16/2001 | | 782.81 |
| | Check | 11/16/2001 | Commissions Oct | 1,050.26 |
| | Check | 11/30/2001 | | 782.81 |
| | Check | 12/28/2001 | Bonus | 132.82 |
| | Check | 01/08/2002 | | 600.00 |
| | Check | 01/10/2002 | | 239.97 |
| | Check | 01/29/2002 | | 109.22 |
| | Check | 04/15/2002 | Aflac Reimbursment | 191.53 |
| | Check | 06/10/2002 | Flexible Spending Reimbursement | 163.33 |
| | Check | 07/12/2002 | Flex Account | 40.50 |
| | Check | 10/02/2002 | | 700.00 |
| | Check | 11/06/2002 | Cash out expenses | 102.32 |
| | Check | 11/12/2002 | Flexible Medical Spending | 635.99 |
| | Check | 12/13/2002 | Christmas Bonus | 440.63 |
| | Check | 01/17/2003 | Flex Med Speding 2003 | 173.00 |
| | Check | 02/07/2003 | Flex Med Spending | 274.17 |
| | Check | 03/14/2003 | Flex Med Spending | 197.14 |
| | Check | 04/04/2003 | Conference Expense Advance | 120.00 |
| | Check | 04/29/2003 | Flex Med Spending | 155.69 |
| | General Journal | 05/31/2003 | Grape iMac - home computer purchase | -923.00 |
| | Check | 06/17/2003 | Cash Out Expenses 06/16/03 | 78.60 |
| | Check | 08/25/2003 | Cash Out Expenses | 51.32 |
| | General Journal | 09/30/2003 | | -73.83 |
| | Check | 01/14/2004 | Flex Med Spending | 369.99 |
| | Check | 01/22/2004 | Employee Advance | 1,000.00 |

**Accrual Basis**

**American Graphics Institute**
## Employee QuickReport
**January 1, 2000 through February 15, 2005**

| Type | Date | Memo | Amount |
|---|---|---|---|
| Check | 02/23/2004 | Flex Med Spending | 45.00 |
| General Journal | 02/29/2004 | home bill | -10.34 |
| Check | 03/24/2004 | Flex Med Spending | 204.23 |
| Check | 04/23/2004 | Megan - Conference | 100.00 |
| Check | 04/28/2004 | Flex Med Spending | 244.06 |
| Check | 05/19/2004 | Cash Out Expenses Thru 05/14/04 | 41.35 |
| Check | 05/21/2004 | Flex Med Spending | 94.91 |
| Check | 06/15/2004 | FlexMed Spending | 125.00 |
| Check | 06/18/2004 | Cash Out Expenses thru 6/16/04 | 84.25 |
| Check | 06/24/2004 | Repay Payroll Deductions | 200.00 |
| Check | 07/09/2004 | | 1,088.93 |
| Check | 07/26/2004 | Commission Check | 223.51 |
| Check | 08/06/2004 | | 537.13 |
| Check | 08/20/2004 | Commisson Reim | 11.86 |
| Check | 08/20/2004 | Flexmed Reimbursement withdrawal | 38.46 |
| Check | 10/15/2004 | | 58.17 |
| Total Stipe, Judeann | | | 18,756.36 |
| | | | **18,756.36** |

**Exhibit N**

**1:29 PM**
**02/14/05**
**Accrual Basis**

## American Graphics Institute
## Employee QuickReport
### January 1, 2000 through February 14, 2005

| | Type | Date | Num | Memo | Amount |
|---|---|---|---|---|---|
| **Edwards, Clark W.** | | | | | |
| | Check | 10/06/2000 | 5516 | 9/00 reimbursement | 110.37 |
| | Check | 12/08/2000 | 5545 | | 513.63 |
| | Check | 02/05/2001 | 1024 | Flex Spending Reimbursement | 80.00 |
| | Check | 06/18/2001 | 1031 | | 104.00 |
| | Check | 08/02/2001 | 1038 | | 336.00 |
| | Check | 12/28/2001 | 6453 | Bonus | 132.83 |
| | Check | 03/04/2002 | 1048 | | 101.66 |
| | Check | 04/19/2002 | 207 | Severence Payment | 2,492.44 |
| | Check | 04/30/2002 | 210 | Severence Pay | 2,492.44 |
| | Check | 05/02/2002 | 223 | Severence Pay #3 | 2,492.44 |
| | Check | 05/07/2002 | 224 | Final Severence | 2,492.44 |
| Total Edwards, Clark W. | | | | | 11,348.25 |
| **TOTAL** | | | | | **11,348.25** |

**Exhibit O**

**American Graphics Institute**

# Vendor QuickReport
### January 1, 2000 through February 14, 2005

| | Type | Date | Num | Split | Amount |
|---|---|---|---|---|---|
| **Sage Advice Ltd** | | | | | |
| | Bill | 03/09/2000 | 2168 | Outside Services | -170.00 |
| | Bill | 03/16/2000 | 2180 | Outside Services | -42.50 |
| | Bill | 04/21/2000 | 2236 | Outside Services | -212.50 |
| | Bill | 06/02/2000 | 2307 | Outside Services | -170.00 |
| | Bill | 06/15/2000 | 2328 | Outside Services | -297.50 |
| | Bill | 06/18/2000 | 2343 | Outside Services | -170.00 |
| | Bill | 06/26/2000 | 2346 | Outside Services | -170.00 |
| | Bill | 06/29/2000 | 2358 | Outside Services | -212.50 |
| | Bill | 07/07/2000 | 2371 | Outside Services | -297.50 |
| | Bill | 07/16/2000 | 2380 | Outside Services | -237.50 |
| | Bill | 07/28/2000 | 2418 | Outside Services | -127.50 |
| | Bill | 07/28/2000 | 2397 | Outside Services | -170.00 |
| | Bill | 08/05/2000 | 2410 | Outside Services | -450.00 |
| | Bill | 08/09/2000 | 2416 | Outside Services | -637.50 |
| | Bill | 08/18/2000 | 2432 | Outside Services | -780.00 |
| | Bill | 08/18/2000 | 2453 | Outside Services | -212.50 |
| | Bill | 09/01/2000 | 2464 | Outside Services | -170.00 |
| | Bill | 09/07/2000 | 2471 | Outside Services | -85.00 |
| | Bill | 09/15/2000 | 2490 | Outside Services | -595.00 |
| | Bill | 09/21/2000 | 2501 | Outside Services | -127.50 |
| | Bill | 09/28/2000 | 2511 | Outside Services | -382.50 |
| | Bill | 10/05/2000 | 2526 | Outside Services | -170.00 |
| | Bill | 10/12/2000 | 2538 | Outside Services | -170.00 |
| | Bill | 10/19/2000 | 2549 | Computer Supplies | -820.00 |
| | Bill | 10/20/2000 | 2555 | Outside Services | -170.00 |
| | Bill | 10/27/2000 | 2561 | Outside Services | -42.50 |
| | Bill | 11/03/2000 | 2572 | Outside Services | -510.00 |
| | Bill | 11/10/2000 | 2589 | Outside Services | -212.50 |
| | Bill | 11/26/2000 | 2604 | Outside Services | -170.00 |
| | Bill | 12/01/2000 | 2611 | Outside Services | -212.50 |
| | Bill | 12/07/2000 | 2621 | Outside Services | -170.00 |
| | Bill | 12/14/2000 | 2628 | Outside Services | -212.50 |
| | Bill | 12/20/2000 | 2638 | Outside Services | -170.00 |
| | Bill | 12/29/2000 | 2647 | Outside Services | -297.50 |
| | Bill | 01/03/2001 | 2658 | Technical Support | -1,020.00 |
| | Bill | 01/13/2001 | 2671 | Technical Support | -1,020.00 |
| | Bill | 01/18/2001 | 2679 | Technical Support | -85.00 |
| | Bill | 01/24/2001 | 2688 | Computers and Equipment | -598.80 |
| | Bill | 01/25/2001 | 2692 | -SPLIT- | -1,177.50 |
| | Bill | 02/08/2001 | 2703 | -SPLIT- | -797.50 |
| | Bill | 02/14/2001 | 2710 | -SPLIT- | -512.50 |
| | Bill | 02/28/2001 | 2728 | Technical Support | -340.00 |
| | Bill | 03/15/2001 | 2749 | Technical Support | -212.50 |
| | Bill | 03/15/2001 | 2722 | Technical Support | -212.50 |
| | Bill | 03/16/2001 | 2737 | Technical Support | -510.00 |
| | Bill | 03/28/2001 | 2752 | Technical Support | -1,308.00 |
| | Bill | 04/02/2001 | 2763 | Technical Support | -791.50 |
| | Bill | 04/10/2001 | 49 | Technical Support | -680.00 |
| | Bill | 04/14/2001 | 2788 | Technical Support | -1,029.00 |

American Graphics Institute

# Vendor QuickReport
### January 1, 2000 through February 14, 2005

| Type | Date | Num | Split | Amount |
|------|------|-----|-------|--------|
| Bill | 04/14/2001 | 2792 | Technical Support | -510.00 |
| Bill | 04/16/2001 | 2782 | Technical Support | -850.00 |
| Bill | 04/26/2001 | 2802 | Technical Support | -595.00 |
| Bill | 05/07/2001 | 2814 | Technical Support | -255.00 |
| Bill | 05/09/2001 | 2818 | Technical Support | -119.94 |
| Bill | 05/10/2001 | 2824 | Computer Supplies | -164.00 |
| Bill | 05/20/2001 | 2834 | Technical Support | -322.99 |
| Bill | 05/22/2001 | 2837 | Technical Support | -1,275.00 |
| Bill | 05/30/2001 | 2847 | Technical Support | -510.00 |
| Bill | 05/30/2001 | 2854 | Technical Support | -375.00 |
| Bill | 06/07/2001 | 2862 | Technical Support | -644.00 |
| Bill | 06/15/2001 | 2875 | Technical Support | -935.00 |
| Bill | 06/22/2001 | 2890 | Technical Support | -1,154.00 |
| Bill | 06/29/2001 | 2900 | Technical Support | -170.00 |
| Bill | 07/05/2001 | 2910 | Technical Support | -170.00 |
| Bill | 07/14/2001 | 2923 | Technical Support | -255.00 |
| Bill | 07/20/2001 | 2939 | Technical Support | -1,615.00 |
| Bill | 07/27/2001 | 2944 | Technical Support | -467.50 |
| Bill | 08/03/2001 | 2953 | Technical Support | -1,062.50 |
| Bill | 08/03/2001 | 2949 | Technical Support | -4,797.00 |
| Bill | 08/08/2001 | 2961 | Technical Support | -127.50 |
| Bill | 08/13/2001 | 2965 | Technical Support | -382.50 |
| Bill | 08/18/2001 | 2977 | Technical Support | -552.50 |
| Bill | 08/23/2001 | 2988 | Technical Support | -297.50 |
| Bill | 08/31/2001 | 2994 | Technical Support | -1,664.00 |
| Bill | 09/02/2001 | 2998 | Technical Support | -1,020.00 |
| Bill | 09/02/2001 | 2996 | Technical Support | -1,870.00 |
| Bill | 09/07/2001 | 3009 | Technical Support | -935.00 |
| Bill | 09/19/2001 | 3018 | Technical Support | -340.00 |
| Bill | 09/25/2001 | 3029 | Technical Support | -722.50 |
| Bill | 09/26/2001 | 3030 | Technical Support | -552.50 |
| Bill | 09/28/2001 | 3042 | Technical Support | -425.00 |
| Bill | 10/15/2001 | 3052 | Technical Support | -297.50 |
| Bill | 10/15/2001 | 3060 | Technical Support | -780.90 |
| Bill | 10/18/2001 | 3062 | Technical Support | -1,785.00 |
| Bill | 10/24/2001 | 3080 | Technical Support | -832.50 |
| Bill | 11/03/2001 | 3091 | Technical Support | -297.50 |
| Bill | 11/12/2001 | 3101 | Technical Support | -255.00 |
| Bill | 11/14/2001 | 3115 | Technical Support | -1,434.00 |
| Bill | 11/16/2001 | 3117 | Technical Support | -1,105.00 |
| Bill | 11/26/2001 | 3123 | Technical Support | -297.50 |
| Bill | 11/29/2001 | 3128 | Technical Support | -212.50 |
| Bill | 12/03/2001 | 3135 | Technical Support | -212.50 |
| Bill | 12/06/2001 | 3150 | -SPLIT- | -765.00 |
| Bill | 12/13/2001 | 3154 | Technical Support | -170.00 |
| Bill | 12/14/2001 | 3156 | Computer Supplies | -265.00 |
| Bill | 12/17/2001 | 3165 | Technical Support | -255.00 |
| Bill | 12/26/2001 | 3176 | -SPLIT- | -680.00 |
| Bill | 01/14/2002 | 3192 | Technical Support | -127.50 |
| Bill | 01/28/2002 | 31 | Technical Support | -255.00 |

# American Graphics Institute
# Vendor QuickReport
### January 1, 2000 through February 14, 2005

| Type | Date | Num | Split | Amount |
|---|---|---|---|---|
| Bill | 01/28/2002 | 36 | Technical Support | -297.50 |
| Bill | 01/31/2002 | 44 | Technical Support | -340.00 |
| Bill | 02/07/2002 | 54 | -SPLIT- | -263.94 |
| Bill | 02/07/2002 | 53 | Technical Support | -255.00 |
| Bill | 02/11/2002 | 66 | -SPLIT- | -382.50 |
| Bill | 02/16/2002 | 74 | Technical Support | -425.00 |
| Bill | 02/16/2002 | 72 | Technical Support | -680.00 |
| Bill | 03/13/2002 | | Computer Repairs | -795.00 |
| Bill | 03/13/2002 | | Technical Support | -255.00 |
| Bill | 03/13/2002 | | Technical Support | -425.00 |
| Bill | 03/13/2002 | | Technical Support | -382.50 |
| Bill | 03/13/2002 | | Technical Support | -255.00 |
| Bill | 03/13/2002 | | Technical Support | -212.50 |
| Bill | 03/14/2002 | 00000131 | Technical Support | -255.00 |
| Bill | 03/16/2002 | 000000048 | -SPLIT- | -680.00 |
| Bill | 03/22/2002 | 00000052 | Technical Support | -637.50 |
| Bill | 04/03/2002 | 00000066 | Technical Support | -340.00 |
| Bill | 04/03/2002 | 00000068 | Technical Support | -212.50 |
| Bill | 04/10/2002 | 200220 | Technical Support | -170.00 |
| Bill | 04/15/2002 | 200214 | Technical Support | -255.00 |
| Bill | 04/25/2002 | 2001-2837 | Technical Support | -340.00 |
| Bill | 05/02/2002 | 2001-2849 | -SPLIT- | -510.00 |
| Bill | 05/03/2002 | 2001-2853 | Technical Support | -212.50 |
| Bill | 05/08/2002 | 5008 | -SPLIT- | -562.50 |
| Bill | 05/10/2002 | 5013 | -SPLIT- | -1,657.50 |
| Bill | 05/18/2002 | 5028 | Technical Support | -297.50 |
| Bill | 05/24/2002 | 5034 | Technical Support | -595.00 |
| Bill | 05/29/2002 | 5047 | Technical Support | -170.00 |
| Bill | 05/31/2002 | 5053 | Technical Support | -340.00 |
| Bill | 06/01/2002 | 5057 | Technical Support | -321.80 |
| Bill | 06/10/2002 | 5061 | Technical Support | -850.00 |
| Bill | 06/17/2002 | 5078 | -SPLIT- | -510.00 |
| Bill | 06/21/2002 | 5089 | Technical Support | -189.00 |
| Bill | 07/01/2002 | 5096 | Technical Support | -255.00 |
| Bill | 07/01/2002 | 5106 | -SPLIT- | -297.50 |
| Bill | 07/09/2002 | 5111 | Technical Support | -1,020.00 |
| Bill | 07/13/2002 | 5119 | Technical Support | -637.50 |
| Bill | 07/19/2002 | 5127 | Technical Support | -255.00 |
| Bill | 07/22/2002 | 5131 | Technical Support | -425.00 |
| Bill | 07/26/2002 | 5141 | Technical Support | -212.50 |
| Bill | 08/05/2002 | 5156 | Technical Support | -340.00 |
| Bill | 08/12/2002 | 5160 | -SPLIT- | -630.00 |
| Bill | 08/20/2002 | 5177 | Technical Support | -680.00 |
| Bill | 08/27/2002 | 5182 | Technical Support | -595.00 |
| Bill | 08/30/2002 | 5191 | Technical Support | -510.00 |
| Bill | 09/05/2002 | 5196 | Technical Support | -297.50 |
| Bill | 09/12/2002 | 5211 | Technical Support | -170.00 |
| Bill | 09/23/2002 | 5215 | Technical Support | -255.00 |
| Bill | 09/27/2002 | 5223 | Technical Support | -127.50 |
| Bill | 10/10/2002 | 5240 | Technical Support | -170.00 |

# American Graphics Institute

# Vendor QuickReport

### January 1, 2000 through February 14, 2005

| Type | Date | Num | Split | Amount |
|------|------|-----|-------|--------|
| Bill | 10/14/2002 | 5243 | Technical Support | -297.50 |
| Bill | 10/22/2002 | 5252 | Technical Support | -127.50 |
| Bill | 11/04/2002 | 5258 | -SPLIT- | -425.00 |
| Bill | 11/11/2002 | 5272 | Technical Support | -85.00 |
| Bill | 11/18/2002 | 5279 | -SPLIT- | -85.00 |
| Bill | 11/22/2002 | 5289 | -SPLIT- | -100.00 |
| Bill | 03/10/2003 | 5375 | Technical Support | -200.00 |
| Bill | 05/01/2003 | 5444 | -SPLIT- | -500.00 |
| Bill | 05/28/2003 | 5476 | Technical Support | -900.00 |
| Bill | 06/06/2003 | 5486 | Technical Support | -750.00 |
| Bill | 06/13/2003 | 5499 | Technical Support | -200.00 |
| Bill | 06/24/2003 | 5510 | Technical Support | -100.00 |
| Bill | 07/21/2003 | 5546 | Technical Support | -200.00 |
| Bill | 08/13/2003 | 5562 | Technical Support | -500.00 |
| Bill | 08/26/2003 | 5578 | Technical Support | -250.00 |
| Bill | 08/26/2003 | 5574 | Technical Support | -200.00 |
| Bill | 08/28/2003 | 5584 | Technical Support | -200.00 |
| Bill | 09/18/2003 | 5611 | Technical Support | -550.00 |
| Bill | 09/22/2003 | 5614 | -SPLIT- | -700.00 |
| Bill | 09/24/2003 | 5620 | Technical Support | -500.00 |
| Bill | 09/30/2003 | 5628 | Technical Support | -100.00 |
| Bill | 10/09/2003 | 5638 | Technical Support | -600.00 |
| Bill | 11/26/2003 | 5706 | Technical Support | -300.00 |
| Bill | 12/04/2003 | 5711 | -SPLIT- | -2,181.32 |
| Bill | 12/12/2003 | 5717 | -SPLIT- | -50.00 |
| Bill | 12/19/2003 | 5729 | Prepaid Expenses | -1,221.89 |
| Bill | 12/30/2003 | 5741 | Technical Support | -500.00 |
| Credit | 12/31/2003 | 5711 | -SPLIT- | 900.00 |

-86,378.58

**Exhibit P**

| | |
|---|---|
| **From:** | Dean Novosat |
| **To:** | Christopher Smith; |
| **CC:** | |
| **Subject:** | Invoices |
| **Date:** | Monday, January 26, 2004 12:29:18 PM |
| **Attachments:** | |

Chris,

I noticed on the past 2 invoices, you shorted payment. These invoices are due with payment in full. You hired us to do the work at our hourly rate. We completed the work. Both Carl and Jaime can testify to the completion of the work. I hope that you do not let this compromise our excellent business relationship.

Thanks!

Dean


--
Dean Novosat
Sage Advice Ltd.
245 Centerville Rd #5
Lancaster PA 17603

* * * * * * *
The Best Prices on Printer Supplies!
http://www.OnlineInkStore.com

* * * * * * *
Apple Specialist
Apple Solutions Expert
* * * * * * *
http://www.sageadviceltd.com
dnovosat@sageadviceltd.com

**Exhibit Q**



**Home**    **Locations**    **Classroom Schedule**    **About Us**    **News**    **Contact Us**

**Class Schedules**



## Adobe GoLive Level 1

This two-day course provides a solid foundation in web site development and management application. By the completion of this class, the student will feel comfortable placing images and creating web pages with links in managed sites. This beginner level class is for students with minimal knowledge of the GoLive application. It is recommended that all students have general, intorductory knowledge of HTML prior to this class. HTML I is recommended if the student has no prior web experience.

## What's covered

Learning Your Way Around       Working with Images        Working with Tables
Your First GoLive Project      Working with Color         Working with Layout Grids
Working with Text              Working with Links          Floating Boxes and Positioning

## Dates
Lancaster Nov 8 & 9 • Oct 4 & 5 • Dec 20 & 21
Philadelphia Sept 21 & 22
Richmond Nov 8 & 9 • Oct 4 & 5 • Dec 20 & 21
## Cost
$695.00



**Exhibit R**



| Home | Locations | Classroom Schedule | About Us | News | Contact Us |

**Contact us by mail, phone, or our web form.**

**Mailing Address**
Acquired Learning
PO Box 10803
Lancaster, PA 17605-0803

Phone 717-735-3850
Fax: 717-735-3853

**Physical Address**
Acquired Learning
1861 Charter Lane
Suite 105
Lancaster, PA 17602

**Contact Request Form**
Please fill out the following form to have an Acquired Learning representative contact you about our exciting training programs!

First Name [          ]  Last Name [          ]

Company [          ]

Address 1 [          ]

Address 2 [          ]

City [          ] State [     ] Zip [          ]

Email [          ]

Phone [          ]

**Platform you want to learn on**

☐ Mac  ☐ PC  ☐ Both

**Where?**

[ Onsite ▾ ]

**Which software? Please List.**

[                    ]

**Notes**



Submit    Reset

**Cancellation and Refund Policy**
You may reschedule an open enrollment class within 7 business days of the class start date. If you reschedule from 1-6 days before the class start date, you will be subject to a $150 rescheduling fee. Due to instructor and classroom scheduling, you may only cancel an open enrollment class within 14 business days before the class start date to receive a refund minus a $150 administrative fee. You may substitute students up to the start date, but please notify the office of any substitutions.

**Exhibit S**





**Check out our
2005 Calendar**

**Class Schedule
Quicklist**

Class List ▼



**Solutions Networ**
Authorized Training Cen

**Training Solutions Nationwide!**

*Acquired Learning offers both on-site training to corporations and individuals
on products from Adobe, Macromedia, Quark, Microsoft, and others as well as open-enrollment classroom
instruction in our classrooms in Philadelphia, PA, Lancaster, PA, and Richmond, VA.*

| Home | Locations | Classroom Schedule | About Us | News | Contact Us |

**For a custom quote for your training needs, call our office at 717-735-3850 or email sales@AcquiredLearning.com**

**Acquired Learning is now hiring!** We are looking for instructors with experience or certification in any of the products listed below. We have openings in the following locations: **Lancaster, PA, Philadelphia, PA, Baltimore, MD,** and **Washington D.C**
*We will be opening other locations shortly! If you are outside this geographic area, please send us your resume and we will contact you.*
Please email your resume to Clark Edwards (clark@acquiredlearning.com).

**Adobe**
Illustrator CS
Photoshop CS
InDesign CS
Acrobat 6 Professional
Acrobat 6 Standard
Creative Suite (Version Cue)
GoLive CS
PhotoShop Elements
Premiere
After Effects
Encore
Audition

**Macromedia**
Flash MX
Dreamweaver MX
Cold Fusion

**Microsoft**
Word
Excel
Powerpoint

**Apple**
Final Cut Pro
Final Cut Express
iLife
DVD Studio Pro

**Contact us! sales@AcquiredLearning.com**
**Phone: 717-735-3850**

**<u>Exhibit T</u>**



Home      Locations      Classroom Schedule      About Us      News      Contact Us

News

December 21, 2004
**Acquired Learning outlines expansion plans**
**Acquired Learning, Inc.** a national software training company, has announced **plans for expansion** during the first half of 2006. *"We are currently looking at classroom space in San Diego, Minneapolis, Phoenix, Austin, and Houston,"* states Clark Edwards, president of Acquired Learning. *"We have been spending a lot of time traveling and researching available space in these markets. We are also actively seeking trainers in these areas as well."* The new classrooms will add to the existing training centers in Lancaster, PA, King of Prussia (Philadelphia), PA, and Richmond, VA.

December 14, 2004
**Acquired Learning announces major investor**
**Acquired Learning, Inc.** a national software training company, has announced they have **secured working capital** from a major investor. The influx of working capital will allow Acquired Learning to **aggressively expand** its software training operations. *"We are excited by this investor's confidence in our staff to allow us to become the nations largest software training company by end of 2006,"* states Acquired Learning's president Clark Edwards.

December 8, 2004
**Acquired Learning opens new classroom facility in Lancaster, PA**
**Acquired Learning** is pleased to announce its **new state-of-the-art training center** in the **Greenfield Corporate Center**. Located at **1861 Charter Lane, Suite 105**, the new facility boasts two classrooms and the ability to teach both large and small classes, offer one-on-one and one-on-two training, as well as seminars. It will also house the Northeast Region corporate offices.

October 1, 2004
**Acquired Learning establishes EDUCATION and SOFTWARE TRAINING Partnership**
**Systems Solutions Incorporated** (SSI)(www.ssi-net.com) is proud to announce their re-entry into the Software Education and Training segment. SSI has partnered with **Acquired Learning Incorporated** (ALI) to provide hands-on, customized and advanced software training designed to meet your needs in the ever-changing software environment.

September 25, 2004
**Acquired Learning Opens Richmond, VA Offices**
Acquired Learning is happy to announce the opening of two Richmond, VA training classrooms. Classes have been scheduled up to the end of 2004. Contact Clark Edwards at 717-735-3850 or clark@acquiredlearning.com for more information.

copyright 2004 Acquired Learning, Inc. All rights reserved.

**<u>Exhibit U</u>**



| Home | Locations | Classroom Schedule | About Us | News | Contact Us |

**About Us**

**Acquired Learning** was formed to provide software training and support in various software packages in use by the majority of our business clients. Our training program will focus on those products most widely in use and will also include specialized "niche" software and customized training, tailored to your requirements and needs. Training and education will be provided for Adobe, Quark, Macromedia, Apple and Microsoft software products as well as other specialty software programs. Training will take place on either Windows or Macintosh computers, whichever is used by the client. The courses offered will encompass the beginning, intermediate and advanced users of the software products. Training will be provided in a classroom setting in our dedicated classrooms or on-site at our client's locations. Acquired Learning's Certified Instructors will deliver the training for all software education.

**Acquired Learning's** instructors and personnel may be familiar to many of you. Judeann Stipe, (formerly with American Graphics Institute), recently joined the management team of Acquired Learning and will be managing Sales and Client Care. Judeann possesses vast experience in the printing, publishing and graphic arts industries including seven plus years directing the Sales and Client Care efforts in the software education and training environment. Judeann has established strong relationships with our customers and has built a level of trust and confidence within the software training industry. Feel free to contact Judeann for an in-depth assessment of your training needs (or just to say "hello"). She can be reached via email at jstipe@acquiredlearning.com or call her direct at (717) 735-3850.

Most of Acquired Learning's instructors may be just as familiar. We have searched exhaustively to find the most experienced trainers in the industry. We currently have over two dozen certified experts performing training for us all over the United States. On any given day, you'll find Acquired Learning's trainers in classrooms, in printing plants, in graphic design firms, in banks and real estate offices, doctor's office and medical professional buildings, and major governmental agencies on the Local, State, and National level. Anywhere there is a software training need, Acquired Learning has a trainer there, ready to meet the need.

copyright 2004 Acquired Learning, Inc. All rights reserved.