UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN GRAPHICS INSTITUTE, INC., and CHRISTOPHER SMITH,<br><br>Plaintiffs,<br><br>v.<br><br>ACQUIRED LEARNING, INC., SYSTEMS SOLUTION, INC., JUDEANN STIPE, DEAN NOVOSAT, CLARK EDWARDS, and RICHARD WEIN,<br><br>Defendants. | Civil Action No. 04-12611-JLT |

**JOINT STATEMENT**
**PURSUANT TO LOCAL RULE 16.1**

Pursuant to the Court's Notice of Scheduling Conference and Local Rule 16.1, the parties hereto respectfully submit the following joint statement.

The plaintiffs, American Graphics Institute, Inc., ("AGI") and Christopher Smith, brought this action against the defendants, Acquired Learning, Inc. ("Acquired Learning"), Systems Solution, Inc. ("SSI"), Judeann Stipe, Dean Novosat, Clark Edwards, and Richard Wein, for copyright infringement and unfair competition. Plaintiffs are seeking injunctive relief as well as monetary damages. The defendants deny any infringement or unfair competition, and maintain they were authorized to use the information at issue.

PROPOSED DISCOVERY SCHEDULE

7/1/05     Deadline for service of interrogatories and requests for documents and

| | |
|---|---|
| | things. |
| 9/1/05 | Deadline for completion of depositions of fact witnesses. |
| 10/1/05 | Deadline for identification of expert witnesses and exchange of expert disclosures in compliance with Fed. R. Civ. P. 26(a)(2)(B) for issues on which a party bears the burden of proof. |
| 11/1/05 | Deadline for identification of expert witnesses and exchange of expert disclosures in compliance with Fed. R. Civ. P. 26(a)(2)(C) for issues on which a party does not bear the burden of proof and for issues intended solely to contradict or rebut evidence on the same subject matter identified by another party under paragraph (2)(B). |
| 12/15/05 | Deadline for completion of expert depositions. |
| 12/31/05 | Deadline for service of requests to admit. |
| To be determined by the Court. | Case management conference |

The parties do not consider it necessary at this time to modify the number of discovery events set forth in Local Rule 26.1(C).

## PROPOSED SCHEDULE FOR FILING DISPOSITIVE MOTIONS

The parties have agreed to propose the following schedule with respect to dispositive motions:

| | |
|---|---|
| 2/15/06 | Deadline for filing and service of dispositive motions. |
| 3/15/06 | Deadline for filing and service of oppositions to dispositive motions. |
| 3/31/06 | Deadline for filing and service of motions for leave to file reply memorandums and proposed reply memorandums, if any |
| To be determined by the Court. | Hearing on dispositive motions or final pretrial conference. |

## POSSIBLE TRIAL BY MAGISTRATE JUDGE

The parties have discussed the possibility of trial before a United States Magistrate Judge but do not consent thereto at the present time.

## CERTIFICATIONS PURSUANT TO LOCAL RULE 16.1(D)(3)

The required certifications signed by counsel and by an authorized representative of each party pursuant to Local Rule 16.1(D)(3) are attached hereto.

| | |
|---|---|
| By their attorneys, | The defendants, ACQUIRED LEARNING, INC.,  SYSTEMS SOLUTION, INC., JUDEANN STIPE, DEAN NOVOSAT, CLARK EDWARDS and RICHARD WEIN |
| The plaintiffs, AMERICAN GRAPHICS INSTITUTE, INC., and CHRISTOPHER SMITH | |

/s/ John L. DuPré                                             /s/ James D. Smeallie

John L. DuPré  (BBO No. 549659)
Giovanna H. Fessenden (BBO No. 654681)
Hamilton, Brook, Smith & Reynolds, P.C.
530 Virginia Road
P.O. Box 9133
Concord, Massachusetts 01742-9133
Telephone:  (978) 341-0036
Facsimile:   (978) 341-0136

James D. Smeallie (BBO No. 467380)
Heather Esme Caramello (BBO No. 600896)
10 St. James Avenue
Boston, MA  02116
(617) 523-2700

Dated:        April 26       , 2005          Dated:        April 25       , 2005

541261

4

5

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on   April 26   , 2005.

                                        /s/Giovanna Fessenden

                                        Giovanna Fessenden