UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AMERICAN GRAPHICS INSTITUTE, INC.
and CHRISTOPHER SMITH,
        Plaintiffs,

v.

ACQUIRED LEARNING, INC., SYSTEMS
SOLUTION, INC., JUDEANN STIPE, DEAN
NOVOSAT, CLARK EDWARDS and
RICHARD WEIN,
        Defendants.

C.A. No. 04 12611 JLT

## DEFENDANTS' LOCAL RULE 16.1(D) CERTIFICATION

Pursuant to Local Rule 16.1(D), the undersigned certify that they have conferred:

1. with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – for the litigation; and

2. to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

ACQUIRED LEARNING, INC.,
SYSTEMS SOLUTION, INC.,
JUDEANN STIPE, DEAN NOVOSAT,
CLARK EDWARDS and RICHARD WEIN

By their Attorneys,

HOLLAND & KNIGHT LLP

/s/ James D. Smeallie
James D. Smeallie (BBO #467380)
Heather Esme Caramello (BBO #600896)
Holland & Knight LLP.
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

Dated: April 26, 2005

ACQUIRED LEARNING, INC.

By: _____[signature]_____

Its: PRESIDENT

Date: 4-21-05

_____[signature]_____
Clark Edwards, Individually

Date: 4-21-05

_____[signature]_____
Dean Novosat, Individually

Date: 4-21-05

SYSTEMS SOLUTION, INC.

By: _____[signature]_____

Its: President

Date: 04/21/05

_____[signature]_____
Judeann Stipe

Date: 4/21/05

_____[signature]_____
Richard Wein, Individually

Date: 04-21-05

2   # 2768053_v1