IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| AMERICAN GRAPHICS INSTITUTE, INC., and CHRISTOPHER SMITH, <br> Plaintiffs | : <br> : <br> : <br> : <br> : | |
| v. | : | NO. 04-12611 JLT |
| ACQUIRED LEARNING, INC., SYSTEMS SOLUTION, INC., JUDEANN STIPE, DEAN NOVOSAT, CLARK EDWARDS, and RICHARD WEIN, <br> Defendants | : <br> : <br> : <br> : <br> : | |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter the appearance of H. Esme Caramello as an attorney for Defendants Acquired Learning, Inc., Systems Solution, Inc., Judeann Stipe, Dean Novosat, Clark Edwards, and Richard Wein in the above-entitled action.

By Their Attorneys,

HOLLAND & KNIGHT LLP

_____
H. Esme Caramello (BBO# 600896)
Holland & Knight LLP
10 St. James Avenue
Boston, MA 02116
(617) 305-2072 [tel]
(617) 523-6850 [fax]

Dated: April 26, 2005