UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN GRAPHICS INSTITUTE, INC., and CHRISTOPHER SMITH<br>       Plaintiffs,<br><br>v.<br><br>ACQUIRED LEARNING, INC., SYSTEMS SOLUTION, INC., JUDEANN STIPE, DEAN NOVOSAT, CLARK EDWARDS, and RICHARD WEIN,<br>       Defendants. | Civil Action No. 04-12611-JLT<br><br><br>NOTICE OF APPEARANCE<br><u>FOR SUSAN G. L. GLOVSKY</u> |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF MASSACHUSETTS:

Please enter an appearance for the following attorney for the plaintiff American Graphics Institute, Inc. and Christopher Smith in the above entitled action:

    Susan G. L. Glovsky
    Hamilton, Brook, Smith & Reynolds, P.C.
    530 Virginia Road
    P.O. Box 9133
    Concord, Massachusetts 01742-9133
    (978) 341-0036

                            HAMILTON, BROOK, SMITH & REYNOLDS, P.C.

                            <u>/s/ Susan G. L. Glovsky</u>
                            Susan G. L. Glovsky BBO#195880
                            Hamilton, Brook, Smith & Reynolds, P.C.
                            530 Virginia Road
                            P.O. Box 9133
                            Concord, Massachusetts 01742-9133
                            Telephone:  (978) 341-0036

Dated:  May 9, 2005

548133_1.DOC