UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| AMERICAN GRAPHICS INSTITUTE, INC. and CHRISTOPHER SMITH,<br><br>Plaintiffs,<br><br>v.<br><br>ACQUIRED LEARNING, INC., SYSTEMS SOLUTION, INC., JUDEANN STIPE, DEAN NOVOSAT, CLARK EDWARDS, and RICHARD WEIN,<br><br>Defendants. | * * * * * * * * * * * * * | Civil Action No. 04-12611-JLT |

<u>ORDER</u>

May 12, 2005

TAURO, J.

After the Scheduling Conference held on May 12, 2005, this court hereby orders that:

1. Plaintiffs may depose: (1) the Fed. R. Civ. P. 30(b)(6) designee of Acquired Learning, Inc., (2) the Rule 30(b)(6) designee of Systems Solution, Inc., (3) Judeann Stipe, (4) Dean Novosat, (5) Clark Edwards, and (6) Richard Wein;

2. Defendants may depose: (1) the Rule 30(b)(6) designee of American Graphics Institute, Inc., (2) Christopher Smith, (3) Jennifer Smith, (4) Luis Mendez, (5) Greg Heald, (6) Larry Happy, (7) Jaime Schoenhelt, (8) Shannon McGurty, and (9) Roxanne Nadolny;

3. All discovery shall be completed by September 1, 2005;

4. No additional discovery will be permitted without leave of this court; and

5. A Further Conference is scheduled for September 6, 2005 at 10:45 a.m.

IT IS SO ORDERED.

                                                /s/ Joseph L. Tauro  
                                                United States District Judge