UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN GRAPHICS INSTITUTE, INC., and CHRISTOPHER SMITH,<br><br>Plaintiffs,<br><br>v.<br><br>ACQUIRED LEARNING, INC., SYSTEMS SOLUTION, INC., JUDEANN STIPE, DEAN NOVOSAT, CLARK EDWARDS, and RICHARD WEIN,<br><br>Defendants. | Civil Action No. 04-12611-JLT |

**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY
JUDGMENT ON AGI'S COPYRIGHT INFRINGEMENT CLAIM**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, plaintiffs hereby move that the Court enter partial summary judgment against defendants Acquired Learning Inc., Systems Solution, Inc., Dean Novasat, Richard Wein, Judeann Stipe, and Clark Edwards, finding defendants liable jointly and severally liable for infringement of plaintiff AGI's copyrights. This motion is supported by the Memorandum of Law submitted herewith, and by the Affidavits of Christopher Smith and Giovanna Fessenden, also submitted herewith.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(D), Plaintiffs respectfully request an oral argument.

AMERICAN GRAPHICS INSTITUTE, INC.,
and CHRISTOPHER SMITH

By their attorneys,

Dated: July 18, 2005   /s/ Giovanna H. Fessenden
John L. DuPré   (BBO No. 549659)
Giovanna H. Fessenden (BBO No. 654681)
Hamilton, Brook, Smith & Reynolds, P.C.
530 Virginia Road
P.O. Box 9133
Concord, Massachusetts 01742-9133
Telephone:  (978) 341-0036
Facsimile:   (978) 341-0136

553278