UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

AMERICAN GRAPHICS  INSTITUTE, INC.,
and CHRISTOPHER SMITH,

            Plaintiffs,

      v.

ACQUIRED LEARNING, INC., SYSTEMS
SOLUTION, INC., JUDEANN STIPE, DEAN
NOVOSAT, CLARK EDWARDS,
and RICHARD WEIN,

            Defendants.

Civil Action No. 04-12611-JLT

**AFFIDAVIT OF CHRISTOPHER SMITH IN SUPPORT OF
PLAINTIFFS' MOTION FOR PARTIAL SUMMARY
<u>JUDGMENT ON AGI'S COPYRIGHT INFRINGEMENT CLAIM</u>**

CHRISTOPHER SMITH states under oath as follows:

1.   I am the president and co-founder of Plaintiff American Graphics Institute,

Inc. ("AGI").  I make this affidavit in support of Plaintiffs' Motion for Partial Summary

Judgment on AGI's Copyright Infringement Claim.

2.   AGI is Massachusetts Corporation with its headquarters principal place of

business at 444 Washington Street Suite 412, Woburn, Massachusetts.

3.   AGI is engaged in the business of providing computer consulting services

and computer training.  AGI specializes in providing computer training of software

applications for the Internet, print and video publishing and communications industries.

4.   AGI has devoted significant resources to the development of materials used

in the promotion and sale of its training services.

5.   Our clients include Fortune five hundred companies, print, video and internet publishing companies, law firms, technology companies, and universities.

6.   AGI owns and controls the copyrights in a website, authored by AGI and found at or through the URL, www.agitraining.com ("AGI Website"), for which the Register of Copyrights has duly issued Registration Certificate Nos. TX 6-052-029 and TX 6-062-024 (collectively, the "copyrighted works").   Attached as Exhibit 1 is a true and accurate copy of Registration Certificate No. TX 6-052-029.  Attached as Exhibit 2 is a true and accurate copy of Registration Certificate No. TX 6-062-024.

7.   AGI provides advertising materials on its website to promote its business to its current and prospective clients.

**Defendants SSI and Richard Wein and their Relationship with AGI**

8.   Defendant System Solutions, Inc., which trades as Systems Solution, Inc. ("SSI"), is engaged in the business of consulting, reselling and leasing computer hardware and software.  From 1998 through 2004, Defendant Richard Wein and SSI provided computer consulting services for AGI, a Massachusetts company.  Specifically, SSI provided AGI's customers with computer equipment at the customer's location throughout the country, while AGI provided the computer training services.  For example, AGI has a customer in Dayton, Ohio, and on February 12, 2004, at AGI's request, SSI sent computer equipment to Ohio so that AGI could conduct computer training at the customer's location.

9.   In 1999, SSI entered into a reseller business arrangement with AGI to resell and promote AGI's computer training courses.  SSI began advertising AGI's courses on SSI's website and SSI received a commission on the AGI course sales that originated

from SSI.  SSI created an "Education" section on its homepage at its website, located at *www.ssi.net.com*, ("SSI Infringing Website"), where it promoted AGI's training courses. Attached as Exhibit 3 is a copy of the SSI homepage with the "Education" section as it was preserved at the Internet Archive Wayback Machine on March 31, 2003.  The "Education" section is accessible by the "Education" tab in the upper right hand corner of the homepage and is circled in yellow for purposes of identification.  Without express permission from AGI, SSI used AGI's course advertising materials on the "Education" section of its website to promote AGI's training courses.

10. In the early fall of 2003, AGI and SSI terminated their reseller business arrangement. As a result, AGI prohibited SSI from reselling and promoting AGI's courses.  Accordingly, SSI removed the link to the "Education" section from the SSI homepage.  By October 2, 2003, the "Education" section was no longer accessible from the homepage of the SSI website.  Attached as Exhibit 4 is a true and accurate copy of the SSI homepage without the "Education" section as it was preserved at the Internet Archive Wayback Machine on October 2, 2003.

11. Although SSI was no longer a reseller of AGI's courses, AGI continued to utilize SSI's computer equipment rental services for AGI's customers until mid 2004.

12. Over a year after AGI terminated its reseller business arrangement with SSI, in October of 2004, I discovered that SSI had reinstated the link to the "Education" section on the SSI homepage.  This "Education" section contained AGI's copyrighted online advertising materials, which had previously been removed, and also listed at least one new course title that was substantially similar to a new custom course offered on the AGI website, which was modeled after my book.  According to the SSI Infringing

Websites, the courses that SSI advertised via the "Education" section on the SSI website homepage were taught by defendants SSI and its education partner, Acquired Learning. SSI was promoting defendants' courses through a web-based interface using AGI's copyrighted works.

### Defendants SSI and Richard Wein and their Infringing Activities

13. The SSI Infringing Website contains the content from AGI's course advertising materials from the AGI Website. The SSI Infringing Website used verbatim content, with at least twenty-eight pages containing proprietary content, from plaintiffs' advertising materials on the AGI Website.

14. Neither AGI nor I granted defendants permission to copy AGI's course advertising materials from the AGI Website onto the SSI Infringing Website, or permission to use AGI's proprietary advertising content to promote Defendants' competitive courses.

15. AGI has made significant investments in developing quality and effective course advertising materials. It is important for AGI to be able to attract business through its website and maintain an Internet presence. However, because SSI copied verbatim content from AGI's course advertising materials, the value of AGI's advertising materials on the AGI Website has diminished. For example, when a search query was performed using the search engine www.google.com for a "course" that is "good for both designers and production personnel" the only websites that appeared in the search results were AGI's Website and SSI's Infringing Website. Attached as Exhibit 5 are true and accurate copies of these search results from www.google.com. This is an example of how SSI has been able to use AGI's advertising materials to

misdirect customers and potential customers to the SSI website for software training.

16. SSI used the unauthorized copies of portions of AGI's advertising materials to promote SSI courses that are in direct competition with AGI.  Many of the SSI course names and descriptions appear identical to the AGI courses that SSI previously resold for AGI.  In particular, a substantial portion of AGI's course advertising materials, which SSI and Wein copied, were for the same courses that SSI and Wein previously resold for AGI.

17. The SSI Infringing Website advertised a software training course for Acrobat & PDF 1 using descriptions that were copied from AGI's course description for Adobe Acrobat & PDF Level 1.  The SSI Infringing Website containing infringing verbatim content, some of which has been highlighted, is placed side by side with the AGI Website and attached hereto as Exhibit 6.  Furthermore, the SSI infringing Website recited a set of bullet points identical to the AGI Website shown under the heading of "Topics Covered" in the same sequence as the AGI Website.

18. The SSI Infringing Website advertised a software training course for Acrobat & PDF 2 using descriptions that were copied from AGI's course description for Adobe Acrobat & PDF Level 2.  A version of the AGI Website is placed side by side with a version of the SSI Infringing Website containing infringing text, some of which has been highlighted, is attached hereto as Exhibit 7.  Furthermore, the SSI infringing Website recited a set of bullet points identical to the AGI Website shown under the heading of "Topics Covered" in the same sequence as the AGI Website.

19. The SSI Infringing Website advertised a software training course for PhotoShop 1 using descriptions that were copied from AGI's course description for

Photoshop Level 1.  A version of the AGI Website is placed side by side with a version of the SSI Infringing Website containing infringing text, some of which has been highlighted, is attached hereto as Exhibit 8.  Furthermore, the SSI infringing Website recited a set of bullet points similar to the AGI Website shown under the heading of "Topics Covered" in the same sequence as the AGI Website.

20. The SSI Infringing Website advertised a software training course for PhotoShop 2 using descriptions that were copied from AGI's course description for Photoshop Level II.  A version of the AGI Website is placed side by side with a version of the SSI Infringing Website containing infringing text, some of which has been highlighted, is attached hereto as Exhibit 9.  Furthermore, the SSI infringing Website recited a set of bullet points identical to the AGI Website shown under the heading of "Topics Covered" in the same sequence as the AGI Website, as shown below:

> Advanced Selections
> Using Spot Colors
> Layer/Layer Masks
> Creating Custom Brushes
> Painting Tonal Corrections
> Alpha Channel Tips & Tricks
> Creative Use of Filters
> Defining & Using Gradients
> Automation Tools
> Creating Presets
> Adjusting Layers
> Creating & Saving Actions
> Advances <u>use</u> of Tools
> Replacing & Changing Colors
> Defining and Using Patterns (emphasis added)

The SSI Infringing Website even copied a typographical error from the AGI Website. The underlined in the above list indicates the typographical error in both web pages.

The word "use" is written in lower cases when the letter "u" should have been capitalized like other non-propositional and non-conjunctional words in the list.

21. The SSI Infringing Website advertised a software training course for Photoshop 3 using descriptions that were copied from AGI's course description for Photoshop Level III.  A version of the AGI Website is placed side by side with a version of the SSI Infringing Website containing infringing text, some of which has been highlighted, is attached hereto as Exhibit 10.  Furthermore, the SSI infringing Website recited a set of bullet points identical to the AGI Website shown under the heading of "Topics Covered" in the similar sequence.  Still further, like the previous example, the SSI Infringing Website copied a typographical error from the AGI Website, not capitalizing the word "use" in the phrase "Advanced use of Layer Effects."

22. The SSI Infringing Website advertised a software training course for Web Graphics using descriptions that were copied from AGI's course description for Web Graphics.  A version of the AGI Website is placed side by side with a version of the SSI Infringing Website containing infringing text, some of which has been highlighted, is attached hereto as Exhibit 11.

23. The SSI Infringing Website advertised a software training course for Illustrator 1 using descriptions that were copied from AGI's course description for Adobe Illustrator Level I.  A version of the AGI Website is placed side by side with a version of the SSI Infringing Website containing infringing text, some of which has been highlighted, is attached hereto as Exhibit 12.  Furthermore, the SSI infringing Website recited a set of bullet points identical to the AGI Website shown under the heading of "Topics Covered" in the same sequence as the AGI Website.

24. The SSI Infringing Website advertised a software training course for Illustrator 2 using descriptions that were copied from AGI's course description for Adobe Illustrator Level II.  A version of the AGI Website is placed side by side with a version of the SSI Infringing Website containing infringing text, some of which has been highlighted, is attached hereto as Exhibit 13.  Furthermore, the SSI infringing Website recited a set of bullet points nearly identical to the AGI Website shown under the heading of "Topics Covered."

25. The SSI Infringing Website advertised a software training course for InDesign 1 using descriptions that were copied from AGI's course description for Adobe InDesign Level 1.  A version of the AGI Website is placed side by side with a version of the SSI Infringing Website containing infringing text, some of which has been highlighted, is attached hereto as Exhibit 14.  Furthermore, the SSI infringing Website recited a set of bullet points nearly identical to the AGI Website shown under the heading of "Topics Covered."

26. The SSI Infringing Website advertised a software training course for InDesign 2 using descriptions that were copied from AGI's course description for Adobe InDesign Level II.  A version of the AGI Website is placed side by side with a version of the SSI Infringing Website containing infringing text, some of which has been highlighted, is attached hereto as Exhibit 15.  Furthermore, the SSI infringing Website recited a set of bullet points nearly identical to the AGI Website shown under the heading of "Topics Covered."

27. The SSI Infringing Website advertised a software training course for QuarkXPress 1 using descriptions that were copied from AGI's course description for

QuarkXPress Level I.  A version of the AGI Website is placed side by side with a version of the SSI Infringing Website containing infringing text, some of which has been highlighted, is attached hereto as Exhibit 16.  Furthermore, the SSI infringing Website recited a set of bullet points nearly identical to the AGI Website shown under the heading of "Topics Covered" in a substantially similar sequence to the AGI Website.

28. The SSI Infringing Website advertised a software training course for QuarkXPress 2 using descriptions that were copied from AGI's course description for QuarkXPress Level II.  A version of the AGI Website is placed side by side with a version of the SSI Infringing Website containing infringing text, some of which has been highlighted, is attached hereto as Exhibit 17.  Furthermore, the SSI infringing Website recited a set of bullet points nearly identical to the AGI Website shown under the heading of "Topics Covered" in a substantially similar sequence.

29. The SSI Infringing Website advertised a software training course for PageMaker 1 using descriptions that were copied from AGI's course description for PageMaker Level I.  A version of the AGI Website is placed side by side with a version of the SSI Infringing Website containing infringing text, some of which has been highlighted, is attached hereto as Exhibit 18.  Furthermore, the SSI infringing Website recited a set of bullet points nearly identical to the AGI Website shown under the heading of "Topics Covered" in a substantially similar sequence.

30. The SSI Infringing Website advertised a software training course for PageMaker 2 using descriptions that were copied from AGI's course description for PageMaker Level II.  A version of the AGI Website is placed side by side with a version of the SSI Infringing Website containing infringing text, some of which has been

highlighted, is attached hereto as Exhibit 19. Furthermore, the SSI infringing Website recited a set of bullet points nearly identical to the AGI Website shown under the heading of "Topics Covered" in a substantially similar sequence.

31. The SSI Infringing Website advertised a software training course for GoLive 1 using descriptions that were copied from AGI's course description for Adobe GoLive CS Level I. A version of the AGI Website is placed side by side with a version of the SSI Infringing Website containing infringing text, some of which has been highlighted, is attached hereto as Exhibit 20. Furthermore, the SSI infringing Website recited a set of bullet points nearly identical to the AGI Website shown under the heading of "Topics Covered" in a substantially similar sequence.

32. The SSI Infringing Website advertised a software training course for GoLive 2 using descriptions that were copied from AGI's course description for Adobe GoLive CS Level II. A version of the AGI Website is placed side by side with a version of the SSI Infringing Website containing infringing text, some of which has been highlighted, is attached hereto as Exhibit 21.

33. The SSI Infringing Website advertised a software training course for HTML 1 using descriptions that were copied from AGI's course description for HTML Level 1. A version of the AGI Website is placed side by side with a version of the SSI Infringing Website containing infringing text, some of which has been highlighted, is attached hereto as Exhibit 22. Furthermore, the SSI infringing Website recited a set of bullet points nearly identical to the AGI Website shown under the heading of "Topics Covered" in a substantially similar sequence.

34. The SSI Infringing Website advertised a software training course for HTML

10

2 using descriptions that were copied from AGI's course description for HTML Level II. A version of the AGI Website is placed side by side with a version of the SSI Infringing Website containing infringing text, some of which has been highlighted, is attached hereto as Exhibit 23. Furthermore, the SSI infringing Website recited a set of bullet points nearly identical to the AGI Website shown under the heading of "Topics Covered" in a substantially similar sequence.

35. The SSI Infringing Website advertised a software training course for HTML 3: CSS using descriptions that were copied from AGI's course description for HTML Level III. A version of the AGI Website is placed side by side with a version of the SSI Infringing Website containing infringing text, some of which has been highlighted, is attached hereto as Exhibit 24. Furthermore, the SSI infringing Website recited a set of bullet points identical to the AGI Website shown under the heading of "Topics Covered" in the same sequence as the AGI Website.

36. The SSI Infringing Website advertised a software training course for DreamWeaver MX 1 using descriptions that were copied from AGI's course description for Macromedia DreamWeaver I. A version of the AGI Website is placed side by side with a version of the SSI Infringing Website containing infringing text, some of which has been highlighted, is attached hereto as Exhibit 25. Furthermore, the SSI infringing Website recited a set of bullet points identical to the AGI Website shown under the heading of "Topics Covered" in the same sequence as the AGI Website.

37. The SSI Infringing Website advertised a software training course for DreamWeaver MX 2 using descriptions that were copied from AGI's course description for Macromedia DreamWeaver II. A version of the AGI Website is placed side by side

with a version of the SSI Infringing Website containing infringing text, some of which has been highlighted, is attached hereto as Exhibit 26. Furthermore, the SSI infringing Website recited a set of bullet points identical to the AGI Website shown under the heading of "Topics Covered" in the same sequence as the AGI Website.

38. The SSI Infringing Website advertised a software training course for Flash MX 1 using descriptions that were copied from AGI's course description for Macromedia Flash Level 1. A version of the AGI Website is placed side by side with a version of the SSI Infringing Website containing infringing text, some of which has been highlighted, is attached hereto as Exhibit 27.

39. The SSI Infringing Website advertised a software training course for Flash MX 2 using descriptions that were copied from AGI's course description for Flash Level II. A version of the AGI Website is placed side by side with a version of the SSI Infringing Website containing infringing text, some of which has been highlighted, is attached hereto as Exhibit 28. Furthermore, the SSI infringing Website recited a set of bullet points nearly identical to the AGI Website shown under the heading of "Topics Covered" in a substantially similar sequence.

40. The SSI Infringing Website advertised a software training course for Flash MX 3 using descriptions that were copied from AGI's course description for Flash Level III. A version of the AGI Website is placed side by side with a version of the SSI Infringing Website containing infringing text, some of which has been highlighted, is attached hereto as Exhibit 29. Furthermore, the SSI infringing Website recited a set of bullet points identical to the AGI Website shown under the heading of "Topics Covered" in the same sequence as the AGI Website.

41. The SSI Infringing Website advertised a software training course for JavaScript 1 using descriptions that were copied from AGI's course description for JavaScript I.  A version of the AGI Website is placed side by side with a version of the SSI Infringing Website containing infringing text, some of which has been highlighted, is attached hereto as Exhibit 30.

42. The SSI Infringing Website advertised a software training course for JavaScript 2 using descriptions that were copied from AGI's course description for JavaScript Level II.  A version of the AGI Website is placed side by side with a version of the SSI Infringing Website containing infringing text, some of which has been highlighted, is attached hereto as Exhibit 31.  Furthermore, the SSI infringing Website recited a set of bullet points identical to the AGI Website shown under the heading of "Topics Covered" in the same sequence as the AGI Website.

43. The SSI Infringing Website advertised a software training course for Premiere Level 1 using descriptions that were copied from AGI's course description for Adobe Premiere Level I.  A version of the AGI Website is placed side by side with a version of the SSI Infringing Website containing infringing text, some of which has been highlighted, is attached hereto as Exhibit 32.

44. The SSI Infringing Website advertised a software training course for Premiere Level II using descriptions that were copied from AGI's course description for Adobe Premiere Level II.  A version of the AGI Website is placed side by side with a version of the SSI Infringing Website containing infringing text, some of which has been highlighted, is attached hereto as Exhibit 33.

13

**Defendants Acquired Learning, Stipe, Edwards,
Novosat and their Infringing Activities**

45. Defendants Judeann Stipe and Clark Edwards are former employees of AGI. Defendant Dean Novosat is a former consultant to AGI. All of Defendants had business ties with AGI and were familiar with the copyrighted works.

46. To the best of my knowledge, in July 2004, Dean Novosat and Clark Edwards formed the Defendant Corporation, Acquired Learning. Acquired Learning is in direct competition with AGI. Like AGI, Acquired Learning is engaged in the business of providing consulting services and software training.

47. Acquired Learning has an interactive website, *www.acquiredlearning.com*¸ ("Acquired Infringing Website"), which is used to promote its consulting and software training services. The Acquired Infringing Website solicits prospective clients to register for Acquired Learning's software training courses online.

48. In 2004, Acquired Learning used the unauthorized copies of AGI's advertising materials to promote Acquired Learning's courses that are in direct competition with AGI.

49. Neither AGI nor anyone else ever granted any of the defendants any permission to use its copyrighted works in any way.

50. Without AGI's permission, the content from AGI's course advertising materials from the AGI Website appeared on the Acquired Infringing Website. The Acquired Infringing Website contained verbatim content, with at least eighteen pages containing proprietary content copied from AGI's advertising materials on the AGI Website.

51. The Acquired Infringing Website advertised a software training course for Adobe Acrobat Level 1 using descriptions that were copied from AGI's course description for Adobe Acrobat & PDF Level I.  The Acquired Infringing Website containing infringing verbatim content, some of which has been highlighted, is placed side by side with the AGI Website and attached hereto as Exhibit 34.

52. The Acquired Infringing Website advertised a software training course for Adobe Acrobat Level 2 using descriptions that were copied from AGI's course description for Adobe Acrobat & PDF Level II.  The Acquired Infringing Website containing infringing verbatim content, some of which has been highlighted, is placed side by side with the AGI Website and attached hereto as Exhibit 35.

53. The Acquired Infringing Website advertised a software training course for Adobe Photoshop CS Level 1 using descriptions that were copied from AGI's course description for Photoshop Level I.  The Acquired Infringing Website containing infringing verbatim content, some of which has been highlighted, is placed side by side with the AGI Website and attached hereto as Exhibit 36.

54. The Acquired Infringing Website advertised a software training course for Adobe Photoshop CS Level 2 using descriptions that were copied from AGI's course description for Photoshop Level II.  The Acquired Infringing Website containing infringing verbatim content, some of which has been highlighted, is placed side by side with the AGI Website and attached hereto as Exhibit 37.

55. The Acquired Infringing Website advertised a software training course for Adobe Illustrator CS Level 1 using descriptions that were copied from AGI's course description for Adobe Illustrator Level I.  The Acquired Infringing Website containing

infringing verbatim content, some of which has been highlighted, is placed side by side with the AGI Website and attached hereto as Exhibit 38.

56. The Acquired Infringing Website advertised a software training course for Adobe Illustrator CS Level 2 using descriptions that were copied from AGI's course description for Adobe Illustrator Level II.  The Acquired Infringing Website containing infringing verbatim content, some of which has been highlighted, is placed side by side with the AGI Website and attached hereto as Exhibit 39.

57. The Acquired Infringing Website advertised a software training course for Adobe InDesign CS Level 1 using descriptions that were copied from AGI's course description for Adobe InDesign Level I.  The Acquired Infringing Website containing infringing verbatim content, some of which has been highlighted, is placed side by side with the AGI Website and attached hereto as Exhibit 40.

58. The Acquired Infringing Website advertised a software training course for Adobe InDesign CS Level 2 using descriptions that were copied from AGI's course description for Adobe InDesign Level II.  The Acquired Infringing Website containing infringing verbatim content, some of which has been highlighted, is placed side by side with the AGI Website and attached hereto as Exhibit 41.

59. The Acquired Infringing Website advertised a software training course for QuarkXPress Level 1 using descriptions that were copied from AGI's course description for QuarkXPress Level I.  The Acquired Infringing Website containing infringing verbatim content, some of which has been highlighted, is placed side by side with the AGI Website and attached hereto as Exhibit 42.

60. The Acquired Infringing Website advertised a software training course for QuarkXPress Level 2 using descriptions that were copied from AGI's course description for QuarkXPress Level II. The Acquired Infringing Website containing infringing verbatim content, some of which has been highlighted, is placed side by side with the AGI Website and attached hereto as Exhibit 43.

61. The Acquired Infringing Website advertised a software training course for Adobe GoLive Level 1 using descriptions that were copied from AGI's course description for Adobe GoLive CS Level I. The Acquired Infringing Website containing infringing verbatim content, some of which has been highlighted, is placed side by side with the AGI Website and attached hereto as Exhibit 44.

62. The Acquired Infringing Website advertised a software training course for Adobe GoLive Level 2 using descriptions that were copied from AGI's course description for Adobe GoLive Level II. The Acquired Infringing Website containing infringing verbatim content, some of which has been highlighted, is placed side by side with the AGI Website and attached hereto as Exhibit 45.

63. The Acquired Infringing Website advertised a software training course for Macromedia Dreamweaver Level 1 using descriptions that were copied from AGI's course description for Macromedia DreamWeaver I. The Acquired Infringing Website containing infringing verbatim content, some of which has been highlighted, is placed side by side with the AGI Website and attached hereto as Exhibit 46.

64. The Acquired Infringing Website advertised a software training course for Macromedia Dreamweaver Level 2 using descriptions that were copied from AGI's course description for Macromedia DreamWeaver Level II. The Acquired Infringing

Website containing infringing verbatim content, some of which has been highlighted, is placed side by side with the AGI Website and attached hereto as Exhibit 47.

65. The Acquired Infringing Website advertised a software training course for Adobe Premiere Level 1 using descriptions that were copied from AGI's course description for Adobe Premiere Level I.  The Acquired Infringing Website containing infringing verbatim content, some of which has been highlighted, is placed side by side with the AGI Website and attached hereto as Exhibit 48.

66. The Acquired Infringing Website advertised a software training course for Adobe Premiere Level 2 using descriptions that were copied from AGI's course description for Adobe Premiere Level II.  The Acquired Infringing Website containing infringing verbatim content, some of which has been highlighted, is placed side by side with the AGI Website and attached hereto as Exhibit 49.

67. The Acquired Infringing Website advertised a software training course for Macromedia Flash Level 1 using descriptions that were copied from AGI's course description for Macromedia Flash Level I.  The Acquired Infringing Website containing infringing verbatim content, some of which has been highlighted, is placed side by side with the AGI Website and attached hereto as Exhibit 50.

68. The Acquired Infringing Website advertised a software training course for Macromedia Flash Level 2 using descriptions that were copied from AGI's course description for Flash Level 2.  The Acquired Infringing Website containing infringing verbatim content, some of which has been highlighted, is placed side by side with the AGI Website and attached hereto as Exhibit 51.

69. Although defendants allege that they have removed AGI's copyrighted works from their websites, they remain adamant that they had a right to use AGI's copyrighted works and maintain that infringement has not occurred.

70. This causes me to be concerned that the defendants will continue to assert that they had permission to use AGI's copyrighted works and may resume such use in the future.


  /s/ Christopher Smith
Christopher Smith


On this 18th day of July, 2005, before me, the undersigned notary public, personally appeared Christopher Smith, proved to me through satisfactory evidence of identification, which was his Massachusetts drivers license, to be the person whose name is signed on the preceding or attached document, and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of his knowledge and belief.


_____
Notary Public
My commission expires:

_____


561479

**EXHIBIT 1**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT ~~~~

TX 6-052-029

TXU

**EFFECTIVE DATE OF REGISTRATION**

NOV 03 2004

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

American Graphics Institute (AGI) Internet web site

**PREVIOUS OR ALTERNATIVE TITLES ▼**
n/a

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼
n/a

| If published in a periodical or serial give: | Volume ▼ | Number ▼ | Issue Date ▼ | On Pages ▼ |
|---|---|---|---|---|
| | n/a | n/a | n/a | n/a |

## 2

**a**

**NAME OF AUTHOR ▼**

American Graphics Institute, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous?    ☐ Yes ☒ No
Pseudonymous?    ☐ Yes ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Description of services and training provided by American Graphics Institute   *Claim is in text, compila-

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

n/a

tion and photos

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

n/a

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2003 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ January    Day ▶ 2    Year ▶ 2003    ◀ Nation

## 4

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

American Graphics Institute, Inc.
444 Washington Street, Suite 412
Woburn, MA 01801

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
NOV 03 2004
**ONE DEPOSIT RECEIVED**
NOV 03 2004
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of __ pages

"Amended by C.O. from phone call to
Christopher Smith on November 15, 2004.

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |
| CORRESPONDENCE ☐ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5** PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶          Year of Registration ▶

**6** DERIVATIVE WORK OR COMPILATION
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
a "Quotes and illustrations from other sources and some previously published text

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
b "New text, compilation and photos

**7** DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
a Name ▼          Account Number ▼

b CORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
American Graphics Institute, Inc.
444 Washington Street, Suite 412
Woburn, MA 01801

Area code and daytime telephone number ▶ 781-376-6044          Fax number ▶ 781-376-6047
Email ▶

**8** CERTIFICATION* I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Christopher Smith, President          Date ▶ 1 November 2004

Handwritten signature (X) ▼
X _____

**9** Certificate will be mailed in window envelope to this address:
Name ▼
American Graphics Institute, Inc. - Attn: Christopher Smith
Number/Street/Apt ▼
444 Washington Street, Suite 412
City/State/ZIP ▼
Woburn, MA 01801

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2003—xxx  Web Rev: July 2003  ⊕ Printed on recycled paper          U.S. Government Printing Office: 2000-461-115/90,021

**EXHIBIT 2**

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work

TX 6–062–024



/ X /          TXU
EFFECTIVE DATE OF REGISTRATION

12  10  04
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**1**

TITLE OF THIS WORK ▼
American Graphics Institute (AGI) Internet Website, Software Training Courses

PREVIOUS OR ALTERNATIVE TITLES ▼
n/a

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical serial or collection, give information about the collective work in which the contribution appeared    Title of Collective Work ▼
n/a

If published in a periodical or serial give  Volume ▼ n/a   Number ▼ n/a   Issue Date ▼ n/a   On Pages ▼ n/a

**2**

**a**

NAME OF AUTHOR ▼
American Graphics Institute, Inc

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire ?
☑ Yes
☐ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☑ No
Pseudonymous?    ☐ Yes ☑ No
If the answer to either of these questions is Yes  see detailed instructions

**NOTE**

Under the law the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Claim is in text, compilation and photos

**b**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is Yes  see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is Yes  see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**

**a**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given    Year in all cases
2002

**b**

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published
Month ▶ June   Day ▶ 5   Year ▶ 2002    ◀ Nation

**4**

See instructions before completing this space

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
American Graphics Institute  Inc
444 Washington Street  Suite 412
Woburn  MA 01801

APPLICATION RECEIVED
DEC 10 2004
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
DEC 10 2004

FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
n/a

---

MORE ON BACK ▶  Complete all applicable spaces (numbers 5 9) on the reverse side of this page
See detailed instructions    Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY ✓ | FORM TX |
| CHECKED BY | |
| ☐ CORRESPONDENCE<br>Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶          Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

n/a

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

n/a

**a**
**b**
**6**

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                    Account Number ▼

n/a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent    Name/Address/Apt/City/State/ZIP ▼

John DuPre Esquire
Hamilton, Brook, Smith & Reynolds P C
P O Box 9133
Concord Massachusetts 01742-9133

Area code and daytime telephone number ▶ (978) 341 0036          Fax number ▶ (978) 341-0136

Email ▶ John.DuPre@hbsr com

**a**
**b**
**7**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  American Graphics Institute

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Christopher Smith  President                    Date ▶ 8 December 2004

Handwritten signature (X) ▼

X _____ Chsttbs   ₤ ₤₣₯

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address | Name ▼  John DuPre Esquire<br>Hamilton, Brook, Smith & Reynolds P C |
| | Number/Street/Apt ▼  P O Box 9133 |
| | City/State/ZIP ▼  Concord Massachusetts 01742-9133 |

**YOU MUST:**
Complete all necessary spaces
Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue S.E.
Washington, D C. 20559-6000

**9**

17 U S C § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application, shall be fined not more than $2 500.

Rev June 2002—20,000 Web Rev June 2002  ♻ Printed on recycled paper          U.S Government Printing Office 2000-461 113/20 021

**EXHIBIT 3**



## Systems Solution, Inc.

Systems Solution, Inc. (SSI) is a dual platform (Mac & PC) computer technology company. SSI provides a wide range of service and product solutions to our clients through our four operating divisions -- Service, Sales, Education, and Rentals.

### ► TECHNOLOGY NEWS

**GoLive Book released for FREE in PDF**
Real World GoLive 6 authors released it for free download in pdf form *>READ*

**Apple to preview Mac OS X 10.3 in June**
Apple will be showing a significant update to Mac OS X at the World Wide Developers Conference. They... *>READ*

### ► FREE EVENTS & SEMINARS

**FREE Seminar: Final Cut Express, May 7th**
*>GO*










### ► SSI HIGHLIGHTS











Systems Solution, Inc. 376 Crooked Lane King of Prussia, 19406
Contact | Home | Sales | Service | Rentals | Education

**EXHIBIT 4**

## Systems Solution, Inc. SSI
### Ahead of the curve.

Home | Products | Service | Rentals
▶ ABOUT US  ▶ CAREER OPPORTUNITIES  ▶ CONTACT US  ▶ DIRECTIONS  ▶ SITE MAP

## Systems Solution, Inc.

Systems Solution, Inc. (SSI) is a dual platform (Mac & PC) computer technology company. SSI provides a wide range of service and product solutions to our clients through our four operating divisions -- Service, Sales, Education, and Rentals.

### ▶ TECHNOLOGY NEWS

#### Quark 6 Ships !!!!
At a briefing on the Apple campus today, Quark announced that QuarkXPress 6 for Mac OS X, the latest upgrade to the company's popular design and layout software, will ship next week. *>READ*

#### Adobe Software Updates Planned
Photoshop 8, Illustrator 11, and InDesign 3 may be released by the fourth quarter of this year. *>READ*

#### Acrobat 6 Announced
"The new Acrobat 6.0 family enables power users, workgroups, and business professionals across the extended enterprise to efficiently create, share, review, and archive files in the Adobe Portable Document Format (PDF), the de facto standard for reliable electronic document distribution. *>READ*

### ▶ FREE EVENTS & SEMINARS

#### PhaseOne H25 MidAtlantic Rollout
The H25 has arrived! (Thu 10/9/2003 , 1:30 to 4:00pm, 5:30 - 8:00pm )
*>READ and REGISTER*

### ▶ SSI HIGHLIGHTS



The new **POWER MAC G5** is here!

The world's first 64-bit personal computer.


**SSi direct** Information to keep you ahead of the curve.


**SSI CREATIVE RESOURCES**  ▶ PDF Library  ▶ Web Resources

**Consensus** The *fastest, easiest way* to approve documents online.

**SSI Printer Supplies**


🍎 Apple Specialist

   
   

Systems Solution, Inc., 376 Crooked Lane, King of Prussia, PA 19406 (610)272-4884, or Toll-Free (877)591-5141
Contact | Home | Products | Service | Rentals

**EXHIBIT 5**

**Google**

Web   Images   Groups   News   Froogle   Local^New!   more »

| course "good for both designers and productio | Search | Advanced Search |
| | | Preferences |

**Web**    Results **1** - **3** of about **4** for **course** **"good for both** designers **and production personnel"**. (**0.26** seconds)

Tip: Try removing quotes from your search to get more results.

Sponsored Links

### AGI Page Layout Training
**...** This **course** will focus on making you productive and knowledgeable in this popular layout program. **Good for both designers and production personnel**. ...
www.agitraining.com/pages/pagelayout.html - 33k - Cached - Similar pages

**Production designers**
Launch Your Film Career
Small Classes, New Facilities
www.lafilm.com

### [PDF] 2004 **COURSE** CATALOG
File Format: PDF/Adobe Acrobat - View as HTML
**...** 2004 **COURSE** CATALOG Photoshop **...** Custom Training Solutions AGI can work with you to customize **course** content to the specific needs of your organization. ...
www.agitraining.com/pages/AGI_2004_catalog.pdf - Similar pages
[ More results from www.agitraining.com ]

### Class Details
**...** This **course** willl focus on making you productive and knowldegeable in this popular layout program. **Good for both designers and production personnel**. ...
www.ssi-net.com/education/Class_Details.cfm?C_ID=12 - 12k - Supplemental Result - Cached - Similar pages

*In order to show you the most relevant results, we have omitted some entries very similar to the 3 already displayed.*
*If you like, you can repeat the search with the omitted results included.*

🌀 Free! Google Desktop Search: Search your own computer.

| course "good for both designers and | Search |

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve

Google Home - Advertising Programs - Business Solutions - About Google

©2005 Google

**EXHIBIT 6**

## Plaintiff – AGI



AGI Adobe Acrobat and PDF Training

**AGI** — Software Training for Internet, Print and ePaper Publishing.

| Company Info | Corporate Training | Individual Training | Seminars & Conferences |

Course List — Acrobat & PDF

- Adobe Acrobat & PDF Level II
- Acrobat and Accessibility: PDF and Section 508
- Adobe Acrobat Capture
- Adobe Acrobat Forms
- PDF Workflow for Prepress

### Adobe Acrobat & PDF Level I

In this two day course you will learn how to convert your existing publications into Adobe Portable Document Format (PDF). Learn how to incorporate graphics, text, notes. QuickTime movies and links to the World Wide Web. Acrobat's cross-platform capabilities allow you to distribute your publications economically without sacrificing the original design. This course is for those designing documents that will need to be viewed by many people using different platforms. This class is instructed by an Adobe Certified Expert in Acrobat and has been updated for version 6 Professional.

American Graphics Instructor Christopher Smith authored Teach Yourself Acrobat 5 in 24 Hours. He has developed the curriculum presented in these classes and also teaches in our Boston area location.

**Topics Covered**

- Creating PDF Files
- Comments & Annotations
- Forms
- Security & Passwords
- Thumbnails
- Buttons
- Bookmarks
- Links
- Basic File Editing

**Daytime Courses 9:30am-4:30pm**

Philadelphia Dates: Nov 15-16 • Jan 25-26 • Mar 22-23 • May 24-25 • July 19-20

Boston Dates:
Nov 17-18 • Jan 25-26 • Mar 22-23 • May 24-25 • July 19-20

New York City Dates: Jan 25-26 • Mar 22-23 • May 24-25 • July 19-20

Atlanta, Chicago, Washington DC Dates
Nov 29-30 • Dec 28-29

Los Angeles Dates
July 26-27 • Aug 30-31 • Sept 27-28 • Oct 25-26 • Nov 29-30

Course Rate $695.00
Register on-line

by calling 800-851-9237

Adobe Acrobat & PDF Level II

## Defendant – SSI

**Systems Solution, Inc. SSI** – Ahead of the Curve

Home  Products  Service  Rentals  Education
CLASS CALENDAR  CUSTOM TRAINING  FAQ'S  TRAINING

### CLASS CALENDAR

**Workflow Management and Digital Prepress**

**Acrobat & PDF 1**

**Course Description**
In this two day course you will learn how to convert your existing publications into Adobe Portable Document Format (PDF). Learn how to incorporate graphics, text, notes. QuickTime movies and links to the World Wide Web. Acrobat's cross-platform capabilities allow you to distribute your publications economically without sacrificing the original design. This course is for those designing documents that will need to be viewed by many people using different platforms. Training provided by our **authorized education partner Acquired Learning.**

**Topics Covered**

- Creating PDF Files
- Comments & Annotations
- Forms
- Security & Passwords
- Thumbnails
- Buttons
- Bookmarks
- Links
- Basic File Editing

**Days**
2

**Intended Audience and Prerequisites**
Participants should have a good working knowledge of the Macintosh or Windows desktop environment, and want to begin using Acrobat to generate PDF files.

**Tuition**
$ 695

**Enrollment**
Limited enrollment for each class (8-12 max), guaranteed 1 student per machine.

**Cancellation/Rescheduling Policy**
You may reschedule an open-enrollment class without charge as long as the request to reschedule is received at least TEN (10) BUSINESS DAYS prior to the class date. If you reschedule within TEN (10) BUSINESS DAYS of the class date, you will be subject to a $150.00 rescheduling fee. You may cancel an open-enrollment class and receive a refund (less a $150 administrative fee) as long as your request to cancel is received FIFTEEN (15) OR MORE BUSINESS DAYS prior to the class date. Cancellations received within FIFTEEN (15) BUSINESS DAYS of the class date are not refundable. Substitutions are permitted at any time.

Apple assumes no responsibility with regard to the selection, performance, or use of the products or services. All understandings, agreements, or warranties, if any, take place directly between the vendors and prospective users. For more information, see http://www.apple.com/exports/

Reserve Your Seat Today (All fields are required.)

**EXHIBIT 7**

## Plaintiff – AGI

AGI Adobe Acrobat and PDF Training

In this two day course you will learn more advanced features of Adobe Acrobat and Adobe Acrobat Distiller. Learn more advanced editing tools, including with large volumes of files, multimedia, JavaScript examples and customized PDF creation options. This class is instructed by an Adobe Certified Expert in Acrobat and has been updated for version 6 Professional.

American Graphics Instructor Christopher Smith authored Teach Yourself Acrobat 5 in 24 Hours. He developed the curriculum presented in this classes and also teaches in our Boston location. Back to top

**Topics Covered**
- Generating PDF Files
- Incorporating Text & Graphics
- Incorporating QuickTime Movies
- Setting up Security (Passwords)
- Creating Indexes & Contents Tables
- Resolution
- Bookmarks and Links
- Generating Postscript
- Common File Problems

**Daytime Courses 9:30am-4:30pm**

**Philadelphia, Boston, New York City Dates**
Sept 29-30 • Oct 27-28 • Nov 29-30 • Jan 27-28 • Mar 24-25 • May 26-27 • July 21-22

**Atlanta Dates**
Sept 29-30 • Oct 27-28 • Dec 1-2

**Chicago Dates**
Sept 29-30 • Oct 27-28 • Dec 1-2

**Los Angeles Dates**
Sept 29-30 • Oct 27-28 • Dec 1-2

**Washington DC Dates**
Sept 29-30 • Oct 27-28 • Dec 1-2

**Course Rate $695.00**
Register on-line

or by calling 800-851-9237

**Adobe Acrobat Forms**

In this two-day class you'll discover how to expand your use of PDF to include interactive PDF forms for collecting and capturing data while maintaining the look and feel of original paper documents. This session explores the tools available within Acrobat for establishing form fields, radio buttons, and menus. Additionally, you'll discover methods for creating effective form design and tips for more easily handling large form design projects involving repetitive fields, and how to establish validation and submission options for PDF forms.

**Topics Include**
- PDF vs. HTML Forms
- Creating Buttons
- Using Radio Buttons

## Defendant – SSI

**Systems Solution, Inc. SSi**
Ahead of the Curve

Home   Products   Service   Results   Education
PARTNERS • CAREER OPPORTUNITIES • CONTACT US • DIRECTIONS • SITE MAP
CLASS CALENDAR • CUSTOM TRAINING • APPLE TRAINING

System Solution Inc. :: About of the Curve

### CLASS CALENDAR

Workflow Management and Digital Prepress

**Acrobat & PDF 2**

**Course Description**

In this two day course you will learn more advanced features of Adobe Acrobat and Adobe Acrobat Distiller. Learn more advanced editing tools, including 3rd-party plug-ins, real-time comment sharing, automating repetitive tasks, working with large volumes of files, multimedia, JavaScript examples and customized PDF creation options. Training provided by our authorized education partner Acquired Learning.

**Topics Covered**
- Generating PDF Files
- Incorporating Text & Graphics
- Incorporating QuickTime Movies
- Setting up Security (Passwords)
- Creating Indexes & Contents Tables
- Resolution
- Bookmarks and Links
- Generating Postscript
- Common File Problems

**Days**
2

**Intended Audience and Prerequisites**

**Tuition**
$695

**Enrollment**
Limited enrollment for each class (8-12 max), guaranteed 1 student per machine.

**Cancellation/Rescheduling Policy**
You may reschedule an open-enrollment class without charge as long as the request to reschedule is received at least TEN (10) BUSINESS DAYS prior to the class date. If you reschedule within TEN (10) BUSINESS DAYS of the class date, you will be subject to a $150.00 rescheduling fee. You may cancel an open-enrollment class and receive a refund (less a $150 administrative fee) as long as your request to cancel is received FIFTEEN (15) OR MORE BUSINESS DAYS prior to the class date. Cancellations received within FIFTEEN (15) BUSINESS DAYS of the class date are not refundable. Substitutions are permitted at any time.

Apple assumes no responsibility with regard to the selection, performance, or use of the products or services. All understandings, agreements, or warranties, if any, take place directly between the vendors and prospective users. For more information, see http://www.apple.com/appleseminars

**Reserve Your Seat Today (All fields are required).**
Please contact me with more information.

Class

Name

**EXHIBIT 8**



**EXHIBIT 9**

## Plaintiff – AGI



AGI Photoshop Training

Use Advanced Correction tools in Level II.

### Photoshop Level II

Builds on the Level I core information to produce complex selections and paths. Discover creative uses for filters and learn how to take advantage of adjustment layers. Automation features will be covered as well as creating buttons to speed up production tasks. Updated for version CS. Requires knowledge of all topics in Photoshop level I. Back to Top.

**Topics Covered**

- Advanced Selections
- Using Spot Colors
- Layers/Layer Masks
- Creating Custom Brushes
- Painting Tonal Corrections
- Alpha Channel Tips & Tricks
- Creative Use of Filters
- Defining & Using Gradients
- Automation Tools
- Creating Presets
- Adjustment Layers
- Creating & Saving Actions
- Advanced use of Tools
- Replacing & Changing Colors
- Defining and Using Patterns

**Daytime Courses 9:30am–4:30pm**

**Boston and New York City Dates**
July 8-9 • Aug. 11-12 • Sept. 15-16 • Oct 6-7 • Dec 9-10 • Jan 6-7 • Feb 3-4 • Mar 3-4
Apr 7-8 • May 5-6 • June 9-10 • July 7-8

**Philadelphia Dates**
July 8-9 • Aug. 11-12 • Sept. 15-16 • Oct 6-7 • Dec 9-10 • Jan 10-11 • Mar 3-4 • May 5-6 • July 7-8

**Atlanta, Chicago, Los Angeles and Washington DC Dates**

Aug. 11-12 • Sept. 15-16 • Oct 6-7 • Dec 9-10

**Course Rate $695.00**

*Take Photoshop Level I & II for $1195.00*
*Take Photoshop Level I, II & III for $1695.00*

**Register on-line**
or by calling 800-861-9237



Take Photoshop to the Max in Level III

---

## Defendant – SSI

**Systems Solution, Inc.** SSi
*Ahead of the Curve*

ABOUT US • CAREER OPPORTUNITIES • CONTACT US • Products • Education
News • Products • Services • Solutions • CLASS CALENDAR • CUSTOM TRAINING • APPLE TRAINING

### CLASS CALENDAR

Design and Layout

**Photoshop 2**

**Course Description**

Build on the Level I core information to produce complex selections and paths. Discover creative uses for filters and learn how to take advantage of adjustment layers. Automation features will be covered as well as creating buttons to speed up production tasks. Requires knowledge of all topics in Photoshop Level I. **Training provided by our authorized education partner Acquired Learning.**

**Topics Covered**

- Advanced Selections
- Using Spot Colors
- Layers/Layer Masks
- Creating Custom Brushes
- Painting Tonal Corrections
- Alpha Channel Tips & Tricks
- Creative Use of Filters
- Defining & Using Gradients
- Automation Tools
- Creating Presets
- Adjustment Layers
- Creating & Saving Actions
- Advanced use of Tools
- Replacing & Changing Colors
- Defining and Using Patterns

**Days**

2

**Intended Audience and Prerequisites**

The class is designed for those who know PhotoShop already but want to utilize the more advanced techniques. Participants in all classes should have some familiarity with the Macintosh desktop or Windows environment. Participants should have taken Intro to Photoshop or have extensive experience with PhotoShop.

**Tuition**

$ 695

**Enrollment**

Limited enrollment for each class (8-12 max), guaranteed 1 student per machine.

**Cancellation/Rescheduling Policy**

You may reschedule an open-enrollment class without charge as long as the request to reschedule is received at least TEN (10) BUSINESS DAYS prior to the class date. If you reschedule within TEN (10) BUSINESS DAYS of the class date, you will be subject to a $150.00 rescheduling fee. You may cancel an open-enrollment class and receive a refund (less a $150 administrative fee) as long as your request to cancel is received FIFTEEN (15) OR MORE BUSINESS DAYS prior to the class date. Cancellations received within FIFTEEN (15) BUSINESS DAYS of the class date are not refundable. Substitutions are permitted at any time.

Apple assumes no responsibility with regard to the selection, performance, or use of the products or services. All understandings, agreements, or warranties, if any, take place directly between the vendors and prospective users. For more information, see http://www.apple.com/apple/

---

562617_1.DOC

**EXHIBIT 10**

## Defendant – SSI

Home  Products  Service  Rentals  Education
CLASS CALENDAR  DIRECTIONS  APPLE TRAINING
REGISTER  CAREER OPPORTUNITIES  CONTACT US  SITE MAP

**Systems Solution, Inc. SSi**
*Ahead of the Curve*

Systems Solution, Inc. – Ahead of the Curve

### CLASS CALENDAR

Design and Layout

**Photoshop 3**

**Course Description**

Take this to know everything about Photoshop! This two day power user class is for advanced users only. In this course you will learn how to create complex composites with text and layer effects. Seamless integration of effects and colors for realistic images will be covered, as well as many advanced tips that even experienced users will find worthwhile.

**Topics Covered**

- Layers/Layer Masks
- Clipping Groups
- Vector Masks
- Advance Brush Dynamics
- Integrating Custom Shapes
- Text and Warping
- Filters and Layers
- Vector Tools
- Automation Tools
- Creating Presets
- Adjustment Layers Integration
- Blending Modes & Layers
- Advanced use of Layer Effects
- Realistic Composites
- Integration w/Illustrator

**Days**

2

**Tuition**

$ 695

**Enrollment**

Limited enrollment for each class (8-12 max), guaranteed 1 student per machine.

**Cancellation/Rescheduling Policy**

You may reschedule an open-enrollment class without charge as long as the request to reschedule is received at least TEN (10) BUSINESS DAYS prior to the class date. If you reschedule within TEN (10) BUSINESS DAYS of the class date, you will be subject to a $150.00 rescheduling fee. You may cancel an open-enrollment class and receive a refund (less a $150 administrative fee) as long as your request to cancel is received FIFTEEN (15) OR MORE BUSINESS DAYS prior to the class date. Cancellations received within FIFTEEN (15) BUSINESS DAYS of the class date are not refundable. Substitutions are permitted at any time.

Apple assumes no responsibility with regard to the selection, performance, or use of the products or services. All understandings, agreements, or warranties, if any, take place directly between the vendors and prospective users. For more information, see http://www.apple.com/applefit/

Reserve Your Seat Today (All fields are required.)

---

## Plaintiff – AGI

AGI Photoshop Training

Build on the Level I core information to produce complex selections and paths. Discover creative uses for filters and learn how to take advantage of adjustment layers. Automation features will be covered as well as creating buttons to speed up production tasks. Updated for version CS. Requires knowledge of all topics in Photoshop level I. Back to Top.

**Topics Covered**

- Advanced Selections
- Using Spot Colors
- Layers/Layer Masks
- Creating Custom Brushes
- Painting Tonal Corrections
- Alpha Channel Tips & Tricks
- Creative Use of Filters
- Defining & Using Gradients
- Automation Tools
- Creating Presets
- Adjustment Layers
- Creating & Saving Actions
- Advanced use of Tools
- Replacing & Changing Colors
- Defining and Using Patterns

**Daytime Courses 9:30am-4:30pm**

**Boston and New York City Dates**
July 8-9 • Aug. 11-12 • Sept 15-16 • Oct 6-7 • Dec 9-10 • Jan 6-7 • Feb 3-4 • Mar 3-4
Apr 7-8 • May 5-6 • June 9-10 • July 7-8

**Philadelphia Dates**
July 8-9 • Aug. 11-12 • Sept. 15-16 • Oct 6-7 • Dec 9-10 • Jan 10-11 • Mar 3-4 • May 5-6 • July 7-8

Atlanta, Chicago, Los Angeles and Washington DC Dates

Aug. 11-12 • Sept. 15-16 • Oct 6-7 • Dec 9-10

**Course Rate $895.00**

**Take Photoshop Level I & II for $1195.00**
**Take Photoshop Level I, II & III for $1595.00**

**Register on-line**
**or by calling 800-851-9237**

**Photoshop Level III**

Think that you know everything about Photoshop? This two day power user class is for advanced users only. In this course you will learn how to create complex composites with text and layer effects. Seamless integration of effects and colors for realistic images is covered, as well as many advanced tips that even experienced users will find worthwhile. Back to Top.

**Topics Covered**

- Layers/Layer Masks
- Clipping Groups
- Vector Masks
- Text and Warping
- Filters and Layers
- Vector Tools
- Adjustment Layers Integration
- Blending Modes & Layers
- Advanced use of Layer Effects







Use Advanced Correction tools in Level II.

Take Photoshop to the Max in Level III

562617_1.DOC

## Plaintiff – AGI



AGI Photoshop Training

Create interactive images that work in Web Graphics!

- Advance Brush Dynamics
- Automation Tools
- Realistic Composites
- Integrating Custom Shapes
- Creating Presets
- Integration w/Illustrator

**Daytime Courses 9:30am-4:30pm**

Philadelphia, Boston and New York City Dates

July 12-13 • Sept 20-21 • Dec 14-15 • Jan 10-11 • Feb 7-8 • Mar 7-8 • Apr 11-12 • May 9-10 • June 13-14 • July 11-12

**Course Rate $695.00**

**Take *Photoshop Level I & II* for $1195.00**
**Take *Photoshop Level I, II & III* for $1695.00**

Register on-line
or by calling 800-851-9237

### Web Graphics

This class is for designers who want graphics to create web pages with impact. In this two day class we will cover the steps to creating web graphics using a variety of related products Adobe Photoshop and ImageReady. Learn about file formats, color tables, animations and the creation of interesting special effects such as rollovers and tweening. Updated for Photoshop 7 and ImageReady 7. Back to top.

**Topics Covered**

| | |
|---|---|
| • Animation and Graphics for the Web | • Fundamentals of Web File Formats |
| | • Slicing Images |
| • Adobe ImageReady | • Maintaining Quality |
| | • Adding JavaScript |
| • Backgrounds | • Tips for working with a limited color space |
| | • Creating Transparency |
| • Creating Patterns | • Design Tips/Tricks |
| | • Matching Hexadecimal Colors to print colors |

**Daytime Courses 9:30am-4:30pm**

Boston Dates: Jan 3-4

**Course Rate $695.00**
**Take *Photoshop Level I & Web Graphics* for $1195.00**
Register by calling 800-851-9237

## Defendant – SSI



**Systems Solution, Inc. SSI**

Systems Solution Inc - Ahead of the Curve



HOME · PRODUCTS · SERVICE · RENTALS · EDUCATION
ABOUT US · CLIENTS APPRECIATION · CONTACT US · LOCATIONS · PROMOTIONS
CLASS CALENDAR · CUSTOM TRAINING · RAPID TRAINING

### CLASS CALENDAR

Design and Layout

**Photoshop 3**

**Course Description**

Think that you know everything about Photoshop? This two day power user class is for advanced users only. In this course you will learn how to create complex composites with text and layer effects. Seamless integration of effects and colors for realistic images is covered, as well as many advanced tips that even experienced users will find worthwhile.

**Topics Covered**

- Layers/Layer Masks
- Clipping Groups
- Vector Masks
- Advance Brush Dynamics
- Integrating Custom Shapes
- Text and Warping
- Filters and Layers
- Vector Tools
- Automation Tools
- Creating Presets
- Adjustment Layers Integration
- Blending Modes & Layers
- Advanced use of Layer Effects
- Realistic Composites
- Integration w/Illustrator

**Days**

2

**Intended Audience and Prerequisites**

**Tuition**

$ 695

**Enrollment**

Limited enrollment for each class (8-12 max), guaranteed 1 student per machine.

**Cancellation/Rescheduling Policy**

You may reschedule an open-enrollment class without charge as long as the request to reschedule is received at least TEN (10) BUSINESS DAYS prior to the class date. If you reschedule within TEN (10) BUSINESS DAYS of the class date, you will be subject to a $150.00 rescheduling fee. You may cancel an open-enrollment class and receive a refund (less a $150 administrative fee) as long as your request to cancel is received FIFTEEN (15) OR MORE BUSINESS DAYS prior to the class date. Cancellations received within FIFTEEN (15) BUSINESS DAYS of the class date are not refundable. Substitutions are permitted at any time.

Apple assumes no responsibility with regard to the selection, performance, or use of the products or services. All understandings, agreements, or warranties, if any, take place directly between the vendors and prospective users. For more information, see http://www.apple.com/expert/

Reserve Your Seat Today (All fields are required.)

**EXHIBIT 11**



**Plaintiff – AGI**

AGI PhotoShop Training

Create interactive images that work in Web Graphics!

- Advance Brush Dynamics
- Integrating Custom Shapes
- Automation Tools
- Creating Presets
- Rasside Composites
- Integration w/Illustrator

**Daytime Courses 9:30am-4:30pm**

Philadelphia, Boston and New York City Dates
July 12-13 · Sept 20-21 · Dec 14-15 · Jan 10-11 · Feb 7-8 · Mar 7-8 · Apr 11-12 · May 9-10 · June 13-14 · July 11-12

**Course Rate $695.00**

*Take Photoshop Level I & II for $1195.00*
*Take Photoshop Level I, II & III for $1695.00*

**Register on-line**
or by calling 800-851-9237

**Web Graphics: Photoshop and ImageReady for the Web**

This class is for designers who want graphics to create web pages with impact. In this two day class we will cover the steps to creating web graphics using a variety of related products Adobe Photoshop and ImageReady. Learn about file formats, color tables, animations and the creation of interesting special effects such as rollovers and tweening. Instructed by an Adobe Certified Expert and Adobe Certified Instructor for Photoshop Class includes new features of Photoshop CS. Class size limited to 6 students.

Back to Top.

**Topics Covered**

- Animation and Graphics for the Web
- Adobe ImageReady
- Backgrounds
- Creating Patterns
- Fundamentals of Web File Formats
- Maintaining Quality
- Tips for working with a limited color space
- Design Tips/Tricks
- Slicing Images
- Adding JavaScript
- Creating Transparency
- Matching Hexadecimal Colors to print colors

**Daytime Courses 9:30am-4:30pm**

Boston Dates: Jan 3-4

**Course Rate $695.00**
*Take Photoshop Level I & Web Graphics for $1195.00*
**Register by calling 800-851-9237**

---

**Defendant – SSI**

Systems Solutions Inc. – Ahead of the Curve

**Systems Solution, Inc. SSi**

CLASS CALENDAR

Web Video Multimedia

**Web Graphics**

**Course Description**

This class is for designers who want to create web images that not only look good, but are optimized for the web. In this two-day class we will cover the steps to create web graphics using Adobe Photoshop, and ImageReady. Learn about compression, file formats, color tables, animations and the creation of special effects, such as rollovers.

**Topics Covered**

- File Formats
- Building Color Tables
- Java Script
- Transparency
- Animations
- Slicing
- Actions
- Web Color
- Backgrounds and Patterns
- Special Effects
- Maximizing Efficiency

**Days**
2

**Intended Audience and Prerequisites**

This class is designed for those who are familiar with graphics programs and want to create dynamic web sites. Participants in all classes should have some familiarity with the Macintosh or windows desktop environment.

**Tuition**
$ 895

**Enrollment**

Limited enrollment for each class (6-12 max), guaranteed 1 student per machine.

**Cancellation/Rescheduling Policy**

You may reschedule an open-enrollment class without charge as long as your request to reschedule is received at least TEN (10) BUSINESS DAYS prior to the class date. If you reschedule within TEN (10) BUSINESS DAYS of the class date, you will be subject to a $150.00 rescheduling fee. You may cancel an open-enrollment class and receive a refund (less a $150 administrative fee) as long as your request to cancel is received FIFTEEN (15) OR MORE BUSINESS DAYS prior to the class date. Cancellations received within FIFTEEN (15) BUSINESS DAYS of the class date are not refundable. Substitutions are permitted at any time.

Apple assumes no responsibility with regard to the selection, performance, or use of the products or services. All understandings, agreements, or warranties, if any, take place directly between the vendors and prospective users. For more information, see http://www.apple.com/experts/

**Reserve Your Seat Today (All fields are required.)**

562617_1.DOC

**EXHIBIT 12**



**Plaintiff – AGI**

AGI Adobe Illustrator Training

**AGI**
Software Training for Internet,
Print and ePaper Publishing.

| Company Info | Corporate Training | Individual Training | Seminars & Conferences |

Course List

Illustration

**Adobe Illustrator Level I**

Updated for Illustrator CS. In this two day course you will learn what you need to create high quality PostScript line art as well as special effects for logos, graphs and charts. Learn how to utilize the pen tool and control paths around objects. Use clip art to create customized images you can color, trap and export. Back to the top of illustration courses.

Topics Covered
• Using Tools and Palettes
• Setting Text, Text Effects
• Using the Pen Tool
• Compounds and Masks
• Defining Colors
• Creating Gradients and Blends
• Exporting Files
• Using Art and Scatter Brushes
• Common File Problems

**Daytime Courses 9:30am-4:30pm**

**Philadelphia Dates**
Nov 15-16 • Dec 14-15 • Feb 15-16 • Apr 12-13
June 14-15 • Aug 8-9

**Boston Dates**
Nov 15-16 • Dec 14-15 • Feb 15-16 • Apr 12-13 • June 14-15 • Aug 8-9

**New York City Dates**
Nov 15-16 • Dec 14-15 • Feb 15-16 • Apr 12-13 • June 14-15 • Aug 8-9

**Atlanta Dates**
July 19-20 • Aug 23-24 • Oct 18-19 • Nov 15-16 • Dec 16-17

---

**Defendant – SSI**

Systems Solution Inc - Ahead of the Curve

**Systems Solution, Inc. SSi**

Home • Products • Service • Rentals • Education

• CLASS CALENDAR • CUSTOM TRAINING • EMAIL

**CLASS CALENDAR**

Design and Layout

**Illustrator 1**

**Course Description**
In this two-day course you will learn what you need to create high-quality PostScript line art as well as special effects for logos, graphs and charts. Learn how to utilize the pen tool and control paths around objects. Use clip art to create customized images you can color, trap and export. Training provided by our authorized education partner **Acquired Learning.**

Topics Covered
• Using tools and palettes
• Setting Text, Text Effects
• Using the Pen Tool
• Compounds and Masks
• Defining Colors
• Exporting Files
• Using Art and Scatter Brushes
• Creating Gradients and Blends

**Days**
2

**Intended Audience and Prerequisites**
This class is intended for those who are new to Illustrator or want to learn how to get the most out of Illustrator. Participants in all classes should have some familiarity with the Macintosh or Windows environment. Experience with graphic design programs is a plus but not required.

**Tuition**
$ 695

**Enrollment**
Limited enrollment for each class (8-12 max), guaranteed 1 student per machine.

**Cancellation/Rescheduling Policy**
You may reschedule an open-enrollment class without charge as long as the request to reschedule is received at least TEN (10) BUSINESS DAYS prior to the class date. If you reschedule within TEN (10) BUSINESS DAYS of the class date, you will be subject to a $150.00 rescheduling fee. You may cancel an open-enrollment class and receive a refund (less a $150 administrative fee) as long as your request to cancel is received FIFTEEN (15) OR MORE BUSINESS DAYS prior to the class date. Cancellations received within FIFTEEN (15) BUSINESS DAYS of the class date are non-refundable. Substitutions are permitted at any time.

Apple assumes no responsibility with regard to the selection, performance, or use of the products or services. All understandings, agreements, or warranties, if any, take place directly between the vendors and prospective users. For more information, see http://www.apple.com/appcerts/

**Reserve Your Seat Today! (All fields are required.)**
Class    ● Please contact me with more information.

**EXHIBIT 13**

## Plaintiff – AGI

AGI Adobe Illustrator Training

**Chicago Dates**
July 19-20 • Aug 23-24 • Oct 18-19 • Nov 15-16 • Dec 15-17

**Los Angeles Dates**
July 19-20 • Aug 23-24 • Oct 18-19 • Nov 15-16 • Dec 15-17

**Washington DC Dates**
July 19-20 • Aug 23-24 • Oct 18-19 • Nov 15-16 • Dec 15-17

**Course Rate $695.00**

**Take both Illustrator Level 1 and Level 2 for $1195.00**
Register **on-line**

or by calling 800-851-9237

### Adobe Illustrator Level II

Updated for Illustrator CS. Discover the many capabilities available to you in Illustrator. In this two day course the students will work with dissecting live files to discover the techniques used to build complex documents as well as using the same techniques to create their own images. Course also covers troubleshooting for production personnel, as well as techniques for interesting design effects. Discover how to take advantage of new Effects including the 3D and scribble effects, as well as how to map artwork and photos to Illustrator 3D artwork. Back to the top of the Illustration Courses.

#### Topics Covered

- Trapping
- Filters
- Exiting PDF's
- Exporting URLs
- Layers
- Using Appearance
- Color Separations

- Graphic File Formats
- Compounds
- Patterns
- Advanced Selections
- Pathfinder Options
- Using Effects
- Blends

- Trapping
- Importing Photos
- Masking
- Gradient Mesh Tool
- Scatter and Art Brushes
- Mapping artwork to 3D
- Common File Problems

**Daytime Courses 9:30am-4:30pm**

**Philadelphia, Boston and New York City Dates**
Nov 17-18 • Dec 15-17 • Jan 20-21 • Mar 17-18 • May 19-20 • July 14-15

**Atlanta Dates**
Aug 25-26 • Oct 20-21 • Dec 20-21

**Chicago Dates**
Aug 25-26 • Oct 20-21 • Dec 20-21

---

## Defendant – SSI



Systems Solution Inc. – Ahead of the Curve

**Systems Solution, Inc. SSI**

### CLASS CALENDAR

Design and Layout

**Illustrator 2**

**Course Description**

Discover the many capabilities available to you in Illustrator. This two-day course covers troubleshooting for production personnel, as well as advanced techniques for interesting design effects. Training provided by our authorized education partner **Acquired Learning.**

**Topics Covered**

- Trapping
- Blends
- Patterns
- Layers
- Gradient Mesh Tool
- Filters
- Importing Photos
- Masking

- Advanced Selection
- Scatter and Art Brushes
- Compounds
- Editing PDFs
- Exporting URLs
- Pathfinder Options
- Templates

**Days**

2

**Intended Audience and Prerequisites**

The class is designed for those who know Illustrator already but want to utilize the advanced techniques and features. Participants in all classes should have some familiarity with the Macintosh desktop or Windows environment. Participants should have taken Intro to Illustrator or have extensive experience with Illustrator.

**Tuition**

$ 695

**Enrollment**

Limited enrollment for each class (8-12 max), guaranteed 1 student per machine.

**Cancellation/Rescheduling Policy**

You may reschedule an open-enrollment class without charge as long as the request to reschedule is received at least TEN (10) BUSINESS DAYS prior to the class date. If you reschedule within TEN (10) BUSINESS DAYS of the class date, you will be subject to a $150.00 rescheduling fee. You may cancel an open-enrollment class and receive a refund (less a $150 administrative fee) as long as your request to cancel is received FIFTEEN (15) OR MORE BUSINESS DAYS prior to the class date. Cancellations received within FIFTEEN (15) BUSINESS DAYS of the class date are not refundable. Substitutions are permitted at any time.

Apple assumes no responsibility with regard to the selection, performance, or use of the products or services. All understandings, agreements, or warranties, if any, take place directly between the vendors and prospective users. For more information, see http://www.apple.com/support/

---

562617_1.DOC

**EXHIBIT 14**



**Plaintiff – AGI**

AGI Page Layout Training

## Software Training for Internet, Print and ePaper Publishing.

Course List | Page Layout

Company Info | Corporate Training | Individual Training | Seminars & Conferences

InDesign I
InDesign II
InCopy
QuarkXPress I
QuarkXPress II
PageMaker I
PageMaker II

### Adobe InDesign Level I

This two day course will get you up and running in just two days. Learn how this new page layout application provides refined controls for type and unprecedented control over graphics. This class is fully updated for version cs and is instructed by an Adobe Certified Expert and Adobe Certified Instructor for InDesign. Back to top.

**Topics Covered**

• Creating Documents
• Typesetting Controls
• Master Pages
• Working with Colors
• Tools and Palettes
• Printing Controls
• Tips
• Preparing Files for Press
• Importing Text and Graphics

**Daytime Courses 9:30am-4:30pm**

**Philadelphia Dates**
Nov 22-23 • Jan 10-11
Mar 7-8 • May 9-10 • July 25-26

**Boston Dates**
Nov 22-23 (This class is Full)*
*New overflow class scheduled for Dec. 1-2
Jan 10-11 • Mar 7-8 • May 9-10 • July 25-26

**New York City Dates**
July 15-16 • Sept 27-28 • Nov 22-23 • Jan 10-11 • Mar 7-8 • May 9-10 • July 25-26

**Atlanta Dates**

---

**Defendant – SSI**

Systems Solution Inc - Ahead of the Curve

## Systems Solution, Inc. SSI
Ahead of the curve

### CLASS CALENDAR

Design and Layout

**InDesign 1**

**Course Description**
This indepth class will get you up and running in just two days. Learn how InDesign provides refined controls for type and unprecedented control over graphics. Training provided by our authorized education partner Acquired Learning.

**Topics Covered**

• Creating Documents
• Working with colors
• Printing Controls
• Preparing Files for Press
• Master Pages
• Tools and Palettes
• Importing Text and Graphics
• Tips

**Days**
2

**Intended Audience and Prerequisites**
Participants in all classes should have some familiarity with the Macintosh or Windows desktop environment.

**Tuition**
$ 695

**Enrollment**
Limited enrollment for each class (8-12 max), guaranteed 1 student per machine.

**Cancellation/Rescheduling Policy**
You may reschedule an open-enrollment class without charge as long as the request to reschedule is received at least TEN (10) BUSINESS DAYS prior to the class date. If you reschedule within TEN (10) BUSINESS DAYS of the class date, you will be subject to a $150.00 rescheduling fee. You may cancel an open-enrollment class and receive a refund (less a $150 administrative fee) as long as your request to cancel is received FIFTEEN (15) OR MORE BUSINESS DAYS prior to the class date. Cancellations received within FIFTEEN (15) BUSINESS DAYS of the class date are not refundable. Substitutions are permitted at any time.

Apple assumes no responsibility with regard to the selection, performance, or use of the products or services. All understandings, agreements, or warranties, if any, take place directly between the vendors and prospective users. For more information, see http://www.apple.com/apple/

**Reserve Your Seat Today (All fields are required.)**
☉ Please contact me with more information.

Class
Name
Company

**EXHIBIT 15**



## Plaintiff – AGI

AGI Page Layout Training

July 15-16 • Sept 27-28 • Nov 22-23

**Chicago Dates**
July 15-16 • Sept 27-28 • Nov 22-23

**Los Angeles Dates**
July 15-16 • Sept 27-28 • Nov 22-23

**Washington, DC Dates**
July 15-16 • Sept 27-28 • Nov 22-23

**Course Rate $695.00**

*Take both InDesign Level I and Level II for $1195.00*

*Register on-line*
*or by calling 800-851-9237*

**Adobe InDesign Level II**

This two day course is designed for individuals who have already know the fundamental features of InDesign and also need to know the more advanced functions related to color controls, typesetting and output. This class is fully updated for version cs and is instructed by an Adobe Certified Expert and Adobe Certified Instructor for InDesign. Back to top.

**Topics Covered**

| | | |
|---|---|---|
| • Advanced Typesetting | • Trapping | • Using Plugins |
| • Pen Tool / Clipping Paths | • Links | • Templates |
| • Style sheets | • Creating Tables | • Importing Word and Excel |
| • Nested Styles | • Adv. Tips & Tricks | • Printing Hints and Tips |

**Daytime Courses 9:30am–4:30pm**

**Boston Dates**
June 24-25 • Aug 30-31 • Oct 25-26 • Dec 27-28 • Jan 13-14 • Mar 10-11 • May 12-13
July 28-29

**Philadelphia Dates**
June 24-25 • Aug 30-31 • Oct 25-26 • Dec 27-28 • Jan 13-14 • Mar 10-11
May 12-13 • July 28-29

**New York City**
June 24-25 • Aug 30-31 • Oct 25-26 • Dec 27-28 • Jan 13-14 • Mar 10-11 • May 12-13 • July 28-29

**Atlanta Dates**
June 24-25 • Aug 30-31 • Oct 25-26 • Dec 27-28

## Defendant – SSI

Systems Solution Inc. : About of the Co.

**Systems Solution Inc. SSI**

*CLASS CALENDAR • PRODUCTS • SERVICE • RENTALS • EDUCATION*

### CLASS CALENDAR

**Design and Layout**

**InDesign 2**

**Course Description**
This two-day course is designed for individuals who already know the fundamental features of InDesign and want to know the more advanced functions related to color controls, typesetting and output. Training provided by our authorized education partner Acquired Learning.

**Topics Covered**

| | |
|---|---|
| • Advanced Typesetting | • Links |
| • Trapping | • Using Plugins |
| • Advanced Tips and Tricks | • Clipping Paths |
| • Printing Hints and Tips | • Stylesheets |
| • Pen Tool | • Templates |

**Days**
2

**Intended Audience and Prerequisites**
Students should have either taken InDesign I or have a good working knowledge of InDesign and how it works. Participants in all classes should have some familiarity with the Macintosh or Windows desktop environment.

**Tuition**
$ 695

**Enrollment**
Limited enrollment for each class (8-12 max), guaranteed 1 student per machine.

**Cancellation/Rescheduling Policy**
You may reschedule an open-enrollment class without charge as long as the request to reschedule is received at least TEN (10) BUSINESS DAYS prior to the class date. If you reschedule within TEN (10) BUSINESS DAYS of the class date, you will be subject to a $150.00 rescheduling fee. You may cancel an open-enrollment class and receive a refund (less a $150 administrative fee) as long as your request to cancel is received FIFTEEN (15) OR MORE BUSINESS DAYS prior to the class date. Cancellations received within FIFTEEN (15) BUSINESS DAYS of the class date are not refundable. Substitutions are permitted at any time.

Apple assumes no responsibility with regard to the selection, performance, or use of the products or services. All understandings, agreements, or warranties, if any, take place directly between the vendors and prospective users. For more information, see http://www.apple.com/experts/

**Reserve Your Seat Today (All fields are required.)**
⊙ Please contact me with more information.

Class

**EXHIBIT 16**



**Plaintiff – AGI**

AGI Page Layout Training

- Linking/unlinking
- Scripting

*This training is custom only. AGI instructors are available for consulting. Use our facilities, or have us come to your site.*

*Call for pricing and availability.*

**QuarkXPress Level I**

This course will have you "Up and Running" in 12 hours! Learn the most widely used layout program in the graphic arts industry. This course will focus on making you productive and knowledgeable in this popular layout program. Good for both designers and production personnel. This class is for Version 6. Back to top.

**Topics Covered**
- Creating Text and Picture Boxes
- Tools and Palettes, including Bezier
- Color Controls
- Importing Text & Graphics
- Document Creation
- Typesetting Utilities
- Master Pages, Templates
- Tabs, Rules, Borders
- Printing Tips & Hints

**Daytime Courses 9:30am-4:30pm**

**Philadelphia, Boston and New York City Dates**
Sept 1-2 • Nov 8-9 • Mar 28-29 • June 2-3
*New Boston Date or Dec. 15-16

**Atlanta, Chicago, Los Angeles and Washington DC Dates**
Sept 1-2 • Nov 4-5

**Course Rate $695.00**

*Take both QuarkXPress Level 1 and Level 2 for $1195.00*

*Register on-line*
or by calling 800-851-9237

**QuarkXPress Level II**

You've mastered the program to do what you need, but want to implement some of the advanced features into your document creation. This two day course will speed up your confidence and productivity! This class is for version 6. Back to top.

- Advanced Typesetting
- Indexes
- Tips & Tricks

**Defendant – SSI**

Systeme Solution, Inc. **SSI** *Ahead of the Curve*

ABOUT US • CAREER OPPORTUNITIES • CONTACT US • MENTORING • SITE MAP

Home | Products | Service | Rentals | Education

CLASS CALENDAR • CUSTOM TRAINING • RAFFLE TRAINING

## CLASS CALENDAR

Design and Layout

**QuarkXPress 1**

**Course Description**
This course will have you up-and-running the two-days! Learn the most widely used layout program in the graphic arts industry. This course will focus on making you productive and knowledgeable in this popular layout program. Good for both designers and production personnel. Training provided by our authorized education partner Acquired Learning.

**Topics Covered**
- Creating Text and Picture Boxes
- Color Controls
- Document Creation
- Master Pages & Templates
- Moving Pages
- Tools and Palettes, including Bezier
- Importing Text and Graphics
- Typesetting Utilities
- Tabs, Rules, Borders
- Printing Tips and Hints

**Intended Audience and Prerequisites**
This class is intended for anyone who is new to layout programs or is switching to Quark from other layout programs. Participants in all classes should have some familiarity with the Macintosh or Windows environment. Experience with graphic design programs is a plus but not require

**Days**
2

**Tuition**
$ 695

**Enrollment**
Limited enrollment for each class (6-12 max), guaranteed 1 student per machine.

**Cancellation/Rescheduling Policy**
You may reschedule an open-enrollment class without charge as long as the request to reschedule is received at least TEN (10) BUSINESS DAYS prior to the class date. If you reschedule within TEN (10) BUSINESS DAYS of the class date, you will be subject to a $150.00 rescheduling fee. You may cancel an open-enrollment class and receive a refund (less a $150 administrative fee) as long as your request to cancel is received FIFTEEN (15) OR MORE BUSINESS DAYS prior to the class date. Cancellations received within FIFTEEN (15) BUSINESS DAYS of the class date are not refundable. Substitutions are permitted at any time.

Apple assumes no responsibility with regard to the selection, performance, or use of the products or services. All understandings, agreements, or warranties, if any, take place directly between the vendors and prospective users. For more information, see http://www.apple.com/experare/

562617_1.DOC

**EXHIBIT 17**



**Plaintiff – AGI**

AGI Page Layout Training

· Linking/Unlinking   · Scripting

*This training is custom only. AGI instructors are available for consulting. Use our facilities, or have us come to your site.*

*Call for pricing and availability.*

**QuarkXPress Level I**

This course will have you 'Up and Running' in 12 hours! Learn the most widely used layout program in the graphic arts industry. This course will focus on making you productive and knowledgeable in this popular layout program. Good for both designers and production personnel. This class is for Version 5. Back to top.

**Topics Covered**

· Creating Text and Picture Boxes   · Importing Text & Graphics   · Master Pages, Templates
· Tools and Palettes, including Bezier   · Document Creation   · Table, Rules, Borders
· Color Controls   · Typesetting Utilities   · Printing Tips & Hints

**Daytime Courses 9:30am-4:30pm**

Philadelphia, Boston and New York City Dates
Sept 1-2 · Nov 8-9* · Mar 28-29 · June 2-3
*New Boston Date or Dec. 15-16

Atlanta, Chicago, Los Angeles and Washington DC Dates
Sept 1-2 · Nov 4-5

**Course Rate $695.00**

*Take both QuarkXPress Level 1 and Level 2 for $1195.00*

*Register on-line*
*or by calling 800-851-9237*

**QuarkXPress Level II**

You've mastered the program to do what you need, but want to implement some of the advanced features into your document creation. This two day course will speed up your confidence and productivity! This class is for version 5. Back to top.

· Advanced Typesetting   · Indexes   · Tips & Tricks

---

**Defendant – SSI**

Systems Solution, Inc. SSI

Systems Solution Inc - Ahead of the Curve

ABOUT US · CAREER OPPORTUNITIES · ADVANCED · DIRECTIONS · SITE MAP / Education
CLASS CALENDAR · CUSTOM TRAINING · APPLE TRAINING

**CLASS CALENDAR**

Design and Layout

**QuarkXPress 2**

**Course Description**

You've mastered the program to do what you need, but want to implement some of the advanced features into your document creation. This class will speed up your confidence and productivity! Training provided by our authorized education partner Acquired Learning.

**Topics Covered:**

· Advanced Typesetting   · Clipping Paths
· Master Pages   · Stylesheets
· Picking Documents   · Trapping
· Using Extensions   · Tips & Tricks
· Creating Table of Contents   · Printing Hints & Tips
· Bezier Tools   · Extensions
· Indexes   · Creating rolls
· Utilizing Templates

**Days**

2

**Intended Audience and Prerequisites**

This class is intended for anyone who knows the basics of Quark and wants to take it to the "next level". Participants in all classes should have some familiarity with the Macintosh desktop or Windows environment. Intro to Quark or significant experience with Quark is required.

**Tuition**

$ 695

**Enrollment**

Limited enrollment for each class (8-12 max), guaranteed 1 student per machine.

**Cancellation/Rescheduling Policy**

You may reschedule an open-enrollment class without charge as long as the request to reschedule is received at least TEN (10) BUSINESS DAYS prior to the class date. If you reschedule within TEN (10) BUSINESS DAYS of the class date, you will be subject to a $150.00 rescheduling fee. You may cancel an open-enrollment class and receive a refund (less a $150 administrative fee) as long as your request to cancel is received FIFTEEN (15) OR MORE BUSINESS DAYS prior to the class date. Cancellations received within FIFTEEN (15) BUSINESS DAYS of the class date are not refundable. Substitutions are permitted at any time.

Apple assumes no responsibility with regard to the selection, performance, or use of the products or services. All understandings, agreements, or warranties, if any, take place directly between the vendors and prospective users. For more information, see http://www.apple.com/experts.

Reserve Your Seat Today! (All fields are required.)

## Plaintiff – AGI

AGI Page Layout Training

- Bézier Tools
- Style sheets
- Adv. Keyboard Commands
- Master Pages
- Trapping
- Fixing Documents
- Clipping Paths
- Creating Books
- Using Extensions
- Utilizing Templates
- Creating Table of Contents
- Printing Hints and Tips

**Daytime Courses 9:30am-4:30pm**

Philadelphia, Boston and New York City Dates
Aug 2-3 • Oct 14-15 • Nov 22-23 • Feb 24-25 • Apr 27-28 • June 29-30

Atlanta, Chicago, Los Angeles and Washington DC Dates
Call for dates.

**Course Rate $695.00**

*Take both QuarkXPress Level 1 and Level 2 for $1195.00*

*Register on-line*
*or by calling 800-851-9237*

**PageMaker Level I**

Get yourself started and see immediate results with this two day introductory course. You will be able to set type, create layouts and understand the process of printing and troubleshooting. Learn how to be more effective in less time! This class is instructed by an Adobe Certified Expert and Adobe Certified Instructor for PageMaker. Updated for version 7.0 Back to top.

- Creating Preferences
- Printing Tips & Hints
- Tool and Control Palettes
- Importing Text & Graphics
- Utilizing Graphics
- Text and Picture Frames
- Typographic Controls
- Paragraph Formats
- Tabs, Rules, Borders
- Master Pages/Templates
- Style sheets
- Exporting Files

**Daytime Courses 9:30am-4:30pm**

Offered as custom training.

**Course Rate $695.00**

*Register on-line*
*or by calling 800-851-9237*

**PageMaker Level II**

562617_1.DOC

## Defendant – SSI

Systems Solution Inc. • Ahead of the Curve

Systems Solution, Inc. **SSi** Ahead of the Curve

• ABOUT US • CAREER OPPORTUNITIES • CONTACT US • DIRECTIONS • SITE MAP

Home | Products | Service | Results | Education

CLASS CALENDAR • CUSTOM TRAINING • APPLE TRAINING

### CLASS CALENDAR

**Design and Layout**

**QuarkXPress 2**

**Course Description**
You've mastered the program to do what you need, but want to implement some of the advanced features into your document creation. This class will speed up your confidence and productivity! Training provided by our authorized education partner Acquired Learning.

**Topics Covered:**

- Advanced Typesetting
- Master Pages
- Fixing Documents
- Using Extensions
- Creating Table of Contents
- Bézier Tools
- Indexes
- Utilizing Templates
- Clipping Paths
- Stylesheets
- Trapping
- Tips & Tricks
- Printing Hints & Tips
- Xtensions
- Creating Books

**Days**
2

**Intended Audience and Prerequisites**
This class is intended for anyone who knows the basics of Quark and wants to take it to the "next level". Participants in all classes should have some familiarity with the Macintosh desktop or Windows environment. Intro to Quark or significant experience with Quark is required.

**Tuition**
$695

**Enrollment**
Limited enrollment for each class (8-12 max), guaranteed 1 student per machine.

**Cancellation/Rescheduling Policy**
You may reschedule an open-enrollment class without charge as long as the request to reschedule is received at least TEN (10) BUSINESS DAYS prior to the class date. If you reschedule within TEN (10) BUSINESS DAYS of the class date, you will be subject to a $150.00 rescheduling fee. You may cancel an open-enrollment class and receive a refund (less a $150 administrative fee) as long as your request to cancel is received FIFTEEN (15) OR MORE BUSINESS DAYS prior to the class date. Cancellations received within FIFTEEN (15) BUSINESS DAYS of the class date are not refundable. Substitutions are permitted at any time.

Apple assumes no responsibility with regard to the selection, performance, or use of the products or services. All understandings, agreements, or warranties, if any, take place directly between the vendors and prospective users. For more information, see http://www.apple.com/experts/

Reserve Your Seat Today! (All fields are required.)

**EXHIBIT 18**

| Plaintiff – AGI | Defendant – SSI |
|---|---|

## Plaintiff – AGI

AGI Page Layout Training

- Bezier Tools
- Style sheets
- Adv. Keyboard Commands
- Master Pages

- Trapping
- Fixing Documents
- Clipping Paths
- Creating Books

- Using Extensions
- Utilizing Templates
- Creating Table of Contents
- Printing Hints and Tips

**Daytime Courses 9:30am–4:30pm**

Philadelphia, Boston and New York City Dates
Aug 23 • Oct 14–15 • Nov 22–23 • Feb 24–25 • Apr 27–28 • June 29–30

Atlanta, Chicago, Los Angeles and Washington DC Dates
Call for dates.

**Course Rate $695.00**

*Take both QuarkXPress Level 1 and Level 2 for $1195.00*

*Register on-line*
*or by calling 800-851-9237*

### PageMaker Level I

Get yourself started and see immediate results with this two day introductory course. You will be able to set type, create layouts and understand the process of printing and troubleshooting. Learn how to be more effective in less time! This class is instructed by an Adobe Certified Expert and Adobe Certified Instructor for PageMaker. Updated for version 7.0 Back to top.

- Creating Preferences
- Printing Tips & Hints
- Tool and Control Palettes
- Importing Text & Graphics

- Utilizing Graphics
- Text and Picture Frames
- Typographic Controls
- Paragraph Formats

- Tabs, Rules, Borders
- Master Pages/Templates
- Style sheets
- Exporting Files

**Daytime Courses 9:30am–4:30pm**

Offered as custom training.

**Course Rate $695.00**

*Register on-line*
*or by calling 800-851-9237*

### PageMaker Level II

## Defendant – SSI

Systems Solutions Inc. - Ahead of the Curve

*Systems Solution, Inc. SSi*
*Ahead of the curve*

**Home | Products | Service | Rentals | Education**

CLASS CALENDAR • CUSTOM TRAINING • APPLE TRAINING

## CLASS CALENDAR

Design and Layout

### PageMaker 1

**Course Description**

With this two-day introductory course you will be able to set type, create layouts and understand the process of printing and troubleshooting. Learn how to be more effective in less time!

**Topics Covered:**

- Creating Preferences
- Tool and Control Palettes
- Utilizing Graphics
- Typographic Controls
- Tabs, Rules, Borders

- Printing Tips & Hints
- Importing Text & Graphics
- Text and Picture Frames
- Paragraph Formats
- Master Pages & Templates

**Days**
2

**Intended Audience and Prerequisites**

The class is intended for anyone who is new to layout programs or is switching to PageMaker from other layout programs. Participants in all classes should have some familiarity with the Macintosh or Windows environment. Experience with graphic design programs is a plus but not required.

**Tuition**
$ 695

**Enrollment**

Limited enrollment for each class (6–12 max), guaranteed 1 student per machine.

**Cancellation/Rescheduling Policy**

You may reschedule an open-enrollment class without charge as long as the request to reschedule is received at least TEN (10) BUSINESS DAYS prior to the class date. If you reschedule within TEN (10) BUSINESS DAYS of the class date, you will be subject to a $150.00 rescheduling fee. You may cancel an open-enrollment class and receive a refund (less a $150 administrative fee) as long as your request to cancel is received FIFTEEN (15), OR MORE BUSINESS DAYS prior to the class date. Cancellations received within FIFTEEN (15) BUSINESS DAYS of the class date are not refundable. Substitutions are permitted at any time.

Apple assumes no responsibility with regard to the selection, performance, or use of the products or services. All understandings, agreements, or warranties, if any, take place directly between the vendors and prospective users. For more information, see http://www.apple.com/xserve/



**EXHIBIT 19**

## Plaintiff – AGI

AGI Page Layout Training

Beyond the basics. Learn in a series of hands-on exercises how to use some of the advanced features available in PageMaker. Find innovative ways to create better documents in less time in this two day class. Great for production of brochures, booklets and more. This class is instructed by an Adobe Certified Expert and Adobe Certified Instructor for PageMaker. Updated for version 7.0 Back to top.

- Advanced Typesetting
- Utilizing Plug-ins
- Preference Settings
- Adv. Keyboard Commands
- Advance Use of Guides
- Master Pages

- Working with Long Documents
- Advanced Graphic Issues
- Color Separation Issues
- Troubleshooting
- Misc to PC File Conversions
- Creating Books

- Export HTML & PDF
- Using Extensions
- Utilizing Templates
- Creating Table of Contents
- Working With Layers
- Printing Hints and Tips

**Daytime Courses 9:30am–4:30pm**

Philadelphia and Boston dates
Call 800-55-1-9237

Atlanta Dates
call 678-380-9095 for dates

Chicago Dates
call 678-380-9095 for dates

**Course Rate $695.00**



Apple
Solution
Experts
Trainer

Adobe Certified
Training Provider
Adobe

---

## Defendant – SSI

Systems Solution Inc. – Ahead of the Curve

### Systems Solution, Inc. SSi
*Ahead of the Curve*

Home    Products    Service    Rentals    Education

## CLASS CALENDAR

Design and Layout

### PageMaker 2

**Course Description**

Beyond the basics. Learn in a series of hands-on exercises how to use some of the advanced features available in PageMaker. Find innovative ways to create better documents in less time. In this two-day class. Great for production of brochures, booklets and more.

**Topics Covered:**

- Advanced Typesetting
- Preference Settings
- Master Pages
- Advanced Graphic Issues
- Table of Contents
- Export HTML & PDF
- Advanced Use of Guides
- Working with Layers

- Utilizing Plug-ins
- Working with Long Documents
- Printing Tips and Tricks
- Color Separation Issues
- Postscript Troubleshooting/Fonts
- Creating Books
- Distiller Options

**Days**

2

**Intended Audience and Prerequisites**

The class is intended for anyone who has used PageMaker and is familiar with all of the topics covered in PageMaker 1. Participants in all classes should have some familiarity with the Macintosh or Windows environment. Experience with graphic design programs is a plus but not required.

**Tuition**

$ 695

**Enrollment**

Limited enrollment for each class (6–12 max), guaranteed 1 student per machine.

**Cancellation/Rescheduling Policy**

You may reschedule an open-enrollment class without charge as long as the request to reschedule is received at least TEN (10) BUSINESS DAYS prior to the class date. If you reschedule within TEN (10) BUSINESS DAYS of the class date, you will be subject to a $150.00 rescheduling fee. You may cancel an open-enrollment class and receive a refund (less a $150 administrative fee) as long as your request to cancel is received FIFTEEN (15) OR MORE BUSINESS DAYS prior to the class date. Cancellations received within FIFTEEN (15) BUSINESS DAYS of the class date are not refundable. Substitutions are permitted at any time.

Apple assumes no responsibility with regard to the selection, performance, or use of the products or services. All understandings, agreements, or warranties, if any, take place directly between the vendors and prospective users. For more information, see http://www.apple.com/guide.

562617_1.DOC

**EXHIBIT 20**

## Defendant – SSI

## Plaintiff – AGI



### Defendant – SSI

Systems Solution, Inc. SSI

**CLASS CALENDAR**

Web Video Multimedia

**GoLive 1**

**Course Description**
This two-day course provides a strong foundation in web site development and management application. By the completion of this class, the student will feel comfortable placing images and creating web pages with links in managed sites. This beginner level class is for students with minimal knowledge of the GoLive application. It is recommended that all students have general knowledge of HTML prior to this class. HTML I is recommended if the student has no prior web experience. **Training provided by our authorized education partner Acquired Learning.**

**Topics covered**
- Overview of HTML
- Layout Grid
- Forms
- Tools Palette
- Basics of Stylesheets
- Frames & Targets
- Preferences
- Tables

- FTP
- Typesetting
- Image Controls
- JavaScript
- MetaTags
- Colors
- Links

**Days**
2

**Tuition**
$ 695

**Intended Audience and Prerequisites**
This class is intended for those who have had no experience with HTML coding. Participants in all classes should have some familiarity with the Macintosh desktop or Windows environment.

**Enrollment**
Limited enrollment for each class (8-12 max), guaranteed 1 student per machine.

**Cancellation/Rescheduling Policy**
You may reschedule an open-enrollment class without charge as long as the request to reschedule is received at least TEN (10) BUSINESS DAYS prior to the class date. If you reschedule within TEN (10) BUSINESS DAYS of the class date, you will be subject to a $150.00 rescheduling fee. You may cancel an open-enrollment class and receive a refund (less a $150 administrative fee) as long as your request to cancel is received FIFTEEN (15) OR MORE BUSINESS DAYS prior to the class date. Cancellations received within FIFTEEN (15) BUSINESS DAYS of the class date are not refundable. Substitutions are permitted at any time.

Apple assumes no responsibility with regard to the selection, performance, or use of the products or services. All understandings, agreements, or warranties, if any, take place directly between the vendors and prospective users. For more information, see http://www.apple.com/experts/

### Plaintiff – AGI

**Software Training for Internet, Print and ePaper Publishing.**

| Company Info | Corporate Training | Individual Training | Seminars & Conferences |
| --- | --- | --- | --- |

Course List

Web Creation Tools

HTML I
HTML II
HTML III
XML
Web Graphics
GoLive I
GoLive II
Fireworks
Dreamweaver I
Dreamweaver II
DW UltraDev
Flash I
Flash II
Flash III
JavaScript I
LiveMotion I
LiveMotion II
JavaScript I

**Adobe GoLive CS Level I**

This two day course provides a strong foundation in web site development and management application. By the completion of this class the student will feel comfortable placing images and creating web pages with links in managed sites.

This level one class is for anyone who has minimal knowledge of the GoLive application. It is recommended that all students have general knowledge of HTML prior to this class. HTML Level one is recommended if the student has no prior web experience.

Back to top.

**Topics Covered**

- Overview of HTML
- Tools Palette
- Preferences
- Typesetting
- MetaTags
- Colors

- Layout Grid
- Basics of Stylesheets
- Tables
- Image Controls
- Links

- Forms
- Frames & Targets
- FTP
- JavaScript
- Error Control
- Site Management
- ImageMaps

**Daytime Courses 9:30am-4:30pm**

Philadelphia Boston and New York City Dates
Jan 24-25 • Mar 21-22 • May 23-24 • July 18-19

Atlanta, Chicago, Los Angeles and Washington DC Dates
Sept 1-2 • Nov 1-2

Course Rate $695.00

*Special! Take GoLive Level I and GoLive Level II for $1,195.00*

*Register on line*
*or by calling 800-851-9237*

AGI Internet Training

562617_1.DOC

**EXHIBIT 21**

## Plaintiff – AGI

AGI Internet Training

### Adobe GoLive CS Level II

This two day course is for the GoLive user who has created pages or sites in GoLive, but needs to learn more productive methods. All of the topics from GoLive I are covered at much faster pace in order to insure that students have the necessary fundamental skills. The topics in the chart below are added to this advanced level curriculum. Students should be familiar with HTML terms and able to create basic pages with images and links. Back to top.

- Advanced Tips & Tricks
- CyberObjects
- Cascading Style Sheets
- Actions & Stationaries
- Components
- QuickTime Editing
- Timelines
- Layers/Floating Boxes
- Plug-ins
- DHTML/Animation
- Javascript with Actions
- Advanced Typesetting

**Daytime Courses 9:30am–4:30pm**

**Philadelphia, Boston and New York City Dates**
Jan 27-28 • Mar 24-25 • May 26-27 • July 21-22

**Atlanta, Chicago, Los Angeles and Washington DC Dates**
Aug 2-3 • Nov 3-4

**Course Rate $695.00**

*Take GoLive Level I and GoLive Level II for $1,195.00*
*Register on line*
*or by calling 800-851-9237*

### HTML Level I

Creating Web Pagesin this hands-on class you will learn the fundamentals to creating a web page. By the end of this class you will know how to make a web page with colors, links, images and text. This class will give you the confidence and knowledge to build an exciting page for yourself or your business! Back to top.

Topics Covered

- Internet Basics
- HTML Coding
- Making Graphics Work
- Fundamentals of Font Tags
- Creating Lists
- Understanding File Formats
- Web Design Fundamentals
- Adding Links & Anchors
- Color Issues
- Creating a Web Page
- Attracting Traffic to your site

**Daytime Courses 9:30am–4:30pm**



## Defendant – SSI

Systems Solution Inc. – Ahead of the Curve

**Systems Solution, Inc. SSi** *Ahead of the Curve*

Home | Products | Service | Rentals | Education
ABOUT US • CAREER OPPORTUNITIES • CONTACT US • DIRECTIONS • SITE MAP
CLASS CALENDAR • CUSTOM TRAINING • APPLE TRAINING

### CLASS CALENDAR

Web Video Multimedia

#### GoLive 2

**Course Description**
This two-day course is for the GoLive user who has created pages or sites in GoLive, but needs to learn more productive methods. Many of the concepts from GoLive I are reinforced, along with the topics listed below. Registration for this course requires familiarity with general HTML terms and the ability to create basic pages and sites in GoLive. Training provided by our authorized education partner Acquired Learning.

**Topics Covered**

- Cascading Style Sheets
- Templates
- Movie Import & Editing
- Floating Boxes
- Site Management
- Actions
- Adding JavaScripts
- Advanced Frames
- DHTML Animation
- Components
- Forms
- Error Control

**Days**
2

**Intended Audience and Prerequisites**
Registration for this course requires familiarity with general HTML terms and the ability to create basic pages and sites in GoLive. Participants in all classes should have some familiarity with the Macintosh desktop or Windows environment.

**Tuition**
$ 695

**Enrollment**
Limited enrollment for each class (8-12 max), guaranteed 1 student per machine.

**Cancellation/Rescheduling Policy**
You may reschedule an open-enrollment class without charge as long as the request to reschedule is received at least TEN (10) BUSINESS DAYS prior to the class date. If you reschedule within TEN (10) BUSINESS DAYS of the class date, you will be subject to a $150.00 rescheduling fee. You may cancel an open-enrollment class and receive a refund (less a $150 administrative fee) as long as your request to cancel is received FIFTEEN (15) OR MORE BUSINESS DAYS prior to the class date. Cancellations received within FIFTEEN (15) BUSINESS DAYS of the class date are not refundable. Substitutions are permitted at any time.

Apple assumes no responsibility with regard to the selection, performance, or use of the products or services. All understandings, agreements, or warranties, if any, take place directly between the vendors and prospective users. For more information, see http://www.apple.com/experts/

*Reserve Your Seat Today (All fields are required.)*

**EXHIBIT 22**

## Plaintiff – AGI

AGI Intranet Training

### Adobe GoLive CS Level II

This two day course is for the GoLive user who has created pages or sites in GoLive, but needs to learn more productive methods. All of the topics from GoLive I are covered at much faster pace in order to insure that students have the necessary fundamental skills. The topics in the chart below are added to this advanced level curriculum. Students should be familiar with HTML terms and able to create basic pages with images and links. Back to top.

| | |
|---|---|
| • Advanced Tips & Tricks | • Cascading Style Sheets |
| • Actions & Stationeries | • QuickTime Editing |
| • Timelines | • Plug-ins |
| • DHTML/Animation | • Advanced Typesetting |

**Daytime Courses 9:30am-4:30pm**

Philadelphia, Boston and New York City Dates
Jan 27-28 • Mar 24-25 • May 26-27 • July 21-22

Atlanta, Chicago, Los Angeles and Washington DC Dates
Aug 2-3 • Nov 3-4

**Course Rate $695.00**

*Take GoLive Level I and GoLive Level II for $1,195.00*
*Register on line*
*or by calling 800-851-9237*

### HTML Level I

Creating Web Pages In this hands-on class you will learn the fundamentals to creating a web page. By the end of this class you will know how to make a web page with colors, links, images and text. This class will give you the confidence and knowledge to build an exciting page for yourself or your business! Back to top.



| Topics Covered | |
|---|---|
| • Internet Basics | • HTML Coding |
| • Fundamentals of Font Tags | • Creating Lists |
| • Web Design Fundamentals | • Adding Links & Anchors |
| • Creating a Web Page | • Attracting Traffic to your site |
| • | • Making Graphics Work |
| • | • Understanding File Formats |
| • | • Color Issues |

**Daytime Courses 9:30am-4:30pm**

---

## Defendant – SSI

Systems Solution Inc – Ahead of the Curve

### Systems Solution, Inc. SSI
ahead of the curve

* ABOUT US  * CAREER OPPORTUNITIES  * CONTACT US  * DIRECTIONS  * APPLE TRAINING
* Home  * Products  * Services  * Reseller  * Education
* CLASS CALENDAR  * CUSTOM TRAINING  * APPLE TRAINING

## CLASS CALENDAR

Web Video Multimedia

### HTML 1

**Course Description**

In this hands-on class, an instructor will take you through step-by-step instructions to actively create your own web pages. This class will give you the confidence and knowledge to build an exciting site for yourself or your business

**Topics Covered**

| | |
|---|---|
| • Internet Basics | • Adding Links |
| • Web Design Fundamentals | • Making Graphics Work |
| • Creating a Web Page | • Attracting Traffic to your Site |
| • HTML coding | • Creating Lists |
| • Color Issues | • Understanding File Formats |

**Days**
1

**Intended Audience and Prerequisites**

This class is intended for those who are just starting out in Web Design and want to learn the basics. Participants in all classes should have some familiarity with the Macintosh desktop or Windows environments.

**Tuition**
$ 325

**Enrollment**

Limited enrollment for each class (6-12 max), guaranteed 1 student per machine.

**Cancellation/Rescheduling Policy**

You may reschedule an open-enrollment class without charge as long as the request to reschedule is received at least TEN (10) BUSINESS DAYS prior to the class date. If you reschedule within TEN (10) BUSINESS DAYS of the class date, you will be subject to a $150.00 rescheduling fee. You may cancel an open-enrollment class and receive a refund (less a $150 administrative fee) as long as your request to cancel is received FIFTEEN (15) OR MORE BUSINESS DAYS prior to the class date. Cancellations received within FIFTEEN (15) BUSINESS DAYS of the class date are not refundable. Substitutions are permitted at any time.

Apple assumes no responsibility with regard to the selection, performance, or use of the products or services. All understandings, agreements, or warranties, if any, take place directly between the vendors and prospective users. For more information, see http://www.apple.com/training/

**Reserve Your Seat Today (All fields are required).**

☉ Please contact me with more information.

| | |
|---|---|
| Class | |

562617_1.DOC

**EXHIBIT 23**

## Plaintiff — AGI

AGI Internet Training

Boston Dates Philadelphia (Blue Bell)
Sept 9 • Nov 10 • Feb 21 • Apr 11 • June 20

**Course Rate $325.00**

*Take Both HTML I and HTML II for $600.00*
*Register by calling 800-851-9237*

### HTML Level II

This one day course is designed for the individual who already knows basic HTML and Web management techniques. Students will learn how to more effectively use HTML, learn HTML tips and techniques and learn advanced features that add 'punch' to a Web site design. Enrollment requires previous HTML experience. Back to top.

| Topics Covered | |
|---|---|
| • Tables | • Advanced Design Techniques |
| • Animations & Multimedia | • Advanced HTML |
| • Frames | |
| • Image Mapping | |
| • Slicing Images | |

**Daytime Courses 9:30am-4:30pm**

Philadelphia, Boston and New York City Dates
Sept 10 • Nov 11 • Feb 23 • Apr 13 • June 22

**Course Rate $325.00** *Take both HTML I and HTML II for $600.00*
Register by calling 800-851-9237

### HTML Level III

DHTML This one day course is designed for the individual who already understands the fundamentals of HTML, but is looking to improve the efficiency of their code for modern browsers and also add interactivity. Past experience with HTML frames and imagemaps is helpful. Back to top.

| Topics Covered | |
|---|---|
| Layers | Advanced HTML |
| Cascading Style Sheets | Object Positioning |
| | Adv. Design Techniques |
| | Page object animations |

**Daytime Courses 9:30am-4:30pm**

Philadelphia Dates, Boston and New York City Dates
call for dates

**Course Rate $325.00**

---

## Defendant — SSI



**Systems Solution, Inc.**
Ahead of the Curve

Systems Solutions Inc - Ahead of the Curve

Home | Products | Service | Results | Education

### CLASS CALENDAR

Web Video Multimedia

**HTML 2**

#### Course Description

The one-day course is designed for the individual who already knows basic HTML and web management techniques. Students will learn how to more effectively use HTML, learn HTML tips and techniques and learn advanced features that add 'punch' to a web site design. Enrollment requires previous HTML experience.

#### Topics Covered

- Frames
- Image Mapping
- Adding Sound
- Tables
- Animations & Multimedia
- Advanced Design Techniques

#### Days

1

#### Intended Audience and Prerequisites

Enrollment requires previous HTML experience.

#### Tuition

$ 325

#### Enrollment

Limited enrollment for each class (6-12 max), guaranteed 1 student per machine

#### Cancellation/Rescheduling Policy

You may reschedule an open-enrollment class without charge as long as the request to reschedule is received at least TEN (10) BUSINESS DAYS prior to the class date. If you reschedule within TEN (10) BUSINESS DAYS of the class date, you will be subject to a $150.00 rescheduling fee. You may cancel an open-enrollment class and receive a refund (less a $150.00 administrative fee) as long as your request to cancel is received FIFTEEN (15) OR MORE BUSINESS DAYS prior to the class date. Cancellations received within FIFTEEN (15) BUSINESS DAYS of the class date are not refundable. Substitutions are permitted at any time.

Apple assumes no responsibility with regard to the selection, performance, or use of the products or services. All understandings, agreements, or warranties, if any, take place directly between the vendors and prospective users. For more information, see http://www.apple.com/exports/

#### Reserve Your Seat Today (All fields are required)

⊙ Please contact me with more information.

| Class | |
| Name | |
| Company | |

**EXHIBIT 24**

**Plaintiff - AGI**

**Defendant - SSI**

AGI Internet Training

Boston Dates Philadelphia (Blue Bell)
Sept 9 • Nov 10 • Feb 21 • Apr 11 • June 20

### Course Rate $325.00

*Take Both HTML I and HTML II for $600.00*
*Register by calling 800-851-9237*

### HTML Level II

This one day course is designed for the individual who already knows basic HTML and Web management techniques. Students will learn how to more effectively use HTML, learn HTML tips and techniques and learn advanced features that add "punch" to a Web site design. Enrollment requires previous HTML experience. Back to top.

**Topics Covered**

| | | |
|---|---|---|
| • Tables | • Animations & Multimedia | • Advanced Design Techniques |
| • Frames | • Image Mapping | • Advanced HTML |
| • Slicing Images | | |

**Daytime Courses 9:30am-4:30pm**

Philadelphia, Boston and New York City Dates
Sept 10 • Nov 11 • Feb 23 • Apr 13 • June 22

**Course Rate $325.00** *Take both HTML I and HTML II for $600.00*
Register by calling 800-851-9237

### HTML Level III

DHTML-This one day course is designed for the individual who already understands the fundamentals of HTML, but is looking to improve the efficiency of their code for modern browsers and also add interactivity. Past experience with HTML frames and imagemaps is helpful. Back to top.

**Topics Covered**

| | | |
|---|---|---|
| Layers | Advanced HTML | Adv. Design Techniques |
| Cascading Style Sheets | Object Positioning | Page object animations |

**Daytime Courses 9:30am-4:30pm**

Philadelphia Dates, Boston and New York City Dates
call for dates

### Course Rate $325.00

---

Systems Solution Inc - Ahead of the Curve

**Systems Solution, Inc. SSI** *Ahead of the Curve*

## CLASS CALENDAR

Web Video Multimedia

### HTML 3: CSS

**Course Description**
This one day course is designed for the individual who already understands the fundamentals of HTML, but is looking to improve the efficiency of their code for modern browsers and also add interactivity. Past experience with HTML frames and imagemaps is required for this course.

**Topics Covered**

| | |
|---|---|
| • Layers | • Cascading Style Sheets (CSS) |
| • Object Positioning | • Page Object Animations |
| • Advanced HTML | • Advanced Design Techniques |

**Days**
1

**Intended Audience and Prerequisites**
Past experience with HTML frames and imagemaps is required for this course. Participants in all classes should have some familiarity with the Macintosh desktop or Windows environment.

**Tuition**
$ 325

**Enrollment**
Limited enrollment for each class (6-12 max), guarantees 1 student per machine.

**Cancellation/Rescheduling Policy**
You may reschedule an open-enrollment class without charge as long as the request to reschedule is received at least TEN (10) BUSINESS DAYS prior to the class date. If you reschedule within TEN (10) BUSINESS DAYS of the class date, you will be subject to a $150.00 rescheduling fee. You may cancel an open-enrollment class and receive a refund (less a $150 administrative fee) as long as your request to cancel is received FIFTEEN (15) OR MORE BUSINESS DAYS prior to the class date. Cancellations received within FIFTEEN (15) BUSINESS DAYS of the class date are not refundable. Substitutions are permitted at any time.

Aglie assumes no responsibility with regard to the selection, performance, or use of the products or services. All understandings, agreements, or warranties, if any, take place directly between the vendors and prospective users. For more information, see http://www.agile conveyoperts/

**Reserve Your Seat Today (All fields are required)**
○ Please contact me with more information.
Class
Name

**EXHIBIT 25**

## Plaintiff – AGI

AGI Internet Training

Register by calling 800-851-9237

### Macromedia DreamWeaver I

This two day course provides an in-depth look at the features and use of this web site development and management application. Updated for Version MX. Back to top.

**Topics Covered**

- Site Management
- Inserting Images
- Creating Tables
- Adding Multimedia Files
- Colors
- Formatting Text
- Setting Hyperlinks
- Cascading Style Sheets
- Line Breaks
- Image Maps
- DHTML
- Page Properties
- Forms and CGI

**Daytime Courses 9:30am-4:30pm**

Philadelphia, Boston and New York City Dates
July 8-9 • Sept 16-17 • Nov 1-2 • Dec 6-7 • Feb 1-2 • Mar 1-2 • May 1-2 • July 25-26

Atlanta, Chicago, Los Angeles and Washington DC
Sept 16-17

Course Rate $695.00
Register on-line
or by calling 800-851-9237

### Macromedia DreamWeaver Level II

This two day course provides an advanced look at the features and use of this web site development and management application. Updated for version MX. Back to top.

**Topics Covered**

- Advanced Site Controls
- Adv. Text Controls
- Images Controls
- Building Better Tables
- Building Templates
- Setting Anchors
- Image Maps
- Adding Multimedia Files
- Cascading Style Sheets
- Forms
- Framesets
- DHTML

**Daytime Courses 9:30am-4:30pm**

Philadelphia, Boston and New York City Dates
Aug 2-3 • Nov 3-4 • Jan 5-6 • Mar 3-4 • Mar 30-31 • May 4-5
July 27-28

---

## Defendant – SSI

Systems Solution Inc. – Ahead of the Curve

**Systems Solution, Inc. SSI** About SSI.com

HOME | ABOUT | CLASS OPPORTUNITIES | CONSULTING | DIRECTIONS | SITE MAP

Home  Products  Service  Rentals  Education

CLASS CALENDAR • CUSTOM TRAINING • APPLE TRAINING

### CLASS CALENDAR

Web Video Multimedia

**DreamWeaver MX 1**

**Course Description**
This two day course provides an in-depth look at the features and use of this web site development and management application. Updated for Version MX. Training provided by our authorized education partner: Acquired Learning.

**Topics Covered**

- Site Management
- Inserting Images
- Adding Multimedia Files
- Colors
- Creating Tables
- Formatting Text
- Setting Hyperlinks
- Cascading Style Sheets
- Image Maps
- DHTML
- Page Properties
- Forms and CGI
- Line Breaks

**Days**
2

**Intended Audience and Prerequisites**
This class is intended for those who have had experience with HTML coding possibly another web page creation program. Participants in all classes should have some familiarity with the Macintosh desktop or Windows environment.

**Tuition**
$ 695

**Enrollment**
Limited enrollment for each class (8-12 max), guaranteed 1 student per machine.

**Cancellation/Rescheduling Policy**
You may reschedule an open-enrollment class without charge as long as the request to reschedule is received at least TEN (10) BUSINESS DAYS prior to the class date. If you reschedule within TEN (10) BUSINESS DAYS of the class date, you will be subject to a $150.00 rescheduling fee. You may cancel an open-enrollment class and receive a refund (less a $150 administrative fee) as long as your request to cancel is received FIFTEEN (15) OR MORE BUSINESS DAYS prior to the class date. Cancellations received within FIFTEEN (15) BUSINESS DAYS of the class date are not refundable. Substitutions are permitted at any time.

Apple assumes no responsibility with regard to the selection, performance, or use of the products or services. All understandings, agreements, or warranties, if any, take place directly between the vendors and prospective users. For more information, see http://www.apple.com/apple/.

Reserve Your Seat Today (All fields are required.)

562617_1.DOC

**EXHIBIT 26**

## Plaintiff – AGI

AGI Internet Training

**Register by calling 800-851-9237**

### Macromedia DreamWeaver I

This two day course provides an in-depth look at the features and use of this web site development and management application. Updated for Version MX. Back to top.

**Topics Covered**

- Site Management
- Colors
- Formatting Text
- Line Breaks
- Page Properties

- Inserting Images
- Creating Tables
- Setting Hyperlinks
- Image Maps
- Forms and CGI

- Adding Multimedia Files
- Framesets
- Cascading Style Sheets
- DHTML

**Daytime Courses 9:30am-4:30pm**

Philadelphia, Boston and New York City Dates
July 8-9 • Sept 16-17 • Nov 1-2 • Dec 6-7 • Feb 6-7 • Mar 1-2 • May 1-2 • July 25-26

Atlanta, Chicago, Los Angeles and Washington DC
Sept 16-17

**Course Rate $695.00**
Register on-line
or by calling 800-851-9237

### Macromedia DreamWeaver Level II

This two day course provides an advanced look at the features and use of this web site development and management application. Updated for version MX. Back to top.

**Topics Covered**

- Advanced Site Controls
- Building Better Tables
- Image Maps
- Forms

- Adv. Text Controls
- Building Templates
- Adding Multimedia Files
- Framesets

- Images Controls
- Setting Anchors
- Cascading Style Sheets
- DHTML

**Daytime Courses 9:30am-4:30pm**

Philadelphia, Boston and New York City Dates
Aug 2-3 • Nov 3-4 • Jan 5-6 • Mar 3-4 • Mar 30-31 • May 4-5
July 27-28

---

## Defendant – SSI

**Systems Solution, Inc. SSI**
Ahead of the curve.

Home   Products   Service   Rentals   Education

ABOUT US • CAREER OPPORTUNITIES • CONTACT US • DIRECTIONS • EDUCAT...
CLASS CALENDAR • CUSTOM TRAINING • APPLE TRAINING

### CLASS CALENDAR

Web Video Multimedia

**DreamWeaver MX 2**

**Course Description**
This two day course provides an advanced look at the features and use of this web site development and management application.
Updated for version MX. Training provided by our authorized education partner Acquired Learning.

**Topics Covered**

- Advanced Site Controls
- Adv. Text Controls
- Images Controls
- Building Better Tables
- Building Templates
- Setting Anchors

- Image Maps
- Adding Multimedia Files
- Cascading Style Sheets
- Forms
- Framesets
- DHTML

**Days**
2

**Intended Audience and Prerequisites**
This class is intended for those who have attended Dreamweaver 1 class or have used Dreamweaver extensively. Participants in all classes should have some familiarity with the Macintosh desktop or Windows environment.

**Tuition**
$ 695

**Enrollment**
Limited enrollment for each class (8-12 max), guaranteed 1 student per machine.

**Cancellation/Rescheduling Policy**
You may reschedule an open-enrollment class without charge as long as the request to reschedule is received at least TEN (10) BUSINESS DAYS prior to the class date. If you reschedule within TEN (10) BUSINESS DAYS of the class date, you will be subject to a $150.00 rescheduling fee. You may cancel an open-enrollment class and receive a refund (less a $150 administrative fee) as long as your request to cancel is received FIFTEEN (15) OR MORE BUSINESS DAYS prior to the class date. Cancellations received within FIFTEEN (15) BUSINESS DAYS of the class date are not refundable. Substitutions are permitted at any time.

Apple assumes no responsibility with regard to the selection, performance, or use of the products or services. All understandings, agreements, or warranties, if any, take place directly between the vendors and prospective users. For more information, see http://www.apple.com/experts/.

**Reserve Your Seat Today** (All fields are required.)

☉ Please contact me with more information.

Class
Name
Company
Phone

562617_1.DOC

**EXHIBIT 27**

## Plaintiff – AGI

AGI Intranet Training

**Atlanta Dates**
Aug 30-31 • Oct 25-26 • Dec 27-28

**Chicago Dates**
Aug 30-31 • Oct 25-26 • Dec 27-28

**Los Angeles Dates**
Aug 30-31 • Oct 25-26 • Dec 27-28

**Washington DC Dates**
Aug 30-31 • Oct 25-26 • Dec 27-28

**Course Rate $695.00**
Register on-line
or by calling 800-851-9237

### Dreamweaver Level III

This two-day course extends Dreamweaver into the realm of database-driven sites. Requires knowledge of all topics in Dreamweaver Level I and Level II. Updated for version MX Back to top.

| Topics Covered | | |
| --- | --- | --- |
| • Database Connectivity | • Adding Dynamic Data | • Insert & Update Page |

This class is a custom training.

*Call 1-800-851-9237 for information and to schedule.*

### Macromedia Flash Level I

Flash offers the only standard playback of vector graphics and animations in a Web browser. Flash files are resolution independent, anti-aliased, and stream real-time during playback offering the highest quality viewing experience. Flash movies break the bandwidth barrier with beautiful and compact animations, navigation interfaces, ad banners, logos, technical illustrations, long-form cartoons, interactive comic books and much more. This introductory class is for the new user to Flash. Updated for version MX. Back to top.

| Topics Covered | | |
| --- | --- | --- |
| • Workspace Introduction | • Drawing Tools | • Fills & Gradients |
| • Introduction to Layers | • Importing Artwork | • Symbols & Instances |
| • Animation | • Scenes | • Actions |
| • Buttons | • Sound | • Publishing |

---

## Defendant – SSI

**Systems Solution, Inc. SSi**

### CLASS CALENDAR

Web Video Multimedia

**Flash MX 1**

**Course Description**
This two-day class provides and introduction to the features and capabilities of Flash. Flash files offer standard playback of vector graphics and animations in a Web browser. Flash files are resolution independent and stream real-time during playback offering the high quality viewing experience. Training provided by our authorized education partner Acquired Learning.

**Topics Covered:**

| | |
| --- | --- |
| • Workspace Introduction | • Using the Library |
| • Introduction to Layers | • Storyboards |
| • Animation Settings | • Mask Layers |
| • Tracing Bitmaps | • Colors & Gradients |
| • Button Symbols | • Object Inspector |
| • Drawing Tools | • Timeline Controls |
| • Importing Graphics | • Basic Actions |

**Days**
2

**Intended Audience and Prerequisites**

**Tuition**
$ 695

**Enrollment**
Limited enrollment for each class (8-12 max), guaranteed 1 student per machine.

**Cancellation/Rescheduling Policy**
You may reschedule an open-enrollment class without charge as long as the request to reschedule is received at least TEN (10) BUSINESS DAYS prior to the class date. If you reschedule within TEN (10) BUSINESS DAYS of the class date, you will be subject to a $150.00 rescheduling fee. You may cancel an open-enrollment class and receive a refund (less a $150 administrative fee) as long as your cancel is received FIFTEEN (15) OR MORE BUSINESS DAYS prior to the class date. Cancellations received within FIFTEEN (15) BUSINESS DAYS of the class date are not refundable. Substitutions are permitted at any time.

Apple assumes no responsibility with regard to the selection, performance, or use of the products or services. All understandings, agreements, or warranties, if any, take place directly between the vendors and prospective users. For more information, see http://www.apple.com/experts/

**Reserve Your Seat Today (All fields are required.)**

◉ Please contact me with more information.

Class

Name

Company

Phone

562617_1.DOC

**EXHIBIT 28**

## Plaintiff – AGI

AGI Internet Training

**Daytime Courses 9:30am-4:30pm**

**Boston and New York City Dates**
Aug 23-24 • Nov 4-5 • Jan 13-14 • Mar 10-11 • May 12-13 • June 30-July 31

Philadelphia
Dec 1-2, Jan 13-14 • Mar 10-11 • May 12-13 • June 30-July 31

**Atlanta Dates**
Aug 23-24 • Nov 4-5

**Chicago Dates**
Aug 23-24 • Nov 4-5

**Los Angeles Dates**
Aug 23-24 • Nov 4-5

**Washington DC Dates**
Aug 23-24 • Nov 4-5

**Course Rate $695.00** *Take Flash I and II for $1,195.00*

*Register on-line*
or by calling 800-851-9237

**Flash Level II**

Learn more about how Flash movies break the bandwidth barrier with beautiful and compact animations, navigation interfaces, ad banners, logos, technical illustrations, long-form cartoons, interactive comic books and much more. Updated for version MX. Back to top.



| Topics Covered | | |
|---|---|---|
| • Animated Graphics | • Drawing Tools | • Animated Cursors |
| • Rollovers Buttons Symbols | • Frame Labels | • Symbols & Instances |
| • Frame & Button Actions | • Drop Down Menus | • Basic Action Scripts |
| • Move Clips | • Sound Controls | • Properties & Values |

**Philadelphia, Lancaster, PA, Boston and New York City Dates**
Sept 22-23 • Nov 18-19 • Jan 18-19 • Mar 15-16 • May 17-18 • July 5-6

**Atlanta Dates**
July 21-22 • Sept 22-23 • Nov 18-19

**Chicago Dates**
July 21-22 • Sept 22-23 • Nov 18-19

---

## Defendant – SSI

Systems Solution Inc. – Ahead of the Curve

**Systems Solution, Inc. SSi**
*Ahead of the Curve*

Home | Products | Service | Rentals | Education
ABOUT US • CAREER OPPORTUNITIES • CONTACT US • DIRECTIONS • SITE MAP
FT CLASS CALENDAR • CUSTOM TRAINING • APPLE TRAINING

### CLASS CALENDAR

With Video Multimedia

**Flash MX 2**

**Course Description**
Learn about how Flash movies break the bandwidth barrier with beautiful and compact animations, navigation interfaces, ad banners, logos, technical illustrations, long-form cartoons, interactive comic books and much more. Training provided by our authorized education partner Acquired Learning.

**Topics Covered:**

| | |
|---|---|
| • Animated Graphics | • Sound Control |
| • Rollovers, Buttons | • Optimizing Animations |
| • Frame & Button Actions | • Animated Cursors |
| • Movie Clips | • Symbols & Instances |
| • Loading Movies | • Basics Action Scripts |
| • Frame Labels | • Properties & Values |
| • Drop Down Menus | • Bandwidth Profiler |
| • Scenes | |

**Days**
2

**Intended Audience and Prerequisites**

**Tuition**
$ 695

**Enrollment**
Limited enrollment for each class (8-12 max), guaranteed 1 student per machine.

**Cancellation/Rescheduling Policy**
You may reschedule an open-enrollment class without charge as long as the request to reschedule is received at least TEN (10) BUSINESS DAYS prior to the class date. If you reschedule within TEN (10) BUSINESS DAYS of the class date, you will be subject to a $150.00 rescheduling fee. You may cancel an open-enrollment class and receive a refund (less a $150 administrative fee) as long as your request to cancel is received FIFTEEN (15) OR MORE BUSINESS DAYS prior to the class date. Cancellations received within FIFTEEN (15) BUSINESS DAYS of the class date are not refundable. Substitutions are permitted at any time.

Apple assumes no responsibility with regard to the selection, performance, or use of the products or services. All understandings, agreements, or warranties, if any, take place directly between the vendors and prospective users. For more information, see http://www.apple.com/expert/

*Reserve Your Seat Today (All fields are required.)*

**EXHIBIT 29**

## Plaintiff – AGI

AGI Internal Training

**Los Angeles Dates**
July 21-22 • Sept 22-23 • Nov 18-19

**Washington DC Dates**
July 21-22 • Sept 22-23 • Nov 18-19

**Course Rate $695.00** *Take Flash I and II for $1,195.00*

Register on-line
or by calling 800-851-9237

### Flash Level III

This two-day class is for the advanced Flash user. Prerequisite for this course is an understanding of all bulleted points in both Flash I and II. Back to top.



**Topics Covered**

- Flash as a Video Editing Tool
- Visualization of Motion/Storyboarding
- Advanced use of Frames
- Shape & Motion Tweening
- Taking to JavaScript
- Considerations When Planning
- Masking Techniques
- Movie Clips
- Audio Enhancement
- Conditions & Variables
- Design Assets, Graphics, Audio
- Image Manipulation
- Pixel-Based Manipulations
- Looping Sequences

**Philadelphia Dates:**
Nov 22-23 • Jan 13-14 • March 24-25

**Boston Dates:**
Jan 13-14 • March 3-4

**Course Rate $695** *Take Flash Level I, II and III for $1,695.00*

Register on-line
or by calling 800-851-9237

562617_1.DOC

---

## Defendant – SSI

Systems Solution Inc. – Ahead of the Curve

**Systems Solution, Inc. SSI**
*ahead of the curve*

Home  Products  Service  Months  Education

CLASS CALENDAR

### CLASS CALENDAR

Web Video Multimedia

### Flash MX 3

**Course Description**
This two-day class is for the advanced Flash user. Prerequisite for this course is an understanding of all bulleted points in both Flash I and II.

**Topics Covered**

- Flash as a Video Editing Tool
- Visualization of Motion/Storyboarding
- Considerations When Planning
- Design Assets, Graphics, Audio
- Masking Techniques
- Image Manipulation
- Advanced use of Frames
- Movie Clips
- Pixel-Based Manipulations
- Shape & Motion Tweening
- Audio Enhancement
- Looping Sequences
- Taking to JavaScript
- Conditions & Variables

**Days**
2

**Intended Audience and Prerequisites**
Participants should be familiar with the Macintosh desktop or Windows environment and have either attended the JavaScript 1 class or have equivalent knowledge.

**Tuition**
$ 695

**Enrollment**
Limited enrollment for each class (9-12 max), guaranteed 1 student per machine

**Cancellation Rescheduling Policy**
You may reschedule an open-enrollment class without charge as long as the request to reschedule is received at least TEN (10) BUSINESS DAYS prior to the class date. If you reschedule within TEN (10) BUSINESS DAYS of the class date, you will be subject to a $150.00 rescheduling fee. You may cancel an open-enrollment class and receive a refund (less a $150 administrative fee) as long as your request to cancel is received FIFTEEN (15) OR MORE BUSINESS DAYS prior to the class date. Cancellations received within FIFTEEN (15) BUSINESS DAYS of the class date are not refundable. Substitutions are permitted at any time.

AGI assumes no responsibility with regard to the selection, performance, or use of the products or services. All understandings, agreements, or warranties, if any, take place directly between the vendors and prospective users. For more information, see http://www.apple.com/spend/

**Reserve Your Seat Today (All fields are required.)**

Class          ⊙ Please contact me with more information.

**EXHIBIT 30**

## Plaintiff – AGI

AGI Internet Training

- Animation and Graphics for the Web
- Adobe ImageReady
- Backgrounds
- Creating Patterns

- Fundamentals of Web File Formats
- Maintaining Quality
- Tips for working with a limited color space
- Design Tips/Tricks

- Slicing Images
- Adding JavaScript
- Creating Transparency
- Matching Hexadecimal Colors to print colors

**Daytime Courses 9:30am–4:30pm**

**Philadelphia Dates**
call for dates

**Boston Dates**
call for dates

**New York City Dates**
call for dates

**Course Rate $695.00**
**Register by calling 800-851-9237**

### JavaScript I

This is a three-day entry-level course for the student with no programming background. This class covers the JavaScript fundamentals necessary to create dynamic and interactive web pages, that actually work. Back to top.

**Topics Covered**

- What is JavaScript
- Object Oriented Programming
- Browser Detection
- Status Bar Messages
- Form Validation

- Alert Dialogs
- Controlling the Window Object
- To Frame or not to Frame?
- Using Strings
- Debugging

- Loops and Arrays
- Values and Variables
- Event Handlers
- Creating Rollovers
- Scripts

**Daytime Courses 9:30am–4:30pm**

**Philadelphia Dates**
Sept 22-23-24 • Nov 10-11-12 • Feb 14-15-16 • Apr 18-19-20 • June 27-28-29

**Boston Dates**
Sept 22-23-24 • Nov 10-11-12 • Feb 14-15-16 • Apr 18-19-20 • June 27-28-29

---

## Defendant – SSI

Systems Solutions Inc – Ahead of the Curve

**Systems Solution, Inc. SSi**
Ahead of the Curve.

### CLASS CALENDAR

Web Video Multimedia

### JavaScript 1

**Course Description**

This is a three-day entry-level class for the student with no programming background. This class covers the latest developments in JavaScript, including the use of JavaScript in Dynamic HTML. It clearly defines the differences between Netscape and Microsoft versions of JavaScript, along with the ECMAScript standard. Students are guided through step-by-step lessons. Knowledge of HTML is required.

**Topics Covered**

- JavaScript Basics
- Strings and Arrays
- Using Built-in Objects
- Responding to Events
- Style Sheets
- Layers
- Debugging
- Testing Values

- Browser Objects
- Forms
- Dynamic HTML
- Scripts
- Using & Storing Values
- Loops
- Graphics & Animation

**Days**
3

**Intended Audience and Prerequisites**

Participants in all classes should be familiar with the Macintosh desktop or Windows environment.

**Tuition**
$1,095

**Enrollment**

Limited enrollment for each class (6-12 max), guaranteed 1 student per machine.

**Cancellation/Rescheduling Policy**

You may reschedule an open-enrollment class without charge as long as the request to reschedule is received at least TEN (10) BUSINESS DAYS prior to the class date. If you reschedule within TEN (10) BUSINESS DAYS of the class date, you will be subject to a $150.00 rescheduling fee. You may cancel an open-enrollment class and receive a refund (less a $150 administrative fee) as long as your request to cancel is received FIFTEEN (15) OR MORE BUSINESS DAYS prior to the class date. Cancellations received within FIFTEEN (15) BUSINESS DAYS of the class date are not refundable. Substitutions are permitted at any time.

Apple assumes no responsibility with regard to the selection, performance, or use of the products or services. All understandings, agreements, or warranties, if any, take place directly between the vendors and prospective users. For more information, see http://www.apple.com/experts/

**Reserve Your Seat Today (All fields are required.)**

562617_1.DOC

**EXHIBIT 31**

| Plaintiff – AGI | Defendant – SSI |
|---|---|

AGI Internet Training

---

## Plaintiff – AGI

**Course Rate $1095.00**
**Register by calling 800-851-9237**

### JavaScript Level II

This two day course provides an in-depth look at the features and use of this web site development and management application. Back to top.

Topics Covered
* Page Animators
* Layers
* Dynamic Pages
* Cascading Style Sheets
* Forms
* Multimedia
* Event Handlers
* Handling Cookies

Daytime Courses 9:30am-4:30pm
Call for dates: 800-851-9237

**Course Rate $795.00**

### Fireworks

In this two day course you will learn how to use Fireworks to create optimized web graphics, apply special effects, build buttons, add rollovers, and create animated GIFs. You'll learn how to optimize images, create image maps and pop-up menus.

This case is a custom training.

*Call 1-800-851-9237 for information and to schedule.*

### XML - Introduction to XML Publishing

This course provides you with a strong foundation for starting to use XML to publish information. It also covers the core technologies associated with XML. After completing this course you should be familiar with XML's capabilities and be able to structure information for print or web publishing using programs and browsers that support XML.

While knowledge of JavaScript and CSS are helpful, they are NOT required prerequisites. This is an entry level XML course. Back to top.

Topics Covered
* XML Overview
* Elements
* Schemas
* XSLT
* Creating XML
* Attributes
* Namespaces
* CSS and XML
* Document Type Definitions
* Entities and Notions
* Validation
* Using XML for publishing

562617_1.DOC

---

## Defendant – SSI

### Systems Solution, Inc. SSi

### CLASS CALENDAR

Web Video Multimedia

### JavaScript 2

**Course Description**
This two day course provides an in-depth look at the features and use of this web site development and management application.

**Topics Covered:**
* Page Animations
* Cascading Style Sheets
* Event Handlers
* Layers
* Forms
* Handling Cookies
* Dynamic Pages
* Multimedia

**Days**
3

**Intended Audience and Prerequisites**

**Tuition**
$ 1,065

**Enrollment**
Limited enrollment for each class (8-12 max.), guaranteed 1 student per machine.

**Cancellation/Rescheduling Policy**
You may reschedule an open-enrollment class without charge as long as the request to reschedule is received at least TEN (10) BUSINESS DAYS prior to the class date. If you reschedule within TEN (10) BUSINESS DAYS of the class date, you will be subject to a $150.00 rescheduling fee. You may cancel an open-enrollment class and receive a refund (less a $150 administrative fee) as long as your request to cancel is received FIFTEEN (15) OR MORE BUSINESS DAYS prior to the class date. Cancellations received within FIFTEEN (15) BUSINESS DAYS of the class date are not refundable. Substitutions are permitted at any time.

Apple assumes no responsibility with regard to the selection, performance, or use of the products or services. All understandings, agreements, or warranties, if any, take place directly between the vendors and prospective users. For more information, see http://www.apple.com/experts/

Reserve Your Seat Today (All fields are required.)

@ Please contact me with more information.

Class

Name

Company

Phone

Email

Questions?

**EXHIBIT 32**



Plaintiff – AGI

AGI Adobe Premiere & After Effects Training Classes

**Los Angeles Dates**
July 21-22 · Aug 5-6 · Oct 12-13 · Dec 3-4

**Washington DC Dates**
July 21-22 · Aug 5-6 · Oct 12-13 · Dec 3-4

Course rate $795.00

Take Premiere I, After Effects for $1395.00
Take Premiere I, II and After Effects for $1795.00

Register on-line
or by calling 800-851-9237

**Adobe Premiere Level I**

Learn the essentials of this software which is designed for video professionals. Attendees will learn how to use the interface and superb editing tools for producing broadcast-quality movies used for video, multimedia, or the Web. Updated for version Premiere Pro. Back to Top.

Topics Covered

- Video Basics
- NTSC Timebase
- Workspace
- Sequences
- Editing Tools
- Storyboard
- Transitions
- Markers
- Advanced Editing
- Filters
- Creating Titles
- Superimposing
- Keyframes
- Editing audio
- Exporting Movies
- Animated Titles

**Daytime Courses 9:30am-4:30pm**

Boston (Woburn), MA Dates:
Aug 5-6 · Oct 12-13 · Dec 2-3 · Feb 10-11 · Mar 31-Apr 1 · June 2-3

New York City Dates:
Aug 5-6 · Oct 12-13 · Dec 2-3 · Feb 10-11 · Mar 31-Apr 1 · June 2-3

Philadelphia (Blue Bell), PA Dates:
Aug 5-6 · Oct 12-13 · Dec 2-3 · Feb 10-11 · Mar 31-Apr 1 · June 2-3

Atlanta Dates
Aug 5-6 · Oct 12-13 · Dec 2-3

Chicago Dates
Aug 5-6 · Oct 12-13 · Dec 2-3

Defendant – SSI

Systems Solution Inc – Ahead of the Curve

**Systems Solution, Inc. SSi**

Systems Solution Inc – Ahead of the Curve

**CLASS CALENDAR**

Web Video Multimedia

**Premiere Level 1**

Course Description

Learn the essentials of this software, which is designed for video professionals. Attendees will learn how to use the interface and superb editing tools for producing broadcast-quality movies used for video, multimedia, or the Web. Training provided by our authorized education partner Acquired Learning.

Topics Covered

- Scrubbing
- Transitions
- NTSC Timebase
- Frame Rate
- Dynamic Previewing
- Fillers
- Audio Clips
- Track & Multimedia
- Capturing Sound
- Advanced Editing
- Editing Audio
- Creating Titles
- Superimposing
- Rolling Credits
- Compiling Movies

Days
2

Intended Audience and Prerequisites

Participants in all classes should be familiar with the Macintosh desktop or Windows environment.

Tuition

$ 795

Enrollment

Limited enrollment for each class (8-12 max), guaranteed 1 student per machine.

Cancellation/Rescheduling Policy

You may reschedule an open-enrollment class without charge as long as the request to reschedule is received at least TEN (10) BUSINESS DAYS prior to the class date. If you reschedule within TEN (10) BUSINESS DAYS of the class date, you will be subject to a $150.00 rescheduling fee. You may cancel an open-enrollment class and receive a refund (less a $150 administrative fee) as long as your request to cancel is received FIFTEEN (15) OR MORE BUSINESS DAYS prior to the class date. Cancellations received within FIFTEEN (15) BUSINESS DAYS of the class date are not refundable. Substitutions are permitted at any time.

Apple assumes no responsibility with regard to the selection, performance, or use of the products or services. All understandings, agreements, or warranties, if any, take place directly between the vendors and prospective users. For more information, see http://www.apple.com/aapperts/

Reserve Your Seat Today (All fields are required.)

**EXHIBIT 33**

**Plaintiff – AGI**

**Defendant – SSI**



AGI Adobe Premiere & After Effects Training Classes

**Los Angeles Dates**
Aug 5-6 • Oct 12-13 • Dec 2-3

**Washington DC Dates**
Aug 5-6 • Oct 12-13 • Dec 2-3

**Course Rate $795.00**

Take Premiere I, After Effects for $1395.00
Take Premiere I, II and After Effects for $1795.00

Register on-line
or by calling 800-851-9237

**Adobe Premiere Level II**

Learn the advanced capabilities of Adobe Premiere. Attendees will learn how to use advanced interface and editing tools for producing broadcast-quality movies used for video, multimedia and the Web. Updated for Premiere Pro. Back to Top.

Topics Covered

- Update on new Features
- Advanced Audio editing
- Integrating Photoshop
- DVD export
- Maximizing the interface
- Advanced transitions
- Color Correction
- Introduction to Encore DVD
- Masking Techniques
- Advanced Editing
- Motion path animation

**Daytime Courses 9:30am-4:30pm**

**Boston (Woburn, MA Dates:**
Sept 1-2 • Nov 3-4 • Dec 16-17 • Feb 17-18 • Apr 14-15 • June 16-17

**New York City Dates:**
Jan 3-4 • Feb 17-18 • Apr 14-15 • June 16-17

**Philadelphia (Blue Bell), PA Dates:**
Sept 1-2 • Nov 3-4 • Dec 16-17 • Feb 17-18 • Apr 14-15 • June 16-17

**Atlanta Dates**
Sept 1-2 • Nov 3-4

**Chicago Dates**
Sept 1-2 • Nov 3-4

**Los Angeles Dates**
Sept 1-2 • Nov 3-4

---

Systems Solution Inc. – Ahead of the Curve

**Systems Solution, Inc. SSI**

(navigation tabs: Home • Products • Services • Rentals • Education)
ABOUT US • CAREER OPPORTUNITIES • CONTACT US • DIRECTIONS • SITE MAP
PLACE CALENDAR • CUSTOM TRAINING • APPLE TRAINING

**CLASS CALENDAR**

Web Video Multimedia

**Premiere Level II**

Course Description

Learn the advanced capabilities of Adobe Premiere in two steps of hands-on training. Attendees will learn how to use advanced interface and editing tools for producing broadcast-quality movies used for video, multimedia and the Web. Training provided by our authorized education partner Acquired Learning.

Topics Covered

- Update on new features
- Creating Titles
- Intergrating Photoshop
- Maximizing the interface
- Masking Techniques
- Adv. Transitions
- Adding Sound
- Intergrating Premiere
- Advanced Effects

Days
2

Intended Audience and Prerequisites

Tuition
$ 795

Enrollment

Limited enrollment for each class (8-12 max), guaranteed 1 student per machine.

Cancellation/Rescheduling Policy

You may reschedule an open-enrollment class without charge as long as the request to reschedule is received at least TEN (10) BUSINESS DAYS prior to the class date. If you reschedule within TEN (10) BUSINESS DAYS of the class date, you will be subject to a $150.00 rescheduling fee. You may cancel an open-enrollment class and receive a refund (less a $150 administrative fee) as long as your request to cancel is received FIFTEEN (15) OR MORE BUSINESS DAYS prior to the class date. Cancellations received within FIFTEEN (15) BUSINESS DAYS of the class date are not refundable. Substitutions are permitted at any time.

Apple assumes no responsibility with regard to the selection, performance, or use of the products or services. All understandings, agreements, or warranties, if any, take place directly between the vendors and prospective users. For more information, see http://www.apple.com/experts/

Reserve Your Seat Today (All fields are required.)

Class
- ○ Please contact me with more information.
- ○ November: 22,23  Location: King of Prussia, PA  Time: 9:30am - 4:30pm

562617_1.DOC

**EXHIBIT 34**

## Plaintiff – AGI

*AGI Adobe Acrobat and PDF Training*

**AGI**
Software Training for Internet, Print and ePaper Publishing.

| Company Info | Corporate Training | Individual Training | Seminars & Conferences |
|---|---|---|---|

Course List

Acrobat & PDF

**Adobe Acrobat & PDF Level I**

In this two day course you will learn how to convert your existing publications into Adobe Portable Document Format (PDF). Learn how to incorporate graphics, text, notes, QuickTime movies and links to the World Wide Web. Acrobat's cross-platform capabilities allow you to distribute your publications economically without sacrificing the original design. This course is for those designing documents that will need to be viewed by many people using different platforms. This class is instructed by an Adobe Certified Expert in Acrobat and has been updated for version 6 Professional.

American Graphics Instructor Christopher Smith authored *Teach Yourself Acrobat 5 in 24 Hours*. He has developed the curriculum presented in these classes and also teaches in our Boston area location.

**Topics Covered**

- Creating PDF Files
- Comments & Annotations
- Forms
- Security & Passwords
- Thumbnails
- Buttons
- Bookmarks
- Links
- Basic File Editing

**Daytime Courses 9:30am–4:30pm**

**Philadelphia Dates:** Nov 15-16 • Jan 25-26 • Mar 22-23 • May 24-25 • July 19-20

**Boston Dates:**
Nov 17-18 • Jan 25-26 • Mar 22-23 • May 24-25 • July 19-20

**New York City Dates:** Jan 25-26 • Mar 22-23 • May 24-25 • July 19-20

**Atlanta, Chicago, Washington DC Dates**
Nov 29-30 • Dec 26-29

**Los Angeles Dates**
July 26-27 • Aug 30-31 • Sept 27-28 • Oct 25-26 • Nov 29-30

**Course Rate $695.00**
Register on-line

by calling 800-851-9237

**Adobe Acrobat & PDF Level II**

Adobe Acrobat & PDF Level II

**Acrobat and Accessibility:**
PDF and Section 508

Adobe Acrobat Capture

Adobe Acrobat Forms

PDF Workflow for Prepress

---

## Defendant – Acquired Learning

Acquired Learning Class Schedules

**acquired LEARNING**

| Home | Locations | Classroom Schedule | About Us | News | Contact Us |
|---|---|---|---|---|---|

**Class Schedules**

Adobe Acrobat Level 1

In this two day course you will learn how to convert your existing publications into Adobe Portable Document Format (PDF). Learn how to incorporate graphics, text, notes, QuickTime movies and links to the World Wide Web. Acrobat's cross-platform capabilities allow you to distribute your publications economically without sacrificing the original design. This course is for those designing documents that will be viewed by many people using different platforms.

**What's covered**

Acrobat Reader Basics
Acrobat Reader in Depth
Acrobat eBook Reader

Creating PDF's
Working with Acrobat

Structuring PDF Documents
Links

**Dates**
Lancaster Sept 7 & 8 • Oct 11 & 12 • Dec 13 & 14
Philadelphia Oct 14 & 15 • Dec 13 & 14
Richmond Sept 7 & 8 • Oct 11 & 12 • Dec 13 & 14
**Cost**
$695.00

Sign Up Now!

562633_1.DOC

**EXHIBIT 35**

## Plaintiff – AGI

AGI Adobe Acrobat and PDF Training

### Adobe Acrobat & PDF Level II

In this two-day course you will learn more advanced features of Adobe Acrobat and Adobe Acrobat Distiller. Learn more advanced editing tools, including 3rd-party plug-ins, real-time comment sharing, automating repetitive tasks, working with large volumes of files, multimedia, JavaScript examples and customized PDF creation options. This class is instructed by an Adobe Certified Expert in Acrobat and has been updated for version 6 Professional.

American Graphics Instructor Christopher Smith authored Teach Yourself Acrobat 5 in 24 Hours. He developed the curriculum presented in this classes and also teaches in our Boston location. Back to top.

**Topics Covered**

- Generating PDF Files
- Incorporating Text & Graphics
- Incorporating QuickTime Movies
- Setting up Security (Passwords)
- Creating Indexes & Contents Tables
- Resolution
- Bookmarks and Links
- Generating Postscript
- Common File Problems

### Daytime Courses 9:30am-4:30pm

**Philadelphia, Boston, New York City Dates**
Sept 29-30 • Oct 27-28 • Nov 29-30 • Jan 27-28 • Mar 24-25 • May 26-27 • July 21-22

**Atlanta Dates**
Sept 29-30 • Oct 27-28 • Dec 1-2

**Chicago Dates**
Sept 29-30 • Oct 27-28 • Dec 1-2

**Los Angeles Dates**
Sept 29-30 • Oct 27-28 • Dec 1-2

**Washington DC Dates**
Sept 29-30 • Oct 27-28 • Dec 1-2

**Course Rate $695.00**
Register on-line

or by calling 800-851-9237

### Adobe Acrobat Forms

In this two-day class you'll discover how to expand your use of PDF to include interactive PDF forms for collecting and capturing data while maintaining the look and feel of original paper documents. This session explores the tools available within Acrobat for establishing form fields, radio buttons, and menus. Additionally, you'll discover methods for creating effective form design and tips for more easily handling large form design projects involving repetitive fields, and how to establish validation and submission options for PDF forms.

**Topics Include**

- PDF vs. HTML Forms
- Creating Buttons
- Using Radio Buttons

---

## Defendant – Acquired Learning

Acquired Learning Class Schedules



Home   Locations   Classroom Schedule   About Us   News   Contact Us

Class Schedules

### Adobe Acrobat Level 2

In this two day course you will learn advanced features of Adobe Acrobat and Adobe Acrobat Distiller. Learn advanced editing tools, including 3rd-party plug-ins, real-time comment sharing, automating repetitive tasks, working with large volumes of files, multimedia, JavaScript examples and customized PDF creation options.

**What's covered**

Forms
Adding Multimedia to PDFs
Annotating PDFs

Catalog, Indexes, Searches
Paper and Web Capture
Digital Signatures

Automating Acrobat
PDF Files and the Web

**Dates**
Lancaster Sept 21 & 22 • Oct 18 & 19
Philadelphia Oct 21 & 22
Richmond Sept 21 & 22 • Oct 18 & 19

**Cost**
$695.00

Sign Up Now!

**EXHIBIT 36**



## Plaintiff – AGI

AGI Photoshop Training

Software Training for Internet, Print and ePaper Publishing.

| Company Info | Corporate Training | Individual Training | Seminars & Conferences |

Course List — Photoshop

Photoshop Level I
Photoshop Level II
Photoshop Level III-NEW!
Web Graphics

**Photoshop Level I**

This two-day course is highly recommended for all levels of Photoshop users. The core materials for tool usage and color correction are discussed as well obtaining the best digital images. Advanced users who have no formal color training will greatly benefit from this course. Many unknown tips and tricks to help increase productivity are covered throughout the class.
Back to Top.

Topics Covered

- Use of Tools
- Image Size/Resolution
- Color Correction
- Selection Techniques
- Understanding the Histogram
- Formats for Saving
- Intro to Alpha Channels
- Duotones
- Adjusting Tone Curves
- Creating Line Art, Gray scale
- Painting Tips
- Navigating/ Tips & Tricks
- Mode Selections
- Pen Tool/Clipping Paths
- CMYK Conversion
- Working with History
- Proper Color Settings
- Retouching/Correcting Flaws

**Daytime Courses 9:30am-4:30pm**

Philadelphia, Boston and New York City Dates
Nov 8-9 (New York Nov. 15th-16th) • Dec 6-7 • Feb 1-2
Apr 4-5 • May 2-3 • June 6-7 • July 5-6

Atlanta, Chicago, Los Angeles and Washington DC Dates
Aug. 9-10 • Sept 13-14 • Oct 4-5 • Nov 8-9

**Course Rate $695.00**

*Take Photoshop Level I & II for $1195.00*
*Take Photoshop Level I, II & III for $1695.00*

Register on-line
or by calling 800-861-9237

**Photoshop Level II**

Learn Color Correction & Retouching Techniques In Photoshop Level I

---

## Defendant – Acquired Learning

Acquired Learning Class Schedules

acquired LEARNING

Home    Locations    Classroom Schedule    About Us    News    Contact Us

Class Schedules

**Adobe Photoshop CS Level 1**

This two-day course is highly recommended for all levels of Photoshop users. The core materials for tool usage and color correction are discussed as well as obtaining the best digital images. Advanced users who have no formal color training will greatly benefit from this course. Many unknown tips and tricks to help increase productivity are covered throughout the class.

**What's covered**

The Basics
Photoshop Color
Startup
Scanning
Changing dimensions and resolution
Selections

Compositing
Layers
Using the History palette
Adjustment basics

Colors
Levels and Curves
Paint tools
Gradients

**Dates**
Lancaster Sept 7 & 8 • Oct 18 & 19 • Nov 8 & 9 • Dec 6 & 7
Philadelphia Sept 7 & 8
Richmond Sept 7 & 8 • Oct 18 & 19 • Nov 8 & 9 • Dec 6 & 7
**Cost**
$695 for two-days

Sign Up Now!

562633_1.DOC

**EXHIBIT 37**

## Plaintiff – AGI

**AGI Photoshop Training**

**Use Advanced Correction tools in Level II.**

**Take Photoshop to the Max in Level III!**

### Photoshop Level II

Build on the Level I core information to produce complex selections and paths. Discover creative uses for filters and learn how to take advantage of adjustment layers. Automation features will be covered as well as creating buttons to speed up production tasks. Updated for version CS. Requires knowledge of all topics in Photoshop level I. Back to Top.

**Topics Covered**

- Advanced Selections
- Using Spot Colors
- Layer/Layer Masks
- Creating Custom Brushes
- Painting Tonal Corrections
- Alpha Channel Tips & Tricks
- Creative Use of Filters
- Defining & Using Gradients
- Automation Tools
- Creating Presets
- Adjustment Layers
- Creating & Saving Actions
- Advanced Use of Tools
- Replacing & Changing Colors
- Defining and Using Patterns

**Daytime Courses 9:30am–4:30pm**

**Boston and New York City Dates**
July 8-9 • Aug. 11-12 • Sept. 15-16 • Oct 6-7 • Dec 9-10 • Jan 6-7 • Feb 3-4 • Mar 3-4
Apr 7-8 • May 5-6 • June 9-10 • July 7-8

**Philadelphia Dates**
July 8-9 • Aug. 11-12 • Sept. 15-16 • Oct 6-7 • Dec 9-10 • Jan 10-11 • Mar 3-4 • May 5-6 • July 7-8

**Atlanta, Chicago, Los Angeles and Washington DC Dates**
Aug. 11-12 • Sept.15-16 • Oct 6-7 • Dec 9-10

**Course Rate $695.00**

*Take Photoshop Level I & II for $1195.00*
*Take Photoshop Level I, II & III for $1695.00*

**Register on-line**
or by calling 800-851-9237



562633_1.DOC

---

## Defendant – Acquired Learning

Acquired Learning Class Schedules

**acquired LEARNiNG**

Home | Locations | Classroom Schedule | About Us | News | Contact Us

### Class Schedules

### Adobe Photoshop CS Level 2

Build on the Level I core information to produce complex selections and paths. Discover creative uses for filters and learn how to take advantage of adjustment layers. Automation features will be covered as well as creating buttons to speed up production tasks. Requires knowledge of all topics in Photoshop Level I.

**What's covered**

- Distort an image
- Automate
- Masks
- Paths/Shapes
- Type
- Filters
- Actions
- Preferences
- Print
- Web/ImageReady
- Slicing
- Rollovers
- GIF animations
- Layer effects
- Background tiling

**Dates**
Lancaster Sept 15 & 16 • Nov 10 & 11
Philadelphia Oct 4 & 5 • Dec 15 & 16
Richmond Sept 15 & 16 • Nov 10 & 11

**Cost**
$695.00

**Sign Up Now!**

**EXHIBIT 38**



## Plaintiff – AGI

AGI Adobe Illustrator Training

**Software Training for Internet, Print and ePaper Publishing.**

Illustrator

| Company Info | Corporate Training | Individual Training | Seminars & Conferences |

Course List

Illustrator I
Illustrator II

### Adobe Illustrator Level I

Updated for Illustrator CS. In this two day course you will learn what you need to create high quality PostScript line art as well as special effects for logos, graphs and charts. Learn how to utilize the pen tool and control paths around objects. Use clip art to create customized images you can color, trap and export. Back to the top of Illustration Courses.

**Topics Covered**

• Using Tools and Palettes
• Setting Text, Text Effects
• Using the Pen Tool

• Compose and Masks
• Defining Colors
• Exporting Files

• Using Art and Scatter Brushes
• Creating Gradients and Blends
• Common File Problems

**Daytime Courses 9:30am–4:30pm**

**Philadelphia Dates**
Nov 15-16 • Dec 14-15 • Feb 15-16 • Apr 12-13
June 14-15 • Aug 8-9

**Boston Dates**
Nov 15-16 • Dec 14-15 • Feb 15-16 • Apr 12-13 • June 14-15 • Aug 8-9

**New York City Dates**
Nov 15-16 • Dec 14-15 • Feb 15-16 • Apr 12-13 • June 14-15 • Aug 8-9

**Atlanta Dates**
July 19-20 • Aug 23-24 • Oct 18-19 • Nov 15-16 • Dec 16-17

## Defendant – Acquired Learning

Acquired Learning Class Schedules

acquired LEARNING

| Home | Locations | Classroom Schedule | About Us | News | Contact Us |

**Class Schedules**

### Adobe Illustrator CS Level 1

In this two-day course you will learn what you need to create high-quality PostScript line art as well as special effects for logos, graphs and charts. Learn how to utilize the pen tool and control paths around objects. Use clip art to create customized images you can color, trap and export.

**What's covered**

Illustrator Interface Tools
How Illustrator Works
Startup
Views
Objects Basics

Select/Copy
Transform
Reshape
Fill & Stroke
Pen

Layers
Create Type
Style & Edit Type

**Dates**
Lancaster Sept 15 & 16 • Oct 4 & 5 • Nov 1 & 2 • Dec 8 & 9
Philadelphia Sept 9 & 10 • Dec 8 & 9
Richmond Sept 15 & 16 • Oct 4 & 5 • Nov 1 & 2 • Dec 8 & 9

**Cost**
$695.00

Sign Up Now!

**EXHIBIT 39**

## Plaintiff – AGI

AGI Adobe Illustrator Training

**Chicago Dates**
July 19-20 • Aug 23-24 • Oct 18-19 • Nov 15-16 • Dec 16-17

**Los Angeles Dates**
July 19-20 • Aug 23-24 • Oct 18-19 • Nov 15-16 • Dec 16-17

**Washington DC Dates**
July 19-20 • Aug 23-24 • Oct 18-19 • Nov 15-16 • Dec 16-17

**Course Rate $695.00**

*Take both Illustrator Level 1 and Level 2 for $1195.00*
Register on-line

or by calling 800-851-9237

### Adobe Illustrator Level II

Updated for Illustrator CS. Discover the many capabilities available to you in Illustrator. In this two day course students will work with dissecting live files to discover the techniques used to build complex documents as well as using the same techniques to create their own images. Course also covers troubleshooting for production personnel, as well as techniques for interesting design effects. Discover how to take advantage of new Effects including the 3D and scribble effects, as well as how to map artwork and photos to Illustrator 3D artwork. Back to the top of Illustration Courses.

| Topics Covered | | |
|---|---|---|
| • Trapping | • Graphic File Formats | • Trapping |
| • Filters | • Compounds | • Importing Photos |
| • Editing PDF's | • Patterns | • Masking |
| • Exporting URL's | • Advanced Selections | • Gradient Mesh Tool |
| • Layers | • Pathfinder Options | • Scatter and Art Brushes |
| • Using Appearance | • Using Effects | • Mapping artwork to 3D |
| • Color Separations | • Blends | • Common File Problems |

**Daytime Courses 9:30am–4:30pm**

Philadelphia, Boston and New York City Dates
Nov 17-18 • Dec 16-17 • Jan 20-21 • Mar 17-18 • May 19-20 • July 14-15

**Atlanta Dates**
Aug 25-26 • Oct 20-21 • Dec 20-21

**Chicago Dates**
Aug 25-26 • Oct 20-21 • Dec 20-21

---

## Defendant – Acquired Learning

Acquired Learning Class Schedules



**Home    Locations    Classroom Schedule    About Us    News    Contact Us**

Class Schedules

### Adobe Illustrator CS Level 2

Discover the many advanced capabilities available to you in Illustrator. This two-day course covers troubleshooting for production personnel, as well as advanced techniques for interesting design effects.

**What's covered**

| | | |
|---|---|---|
| Acquire | Appearances/Styles | Actions |
| Brushes | Masks/Transparency | Preferences |
| Symbols | Distort | Output/Export |
| Combine Paths | Filters | Web |
| Gradients | Precision Tools | Separations |

**Dates**
Lancaster Sept 22 & 23 • Oct 7 & 8 • Nov 18 & 19 • Dec 20 & 21
Philadelphia Sept 29 & 30 • Dec 20 & 21
Richmond Sept 22 & 23 • Oct 7 & 8 • Nov 18 & 19 • Dec 20 & 21
**Cost**
$695.00

Sign Up Now!

**EXHIBIT 40**



## Plaintiff – AGI

AGI Page Layout Training

**Software Training for Internet, Print and ePaper Publishing.**

| Company Info | Corporate Training | Individual Training | Seminars & Conferences |

Course List

Page Layout

InDesign I
InDesign II
InCopy
QuarkXPress I
QuarkXPress II
PageMaker I
PageMaker II

### Adobe InDesign Level I

This two day course will get you up and running in just two days. Learn how this new page layout application provides refined controls for type and unprecedented control over graphics. This class is fully updated for version and is instructed by an Adobe Certified Expert and Adobe Certified instructor for InDesign. Back to top.

**Topics Covered**

- Creating Documents
- Typesetting Controls
- Master Pages
- Working with Colors
- Tools and Palettes
- Printing Controls
- Tabs
- Prepating Files for Press
- Importing Text and Graphics

**Daytime Courses 9:30am–4:30pm**

**Philadelphia Dates**
Nov 22-23 • Jan 10-11
Mar 7-8 • May 9-10 - July 25-26

**Boston Dates**
Nov 22-23 (This class is Full)*
*New overflow class scheduled for Dec. 1-2
Jan 10-11 • Mar 7-8 • May 9-10 - July 25-26

**New York City Dates**
July 15-16 • Sept 27-28 • Nov 22-23 • Jan 10-11 • Mar 7-8 • May 9-10 - July 25-26

**Atlanta Dates**

---

## Defendant – Acquired Learning

Acquired Learning Class Schedules

**acquired LEARNING**

| Home | Locations | Classroom Schedule | About Us | News | Contact Us |

Class Schedules

### Adobe InDesign CS Level 1

This indepth class will get you up and running in just two days. Learn how InDesign provides refined controls for type and unprecedented control over graphics.

**What's covered**

- Getting Started
- Document Setup
- Basic Text
- Working with Objects
- Working in Color
- Styling Objects
- Pen and Bezier Tools
- Imported Graphics
- Text Effects

**Dates**
Lancaster Sept 13 & 14 • Oct 20 & 21 • Dec 13 & 14
Philadelphia Sept 23 & 24
Richmond Sept 13 & 14 • Oct 20 & 21 • Dec 13 & 14

**Cost**
$695.00

Sign Up Now!

**EXHIBIT 41**

## Plaintiff – AGI

AGI Page Layout Training

July 15-16 • Sept 27-28 • Nov 22-23

**Chicago Dates**
July 15-16 • Sept 27-28 • Nov 22-23

**Los Angeles Dates**
July 15-16 • Sept 27-28 • Nov 22-23

**Washington, DC Dates**
July 15-16 • Sept 27-28 • Nov 22-23

**Course Rate $695.00**

*Take both InDesign Level I and Level II for $1195.00*

*Register on-line*
*or by calling 800-851-9237*

**Adobe InDesign Level II**

This two-day course is designed for individuals who already know the fundamental features of InDesign and also need to know the more advanced functions related to color controls, typesetting and output. This class is fully updated for version cs and is instructed by an Adobe Certified Expert and Adobe Certified Instructor for InDesign. Back to top.

| Topics Covered | | |
|---|---|---|
| • Advanced Typesetting | • Trapping | • Using Plug-ins |
| • Pen Tool / Clipping Paths | • Lines | • Templates |
| • Style sheets | • Creating Tables | • Importing Word and Excel |
| • Nested Styles | • Adv. Tips & Tricks | • Printing Hints and Tips |

**Daytime Courses 9:30am-4:30pm**

**Boston Dates**
June 24-25 • Aug 30-31 • Oct 25-26 • Dec 27-28 • Jan 13-14 • Mar 10-11 • May 12-13 • July 28-29

**Philadelphia Dates**
June 24-25 • Aug 30-31 • Oct 25-26 • Dec 27-28 • Jan 13-14 • Mar 10-11
May 12-13 • July 28-29

**New York City**
June 24-25 • Aug 30-31 • Oct 25-26 • Dec 27-28 • Jan 13-14 • Mar 10-11 • May 12-13 • July 28-29

**Atlanta Dates**
June 24-25 • Aug 30-31 • Oct 25-26 • Dec 27-28

## Defendant – Acquired Learning

Acquired Learning Class Schedule

acquired **LEARNING**

Home   Locations   Classroom Schedule   About Us   News   Contact Us

**Class Schedules**

**Adobe InDesign CS Level 2**



This two-day course is designed for individuals who already know the fundamental features of InDesign and want to learn and use the more advanced functions related to color controls, typesetting and output.

**What's covered**

Pages And Books
Layers
Libraries
Tabs and Tables

Automating Text
Typography Controls
Color Management
Interactive PDF Elements

Output
Exporting
Customizing InDesign

**Dates**
Lancaster Nov 1 & 2 • Oct 25 & 26
Philadelphia Oct 7 & 8
Richmond Nov 1 & 2 • Oct 25 & 26
**Cost**
$695.00

Sign Up Now!

**EXHIBIT 42**

## Plaintiff – AGI

AGI Page Layout Training

• Linking/unlinking     • Scripting

*This training is custom only. AGI instructors are available for consulting. Use our facilities, or have us come to your site.*

*Call for pricing and availability.*

### QuarkXPress Level I

This course will have you "Up and Running" in 12 hours! Learn the most widely used layout program in the graphic arts industry. This course will focus on making you productive and knowledgeable in this popular layout program. Good for both designers and production personnel. This class is for Version 6. Back to top.

**Topics Covered**

| | | |
|---|---|---|
| • Creating Text and Picture Boxes | • Importing Text & Graphics | • Master Pages, Templates |
| • Tools and Palettes, including Bezier | • Document Creation | • Tabs, Rules, Borders |
| • Color Controls | • Typesetting Utilities | • Printing Tips & Hints |

**Daytime Courses 9:30am–4:30pm**

**Philadelphia, Boston and New York City Dates**
Sept 1-2 • Nov 8-9* • Mar 28-29 • June 2-3
*New Boston Date or Dec. 15-16

**Atlanta, Chicago, Los Angeles and Washington DC Dates**
Sept 1-2 • Nov 4-5

**Course Rate $695.00**

*Take both QuarkXPress Level 1 and Level 2 for $1195.00*

*Register on-line*
*or by calling 800-851-9237*

### QuarkXPress Level II

You've mastered the program to do what you need, but want to implement some of the advanced features into your document creation. This two day course will speed up your confidence and productivity This class is for version 6. Back to top.

| | | |
|---|---|---|
| • Advanced Typesetting | • Indexes | • Tips & Tricks |

---

## Defendant – Acquired Learning



Acquired Learning Class Schedules

**Class Schedules**

### QuarkXPress Level 1



This course will have you up-and-running in two-days! Learn the most widely used layout program in the graphic arts industry. This course will focus on making you productive and knowledgeable in this popular layout program. Good for both designers and production personnel.

**What's covered**

| | | |
|---|---|---|
| The Basics | Formats | Multiple Items |
| Startup | Typography | Pictures and Text |
| Get Around | Tables and Tabs | Lines |
| Text Input | Pictures | Color |
| Text Flow | | |

**Dates**
Lancaster Sept 9 & 10 • Oct 27 & 28 • Nov 22 & 23
Philadelphia Sept 15 & 16 • Oct 27 & 28 • Dec 6 & 7
Richmond Sept 9 & 10 • Oct 27 & 28 • Nov 22 & 23
**Cost**
$695.00



**EXHIBIT 43**

## Plaintiff – AGI

AGI Page Layout Training

- Linking/unlinking
- Stripping

*This training is custom only. AGI instructors are available for consulting. Use our facilities, or have us come to your site.*

*Call for pricing and availability.*

### QuarkXPress Level I

This course will have you "Up and Running" in 12 hours! Learn the most widely used layout program in the graphic arts industry. This course will focus on making you productive and knowledgeable in this popular layout program. Good for both designers and production personnel. This class is for version 6. Back to top.

**Topics Covered**

- Creating Text and Picture Boxes
- Importing Text & Graphics
- Master Pages, Templates
- Tools and Palettes, including Bezier
- Document Creation
- Tabs, Rules, Borders
- Color Controls
- Typesetting Utilities
- Printing Tips & Hints

**Daytime Courses 9:30am–4:30pm**

**Philadelphia, Boston and New York City Dates**
Sept 1-2 • Nov 8-9* • Mar 28-29 • June 2-3
*New Boston Date of Dec. 15-16

**Atlanta, Chicago, Los Angeles and Washington DC Dates**
Sept 1-2 • Nov 4-5

**Course Rate $695.00**

*Take both QuarkXPress Level 1 and Level 2 for $1195.00*

*Register on-line*
*or by calling 800-851-9237*

### QuarkXPress Level II

You've mastered the program to do what you need, but want to implement some of the advanced features into your document creation. This two day course will speed up your confidence and productivity. This class is for version 6. Back to top.

- Advanced Typesetting
- Indexes
- Tips & Tricks

---

## Defendant – Acquired Learning



acquired LEARNiNG

Acquired Learning Class Schedules

Home    Locations    Classroom Schedule    About Us    News    Contact Us

**Class Schedules**

### QuarkXPress Level 2



You've mastered the program to do what you need, but now you want to implement some of the more advanced features into your document creation. This class will speed up your confidence and productivity

**What's covered**

- Style Sheets
- Master Pages
- Color
- Layers
- Search & Replace
- Beziers
- Web Documents
- Libraries
- Synchronized Text
- Books
- Preferences
- Print
- XML

**Dates**
Lancaster Sept 27 & 28
Philadelphia Oct 18 & 19
Richmond Sept 27 & 28
**Cost**
$695.00

Sign Up Now!

562633_1.DOC

**EXHIBIT 44**

## Plaintiff – AGI

AGI Internet Training

**AGI**

**Software Training for Internet, Print and ePaper Publishing.**

| Company Info | Corporate Training | Individual Training | Seminars & Conferences |

Course List

Web Creation Tools

- HTML I
- HTML II
- HTML III
- XML
- Web Graphics
- GoLive I
- GoLive II
- Fireworks
- Dreamweaver I
- Dreamweaver II
- DW UltraDev
- Flash I
- Flash II
- Flash III
- JavaScript II
- LiveMotion I
- LiveMotion II
- JavaScript I

### Adobe GoLive CS Level I

This two day course provides a strong foundation of the features and use of this web site development and management application. By the completion of this class the student will feel comfortable placing images and creating web pages with links in managed sites.

This level one class is for anyone who has minimal knowledge of the GoLive application. It is recommended that all students have general knowledge of HTML prior to this class. HTML Level one is recommended that the student has no prior web experience.

Back to top

**Topics Covered**

| | | |
|---|---|---|
| • Overview of HTML | • Layout Grid | • Forms |
| • Tools Palettes | • Basics of Stylesheets | • Frames & Targets |
| • Preferences | • Tables | • FTP |
| • Typesetting | • Image Controls | • JavaScript |
| • Meta Tags | • Links | • Error Control |
| • Colors | • Image Maps | • Site Management |

**Daytime Courses 9:30am-4:30pm**

**Philadelphia Boston and New York City Dates**
Jan 24-25 • Mar 21-22 • May 23-24 • July 18-19

**Atlanta, Chicago, Los Angeles and Washington DC Dates**
Sept 1-2 • Nov 1-2

**Course Rate $695.00**

*Special! Take GoLive Level I and GoLive Level II for $1,195.00*

*Register on line*

or by calling 800-851-9237

---

## Defendant – Acquired Learning

Acquired Learning Class Schedules

**acquired LEARNING**

| Home | Locations | Classroom Schedule | About Us | News | Contact Us |

Class Schedules

### Adobe GoLive Level 1

This two-day course provides a solid foundation in web site development and management application. By the completion of this class, the student will feel comfortable placing images and creating web pages with links in managed sites. This beginner level class is for students with minimal knowledge of the GoLive application. It is recommended that all students have general, introductory knowledge of HTML prior to this class. HTML I is recommended if the student has no prior web experience.

**What's covered**

| | | |
|---|---|---|
| Learning Your Way Around | Working with Images | Working with Tables |
| Your First GoLive Project | Working with Color | Working with Layout Grids |
| Working with Text | Working with Links | Floating Boxes and Positioning |

**Dates**
Lancaster Nov 8 & 9 • Oct 4 & 5 • Dec 20 & 21
Philadelphia Sept 21 & 22
Richmond Nov 8 & 9 • Oct 4 & 5 • Dec 20 & 21
**Cost**
$695.00

Sign Up Now!

---

562633_1.DOC

**EXHIBIT 45**

AGI Internet Training

## Plaintiff – AGI

### Adobe GoLive CS Level II

This two day course is for the GoLive user who has created pages or sites in GoLive, but needs to learn more productive methods. All of the topics from GoLive I are covered at much faster pace in order to insure that students have the necessary fundamental skills. The topics in the chart below are added to this advanced level curriculum. Students should be familiar with HTML terms and able to create basic pages with images and links. Back to top.

| | |
| --- | --- |
| • Advanced Tips & Tricks | • Cascading Style Sheets |
| • Actions & Stationeries | • QuickTime Editing |
| • Timelines | • Plug-ins |
| • DHTML/Animation | • Advanced Typesetting |
| • Javascript with Actions | |

**Daytime Courses 9:30am-4:30pm**

Philadelphia, Boston and New York City Dates
Jan 27-28 • Mar 24-25 • May 26-27 • July 21-22

Atlanta, Chicago, Los Angeles and Washington DC Dates
Aug 2-3 • Nov 3-4

**Course Rate $695.00**

*Take GoLive Level I and GoLive Level II for $1,195.00*
*Register on line*
*or by calling 800-851-9237*

### HTML Level I

Creating Web Pages:In this hands-on class you will learn the fundamentals to creating a web page. By the end of this class you will know how to make a web page with colors, links, images and text. This class will give you the confidence and knowledge to build an exciting page for yourself or your business! Back to top.

| Topics Covered | |
| --- | --- |
| • Internet Basics | • HTML Coding |
| • Fundamentals of Font Tags | • Creating Lists |
| • Web Design Fundamentals | • Adding Links & Anchors |
| • Creating a Web Page | • Attracting Traffic to your site |
| | • Making Graphics Work |
| | • Understanding File Formats |
| | • Color Issues |

**Daytime Courses 9:30am-4:30pm**

## Defendant – Acquired Learning

Acquired Learning Class Schedule


acquired LEARNING

Home    Locations    Classroom Schedule    About Us    News    Contact Us

**Class Schedules**

### Adobe GoLive Level 2



This two-day course is for the GoLive user who has created pages or sites in GoLive, and needs to learn more productive methods. Many of the concepts from GoLive I are reinforced, along with general HTML terms and the ability to create basic pages and sites in GoLive.

**What's covered**

| | |
| --- | --- |
| Working with Forms | The Workgroup Server |
| Working with Frames | Using Actions |
| Working with Code | Animation and QuickTime |
| Working with Style Sheets | Dynamic Content |
| Working with Rich Media | |
| Building Sites | |
| Viewing and Managing Sites | |
| Publishing Sites | |

**Dates**
Lancaster Sept 29 & 30 • Oct 7 & 8
Philadelphia Nov 3 & 4
Richmond Sept 29 & 30 • Oct 7 & 8
**Cost**
$695.00

[Sign Up Now!]

**EXHIBIT 46**

## Plaintiff– AGI

AGI Internet Training

Register by calling 800-861-9237

**Macromedia Dreamweaver I**

This two day course provides an in-depth look at the features and use of this web site development and management application. Updated for Version MX. Back to top.

**Topics Covered**

| | |
|---|---|
| • Site Management | • Inserting Images |
| • Colors | • Creating Tables |
| • Formatting Text | • Setting Hyperlinks |
| • Line Breaks | • Image Maps |
| • Page Properties | • Forms and CGI |

| |
|---|
| • Adding Multimedia Files |
| • Framesets |
| • Cascading Style Sheets |
| • DHTML |

**Daytime Courses 9:30am-4:30pm**

**Philadelphia, Boston and New York City Dates**
July 8-9 • Sept 16-17 • Nov 1-2 • Dec 6-7 • Feb 1-2 • Mar 1-2 • May 1-2 • July 25-26

Atlanta, Chicago, Los Angeles and Washington DC
Sept 16-17

Course Rate $695.00
Register on-line
or by calling 800-861-9237

**Macromedia Dreamweaver Level II**

This two day course provides an advanced look at the features and use of this web site development and management application. Updated for version MX. Back to top.

**Topics Covered**

| | |
|---|---|
| • Advanced Site Controls | • Adv. Text Controls |
| • Building Better Tables | • Building Templates |
| • Image Maps | • Adding Multimedia Files |
| • Forms | • Framesets |

| |
|---|
| • Images Controls |
| • Setting Anchors |
| • Cascading Style Sheets |
| • DHTML |

**Daytime Courses 9:30am-4:30pm**

**Philadelphia, Boston and New York City Dates**
Aug 2-3 • Nov 3-4 • Jan 5-6 • Mar 3-4 • Mar 30-31 • May 4-5
July 27-28

## Defendant – Acquired Learning

Acquired Learning Class Schedules



acquired **LEARNING**

Home | Locations | Classroom Schedule | About Us | News | Contact Us

Class Schedules

**Macromedia Dreamweaver Level 1**

This two day course provides an in-depth look at the features and use of this web site development and management application. Updated for Version MX.

**What's covered**

Creating New Files
Opening Files
Creating Content
Page Properties

Modifying the Page Color and
Background
Saving Your Work
Saving a Copy of a File

Previewing in a Browser
Colors and Web Pages
Uploading your Site to an FTP
Server

**Dates**
Lancaster Sept 13 & 14 • Oct 13 & 14
Philadelphia Oct 25 & 26
Richmond Sept 13 & 14 • Oct 13 & 14
**Cost**
$695.00

Sign Up Now!

562633_1.DOC

**EXHIBIT 47**

## Defendant – Acquired Learning

Acquired Learning Class Schedules



acquired LEARNING

Home | Locations | Classroom Schedule | About Us | News | Contact Us

**Class Schedules**



### Macromedia Dreamweaver Level 2

This two day course provides an advanced look at the features and use of this web site development and management application. Updated for version MX.

**What's covered**

Working with Forms
Working with Frames
Working with Code
Working with Style Sheets

Working with Rich Media
Building Sites
Viewing and Managing Sites
Publishing Sites

The Workgroup Server
Using Actions
Animation and QuickTime
Dynamic Content

**Dates**
Lancaster Sept 23 & 24 • Oct 20 & 21
Philadelphia Oct 27 & 28
Richmond Sept 23 & 24 • Oct 20 & 21
**Cost**
$695.00
Sign Up Now!

---

## Plaintiff – AGI

AGI Internet Training

**Register by calling 800-851-9237**

**Macromedia DreamWeaver I**

This two day course provides an in-depth look at the features and use of this web site development and management application. Updated for Version MX. Back to top

Topics Covered

| | | |
|---|---|---|
| • Site Management: | • Inserting Images | • Adding Multimedia Files |
| • Colors | • Creating Tables | • Framesets |
| • Formatting Text | • Setting Hyperlinks | • Cascading Style Sheets |
| • Line Breaks | • Image Maps | • DHTML |
| • Page Properties | • Forms and CGI | |

**Daytime Courses 9:30am-4:30pm**

**Philadelphia, Boston and New York City Dates**
July 8-9 • Sept 16-17 • Nov 1-2 • Dec 6-7 • Feb 1-2 • Mar 1-2 • May 1-2 • July 25-26

**Atlanta, Chicago, Los Angeles and Washington DC**
Sept 16-17

**Course Rate $695.00**
Register on-line
or by calling 800-851-9237

**Macromedia DreamWeaver Level II**

This two day course provides an advanced look at the features and use of this web site development and management application. Updated for version MX. Back to top

Topics Covered

| | | |
|---|---|---|
| • Advanced Site Controls | • Adv. Text Controls | • Images Controls |
| • Building Better Tables | • Building Templates | • Setting Anchors |
| • Image Maps | • Adding Multimedia Files | • Cascading Style Sheets |
| • Forms | • Framesets | • DHTML |

**Daytime Courses 9:30am-4:30pm**

**Philadelphia, Boston and New York City Dates**
Aug 2-3 • Nov 3-4 • Jan 5-6 • Mar 3-4 • Mar 30-31 • May 4-5
July 27-28

562633_1.DOC

**EXHIBIT 48**

## Plaintiff – AGI

AGI Adobe Premeire & After Effects Training Classes

**Los Angeles Dates**
July 21-22 • Aug 5-6 • Oct 12-13 • Dec 3-4

**Washington DC Dates**
July 21-22 • Aug 5-6 • Oct 12-13 • Dec 3-4

**Course rate $795.00**

Take Premiere I, After Effects for $1395.00
Take Premiere I, II and After Effects for $1795.00

Register on-line
or by calling 800-851-9237

**Adobe Premiere Level I**

Learn the essentials of this software which is designed for video professionals. Attendees will learn how to use the interface and superb editing tools for producing broadcast-quality movies used for video, multimedia, or the Web. Updated for version Premiere Pro. Back to Top.



| Topics Covered | | |
|---|---|---|
| • Video Basics | • Transitions | • Superimposing |
| • NTSC Timebase | • Markers | • Keyframes |
| • Workspace | • Advanced Editing | • Editing audio |
| • Sequences | • Filters | • Exporting Movies |
| • Editing Tools | • Creating Titles | |
| • Storyboard | • Animated Titles | |

**Daytime Courses 9:30am-4:30pm**

**Boston (Woburn), MA Dates:**
Aug 5-6 • Oct 12-13 • Dec 2-3 • Feb 10-11 • Mar 31-Apr 1 • June 2-3

**New York City Dates:**
Aug 5-6 • Oct 12-13 • Dec 2-3 • Feb 10-11 • Mar 31-Apr 1 • June 2-3

**Philadelphia (Blue Bell), PA Dates:**
Aug 5-6 • Oct 12-13 • Dec 2-3 • Feb 10-11 • Mar 31-Apr 1 • June 2-3

**Atlanta Dates**
Aug 5-6 • Oct 12-13 • Dec 2-3

**Chicago Dates**
Aug 5-6 • Oct 12-13 • Dec 2-3

## Defendant – Acquired Learning

Acquired Learning Class Schedule

acquired LEARNING

Home    Locations    Classroom Schedule    About Us    News    Contact Us

**Class Schedules**

**Adobe Premiere Level 1**

Learn the essentials of this software, which is designed for video professionals. Attendees will learn how to use the interface and superb editing tools for producing broadcast-quality movies used for video, multimedia, or the Web.

**What's covered**

Premiere Basics
Starting a Project
Importing and Managing Clips
Editing Source Clips

Creating a Program
Editing in the Timeline
Refining the Program

Transitions
Previewing Transitions and
Effects
Mixing Audio

**Dates**
Lancaster Sept 20 & 21 • Nov 15 & 16
Philadelphia Nov 1 & 2
Richmond Sept 20 & 21 • Nov 15 & 16
**Cost**
$749.00

Sign Up Now!

562633_1.DOC

**EXHIBIT 49**

## Plaintiff – AGI

AGI Adobe Premiere & After Effects Training Classes

**Los Angeles Dates**
Aug 5-6 • Oct 12-13 • Dec 2-3

**Washington DC Dates**
Aug 5-6 • Oct 12-13 • Dec 2-3

**Course Rate $795.00**

Take Premiere I, After Effects for $1395.00
Take Premiere I, II and After Effects for $1795.00

**Register on-line**
or by calling **800-861-9237**

**Adobe Premiere Level II**

Learn the advanced capabilities of Adobe Premiere. Attendees will learn how to use advanced interface and editing tools for producing broadcast-quality movies used for video, multimedia and the Web. Updated for Premiere Pro. Back to Top.

| Topics Covered | |
| --- | --- |
| • Update on new Features | • Masking Techniques |
| • Advanced Audio editing | • Advanced Editing |
| • Integrating Photoshop | • Color Correction |
| • DVD export | • Motion path animation |
| | • Introduction to Encore DVD |

**Daytime Courses 9:30am-4:30pm**

**Boston (Woburn), MA Dates:**
Sept 1-2 • Nov 3-4 • Dec 16-17 • Feb 17-18 • Apr 14-15 • June 16-17

**New York City Dates:**
Jan 3-4 • Feb 17-18 • Apr 14-15 • June 16-17

**Philadelphia (Blue Bell), PA Dates:**
Sept 1-2 • Nov 3-4 • Dec 16-17 • Feb 17-18 • Apr 14-15 • June 16-17

**Atlanta Dates**
Sept 1-2 • Nov 3-4

**Chicago Dates**
Sept 1-2 • Nov 3-4

---

## Defendant – Acquired Learning

Acquired Learning Class Schedule

**acquired LEARNING**

Home | Locations | Classroom Schedule | About Us | News | Contact Us

**Class Schedules**

**Adobe Premiere Level 2**

Learn the advanced capabilities of Adobe Premiere in two days of hands-on training. Attendees will learn how to use advanced interface and editing tools for producing broadcast-quality movies used for video, multimedia and the Web.

**What's covered**

Adding Effects          Motion Setting          Premiere Online
Creating Titles         Creating Output         Video and Audio Settings
Superimposing Clips      Capturing Video

**Dates**
Lancaster Sept 29 & 30 • Nov 29 & 30
Philadelphia Nov 22 & 23
Richmond Sept 29 & 30 • Nov 29 & 30
**Cost**
$749.00

**Sign Up Now!**

562633_1.DOC

**EXHIBIT 50**

## Plaintiff – AGI

AGI Internet Training

**Atlanta Dates**
Aug 30-31 • Oct 25-26 • Dec 27-28

**Chicago Dates**
Aug 30-31 • Oct 25-26 • Dec 27-28

**Los Angeles Dates**
Aug 30-31 • Oct 25-26 • Dec 27-28

**Washington DC Dates**
Aug 30-31 • Oct 25-26 • Dec 27-28

**Course Rate $695.00**
Register on-line
or by calling 800-851-9237

### Dreamweaver Level III

This two-day course extends Dreamweaver into the realm of database-driven sites. Requires knowledge of all topics in Dreamweaver Level I and Level II. Updated for version MX Back to top.

**Topics Covered**

· Database Connectivity   · Adding Dynamic Data   · Insert & Update Page

This class is a custom training.

Call 1-800-851-9237 for information and to schedule.

### Macromedia Flash Level I

Flash offers the only standard playback of vector graphics and animations in a Web browser. Flash files are resolution independent, anti-aliased, and stream real-time during playback offering the highest quality viewing experience. Flash movies break the bandwidth barrier with beautiful and compact animations, navigation interfaces, ad banners, logos, technical illustrations, long-form cartoons, interactive iconic books and much more. This introductory class is for the new user to Flash. Updated for version MX. Back to top.

**Topics Covered**

· Workspace Introduction   · Drawing Tools   · Fills & Gradients
· Introduction to Layers   · Importing Artwork   · Symbols & Instances
· Animation   · Scenes   · Actors
· Buttons   · Sound   · Publishing

## Defendant – Acquired Learning

Acquired Learning Class Schedules



acquired LEARNING

Home    Locations    Classroom Schedule    About Us    News    Contact Us

Class Schedules



### Macromedia Flash Level 1

This two-day class provides an introduction to the features and capabilities of Flash. Flash files offer standard playback of vector graphics and animations in a Web browser. Flash files are resolution independent and stream real-time during playback offering a high quality viewing experience.

**What's covered**

The Flash Authoring Tool
Creating Simple Graphics
Modifying Simple Graphics
Complex Graphics on a Single Layer

Graphics on Multiple Layers
Understanding the Library
Frame-by-Frame Animations

Using the Timeline
Animation with Motion Tweening
Animation with Shape Tweening

**Dates**
Lancaster Sept 7 & 8 • Nov 3 & 4 • Nov 29 & 30
Philadelphia Sept 13 & 14 • Nov 10 & 11
Richmond Sept 7 & 8 • Nov 3 & 4 • Nov 29 & 30

**Cost**
$695.00

Sign Up Now!

**EXHIBIT 51**

## Plaintiff – AGI

**Flash Level II**

Learn more about how Flash movies break the bandwidth barrier with beautiful and compact animations, navigation interfaces, ad banners, logos, technical illustrations, long-form cartoons, interactive comic books and much more. Updated for version MX. Back to top.

**Topics Covered**

| | | |
|---|---|---|
| • Animated Graphics | • Drawing Tools | • Animated Cursors |
| • Rollovers Buttons Symbols | • Frame Labels | • Symbols & Instances |
| • Frame & Button Actions | • Drop Down Menus | • Basic Action Scripts |
| • Movie Clips | • Sound Controls | • Properties & Values |

**Philadelphia, Lancaster, PA, Boston and New York City Dates**
Sept 22-23 • Nov 18-19 • Jan 18-19 • Mar 15-16 • May 17-18 • July 5-6

**Atlanta Dates**
July 21-22 • Sept 22-23 • Nov 18-19

**Chicago Dates**
July 21-22 • Sept 22-23 • Nov 18-19

---

## Defendant – Acquired Learning

Acquired Learning Class Schedules



acquired LEARNiNG

Home    Locations    Classroom Schedule    About Us    News    Contact Us

**Class Schedules**

### Macromedia Flash Level 2

Learn more about how Flash movies break the bandwidth barrier with beautiful and compact animations, navigation interfaces, ad banners, logos, technical illustrations, long-form cartoons, interactive comic books and much more.

**What's covered**

| | | |
|---|---|---|
| More-Complex Animation Tasks | Authoring Utilities | Adding Video |
| Building Buttons for Interactivity | Using Non-Flash Graphics | Delivering Movies to Your Audience |
| Basic Interactivity Using | Adding Sound | |
| Behaviors | | |

**Dates**
Lancaster Nov 10 & 11 • Nov 22 & 23
Philadelphia Sept 27 & 28
Richmond Nov 10 & 11 • Nov 22 & 23
**Cost**
$695.00

Sign Up Now!

562633_1.DOC