UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN GRAPHICS INSTITUTE, INC., and CHRISTOPHER SMITH,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ACQUIRED LEARNING, INC., SYSTEMS SOLUTION, INC., JUDEANN STIPE, DEAN NOVOSAT, CLARK EDWARDS, and RICHARD WEIN,<br><br>　　　　　Defendants. | Civil Action No. 04-12611-JLT |

### PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON AGI'S COPYRIGHT INFRINGEMENT CLAIM

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, plaintiffs hereby move that the Court enter partial summary judgment against defendants Acquired Learning Inc., Systems Solution, Inc., Dean Novasat, Richard Wein, Judeann Stipe, and Clark Edwards, finding defendants liable jointly and severally liable for infringement of plaintiff AGI's copyrights. This motion is supported by the Memorandum of Law submitted herewith, and by the Affidavits of Christopher Smith and Giovanna Fessenden, also submitted herewith.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Plaintiffs respectfully request an oral argument.

　　　　　　　　　　　　　　　　　　AMERICAN GRAPHICS INSTITUTE, INC.,
　　　　　　　　　　　　　　　　　　and CHRISTOPHER SMITH

　　　　　　　　　　　　　　　　　　By their attorneys,

Dated: July 19, 2005　　　　　　　/s/ Giovanna H. Fessenden
　　　　　　　　　　　　　　　　　　John L. DuPré   (BBO No. 549659)
　　　　　　　　　　　　　　　　　　Giovanna H. Fessenden (BBO No. 654681)
　　　　　　　　　　　　　　　　　　Hamilton, Brook, Smith & Reynolds, P.C.
　　　　　　　　　　　　　　　　　　530 Virginia Road
　　　　　　　　　　　　　　　　　　P.O. Box 9133
　　　　　　　　　　　　　　　　　　Concord, Massachusetts 01742-9133
　　　　　　　　　　　　　　　　　　Telephone:  (978) 341-0036
553278　　　　　　　　　　　　　　Facsimile:   (978) 341-0136

## CERTIFICATION UNDER L.R. 7.1(A)(2)

      Giovanna H. Fessenden hereby certifies that on July 19, 2005 she conferred with Ms. Caramello in an attempt in good faith to resolve or narrow the issues.  Ms. Caramello indicated that the defendants will oppose plaintiffs' motion for partial summary.

      /s/ Giovanna H. Fessenden
      Giovanna H. Fessenden

2