UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

AMERICAN GRAPHICS  INSTITUTE, INC.,
and CHRISTOPHER SMITH,

               Plaintiffs,

     v.

ACQUIRED LEARNING, INC., SYSTEMS
SOLUTION, INC., JUDEANN STIPE, DEAN
NOVOSAT, CLARK EDWARDS,
and RICHARD WEIN,

               Defendants.

Civil Action No. 04-12611-JLT

**AFFIDAVIT OF GIOVANNA H. FESSENDEN IN SUPPORT
OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY
JUDGMENT ON AGI'S COPYRIGHT INFRINGEMENT CLAIM**

GIOVANNA H. FESSENDEN states under oath as follows:

1.      I am an attorney admitted to practice before the Supreme Judicial Court of the Commonwealth of Massachusetts and before this Court.  I make this affidavit in support of Plaintiffs' Motion for Partial Summary Judgment on AGI's Copyright Infringement Claim.

2.      Attached hereto as Exhibit A is a true and accurate copy of a portion of the Richard Wein Affidavit, which was filed in support of Defendants' Motion to Dismiss for Lack of Jurisdiction or, in Alternative, to Transfer for Improper Venue, for which there is no dispute of genuine fact.

3.      Attached hereto as Exhibit B is a true and accurate copy of a portion of the Judeann Stipe Affidavit, which was filed in support of Defendants' Motion to Dismiss for

Lack of Jurisdiction or, in Alternative, to Transfer for Improper Venue, for which there is no dispute of genuine fact.

4.      Attached hereto as Exhibit C is a true and accurate copy of a portion of the Dean Novosat Affidavit, which was filed in support of Defendants' Motion to Dismiss for Lack of Jurisdiction or, in Alternative, to Transfer for Improper Venue, for which there is no dispute of genuine fact.

5.      Attached hereto as Exhibit D is a true and accurate copy of a portion of the Clark Edwards Affidavit, which was filed in support of Defendants' Motion to Dismiss for Lack of Jurisdiction or, in Alternative, to Transfer for Improper Venue, for which there is no dispute of genuine fact.

6.      Attached hereto as Exhibit E is a true and accurate copy of a portion of Defendants' Answer with Affirmative Defenses to Plaintiffs' Complaint.

7.      Attached hereto as Exhibit F is a true and accurate copy of a portion of the parties' Joint Statement Pursuant to Local Rule 16.1.

/s/ Giovanna H. Fessenden
Giovanna H. Fessenden

On this 18th day of July, 2005, before me, the undersigned notary public, personally appeared Giovanna H. Fessenden, proved to me through satisfactory evidence of identification, which was her Massachusetts drivers license, to be the person whose name is signed on the preceding or attached document, and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of her knowledge and belief.

_____
Notary Public
My commission expires:
_____

561541

2

**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

AMERICAN GRAPHICS INSTITUTE,　　　：
INC., and CHRISTOPHER SMITH,　　　　：
　　　　　　　　　　Plaintiffs　　　　：
　　　　　　　　　　　　　　　　　　：
　　　　　　　v.　　　　　　　　　　：　　　NO. 04-12611 JLT
　　　　　　　　　　　　　　　　　　：
ACQUIRED LEARNING, INC., SYSTEMS　：
SOLUTION INC., JUDEANN STIPE,　　　：
DEAN NOVOSAT, CLARK EDWARDS,　　 ：
and RICHARD WEIN,　　　　　　　　　：
　　　　　　　　　　Defendants　　　 ：

## AFFIDAVIT OF RICHARD WEIN

I, Richard Wein, state that I have personal knowledge of the matters set forth in this Affidavit and testify as follows:

1.　　I am President and 50% owner of Service Solutions, Inc., which trades as Systems Solution, Inc. ("SSI").

2.　　SSI is a Delaware corporation engaged in the business of reselling and leasing computer hardware and software to customers　　　　　　　　　　SSI also provides consulting work to its clients for their use of SSI's software products.

REDACTED

I swear under penalty of perjury that the foregoing Affidavit is true and accurate.  I have set my hand to this Affidavit on this _21 st_ day of January, 2005.

SYSTEMS SOLUTION, INC.

By: _____

Richard Wein, individually and on
behalf of SSI

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Lorraine P. McGuire, Notary Public
Upper Merion Twp., Montgomery County
My Commission Expires Mar. 30, 2008
Member, Pennsylvania Association Of Notaries

_____ 1/21/05

For Notary Purposes Only
My Commission Expires on: _3/30/08_

REDACTED

62982

**EXHIBIT B**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

AMERICAN GRAPHICS INSTITUTE,　　　：
INC., and CHRISTOPHER SMITH,　　　　：
　　　　　　　　Plaintiffs　　　　　　　：
　　　　　　　　　　　　　　　　　　　　：
　　　　　　　v.　　　　　　　　　　　　：　　　NO. 04-12611 JLT
　　　　　　　　　　　　　　　　　　　　：
ACQUIRED LEARNING, INC., SYSTEMS　：
SOLUTION INC., JUDEANN STIPE,　　　　：
DEAN NOVOSAT, CLARK EDWARDS,　　　：
and RICHARD WEIN,　　　　　　　　　　：
　　　　　　　　Defendants　　　　　　　：

## AFFIDAVIT OF JUDEANN STIPE

　　　I, Judeann Stipe, state that I have personal knowledge of the matters set forth in this
Affidavit and testify as follows:

　　　2.　　　From 1996 through July of 2004 I was employed by American Graphics Institute,
Inc. ("AGI") as a sales representative.

　　　3.　　　In September of 2004, I was hired by Acquired Learning, Inc. ("Acquired
Learning") as a sales representative.

REDACTED

I swear under penalty of perjury that the foregoing Affidavit is true and accurate.  I have set my hand to this Affidavit on this _19th_ day of January, 2005.


By: _Judeann Stipe_
　　Judeann Stipe

_Lidia Gonzales_
For Notary Purposes Only
My Commission Expires on: _4-23-07_

NOTARIAL SEAL
LIDIA J. GONZALEZ, Notary Public
City Of Lancaster, Lancaster County
My Commission Expires April 23, 2007

63399                                2

**EXHIBIT C**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

AMERICAN GRAPHICS INSTITUTE,    :
INC., and CHRISTOPHER SMITH,    :
          Plaintiffs    :
    :
          v.    :    NO. 04-12611 JLT
    :
ACQUIRED LEARNING, INC., SYSTEMS    :
SOLUTION INC., JUDEANN STIPE,    :
DEAN NOVOSAT, CLARK EDWARDS,    :
and RICHARD WEIN,    :
          Defendants    :

## AFFIDAVIT OF DEAN NOVOSAT

    I, Dean Novosat, state that I have personal knowledge of the matters set forth in this Affidavit and testify as follows:

    2.    I am Chief Operating Officer and co-owner of Acquired Learning, Inc. ("Acquired Learning"), which is a Pennsylvania corporation engaged in the business of providing computer consulting services and computer training.

REDACTED

ACQUIRED LEARNING, INC.

By:  _____

Dean Novosat, individually and
on behalf of Acquired Learning, Inc.

_Barbara E Ecenrode_

For Notary Purposes Only
My Commission Expires on: _April 23 2008_

Commonwealth of Pennsylvania
NOTARIAL SEAL
BARBARA E. ECENRODE, Notary Public
East Hempfield Twp., Lancaster Co., PA
My Commission Expires April 23, 2008

62987

**EXHIBIT D**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

AMERICAN GRAPHICS INSTITUTE,　　　　:
INC., and CHRISTOPHER SMITH,　　　　　:
　　　　　　　　　Plaintiffs　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　v.　　　　　　　　　　　　:　　　NO. 04-12611 JLT
　　　　　　　　　　　　　　　　　　　　:
ACQUIRED LEARNING, INC., SYSTEMS　　:
SOLUTION INC., JUDEANN STIPE,　　　　:
DEAN NOVOSAT, CLARK EDWARDS,　　　　:
and RICHARD WEIN,　　　　　　　　　　　:
　　　　　　　　　Defendants　　　　　　:

## AFFIDAVIT OF CLARK EDWARDS

I, Clark Edwards, state that I have personal knowledge of the matters set forth in this Affidavit and testify as follows:

2.　　　I am President and co-owner of Acquired Learning, Inc. ("Acquired Learning"), which is a Pennsylvania corporation engaged in the business of providing computer consulting services and computer training.

I swear under penalty of perjury that the foregoing Affidavit is true and accurate. I have set my hand to this Affidavit on this ___19th___day of January, 2005.

REDACTED

62990

ACQUIRED LEARNING, INC.

By: _____          _____
Clark Edwards, individually and on     For Notary Purposes Only
behalf of Acquired Learning, Inc.       My Commission Expires on: 4-23-07

```
                              NOTARIAL SEAL
                     LIDIA J. GONZALEZ, Notary Public
                   City Of Lancaster, Lancaster County
                  My Commission Expires April 23, 2007
```

62990

**EXHIBIT E**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

RECEIVED

MAR 17 2005

AMERICAN GRAPHICS INSTITUTE,
INC., and CHRISTOPHER SMITH,
                 Plaintiffs

              v.

ACQUIRED LEARNING, INC., SYSTEMS
SOLUTION, INC., JUDEANN STIPE,
DEAN NOVOSAT, CLARK EDWARDS,
and RICHARD WEIN,
                 Defendants

:
:
:
:
:
:
:
:
:
:
:
:

NO. 04-12611 JLT

## DEFENDANTS' ANSWER WITH AFFIRMATIVE
## DEFENSES TO PLAINTIFFS' COMPLAINT

5.                                 It is admitted that Acquired Learning, Inc.

("Acquired Learning") is a Pennsylvania corporation in the business of providing consulting

services and training courses relating to computers, software and electronic print publishing.

REDACTED

64767

6.          It is admitted that Systems Solution, Inc. ("SSI")

is a Delaware corporation at the noted address engaged in the business of computer reselling and

provider of technical services.

13.          It is admitted that Stipe and Edwards were

former employees of AGI.  It is admitted that Novosat was a former consultant to AGI.

REDACTED

By way of further answer, Acquired Learning was formed by co-owners and Defendants Clark and Novosat in July of 2004.

14.                                    Novosat and Edwards operate a website found at or through URL "acquiredlearning.com," which offers course descriptions and software training courses online.  The website was registered by Mr. Novosat.

17.                        SSI operates a website found at or through URL "ssi-net.com," which describes and markets software training courses online.  The website was registered by Defendant Wein.

REDACTED

## AFFIRMATIVE DEFENSES

### Third Affirmative Defense

37.    Some or all of Plaintiffs' claims are barred by the Doctrine of Waiver.

### Fourth Affirmative Defense

38.    Some or all of Plaintiffs' claims are barred by the Doctrine of Consent.

### Fifth Affirmative Defense

39.    Some or all of Plaintiffs' claims are barred by the Doctrine of Estoppel.

REDACTED

HOLLAND & KNIGHT LLP

By: _____

James D. Smeallie, Esquire
BBO # 467380
10 St. James Avenue, 11th Floor
Boston, MA 02116
(617) 573-5812
Attorney for Defendants Acquired
Learning, Inc., Systems Solution, Inc.,
Judeann Stipe, Dean Novosat, Clark
Edwards, and Richard Wein

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document

was served upon the following persons and in the manner indicated below:

Service by regular mail:

John L. DuPré, Esq.
Hamilton, Brook, Smith & Reynolds, P.C.
530 Virginia Road
P.O. Box 9133
Concord, MA 01742-9133

HOLLAND & KNIGHT LLP

By: _____

James D. Smeallie, Esquire

# 2692607_v1

64767                               6

REDACTED

**EXHIBIT F**

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN GRAPHICS INSTITUTE, INC., and CHRISTOPHER SMITH, <br><br> Plaintiffs, <br><br> v. <br><br> ACQUIRED LEARNING, INC., SYSTEMS SOLUTION, INC., JUDEANN STIPE, DEAN NOVOSAT, CLARK EDWARDS, and RICHARD WEIN, <br><br> Defendants. | Civil Action No. 04-12611-JLT |

**JOINT STATEMENT**
**PURSUANT TO LOCAL RULE 16.1**

The defendants deny any infringement or unfair

competition, and maintain they were authorized to use the information at issue.

REDACTED

By their attorneys,

The plaintiffs, AMERICAN GRAPHICS
INSTITUTE, INC., and CHRISTOPHER
SMITH

_____

John L. DuPré (BBO No. 549659)
Giovanna H. Fessenden (BBO No. 654681)
Hamilton, Brook, Smith & Reynolds, P.C.
530 Virginia Road
P.O. Box 9133
Concord, Massachusetts 01742-9133
Telephone: (978) 341-0036
Facsimile: (978) 341-0136

Dated: _____4/26_____, 2005

541261

The defendants, ACQUIRED LEARNING,
INC., SYSTEMS SOLUTION, INC.,
JUDEANN STIPE, DEAN NOVOSAT,
CLARK EDWARDS and RICHARD
WEIN

_____

James D. Smeallie (BBO No. 467380)
Heather Esme Caramello (BBO No. 600896)
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

Dated: _____April 25_____, 2005

4