UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMERICAN GRAPHICS INSTITUTE, INC. and CHRISTOPHER SMITH, <br><br> Plaintiffs, <br><br> v. <br><br> ACQUIRED LEARNING, INC., SYSTEMS SOLUTION, INC., JUDEANNE STIPE, DEAN NOVOSAT, CLARK EDWARDS, and RICHARD WEIN, <br><br> Defendants. | Civil Action No. 04-12611-JLT |

## NOTICE OF APPEARANCE OF JASON W. MORGAN

Kindly enter my appearance on behalf of Defendants Acquired Learning, Inc., Systems Solution, Inc., Judeanne Stipe, Dean Novosat, Clark Edwards, and Richard Wein in the above-captioned action.

Dated: July 29, 2005

/s/ Jason W. Morgan
Jason W. Morgan (BBO #633802)
Drohan, Hughes, Tocchio & Morgan, P.C.
175 Derby Street, Suite 30
Hingham, MA  02043
Tel.:  (781) 749-7200
Fax:  (781) 740-4335
jmorgan@dhtmlaw.com

## CERTIFICATE OF SERVICE

I, Jason W. Morgan, hereby certify that on July 29, 2005, I served a true and correct copy of the foregoing by First Class U.S. Mail upon all counsel of record.

/s/ Jason W. Morgan
Jason W. Morgan