UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN GRAPHICS INSTITUTE, INC. and CHRISTOPHER SMITH,<br><br>            Plaintiffs,<br><br>v.<br><br>ACQUIRED LEARNING, INC., SYSTEMS SOLUTION, INC., JUDEANN STIPE, DEAN NOVOSAT, CLARK EDWARDS and RICHARD WEIN,<br><br>            Defendants. | C.A. No. 04 12611 JLT |

## JOINT MOTION TO EXTEND DEADLINES

The parties jointly move this Court to extend (1) the deadline for Defendants to respond to the pending motion for summary judgment against them (currently August 2, 2005), (2) the discovery deadline (currently September 1, 2005), and (3) the September 6, 2005 status conference. As grounds for this motion, the parties state as follows:

(1) Defendants just changed counsel, from Holland & Knight to Drohan, Hughes, Tocchio & Morgan, P.C.;

(2) The parties have agreed to a reasonable extension of time to allow new counsel to become familiar with the case and to proceed with the case, as follows:

    (a) Defendants shall have an additional ten (10) days, until August 12, 2005, to respond to the pending summary judgment motion;

    (b) The parties agree to extend the discovery deadline by one month, until October 1, 2005; and

    (c) The parties agree to postpone the September 6, 2005 status conference until after the October 1, 2005 discovery deadline.

(3) Neither party will be unfairly prejudiced by these modest extensions; and

(4) The requested extensions will not unduly delay the just disposition of this case.

- 2 -

WHEREFORE, the parties jointly and respectfully request that the Court grant this motion and order as follows:

    (a)    Defendants shall have an additional ten (10) days, until August 12, 2005, to respond to the pending summary judgment motion;

    (b)    The discovery deadline shall be extended by one month, until October 1, 2005; and

    (c)    The September 6, 2005 status conference shall be postponed and set for a date after the October 1, 2005 discovery deadline.

Respectfully submitted,

| | |
|---|---|
| /s/    John L. DuPré | /s/    Jason W. Morgan |
| John L. DuPré (BBO #549659) | Jason W. Morgan (BBO #633802) |
| John.DuPre@hbsr.com | jmorgan@dhtmlaw.com |
| Giovanna H. Fessenden (BBO #654681) | DROHAN, HUGHES, TOCCHIO & MORGAN, P.C. |
| Giovanna.Fessenden@hbsr.com | 175 Derby Street, Suite 30 |
| HAMILTON, BROOK, SMITH & REYNOLDS, P.C. | Hingham, Massachusetts 02043 |
| 530 Virginia Road | Tel.:   (781) 749-7200 |
| P.O. Box 9133 | Fax:   (781) 740-4335 |
| Concord, Massachusetts 01742-9133 | |
| Tel.:   (978) 341-0036 | |
| Fax:   (978) 341-0136 | |
| | |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |

Dated: August 2, 2005