UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN GRAPHICS INSTITUTE, INC. and CHRISTOPHER SMITH,<br>　　　　Plaintiffs,<br><br>v.<br><br>ACQUIRED LEARNING, INC., SYSTEMS SOLUTION, INC., JUDEANN STIPE, DEAN NOVOSAT, CLARK EDWARDS and RICHARD WEIN,<br>　　　　Defendants. | C.A. No. 04 12611 JLT |

## REQUEST FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local rule 83.5.2(c), James D. Smeallie, Esq., H. Esme Caramello, Esq. and the law firm of Holland & Knight LLP hereby respectfully request leave of this Court to withdraw as counsel of record for the defendants, Acquired Learning, Inc., Systems Solution, Inc., Judeann Stipe, Dean Novosat, Clark Edwards and Richard Wein.

As reason therefore, said counsel states that the defendants have retained new counsel to defend this action and have terminated the services of Mr. Smeallie, Ms. Caramello and Holland & Knight LLP. Defendants' substituted counsel, Jason Morgan, Esq. and the law firm of Drohan, Hughes, Tocchio & Morgan, P.C., filed their appearance as counsel of record for the defendants on July 29, 2005.

Therefore, James D. Smeallie, Esq., H. Esme Caramello, Esq. and the law firm of Holland & Knight LLP respectfully request leave of this Court to withdraw their appearance as

# 3100429_v1

counsel for the defendants, Acquired Learning, Inc., Systems Solution, Inc., Judeann Stipe, Dean Novosat, Clark Edwards and Richard Wein.

Respectfully submitted,

HOLLAND & KNIGHT LLP

/s/ James D. Smeallie
James D. Smeallie (BBO #467380)
Heather Esme Caramello (BBO #600896)
Holland & Knight LLP
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

Dated: August 3, 2005

# 3100429_v1

2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN GRAPHICS INSTITUTE, INC. and CHRISTOPHER SMITH,<br>    Plaintiffs,<br><br>v.<br><br>ACQUIRED LEARNING, INC., SYSTEMS SOLUTION, INC., JUDEANN STIPE, DEAN NOVOSAT, CLARK EDWARDS and RICHARD WEIN,<br>    Defendants. | C.A. No. 04 12611 JLT |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the attached REQUEST FOR LEAVE TO WITHDRAW AS COUNSEL was served upon the following persons in the manner indicated below:

Service by first-class mail, postage prepaid:

John L. DuPre, Esq.
Giovanna Fessenden, Esq.
Hamilton, Brook, Smith & Reynolds, P.C.
530 Virginia Road
Post Office Box 9133
Concord, MA  01742-9133


Jason Morgan, Esq.
Drohan, Hughes, Tocchio & Morgan, P.C.
175 Derby Street
Hingham, MA  02043

- 2 -

Mr. Clark Edwards
Ms. Judeann Stipe
Mr. Dean Novosat
Acquired Learning, Inc.
1861 Charter Lane
Suite 105
Lancaster, PA  17602


Mr. Rich Wein
Systems Solution, Inc.
376 Crooked Lane
King of Prussia, PA  19406


Respectfully submitted,

HOLLAND & KNIGHT LLP


/s/ James D. Smeallie
James D. Smeallie (BBO No. 467380)
H. Esme Caramello (BBO No. 600896)
**HOLLAND & KNIGHT LLP**
10 St. James Avenue
Boston, MA  02116
(617) 523-2700 (Telephone)
(617) 523-6850 (Facsimile)

Dated:  August 3, 2005

# 3109387_v1