UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AMERICAN GRAPHICS  INSTITUTE, INC.,
and CHRISTOPHER SMITH,

              Plaintiffs,

       v.

ACQUIRED LEARNING, INC., SYSTEMS
SOLUTION, INC., JUDEANN STIPE, DEAN
NOVOSAT, CLARK EDWARDS,
and RICHARD WEIN,

             Defendants.

Civil Action No. 04-12611-JLT

## PLAINTIFFS' MOTION TO AMEND THE COMPLAINT

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, plaintiffs hereby move that the Court grant plaintiffs leave to amend the complaint in this action.  The proposed amended complaint is attached hereto as Exhibit 1.  This motion is supported by the Memorandum of Law submitted herewith, and by the Affidavit of Christopher Smith, also submitted herewith.

Dated: August 10, 2005

/s/ Giovanna H. Fessenden
John L. DuPré   (BBO No. 549659)
Giovanna H. Fessenden (BBO No. 654681)
Hamilton, Brook, Smith & Reynolds, P.C.
530 Virginia Road
P.O. Box 9133
Concord, Massachusetts 01742-9133
Telephone:  (978) 341-0036
Facsimile:   (978) 341-0136

567568

1

## <u>CERTIFICATION UNDER L.R. 7.1(A)(2)</u>

Giovanna H. Fessenden hereby certifies that on August 10, 2005 she conferred with Mr. Morgan in an attempt in good faith to resolve or narrow the issues.

/s/ Giovanna H. Fessenden

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN GRAPHICS  INSTITUTE, INC., and CHRISTOPHER SMITH<br><br>Plaintiffs,<br><br><br>v.<br><br>ACQUIRED LEARNING, INC., SYSTEMS SOLUTION, INC., JUDEANN STIPE, DEAN NOVOSAT, CLARK EDWARDS, and RICHARD WEIN,<br><br>Defendants. | Civil Action No. 04-12611-JLT<br><br>AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, UNFAIR COMPETITION, BREACH OF DUTY OF LOYALTY, TRADE SECRET MISAPPROPRIATION AND TORTIOUS INTERFERENCE WITH BUSINESS ADVANTAGE |

## AMENDED COMPLAINT

The plaintiffs, American Graphics Institute, Inc., and Christopher Smith, for their complaint against the defendants, Acquired Learning, Inc., Systems Solution, Inc., Judeann Stipe, Dean Novosat, Clark Edwards, and Richard Wein, state that:

## NATURE OF ACTION

1.      This is an action for copyright infringement, unfair competition, trade secret misappropriation, breach of duty of loyalty and tortious interference with business advantage.  Plaintiffs are seeking injunctive relief as well as monetary damages.

## JURISDICTION AND VENUE

2.      This Court has jurisdiction over these claims pursuant to 28 U.S.C. §§1331 and 1338(a), and principles of supplemental jurisdiction.  This Court has venue under 28 U.S.C. §§ 1391(b) and (c).

## THE PARTIES

3.      Plaintiff, American Graphics Institute, Inc. ("AGI"), is a Massachusetts corporation established under the laws of the State of Massachusetts, with its principal place of business in this District, and is actively engaged in the business of providing consulting services and training courses related to computers, software, and electronic and print publishing.

4.      Plaintiff, Christopher Smith, is an individual who resides at 38 York Street, Andover, Massachusetts.  Mr. Smith is the president and co-founder of AGI.

5.      Upon information and belief, defendant, Acquired Learning, Inc. ("Acquired Learning"), is a Pennsylvania corporation that transacts business in this District, with a mailing address of 1514 Quarry Lane, Lancaster, Pennsylvania.  Acquired Learning is in the business of providing consulting services and training courses related to computers, software, and electronic and print publishing.

6.      Upon information and belief, defendant, Service Solutions, Inc., which trades as Systems Solution, Inc. ("SSI"), is a Delaware corporation that transacts business in this District, with a mailing address of 376 Crooked Lane, King of Prussia, Pennsylvania.  SSI is in the business of computer reselling, a provider of technical consulting services.

7.      Upon information and belief, defendant, Judeann Stipe, is an individual who resides at 1696 Pioneer Road, Lancaster, Pennsylvania, and is employed by defendant Acquired Learning.

8.      Upon information and belief, defendant, Dean Novosat, is an

individual with a mailing address of 1514 Quarry Lane, Lancaster, Pennsylvania, and is employed by defendant Acquired Learning.

9.      Upon information and belief, defendant, Clark Edwards, is an individual with a mailing address of 495 North Oak Street, Lititz, Pennsylvania, who is employed by defendant Acquired Learning.

10.      Upon information and belief, defendant, Richard Wein, is an individual with a mailing address of 1124 Upper Gulph Road, Wayne, Pennsylvania, and is the president of defendant SSI.

## FACTS

**The Copyrighted Works**

11.      AGI owns and controls the copyrights in a website, authored by AGI and found at or through the URL, [www.agitraining.com](www.agitraining.com) ("AGI Internet Website"), for which the Register of Copyrights has duly issued Registration Certificate Nos. TX 6-052-029 and TX 6-062-024.  Copies of the registrations are attached hereto as Exhibits A and B.

12.      Christopher Smith is an owner of the copyrights in the book, InDesign for QuarkXPress Users, authored by David Blatner, Christopher Smith, Steve Werner, for which the Register of Copyrights has duly issued Registration Certificate No. TX 5-751-587.  A copy of the copyright registration is attached hereto as Exhibit C.

**Defendants' Improper Activities**

13.      Defendants Judeann Stipe, and Clark Edwards were former employees of plaintiff, AGI.  Defendant Dean Novosat was a former consultant to AGI.

Judeann Stipe left AGI on or about June or July 2004, and Clark Edwards left AGI on or about June 2002. Upon information and belief, Judeann Stipe, Clark Edwards and Dean Novosat formed the defendant corporation, Acquired Learning, on July 19, 2004.

14.    Upon information and belief, defendants Acquired Learning, Judeann Stipe, Dean Novosat, and Clark Edwards operate a website that is found at or through the URL, "acquiredlearning.com" ("Acquired Infringing Website"). The domain name of the Acquired Infringing Website was registered by Dean Novosat. These named defendants also produce software training course materials. The Acquired Infringing Website described and marketed the software training courses, which are produced by these named defendants, that Acquired Learning and its individual employee defendants offer throughout the United States, and in this District, using copyrighted content of AGI. The Acquired Infringing Website advertised over a dozen software training courses using descriptions that are copied from AGI's course descriptions. A version of AGI's website juxtaposed with a version of Acquired Infringing Website containing infringing text, some of which has been highlighted by plaintiffs' counsel, is attached hereto as Exhibit D.

15.    Upon information and belief, defendants Acquired Learning, Judeann Stipe, Dean Novosat, and Clark Edwards copied proprietary content, website content, course content and advertising materials of plaintiffs onto defendants' computer servers, and in defendants' course advertising materials.

16.    Defendants Acquired Learning, Judeann Stipe, Dean Novosat, and Clark Edwards did not seek or obtain the permission of any of the plaintiffs prior to

copying the plaintiffs' works.  Plaintiffs have not granted Acquired Learning, Judeann

Stipe, Dean Novosat, or Clark Edwards such permission.

       17.    Upon information and belief, SSI and its president, Richard Wein,

operate a website found at or through the URL, "ssi-net.com" ("SSI Infringing Website")

The domain of the SSI Infringing Website was registered by Richard Wein.  These

named defendants also produce software training course materials.  The SSI Infringing

Website described and marketed software training courses, which are produced by these

named defendants, that SSI and Mr. Wein offer throughout the United States, and in this

District, through SSI's affiliate, Acquired Learning, using copyrighted content of AGI.

The SSI Infringing Website advertised dozens of software training courses using

descriptions that are copied from AGI's course descriptions.  A version of AGI's website

juxtaposed with a version of the SSI Infringing Website containing infringing text, some

of which has been highlighted by plaintiffs' counsel, is attached hereto as Exhibit E.

       18.    Upon information and belief, defendants, SSI and Richard Wein,

copied proprietary content, website content, course content and advertising materials of

plaintiffs, onto defendants' computer servers and in defendants' advertising materials.

       19.    Defendants SSI and Richard Wein did not seek or obtain the

permission of any of the plaintiffs prior to copying their works.  Plaintiffs have not

granted Acquired Learning or Richard Wein such permission.

       20.    Upon information and belief, defendants Acquired Learning, Stipe,

Edwards and Novosat misappropriated and used, to AGI's determinant, confidential

customer confidential information from AGI's customer lists and customer scheduling

database, which constitute AGI's trade secrets.

## Count I: Copyright Infringement

21.     Plaintiffs incorporate by reference all the allegations of paragraphs 1 through 20, inclusive.

22.     Plaintiff AGI owns the copyrighted material in the AGI Internet Website, found at or through the URL, www.agitraining.com.

23.     Plaintiff Christopher Smith is an owner of the copyrights in the book, InDesign for QuarkXPress Users, authored by David Blatner, Christopher Smith, Steve Werner.

24.     Plaintiffs have complied in all respects with 17 U.S.C. §§ 101 et seq., and secured the exclusive rights and privileges in and to the copyrights of the above-referenced works.  Plaintiffs have been, and still are, proprietors of the rights, title, and interest in and to the copyrights in their respective works as referenced above.

25.     Defendants' conduct, including but not limited to, the unauthorized copying of plaintiffs' copyrighted works onto defendants' computer servers and in defendants' advertising materials, infringes at least some of plaintiffs' exclusive rights to reproduce those works under Section 106 of the Copyright Act (17 U.S.C. § 106).

26.     Upon information and belief, as a direct and proximate result of their wrongful conduct, defendants have realized and continue to realize profits and other benefits rightfully belonging to plaintiffs.

27.     Defendants' infringing conduct has also caused, and continues to cause, substantial and irreparable injury and damage to plaintiffs in an amount not

capable of determination, and, unless restrained, will cause further irreparable injury, leaving the plaintiffs with no adequate remedy at law.

28.    Upon information and belief, defendants have willfully engaged in, and are willfully engaging in, the acts complained of with oppression, fraud, and malice, and in conscious disregard of the rights of plaintiffs.

## Count II: Common Law Unfair Competition

29.    Plaintiffs incorporate by reference all the allegations of paragraphs 1 through 28, inclusive.

30.    Upon information and belief, defendants have conspired with each other and embarked on a course of conduct to compete with plaintiffs by misdirecting customers that would otherwise purchase courses or publications offered by plaintiffs. As part of this scheme of unfair competition, defendants have misappropriated plaintiffs' proprietary content, including plaintiffs' course descriptions and course advertising materials, in undertaking a venture to compete with plaintiffs.

31.    Upon information and belief, as part of this scheme of conduct to compete with plaintiffs by misdirecting customers, defendants have improperly retained the benefit of plaintiffs' proprietary content without compensating plaintiffs for its value.

32.    Upon information and belief, as a direct and proximate result of their wrongful conduct, defendants have realized and continue to realize profits and other benefits rightfully belonging to plaintiffs.  Accordingly, plaintiffs seek an award of all profits derived by defendants as a result of their wrongful conduct.

33.    Defendants' wrongful conduct has also caused, and continues to

cause, substantial and irreparable injury and damage to plaintiffs in an amount not

capable of determination, and, unless restrained, will cause further irreparable injury,

leaving the plaintiffs with no adequate remedy at law.

34.    Upon information and belief, defendants have willfully engaged in,

and are willfully engaging in, the acts complained of with oppression, fraud, and malice,

and in conscious disregard of the rights of plaintiffs.  Plaintiffs are, therefore, entitled to

the maximum damages allowable.

35.    Defendants' aforesaid acts constitute unfair competition with

plaintiffs under common law of the various states, including the state of Massachusetts,

and result in the unjust enrichment of defendants.

**Count III: Common Law Misappropriation
of AGI's Trade Secrets by Acquired Learning, Stipe, Edwards and Novosat**

36.    Plaintiffs incorporate by reference all the allegations of

paragraphs 1 through 35, inclusive.

37.    Upon information and belief, the defendants Acquired Learning,

Stipe, Edwards and Novosat have actively participated with each other to misappropriate

AGI's trade secrets in its confidential customer list and confidential customer scheduling

database, and AGI has been damaged thereby.

38.    Upon information and belief, the defendants Acquired Learning,

Stipe, Edwards and Novosat have conspired with each other and embarked on a course of

conduct to compete with plaintiffs by misappropriating plaintiffs' confidential proprietary

customer information to solicit customers who would otherwise purchase courses or

publications offered by plaintiffs.

39.     Upon information and belief, as part of this scheme of conduct to compete with plaintiffs, defendants Acquired Learning, Stipe, Edwards and Novosat have improperly retained the benefit of plaintiffs' confidential proprietary customer information without compensating plaintiffs for its value.

40.     Upon information and belief, as a direct and proximate result of their wrongful conduct, defendants Acquired Learning, Stipe, Edwards and Novosat have realized and continue to realize profits and other benefits rightfully belonging to plaintiffs.  Accordingly, plaintiffs seek an award of all profits derived by defendants Acquired Learning, Stipe, Edwards and Novosat as a result of their wrongful conduct.

41.     Defendants Acquired Learning, Stipe, Edwards and Novosat's wrongful conduct has also caused, and continues to cause, substantial and irreparable injury and damage to plaintiffs in an amount not capable of determination, and, unless restrained, will cause further irreparable injury, leaving the plaintiffs with no adequate remedy at law.

42.     Upon information and belief, defendants Acquired Learning, Stipe, Edwards and Novosat have willfully engaged in, and are willfully engaging in, the acts complained of with oppression, fraud, and malice, and in conscious disregard of the rights of plaintiffs.  Plaintiffs are, therefore, entitled to the maximum damages allowable.

### Count IV: Trade Secret Misappropriation by
### Acquired Learning, Stipe, Edwards and Novosat – Mass. G.L. ch. 93, §42

43.     Plaintiffs incorporate by reference all the allegations of paragraphs 1 through 42, inclusive.

44.     Upon information and belief, each of the defendants Acquired

Learning, Stipe, Edwards and Novosat has actively participated with each other to misappropriate and convert AGI's trade secrets and proprietary confidential information by their wrongful disclosure and use of those trade secrets and proprietary confidential information in violation of Mass. G.L. ch. 93, §42, and AGI has been damaged thereby.

45.     Upon information and belief, defendants Acquired Learning, Stipe, Edwards and Novosat have conspired with each other and embarked on a course of conduct to compete with plaintiffs by misappropriating plaintiffs' confidential proprietary customer information to solicit customers that would otherwise purchase courses or publications offered by plaintiffs.

46.     Upon information and belief, as part of this scheme of conduct to compete with plaintiffs, defendants Acquired Learning, Stipe, Edwards and Novosat have improperly retained the benefit of plaintiffs' confidential proprietary customer information without compensating plaintiffs for its value.

47.     Upon information and belief, as a direct and proximate result of their wrongful conduct, defendants Acquired Learning, Stipe, Edwards and Novosat have realized and continue to realize profits and other benefits rightfully belonging to plaintiffs.  Accordingly, plaintiffs seek an award of all profits derived by defendants as a result of their wrongful conduct.

48.     Defendants' wrongful conduct has also caused, and continues to cause, substantial and irreparable injury and damage to plaintiffs in an amount not capable of determination, and, unless restrained, will cause further irreparable injury, leaving the plaintiffs with no adequate remedy at law.

49.    Upon information and belief, defendants Acquired Learning, Stipe, Edwards and Novosat have willfully engaged in, and are willfully engaging in, the acts complained of with oppression, fraud, and malice, and in conscious disregard of the rights of plaintiffs.  Plaintiffs are, therefore, entitled to the maximum damages allowable.

### Count V: Breach of Common Law Duty of Loyalty by Stipe

50.    Plaintiffs incorporate by reference all the allegations of paragraphs 1 through 49, inclusive.

51.    Upon information and belief, defendant Stipe has breached her common law duty of loyalty to AGI by her foregoing conduct, including her misuse and misappropriation of AGI's confidential information that was entrusted to her while she was employed at AGI, and by her otherwise acting adversely to AGI's interests as alleged hereinabove.

52.    Upon information and belief, defendant Stipe has embarked on a course of conduct to compete with plaintiffs by misdirecting customers that would otherwise purchase courses or publications offered by plaintiffs.  As part of this scheme of misdirecting customers, defendant Stipe has misappropriated plaintiffs' proprietary content, in undertaking a venture to compete with plaintiffs.

53.    AGI has been damaged by defendant Stipe's breaches of her duty of loyalty to AGI.

54.    Upon information and belief, defendant Stipe has willfully engaged in, the acts complained of with oppression, fraud, and malice, and in conscious disregard of the rights of plaintiffs.  Plaintiffs are, therefore, entitled to the maximum

damages allowable.

**Count VI: Unfair Competition by Defendants
Acquired Learning, Stipe, Edwards and Novosat -- Mass. G.L. ch. 93A, §11**

55.    Plaintiffs incorporate by reference all the allegations of

paragraphs 1 through 54, inclusive.

56.    At all relevant times, both AGI and defendants Acquired Learning,

Stipe, Edwards and Novosat, have been engaged in trade or commerce.

57.    Upon information and belief, defendants Acquired Learning, Stipe,

Edwards and Novosat have conspired with each other and embarked on a course of

conduct to compete with plaintiffs by misdirecting customers who would otherwise

purchase courses or publications offered by plaintiffs.  As part of this scheme of unfair

competition, defendants Acquired Learning, Stipe, Edwards and Novosat have

misappropriated plaintiffs' proprietary content, including plaintiffs' course descriptions

and course advertising materials, in undertaking a venture to compete with plaintiffs.

58.    Upon information and belief, as part of this scheme of conduct to

compete with plaintiffs by misdirecting customers, defendants Acquired Learning, Stipe,

Edwards and Novosat have improperly retained the benefit of plaintiffs' proprietary

content without compensating plaintiffs for its value.

59.    Upon information and belief, as a direct and proximate result of

their wrongful conduct, defendants Acquired Learning, Stipe, Edwards and Novosat have

realized and continue to realize profits and other benefits rightfully belonging to

plaintiffs.  Accordingly, plaintiffs seek an award of all profits derived by defendants

Acquired Learning, Stipe, Edwards and Novosat as a result of their wrongful conduct.

60.     Defendants Acquired Learning, Stipe, Edwards and Novosat's wrongful conduct has also caused, and continues to cause, substantial and irreparable injury and damage to plaintiffs in an amount not capable of determination, and, unless restrained, will cause further irreparable injury, leaving the plaintiffs with no adequate remedy at law.

61.     Upon information and belief, defendants Acquired Learning, Stipe, Edwards and Novosat's foregoing conduct constitutes unfair competition with AGI, and unfair or deceptive acts and practices, in violation of Mass. G.L. ch. 93A, §11, and AGI has been damaged thereby.

62.     Upon information and belief, defendants Acquired Learning, Stipe, Edwards and Novosat's foregoing unfair competition and their use and employment of the foregoing unfair and deceptive acts or practices was willful and knowing.

63.     Upon information and belief, defendants have willfully engaged in, and are willfully engaging in, the acts complained of with oppression, fraud, and malice, and in conscious disregard of the rights of plaintiffs.  Plaintiffs are, therefore, entitled to the maximum damages allowable.

### Count VII: Tortious Interference With Business Advantage by Defendants Acquired Learning, Stipe, Edwards and Novosat

64.     Plaintiffs incorporate by reference all the allegations of paragraphs 1 through 63, inclusive.

65.     AGI had and continues to have business relationships with its customers and anticipates a reasonable expectancy of financial benefit to be derived from its business relationships with its customers.

66.    Defendants Acquired Learning, Stipe, Edwards and Novosat had knowledge of Plaintiffs' relationships with its customers.

67.    Upon information and belief, defendants Acquired Learning, Stipe, Edwards and Novosat interfered with the plaintiffs' business relationships by improperly obtaining information from AGI's confidential customer scheduling database and AGI's confidential customer lists.

68.    Upon information and belief, defendants Acquired Learning, Stipe, Edwards and Novosat acted with the intent of steering business away from AGI to Acquired Learning.

69.    Upon information and belief, plaintiffs' loss of its business advantage with said customers is a direct result of defendants Acquired Learning, Stipe, Edwards and Novosat's conduct.

70.    Upon information and belief, as a direct and proximate result of their wrongful conduct, defendants Acquired Learning, Stipe, Edwards and Novosat have realized and continue to realize profits and other benefits rightfully belonging to plaintiffs.  Accordingly, plaintiffs seek an award of all profits derived by defendants Acquired Learning, Stipe, Edwards and Novosat as a result of their wrongful conduct.

71.    Defendants Acquired Learning, Stipe, Edwards and Novosat's wrongful conduct has also caused, and continues to cause, substantial and irreparable injury and damage to plaintiffs in an amount not capable of determination, and, unless restrained, will cause further irreparable injury, leaving the plaintiffs with no adequate remedy at law.

72.     Upon information and belief, defendants Acquired Learning, Stipe, Edwards and Novosat have willfully engaged in, and are willfully engaging in, the acts complained of with oppression, fraud, and malice, and in conscious disregard of the rights of plaintiffs.  Plaintiffs are, therefore, entitled to the maximum damages allowable.

## PRAYER FOR RELIEF

WHEREFORE, plaintiffs respectfully request judgment against defendants as follows:

(a)     ordering defendants to remove all copies of plaintiffs' copyrighted works, proprietary content and confidential customer information from defendants' computer files, hard drives, servers, diskettes, backups, and course materials;

(b)     awarding plaintiffs, at their election, either (i) actual damages and profits derived by defendants as a result of their infringing activities, pursuant to 17 U.S.C. § 504(b), or (ii) to the extent available, statutory damages in the maximum amount of $150,000 with respect to each of plaintiffs' copyrighted works, pursuant to 17 U.S.C. § 504(c);

(c)     ordering defendants to deliver up for destruction all infringing and unauthorized materials, including all discs, drives or other storage or print media, that contain infringing copies of plaintiffs' copyrighted works and unauthorized copies of plaintiffs' proprietary content and confidential customer information;

(d)    ordering defendants to account for and pay to plaintiffs all profits wrongfully derived by defendants through their use of plaintiffs' proprietary content and confidential customer information, and their willful unfair competition;

(e)    awarding plaintiffs the maximum damages available for defendants' deliberate and willful unfair competition and conscious disregard of the rights of plaintiffs;

(f)    awarding plaintiffs their cost of suit, attorneys' fees, and statutory treble damages, as is supported by the evidence.

(g)    enjoining defendants and their respective agents, employees, officers and directors, attorneys, successors, licensees, and assigns, and all those persons acting in concert and combination therewith, from further unfair competition, trade secret misappropriation, infringement of plaintiffs' copyrighted works and unauthorized use of plaintiffs' proprietary content and confidential customer information; and

(h)    granting plaintiffs such other and further relief as this Court deems just and proper.

## DEMAND FOR JURY TRIAL

The Plaintiffs hereby demand a jury trial on all issues so triable in this action.

AMERICAN GRAPHICS  INSTITUTE, INC., and CHRISTOPHER SMITH

By their attorneys,

Dated: August 10, 2005            /s/ Giovanna H. Fessenden
                                 John L. DuPré   (BBO No. 549659)
                                 Giovanna H. Fessenden (BBO No. 654681)

Hamilton, Brook, Smith & Reynolds, P.C.
530 Virginia Road
P.O. Box 9133
Concord, Massachusetts 01742-9133
Telephone:  (978) 341-0036
Facsimile:   (978) 341-0136

#560498

**Exhibit A**

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 6-052-029**

TXU

**EFFECTIVE DATE OF REGISTRATION**

NOV 03 2004
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

# 1

**TITLE OF THIS WORK ▼**
American Graphics Institute (AGI) Internet web site

**PREVIOUS OR ALTERNATIVE TITLES ▼**
n/a

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**
n/a

If published in a periodical or serial give:    Volume ▼  n/a    Number ▼  n/a    Issue Date ▼  n/a    On Pages ▼  n/a

# 2

**a  NAME OF AUTHOR ▼**
American Graphics Institute, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☆ ☐ Yes
∴ ☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
    Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Description of services and training provided by American Graphics Institute    *Claim is in text, compila-*

**b  NAME OF AUTHOR ▼**
n/a                                    *tion and photos*

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
    Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c  NAME OF AUTHOR ▼**
n/a

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
    Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

# 3

**a  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.    2003 ◀Year
**b  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.    Month ▶ January    Day ▶ 2    Year ▶ 2003    ◀ Nation

# 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
American Graphics Institute, Inc.
444 Washington Street, Suite 412
Woburn, MA 01801

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
NOV 03 2004
ONE DEPOSIT RECEIVED
NOV 03 2004
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE / OFFICE USE ONLY

See instructions before completing this space.

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

\*Amended by C.O. from phone call to
Christopher Smith on November 15, 2004.

| EXAMINED BY | JPJ | FORM TX |
|---|---|---|
| CHECKED BY | | |

CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?    **5**
☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number ▶**          **Year of Registration ▶**

**DERIVATIVE WORK OR COMPILATION**    a    **6**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

    \*Quotes and illustrations from other sources and some previously
    published text

See instructions
before completing
this space.

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼    b

    \*New text, compilation and photos

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.    a    **7**
Name ▼                    Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼    b
American Graphics Institute, Inc.
444 Washington Street, Suite 412
Woburn, MA 01801

Area code and daytime telephone number ▶ 781-376-6044          Fax number ▶ 781-376-6047
Email ▶

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the    **8**
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

    Christopher Smith, President          Date▶ 1 November 2004

Handwritten signature (X) ▼

X _____

| Certificate will be mailed in window envelope to this address: | Name ▼ American Graphics Institute, Inc. - Attn: Christopher Smith | • Complete all necessary spaces • Sign your application in space 8 | **9** |
|---|---|---|---|
| | Number/Street/Apt ▼ 444 Washington Street, Suite 412 | 1. Application form 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights 3. Deposit material | |
| | City/State/ZIP ▼ Woburn, MA 01801 | LIBRARY OF CONGRESS Copyright Office - TX 101 Independence Avenue, S.E. Washington, D.C. 20559-6000 | |

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2003—xxx  Web Rev: July 2003  ⊕ Printed on recycled paper          U.S. Government Printing Office: 2000-461-113/20,021

**<u>Exhibit B</u>**

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work

**TX 6 – 062 – 024**

EFFECTIVE DATE OF REGISTRATION

12  10  04
Month  Day  Year

---

DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**1**

TITLE OF THIS WORK ▼

American Graphics Institute (AGI) Internet Website, Software Training Courses

PREVIOUS OR ALTERNATIVE TITLES ▼
n/a

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical serial or collection give information about the collective work in which the contribution appeared   Title of Collective Work ▼
n/a

If published in a periodical or serial give   Volume ▼ n/a   Number ▼ n/a   Issue Date ▼ n/a   On Pages ▼ n/a

**2**

**a**   NAME OF AUTHOR ▼
American Graphics Institute, Inc

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire ?
☑ Yes
☐ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
     Domiciled in ▶

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is Yes see detailed instructions

**NOTE**

Under the law the author of a work made for hire is generally not the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Claim is in text, compilation and photos

**b**   NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work ? work made for hire ?
☐ Yes
☐ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is Yes see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**   NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is Yes see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**

**a**   YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given   ◀ Year in all cases
2002

**b**   DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published
Month ▶ June   Day ▶ 5   Year ▶ 2002   ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

American Graphics Institute  Inc
444 Washington Street  Suite 412
Woburn  MA 01801

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
n/a

APPLICATION RECEIVED
DEC 10 2004
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
DEC 10 2004

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶   Complete all applicable spaces (numbers 5 9) on the reverse side of this page
See detailed instructions   Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**5** **PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant.

c ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶ _____ Year of Registration ▶

**6** **DERIVATIVE WORK OR COMPILATION**

a Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

n/a

See instructions before completing this space

b Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

n/a

**7** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

a Name ▼ n/a    Account Number ▼

b **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

John DuPre Esquire
Hamilton, Brook, Smith & Reynolds P C
P O Box 9133
Concord Massachusetts 01742-9133

Area code and daytime telephone number ▶ (978) 341 0036    Fax number ▶ (978) 341-0136

Email ▶ John.DuPre@hbsr com

**8** **CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of American Graphics Institute

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Christopher Smith President    Date ▶ 8 December 2004

Handwritten signature (X) ▼

X _____

**9**
Certificate will be mailed in window envelope to this address

| Name ▼ | John DuPre Esquire Hamilton, Brook, Smith & Reynolds P C |
|---|---|
| Number/Street/Apt ▼ | P O Box 9133 |
| City/State/ZIP ▼ | Concord Massachusetts 01742-9133 |

YOU MUST:
Complete all necessary spaces
Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue S.E.
Washington, D.C. 20559-6000

Fees are subject to change, for current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2 500.

Rev June 2002—20,000  Web Rev June 2002  ♻ Printed on recycled paper    U.S. Government Printing Office: 2000-461 113/20 021

**Exhibit C**

**Additional Certificate (17 U.S.C. 706)**

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

REGIS

**TX 5-751-587**

EFFECTIVE DATE OF REGISTRATION

| 6 | 3 | 03 |
|---|---|---|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**                              0-321-15948-9

InDesign for QuarkXPress Users

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared    **Title of Collective Work ▼**

If published in a periodical or serial give:  Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**

**a** **NAME OF AUTHOR ▼**
David Blatner

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
co-author of entire text.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**
Christopher Smith

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
co-author of entire text.

**c** **NAME OF AUTHOR ▼**
Steve Werner

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
co-author of entire text.

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given  Year in all cases.
2002

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ April    Day ▶ 17    Year ▶ 2003
USA    ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
David Blatner, Christopher Smith & Steve Werner
c/o Pearson Education, Inc.
75 Arlington Street - Suite 300
Boston, MA 02116

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JUN 0 3 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JUN 0 3 2003

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

See instructions before completing this space.

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
  • See detailed instructions.    • Sign the form at line 10.

DO NOT WRITE HERE

Page 1 of ___ pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space.

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords        b ☐ Copies Only        c ☐ Phonorecords Only

**8**

See instructions.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                          Account Number ▼
Pearson Education, Inc.                          DA025585

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/ZIP ▼
Timothy Nicholls
Pearson Education, Inc.
75 Arlington Street, Suite 300, Boston, MA  02116
                    Area Code and Telephone Number ▶    617-848-6000

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
                                    Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
of the work identified in this application and that the statements made                Name of author or other copyright claimant, or owner of exclusive right(s) ▲
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Timothy Nicholls                                    date ▶ 5/27/2003

☞ Handwritten signature (X) ▼

**10**

**MAIL CERTIFI-CATE TO**

Name ▼ Timothy Nicholls, Permissions
Pearson Education, Inc.
Number/Street/Apartment Number ▼
75 Arlington Street, Suite 300
City/State/ZIP ▼
Boston, MA  02116

**YOU MUST**
• Complete all necessary spaces
• Sign your application at space 10
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

Certificate
will be
mailed in
window
envelope

The Copyright Office
has the authority to ad-
just fees at 5-year inter-
vals, based on changes
in the Consumer Price
Index. The next adjust-
ment is due in 1996.
Please contact the
Copyright Office after
July 1995 to determine
the actual fee schedule.

**11**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

July 1993—400,000        ♻ PRINTED ON RECYCLED PAPER        ✩U.S. GOVERNMENT PRINTING OFFICE: 1993-342-582/80,020

**<u>Exhibit D</u>**



| Plaintiff – AGI | Defendant – Acquired Learning |
|---|---|

**Plaintiff – AGI**

AGI Adobe Acrobat and PDF Training

Software Training for Internet, Print and ePaper Publishing.

Course List

Acrobat & PDF

Company Info | Corporate Training | Individual Training | Seminars & Conferences

Adobe Acrobat & PDF Level II

Acrobat and Accessibility: PDF and Section 508

Adobe Acrobat Capture

Adobe Acrobat Forms

PDF Workflow for Prepress

**Adobe Acrobat & PDF Level I**

In this two day course you will learn how to convert your existing publications into Adobe Portable Document Format (PDF). Learn how to incorporate graphics, text, notes, QuickTime movies and links to the World Wide Web. Acrobat's cross-platform capabilities allow you to distribute your publications economically without sacrificing the original design. This course is for those designing documents that will need to be viewed by many people using different platforms. This class is instructed by an Adobe Certified Expert in Acrobat and has been updated for version 6 Professional.
American Graphics Instructor Christopher Smith authored *Teach Yourself Acrobat 5 in 24 Hours*. He has developed the curriculum presented in these classes and also teaches in our Boston area location.

**Topics Covered**

| | | |
|---|---|---|
| • Creating PDF Files | • Security & Passwords | • Bookmarks |
| • Comments & Annotations | • Thumbnails | • Links |
| • Forms | • Buttons | • Basic File Editing |

**Daytime Courses 9:30am-4:30pm**

**Philadelphia Dates:** Nov 15-16 • Jan 25-26 • Mar 22-23 • May 24-25 • July 19-20

**Boston Dates:**
Nov 17-18 • Jan 25-26 • Mar 22-23 • May 24-25 • July 19-20

**New York City Dates:** Jan 25-26 • Mar 22-23 • May 24-25 • July 19-20

**Atlanta, Chicago, Washington DC Dates**
Nov 29-30 • Dec 28-29

**Los Angeles Dates**
July 26-27 • Aug 30-31 • Sept 27-28 • Oct 25-26 • Nov 29-30

**Course Rate $695.00**
**Register on-line**

by calling 800-851-9237

**Adobe Acrobat & PDF Level II**

**Defendant – Acquired Learning**

Acquired Learning Class Schedules

acquired LEARNING

Home     Locations     Classroom Schedule     About Us     News     Contact Us

**Class Schedules**

**Adobe Acrobat Level 1**

In this two day course you will learn how to convert your existing publications into Adobe Portable Document Format (PDF). Learn how to incorporate graphics, text, notes, QuickTime movies and links to the World Wide Web. Acrobat's cross-platform capabilities allow you to distribute your publications economically without sacrificing the original design. This course is for those designing documents that will be viewed by many people using different platforms.

**What's covered**

| | | |
|---|---|---|
| Acrobat Reader Basics | Creating PDFs | Structuring PDF Documents |
| Acrobat Reader in Depth | Working with Acrobat | Links |
| Acrobat eBook Reader | | |

**Dates**
Lancaster Sept 7 & 8 • Oct 11 & 12 • Dec 13 & 14
Philadelphia Oct 14 & 15 • Dec 13 & 14
Richmond Sept 7 & 8 • Oct 11 & 12 • Dec 13 & 14
**Cost**
$695.00

Sign Up Now!

| Plaintiff – AGI | Defendant – Acquired Learning |
|---|---|

### Plaintiff – AGI

AGI Adobe Acrobat and PDF Training

**Adobe Acrobat & PDF Level II**

In this two day course you will learn more advanced features of Adobe Acrobat and Adobe Acrobat Distiller. Learn more advanced editing tools, including 3rd-party plug-ins, real-time comment sharing, automating repetitive tasks, working with large volumes of files, multimedia, JavaScript examples and customized PDF creation options. This class is instructed by an Adobe Certified Expert in Acrobat and has been updated for version 6 Professional.

American Graphics Instructor Christopher Smith authored *Teach Yourself Acrobat 5 in 24 Hours*. He developed the curriculum presented in this classes and also teaches in our Boston location. Back to top.

| Topics Covered | | |
|---|---|---|
| • Generating PDF Files | • Setting up Security (Passwords) | • Bookmarks and Links |
| • Incorporating Text & Graphics | • Creating Indexes & Contents Tables | • Generating Postscript |
| • Incorporating QuickTime Movies | • Resolution | • Common File Problems |

**Daytime Courses 9:30am-4:30pm**

**Philadelphia, Boston, New York City Dates**
Sept 29-30 • Oct 27-28 • Nov 29-30 • Jan 27-28 • Mar 24-25 • May 26-27 • July 21-22

**Atlanta Dates**
Sept 29-30 • Oct 27-28 • Dec 1-2

**Chicago Dates**
Sept 29-30 • Oct 27-28 • Dec 1-2

**Los Angeles Dates**
Sept 29-30 • Oct 27-28 • Dec 1-2

**Washington DC Dates**
Sept 29-30 • Oct 27-28 • Dec 1-2

**Course Rate $695.00**
Register on-line

or by calling 800-851-9237

**Adobe Acrobat Forms**

In this two-day class you'll discover how to expand your use of PDF to include interactive PDF forms for collecting and capturing data while maintaining the look and feel of original paper documents. This session explores the tools available within Acrobat for establishing form fields, radio buttons, and menus. Additionally, you'll discover methods for creating effective form design and tips for more easily handling large form design projects involving repetitive fields, and how to establish validation and submission options for PDF forms.

| Topics Include | | |
|---|---|---|
| • PDF vs. HTML Forms | • Creating Buttons | • Using Radio Buttons |

### Defendant – Acquired Learning



Acquired Learning Class Schedules

| Home | Locations | Classroom Schedule | About Us | News | Contact Us |
|---|---|---|---|---|---|

**Class Schedules**

**Adobe Acrobat Level 2**

In this two day course you will learn advanced features of Adobe Acrobat and Adobe Acrobat Distiller. Learn advanced editing tools, including 3rd-party plug-ins, real-time comment sharing, automating repetitive tasks, working with large volumes of files, multimedia, JavaScript examples and customized PDF creation options.

**What's covered**

| | | |
|---|---|---|
| Forms | Catalog, Indexes, Searches | Automating Acrobat |
| Adding Multimedia to PDFs | Paper and Web Capture | PDF Files and the Web |
| Annotating PDFs | Digital Signatures | |

**Dates**
Lancaster Sept 21 & 22 • Oct 18 & 19
Philadelphia Oct 21 & 22
Richmond Sept 21 & 22 • Oct 18 & 19
**Cost**
$695.00

Sign Up Now!



## Plaintiff – AGI

AGI Photoshop Training

**Software Training for Internet, Print and ePaper Publishing.**

Course List

Photoshop

| Company Info | Corporate Training | Individual Training | Seminars & Conferences |

Photoshop Level I
Photoshop Level II
Photoshop Level III-NEW!
Web Graphics

**Photoshop Level I**

This two-day course is highly recommended for *all levels* of Photoshop users. The core materials for tool usage and color correction are discussed as well obtaining the best digital images. Advanced users who have no formal color training will greatly benefit from this course. Many unknown tips and tricks to help increase productivity are covered throughout the class.

Back to Top.

Learn Color Correction & Retouching Techniques in Photoshop Level I

### Topics Covered

| | | |
| --- | --- | --- |
| • Use of Tools | • Mode Selections | • Intro to Alpha Channels |
| • Image Size/Resolution | • Pen Tool/Clipping Paths | • Duotones |
| • Color Correction | • CMYK Conversion | • Adjusting Tone Curves |
| • Selection Techniques | • Creating Line Art, Gray scale | • Working with History |
| • Understanding the Histogram | • Painting Tips | • Proper Color Settings |
| • Formats for Saving | • Navigating Tips & Tricks | • Retouching/Correcting Flaws |

**Daytime Courses 9:30am-4:30pm**

**Philadelphia, Boston and New York City Dates**
Nov 8-9 (New York Nov. 15th-16th) • Dec 6-7 • Feb 1-2
Apr 4-5 • May 2-3 • June 6-7 • July 5-6

**Atlanta, Chicago, Los Angeles and Washington DC Dates**
Aug. 9-10 • Sept 13-14 • Oct 4-5 • Nov 8-9

**Course Rate $695.00**

*Take Photoshop Level I & II for $1195.00*
*Take Photoshop Level I, II & III for $1595.00*

**Register on-line**
or by calling 800-851-9237

**Photoshop Level II**

## Defendant – Acquired Learning

Acquired Learning Class Schedules

**acquired LEARNiNG**

| Home | Locations | Classroom Schedule | About Us | News | Contact Us |

**Class Schedules**

**Adobe Photoshop CS Level 1**

This two-day course is highly recommended for all levels of Photoshop users. The core materials for tool usage and color correction are discussed as well obtaining the best digital images. Advanced users who have no formal color training will greatly benefit from this course. Many unknown tips and tricks to help increase productivity are covered throughout the class.

**What's covered**

| | | |
| --- | --- | --- |
| The Basics | Compositing | Colors |
| Photoshop Color | Layers | Levels and Curves |
| Startup | Using the History palette | Paint tools |
| Scanning | Adjustment basics | Gradients |
| Changing dimensions and resolution | | |
| Selections | | |

**Dates**
Lancaster Sept 7 & 8 • Oct 18 & 19 • Nov 8 & 9 • Dec 6 & 7
Philadelphia Sept 7 & 8
Richmond Sept 7 & 8 • Oct 18 & 19 • Nov 8 & 9 • Dec 6 & 7
**Cost**
$695 for two-days

**Sign Up Now!**

| Plaintiff – AGI | Defendant – Acquired Learning |
|---|---|

**Plaintiff – AGI**

**Photoshop Level II**

AGI Photoshop Training



Use Advanced Correction tools in Level II.

Build on the Level I core information to produce complex selections and paths. Discover creative uses for filters and learn how to take advantage of adjustment layers. Automation features will be covered as well as creating buttons to speed up production tasks. Updated for version CS. Requires knowledge of all topics in Photoshop level I. Back to Top.

| Topics Covered | | |
|---|---|---|
| • Advanced Selections | • Alpha Channel Tips & Tricks | • Adjustment Layers |
| • Using Spot Colors | • Creative Use of Filters | • Creating & Saving Actions |
| • Layers/Layer Masks | • Defining & Using Gradients | • Advanced use of Tools |
| • Creating Custom Brushes | • Automation Tools | • Replacing & Changing Colors |
| • Painting Tonal Corrections | • Creating Presets | • Defining and Using Patterns |

**Daytime Courses 9:30am-4:30pm**

Boston and New York City Dates
July 8-9 • Aug. 11-12 • Sept 15-16 • Oct 6-7 • Dec 9-10 • Jan 6-7 • Feb 3-4 • Mar 3-4
Apr 7-8 • May 5-6 • June 9-10 • July 7-8

Philadelphia Dates
July 8-9 • Aug. 11-12 • Sept 15-16 • Oct 6-7 • Dec 9-10 • Jan 10-11 • Mar 3-4 • May 5-6 • July 7-8

Atlanta, Chicago, Los Angeles and Washington DC Dates

Aug. 11-12 • Sept 15-16 • Oct 6-7 • Dec 9-10

Course Rate $695.00

*Take Photoshop Level I & II for $1195.00*
*Take Photoshop Level I, II & III for $1595.00*

Take Photoshop to the Max in Level III!

**Register on-line**
or by calling 800-851-9237

---

**Defendant – Acquired Learning**



Acquired Learning Class Schedules

acquired LEARNiNG

| Home | Locations | Classroom Schedule | About Us | News | Contact Us |

**Class Schedules**

**Adobe Photoshop CS Level 2**

Build on the Level I core information to produce complex selections and paths. Discover creative uses for filters and learn how to take advantage of adjustment layers. Automation features will be covered as well as creating buttons to speed up production tasks. Requires knowledge of all topics in Photoshop Level I.

**What's covered**

| | | |
|---|---|---|
| Distort an image | Filters | Slicing |
| Automate | Actions | Rollovers |
| Masks | Preferences | GIF animations |
| Paths/Shapes | Print | Layer effects |
| Type | Web/ImageReady | Background tiling |

**Dates**
Lancaster Sept 15 & 16 • Nov 10 & 11
Philadelphia Oct 4 & 5 • Dec 15 & 16
Richmond Sept 15 & 16 • Nov 10 & 11
**Cost**
$695.00

Sign Up Now!



## Plaintiff – AGI

AGI Adobe Illustrator Training

Software Training for Internet, Print and ePaper Publishing.

Course List

Illustration

| Company Info | Corporate Training | Individual Training | Seminars & Conferences |

Illustrator I

Illustrator II

### Adobe Illustrator Level I

Updated for Illustrator CS. In this two day course you will learn what you need to create high quality PostScript line art as well as special effects for logos, graphs and charts. Learn how to utilize the pen tool and control paths around objects. Use clip art to create customized images you can color, trap and export. Back to the top of Illustration Courses.

| Topics Covered | | |
| --- | --- | --- |
| • Using Tools and Palettes | • Compounds and Masks | • Using Art and Scatter Brushes |
| • Setting Text, Text Effects | • Defining Colors | • Creating Gradients and Blends |
| • Using the Pen Tool | • Exporting Files | • Common File Problems |

**Daytime Courses 9:30am-4:30pm**

**Philadelphia Dates**
Nov 15-16 • Dec 14-15 • Feb 15-16• Apr 12-13
June 14-15 • Aug 8-9

**Boston Dates**
Nov 15-16 • Dec 14-15 • Feb 15-16 • Apr 12-13 • June 14-15 • Aug 8-9

**New York City Dates**
Nov 15-16 • Dec 14-15 • Feb 15-16 • Apr 12-13 • June 14-15 • Aug 8-9

**Atlanta Dates**
July 19-20 • Aug 23-24 • Oct 18-19 • Nov 15-16 • Dec 16-17

## Defendant – Acquired Learning

Acquired Learning Class Schedules

acquired LEARNiNG

| Home | Locations | Classroom Schedule | About Us | News | Contact Us |

**Class Schedules**

### Adobe Illustrator CS Level 1

In this two-day course you will learn what you need to create high-quality PostScript line art as well as special effects for logos, graphs and charts. Learn how to utilize the pen tool and control paths around objects. Use clip art to create customized images you can color, trap and export.

**What's covered**

| | | |
| --- | --- | --- |
| Illustrator Interface Tools | Select/Copy | Layers |
| How Illustrator Works | Transform | Create Type |
| Startup | Reshape | Style & Edit Type |
| Views | Fill & Stroke | |
| Objects Basics | Pen | |

**Dates**
Lancaster Sept 15 & 16 • Oct 4 & 5 • Nov 1 & 2 • Dec 8 & 9
Philadelphia Sept 9 & 10 • Dec 8 & 9
Richmond Sept 15 & 16 • Oct 4 & 5 • Nov 1 & 2 • Dec 8 & 9

**Cost**
$695.00

Sign Up Now!

| Plaintiff – AGI | Defendant – Acquired Learning |
|---|---|

AGI Adobe Illustrator Training

**Chicago Dates**
July 19-20 • Aug 23-24 • Oct 18-19 • Nov 15-16 • Dec 16-17

**Los Angeles Dates**
July 19-20 • Aug 23-24 • Oct 18-19 • Nov 15-16 • Dec 16-17

**Washington DC Dates**
July 19-20 • Aug 23-24 • Oct 18-19 • Nov 15-16 • Dec 16-17

**Course Rate $695.00**

*Take both Illustrator Level 1 and Level 2 for $1195.00*
Register on-line

or by calling 800-851-9237

### Adobe Illustrator Level II

Updated for Illustrator CS. Discover the many capabilities available to you in Illustrator. In this two day course the students will work with dissecting live files to discover the techniques used to build complex documents as well as using the same techniques to create their own images. Course also covers troubleshooting for production personnel, as well as techniques for interesting design effects. Discover how to take advantage of new Effects including the 3D and scribble effects, as well as how to map artwork and photos to illustrator 3D artwork. Back to the top of Illustration Courses.

| Topics Covered | | |
|---|---|---|
| • Trapping | • Graphic File Formats | • Trapping |
| • Filters | • Compounds | • Importing Photos |
| • Editing PDF's | • Patterns | • Masking |
| • Exporting URL's | • Advanced Selections | • Gradient Mesh Tool |
| • Layers | • Pathfinder Options | • Scatter and Art Brushes |
| • Using Appearance | • Using Effects | • Mapping artwork to 3D |
| • Color Separations | • Blends | • Common File Problems |

**Daytime Courses 9:30am-4:30pm**

**Philadelphia, Boston and New York City Dates**
Nov 17-18 • Dec 16-17 • Jan 20-21 • Mar 17-18 • May 19-20 • July 14-15

**Atlanta Dates**
Aug 25-26 • Oct 20-21 • Dec 20-21

**Chicago Dates**
Aug 25-26 • Oct 20-21 • Dec 20-21



Acquired Learning Class Schedules

**Class Schedules**

**Adobe Illustrator CS Level 2**

Discover the many advanced capabilities available to you in Illustrator. This two-day course covers troubleshooting for production personnel, as well as advanced techniques for interesting design effects.

**What's covered**

| | | |
|---|---|---|
| Acquire | Appearances/Styles | Actions |
| Brushes | Masks/Transparency | Preferences |
| Symbols | Distort | Output/Export |
| Combine Paths | Filters | Web |
| Gradients | Precision Tools | Separations |

**Dates**
Lancaster Sept 22 & 23 • Oct 7 & 8 • Nov 18 & 19 • Dec 20 & 21
Philadelphia Sept 29 & 30 • Dec 20 & 21
Richmond Sept 22 & 23 • Oct 7 & 8 • Nov 18 & 19 • Dec 20 & 21
**Cost**
$695.00

Sign Up Now!



| Plaintiff – AGI | Defendant – Acquired Learning |
|---|---|



AGI Page Layout Training

July 15-16 • Sept 27-28 • Nov 22-23

**Chicago Dates**
July 15-16 • Sept 27-28 • Nov 22-23

**Los Angeles Dates**
July 15-16 • Sept 27-28 • Nov 22-23

**Washington, DC Dates**
July 15-16 • Sept 27-28 • Nov 22-23

**Course Rate $695.00**

*Take both InDesign Level I and Level II for $1195.00*

*Register on-line*
*or by calling 800-851-9237*

**Adobe InDesign Level II**

This two day course is designed for individuals who already know the fundamental features of InDesign and also need to know the more advanced functions related to color controls, typesetting and output. This class is fully updated for version cs and is instructed by an Adobe Certified Expert and Adobe Certified Instructor for InDesign. *Back to top.*

| Topics Covered | | |
|---|---|---|
| • Advanced Typesetting | • Trapping | • Using Plug-ins |
| • Pen Tool / Clipping Paths | • Links | • Templates |
| • Style sheets | • Creating Tables | • Importing Word and Excel |
| • Nested Styles | • Adv. Tips & Tricks | • Printing Hints and Tips |

**Daytime Courses 9:30am-4:30pm**

**Boston Dates**
June 24-25 • Aug 30-31 • Oct 25-26 • Dec 27-28 • Jan 13-14 • Mar 10-11 • May 12-13
July 28-29

**Philadelphia Dates**
June 24-25 • Aug 30-31 • Oct 25-26 • Dec 27-28 • Jan 13-14 • Mar 10-11
May 12-13 • July 28-29

**New York City**
June 24-25 • Aug 30-31 • Oct 25-26 • Dec 27-28 • Jan 13-14 • Mar 10-11 • May 12-13 • July 28-29

**Atlanta Dates**
June 24-25 • Aug 30-31 • Oct 25-26 • Dec 27-28

---

Acquired Learning Class Schedules

| Home | Locations | Classroom Schedule | About Us | News | Contact Us |

**Class Schedules**

**Adobe InDesign CS Level 2**

This two-day course is designed for individuals who already know the fundamental features of InDesign and want to learn and use the more advanced functions related to color controls, typesetting and output.

**What's covered**

| | | |
|---|---|---|
| Pages And Books | Automating Text | Output |
| Layers | Typography Controls | Exporting |
| Libraries | Color Management | Customizing InDesign |
| Tabs and Tables | Interactive PDF Elements | |

**Dates**
Lancaster Nov 1 & 2 • Oct 25 & 26
Philadelphia Oct 7 & 8
Richmond Nov 1 & 2 • Oct 25 & 26
**Cost**
$695.00

Sign Up Now!

## Plaintiff – AGI

AGI Page Layout Training

| • Linking/unlinking | • Scripting |
|---|---|

*This training is custom only. AGI instructors are available for consulting. Use our facilities, or have us come to your site.*

*Call for pricing and availability.*

**QuarkXPress Level I**

This course will have you "Up and Running" in 12 hours! Learn the most widely used layout program in the graphic arts industry. This course will focus on making you productive and knowledgeable in this popular layout program. Good for both designers and production personnel. This class is for Version 6. Back to top.

| Topics Covered | | |
|---|---|---|
| • Creating Text and Picture Boxes | • Importing Text & Graphics | • Master Pages, Templates |
| • Tools and Palettes, including Bézier | • Document Creation | • Tabs, Rules, Borders |
| • Color Controls | • Typesetting Utilities | • Printing Tips & Hints |

**Daytime Courses 9:30am-4:30pm**

**Philadelphia, Boston and New York City Dates**
Sept 1-2 • Nov 8-9* • Mar 28-29 • June 2-3
*New Boston Date or Dec. 15-16

**Atlanta, Chicago, Los Angeles and Washington DC Dates**
Sept 1-2 • Nov 4-5

**Course Rate $695.00**

*Take both QuarkXPress Level 1 and Level 2 for $1195.00*

**Register on-line**
*or by calling 800-851-9237*

**QuarkXPress Level II**

You've mastered the program to do what you need, but want to implement some of the advanced features into your document creation. This two day course will speed up your confidence and productivity! This class is for version 6. Back to top.

| • Advanced Typesetting | • Indexes | • Tips & Tricks |
|---|---|---|

## Defendant – Acquired Learning

Acquired Learning Class Schedules



| Home | Locations | Classroom Schedule | About Us | News | Contact Us |
|---|---|---|---|---|---|

**Class Schedules**

**QuarkXPress Level 1**

This course will have you up-and-running in two-days! Learn the most widely used layout program in the graphic arts industry. This course willl focus on making you productive and knowldegeable in this popular layout program. Good for both designers and production personnel.

**What's covered**

| The Basics | Formats | Multiple Items |
|---|---|---|
| Startup | Typography | Pictures and Text |
| Get Around | Tables and Tabs | Lines |
| Text Input | Pictures | Color |
| Text Flow | | |

**Dates**
Lancaster Sept 9 & 10 • Oct 27 & 28 • Nov 22 & 23
Philadelphia Sept 15 & 16 • Oct 27 & 28 • Dec 6 & 7
Richmond Sept 9 & 10 • Oct 27 & 28 • Nov 22 & 23
**Cost**
$695.00

Sign Up Now! ▶

## Plaintiff – AGI

AGI Page Layout Training

| • Linking/unlinking | • Scripting |
|---|---|

*This training is custom only. AGI instructors are available for consulting. Use our facilities, or have us come to your site.*

*Call for pricing and availability.*

**QuarkXPress Level I**

This course will have you "Up and Running" in 12 hours!
Learn the most widely used layout program in the graphic arts industry. This course will focus on making you productive and knowledgeable in this popular visual program. Good for both designers and production personnel. This class is for Version 6. Back to top.

| Topics Covered | | |
|---|---|---|
| • Creating Text and Picture Boxes | • Importing Text & Graphics | • Master Pages, Templates |
| • Tools and Palettes, including Bezier | • Document Creation | • Tabs, Rules, Borders |
| • Color Controls | • Typesetting Utilities | • Printing Tips & Hints |

**Daytime Courses 9:30am-4:30pm**

**Philadelphia, Boston and New York City Dates**
Sept 1-2 • Nov 8-9* • Mar 28-29 • June 2-3
*New Boston Date or Dec. 15-16

**Atlanta, Chicago, Los Angeles and Washington DC Dates**
Sept 1-2 • Nov 4-5

**Course Rate $695.00**

*Take both QuarkXPress Level 1 and Level 2 for $1195.00*

*Register on-line*
*or by calling 800-851-9237*

**QuarkXPress Level II**

You've mastered the program to do what you need, but want to implement some of the advanced features into your document creation. This two day course will speed up your confidence and productivity! This class is for version 6. Back to top.

| • Advanced Typesetting | • Indexes | • Tips & Tricks |
|---|---|---|

## Defendant – Acquired Learning

Acquired Learning Class Schedules

acquired LEARNiNG

| Home | Locations | Classroom Schedule | About Us | News | Contact Us |
|---|---|---|---|---|---|

**Class Schedules**

**QuarkXPress Level 2**

You've mastered the program to do what you need, but now you want to implement some of the more advanced features into your document creation. This class will speed up your confidence and productivity!

**What's covered**

| Style Sheets | Beziers | Books |
|---|---|---|
| Master Pages | Web Documents | Preferences |
| Color | Libraries | Print |
| Layers | Synchronized Text | XML |
| Search & Replace | | |

**Dates**
Lancaster Sept 27 & 28
Philadelphia Oct 18 & 19
Richmond Sept 27 & 28
**Cost**
$695.00

Sign Up Now!

| Plaintiff – AGI | Defendant – Acquired Learning |



AGI Internet Training

**AGI** Software Training for Internet, Print and ePaper Publishing.

Course List

Web Creation Tools

| Company Info | Corporate Training | Individual Training | Seminars & Conferences |

HTML I
HTML II
HTML III
XML
Web Graphics
GoLive I
GoLive II
Fireworks
Dreamweaver I
Dreamweaver II
DW UltraDev
Flash I
Flash II
Flash III
JavaScript II
LiveMotion I
LiveMotion II
JavaScript I

### Adobe GoLive CS Level I

This two day course provides a strong foundation of the features and use of this web site development and management application. By the completion of this class the student will feel comfortable placing images and creating web pages with links in managed sites.

This level one class is for anyone who has minimal knowledge of the GoLive application. It is recommended that all students have general knowledge of HTML prior to this class. HTML Level one is recommended if the student has no prior web experience.

Back to top.

| Topics Covered | | |
|---|---|---|
| • Overview of HTML | • Layout Grid | • Forms |
| • Tools Palettes | • Basics of Stylesheets | • Frames & Targets |
| • Preferences | • Tables | • FTP |
| • Typesetting | • Image Controls | • JavaScript |
| • MetaTags | • Links | • Error Control |
| • Colors | • ImageMaps | • Site Management |

**Daytime Courses 9:30am-4:30pm**

**Philadelphia Boston and New York City Dates**
Jan 24-25 • Mar 21-22 • May 23-24 • July 18-19

**Atlanta, Chicago, Los Angeles and Washington DC Dates**
Sept 1-2 • Nov 1-2

**Course Rate $695.00**

**Special! Take GoLive Level I and GoLive Level II for $1,195.00**
**Register on line**
**or by calling 800-851-9237**

---

Acquired Learning Class Schedules

**acquired LEARNing**

| Home | Locations | Classroom Schedule | About Us | News | Contact Us |

**Class Schedules**

### Adobe GoLive Level 1

This two-day course provides a solid foundation in web site development and management application. By the completion of this class, the student will feel comfortable placing images and creating web pages with links in managed sites. This beginner level class is for students with minimal knowledge of the GoLive application. It is recommended that all students have general, introductory knowledge of HTML prior to this class. HTML I is recommended if the student has no prior web experience.

**What's covered**

| Learning Your Way Around | Working with Images | Working with Tables |
| Your First GoLive Project | Working with Color | Working with Layout Grids |
| Working with Text | Working with Links | Floating Boxes and Positioning |

**Dates**
Lancaster Nov 8 & 9 • Oct 4 & 5 • Dec 20 & 21
Philadelphia Sept 21 & 22
Richmond Nov 8 & 9 • Oct 4 & 5 • Dec 20 & 21
**Cost**
$695.00

Sign Up Now!

## Plaintiff – AGI

AGI Internet Training

### Adobe GoLive CS Level II

This two day course is for the GoLive user who has created pages or sites in GoLive, but needs to learn more productive methods. All of the topics from GoLive I are covered at much faster pace in order to insure that students have the necessary fundamental skills. The topics in the chart below are added to this advanced level curriculum. Students should be familiar with HTML terms and able to create basic pages with images and links. Back to top.



| | | |
|---|---|---|
| • Advanced Tips & Tricks | • CyberObjects | • Cascading Style Sheets |
| • Actions & Stationaries | • Components | • QuickTime Editing |
| • Timelines | • Layers/Floating Boxes | • Plug-ins |
| • DHTML/Animation | • Javascript with Actions | • Advanced Typesetting |

**Daytime Courses 9:30am-4:30pm**

Philadelphia, Boston and New York City Dates
Jan 27-28 • Mar 24-25 • May 26-27 • July 21-22

Atlanta, Chicago, Los Angeles and Washington DC Dates
Aug 2-3 • Nov 3-4

**Course Rate $695.00**

*Take GoLive Level I and GoLive Level II for $1,195.00*
*Register on line*
*or by calling 800-851-9237*

### HTML Level I

Creating Web PagesIn this hands-on class you will learn the fundamentals to creating a web page. By the end of this class you will know how to make a web page with colors, links, images and text. This class will give you the confidence and knowledge to build an exciting page for yourself or your business! Back to top.

| Topics Covered | | |
|---|---|---|
| • Internet Basics | • HTML Coding | • Making Graphics Work |
| • Fundamentals of Font Tags | • Creating Lists | • Understanding File Formats |
| • Web Design Fundamentals | • Adding Links & Anchors | • Color Issues |
| • Creating a Web Page | • Attracting Traffic to your site | |

**Daytime Courses 9:30am-4:30pm**

## Defendant – Acquired Learning



Acquired Learning Class Schedules

**Home**  **Locations**  **Classroom Schedule**  **About Us**  **News**  **Contact Us**

**Class Schedules**

### Adobe GoLive Level 2

This two-day course is for the GoLive user who has created pages or sites in GoLive, and needs to learn more productive methods. Many of the concepts from GoLive I are reinforced, along with the topics listed below. Registration for this course requires familiarity with general HTML terms and the ability to create basic pages and sites in GoLive.

**What's covered**

| | | |
|---|---|---|
| Working with Forms | Working with Rich Media | The Workgroup Server |
| Working with Frames | Building Sites | Using Actions |
| Working with Code | Viewing and Managing Sites | Animation and QuickTime |
| Working with Style Sheets | Publishing Sites | Dynamic Content |

**Dates**
Lancaster Sept 29 & 30 • Oct 7 & 8
Philadelphia Nov 3 & 4
Richmond Sept 29 & 30 • Oct 7 & 8
**Cost**
$695.00

Sign Up Now!

| Plaintiff – AGI | Defendant – Acquired Learning |
|---|---|

**Plaintiff – AGI**

AGI Internet Training

**Register by calling 800-851-9237**

**Macromedia DreamWeaver I**

<mark>This two day course provides an in-depth look at the features and use of this web site development and management application. Updated for Version MX.</mark> Back to top.

| Topics Covered | | |
|---|---|---|
| • Site Management | • Inserting Images | • Adding Multimedia Files |
| • Colors | • Creating Tables | • Framesets |
| • Formatting Text | • Setting Hyperlinks | • Cascading Style Sheets |
| • Line Breaks | • Image Maps | • DHTML |
| • Page Properties | • Forms and CGI | |

**Daytime Courses 9:30am-4:30pm**

**Philadelphia, Boston and New York City Dates**
July 8-9 • Sept 16-17 • Nov 1-2 • Dec 6-7 • Feb 1-2 • Mar 1-2 • May 1-2 • July 25-26

**Atlanta, Chicago, Los Angeles and Washington DC**
Sept 16-17

**Course Rate $695.00**
Register on-line
or by calling 800-851-9237

**Macromedia DreamWeaver Level II**

This two day course provides an advanced look at the features and use of this web site development and management application. Updated for version MX. Back to top.

| Topics Covered | | |
|---|---|---|
| • Advanced Site Controls | • Adv. Text Controls | • Images Controls |
| • Building Better Tables | • Building Templates | • Setting Anchors |
| • Image Maps | • Adding Multimedia Files | • Cascading Style Sheets |
| • Forms | • Framesets | • DHTML |

**Daytime Courses 9:30am-4:30pm**

**Philadelphia, Boston and New York City Dates**
Aug 2-3 • Nov 3-4 • Jan 5-6 • Mar 3-4 • Mar 30-31 • May 4-5
July 27-28

---

**Defendant – Acquired Learning**

Acquired Learning Class Schedules



| Home | Locations | Classroom Schedule | About Us | News | Contact Us |
|---|---|---|---|---|---|

**Class Schedules**

 **Macromedia Dreamweaver Level 1**

<mark>This two day course provides an in-depth look at the features and use of this web site development and management application. Updated for Version MX.</mark>

**What's covered**

| | | |
|---|---|---|
| Creating New Files | Modifying the Page Color and Background | Previewing in a Browser |
| Opening Files | | Colors and Web Pages |
| Creating Content | Saving Your Work | Uploading your Site to an FTP Server |
| Page Properties | Saving a Copy of a File | |

**Dates**
Lancaster Sept 13 & 14 • Oct 13 & 14
Philadelphia Oct 25 & 26
Richmond Sept 13 & 14 • Oct 13 & 14
**Cost**
$695.00

Sign Up Now!

| Plaintiff – AGI | Defendant – Acquired Learning |
|---|---|

**Plaintiff – AGI**

AGI Internet Training

**Register by calling 800-851-9237**

**Macromedia DreamWeaver I**

This two day course provides an in-depth look at the features and use of this web site development and management application. Updated for Version MX. Back to top.

| Topics Covered | | |
|---|---|---|
| • Site Management | • Inserting Images | • Adding Multimedia Files |
| • Colors | • Creating Tables | • Framesets |
| • Formatting Text | • Setting Hyperlinks | • Cascading Style Sheets |
| • Line Breaks | • Image Maps | • DHTML |
| • Page Properties | • Forms and CGI | |

**Daytime Courses 9:30am-4:30pm**

Philadelphia, Boston and New York City Dates
July 8-9 • Sept 16-17 • Nov 1-2 • Dec 6-7 • Feb 1-2 • Mar 1-2 • May 1-2 • July 25-26

Atlanta, Chicago, Los Angeles and Washington DC
Sept 16-17

**Course Rate $695.00**
Register on-line
or by calling 800-851-9237

**Macromedia DreamWeaver Level II**

This two day course provides an advanced look at the features and use of this web site development and management application. Updated for version MX. Back to top.

| Topics Covered | | |
|---|---|---|
| • Advanced Site Controls | • Adv. Text Controls | • Images Controls |
| • Building Better Tables | • Building Templates | • Setting Anchors |
| • Image Maps | • Adding Multimedia Files | • Cascading Style Sheets |
| • Forms | • Framesets | • DHTML |

**Daytime Courses 9:30am-4:30pm**

Philadelphia, Boston and New York City Dates
Aug 2-3 • Nov 3-4 • Jan 5-6 • Mar 3-4 • Mar 30-31 • May 4-5
July 27-28

**Defendant – Acquired Learning**

Acquired Learning Class Schedules





| Home | Locations | Classroom Schedule | About Us | News | Contact Us |
|---|---|---|---|---|---|

**Class Schedules**



**Macromedia Dreamweaver Level 2**

This two day course provides an advanced look at the features and use of this web site development and management application. Updated for version MX.

**What's covered**

| | | |
|---|---|---|
| Working with Forms | Working with Rich Media | The Workgroup Server |
| Working with Frames | Building Sites | Using Actions |
| Working with Code | Viewing and Managing Sites | Animation and QuickTime |
| Working with Style Sheets | Publishing Sites | Dynamic Content |

**Dates**
Lancaster Sept 23 & 24 • Oct 20 & 21
Philadelphia Oct 27 & 28
Richmond Sept 23 & 24 • Oct 20 & 21
**Cost**
$695.00

Sign Up Now!

| Plaintiff – AGI | Defendant – Acquired Learning |
|---|---|

**Plaintiff – AGI**

AGI Adobe Premerie & After Effects Training Classes

**Los Angeles Dates**
July 21-22 • Aug 5-6 • Oct 12-13 • Dec 3-4

**Washington DC Dates**
July 21-22 • Aug 5-6 • Oct 12-13 • Dec 3-4

**Course rate $795.00**

**Take Premiere I, After Effects for $1395.00**
**Take Premiere I, II and After Effects for $1795.00**

**Register on-line**
or by calling 800-851-9237

**Adobe Premiere Level I**

Learn the essentials of this software which is designed for video professionals. Attendees will learn how to use the interface and superb editing tools for producing broadcast-quality movies used for video, multimedia, or the Web. Updated for version Premiere Pro. Back to Top.

| Topics Covered | | |
|---|---|---|
| • Video Basics | • Transitions | • Superimposing |
| • NTSC Timebase | • Markers | • Keyframes |
| • Workspace | • Advanced Editing | • Editing audio |
| • Sequences | • Filters | • Exporting Movies |
| • Editing Tools | • Creating Titles | |
| • Storyboard | • Animated Titles | |

**Daytime Courses 9:30am-4:30pm**

**Boston (Woburn), MA Dates:**
Aug 5-6 • Oct 12-13 • Dec 2-3 • Feb 10-11 • Mar 31-Apr 1 • June 2-3

**New York City Dates:**
Aug 5-6 • Oct 12-13 • Dec 2-3 • Feb 10-11 • Mar 31-Apr 1 • June 2-3

**Philadelphia (Blue Bell), PA Dates:**
Aug 5-6 • Oct 12-13 • Dec 2-3 • Feb 10-11 • Mar 31-Apr 1 • June 2-3

**Atlanta Dates**
Aug 5-6 • Oct 12-13 • Dec 2-3

**Chicago Dates**
Aug 5-6 • Oct 12-13 • Dec 2-3

**Defendant – Acquired Learning**



Acquired Learning Class Scheduler

Home    Locations    Classroom Schedule    About Us    News    Contact Us

**Class Schedules**

**Adobe Premiere Level 1**

Learn the essentials of this software, which is designed for video professionals. Attendees will learn how to use the interface and superb editing tools for producing broadcast-quality movies used for video, multimedia, or the Web.

**What's covered**

| Premiere Basics | Creating a Program | Transitions |
| Starting a Project | Editing in the Timeline | Previewing Transitions and |
| Importing and Managing Clips | Refining the Program | Effects |
| Editing Source Clips | | Mixing Audio |

**Dates**
Lancaster Sept 20 & 21 • Nov 15 & 16
Philadelphia Nov 1 & 2
Richmond Sept 20 & 21 • Nov 15 & 16
**Cost**
$749.00

Sign Up Now!

| Plaintiff – AGI | Defendant – Acquired Learning |
|---|---|

Plaintiff – AGI

AGI Adobe Premerie & After Effects Training Classes

**Los Angeles Dates**
Aug 5-6 • Oct 12-13 • Dec 2-3

**Washington DC Dates**
Aug 5-6 • Oct 12-13 • Dec 2-3

**Course Rate $795.00**

**Take Premiere I, After Effects for $1395.00**
**Take Premiere I, II and After Effects for $1795.00**

**Register on-line**

**or by calling 800-851-9237**

**Adobe Premiere Level II**

Learn the advanced capabilities of Adobe Premiere. Attendees will learn how to use advanced interface and editing tools for producing broadcast-quality movies used for video, multimedia and the Web. Updated for Premiere Pro. Back to Top.

| Topics Covered | | |
|---|---|---|
| • Update on new Features | • Maximizing the interface | • Masking Techniques |
| • Advanced Audio editing | • Advanced transitions | • Advanced Editing |
| • Integrating Photoshop | • Color Correction | • Motion path animation |
| • DVD export | • Introduction to Encore DVD | |

**Daytime Courses 9:30am-4:30pm**

**Boston (Woburn), MA Dates:**
Sept 1-2 • Nov 3-4 • Dec 16-17 • Feb 17-18 • Apr 14-15 • June 16-17

**New York City Dates:**
Jan 3-4 • Feb 17-18 • Apr 14-15 • June 16-17

**Philadelphia (Blue Bell), PA Dates:**
Sept 1-2 • Nov 3-4 • Dec 16-17 • Feb 17-18 • Apr 14-15 • June 16-17

**Atlanta Dates**
Sept 1-2 • Nov 3-4

**Chicago Dates**
Sept 1-2 • Nov 3-4

Defendant – Acquired Learning



Acquired Learning Class Schedules

| Home | Locations | Classroom Schedule | About Us | News | Contact Us |
|---|---|---|---|---|---|

**Class Schedules**

**Adobe Premiere Level 2**

Learn the advanced capabilities of Adobe Premiere in two days of hands-on training . Attendees will learn how to use advanced interface and editing tools for producing broadcast-quality movies used for video, multimedia and the Web.

**What's covered**

| Adding Effects | Motion Setting | Premiere Online |
|---|---|---|
| Creating Titles | Creating Output | Video and Audio Settings |
| Superimposing Clips | Capturing Video | |

**Dates**
Lancaster Sept 29 & 30 • Nov 29 & 30
Philadelphia Nov 22 & 23
Richmond Sept 29 & 30 • Nov 29 & 30
**Cost**
$749.00

Sign Up Now!

| Plaintiff – AGI | Defendant – Acquired Learning |
|---|---|

**Plaintiff – AGI**

AGI Internet Training

**Atlanta Dates**
Aug 30-31 • Oct 25-26 • Dec 27-28

**Chicago Dates**
Aug 30-31 • Oct 25-26 • Dec 27-28

**Los Angeles Dates**
Aug 30-31 • Oct 25-26 • Dec 27-28

**Washington DC Dates**
Aug 30-31 • Oct 25-26 • Dec 27-28

**Course Rate $695.00**
Register on-line
or by calling 800-851-9237

**Dreamweaver Level III**

This two-day course extends Dreamweaver into the realm
of database-driven sites. Requires knowledge of all topics
in Dreamweaver I and Level II. Updated for version MX Back to top.

| Topics Covered | | |
|---|---|---|
| • Database Connectivity | • Adding Dynamic Data | • Insert & Update Page |

This class is a custom training.

*Call 1-800-851-9237 for information and to schedule.*

**Macromedia Flash Level I**

Flash offers the only standard playback of vector graphics and animations in a Web browser. Flash files are resolution independent, anti-aliased, and stream real-time during playback offering the highest quality viewing experience. Flash movies break the bandwidth barrier with beautiful and compact animations, navigation interfaces, ad banners, logos, technical illustrations, long-form cartoons, interactive comic books and much more. This introductory class is for the new user to Flash. Updated for version MX. Back to top.

| Topics Covered | | |
|---|---|---|
| • Workspace Introduction | • Drawing Tools | • Fills & Gradients |
| • Introduction to Layers | • Importing Artwork | • Symbols & Instances |
| • Animation | • Scenes | • Actions |
| • Buttons | • Sound | • Publishing |

**Defendant – Acquired Learning**

Acquired Learning Class Schedules



| Home | Locations | Classroom Schedule | About Us | News | Contact Us |
|---|---|---|---|---|---|

**Class Schedules**



**Macromedia Flash Level 1**

This two-day class provides an introduction to the features and capabilities of Flash. Flash files offer standard playback of vector graphics and animations in a Web browser. Flash files are resolution independent and stream real-time during playback offering a high quality viewing experience.

**What's covered**

| The Flash Authoring Tool | Graphics on Multiple Layers | Using the Timeline |
| Creating Simple Graphics | Understanding the Library | Animation with Motion Tweening |
| Modifying Simple Graphics | Frame-by-Frame Animations | Animation with Shape Tweening |
| Complex Graphics on a Single | | |
| Layer | | |

**Dates**
Lancaster Sept 7 & 8• Nov 3 & 4 • Nov 29 & 30
Philadelphia Sept 13 & 14 • Nov 10 & 11
Richmond Sept 7 & 8• Nov 3 & 4 • Nov 29 & 30
**Cost**
$695.00

Sign Up Now! ►

| Plaintiff – AGI | Defendant – Acquired Learning |
|---|---|
| **Flash Level II**<br><br>==Learn more about how Flash movies break the bandwidth barrier with beautiful and compact animations, navigation interfaces, ad banners, logos, technical illustrations, long-form cartoons, interactive comic books and much more.== Updated for version MX. Back to top.<br><br>**Topics Covered**<br>• Animated Graphics   • Drawing Tools   •Animated Cursors<br>• Rollovers Buttons Symbols   • Frame Labels   • Symbols & Instances<br>• Frame & Button Actions   • Drop Down Menus   • Basic Action Scripts<br>• Movie Clips   • Sound Controls   • Properties & Values<br><br>**Philadelphia, Lancaster, PA, Boston and New York City Dates**<br>Sept 22-23 • Nov 18-19 • Jan 18-19 • Mar 15-16 • May 17-18 • July 5-6<br><br>**Atlanta Dates**<br>July 21-22 • Sept 22-23 • Nov 18-19<br><br>**Chicago Dates**<br>July 21-22 • Sept 22-23 • Nov 18-19 |  |

**Exhibit E**

| Plaintiff – AGI | Defendant – SSI |
|---|---|
|  |  |

## Plaintiff – AGI

AGI Adobe Acrobat and PDF Training

In this two day course you will learn more advanced features of Adobe Acrobat and Adobe Acrobat Distiller. Learn more advanced editing tools, including 3rd-party plug-ins, real-time comment sharing, automating repetitive tasks, working with large volumes of files, multimedia, JavaScript examples and customized PDF creation options. This class is instructed by an Adobe Certified Expert in Acrobat and has been updated for version 6 Professional.
American Graphics Instructor Christopher Smith authored *Teach Yourself Acrobat 5 in 24 Hours*. He developed the curriculum presented in this classes and also teaches in our Boston location. Back to top.

| Topics Covered | | |
|---|---|---|
| • Generating PDF Files | • Setting up Security (Passwords) | • Bookmarks and Links |
| • Incorporating Text & Graphics | • Creating Indexes & Contents Tables | • Generating Postscript |
| • Incorporating QuickTime Movies | • Resolution | • Common File Problems |

**Daytime Courses 9:30am-4:30pm**

**Philadelphia, Boston, New York City Dates**
Sept 29-30 • Oct 27-28 • Nov 29-30 • Jan 27-28 • Mar 24-25 • May 26-27 • July 21-22

**Atlanta Dates**
Sept 29-30 • Oct 27-28 • Dec 1-2

**Chicago Dates**
Sept 29-30 • Oct 27-28 • Dec 1-2

**Los Angeles Dates**
Sept 29-30 • Oct 27-28 • Dec 1-2

**Washington DC Dates**
Sept 29-30 • Oct 27-28 • Dec 1-2

**Course Rate $695.00**
Register on-line

or by calling 800-851-9237

**Adobe Acrobat Forms**

In this two-day class you'll discover how to expand your use of PDF to include interactive PDF forms for collecting and capturing data while maintaining the look and feel of original paper documents. This session explores the tools available within Acrobat for establishing form fields, radio buttons, and menus. Additionally, you'll discover methods for creating effective form design and tips for more easily handling large form design projects involving repetitive fields, and how to establish validation and submission options for PDF forms.

| Topics Include | | |
|---|---|---|
| • PDF vs. HTML Forms | • Creating Buttons | • Using Radio Buttons |

## Defendant – SSI

Systems Solution Inc - Ahead of the Curve

**Systems Solution, Inc SSI**
*Ahead of the curve*

▶ ABOUT US  ▶ CAREER OPPORTUNITIES  ▶ CONTACT US  ▶ DIRECTIONS  ▶ SITE MAP

Home | Products | Service | Rentals | Education
▶ CLASS CALENDAR  ▶ CUSTOM TRAINING  ▶ APPLE TRAINING

### CLASS CALENDAR

Workflow Management and Digital Prepress

**Acrobat & PDF 2**

**Course Description**
In this two day course you will learn more advanced features of Adobe Acrobat and Adobe Acrobat Distiller. Learn more advanced editing tools, including 3rd-party plug-ins, real-time comment sharing, automating repetitive tasks, working with large volumes of files, multimedia, JavaScript examples and customized PDF creation options. Training provided by our authorized education partner Acquired Learning.

**Topics Covered**

- Generating PDF Files
- Incorporating Text & Graphics
- Incorporating QuickTime Movies
- Setting up Security (Passwords)
- Creating Indexes & Contents Tables
- Resolution
- Bookmarks and Links
- Generating Postscript
- Common File Problems

**Days**
2

**Intended Audience and Prerequisites**

**Tuition**
$ 695

**Enrollment**
Limited enrollment for each class (8-12 max), guaranteed 1 student per machine.

**Cancellation/Rescheduling Policy**
You may reschedule an open-enrollment class without charge as long as the request to reschedule is received at least TEN (10) BUSINESS DAYS prior to the class date. If you reschedule within TEN (10) BUSINESS DAYS of the class date, you will be subject to a $150.00 rescheduling fee. You may cancel an open-enrollment class and receive a refund (less a $150 administrative fee) as long as your request to cancel is received FIFTEEN (15) OR MORE BUSINESS DAYS prior to the class date. Cancellations received within FIFTEEN (15) BUSINESS DAYS of the class date are not refundable. Substitutions are permitted at any time.

Apple assumes no responsibility with regard to the selection, performance, or use of the products or services. All understandings, agreements, or warranties, if any, take place directly between the vendors and prospective users. For more information, see http://www.apple.com/experts/

**Reserve Your Seat Today (All fields are required.)**

| | |
|---|---|
| Class | ⊙ Please contact me with more information. |
| Name | |



| Plaintiff – AGI | Defendant – SSI |
|---|---|

## Plaintiff – AGI

AGI Photoshop Training



**Photoshop Level II**

Build on the Level I core information to produce complex selections and paths. Discover creative uses for filters and learn how to take advantage of adjustment layers. Automation features will be covered as well as creating buttons to speed up production tasks. Updated for version CS. Requires knowledge of all topics in Photoshop level I. Back to Top.

Use Advanced Correction tools in Level II.

### Topics Covered

| | | |
|---|---|---|
| • Advanced Selections | • Alpha Channel Tips & Tricks | • Adjustment Layers |
| • Using Spot Colors | • Creative Use of Filters | • Creating & Saving Actions |
| • Layers/Layer Masks | • Defining & Using Gradients | • Advanced use of Tools |
| • Creating Custom Brushes | • Automation Tools | • Replacing & Changing Colors |
| • Painting Tonal Corrections | • Creating Presets | • Defining and Using Patterns |

**Daytime Courses 9:30am-4:30pm**

**Boston and New York City Dates**
July 8-9 • Aug. 11-12 • Sept 15-16 • Oct 6-7 • Dec 9-10 • Jan 6-7 • Feb 3-4 • Mar 3-4
Apr 7-8 • May 5-6 • June 9-10 • July 7-8

**Philadelphia Dates**
July 8-9 • Aug. 11-12 • Sept 15-16 • Oct 6-7 • Dec 9-10 • Jan 10-11 • Mar 3-4 • May 5-6 • July 7-8

**Atlanta, Chicago, Los Angeles and Washington DC Dates**

Aug. 11-12 • Sept 15-16 • Oct 6-7 • Dec 9-10

**Course Rate $695.00**

*Take Photoshop Level I & II for $1195.00*
*Take Photoshop Level I, II & III for $1595.00*

Take Photoshop to the Max in Level III!

**Register on-line**
or by calling 800-851-9237

## Defendant – SSI



| Plaintiff – AGI | Defendant – SSI |
|---|---|

## Plaintiff – AGI

AGI Photoshop Training



Use Advanced Correction tools in Level II.

Build on the Level I core information to produce complex selections and paths. Discover creative uses for filters and learn how to take advantage of adjustment layers. Automation features will be covered as well as creating buttons to speed up production tasks. Updated for version CS. Requires knowledge of all topics in Photoshop level I. Back to Top.

| Topics Covered | | |
|---|---|---|
| • Advanced Selections | • Alpha Channel Tips & Tricks | • Adjustment Layers |
| • Using Spot Colors | • Creative Use of Filters | • Creating & Saving Actions |
| • Layers/Layer Masks | • Defining & Using Gradients | • Advanced use of Tools |
| • Creating Custom Brushes | • Automation Tools | • Replacing & Changing Colors |
| • Painting Tonal Corrections | • Creating Presets | • Defining and Using Patterns |

**Daytime Courses 9:30am-4:30pm**

**Boston and New York City Dates**
July 8-9 • Aug. 11-12 • Sept. 15-16 • Oct 6-7 • Dec 9-10 • Jan 6-7 • Feb 3-4 • Mar 3-4
Apr 7-8 • May 5-6 • June 9-10 • July 7-8

**Philadelphia Dates**
July 8-9 • Aug. 11-12 • Sept 15-16 • Oct 6-7 • Dec 9-10 • Jan 10-11 • Mar 3-4 • May 5-6 • July 7-8

**Atlanta, Chicago, Los Angeles and Washington DC Dates**
Aug. 11-12 • Sept 15-16 • Oct 6-7 • Dec 9-10

**Course Rate $695.00**

*Take Photoshop Level I & II for $1195.00*
*Take Photoshop Level I, II & III for $1595.00*

**Register on-line**
or by calling 800-851-9237

Take Photoshop to the Max in Level III!

Photoshop Level III

*Think that you know everything about Photoshop?* This two day power user class is for advanced users only. In this course you will learn how to create complex composites with text and layer effects. Seamless integration of effects and colors for realistic images is covered, as well as many advanced tips that even experienced users will find worthwhile. Back to Top.

| Topics Covered | | |
|---|---|---|
| • Layers/Layer Masks | • Text and Warping | • Adjustment Layers Integration |
| • Clipping Groups | • Filters and Layers | • Blending Modes & Effects |
| • Vector Masks | • Vector Tools | • Advanced use of Layer Effects |

## Defendant – SSI



Systems Solution Inc. - Ahead of the Curve

**Systems Solution, Inc. SSi**
*Ahead of the curve*

» ABOUT US   » CAREER OPPORTUNITIES   » CONTACT US   » DIRECTIONS   » SITE MAP

Home   Products   Service   Rentals   Education
» CLASS CALENDAR   » CUSTOM TRAINING   » APPLE TRAINING

### CLASS CALENDAR

Design and Layout

Photoshop 3

**Course Description**
Think that you know everything about Photoshop? This two day power user class is for advanced users only. In this course you will learn how to create complex composites with text and layer effects. Seamless integration of effects and colors for realistic images is covered, as well as many advanced tips that even experienced users will find worthwhile.

**Topics Covered**
- Layers/Layer Masks
- Clipping Groups
- Vector Masks
- Advance Brush Dynamics
- Integrating Custom Shapes
- Text and Warping
- Filters and Layers
- Vector Tools
- Automation Tools
- Creating Presets
- Adjustment Layers Integration
- Blending Modes & Layers
- Advanced use of Layer Effects
- Realistic Composites
- Integration w/Illustrator

**Days**
2

**Intended Audience and Prerequisites**

**Tuition**
$ 695

**Enrollment**
Limited enrollment for each class (8-12 max), guaranteed 1 student per machine.

**Cancellation/Rescheduling Policy**
You may reschedule an open-enrollment class without charge as long as the request to reschedule is received at least TEN (10) BUSINESS DAYS prior to the class date. If you reschedule within TEN (10) BUSINESS DAYS of the class date, you will be subject to a $150.00 rescheduling fee. You may cancel an open-enrollment class and receive a refund (less a $150 administrative fee) as long as your request to cancel is received FIFTEEN (15) OR MORE BUSINESS DAYS prior to the class date. Cancellations received within FIFTEEN (15) BUSINESS DAYS of the class date are not refundable. Substitutions are permitted at any time.

Apple assumes no responsibility with regard to the selection, performance, or use of the products or services. All understandings, agreements, or warranties, if any, take place directly between the vendors and prospective users. For more information, see http://www.apple.com/experts/

**Reserve Your Seat Today (All fields are required.)**

| Plaintiff – AGI | Defendant – SSI |
|---|---|



**Plaintiff – AGI**

AGI Photoshop Training

Create interactive images that work in Web Graphics!

| • Advance Brush Dynamics | • Automation Tools | • Realistic Composites |
| • Integrating Custom Shapes | • Creating Presets | • Integration w/Illustrator |

**Daytime Courses 9:30am-4:30pm**

Philadelphia, Boston and New York City Dates

July 12-13 • Sept 20-21 • Dec 14-15 • Jan 10-11 • Feb 7-8 • Mar 7-8 • Apr 11-12 • May 9-10 • June 13-14 • July 11-12

**Course Rate $695.00**

*Take Photoshop Level I & II for $1195.00*
*Take Photoshop Level I, II & III for $1595.00*

**Register on-line**
or by calling 800-851-9237

**Web Graphics**

This class is for designers who want graphics to create web pages with impact. In this two day class we will cover the steps to creating web graphics using a variety of related products Adobe Photoshop and ImageReady. Learn about file formats, color tables, animations and the creation of interesting special effects such as rollovers and tweening. Updated for Photoshop 7 and ImageReady 7. Back to top.

| Topics Covered | | |
|---|---|---|
| • Animation and Graphics for the Web | • Fundamentals of Web File Formats | • Slicing Images |
| • Adobe ImageReady | • Maintaining Quality | • Adding JavaScript |
| • Backgrounds | • Tips for working with a limited color space | • Creating Transparency |
| • Creating Patterns | • Design Tips/Tricks | • Matching Hexadecimal Colors to print colors |

**Daytime Courses 9:30am-4:30pm**

Boston Dates: Jan 3-4

**Course Rate $695.00**
*Take Photoshop Level I & Web Graphics for $1195.00*
Register by calling 800-851-9237

---

**Defendant – SSI**

Systems Solution Inc. - Ahead of the Curve

Systems Solution, Inc. **SSi**
*Ahead of the curve.*

» ABOUT US  » CAREER OPPORTUNITIES  » CONTACT US  » DIRECTIONS  » SITE MAP

Home | Products | Service | Rentals | Education
» CLASS CALENDAR  » CUSTOM TRAINING  » APPLE TRAINING

**CLASS CALENDAR**

**Design and Layout**

**Photoshop 3**

**Course Description**
Think that you know everything about Photoshop? This two day power user class is for advanced users only. In this course you will learn how to create complex composites with text and layer effects. Seamless integration of effects and colors for realistic images is covered, as well as many advanced tips that even experienced users will find worthwhile.

**Topics Covered**

| | |
|---|---|
| • Layers/Layer Masks | • Automation Tools |
| • Clipping Groups | • Creating Presets |
| • Vector Masks | • Adjustment Layers Integration |
| • Advance Brush Dynamics | • Blending Modes & Layers |
| • Integrating Custom Shapes | • Advanced use of Layer Effects |
| • Text and Warping | • Realistic Composites |
| • Filters and Layers | • Integration w/Illustrator |
| • Vector Tools | |

**Days**
2

**Intended Audience and Prerequisites**

**Tuition**
$ 695

**Enrollment**
Limited enrollment for each class (8-12 max), guaranteed 1 student per machine.

**Cancellation/Rescheduling Policy**
You may reschedule an open-enrollment class without charge as long as the request to reschedule is received at least TEN (10) BUSINESS DAYS prior to the class date. If you reschedule within TEN (10) BUSINESS DAYS of the class date, you will be subject to a $150.00 rescheduling fee. You may cancel an open-enrollment class and receive a refund (less a $150 administrative fee) as long as your request to cancel is received FIFTEEN (15) OR MORE BUSINESS DAYS prior to the class date. Cancellations received within FIFTEEN (15) BUSINESS DAYS of the class date are not refundable. Substitutions are permitted at any time.

Apple assumes no responsibility with regard to the selection, performance, or use of the products or services. All understandings, agreements, or warranties, if any, take place directly between the vendors and prospective users. For more information, see http://www.apple.com/experts/

**Reserve Your Seat Today (All fields are required.)**

| Plaintiff – AGI | Defendant – SSI |
|---|---|

## Plaintiff – AGI

AGI Photoshop Training

Create interactive images that work in Web Graphics!

| | | |
|---|---|---|
| • Advance Brush Dynamics | • Automation Tools | • Realistic Composites |
| • Integrating Custom Shapes | • Creating Presets | • Integration w/Illustrator |

**Daytime Courses 9:30am-4:30pm**

Philadelphia, Boston and New York City Dates
July 12-13 • Sept 20-21 • Dec 14-15 • Jan 10-11 • Feb 7-8 • Mar 7-8 • Apr 11-12 • May 9-10 • June 13-14 • July 11-12

Course Rate $695.00

*Take Photoshop Level I & II for $1195.00*
*Take Photoshop Level I, II & III for $1595.00*

**Register on-line**
or by calling 800-851-9237

**Web Graphics:** Photoshop and ImageReady for the Web

This class is for designers who want to create web pages with impact. In this two day class we will cover the steps to creating web graphics using a variety of related products Adobe Photoshop and ImageReady. Learn about file formats, color tables, animations and the creation of interesting special effects such as rollovers and tweening. Instructed by an Adobe Certified Expert and Adobe Certified Instructor for Photoshop.Class includes new features of Photoshop CS. Class size limited to 8 students.
Back to Top.

| Topics Covered | | |
|---|---|---|
| • Animation and Graphics for the Web | • Fundamentals of Web File Formats | • Slicing Images |
| • Adobe ImageReady | • Maintaining Quality | • Adding JavaScript |
| • Backgrounds | • Tips for working with a limited color space | • Creating Transparency |
| • Creating Patterns | • Design Tips/Tricks | • Matching Hexadecimal Colors to print colors |

**Daytime Courses 9:30am-4:30pm**

Boston Dates: Jan 3-4

Course Rate $695.00
*Take Photoshop Level I & Web Graphics for $1195.00*
Register by calling 800-851-9237

## Defendant – SSI

Systems Solutions Inc. - Ahead of the Curve

Systems Solution, Inc. SSi
*Ahead of the curve.*

Home   Products   Service   Rentals   Education
► ABOUT US   ► CAREER OPPORTUNITIES   ► CONTACT US   ► DIRECTIONS   ► SITE MAP
► CLASS CALENDAR   ► CUSTOM TRAINING   ► APPLE TRAINING

### CLASS CALENDAR

Web Video Multimedia

**Web Graphics**

Course Description
This class is for designers who want to create web images that not only look good, but are optimized for the web. In this two-day class we will cover the steps to create web graphics using Adobe Photoshop, and ImageReady. Learn about compression, file formats, color tables, animations and the creation of special effects, such as rollovers.

Topics Covered:

- File Formats
- Building Color Tables
- Java Script
- Transparency
- File Optimization
- Animations

- Slicing
- Actions
- Web Color
- Backgrounds and Patterns
- Special Effects
- Maximizing Efficiency

Days
2

Intended Audience and Prerequisites
This class is designed for those who are familiar with graphics programs and want to create dynamic web sites. Participants in all classes should have some familiarity with the Macintosh or windows desktop environment.

Tuition
$ 695

Enrollment
Limited enrollment for each class (8-12 max), guaranteed 1 student per machine.

Cancellation/Rescheduling Policy
You may reschedule an open-enrollment class without charge as long as the request to reschedule is received at least TEN (10) BUSINESS DAYS prior to the class date. If you reschedule within TEN (10) BUSINESS DAYS of the class date, you will be subject to a $150.00 rescheduling fee. You may cancel an open-enrollment class and receive a refund (less a $150 administrative fee) as long as your request to cancel is received FIFTEEN (15) OR MORE BUSINESS DAYS prior to the class date. Cancellations received within FIFTEEN (15) BUSINESS DAYS of the class date are not refundable. Substitutions are permitted at any time.

Apple assumes no responsibility with regard to the selection, performance, or use of the products or services. All understandings, agreements, or warranties, if any, take place directly between the vendors and prospective users. For more information, see http://www.apple.com/experts/

Reserve Your Seat Today (All fields are required.)

| Plaintiff – AGI | Defendant – SSI |
|---|---|



| Plaintiff – AGI | Defendant – SSI |
|---|---|

**Plaintiff – AGI**

AGI Page Layout Training

July 15-16 • Sept 27-28 • Nov 22-23

**Chicago Dates**
July 15-16 • Sept 27-28 • Nov 22-23

**Los Angeles Dates**
July 15-16 • Sept 27-28 • Nov 22-23

**Washington, DC Dates**
July 15-16 • Sept 27-28 • Nov 22-23

**Course Rate $695.00**

*Take both InDesign Level I and Level II for $1195.00*

*Register on-line*
*or by calling 800-851-9237*

**Adobe InDesign Level II**

This two day course is designed for individuals who already know the fundamental features of InDesign and also need to know the more advanced functions related to color controls, typesetting and output. This class is fully updated for version cs and is instructed by an Adobe Certified Expert and Adobe Certified Instructor for InDesign. Back to top.

| Topics Covered | | |
|---|---|---|
| • Advanced Typesetting | • Trapping | • Using Plug-ins |
| • Pen Tool / Clipping Paths | • Links | • Templates |
| • Style sheets | • Creating Tables | • Importing Word and Excel |
| • Nested Styles | • Adv. Tips & Tricks | • Printing Hints and Tips |

**Daytime Courses 9:30am-4:30pm**

**Boston Dates**
June 24-25 • Aug 30-31 • Oct 25-26 • Dec 27-28 • Jan 13-14 • Mar 10-11 • May 12-13
July 28-29

**Philadelphia Dates**
June 24-25 • Aug 30-31 • Oct 25-26 • Dec 27-28 • Jan 13-14 • Mar 10-11
May 12-13 • July 28-29

**New York City**
June 24-25 • Aug 30-31 • Oct 25-26 • Dec 27-28 • Jan 13-14 • Mar 10-11 • May 12-13 • July 28-29

**Atlanta Dates**
June 24-25 • Aug 30-31 • Oct 25-26 • Dec 27-28

**Defendant – SSI**



Systems Solution Inc. - Ahead of the Curve

Systems Solution, Inc. SSi

ABOUT US • CAREER OPPORTUNITIES • CONTACT US • DIRECTIONS • SITE MAP

Home | Products | Service | Rentals | Education
CLASS CALENDAR • CUSTOM TRAINING • APPLE TRAINING

**CLASS CALENDAR**

Design and Layout

**InDesign 2**

Course Description
This two-day course is designed for individuals who already know the fundamental features of InDesign and want to know the more advanced functions related to color controls, typesetting and output. Training provided by our authorized education partner Acquired Learning.

Topics Covered:

- Advanced Typesetting
- Trapping
- Advanced Tips and Tricks
- Printing Hints and Tips
- Pen Tool
- Links
- Using Plug-ins
- Clipping Paths
- Stylesheets
- Templates

Days
2

Intended Audience and Prerequisites
Students should have either taken Indesign I or have a good working knowledge of Indesign and how is works. Participants in all classes should have some familiarity with the Macintosh or windows desktop environment.

Tuition
$ 695

Enrollment
Limited enrollment for each class (8-12 max), guaranteed 1 student per machine.

Cancellation/Rescheduling Policy
You may reschedule an open-enrollment class without charge as long as the request to reschedule is received at least TEN (10) BUSINESS DAYS prior to the class date. If you reschedule within TEN (10) BUSINESS DAYS of the class date, you will be subject to a $150.00 rescheduling fee. You may cancel an open-enrollment class and receive a refund (less a $150 administrative fee) as long as your request to cancel is received FIFTEEN (15) OR MORE BUSINESS DAYS prior to the class date. Cancellations received within FIFTEEN (15) BUSINESS DAYS of the class date are not refundable. Substitutions are permitted at any time.

## Plaintiff – AGI

AGI Adobe Illustrator Training

Chicago Dates
July 19-20 • Aug 23-24 • Oct 18-19 • Nov 15-16 • Dec 16-17

Los Angeles Dates
July 19-20 • Aug 23-24 • Oct 18-19 • Nov 15-16 • Dec 16-17

Washington DC Dates
July 19-20 • Aug 23-24 • Oct 18-19 • Nov 15-16 • Dec 16-17

Course Rate $695.00

*Take both Illustrator Level 1 and Level 2 for $1195.00*
Register on-line

or by calling 800-851-9237

### Adobe Illustrator Level II

Updated for Illustrator CS. Discover the many capabilities available to you in Illustrator. In this two day course the students will work with dissecting live files to discover the techniques used to build complex documents as well as using the same techniques to create their own images. Course also covers troubleshooting for production personnel, as well as techniques for interesting design effects. Discover how to take advantage of new Effects including the 3D and scribble effects, as well as how to map artwork and photos to illustrator 3D artwork. Back to the top of Illustration Courses.

| Topics Covered | | |
|---|---|---|
| • Trapping | • Graphic File Formats | • Trapping |
| • Filters | • Compounds | • Importing Photos |
| • Editing PDF's | • Patterns | • Masking |
| • Exporting URL's | • Advanced Selections | • Gradient Mesh Tool |
| • Layers | • Pathfinder Options | • Scatter and Art Brushes |
| • Using Appearance | • Using Effects | • Mapping artwork to 3D |
| • Color Separations | • Blends | • Common File Problems |

**Daytime Courses 9:30am-4:30pm**

**Philadelphia, Boston and New York City Dates**
Nov 17-18 • Dec 16-17 • Jan 20-21 • Mar 17-18 • May 19-20 • July 14-15

**Atlanta Dates**
Aug 25-26 • Oct 20-21 • Dec 20-21

**Chicago Dates**
Aug 25-26 • Oct 20-21 • Dec 20-21

## Defendant – SSI



Systems Solution Inc. – Ahead of the Curve

Systems Solution, Inc **SSI**
*Ahead of the curve.*

> ABOUT US • CAREER OPPORTUNITIES • CONTACT US • DIRECTIONS • SITE MAP

Home | Products | Service | Rentals | Education
• CLASS CALENDAR • CUSTOM TRAINING • APPLE TRAINING

### CLASS CALENDAR

**Design and Layout**

**Illustrator 2**

**Course Description**
Discover the many capabilities available to you in Illustrator. This two-day course covers troubleshooting for production personnel, as well as advanced techniques for interesting design effects. Training provided by our authorized education partner Acquired Learning.

**Topics Covered:**

- Trapping
- Blends
- Patterns
- Layers
- Gradient Mesh Tool
- Filters
- Importing Photos
- Masking
- Advanced Selection
- Scatter and Art Brushes
- Compounds
- Editing PDFs
- Exporting URLs
- Pathfinder Options
- Templates

**Days**
2

**Intended Audience and Prerequisites**
The class is designed for those who know Illustrator already but want to utilize the advanced techniques and features. Participants in all classes should have some familiarity with the Macintosh desktop or Windows environment. Participants should have taken Intro to Illustrator or have extensive experience with Illustrator.

**Tuition**
$ 695

**Enrollment**
Limited enrollment for each class (8-12 max), guaranteed 1 student per machine.

**Cancellation/Rescheduling Policy**
You may reschedule an open-enrollment class without charge as long as the request to reschedule is received at least TEN (10) BUSINESS DAYS prior to the class date. If you reschedule within TEN (10) BUSINESS DAYS of the class date, you will be subject to a $150.00 rescheduling fee. You may cancel an open-enrollment class and receive a refund (less a $150 administrative fee) as long as your request to cancel is received FIFTEEN (15) OR MORE BUSINESS DAYS prior to the class date. Cancellations received within FIFTEEN (15) BUSINESS DAYS of the class date are not refundable. Substitutions are permitted at any time.

Apple assumes no responsibility with regard to the selection, performance, or use of the products or services. All understandings, agreements, or warranties, if any, take place directly between the vendors and prospective users. For more information, see http://www.apple.com/experts/

| Plaintiff – AGI | Defendant – SSI |
|---|---|



## Plaintiff – AGI

AGI Page Layout Training

July 15-16 • Sept 27-28 • Nov 22-23

**Chicago Dates**
July 15-16 • Sept 27-28 • Nov 22-23

**Los Angeles Dates**
July 15-16 • Sept 27-28 • Nov 22-23

**Washington, DC Dates**
July 15-16 • Sept 27-28 • Nov 22-23

**Course Rate $695.00**

*Take both InDesign Level I and Level II for $1195.00*

*Register on-line*
*or by calling 800-851-9237*

**Adobe InDesign Level II**

This two day course is designed for individuals who already know the fundamental features of InDesign and also need to know the more advanced functions related to color controls, typesetting and output. This class is fully updated for version cs and is instructed by an Adobe Certified Expert and Adobe Certified Instructor for InDesign. Back to top.

| Topics Covered | | |
|---|---|---|
| • Advanced Typesetting | • Trapping | • Using Plug-ins |
| • Pen Tool / Clipping Paths | • Links | • Templates |
| • Style sheets | • Creating Tables | • Importing Word and Excel |
| • Nested Styles | • Adv. Tips & Tricks | • Printing Hints and Tips |

**Daytime Courses 9:30am-4:30pm**

**Boston Dates**
June 24-25 • Aug 30-31 • Oct 25-26 • Dec 27-28 • Jan 13-14 • Mar 10-11 • May 12-13
July 28-29

**Philadelphia Dates**
June 24-25 • Aug 30-31 • Oct 25-26 • Dec 27-28 • Jan 13-14 • Mar 10-11
May 12-13 • July 28-29

**New York City**
June 24-25 • Aug 30-31 • Oct 25-26 • Dec 27-28 • Jan 13-14 • Mar 10-11 • May 12-13 • July 28-29

**Atlanta Dates**
June 24-25 • Aug 30-31 • Oct 25-26 • Dec 27-28

## Defendant – SSI



Systems Solution Inc. - Ahead of the Curve

Systems Solution, Inc. SSi
Ahead of the curve

• ABOUT US  • CAREER OPPORTUNITIES  • CONTACT US  • DIRECTIONS  • SITE MAP

Home   Products   Service   Rentals   Education
• CLASS CALENDAR  • CUSTOM TRAINING  • APPLE TRAINING

**CLASS CALENDAR**

Design and Layout

**InDesign 2**

**Course Description**
This two-day course is designed for individuals who already know the fundamental features of InDesign and want to know the more advanced functions related to color controls, typesetting and output. Training provided by our authorized education partner Acquired Learning.

**Topics Covered:**

- • Advanced Typesetting
- • Trapping
- • Advanced Tips and Tricks
- • Printing Hints and Tips
- • Pen Tool
- • Links
- • Using Plug-ins
- • Clipping Paths
- • Stylesheets
- • Templates

**Days**
2

**Intended Audience and Prerequisites**
Students should have either taken Indesign I or have a good working knowledge of Indesign and how is works. Participants in all classes should have some familiarity with the Macintosh or windows desktop environment.

**Tuition**
$ 695

**Enrollment**
Limited enrollment for each class (8-12 max), guaranteed 1 student per machine.

**Cancellation/Rescheduling Policy**
You may reschedule an open-enrollment class without charge as long as the request to reschedule is received at least TEN (10) BUSINESS DAYS prior to the class date. If you reschedule within TEN (10) BUSINESS DAYS of the class date, you will be subject to a $150.00 rescheduling fee. You may cancel an open-enrollment class and receive a refund (less a $150 administrative fee) as long as your request to cancel is received FIFTEEN (15) OR MORE BUSINESS DAYS prior to the class date. Cancellations received within FIFTEEN (15) BUSINESS DAYS of the class date are not refundable. Substitutions are permitted at any time.

Apple assumes no responsibility with regard to the selection, performance, or use of the products or services. All understandings, agreements, or warranties, if any, take place directly between the vendors and prospective users. For more information, see http://www.apple.com/experts/

**Reserve Your Seat Today (All fields are required.)**
Class        ⦿ Please contact me with more information.



## Plaintiff – AGI

AGI Page Layout Training

· Linking/unlinking          · Scripting

*This training is custom only. AGI instructors are available for consulting. Use our facilities, or have us come to your site.*

*Call for pricing and availability.*

**QuarkXPress Level I**

This course will have you "Up and Running" in 12 hours!
Learn the most widely used layout program in the graphic arts industry. This course will focus on making you productive and knowledgeable in this popular layout program. Good for both designers and production personnel. This class is for Version 6. Back to top.

| Topics Covered | | |
|---|---|---|
| · Creating Text and Picture Boxes | · Importing Text & Graphics | · Master Pages, Templates |
| · Tools and Palettes, including Bezier | · Document Creation | · Tabs, Rules, Borders |
| · Color Controls | · Typesetting Utilities | · Printing Tips & Hints |

**Daytime Courses 9:30am-4:30pm**

**Philadelphia, Boston and New York City Dates**
Sept 1-2 • Nov 8-9* • Mar 28-29 • June 2-3
*New Boston Date or Dec. 15-16

**Atlanta, Chicago, Los Angeles and Washington DC Dates**
Sept 1-2 • Nov 4-5

**Course Rate $695.00**

*Take both QuarkXPress Level 1 and Level 2 for $1195.00*

*Register on-line
or by calling 800-851-9237*

**QuarkXPress Level II**

You've mastered the program to do what you need, but want to implement some of the advanced features into your document creation. This two day course will speed up your confidence and productivity! This class is for version 6. Back to top.

| | | |
|---|---|---|
| · Advanced Typesetting | · Indexes | · Tips & Tricks |

## Defendant – SSI

Systems Solution Inc. - Ahead of the Curve

**Systems Solution, Inc. SSI**
*Ahead of the curve.*

ABOUT US • CAREER OPPORTUNITIES • CONTACT US • DIRECTIONS • SITE MAP

Home   Products   Service   Rentals   Education
· CLASS CALENDAR · CUSTOM TRAINING · APPLE TRAINING

### CLASS CALENDAR

Design and Layout

**QuarkXPress 1**

**Course Description**
This course will have you up-and-running in two-days! Learn the most widely used layout program in the graphic arts industry. This course will focus on making you productive and knowledgeable in this popular layout program. Good for both designers and production personnel.
Training provided by our authorized education partner Acquired Learning.

**Topics Covered:**

· Creating Text and Picture Boxes      · Tools and Palettes, Including Bezier
· Color Controls                        · Importing Text and Graphics
· Document Creation                     · Typesetting Utilities
· Master Pages & Templates              · Tabs, Rules, Borders
· Moving Pages                          · Printing Tips and Hints

**Days**
2

**Intended Audience and Prerequisites**
The class is intended for anyone who is new to layout programs or is switching to Quark from other layout programs. Participants in all classes should have some familiarity with the Macintosh or Windows environment. Experience with graphic design programs is a plus but not require.

**Tuition**
$ 695

**Enrollment**
Limited enrollment for each class (8-12 max), guaranteed 1 student per machine.

**Cancellation/Rescheduling Policy**
You may reschedule an open-enrollment class without charge as long as the request to reschedule is received at least TEN (10) BUSINESS DAYS prior to the class date. If you reschedule within TEN (10) BUSINESS DAYS of the class date, you will be subject to a $150.00 rescheduling fee. You may cancel an open-enrollment class and receive a refund (less a $150 administrative fee) as long as your request to cancel is received FIFTEEN (15) OR MORE BUSINESS DAYS prior to the class date. Cancellations received within FIFTEEN (15) BUSINESS DAYS of the class date are not refundable. Substitutions are permitted at any time.

Apple assumes no responsibility with regard to the selection, performance, or use of the products or services. All understandings, agreements, or warranties, if any, take place directly between the vendors and prospective users. For more information, see http://www.apple.com/experts/

| Plaintiff – AGI | Defendant – SSI |
|---|---|





## Plaintiff – AGI

AGI Page Layout Training



• Bezièr Tools          • Trapping          • Using Extensions
• Style sheets          • Fixing Documents  • Utilizing Templates
• Adv. Keyboard Commands • Clipping Paths    • Creating Table of Contents
• Master Pages          • Creating Books    • Printing Hints and Tips

**Daytime Courses 9:30am-4:30pm**

Philadelphia, Boston and New York City Dates
Aug 2-3 • Oct 14-15 • Nov 22-23 • Feb 24-25 • Apr 27-28 • June 29-30

Atlanta, Chicago, Los Angeles and Washington DC Dates
Call for dates.

**Course Rate $695.00**

*Take both QuarkXPress Level 1 and Level 2 for $1195.00*
*Register on-line*
*or by calling 800-851-9237*

**PageMaker Level I**

Get yourself started and see immediate results with this two day introductory course. You will be able to set type, create layouts and understand the process of printing and troubleshooting. Learn how to be more effective in less time! This class is instructed by an Adobe Certified Expert and Adobe Certified Instructor for PageMaker. Updated for version 7.0 Back to top.



• Creating Preferences   • Utilizing Graphics      • Tabs, Rules, Borders
• Printing Tips & Hints   • Text and Picture Frames  • Master Pages/Templates
• Tool and Control Palettes • Typographic Controls   • Style sheets
• Importing Text & Graphics • Paragraph Formats      • Exporting Files

**Daytime Courses 9:30am-4:30pm**

Offered as custom training.

**Course Rate $695.00**

*Register on-line*
*or by calling 800-851-9237*

**PageMaker Level II**

## Defendant – SSI





| Plaintiff – AGI | Defendant – SSI |
|---|---|

**Plaintiff – AGI**

AGI Page Layout Training

- Bezíer Tools
- Style sheets
- Adv. Keyboard Commands
- Master Pages
- Trapping
- Fixing Documents
- Clipping Paths
- Creating Books
- Using Extensions
- Utilizing Templates
- Creating Table of Contents
- Printing Hints and Tips

**Daytime Courses 9:30am-4:30pm**

Philadelphia, Boston and New York City Dates
Aug 2-3 • Oct 14-15 • Nov 22-23 • Feb 24-25 • Apr 27-28 • June 29-30

Atlanta, Chicago, Los Angeles and Washington DC Dates
Call for dates.

**Course Rate $695.00**

*Take both QuarkXPress Level 1 and Level 2 for $1195.00*
*Register on-line*
*or by calling 800-851-9237*

**PageMaker Level I**

Get yourself started and see immediate results with this two day introductory course. You will be able to set type, create layouts and understand the process of printing and troubleshooting. Learn how to be more effective in less time! This class is instructed by an Adobe Certified Expert and Adobe Certified Instructor for PageMaker. Updated for version 7.0 Back to top.

- Creating Preferences
- Printing Tips & Hints
- Tool and Control Palettes
- Importing Text & Graphics
- Utilizing Graphics
- Text and Picture Frames
- Typographic Controls
- Paragraph Formats
- Tabs, Rules, Borders
- Master Pages/Templates
- Style sheets
- Exporting Files

**Daytime Courses 9:30am-4:30pm**

Offered as custom training.

**Course Rate $695.00**

*Register on-line*
*or by calling 800-851-9237*

**PageMaker Level II**

**Defendant – SSI**

Systems Solution Inc. - Ahead of the Curve

Systems Solution, Inc. SSi
Ahead of the curve.

ABOUT US ⋅ CAREER OPPORTUNITIES ⋅ CONTACT US ⋅ DIRECTIONS ⋅ SITE MAP

Home | Products | Service | Rentals | Education
CLASS CALENDAR ⋅ CUSTOM TRAINING ⋅ APPLE TRAINING

**CLASS CALENDAR**

Design and Layout

**PageMaker 1**

Course Description
With this two-day introductory course you will be able to set type, create layouts and understand the process of printing and troubleshooting. Learn how to be more effective in less time!

Topics Covered:

- Creating Preferences
- Tool and Control Palettes
- Utilizing Graphics
- Typographic Controls
- Tabs, Rules, Borders
- Printing Tips & Hints
- Importing Text & Graphics
- Text and Picture Frames
- Paragraph Formats
- Masters Pages & Templates

Days
2

Intended Audience and Prerequisites

The class is intended for anyone who is new to layout programs or is switching to PageMaker from other layout programs. Participants in all classes should have some familiarity with the Macintosh or Windows environment. Experience with graphic design programs is a plus but not required.

Tuition
$ 695

Enrollment
Limited enrollment for each class (8-12 max), guaranteed 1 student per machine.

Cancellation/Rescheduling Policy
You may reschedule an open-enrollment class without charge as long as the request to reschedule is received at least TEN (10) BUSINESS DAYS prior to the class date. If you reschedule within TEN (10) BUSINESS DAYS of the class date, you will be subject to a $150.00 rescheduling fee. You may cancel an open-enrollment class and receive a refund (less a $150 administrative fee) as long as your request to cancel is received FIFTEEN (15) OR MORE BUSINESS DAYS prior to the class date. Cancellations received within FIFTEEN (15) BUSINESS DAYS of the class date are not refundable. Substitutions are permitted at any time.

Apple assumes no responsibility with regard to the selection, performance, or use of the products or services. All understandings, agreements, or warranties, if any, take place directly between the vendors and prospective users. For more information, see http://www.apple.com/experts/



## Plaintiff – AGI

AGI Page Layout Training

Beyond the basics. Learn in a series of hands-on exercises how to use some of the advanced features available in PageMaker. Find innovative ways to create better documents in less time in this two day class. Great for production of brochures, booklets and more. This class is instructed by an Adobe Certified Expert and Adobe Certified Instructor for PageMaker. Updated for version 7.0 Back to top.

| | | |
|---|---|---|
| • Advanced Typesetting | • Working with Long Documents | • Export HTML & PDF |
| • Utilizing Plug-ins | • Advanced Graphic Issues | • Using Extensions |
| • Preference Settings | • Color Separation Issues | • Utilizing Templates |
| • Adv. Keyboard Commands | • Troubleshooting | • Creating Table of Contents |
| • Advance Use of Guides | • Mac to PC File Conversions | • Working With Layers |
| • Master Pages | • Creating Books | • Printing Hints and Tips |

**Daytime Courses 9:30am-4:30pm**

**Philadelphia and Boston dates**
Call 800-851-9237

**Atlanta Dates**
call 678-380-9065 for dates

**Chicago Dates**
call 678-380-9065 for dates

**Course Rate $695.00**

Apple Solution Experts Trainer

Adobe Certified Training Provider

## Defendant – SSI

Systems Solution Inc. - Ahead of the Curve

Systems Solution, Inc. SSi
Ahead of the curve.

» ABOUT US  » CAREER OPPORTUNITIES  » CONTACT US  » DIRECTIONS  » SITE MAP

Home    Products    Service    Rentals    Education
» CLASS CALENDAR  » CUSTOM TRAINING  » APPLE TRAINING

### CLASS CALENDAR

Design and Layout

**PageMaker 2**

**Course Description**
Beyond the basics. Learn in a series of hands-on exercises how to use some of the advanced features available in PageMaker. Find innovative ways to create better documents in less time, in this two-day class. Great for production of brochures, booklets, and more.

**Topics Covered:**

| | |
|---|---|
| ○ Advanced Typesetting | ○ Utilizing Plug-ins |
| ○ Preference Settings | ○ Working with Long Documents |
| ○ Master Pages | ○ Printing Tips and Tricks |
| ○ Advanced Graphic Issues | ○ Color Separation Issues |
| ○ Table of Contents | ○ Postscript Troubleshooting/Fonts |
| ○ Export HTML & PDF | ○ Creating Books |
| ○ Advanced Use of Guides | ○ Distiller Options |
| ○ Working with Layers | |

**Days**
2

**Intended Audience and Prerequisites**
The class is intended for anyone who has used PageMaker and is familiar with all of the topics covered in PageMaker 1. Participants in all classes should have some familiarity with the Macintosh or Windows environment. Experience with graphic design programs is a plus but not required.

**Tuition**
$ 695

**Enrollment**
Limited enrollment for each class (8-12 max), guaranteed 1 student per machine.

**Cancellation/Rescheduling Policy**
You may reschedule an open-enrollment class without charge as long as the request to reschedule is received at least TEN (10) BUSINESS DAYS prior to the class date. If you reschedule within TEN (10) BUSINESS DAYS of the class date, you will be subject to a $150.00 rescheduling fee. You may cancel an open-enrollment class and receive a refund (less a $150 administrative fee) as long as your request to cancel is received FIFTEEN (15) OR MORE BUSINESS DAYS prior to the class date. Cancellations received within FIFTEEN (15) BUSINESS DAYS of the class date are not refundable. Substitutions are permitted at any time.

Apple assumes no responsibility with regard to the selection, performance, or use of the products or services. All understandings, agreements, or warranties, if any, take place directly between the vendors and prospective users. For more information, see http://www.apple.com/experts/



| Plaintiff – AGI | Defendant – SSI |
|---|---|

AGI Internet Training

**Adobe GoLive CS Level II**

This two day course is for the GoLive user who has created pages or sites in GoLive, but needs to learn more productive methods. All of the topics from GoLive I are covered at much faster pace in order to insure that students have the necessary fundamental skills. The topics in the chart below are added to this advanced level curriculum. Students should be familiar with HTML terms and able to create basic pages with images and links. Back to top.



| | | |
|---|---|---|
| • Advanced Tips & Tricks | • CyberObjects | • Cascading Style Sheets |
| • Actions & Stationaries | • Components | • QuickTime Editing |
| • Timelines | • Layers/Floating Boxes | • Plug-ins |
| • DHTML/Animation | • Javascript with Actions | • Advanced Typesetting |

**Daytime Courses 9:30am-4:30pm**

**Philadelphia, Boston and New York City Dates**
Jan 27-28 • Mar 24-25 • May 26-27 • July 21-22

**Atlanta, Chicago, Los Angeles and Washington DC Dates**
Aug 2-3 • Nov 3-4

**Course Rate $695.00**

*Take GoLive Level I and GoLive Level II for $1,195.00*
*Register on line*
*or by calling 800-851-9237*

**HTML Level I**

Creating Web PagesIn this hands-on class you will learn the fundamentals to creating a web page. By the end of this class you will know how to make a web page with colors, links, images and text. This class will give you the confidence and knowledge to build an exciting page for yourself or your business! Back to top.

| Topics Covered | | |
|---|---|---|
| • Internet Basics | • HTML Coding | • Making Graphics Work |
| • Fundamentals of Font Tags | • Creating Lists | • Understanding File Formats |
| • Web Design Fundamentals | • Adding Links & Anchors | • Color Issues |
| • Creating a Web Page | • Attracting Traffic to your site | |

**Daytime Courses 9:30am-4:30pm**



518313-1

| Plaintiff – AGI | Defendant – SSI |
|---|---|

**Plaintiff – AGI**

AGI Internet Training

## Adobe GoLive CS Level II

This two day course is for the GoLive user who has created pages or sites in GoLive, but needs to learn more productive methods. All of the topics from GoLive I are covered at much faster pace in order to insure that students have the necessary fundamental skills. The topics in the chart below are added to this advanced level curriculum. Students should be familiar with HTML terms and able to create basic pages with images and links. Back to top.



| | | |
|---|---|---|
| • Advanced Tips & Tricks | • CyberObjects | • Cascading Style Sheets |
| • Actions & Stationaries | • Components | • QuickTime Editing |
| • Timelines | • Layers/Floating Boxes | • Plug-ins |
| • DHTML/Animation | • Javascript with Actions | • Advanced Typesetting |

**Daytime Courses 9:30am-4:30pm**

Philadelphia, Boston and New York City Dates
Jan 27-28 • Mar 24-25 • May 26-27 • July 21-22

Atlanta, Chicago, Los Angeles and Washington DC Dates
Aug 2-3 • Nov 3-4

**Course Rate $695.00**

*Take GoLive Level I and GoLive Level II for $1,195.00*
*Register on line*
*or by calling 800-851-9237*

**HTML Level I**

Creating Web PagesIn this hands-on class you will learn the fundamentals to creating a web page. By the end of this class you will know how to make a web page with colors, links, images and text. This class will give you the confidence and knowledge to build an exciting page for yourself and your business! Back to top.

**Topics Covered**

| | | |
|---|---|---|
| • Internet Basics | • HTML Coding | • Making Graphics Work |
| • Fundamentals of Font Tags | • Creating Lists | • Understanding File Formats |
| • Web Design Fundamentals | • Adding Links & Anchors | • Color Issues |
| • Creating a Web Page | • Attracting Traffic to your site | |

**Daytime Courses 9:30am-4:30pm**

---

**Defendant – SSI**



Systems Solution Inc. - Ahead of the Curve

Systems Solution, Inc. **SSi**
Ahead of the curve.

ABOUT US • CAREER OPPORTUNITIES • CONTACT US • DIRECTIONS • SITE MAP
Home  Products  Service  Rentals  Education
• CLASS CALENDAR • CUSTOM TRAINING • APPLE TRAINING

## CLASS CALENDAR

**Web Video Multimedia**

**HTML 1**

**Course Description**
In this hands-on class, an instructor will take you through step-by-step instructions to actively create your own web pages. This class will give you the confidence and knowledge to build an exciting site for yourself or your business.

**Topics covered:**

- Internet Basics
- Web Design Fundamentals
- Creating a Web Page
- HTML coding
- Color Issues
- Adding Links
- Making Graphics Work
- Attracting Traffic to your Site
- Creating Lists
- Understanding File Formats

**Days**
1

**Intended Audience and Prerequisites**
This class is intended for those who are just starting out in Web Design and want to learn the basics. Participants in all classes should have some familiarity with the Macintosh desktop or Windows environments.

**Tuition**
$ 325

**Enrollment**
Limited enrollment for each class (8-12 max), guaranteed 1 student per machine.

**Cancellation/Rescheduling Policy**
You may reschedule an open-enrollment class without charge as long as the request to reschedule is received at least TEN (10) BUSINESS DAYS prior to the class date. If you reschedule within TEN (10) BUSINESS DAYS of the class date, you will be subject to a $150.00 rescheduling fee. You may cancel an open-enrollment class and receive a refund (less a $150 administrative fee) as long as your request to cancel is received FIFTEEN (15) OR MORE BUSINESS DAYS prior to the class date. Cancellations received within FIFTEEN (15) BUSINESS DAYS of the class date are not refundable. Substitutions are permitted at any time.

Apple assumes no responsibility with regard to the selection, performance, or use of the products or services. All understandings, agreements, or warranties, if any, take place directly between the vendors and prospective users. For more information, see http://www.apple.com/experts/

**Reserve Your Seat Today (All fields are required.)**
Class                    ⊙ Please contact me with more information.

| Plaintiff – AGI | Defendant – SSI |
|---|---|

**Plaintiff – AGI**

AGI Internet Training

Boston Dates Philadelphia (Blue Bell)
Sept 9 • Nov 10 • Feb 21 • Apr 11 • June 20

**Course Rate $325.00**

*Take Both HTML I and HTML II for $600.00*
*Register by calling 800-851-9237*

HTML Level II

This one day course is designed for the individual who already knows basic HTML and Web management techniques. Students will learn how to more effectively use HTML, learn HTML tips and techniques and learn advanced features that add "punch" to a Web site design. Enrollment requires previous HTML experience. Back to top.

| Topics Covered | | |
|---|---|---|
| • Tables | • Animations & Multimedia | • Advanced Design Techniques |
| • Frames | • Image Mapping | • Advanced HTML |
| • Slicing Images | | |

**Daytime Courses 9:30am-4:30pm**

Philadelphia, Boston and New York City Dates
Sept 10 • Nov 11 • Feb 23 • Apr 13 • June 22

**Course Rate $325.00** *Take both HTML I and HTML II for $600.00*
Register by calling 800-851-9237

HTML Level III

DHTML This one day course is designed for the individual who already understands the fundamentals of HTML, but is looking to improve the efficiency of their code for modern browsers and also add interactivity. Past experience with HTML frames and imagemaps is helpful. Back to top.

| Topics Covered | | |
|---|---|---|
| Layers | Advanced HTML | Adv. Design Techniques |
| Cascading Style Sheets | Object Positioning | Page object animations |

**Daytime Courses 9:30am-4:30pm**

Philadelphia Dates, Boston and New York City Dates
call for dates

**Course Rate $325.00**

**Defendant – SSI**



| Plaintiff – AGI | Defendant – SSI |
|---|---|

**Plaintiff – AGI**

AGI Internet Training

**Boston Dates Philadelphia (Blue Bell)**
Sept 9 • Nov 10 • Feb 21 • Apr 11 • June 20

**Course Rate $325.00**

*Take Both HTML I and HTML II for $600.00*
*Register by calling 800-851-9237*

**HTML Level II**

This one day course is designed for the individual who already knows basic HTML and Web management techniques. Students will learn how to more effectively use HTML, learn HTML tips and techniques and learn advanced features that add "punch" to a Web site design. Enrollment requires previous HTML experience. Back to top.

| Topics Covered | | |
|---|---|---|
| • Tables | • Animations & Multimedia | • Advanced Design Techniques |
| • Frames | • Image Mapping | • Advanced HTML |
| • Slicing Images | | |

**Daytime Courses 9:30am-4:30pm**

**Philadelphia, Boston and New York City Dates**
Sept 10 • Nov 11 • Feb 23 • Apr 13 • June 22

**Course Rate $325.00** *Take both HTML I and HTML II for $600.00*
Register by calling 800-851-9237

**HTML Level III**

DHTML This one day course is designed for the individual who already understands the fundamentals of HTML, but is looking to improve the efficiency of their code for modern browsers and also add interactivity. Past experience with HTML frames and imagemaps is helpful. Back to top.

| Topics Covered | | |
|---|---|---|
| Layers | Advanced HTML | Adv. Design Techniques |
| Cascading Style Sheets | Object Positioning | Page object animations |

**Daytime Courses 9:30am-4:30pm**

**Philadelphia Dates, Boston and New York City Dates**
call for dates

**Course Rate $325.00**

---

**Defendant – SSI**

Systems Solutions Inc. - Ahead of the Curve

**Systems Solution, Inc. SSi**
*Ahead of the curve.*

ABOUT US • CAREER OPPORTUNITIES • CONTACT US • DIRECTIONS • SITE MAP

Home | Products | Service | Rentals | Education
CLASS CALENDAR • CUSTOM TRAINING • APPLE TRAINING

**CLASS CALENDAR**

**Web Video Multimedia**

**HTML 3: CSS**

Course Description
This one day course is designed for the individual who already understands the fundamentals of HTML, but is looking to improve the efficiency of their code for modern browsers and also add interactivity. Past experience with HTML frames and imagemaps is required for this course.

Topics Covered

- Layers
- Object Positioning
- Advanced HTML

- Cascading Style Sheets (CSS)
- Page Object Animations
- Advanced Design Techniques

Days
1

Intended Audience and Prerequisites
Past experience with HTML frames and imagemaps is required for this course. Participants in all classes should have some familiarity with the Macintosh desktop or Windows environment.

Tuition
$ 325

Enrollment
Limited enrollment for each class (8-12 max), guaranteed 1 student per machine.

Cancellation/Rescheduling Policy
You may reschedule an open-enrollment class without charge as long as the request to reschedule is received at least TEN (10) BUSINESS DAYS prior to the class date. If you reschedule within TEN (10) BUSINESS DAYS of the class date, you will be subject to a $150.00 rescheduling fee. You may cancel an open-enrollment class and receive a refund (less a $150 administrative fee) as long as your request to cancel is received FIFTEEN (15) OR MORE BUSINESS DAYS prior to the class date. Cancellations received within FIFTEEN (15) BUSINESS DAYS of the class date are not refundable. Substitutions are permitted at any time.

Apple assumes no responsibility with regard to the selection, performance, or use of the products or services. All understandings, agreements, or warranties, if any, take place directly between the vendors and prospective users. For more information, see http://www.apple.com/experts/

**Reserve Your Seat Today (All fields are required.)**

| Class | ◉ Please contact me with more information. |
|---|---|
| Name | |

## Plaintiff – AGI

AGI Internet Training

### Register by calling 800-851-9237

### Macromedia DreamWeaver I

This two day course provides an in-depth look at the features and use of this web site development and management application. Updated for Version MX. Back to top.

| Topics Covered | | |
| --- | --- | --- |
| • Site Management | • Inserting Images | • Adding Multimedia Files |
| • Colors | • Creating Tables | • Frames |
| • Formatting Text | • Setting Hyperlinks | • Cascading Style Sheets |
| • Line Breaks | • Image Maps | • DHTML |
| • Page Properties | • Forms and CGI | |

### Daytime Courses 9:30am-4:30pm

Philadelphia, Boston and New York City Dates
July 8-9 • Sept 16-17 • Nov 1-2 • Dec 6-7 • Feb 1-2 • Mar 1-2 • May 1-2 • July 25-26

Atlanta, Chicago, Los Angeles and Washington DC
Sept 16-17

Course Rate $695.00
Register on-line
or by calling 800-851-9237

### Macromedia DreamWeaver Level II

This two day course provides an advanced look at the features and use of this web site development and management application. Updated for version MX. Back to top.

| Topics Covered | | |
| --- | --- | --- |
| • Advanced Site Controls | • Adv. Text Controls | • Images Controls |
| • Building Better Tables | • Building Templates | • Setting Anchors |
| • Image Maps | • Adding Multimedia Files | • Cascading Style Sheets |
| •Forms | •Framesets | • DHTML |

### Daytime Courses 9:30am-4:30pm

Philadelphia, Boston and New York City Dates
Aug 2-3 • Nov 3-4 • Jan 5-6 • Mar 1-2 • Mar 30-31 • May 4-5
July 27-28

## Defendant – SSI



Systems Solution Inc. - Ahead of the Curve

Systems Solution, Inc. SSi
Ahead of the curve.

★ ABOUT US  ★ CAREER OPPORTUNITIES  ★ CONTACT US  ★ DIRECTIONS  ★ SITE MAP

Home    Products    Service    Rentals    Education
★ CLASS CALENDAR  ★ CUSTOM TRAINING  ★ APPLE TRAINING

### CLASS CALENDAR

Web Video Multimedia

### DreamWeaver MX 1

Course Description

This two day course provides an in-depth look at the features and use of this web site development and management application. Updated for Version MX. Training provided by our authorized education partner Acquired Learning.

Topics Covered

- Site Management
- Inserting Images
- Adding Multimedia Files
- Colors
- Creating Tables
- Frameses
- Formatting Text
- Setting Hyperlinks
- Cascading Style Sheets
- Image Maps
- DHTML
- Page Properties
- Forms and CGI
- Line Breaks

Days
2

Intended Audience and Prerequisites
This class is intended for those who have had experience with HTML coding possibly another web page creation program. Participants in all classes should have some familiarity with the Macintosh desktop or Windows environment.

Tuition
$ 695

Enrollment
Limited enrollment for each class (8-12 max), guaranteed 1 student per machine.

Cancellation/Rescheduling Policy
You may reschedule an open-enrollment class without charge as long as the request to reschedule is received at least TEN (10) BUSINESS DAYS prior to the class date. If you reschedule within TEN (10) BUSINESS DAYS of the class date, you will be subject to a $150.00 rescheduling fee. You may cancel an open-enrollment class and receive a refund (less a $150 administrative fee) as long as your request to cancel is received FIFTEEN (15) OR MORE BUSINESS DAYS prior to the class date. Cancellations received within FIFTEEN (15) BUSINESS DAYS of the class date are not refundable. Substitutions are permitted at any time.

Apple assumes no responsibility with regard to the selection, performance, or use of the products or services. All understandings, agreements, or warranties, if any, take place directly between the vendors and prospective users. For more information, see http://www.apple.com/experts/

Reserve Your Seat Today (All fields are required.)

| Plaintiff – AGI | Defendant – SSI |
|---|---|

**Plaintiff – AGI**

AGI Internet Training

**Register by calling 800-851-9237**

**Macromedia DreamWeaver I**

This two day course provides an in-depth look at the features and use of this web site development and management application. Updated for Version MX. Back to top.

| Topics Covered | | |
|---|---|---|
| • Site Management | • Inserting Images | • Adding Multimedia Files |
| • Colors | • Creating Tables | • Framesets |
| • Formatting Text | • Setting Hyperlinks | • Cascading Style Sheets |
| • Line Breaks | • Image Maps | • DHTML |
| • Page Properties | • Forms and CGI | |

**Daytime Courses 9:30am-4:30pm**

Philadelphia, Boston and New York City Dates
July 8-9 • Sept 16-17 • Nov 1-2 • Dec 6-7 • Feb 1-2 • Mar 1-2 • May 1-2 • July 25-26

Atlanta, Chicago, Los Angeles and Washington DC
Sept 16-17

**Course Rate $695.00**
Register on-line
or by calling 800-851-9237

**Macromedia DreamWeaver Level II**

This two day course provides an advanced look at the features and use of this web site development and management application. Updated for version MX. Back to top.

| Topics Covered | | |
|---|---|---|
| • Advanced Site Controls | • Adv. Text Controls | • Images Controls |
| • Building Better Tables | • Building Templates | • Setting Anchors |
| • Image Maps | • Adding Multimedia Files | • Cascading Style Sheets |
| •Forms | •Framesets | • DHTML |

**Daytime Courses 9:30am-4:30pm**

Philadelphia, Boston and New York City Dates
Aug 2-3 • Nov 3-4 • Jan 5-6 • Mar 3-4 • Mar 30-31 • May 4-5
July 27-28

**Defendant – SSI**

Systems Solution, Inc. SSi
Ahead of the curve.

• ABOUT US • CAREER OPPORTUNITIES • CONTACT US • DIRECTIONS • SITE MAP
Home  Products  Service  Rentals  Education
• CLASS CALENDAR • CUSTOM TRAINING • APPLE TRAINING

**CLASS CALENDAR**

Web Video Multimedia

**DreamWeaver MX 2**

**Course Description**
This two day course provides an advanced look at the features and use of this web site development and management application. Updated for version MX. Training provided by our authorized education partner Acquired Learning.

**Topics Covered**

| | |
|---|---|
| ▸ Advanced Site Controls | ▸ Image Maps |
| ▸ Adv. Text Controls | ▸ Adding Multimedia Files |
| ▸ Images Controls | ▸ Cascading Style Sheets |
| ▸ Building Better Tables | ▸ Forms |
| ▸ Building Templates | ▸ Framesets |
| ▸ Setting Anchors | ▸ DHTML |

**Days**
2

**Intended Audience and Prerequisites**
This class is intended for those who have attended Dreamweaver 1 class or have used Dreamweaver extensively. Participants in all classes should have some familiarity with the Macintosh desktop or Windows environment.

**Tuition**
$ 695

**Enrollment**
Limited enrollment for each class (8-12 max), guaranteed 1 student per machine.

**Cancellation/Rescheduling Policy**
You may reschedule an open-enrollment class without charge as long as the request to reschedule is received at least TEN (10) BUSINESS DAYS prior to the class date. If you reschedule within TEN (10) BUSINESS DAYS of the class date, you will be subject to a $150.00 rescheduling fee. You may cancel an open-enrollment class and receive a refund (less a $150 administrative fee) as long as your request to cancel is received FIFTEEN (15) OR MORE BUSINESS DAYS prior to the class date. Cancellations received within FIFTEEN (15) BUSINESS DAYS of the class date are not refundable. Substitutions are permitted at any time.

Apple assumes no responsibility with regard to the selection, performance, or use of the products or services. All understandings, agreements, or warranties, if any, take place directly between the vendors and prospective users. For more information, see http://www.apple.com/experts/

**Reserve Your Seat Today (All fields are required.)**
Class          ◉ Please contact me with more information.
Name
Company
Phone

518313-1

| Plaintiff – AGI | Defendant – SSI |
|---|---|

## Plaintiff – AGI

AGI Internet Training

**Atlanta Dates**
Aug 30-31 • Oct 25-26 • Dec 27-28

**Chicago Dates**
Aug 30-31 • Oct 25-26 • Dec 27-28

**Los Angeles Dates**
Aug 30-31 • Oct 25-26 • Dec 27-28

**Washington DC Dates**
Aug 30-31 • Oct 25-26 • Dec 27-28

**Course Rate $695.00**
Register on-line
or by calling 800-851-9237

**Dreamweaver Level III**

This two-day course extends Dreamweaver into the realm
of database-driven sites. Requires knowledge of all topics
in Dreamweaver Level I and Level II. Updated for version MX Back to top.

| Topics Covered | | |
|---|---|---|
| • Database Connectivity | • Adding Dynamic Data | • Insert & Update Page |

This class is a custom training.

*Call 1-800-851-9237 for information and to schedule.*

**Macromedia Flash Level I**

Flash offers the only standard playback of vector graphics and animations in a Web browser. Flash files are resolution independent, anti-aliased, and stream real-time during playback offering the highest quality viewing experience. Flash movies break the bandwidth barrier with beautiful and compact animations, navigation interfaces, ad banners, logos, technical illustrations, long-form cartoons, interactive comic books and much more. This introductory class is for the new user to Flash. Updated for version MX. Back to top.

| Topics Covered | | |
|---|---|---|
| • Workspace Introduction | • Drawing Tools | • Fills & Gradients |
| • Introduction to Layers | • Importing Artwork | • Symbols & Instances |
| • Animation | • Scenes | • Actions |
| • Buttons | • Sound | • Publishing |

## Defendant – SSI

**Systems Solution, Inc. SSi**
Ahead of the curve.

▸ABOUT US  ▸CAREER OPPORTUNITIES  ▸CONTACT US  ▸DIRECTIONS  ▸SITE MAP

Home | Products | Service | Rentals | Education
▸CLASS CALENDAR  ▸CUSTOM TRAINING  ▸APPLE TRAINING

### CLASS CALENDAR

Web Video Multimedia

**Flash MX 1**

**Course Description**
This two-day class provides and introduction to the features and capabilities of Flash. Flash files offer standard playback of vector graphics and animations in a Web browser. Flash files are resolution independent and stream real-time during playback offering the high quality viewing experience. Training provided by our authorized education partner Acquired Learning.

**Topics Covered:**

| | |
|---|---|
| ▸ Workspace Introduction | ▸ Using the Library |
| ▸ Introduction to Layers | ▸ Storyboards |
| ▸ Animation Settings | ▸ Mask Layers |
| ▸ Tracing Bitmaps | ▸ Colors & Gradients |
| ▸ Button Symbols | ▸ Object Inspector |
| ▸ Drawing Tools | ▸ Timeline Controls |
| ▸ Importing Graphics | ▸ Basic Actions |

**Days**
2

**Intended Audience and Prerequisites**

**Tuition**
$ 695

**Enrollment**
Limited enrollment for each class (8-12 max), guaranteed 1 student per machine.

**Cancellation/Rescheduling Policy**
You may reschedule an open-enrollment class without charge as long as the request to reschedule is received at least TEN (10) BUSINESS DAYS prior to the class date. If you reschedule within TEN (10) BUSINESS DAYS of the class date, you will be subject to a $150.00 rescheduling fee. You may cancel an open-enrollment class and receive a refund (less a $150 administrative fee) as long as your request to cancel is received FIFTEEN (15) OR MORE BUSINESS DAYS prior to the class date. Cancellations received within FIFTEEN (15) BUSINESS DAYS of the class date are not refundable. Substitutions are permitted at any time.

Apple assumes no responsibility with regard to the selection, performance, or use of the products or services. All understandings, agreements, or warranties, if any, take place directly between the vendors and prospective users. For more information, see http://www.apple.com/experts/

**Reserve Your Seat Today (All fields are required.)**

| Class | ⦿ Please contact me with more information. |
|---|---|
| Name | |
| Company | |
| Phone | |

| Plaintiff – AGI | Defendant – SSI |
|---|---|

**Plaintiff – AGI**

AGI Internet Training

**Daytime Courses 9:30am-4:30pm**

**Boston and New York City Dates**
Aug 23-24 • Nov 4-5 • Jan 13-14 • Mar 10-11 • May 12-13 • June 30-July 31

Philadelphia
Dec 1-2, Jan 13-14 • Mar 10-11 • May 12-13 • June 30-July 31

**Atlanta Dates**
Aug 23-24 • Nov 4-5

**Chicago Dates**
Aug 23-24 • Nov 4-5

**Los Angeles Dates**
Aug 23-24 • Nov 4-5

**Washington DC Dates**
Aug 23-24 • Nov 4-5

**Course Rate $695.00** *Take Flash I and II for $1,195.00*

*Register on-line*
*or by calling 800-851-9237*

**Flash Level II**

Learn more about how Flash movies break the bandwidth barrier with beautiful and compact animations, navigation interfaces, ad banners, logos, technical illustrations, long-form cartoons, interactive comic books and much more. Updated for version MX. Back to top.

| Topics Covered | | |
|---|---|---|
| • Animated Graphics | • Drawing Tools | •Animated Cursors |
| • Rollovers Buttons Symbols | • Frame Labels | • Symbols & Instances |
| • Frame & Button Actions | • Drop Down Menus | • Basic Action Scripts |
| • Movie Clips | • Sound Controls | • Properties & Values |

**Philadelphia, Lancaster, PA, Boston and New York City Dates**
Sept 22-23 • Nov 18-19 • Jan 18-19 • Mar 15-16 • May 17-18 • July 5-6

**Atlanta Dates**
July 21-22 • Sept 22-23 • Nov 18-19

**Chicago Dates**
July 21-22 • Sept 22-23 • Nov 18-19

**Defendant – SSI**



Systems Solution Inc. - Ahead of the Curve

**Systems Solution, Inc.** *Ahead of the curve.*

▶ ABOUT US  ▶ CAREER OPPORTUNITIES  ▶ CONTACT US  ▶ DIRECTIONS  ▶ SITE MAP

Home | Products | Service | Rentals | Education
▶ CLASS CALENDAR  ▶ CUSTOM TRAINING  ▶ APPLE TRAINING

**CLASS CALENDAR**

Web Video Multimedia

**Flash MX 2**

**Course Description**

Learn more about how Flash movies break the bandwidth barrier with beautiful and compact animations, navigation interfaces, ad banners, logos, technical illustrations, long-form cartoons, interactive comic books and much more. Training provided by our authorized education partner Acquired Learning.

**Topics Covered:**

- Animated Graphics
- Rollovers, Buttons
- Frame & Button Actions
- Movie Clips
- Loading Movies
- Frame Labels
- Drop Down Menus
- Scenes
- Sound Control
- Optimizing Animations
- Animated Cursors
- Symbols & Instances
- Basics Action Scripts
- Properties & Values
- Bandwidth Profiler

**Days**
2

**Intended Audience and Prerequisites**

**Tuition**
$ 695

**Enrollment**
Limited enrollment for each class (8-12 max), guaranteed 1 student per machine.

**Cancellation/Rescheduling Policy**
You may reschedule an open-enrollment class without charge as long as the request to reschedule is received at least TEN (10) BUSINESS DAYS prior to the class date. If you reschedule within TEN (10) BUSINESS DAYS of the class date, you will be subject to a $150.00 rescheduling fee. You may cancel an open-enrollment class and receive a refund (less a $150 administrative fee) as long as your request to cancel is received FIFTEEN (15) OR MORE BUSINESS DAYS prior to the class date. Cancellations received within FIFTEEN (15) BUSINESS DAYS of the class date are not refundable. Substitutions are permitted at any time.

Apple assumes no responsibility with regard to the selection, performance, or use of the products or services. All understandings, agreements, or warranties, if any, take place directly between the vendors and prospective users. For more information, see http://www.apple.com/experts/

Reserve Your Seat Today (All fields are required.)

## Plaintiff – AGI

AGI Internet Training

**Los Angeles Dates**
July 21-22 • Sept 22-23 • Nov 18-19

**Washington DC Dates**
July 21-22 • Sept 22-23 • Nov 18-19

**Course Rate $695.00** *Take Flash I and II for $1,195.00*

Register on-line
or by calling 800-851-9237

**Flash Level III**

This two-day class is for the advanced Flash user. Prerequisite for this course is an understanding of all bulleted points in both Flash I and II. Back to top.

| Topics Covered | | |
|---|---|---|
| • Flash as a Video Editing Tool | • Considerations When Planning | • Design Assets, Graphics, Audio |
| • Visualization of Motion/Storyboarding | • Masking Techniques | • Image Manipulation |
| • Advanced use of Frames | • Movie Clips | • Pixel-Based Manipulations |
| • Shape & Motion Tweening | • Audio Enhancement | • Looping Sequences |
| • Talking to JavaScript | • Conditions & Variables | |

**Philadelphia Dates:**
Nov 22-23 • Jan 13-14 • March 24-25

**Boston Dates:**
Jan 13-14 • March 3-4

**Course Rate $695** *Take Flash Level I, II and III for $1,695.00*

Register on-line
or by calling 800-851-9237

## Defendant – SSI



Systems Solution Inc. - Ahead of the Curve

**Systems Solution, Inc. SSI** *ahead of the curve.*

ABOUT US • CAREER OPPORTUNITIES • CONTACT US • DIRECTIONS • SITE MAP

Home  Products  Service  Rentals  Education
• CLASS CALENDAR • CUSTOM TRAINING • APPLE TRAINING

**CLASS CALENDAR**

Web Video Multimedia

**Flash MX 3**

**Course Description**

This two-day class is for the advanced Flash user. Prerequisite for this course is an understanding of all bulleted points in both Flash I and II.

**Topics Covered**

- Flash as a Video Editing Tool
- Visualization of Motion/Storyboarding
- Considerations When Planning
- Design Assets, Graphics, Audio
- Masking Techniques
- Image Manipulation
- Advanced use of Frames
- Movie Clips
- Pixel-Based Manipulations
- Shape & Motion Tweening
- Audio Enhancement
- Looping Sequences
- Talking to JavaScript
- Conditions & Variables

**Days**
2

**Intended Audience and Prerequisites**
Participants should be familiar with the Macintosh desktop or Windows environment and have either attended the JavaScript 1 class or have equivalent knowledge.

**Tuition**
$ 695

**Enrollment**
Limited enrollment for each class (8-12 max), guaranteed 1 student per machine.

**Cancellation/Rescheduling Policy**
You may reschedule an open-enrollment class without charge as long as the request to reschedule is received at least TEN (10) BUSINESS DAYS prior to the class date. If you reschedule within TEN (10) BUSINESS DAYS of the class date, you will be subject to a $150.00 rescheduling fee. You may cancel an open-enrollment class and receive a refund (less a $150 administrative fee) as long as your request to cancel is received FIFTEEN (15) OR MORE BUSINESS DAYS prior to the class date. Cancellations received within FIFTEEN (15) BUSINESS DAYS of the class date are not refundable. Substitutions are permitted at any time.

Apple assumes no responsibility with regard to the selection, performance, or use of the products or services. All understandings, agreements, or warranties, if any, take place directly between the vendors and prospective users. For more information, see http://www.apple.com/experts/

**Reserve Your Seat Today (All fields are required.)**

Class    ◉ Please contact me with more information.

## Plaintiff – AGI

<u>Defendant – SSI</u>



| Plaintiff – AGI | Defendant – SSI |
|---|---|

**AGI Internet Training**

Course Rate $1095.00
Register by calling 800-851-9237

**JavaScript Level II**

This two day course provides an in-depth look at the features and use of this web site development and management application. Back to top.

| Topics Covered | | |
|---|---|---|
| • Page Animations | • Cascading Style Sheets | • Event Handlers |
| • Layers | • Forms | • Handling Cookies |
| • Dynamic Pages | • Multimedia | |

Daytime Courses 9:30am-4:30pm
Call for dates: 800-851-9237

**Course Rate $795.00**

**Fireworks**

In this two day course you will learn how to use Fireworks to create optimized web graphics, apply special effects, build buttons, add rollovers, and create animated GIFs. You'll learn how to optimize images, create image maps and pop-up menus.

This class is a custom training.

*Call 1-800-851-9237 for information and to schedule.*

**XML - Introduction to XML Publishing**

This course provides you with a strong foundation for starting to use XML to publish information. It also covers the core technologies associated with XML. After completing this course you should be familiar with XMLs capabilities and be able to structure information for print or web publishing using programs and browsers that support XML.

While knowledge of JavaScript and CSS are helpful, they are NOT required prerequisites. This is an entry level XML course. Back to top.

| Topics Covered | | |
|---|---|---|
| • XML Overview | • Creating XML | • Document Type Definitions |
| • Elements | • Attributes | • Entities and Notions |
| • Schemas | • Namespaces | • Validation |
| • XSLT | • CSS and XML | • Using XML for publishing |



518313-1

29

## Plaintiff – AGI

AGI Adobe Premerie & After Effects Training Classes

**Los Angeles Dates**
July 21-22 • Aug 5-6 • Oct 12-13 • Dec 3-4

**Washington DC Dates**
July 21-22 • Aug 5-6 • Oct 12-13 • Dec 3-4

**Course rate $795.00**

**Take Premiere I, After Effects for $1395.00**
**Take Premiere I, II and After Effects for $1795.00**

**Register on-line**
or by calling 800-851-9237

**Adobe Premiere Level I**

Learn the essentials of this software which is designed for video professionals. Attendees will learn how to use the interface and superb editing tools for producing broadcast-quality movies used for video, multimedia, or the Web. Updated for version Premiere Pro. Back to Top.



| Topics Covered | | |
|---|---|---|
| • Video Basics | • Transitions | • Superimposing |
| • NTSC Timebase | • Markers | • Keyframes |
| • Workspace | • Advanced Editing | • Editing audio |
| • Sequences | • Filters | • Exporting Movies |
| • Editing Tools | • Creating Titles | |
| • Storyboard | • Animated Titles | |

**Daytime Courses 9:30am-4:30pm**

**Boston (Woburn), MA Dates:**
Aug 5-6 • Oct 12-13 • Dec 2-3 • Feb 10-11 • Mar 31-Apr 1 • June 2-3

**New York City Dates:**
Aug 5-6 • Oct 12-13 • Dec 2-3 • Feb 10-11 • Mar 31-Apr 1 • June 2-3

**Philadelphia (Blue Bell), PA Dates:**
Aug 5-6 • Oct 12-13 • Dec 2-3 • Feb 10-11 • Mar 31-Apr 1 • June 2-3

**Atlanta Dates**
Aug 5-6 • Oct 12-13 • Dec 2-3

**Chicago Dates**
Aug 5-6 • Oct 12-13 • Dec 2-3

## Defendant – SSI



30

| Plaintiff – AGI | Defendant – SSI |
|---|---|

**Plaintiff – AGI**

AGI Adobe Premerie & After Effects Training Classes

**Los Angeles Dates**
Aug 5-6 • Oct 12-13 • Dec 2-3

**Washington DC Dates**
Aug 5-6 • Oct 12-13 • Dec 2-3

**Course Rate $795.00**

**Take Premiere I, After Effects for $1395.00**
**Take Premiere I, II and After Effects for $1795.00**

**Register on-line**
or by calling 800-851-9237

**Adobe Premiere Level II**

Learn the advanced capabilities of Adobe Premiere. Attendees will learn how to use advanced interface and editing tools for producing broadcast-quality movies used for video, multimedia and the Web. Updated for Premiere Pro. Back to Top.

| Topics Covered | | |
|---|---|---|
| • Update on new Features | • Maximizing the interface | • Masking Techniques |
| • Advanced Audio editing | • Advanced transitions | • Advanced Editing |
| • Integrating Photoshop | • Color Correction | • Motion path animation |
| • DVD export | • Introduction to Encore DVD | |

**Daytime Courses 9:30am-4:30pm**

**Boston (Woburn), MA Dates:**
Sept 1-2 • Nov 3-4 • Dec 16-17 • Feb 17-18 • Apr 14-15 • June 16-17

**New York City Dates:**
Jan 3-4 • Feb 17-18 • Apr 14-15 • June 16-17

**Philadelphia (Blue Bell), PA Dates:**
Sept 1-2 • Nov 3-4 • Dec 16-17 • Feb 17-18 • Apr 14-15 • June 16-17

**Atlanta Dates**
Sept 1-2 • Nov 3-4

**Chicago Dates**
Sept 1-2 • Nov 3-4

**Los Angeles Dates**
Sept 1-2 • Nov 3-4

**Defendant – SSI**



Systems Solution Inc. - Ahead of the Curve

Systems Solution, Inc. SSi
Ahead of the curve.

ABOUT US • CAREER OPPORTUNITIES • CONTACT US • DIRECTIONS • SITE MAP

Home | Products | Service | Rentals | Education
• CLASS CALENDAR • CUSTOM TRAINING • APPLE TRAINING

**CLASS CALENDAR**

Web Video Multimedia

**Premiere Level II**

**Course Description**
Learn the advanced capabilities of Adobe Premiere in two days of hands-on training. Attendees will learn how to use advanced interface and editing tools for producing broadcast-quality movies used for video, multimedia and the Web. Training provided by our authorized education partner Acquired Learning.

**Topics Covered**

- Update on new features
- Creating Titles
- Integrating Photoshop
- Maximizing the interface
- Masking Techniques

- Adv. Transitions
- Adding Sound
- Intergrating Premiere
- Advanced Effects

**Days**
2

**Intended Audience and Prerequisites**

**Tuition**
$ 795

**Enrollment**
Limited enrollment for each class (8-12 max), guaranteed 1 student per machine.

**Cancellation/Rescheduling Policy**
You may reschedule an open-enrollment class without charge as long as the request to reschedule is received at least TEN (10) BUSINESS DAYS prior to the class date. If you reschedule within TEN (10) BUSINESS DAYS of the class date, you will be subject to a $150.00 rescheduling fee. You may cancel an open-enrollment class and receive a refund (less a $150 administrative fee) as long as your request to cancel is received FIFTEEN (15) OR MORE BUSINESS DAYS prior to the class date. Cancellations received within FIFTEEN (15) BUSINESS DAYS of the class date are not refundable. Substitutions are permitted at any time.

Apple assumes no responsibility with regard to the selection, performance, or use of the products or services. All understandings, agreements, or warranties, if any, take place directly between the vendors and prospective users. For more information, see http://www.apple.com/experts/

**Reserve Your Seat Today (All fields are required.)**

| Class | ○ Please contact me with more information. |
|---|---|
| | ○ November: 22,23  Location: King of Prussia, PA  Time: 9:30am - 4:30pm |