UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AMERICAN GRAPHICS INSTITUTE, INC.
and CHRISTOPHER SMITH,
          Plaintiffs,

v.

ACQUIRED LEARNING, INC., SYSTEMS
SOLUTION, INC., JUDEANN STIPE, DEAN
NOVOSAT, CLARK EDWARDS and
RICHARD WEIN,
          Defendants.

C.A. No. 04 12611 JLT

## AFFIDAVIT OF JUDEANN STIPE

I, Judeann Stipe, hereby depose and state as follows, based on my personal knowledge and my review of documents:

1. I am a sales representative for Defendant Acquired Learning, Inc. ("Acquired Learning"). I was hired into that position in September 2004. I work exclusively in the Lancaster, Pennsylvania office. I submit this affidavit in support of Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment and in support of Defendants' Cross-Motion for Summary Judgment.

2. From 1996 through July 2004, I was employed as a sales representative by Plaintiff America Graphics Institute, Inc. ("AGI"), and before that at CyberSolutions, Inc. ("CyberSolutions"), another business venture of Plaintiff Christopher Smith ("Smith"). During that time, I had the occasion to work with Richard Wein and others at Defendant Systems Solution, Inc. ("SSI").

3. During the course of my employment at AGI, I viewed SSI's website and the course descriptions listed on its website. I also noticed that SSI indicated copyright ownership in its website and related content. At no time during my employment at AGI did anyone from AGI suggest that any content on the SSI website belonged in any way to CyberSolutions or AGI, that

the SSI website content infringed any AGI copyright, or that there were any restrictions of any kind on SSI's ability to use its website content for whatever purpose it chose.

4.  In September 2004, I became a sales representative for Acquired Learning. Christopher Smith and his wife, Jennifer, did not take this news well. Jennifer, an officer of AGI and long-time friend, told me that she was "in shock" and felt like she had "been punched in the gut." She warned me that "this is a small industry" and vowed to "do [her] best to let everyone know my disappointment on this matter." She also warned me, "Good luck getting through Chris with this one…I won't even be his voice of reason anymore." (See Exhibit 1, attached hereto.)

Shortly thereafter, Christopher Smith contacted trainers who were listed in the SSI/Acquired Learning announcement and threatened to withdraw business from them if they did not remove their names from the Acquired Learning website. He even told one prospective Acquired Learning trainer, *a propos* of nothing, that I had filed a personal bankruptcy petition, commenting "When banks, retailers, and lenders are forced to write-off huge amounts of credit and other loans – as they were forced to do with Judeann – it impacts us all." (See Exhibit 2, attached hereto.)

Before filing suit, no one at AGI contacted me to advise me of any claim that the course descriptions on the Acquired Learning website belonged to AGI.

Signed this 12th day of August 2005 under the pains and penalties of perjury.

*Judeann Stipe*
Judeann Stipe

**EXHIBIT 1**

Subject: Re: Hello
Date: Monday, November 1, 2004 3:33 PM
From: Jennifer Smith <jsmith@agitraining.com>
To: Judeann Stipe jstipe@acquiredlearning.com

Then I guess you will understand that what we will do is right for our family. I never thought of you as a selfish, self-centered person. I am in shock and will not look at anybody I trust the same way again. Chris was very good to you and I feel like a fool for not disputing your unemployment. You lied. I hope that God didn't help you with that.
Personally, I will leave you alone with this one, but we NEVER screwed any one over like you just did. Just remember that this is a small industry. I will do my best to let everyone know my disappointment on this matter.
One last thing...we have lots of leads coming in on a regular basis for that area. If you were smart, you would have come to me to work with us..instead of against us.
Jennifer Smith
AGI Training
444 Washington Street
Woburn, MA 01801
800 851-9237

   ----- Original Message -----
   From: Judeann Stipe <mailto:jstipe@acquiredlearning.com>
   To: Jennifer Smith <mailto:jsmith@agitraining.com>
   Sent: Monday, November 01, 2004 2:57 PM
   Subject: Re: Hello

Hi Jen,

Sorry that you took my decision to do this personally. I have to do what is right for me and my family. I am also sorry that through this I have lost a good friend. I tried for so long to hold everything together. I knew you before AGI and personally do not like what Chris has done to you. Chris has a way of turning a good thing sour not only in business but personally. I am sure I am not the only person that feels this way. I loved working for YOU, but, then you gave it all to Chris!

As for being the voice of reason, Chris has taken this away from you. I am not afraid of Chris anymore, he no longer controls my destiny. If he wants to make an issue out of this or anything, more power to him. Life is too short to hold grudges.

After Caitlin became sick in Feb I REALLY learned what was important. I started to see things for what they are and not what I wanted them to be.

I know God has helped me make the right decision.

I sincerely wish you and your children the best!
Judeann


**From:** "Jennifer Smith" <jsmith@agitraining.com>
**Date:** Sat, 30 Oct 2004 01:59:24 -0400
**To:** <jstipe@acquiredlearning.com>
**Subject:** Hello


Geez Jude,
I feel like I have been punched in the gut. After all that I believed... I feel like you have betrayed my confidence in you. Good luck getting through Chris with this one...I won't even be his voice of reason anymore...I feel like an idiot :(
Jennifer Smith
AGI Training
444 Washington Street
Woburn, MA 01801
800 851-9237

**EXHIBIT 2**

AGI Litigation

**From:** Carl Leinbach [cleinbach@comcast.net]
**Sent:** Monday, May 09, 2005 12:49 PM
**To:** 'Judeann Stipe'
**Cc:** 'cedwards@acquiredlearning.com'
**Subject:** FW: borrow the a classroom in the BB facility for 2 days?

This is soooo unprofessional.


-------------------------------------------
CARL LEINBACH
Premiere Imaging
PremiereImaging@comcast.net
http://www.PremiereImaging.com
-----Original Message-----
**From:** Christopher Smith [mailto:csmith@agitraining.com]
**Sent:** Saturday, May 07, 2005 3:42 PM
**To:** 'Carl Leinbach'
**Subject:** RE: borrow the a classroom in the BB facility for 2 days?

Hi Carl,

Thanks, again, for the note.

I guess I had more faith in you, and did not feel the need to parse your words so carefully.

When banks, retailers and lenders are forced to write-off huge amounts of credit and other loans – as they were forced to do with Judeann - it impacts us all. It forces retailers to charge higher prices, banks and lenders to charge higher interest rates – this is what makes it everyone's business – including yours and mine – and it is why these records are publicly available. That said, her chapter 7 bankruptcy filing is certainly unfortunate.

Enjoy your weekend.

-c

Christopher Smith
AGI
http://www.agitraining.com

> -----Original Message-----
> **From:** Carl Leinbach [mailto:cleinbach@comcast.net]
> **Sent:** Friday, May 06, 2005 8:52 PM
> **To:** 'Christopher Smith'
> **Cc:** 'jennifer smith'
> **Subject:** RE: borrow the a classroom in the BB facility for 2 days?
>
> Oh, let's be Clintonesque -- it's the weekend, and you wanted me to enjoy my weekend, right?
>
> The phrase "at this point" indicates just that. AT THIS POINT. It could not be more specific. As of the date of the email, January 18, as I stated, I was not doing training for

CL 000643

8/8/2005

that company and had no future training scheduled with that company. So my January email meant just what you thought it meant, that I was not delivering training on behalf of another training firm AT THAT POINT. I have never been dishonest or manipulative in my dealings with you or Jennifer, as an employee of AGI or otherwise, so I take offense that you would assume I am being dishonest and manipulative now. You offered the training facility to me (I did not ask for it, but appreciated the offer and took you up on it when you made it), and although I had subsequent offers to use other training facilities, I didn't want to back out of what I thought was a generous offer on your part.

As for providing training for any other companies at any time in the future, I am not an employee of any training company -- I train on a freelance basis; therefore, I am not tied to any one company. There exists no signed contract between you and me, or between any other company and me, stating that I cannot train for other companies in the future.

Finally, Judeann's financial situation is not my business, nor is it yours. It is disappointing that you made that comment in your message; it is unprofessional and in poor taste.

That said, I think we're done.

---

CARL LEINBACH
Premiere Imaging
PremiereImaging@comcast.net
http://www.PremiereImaging.com

> -----Original Message-----
> **From:** Christopher Smith [mailto:csmith@agitraining.com]
> **Sent:** Friday, May 06, 2005 5:59 PM
> **To:** 'Carl Leinbach'
> **Subject:** RE: borrow the a classroom in the BB facility for 2 days?
>
> Hi Carl,
>
> Thanks for the note.
>
> In October (by phone), and in January (by email) you indicated that you were not delivering training for another training provider. In fact, in your January email you stated "… I do not do any training for this company at this point…"
> I hope you can understand how your statement led me to believe that you were not doing training for another training firm, as it certainly does appear to indicate as much. Unless we are going to have a Clintonesque dialog about the definition of your choice of words, I hope you can understand how I found your January email to mean that you were not delivering training on behalf of another training firm.
>
> I think we are looking at two pieces of the same puzzle. I really do appreciate that you were not allowing yourself to be listed on any other training firm's web site, however this was but one piece of our dialog when we discussed your use AGI's facility at no cost. You are now, and were then, fully aware that if you were upfront about your relationship with another training firm that you would not have received no-cost use of AGI's facilities. I can not help but perceive that you were being manipulative so that you could obtain the use of our facilities.
>
> As you know, we've made offers to hire you as much as your schedule permits. In fact, in October, I asked for a list of all available days from you and offered to fill out your schedule. While you did not provide such a list to me – nor were you able to provide a list to Jennifer in a follow-up conversation, you did find time in mid-November to deliver other training on behalf of another firm.

CL 000644

8/8/2005

We do hire contract instructors on exclusive retainer, and are open to discussing this with you. If you are interested, just let me know.

In the interim, your work at ETS and elsewhere is unfortunately in the thick of a legal dispute, and as you already know you'll be hearing from lawyers – probably from both sides – regarding this. As you do contract work for AGI, we are happy to provide legal counsel to represent you; just let me know if you are interested.

On another note, did you know that Judeann filed for bankruptcy a few months ago? It's a terribly unfortunate circumstance that she appears to have gotten herself into. The bank even started to foreclose on her house; which is quite sad. I know we both wish her well.

Enjoy your weekend.

-c

Christopher Smith
AGI
http://www.agitraining.com

>-----Original Message-----
>From: Carl Leinbach [mailto:cleinbach@comcast.net]
>Sent: Friday, May 06, 2005 4:56 PM
>To: 'Christopher Smith'
>Subject: RE: borrow the a classroom in the BB facility for 2 days?
>
>Chris-
>
>As you wrote on January 18, 2005:
>We'd like to see this promotion of you as their instructor end (essentially remove you from their web site) and create a more formal relationship between you and AGI  Thx,-c
>
>In response to your request, I removed my name from their site and relayed that information to you. No more about a more formal relationship between me and AGI was pursued by you, as I never received any paperwork or a formal contract. As I mentioned in our phone conversation, I do not wish to be exclusive to any one company, and if I were, it would cost that company a lot to keep me that way, much more than the free use of a training facility for two days.
>
>My understanding from the phone call on Saturday, October 29 was that you offered the training facility to me at the end of our conversation, almost right before we hung up, as a good-faith offering. I'm sorry if you didn't mean it that way, but no further formal contract was pursued to state anything to the contrary.
>
>---------------------------------------------
>CARL LEINBACH
>Premiere Imaging
>PremiereImaging@comcast.net
>http://www.PremiereImaging.com
>
>>-----Original Message-----
>>From: Christopher Smith [mailto:csmith@agitraining.com]
>>Sent: Friday, May 06, 2005 3:14 PM
>>To: 'Carl Leinbach'
>>Subject: FW: borrow the a classroom in the BB facility for 2 days?
>>
>>Hi Carl,
>>
>>I've done some research and confirmed that my memory is correct regarding your use of AGI's training facility.

CL 000645

8/8/2005

My message to you, sent on January 8, reads:
"the free space for your events was discussed in tandem with establishing an exclusive training relationship between hip guy Carl and AGI."

I understand your decision to not enter into an exclusive training relationship with AGI; but, as a result of this decision, you are not entitled to the free use of our facilities.

The string of our email "conversation" is below for your reference.

Best regards,

-c

Christopher Smith
AGI
http://www.agitraining.com

-----Original Message-----
From: Christopher Smith [mailto:csmith@agitraining.com]
Sent: Thursday, January 20, 2005 3:42 PM
To: 'Carl Leinbach'
Subject: RE: borrow the a classroom in the BB facility for 2 days?

Happy to help hipster Carl.

-c

>-----Original Message-----
>From: Carl Leinbach [mailto:cleinbach@comcast.net]
>Sent: Wednesday, January 19, 2005 6:20 AM
>To: 'Christopher Smith'
>Subject: RE: borrow the a classroom in the BB facility for 2 days?
>
>Looks as if I'm no longer a top-liner. I appreciate the use of the facility.
>
>
>----------------------------------------------
>CARL LEINBACH
>Premiere Imaging
>PremiereImaging@comcast.net
>http://www.PremiereImaging.com
>
>>-----Original Message-----
>>From: Christopher Smith [mailto:csmith@agitraining.com]
>>Sent: Tuesday, January 18, 2005 10:36 AM
>>To: 'Carl Leinbach'
>>Subject: RE: borrow the a classroom in the BB facility for 2 days?
>>
>>Dear Top Liner,
>>
>>Thanks for having your name removed from their site. I'll have the space held for you.
>>
>>-c
>>
>>>-----Original Message-----
>>>From: Carl Leinbach [mailto:cleinbach@comcast.net]
>>>Sent: Tuesday, January 18, 2005 4:44 AM
>>>To: 'Christopher Smith'

CL 000646

8/8/2005

Subject: RE: borrow the a classroom in the BB facility for 2 days?

As I do not do any training for this company at this point, I can be removed very quickly. I haven't gone to the site in many moons, so I am not aware of being the top-liner.

Thank you,
Hip Guy

---

CARL LEINBACH
Premiere Imaging
PremiereImaging@comcast.net
http://www.PremiereImaging.com

>-----Original Message-----
>From: Christopher Smith [mailto:csmith@agitraining.com]
>Sent: Tuesday, January 18, 2005 1:36 AM
>To: 'Carl Leinbach'
>Cc: jsmith@agitraining.com
>Subject: RE: borrow the a classroom in the BB facility for 2 days?
>
>Hi Carl,
>
>I have a book that goes out the door tomorrow. I've had blinders on as I wrap up this project.
>
>We have available space on these dates in Blue Bell.
>
>As I recall our conversation, the free space for your events was discussed in tandem with establishing an exclusive training relationship between hip guy Carl and AGI. As you might be aware, another training provider is still listing you as the top-line instructor on their web site. We'd like to see this promotion of you as their instructor end (essentially remove you from their web site) and create a more formal relationship between you and AGI
>Thx,
>
>-c
>
>-----Original Message-----
>From: Carl Leinbach [mailto:cleinbach@comcast.net]
>Sent: Monday, January 17, 2005 10:34 PM
>To: 'christopher smith'
>Subject: borrow the a classroom in the BB facility for 2 days?
>
>Chris-
>
>We had talked one Saturday a while back and I mentioned that I was going to be offering some hands-on sessions for portrait photographers in the subjects of Camera Raw and digital studio workflow. You then asked if I would like to use the BB office for those without charge. I then replied that I would let you know when they came about. Well, they're coming around, and I the designer wants my dates and venue for the flyer she is putting together.
>
>So, I come to you groveling for a classroom...
>
>Do you have a classroom available on March 7-8, 2005? If so,

CL 000647

8/8/2005

can I borrow it. I'll push AGI heavily for other graphics training

On another note, let me know if I can be of assistance with any book work or other training needs.

---

CL 000648

8/8/2005