UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

AMERICAN GRAPHICS INSTITUTE,
INC. and CHRISTOPHER SMITH,
    Plaintiffs,

v.

ACQUIRED LEARNING, INC.,
SYSTEMS SOLUTION, INC.,
JUDEANN STIPE, DEAN NOVOSAT,
CLARK EDWARDS and RICHARD
WEIN,
    Defendants.

C.A. No. 04 12611 JLT

## DECLARATION OF EDWARD RODRIGO IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT ON AGI'S COPYRIGHT INFRINGEMENT CLAIM

I, Edward Rodrigo, declare that the facts set forth below are personally known to me and that if called as a witness in this case I could and would testify thereto as follows:

1.    I am a citizen of the State of Pennsylvania. I am currently employed as a Regulatory Document Specialist at Wyeth Corporation.

2.    From late 1999 until 2003, I was employed as the Education Manager for Systems Solution, Inc. ("SSI"). In my capacity as Education Manager, I oversaw the day-to-day operations of SSI's education work, including the development and marketing of training courses, including on SSI's website. I also managed the relationship with SSI's training contractor, American Graphics Institute ("AGI").

3.   During its most active period, SSI's education group, under my leadership, developed innovative, complex training courses on topics such as interface design and the software application DVD Studio Pro. We initiated the creation of these courses, developed curricula, and drafting marketing materials for joint use by SSI and AGI.

4.   AGI delivered our more basic, formulaic courses, such as trainings in how to use common software applications like Adobe Acrobat or Photoshop.

5.   During my tenure as Education Manager, the relationship between SSI and AGI ebbed and flowed. Less extensive in 1999, the cooperation between the companies grew such that in 2000 and 2001, we were working closely together.

6.   During this time, I communicated with my counterparts at AGI on at least a daily basis. These communications included conversations and email exchanges about SSI's efforts to market the courses taught by AGI, including the materials posted on our website.

7.   Christopher Smith was involved in some of these communications. Attached as Exhibit 1 hereto is a true and correct copy of an email I received from Smith on August 2, 1999, asking me to change certain language that then appeared in the course listing section of our website.

8.   Based on the frequency and substance of my communications with my contacts at AGI, it is inconceivable to me that AGI was not aware that both companies were using the same course descriptions to market jointly-offered classes.

9. No one at AGI ever communicated to me or, to my knowledge, anyone else at SSI any claim of ownership of any of the material in the Education tab of the SSI website.

10. No one at AGI ever requested of me or, to my knowledge, anyone else at SSI that SSI stop using any particular content on its website or any of its marketing materials.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and accurate.

Executed this 28th day of July, 2005 in COLLEVEVILLE, Pennsylvania.

Edward Rodrigo

**EXHIBIT 1**

```
Subject   : Training Dates attached
Date      : Thu, 12 Aug 1999 07:31:00 -0400
Linked to : Chris Smith
From      : "Christopher Smith" <chris@cyber-solutions.com>
To        : Ed Rodrigo <erodrigo@ssi-net.com>
Cc        : Thom Kriner <tkriner@ssi-net.com>; Rich Wein <rwein@ssi-net.com>
```

Hi Ed,

It as nice talking with you today.

As you requested, I am resending the attached a PDF file of our training dates for the next several months. Please use these dates for your web site or when offering training to you clients. We have carefully scheduled these dates, and will be keeping to them for our classes.

You need to change your web site listing for InDesign training. We are able to begin offering training for InDesign on July 27 - but not any sooner. We negotiated this date with Adobe's corporate - their legal department will consider any training before this date to be a violation of the serial nondisclosure agreement and they have threatened to enforce it. It took a lot to get them to commit to this date, and it required us to rewrite a special clause into our nondisclosure. They really do not expect it to ship before that date, but if it does we can begin training on it at that time. However, they did not want any dates advertised

We already have curriculum developed and have done a several day train-the-trainer session on InDesign, so we are ready to start offering classes as soon as it releases or in late July - whichever comes first.

Chris