**EXHIBIT 1**

## AGREEMENT

This Agreement (hereinafter the "Agreement"), is made and entered into this 14th day of May, 1996, by and between Cyber Solutions, Inc. (hereinafter referred to as "CYBER"), a Pennsylvania Corporation with a principal place of business at 160 North Pointe Blvd., Suite 101, Lancaster, PA 17601; System Solution, Inc. (hereinafter referred to as "SSI") a Delaware Corporation with a principal place of business at 376 Crooked Ln., King of Prussia, PA 19406.

## WITNESSETH

WHEREAS, SSI believes that the services of CYBER would be of value to SSI in connection with SSI's business; and

WHEREAS, SSI desires to be associated with CYBER for sales and delivery of training services; and

WHEREAS, CYBER desires to associate itself with SSI, as and independent contractor, upon the terms and conditions stated herein:

NOW THEREFORE, in consideration of the promises and benefits to be derived from the mutual observance of the covenants contained herein, and intending to be legally bound, the parties hereto agree as follows:

## ARTICLE I: TERM OF AGREEMENT

A. This Agreement shall be in force and effect beginning on the date first above written. This Agreement shall remain in effect unless and until terminated by either party in writing pursuant to the Article entitled "Termination of Agreement".

B. CYBER shall be treated as an Independent Contractor during the term of this Agreement, and CYBER agrees to be treated as such. Consequently, SSI shall not deduct any taxes from

1

payments to CYBER, and CYBER agrees that it has the sole responsibility of reporting its income to federal, state and local taxing authorities, and to pay any taxes due thereon.

## ARTICLE II: TERMINATION OF AGREEMENT

A. Either party may terminate this Agreement if the other violates the terms of the Agreement.

B. Additionally, SSI may terminate this agreement if any of the following occur:

    1. CYBER fails to provide quality training services to SSI's customers;

    2. CYBER fails to provide services in a timely fashion;

    3. CYBER uses SSI prospect and/or customer lists without written authorization from SSI.

C. CYBER may terminate this Agreement if any of the following events occur:

    1. Delinquent payments to CYBER by SSI for invoices where the delinquency exceeds thirty (30) days.

    2. Hiring a CYBER trainer or other personnel without the written authorization of CYBER;

    3. Use by SSI of CYBER copyrighted materials without the written permission of CYBER.

D. If either party so terminates this Agreement in accordance with this Article, said party must give sixty (60) days written notice of termination to the other party. Notice of termination shall be in writing and shall be sent by Certified Mail to the address first above written.

## ARTICLE III: DUTIES OF CYBER

A. CYBER shall engage in the sales and service/product delivery of training services related to electronic publishing.

B. CYBER shall invoice SSI no later than five (5) days after delivery of the service or product

2

for delivery fees as provided in the Article entitled "Compensation".

C. All invoices for any services or products to customers sold by SSI shall come directly from SSI. CYBER will not invoice SSI's customers directly.

D. CYBER will provide training as sold by SSI when at least two (2) students are enrolled in a standard class as defined by the rate structure in Exhibit A, or one student in an advanced or on-site class.

E. CYBER will provide current, licensed software for the following Macintosh and PC offerings: QuarkXPress, Adobe PhotoShop, Adobe Illustrator, Adobe PageMaker, Luminous TrapWise, Luminous PressWise, and any other software mutually agreed upon.

F. CYBER will provide quality materials, outlines, exercises and books for scheduled classes.

G. CYBER will schedule all classes, providing SSI with a daily update of scheduled courses via FAX or other method of communication mutually agreed upon.


ARTICLE IV: DUTIES OF SSI


A. SSI agrees to provide training facilities at 376 Crooked Ln., King of Prussia, PA ("FACILITY")

    1. Training facilities will be equipped with a minimum of six computer systems.

        a. Computer systems will be "Power Macintosh" systems

        b. Computer systems will be equipped with at least 24 MB RAM

        c. Computer systems will be equipped with monitors at least 17" in size

    2. Training facility will be used by CYBER to train SSI's customers at the FACILITY

    3. SSI will allow CYBER to train CYBER's customer's at the FACILITY.

B. SSI agrees to market and promote the FACILITY and training services provided by CYBER.

    1. CYBER will pay the cost to design and print 2,500 catalogs three times per year detailing training offerings at the FACILITY.

    2. SSI agrees to mail, at the expense of SSI,  at least 1,500 catalogs to their customers or prospects three times per year.

3

C. SSI agrees to keep the training areas properly designed, organized and maintained for the comfort, safety and security of the students.

D. SSI agrees to abide by the minimum selling prices fixed by CYBER, making only reasonable adjustments to quotation and selling prices as necessary to secure an order.

E. Minimum selling prices are defined in Exhibit A, attached hereto.

F. SSI agrees to maintain adequate insurance on the FACILITY.


## ARTICLE V: COMPENSATION

A. SSI will pay CYBER sixty percent (60%) of the total selling price of any training sold by SSI and provided by CYBER at the FACILITY

B. SSI will pay CYBER sixty percent (60%) of the total selling price of any training sold by SSI and provided by CYBER at the customer's location or any other location mutually agreed upon by SSI and CYBER.

C. CYBER will pay SSI thirty five percent (35%) of the total selling price of any training sold by CYBER and provided by CYBER at the FACILITY.

E. The fees paid to CYBER are meant to cover all costs associated with delivering the training, including, but not limited to, books and materials, instructors, and any other costs associated with delivering a complete and high quality product of service.

F. The fees paid or portion of revenues kept by SSI are meant to cover all costs of SSI, including but not limited to maintaining a professional facility, use of computers, furniture and fixtures, insurance and costs of sales.

## ARTICLE VIII: GENERAL PROVISIONS

A. Any notice given hereunder by any party to the other may be effected in writing and mailed, postage prepaid. Mailed notices shall be addressed to the parties at the addresses appearing in the introductory paragraph of this Agreement; but each party may change its address by written notice in accordance with this paragraph.

B. Exclusive of separate non competition and confidentiality agreements, this Agreement supersedes any and all other agreements either oral or in writing, between the parties hereto with respect to the association of CYBER and SSI and contains all of the covenants and agreements between and parties with respect to such association.

C. This Agreement may only be changed, modified or altered by a writing signed by all parties.

D. This Agreement shall be governed and construed in accordance with the laws of the Commonwealth of Pennsylvania.

E. If an action at law or in equity is necessary to enforce or interpret the terms of this Agreement, the prevailing party shall be entitled to reasonable torrent's fees, costs, and necessary disbursements in addition to any or other relief to which it may be entitled.

F. The invalidity or unenforceability of any provision of this Agreement shall in no way effect the validity or enforceability of any other provision.

G. This Agreement shall inure to the benefit of and be binding upon the parties and their respective successors, assigns, heirs and personal representatives. Neither party may assign this Agreement without the express written consent of the other party.

H. CYBER and SSI warrant that they are valid corporation duly organized and existing pursuant to the laws of the state of incorporation, and that they have the authorization to enter into this Agreement.

By:

Cyber Solutions, Inc.

_____

Christopher Smith

Vice President

By:

System Solution, Inc.

Print Name: _Richard C. Wein_

Title: _President_

6

**EXHIBIT 2**

## CONFIDENTIALITY AGREEMENT

This Confidentiality Agreement (this "Agreement") is made effective as of April 15, 1996, between Systems Solution, Inc., of 376 Crooked Lane, King of Prussia, PA 19406, and CyberSolutions, Inc., of 160 North Pointe Blvd., Suite 101, Lancaster, PA 17601.

In this Agreement, the party who owns the Confidential Information will be referred to as ("SSI"), and the party to whom the Confidential Information will be disclosed will be referred to as ("CyberSolutions").

SSI is engaged in Computer Hardware and Software Sales, Service, Rentals and related activities CyberSolutions is engaged in Classroom and on-site computer training; computer hardware and software consulting. Customer information will be disclosed to Recipient to enable the parties to engage in direct mail and telemarketing of training programs to SSI's proprietary customer database. CyberSolutions has represented that CyberSolutions will protect the confidential material and information which may be disclosed between SSI and CyberSolutions. Therefore, the parties agree as follows:

**I. CONFIDENTIAL INFORMATION.** The term "Confidential Information" means any information or material which is proprietary to SSI, whether or not owned or developed by SSI, which is not generally known other than by SSI, and which CyberSolutions may obtain through any direct or indirect contact with SSI.

a. Confidential Information includes without limitation:
- business records and plans
- customer lists and records
- trade secrets
- technical information
- pricing structure
- discounts
- costs
- computer programs and listings

and other proprietary information.

b. Confidential Information does not include:
- matters of public knowledge that result from disclosure by SSI
- information rightfully received by CyberSolutions from a third party without a duty of confidentiality
- information independently developed by CyberSolutions
- information disclosed by operation of law
- information disclosed by CyberSolutions with the prior written consent of SSI

and any other information that both parties agree in writing is not confidential.

**II. PROTECTION OF CONFIDENTIAL INFORMATION.** CyberSolutions understands

and acknowledges that the Confidential Information has been developed or obtained by SSI by the investment of significant time, effort and expense, and that the Confidential Information is a valuable, special and unique asset of SSI which provides SSI with a significant competitive advantage. Therefore, CyberSolutions agrees to hold in confidence and to not disclose the Confidential Information to any person or entity without the prior written consent of SSI.

*No Copying.* CyberSolutions will not copy or modify any Confidential Information without the prior written consent of SSI.

*Application to Employees.* Further, CyberSolutions shall not disclose any Confidential Information to any employees of CyberSolutions, except those employees who are required to have the Confidential Information in order to perform their job duties in connection with the limited purposes of this Agreement. Each permitted employee to whom Confidential Information is disclosed shall sign a non-disclosure agreement substantially the same as this Agreement at the request of SSI.

*Unauthorized Disclosure of Information.* If it appears that CyberSolutions has disclosed (or has threatened to disclose) Confidential Information in violation of this Agreement, SSI shall be entitled to an injunction to restrain CyberSolutions from disclosing, in whole or in part, the Confidential Information. SSI shall not be prohibited by this provision from pursuing other remedies, including a claim for losses and damages.

**III. RETURN OF CONFIDENTIAL INFORMATION.** Upon the written request of SSI, CyberSolutions shall return to SSI all written materials containing the Confidential Information. CyberSolutions shall also deliver to SSI written statements signed by CyberSolutions certifying that all materials have been returned within five (5) days of receipt of the request.

**IV. RELATIONSHIP OF PARTIES.** Neither party has an obligation under this Agreement to purchase any service or item from the other party, or commercially offer any products using or incorporating the Confidential Information. This Agreement does not create any agency, partnership, or joint venture.

**V. NO WARRANTY.** CyberSolutions acknowledges and agrees that the Confidential Information is provided on an AS IS basis. SSI MAKES NO WARRANTIES, EXPRESS OR IMPLIED, WITH RESPECT TO THE CONFIDENTIAL INFORMATION AND HEREBY EXPRESSLY DISCLAIMS ANY AND ALL IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. IN NO EVENT SHALL SSI BE LIABLE FOR ANY DIRECT, INDIRECT, SPECIAL, OR CONSEQUENTIAL DAMAGES IN CONNECTION WITH OR ARISING OUT OF THE PERFORMANCE OR USE OF ANY PORTION OF THE CONFIDENTIAL INFORMATION.

**VI. LIMITED LICENSE TO USE.** CyberSolutions shall not acquire any intellectual property rights under this Agreement except the limited right to use set out above. CyberSolutions acknowledges that, as between SSI and CyberSolutions, the Confidential Information and all related copyrights and other intellectual property rights, are (and at all times will be) the property of SSI, even if suggestions, comments, and/or ideas made by CyberSolutions are incorporated into the Confidential Information or related materials during the period of this Agreement.

**VII. GENERAL PROVISIONS.** This Agreement sets forth the entire understanding of the parties regarding confidentiality. Any amendments must be in writing and signed by both parties. This Agreement shall be construed under the laws of the State of PA. This Agreement shall not be assignable by either party, and neither party may delegate its duties under this Agreement, without the prior written consent of the other party.

Information Owner:
Systems Solution, Inc.

By: _____    5-11-96
      Richard C. Wein,  Systems Solution, Inc.


Recipient:
CyberSolutions, Inc.

By: _____    5-19-96
      CyberSolutions, Inc.
      Christopher G. Smith

**EXHIBIT 3**

Agreement Not to Compete

This Non-Compete Agreement ("Agreement") is made effective this 13th day of May, 1996 by and between Cyber Solutions, Inc., 160 North Pointe Blvd., suite 101, Lancaster, PA 17601 and System Solution, Inc., 376 Crooked Lane, King of Prussia, PA 19406.

In this Agreement, the party who is requesting the non-competition from the other party shall be referred to as "Cyber Solutions, Inc." and the party who is agreeing not to compete shall be referred to as "SSI."

Non-competing party will provide a facility (referred to as "facility") and equipment for training services to be provided to the Protected Party's clients on an as-needed basis.

1. Non Solicitation Covenant. For a period of two years after the effective date of this Agreement, SSI will not directly or indirectly, for themselves or in conjunction with any other person, partnership, group, corporation or joint venture solicit business from, or attempt to sell, license or provide the same or similar products or services as are now provided to any customer or client of Cyber Solutions, Inc. to whom Cyber Solutions, Inc. sells and provides training services at the facility. This covenant does not extend to any customers to whom training is sold by SSI nor does it extend to any customer to whom training is sold by any individual or corporation other than Cyber Solutions, Inc.

2. Confidential Information. The term "Confidential Information" means any information or material which is proprietary to Cyber Solutions, Inc., whether or not owned or developed by Cyber Solutions, Inc., which is not generally known other than by Cyber Solutions, Inc. and which SSI may obtain through any direct or indirect contact with Cyber Solutions, Inc. Confidential Information includes, without limitation: training materials, business records and plans, customer lists and records, trade secrets, technical information, pricing structure, discounts, costs, and other proprietary information. Confidential information does not include: matters of public knowledge that result from disclosure from Cyber Solutions, Inc., information rightfully received by SSI from a third party without a duty of confidentiality, information independently developed by SSI, information disclosed by operation of law, information disclosed by SSI with the prior written consent of Cyber Solutions, Inc.

3. Protection of Confidential Information. SSI will not at any time or in any manner, either directly or indirectly, use for the personal benefit of SSI, or divulge, disclose or communicate in

any manner any information that is proprietary to Cyber Solutions, Inc. SSI will hold in confidence and protect such information. The obligation of SSI not to disclose confidential information shall continue for a period of two years after effective date of this agreement.

4. Severability. If any provision of this Agreement shall be held to be invalid or unenforceable for any reason, the remaining provisions shall continue to be valid and enforceable. If a court finds that any provision of this Agreement is invalid or unenforceable, but that by limiting such provision it would become valid and enforceable, then such provision shall be deemed written, construed and enforced as so limited.

5. Injunction. It is agreed that if SSI violates the terms of this Agreement, money damages will be insufficient to compensate Cyber Solutions, Inc. Therefore, Cyber Solutions, Inc. will be entitled to seek injunctive relief to enforce the terms of this contract.

Protected Party:
Cyber Solutions, Inc.

By: _____

Christopher Smith
Vice President

Non Competing Party:
SSI

By: _____
Print Name: _Richard C. Wein_
Title: _Pres._

**EXHIBIT 4**



**STAY ON TRACK!** OUR REAL-WORLD COURSES
WILL KEEP YOU UP TO SPEED.



**SSI EDUCATION**

## STAY ON TRACK! OUR REAL-WORLD COURSES WILL KEEP YOU UP TO SPEED.



Every day you are besieged with deadlines. Beset by meetings, preparations and presentations. You're not just busy — you're swamped. As the day winds down, you hope to get a jump-start on tomorrow. There's a new software package waiting for you; it's time to test-drive and learn the rules of the road... all over again.

It might be late, you may be tired, you could just be distracted, but... this new program makes very little sense. The auto-installer causes an immediate crash. There are conflicts galore. And just when you think you've broken through every roadblock and finally can learn just what you need to know, disaster strikes: the tool palette is arcane, the read-me files are inane, and the user manual is woefully inadequate. You have no choice: you must plow through the four-hour tutorial, even if you suspect it will teach you nothing beyond the basics. There must be a better way.

There is. SSI provides intelligent ongoing education options for busy communications and graphics professionals. Not mere meat-and-potatoes basics or textbook regurgitations either, but practical, reality-based, problem-solving sessions. The goal? To improve your understanding and boost your productivity dramatically — without insulting your intelligence or wasting a second of your time. Here's what we offer.

## Training Classes

SSI has teamed with Cyber Solutions, Inc. to provide regularly-scheduled, hands-on courses on specific programs and techniques in our brand new, state-of-the-art, suburban Philadelphia facility. You'll learn the hottest programs and the smartest techniques. You'll use the latest hardware and software. You'll receive personalized attention from experienced instructors — professionals like you who are currently active in the graphics industry. Small class sizes ensure maximum attendee interaction and involvement.

Our Training Classes are flexible — and mobile! All classes can be tailored to meet your group's specific needs and easily moved to your company, or another location of your choice. We'll even bring along our own classroom: in short, if you supply the space, we'll bring the trainer, the Macs, PCs, and all related instructional materials.

## Focus Seminars

These single-topic courses provide in-depth insight into subjects our customers are always asking about. Past seminar topics have included: digital photography, Internet 101, Quark Xtensions, Photoshop Filters and more. Again, a premium is placed on personalized interaction and instruction.

## Expert Lectures

Offered in conjunction with various manufacturers, these presentations and demonstrations provide a unique opportunity to meet the developers and programmers who work behind the scenes, and to get answers — direct from the source. To find out what's coming soon, you can always read the trades; but to get the real story from industry insiders, our Expert Lectures are can't-miss, one-of-a-kind, special occasions.

SSI offers better ways to learn more about the latest prepress tools and techniques. We provide busy beginners, professionals and power users alike with convenient opportunities to learn what's new, what's hot, and what's essential to keep up with the rapidly changing standard of graphic excellence. With our help, you'll stay on track, up to speed... and ahead of the curve.

**FOR THE LATEST INFORMATION ON OUR SCHEDULED CLASSES, FOCUS SEMINARS & EXPERT LECTURES, VISIT OUR WEB SITE @ HTTP://WWW.SSI-NET.COM/EDU — OR CALL SSI EDUCATION AT 610 .272 .4884.**

**SSI EDUCATION**

# Training Classes

FOR THE LATEST

INFORMATION ON OUR

SCHEDULED CLASSES

FOCUS SEMINARS & EXPERT

L E C T U R E S

VISIT OUR WEBSITE @

HTTP://WWW.SSI-NET.COM/EDU

OR CALL SSI EDUCATION AT

610.272.4884

**SSI EDUCATION**

# Training Classes

## Essentials Series                                            page 2

Learning the Macintosh
Learning PCs: Windows 95
Managing & Troubleshooting Your Mac
Troubleshooting PC Systems
PC or Mac Font Management
Basics of Scanning Line Art (B/W & Color)
Electronic Production: Scanning Through Layout
Network Systems Consulting

## Applications Series                                          page 4

Acrobat
Adobe Illustrator I and II
Introduction to Painter
FrameMaker I and II
Introduction to FrameMaker + SGML
FrameMaker + SGML: Element Definition Documents
Freehand I and II
Ramp Up for PageMaker
Advanced PageMaker
Newsletters & Publications in PageMaker
Photoshop for Designers
Advanced Photoshop
Ramp Up for QuarkXPress
Advanced QuarkXPress
Newsletters & Publications in QuarkXPress
Multi-Ad Creator

## New Media                                                    page 7

HTML (Creating Web Pages)
Advanced Web Site Design
PageMill & HTML
Photoshop for Web Designers
Digital Photography: Get the Camera & the Training
Introduction to MacroMedia Director
Intermediate MacroMedia Director

## Graphic Arts Specific                                        page 8

Preflight for Production I and II
Electronic Prepress for Management
Preflight for Sales/Customer Service Representatives
Electronic Application Trapping
Luminous TrapWise
Luminous PressWise
Photoshop for Production
PostScript® Fundamentals
Scenic Soft Preps
Windows NT Server for Prepress
Educate Your Customer

# Essentials Series

## Learning the Macintosh `6 HOURS`

This one-day course is designed to teach the basics and build the confidence level of the student for future applications training. Basics of operation, file hierarchy and workflow issues will be discussed. This course should be the first in line for any person considering electronic prepress training.

## Learning PCs: Windows 95 `12 HOURS`

This course is designed to teach students the fundamental concepts associated with IBM-compatible personal computer systems. The course covers hardware, operating systems and file structure.

> TOPICS COVERED ~ CPU ~ drives ~ Windows 95 interface ~ configuring Windows 95 ~ memory ~ internal and external peripherals ~ Explorer & disk utilities ~ troubleshooting.

## Managing & Troubleshooting Your Mac `6 HOURS`

Yikes! You locked up and don't know what to do. In this one-day course you will learn simple techniques that will get you back up and running, as well as teach you preventative maintenance techniques.

> TOPICS COVERED ~ get back up and running ~ hardware troubleshooting ~ recovery and repair ~ using removable drives ~ optimizing disks ~ disk repair ~ system solutions ~ understanding SCSI ~ file & data management ~ backing up ~ recovering lost files ~ Mac to PC file conversions.

## Troubleshooting PC Systems `6 HOURS`

This course is designed to teach students how to handle common problems that occur when working with Windows based computer systems — both hardware and software.

> TOPICS COVERED ~ system performance ~ problems with peripheral devices ~ printing problems ~ network troubleshooting ~ disk performance & file corruption ~ troubleshooting with control panels ~ font problems ~ replacing hardware.

## PC or Mac Font Management `3 HOURS`

These three-hour courses are designed to teach students how to organize and work with typefaces and fonts on a Windows or Macintosh based personal computer, including the ability to handle common font problems. They have been scheduled to be on the same day so those interested can take one class right after the other!

> TOPICS COVERED ~ system limitations ~ font variances ~ PostScript fonts ~ activating individual fonts ~ activating sets ~ difference between font types ~ font legalities ~ cross-platform issues ~ system performance ~ TrueType fonts ~ installing fonts ~ creating font sets ~ ATM 4.0's preferences ~ configuring SuitCase ~ ATM & TypeReunion ~ font corruption.

## Basics of Scanning Line Art (B/W & Color) `6 HOURS`

Scanning at its best. This one-day course will put you on the road to saving time and money. Get the right scan the first time. Learn the techniques and steps to create your best image in the least amount of time. This is a production scanning course for those who want the "down and dirty" Photoshop steps to use to get the best halftones and line art possible. This is a good first step for those who want to learn Photoshop.

> TOPICS COVERED ~ what resolution & why? ~ Streamline ~ steps for best halftones ~ best use of filters ~ duotones, tritones, quadtones ~ compensating for dot gain ~ color scanning basics ~dpi and lpi ~ calibrating your monitor ~ photo retouching ~ silhouettes, clipping paths ~ how to best apply curves ~ line art retouching ~ importing/exporting.

## Electronic Production: Scanning Through Layout    **12** HOURS

If you are looking for a "crash" course in electronic prepress, this is the class for you! This two-day program will give you the tips you need to create good halftones, retouch line art and lay out pages. Nothing fancy, just real production. Software used for this course is QuarkXPress, Illustrator, Streamline and Photoshop.

> TOPICS COVERED ~ scanning basics/get your best halftone ~ working with clip art ~ typesetting quick tips ~ scans into Illustrator ~ produce faster ~ basics of troubleshooting.

## Network Systems Consulting

If your network access or printing is slow, you might be considering a network upgrade. But don't act before talking to one of our networking professionals. We offer consulting on a wide variety of network needs for the graphics industry.



# Applications Series



### Acrobat
`6 HOURS`

In this one-day course you will learn how to convert your existing publications (whether QuarkXPress, PageMaker, Frame or any package capable of printing PostScript files) into Adobe Portable Document Format (PDF). Learn how to incorporate graphics, text, notes, QuickTime movies and links to the World Wide Web. Acrobat's cross-platform capabilities allow you to distribute your publications economically without sacrificing the original design.

>   TOPICS COVERED ~ generating PDF files ~ incorporating text & graphics ~ setting up security (passwords) ~ creating links ~ incorporating QuickTime movies ~ creating indexes & contents tables.



### Adobe Illustrator I
`12 HOURS`

Learn in this two-day course what you need to create clean PostScript line art as well as special effects for logos, graphs and charts. Learn how to utilize the pen tool and control paths around objects. Use clip art to create customized images that you can color, trap and export. This course will teach practical applications for Illustrator.

>   TOPICS COVERED ~ using tools and palettes ~ pen paths ~ defining colors ~ setting text, text effects ~ compounds and masks ~ exporting files.



### Adobe Illustrator II
`12 HOURS`

Untap the many capabilities available to you in Illustrator. In this two-day course the student will work with dissecting live files to discover all the techniques used to build complex documents as well as using the same techniques to create their own images. Much of this course deals with high-end troubleshooting for production personnel, as well as techniques for interesting effects. An excellent course for the production employee who is receiving files in the Illustrator format, as well as the designer who wants to create clean, interesting images.

>   TOPICS COVERED ~ trapping ~ blends ~ patterns ~ filters ~ importing photos ~ masking/layers ~ compounds ~ export URLs ~ exporting URLs.



### Introduction to Painter
`6 HOURS`

Learn how to apply unique and wonderful effects to illustrations and photos with this "fine arts" application. Included in this one-day course training is how to apply texture and lighting effects, as well as masking, color separation, and exporting.



### FrameMaker I
`12 HOURS`

This two-day course will get you up and running with FrameMaker. You will discover the surprising ease of use and powerful capabilities of Frame that have made it a favorite among technical writers and long document publishers.

>   TOPICS COVERED ~ text commands in FrameMaker ~ text–graphic relationships ~ using templates ~ using tables ~ importing graphics ~ finding & changing text & formats ~ changing document layout ~ page layout ~ applying various headline types ~ paragraph & character styles ~ paragraph & character formats ~ using footnotes ~ spell checking ~ master & reference pages ~ importing text & graphics.



### Introduction to FrameMaker + SGML
`12 HOURS`

This two-day course requires previous FrameMaker experience and provides a foundation for developing documents using FrameMaker + SGML.

>   TOPICS COVERED ~ SGML overview ~ text manipulations ~ editing document elements ~ chapter structure ~ using tables ~ creating documents ~ document elements ~ changing document layout ~ importing graphics.



### FrameMaker + SGML: Element Definition Documents    `12 HOURS`

This two-day class provides a foundation for creating an EDD & EDD element catalogs.

> TOPICS COVERED ~ overview of element documents ~ independent EDDs ~ initial configuration ~ creating element definitions ~ templates ~ beginning/changing an EDD from a DTD ~ EDD element catalogs ~ EDD organization ~ exporting as a DTD.



### FrameMaker II    `12 HOURS`

This two-day course is intended for those who have completed FrameMaker I, but require a more in-depth look at Frame's capabilities.

> TOPICS COVERED ~ creating variable text ~ conditional text ~ color definitions ~ making a table of contents ~ making indexes ~ customizing text flows ~ creating book files ~ HyperText links ~ chapter templates ~ HTML & PDF exporting.



### Freehand I    `12 HOURS`

Freehand is widely used by designers and advertisers. Whether you are designing or pre-flighting, it is beneficial to know the basics for correction and output. Freehand 7's new features make creating images fun and exciting. Learn how to utilize these features to take full advantage of this illustration program in this two-day course.

> TOPICS COVERED ~ using tools and palettes ~ pen paths ~ defining colors ~ setting text, text effects ~ punching and masking ~ exporting files.



### Freehand II    `12 HOURS`

Learn in this two-day course how to utilize tools to create vector based artwork that will print faster and look more professional. Learn how to work with layers and uncomplicate the process of creating, as well as how to repair artwork.

> TOPICS COVERED ~ trapping ~ blends ~ patterns ~ bezier curves ~ filters ~ importing photos ~ masking/layers ~ re-creating logos ~ layers ~ punching shapes ~ troubleshooting ~ color settings.



### Ramp Up for PageMaker    `12 HOURS`

Get yourself started and ready to produce with immediate results with this two-day introductory course. You will be able to set type, create layouts and understand the process of printing and troubleshooting. Learn how to be more effective in less time!

> TOPICS COVERED ~ creating preferences ~ tool and control palettes ~ utilizing graphics ~ typographic controls ~ tabs, rules, borders ~ basic troubleshooting ~ printing tips & hints ~ importing text & graphics ~ text & picture frames ~ paragraph formats ~ moving pages ~ master pages/templates.



### Advanced PageMaker    `6 HOURS`

Beyond the basics. Learn in a series of hands-on exercises how to use some of the advanced features available in PageMaker. Find innovative ways to create better documents in less time in this one-day class. Great for production of brochures, booklets and more.

> TOPICS COVERED ~ advanced typesetting ~ preference settings ~ advanced graphic issues ~ indexing/table of contents ~ export HTML & PDF ~ using table editor ~ advanced plug-ins ~ working with long documents ~ color separation issues ~ PostScript troubleshooting/fonts ~ creating books ~ Mac to PC file conversions.



### Newsletters & Publications in PageMaker    `12 HOURS`

All skill levels of PageMaker users will benefit from this two-day publication intensive course. Techniques to speed production, as well as steps to make publications more attractive using type and design elements. This class will help you to be more efficient and consistent in your design and layout.

> TOPICS COVERED ~ master pages ~ tables ~ text editing (setting styles) ~ templates ~ linking text ~ automated tasks ~ exporting ~ printing hints & tips ~ importing graphics/text ~ imposition.

**Applications Series Continued**

 **Photoshop for Designers**   `12 HOURS`

This course is designed just for professionals who want to know all the tips for creating interesting effects in Photoshop. Start with simple steps to create your best halftone and line art. Find practical uses for filters and calculations, along with creative ways to use and adjust the tools. Upon course completion student will know how to scan, touch up and save interesting files. This two-day course is for beginner to intermediate users.

> TOPICS COVERED ~ production tips ~ creating silhouettes ~ saving your steps with actions ~ adjustment layers ~ basic color correction ~ layers and masks ~ easy drop shadows ~ compositing images.

 **Advanced Photoshop**   `12 HOURS`

This course will teach you the more advanced production techniques in PhotoShop. You will learn how to utilize the image controls to adjust your photos for better reproduction, as well as steps to create complex clipping paths and masks for silhouetting. Special effects for exciting imagery will also be included.

> TOPICS COVERED ~ calibrating your monitor ~ color theory ~ layers/channels ~ color scanning basics ~ filters ~ postscript output

 **Ramp Up for QuarkXPress**   `12 HOURS`

This two-day crash course will have you "Up and Running" in 12 hours! Learn the most widely used layout program in the graphic arts industry. This course will focus on making you productive and knowledgeable in this popular layout program. Good for both designers and production personnel.

> TOPICS COVERED ~ creating text & picture boxes ~ color controls ~ document creation ~ master pages, templates ~ moving pages ~ tools & palettes ~ importing text & graphics ~ typesetting formatting utilities ~ tabs, rules, borders ~ printing tips & hints.

 **Advanced QuarkXPress**   `6 HOURS`

You've mastered the program to do what you need, but are curious to see how much further you can go. This one-day course will speed up your confidence and productivity!

> TOPICS COVERED ~ optimizing XPress ~ style sheets ~ Xtensions ~ fixing corrupt documents ~ advanced tips & tricks ~ avoiding printing problems ~ master pages ~ trapping ~ creating forms ~ advanced typesetting.

 **Newsletters & Publications in QuarkXPress**   `12 HOURS`

All skill levels of QuarkXPress users will benefit from this two-day publication intensive course. This course covers techniques to speed production, as well as steps to make publications more attractive. Create master pages, templates and other elements that are easily and consistently repeated. Create long publications that look neater and actually take less time to lay out. Learn how to apply Quark XTensions to help indexing, imposing and printing go more smoothly.

> TOPICS COVERED ~ master pages ~ spreads ~ useful XTensions ~ templates ~ importing text ~ repeated elements ~ style sheets ~ printing hints & tips ~ importing graphics ~ typesetting.

**Multi-Ad Creator**   `12 HOURS`

Create single page documents in one of the most efficient ad creation applications.

> TOPICS COVERED ~ text handling ~ color issues ~ exporting EPS, GIF & other formats ~ precision tools for layout ~ how to print ~ time saving tips.

# New Media



### HTML (Creating Web Pages)    `6 HOURS`

This is the one-day course you have been looking for. You want to create your own web page, but haven't been about to find anyone to teach you how. Sit in front of a computer while the instructor takes you through step-by-step instructions to actively create your own page. Much of the time is spent on the Net, testing and experimenting. A lively active class that will give you the confidence and knowledge to build an exciting page for yourself or your business!

> TOPICS COVERED ~ connection basics (modems, ISDN) ~ expenses involved ~ how to create Web pages (hands-on) ~ basics of HTML/links ~ selecting the right service ~ on-line services vs. local providers ~ selecting the best creation software ~ using sound & graphics.



### Advanced Web Site Design    `6 HOURS`

This advanced one-day course is designed for the individual who already knows basic HTML along with Web management techniques. Students will learn how to more effectively use HTML, learn advanced HTML techniques and learn advanced features that add "punch" to a Web site design.

> TOPICS COVERED ~ frames ~ image mapping ~ advanced html ~ overview of Pearl, CGI ~ animations ~ advanced design techniques.



### PageMill & HTML    `6 HOURS`

Creating Web pages is easy with PageMill, but when you want to troubleshoot and customize your pages, you need to know and understand HTML. Learn both in this one-day class, and leave with the confidence level you need to start creating pages right away!



### Photoshop for Web Designers    `6 HOURS`

Spend a day with our instructors and pick up the tips and tricks of imaging on the Web!

> TOPICS COVERED ~ graphic file formats for the Web ~ colors for the Web ~ effects with layers ~ animated GIFs ~ how to make colors transparent ~ texture tricks ~ testing files.

### Digital Photography: Get the Camera & the Training    `6 HOURS`

Utilize the latest in photo technologies! In this one-day class you will learn how to shoot your picture and download it directly to your computer. Skip the developing and the film. Included with course is a Kodak Digital Camera, AC adapter and a link to either a PC or Macintosh computer (your choice). As technology changes, we frequently find better products out in the market. Please call for the exact camera you will receive. This course can also be taken, at a reduced rate, with a camera of your own.



### Introduction to MacroMedia Director    `6 HOURS`

This one-day course is an introduction to the features and options available with Director. Learn to use the control panel, channels and the basics of scoring a multimedia presentation. Also covered is importing graphics, movies, sounds and video for presentations.



### Intermediate MacroMedia Director    `6 HOURS`

Director is one of the most complex multimedia software packages available. This one-day advanced course will prepare the user to create custom multimedia presentations, including integrating multiple movies, exporting presentations to QuickTime and a host of other topics.

# Graphic Arts Specific

## Preflight for Production I `12 HOURS`

This beginner to intermediate level two-day course is designed for production employees. This course helps students repair and prepare many common problem files through a series of small group projects. Random "problem files" are given to students for correction, with assistance of the instructor. Upon completion, students should be able to solve most common output and translation problems. Learn what you need to know in the most popular applications. You will be opening many files in many different applications, changing colors, typefaces and getting familiar with places to look to make your corrections and fix your customer's files. Markzware's FLIGHTCHECK® will be utilized to check various files. Learn how to use this great preflighting software, and if you choose, you can take home a copy!

> TOPICS COVERED – file won't open – font output – color separations – file won't print – PostScript errors – using FLIGHTCHECK® ~ scans won't print or look poor.

## Preflight for Production II `6 HOURS`

This one-day advanced level course is designed for production employees who have already passed through Preflight Production I and may be receiving highly complicated files, such as those containing complex color and graphic combinations. Students will learn to successfully preflight files that contain the most common output and translation problems and communicate their needs with clients and internal employees.

> TOPICS COVERED ~ font conflicts – translation issues (PC/Mac) – preflight software – blends and gradations – PostScript troubleshooting – page layout troubleshooting ~ illustration troubleshooting ~ separation/screen angle issues.

## Electronic Prepress for Management `12 HOURS`

This two-day course is designed as a standalone class for production supervisors and managers. The course is primarily lecture with examples, demonstrations and projects designed to assist managers to understand the components of preflight, the established standards and nomenclature of electronic prepress. Upon completion students will be able to successfully communicate requirements to both staff and clients and to more accurately account for time in file preflight and preparation.

> TOPICS COVERED ~ creating files (hands-on/no experience necessary) ~ basics of PostScript ~ basic components of electronic prepress system ~ saving files ~ removable media ~ tips for troubleshooting.

## Preflight for Sales/Customer Service Representatives `6 HOURS`

In the past, these customer-oriented positions involved consulting to gain the confidence of the customer. This confidence level is now more important than ever! Don't let the fact that you don't understand your customers' techniques hinder your ability to effectively sell and service your clients. After completing this one-day course you will be able to successfully receive client files and clearly communicate basic file preparation requirements. You will learn how to conduct a first-level scan of files to determine common mistakes or problems and learn how to recognize and correct them.

## Electronic Application Trapping `6 HOURS`

Learn how to trap in a wide variety of programs at the application level. This one-day course is designed for the operator who is outputting to film or sending their files out for high resolution output.

> TOPICS COVERED ~ basic concepts – limitations ~ trapping in page layout & illustration applications.

### Luminous TrapWise
`6 HOURS`

Learn how to utilize this high end global trapping solution in just one day! Learn how to set your preferences to automatically create the chokes and spreads you need, and how to apply trapping to only the areas necessary.

> TOPICS COVERED ~ file formats ~ font issues ~ PostScript troubleshooting & printing ~ creating a good trapping workflow ~ global as well as selective trapping ~ defining trap zones in QuarkXPress.

### Luminous PressWise
`6 HOURS`

Need to turn your readers-spreads into printers-spreads? Want to use your large format imagesetter for more than 8.5"×11" output? This one-day class will show you how to build signatures electronically.

### Photoshop for Production
`12 HOURS`

This two-day course is directed to the prepress professional who must understand all of the capabilities of Photoshop and how to apply them. This is for the operator who may be scanning images or having them supplied by customers for output.

> TOPICS COVERED ~ use of all tools ~ separation techniques ~ clipping paths ~ scanning tips ~ channels/layers ~ basics of color theory ~ creating easy selections ~ saving selections ~ trouble-shooting files.

### PostScript® Fundamentals
`6 HOURS`

This one-day course is designed to teach students how to utilize this standard for page description and improve its capabilities.

> TOPICS COVERED ~ introduction ~ graphics & OPI ~ utilities ~ fonts ~ language ~ troubleshooting.

### Scenic Soft Preps
`12 HOURS`

Whether you are imposing files for your imagesetter or platesetter, this high-end output solution can handle the most demanding imposition needs. This class is customized to fit your needs by our trainers, who have been trained by the manufacturer.

### Windows NT Server for Prepress
`6 HOURS`

Learn about this fast, stable server solution for both Mac and PC environments in this one-day course. Start with installation and configuration, and then move into troubleshooting. Course can be customized to your specific needs.

> TOPICS COVERED ~ Macintosh connectivity ~ installation & upgrades ~ security ~ print spooling & queues ~ backup ~ directory structures.

### Educate Your Customer
`3 HOURS`

This educational program has been developed to be presented in conjunction with a printer or service bureau who wants to better educate their customers. Your customers will appreciate the information and files will be delivered to you more accurately. Gain customer loyalty in today's competitive marketplace! This half-day seminar provides your customers with the necessary steps to take before any job goes out their door.

> TOPICS COVERED ~ what should be included with a file ~ font legalities ~ forms to help you and the printer/service bureau (customized to the printer or service bureau) ~ how to ensure your files will RIP and print quickly and accurately ~ what you can do in QuarkXPress and PageMaker, but shouldn't.



**WHAT SSI DOES**

System Sales

Consulting

Rentals

Service / Maintenance / Support

Training / Education

**PLATFORMS**

Apple / Mac OS

Windows 95 and NT

Silicon Graphics / Unix

**APPLICATIONS EXPERTISE**

Graphic Arts / Design

Printing / Electronic Pre-press

Digital Video / New Media

Systems Integration

3-D Graphics / Animation

Digital Imaging

Internet / Intranet / Networking

Database Publishing

Systems Solution, Inc.
376 Crooked Lane
King of Prussia, PA 19406

| | |
|---|---|
| PHONE | 610 .272 .4884 |
| FAX | 610 .272 .9623 |
| INTERNET | www.ssi-net.com |
| E-MAIL | education@ssi-net.com |

# Systems Solution, Inc. *SSI*

*Ahead of the curve.*



**SiliconGraphics**
Computer Systems



## DIRECTIONS TO SSI

**FROM KING OF PRUSSIA**
❶ Take 202 North to Henderson Road (main intersection past the Acme). ❷ Make a right turn onto Henderson Road, go past Kunda Beverage. ❸ At the first traffic light turn left onto Church road. ❹ At the stop sign turn left onto Crooked Lane. ❺ Immediately after you go under the railroad overpass, make a right turn into the access road. SSI is the third building — just after King Limousine.

**FROM PA TURNPIKE EXIT #24**
❶ Take the Schuylkill Expressway (rte. 76 East towards Philadelphia) to the Gulph Mills Exit #27. ❷ Stay to the left as you come down the exit ramp. ❸ At the light at the bottom of the ramp, make a left onto South Gulph Road. ❹ At the third light make a right turn onto Henderson Road. ❺ At the next traffic light turn right onto Church Road. ❻ At the first stop sign turn left onto Crooked Lane. ❼ Immediately, after you come under the railroad overpass, make a right turn into the access road. SSI is third building on the right just after King Limousine.

**FROM PHILADELPHIA** ❶ Take the Schuylkill Expressway (rte. 76 West towards Valley Forge) to the Gulph Mills Exit #27. ❷ At the first stop sign, at the bottom of the exit ramp, make a left. At the next stop sign make another left (follow signs to 320 South). ❸ At the first traffic light make a right onto South Gulph Road. ❹ At the third light make a right turn onto Henderson Road. ❺ At the next traffic light turn right onto Church Road. ❻ At the first stop sign turn left onto Crooked Lane. ❼ Immediately, after you come under the railroad overpass, make a right turn into the access road. SSI is third building on the right just after King Limousine . . . **OR CALL: 610.272.4884.**

Systems Solution, Inc.
376 Crooked Lane
King of Prussia, PA 19406

| | |
|---|---|
| PHONE | 610 .272 .4884 |
| FAX | 610 .272 .9623 |
| INTERNET | www.ssi-net.com |
| E-MAIL | education@ssi-net.com |

# Systems Solution, Inc. **SSI**

*Ahead of the curve.*