**EXHIBIT 5**



INTERNET ARCHIVE
**WayBackMachine**

Enter Web Address: http://          All  ▢  [ Take Me Back ]   Adv. Search  Compare Archive Pages

Searched for **http://www.ssi-net.com**                                                     **83** Results

Note some duplicates are not shown. See all.
* denotes when site was updated.

## Search Results for Jan 01, 1996 - Jul 23, 2005

| 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|---|---|---|---|
| 0 pages | 1 pages | 3 pages | 5 pages | 7 pages | 9 pages | 12 pages | 24 pages | 19 pages | 0 pages |
| | Oct 18, 1997 * | May 29, 1998 * | Jan 25, 1999 | May 20, 2000 * | Feb 02, 2001 * | Jan 22, 2002 | Feb 07, 2003 | Jan 02, 2004 | |
| | | Dec 06, 1998 * | Feb 08, 1999 | Jun 10, 2000 | Feb 04, 2001 | May 24, 2002 * | Feb 20, 2003 | Jan 26, 2004 | |
| | | Dec 12, 1998 | Feb 21, 1999 | Jun 20, 2000 | Mar 01, 2001 | Jun 02, 2002 | Mar 20, 2003 * | Feb 07, 2004 | |
| | | | Apr 20, 1999 | Aug 17, 2000 * | Mar 31, 2001 | Jun 04, 2002 | Mar 25, 2003 * | Apr 04, 2004 | |
| | | | Apr 27, 1999 | Oct 06, 2000 * | Apr 05, 2001 | Jun 05, 2002 | Mar 31, 2003 * | Apr 07, 2004 | |
| | | | | Oct 20, 2000 * | Apr 18, 2001 | Aug 02, 2002 * | Apr 20, 2003 * | Apr 18, 2004 * | |
| | | | | Dec 04, 2000 * | Jul 21, 2001 * | Aug 08, 2002 | May 23, 2003 * | May 20, 2004 * | |
| | | | | | Sep 23, 2001 * | Sep 23, 2002 | Jun 02, 2003 * | May 27, 2004 | |
| | | | | | Nov 29, 2001 * | Sep 25, 2002 | Jun 21, 2003 * | Jun 05, 2004 | |
| | | | | | | Sep 28, 2002 | Jun 22, 2003 | Jun 12, 2004 | |
| | | | | | | Sep 30, 2002 | Jun 24, 2003 | Jun 14, 2004 | |
| | | | | | | Nov 27, 2002 * | Jul 19, 2003 * | Jun 15, 2004 | |
| | | | | | | | Jul 30, 2003 | Jun 19, 2004 | |
| | | | | | | | Aug 01, 2003 | Jul 15, 2004 | |
| | | | | | | | Oct 02, 2003 * | Jul 21, 2004 | |
| | | | | | | | Oct 05, 2003 * | Sep 20, 2004 * | |
| | | | | | | | Oct 06, 2003 | Sep 23, 2004 * | |
| | | | | | | | Oct 13, 2003 * | Oct 24, 2004 * | |
| | | | | | | | Oct 23, 2003 * | Nov 25, 2004 | |
| | | | | | | | Oct 24, 2003 | | |
| | | | | | | | Nov 26, 2003 | | |
| | | | | | | | Dec 03, 2003 | | |
| | | | | | | | Dec 14, 2003 | | |
| | | | | | | | Dec 25, 2003 | | |

ssi solutions: Education and Training

Page 1 of 5

| about ssi | support | hard news | | connections | contents |

**solutions**

## Education Application Series

Adobe Acrobat

Adobe Illustrator or Adobe Illustrator Advanced

Fractal Design Painter

FrameMaker

FreeHand or Freehand Advanced

HTML / Creating Web Pages

MacroMedia Director or Macromedia Director Intermediate

Pagemaker or Pagemaker Advanced or Pagemaker Newsletters & Publications

PhotoShop or Photoshop Advanced or Photoshop for Production

QuarkXPress or QuarkXPress Advanced or QuarkXpress Newsletters & Publications

For current information about our scheduled classes, focus seminars and expert lectures; or to register or schedule any class call Geoff Archer at (610) 272-4884, ext. 128 or email education@ssi-net.com.

other classes: essentials / new media / graphics arts

---

**Adobe Acrobat [ $290 ]**



In this course you will learn how to convert your existing publications (whether QuarkXPress, PageMaker, Frame or any package capable of printing postscript files) into Adobe Portable Document Format (PDF). Learn how to incorporate graphics, text, notes, QuickTime movies and links to the World Wide Web. Acrobat's cross-platform usability allows you to distribute your publications economically without sacrificing the original design. [specific topics] ~ generating PDF files ~ creating links ~ incorporating text & graphics ~ incorporating QuickTime movies ~ setting up security (passwords) ~ creating indexes & contents tables.

top of page

---

**Adobe Illustrator [ $450 ]**



Learn what you need to create clean Postscript line art as well as special effects for logos, graphs and charts. Learn how to utilize the pen tool and control paths around objects. Use clip art to create customized images, that you can color, trap and export. This course will teach practical applications for Illustrator. [specific topics] ~ tools and palettes ~ setting text ~ pen paths ~ text effects ~ defining colors ~ exporting files.

top of page

---

**Adobe Illustrator Advanced [ $450 ]**

Untap the many capabilities available to you in Illustrator. In this course the student will work with dissecting live files to discover all the techniques used to build complex documents as well as using the same techniques to build up their own images. Much of this course deals with high-end troubleshooting for production personnel, as well as techniques for interesting effects. An excellent course for the production employee who is receiving files in the Illustrator format, as well as the designer who wants to create clean, interesting images. [specific topics] ~ trapping ~ filters ~ blends ~ importing photos ~ patterns ~ masking/layers.

top of page

## Fractal Design Painter [ $450 ]

Learn how to apply unique and wonderful effects to illustrations and photos with this "fine arts" application. [specific topics] ~ how to apply texture and lighting effects ~ masking, color separation, and exporting.

top of page

## Framemaker [ $450 ]

This course will get you up and running with FrameMaker. You will discover the surprising ease of use and powerful capabilities of Frame that have made it a favorite among technical writers and long document publishers. [specific topics] ~ page layout ~ importing text & graphics ~ tables ~ variable text ~ master pages ~ character & paragraph styles.

top of page

## Freehand [$450 ]

Freehand is widely used by designers and advertisers. It is beneficial to know the basics for correction and output. Freehand's new features make creating images fun and exciting. Learn how to utilize these features to take full advantage of this illustration program.

top of page

## Freehand Advanced [ $450 ]

Learn how to utilize tools to create vector based artwork that will print faster and look more professional. Learn how to work with layers and uncomplicate the process of creating, as well as how to repair artwork.

top of page

## HTML / Creating Web Pages [ $290 ]

Lean everything you need to know to take advantage of this new communications medium as the instructor takes you through step by step instructions to create your own web page. A lively interactive class that will leave you with the confidence to build an exciting page for yourself or your business! [specific topics] ~ modem basics

~ selecting the right service ~ expenses involved ~ on-line services vs. local providers ~ how to create web pages ~ selecting the best creation software ~ basics of html ~ using sound & graphics.

top of page

---

**Macromedia Director** [ $450 ]

An introduction to the features and options available with Director. Learn to use the control panel, channels and the basics of scoring a multimedia presentation. [specific topics] ~ importing graphics and movies ~ sound and video for presentations.

top of page

---

**Macromedia Director Intermediate** [ $450 ]

Director is one of the most complex software packages available. This advanced course will prepare the user to create custom multimedia presentations, including integrating multiple movies, exporting presentations to Quicktime and a host of other topics.

top of page

---

**Pagemaker** [ $450 ]

Get yourself started and ready to produce with immediate results with this introductory course. You will be able to set type, create layouts and understand the process of printing and troubleshooting. Learn how to be more effective in less time! [specific topics] ~ creating preferences ~ printing tips & hints ~ tool and control palettes ~ importing text & graphics ~ utilizing graphics ~ text and picture boxes ~ typographic controls ~ paragraph formats ~ tabs, rules, borders ~ moving pages ~ basic trouble-shooting ~ master pages/templates.

top of page

---

**Pagemaker Advanced** [ $425 ]

Beyond the basics. Learn in a series of hands-on exercises how to use some of the hidden features available in PageMaker that you were never aware of before. Find innovative ways to create better documents in less time by enrolling in this cram packed class. [specific topics] ~ advanced typesetting ~ advanced plug-ins ~ preference settings ~ working with long documents ~ advanced graphic issues ~ color separation issues ~ indexing ~ postscript troubleshooting ~ creating table of contents ~ font issues ~ using table editor ~ Mac to PC file conversions.

top of page

---

**Pagemaker Newsletters & Publications** [ $450 ]

All skill levels of PageMaker users will benefit from this two day publication intensive course. Techniques to speed production, as well as steps to make publications more attractive with lots of type and elements and not a lot of time. These tips will help you to be

more efficient and consistent in your design and layout. [specific topics] ~ master pages ~ automated tasks ~ importing from spreadsheets ~ exporting ~ text editing (setting styles) ~ printing hints & tips ~ templates ~ importing graphics/text ~ linking text ~ imposition.

top of page

**Photoshop** [ $450 ]

Simple steps to create your best halftone and line art. Practical uses for filters and calculations. How to use and adjust the tools. Upon course completion student will know how to scan, touch-up and save a file. This is a basic course for those who will need a general understanding of photo enhancing and retouching.

top of page

**Photoshop Advanced** [ $450 ]

This course will teach you the more advanced production techniques in PhotoShop. You will learn how to utilize the image controls to adjust your photos for better reproduction, as well as steps to create complex clipping paths and masks for silhouetting. Special effects for exciting imagery will also be included. [specific topics] ~ calibrating your monitor ~ color theory ~ layers/channels ~ color scanning basics ~ filters ~ postscript output

top of page

**Photoshop for Production** [ $450 ]

This course is directed to the prepress professional who must understand the advanced capabilities of PhotoShop and how to apply those effects. This is for the operator who may be creating images or having them supplied by customers for output. [specific topics] ~ making Photoshop faster ~ masking ~ separation techniques ~ channels ~ layers ~ gcr and ucr ~ basics of color theory ~ advanced troubleshooting ~ creating and saving selections.

top of page

**Quarkxpress** [ $450 ]

This course will have you "Up and Running" in no time! Learn to use the most widely utilized layout program in the graphic arts industry. This course will focus in on making you productive and knowledgeable in this popular layout program. [specific topics] ~ creating text and picture boxes ~ tools and palettes ~ color controls ~ importing text & graphics ~ document creation ~ formatting utilities ~ master pages ~ templates ~ typographic controls ~ tabs, rules, borders ~ moving pages ~ creating preference ~ printing tips & hints.

top of page

**Quarkxpress Advanced** [ $425 ]

You've mastered the program to do what you need, but are curious to

see how you much further you can go. This one day course will
speed up your confidence and productivity! [specific topics] ~
optimizing XPress ~ avoiding printing problems ~ stylesheets ~
master pages ~ Xtensions ~ trapping ~ saving corrupt documents ~
creating charts and graphs ~ linking text boxes ~ text run-around.

top of page

---

**QuarkXpress Newsletters & Publications** [ $450 ]

All skill levels of QuarkXPress users will benefit from this two day
publication intensive course. Techniques to speed production, as
well as steps to make publications more attractive. Create master
pages, templates and other elements that are easily and consistently
repeated. Create long publications that look neater and actually take
less time to lay out. Learn how to apply QuarkXTensions to help
indexing, imposing and printing go more smoothly. [specific topics]
~ master pages ~ repeated elements ~ spreads ~ style sheets ~ useful
xtensions ~ printing hints & tips ~ templates ~ importing graphics ~
importing text ~ typesetting.

top of page

other classes: essentials  .  new media  .  graphics arts

education

◄ solutions

For current information about our scheduled classes, focus seminars
and expert lectures; or to register or schedule any class call Geoff
Archer at (610) 272-4884, ext. 128 or email education@ssi-net.com.

| about ssi | support | hard news | solutions | connections | contents |

© Systems Solution, Inc. 376 Crooked Lane, King of Prussia, PA 19406, 610 272-4884

**EXHIBIT 6**



*contents*

## What's New

## About SSI
Our approach and team
Directions to SSI

## Support
Sales
Service
Rentals
Supplies

## Hard News
Help Desk
Seminars
Software Updates
SSI Direct

## Solutions
Consulting
Training and Seminars

## Connections
Links to visit

This site is Netscape and Internet Explorer enhanced. Visit our browser information page for tips on surfing the web.



© Systems Solution, Inc. 376 Crooked Lane, King of Prussia, PA 19406, 610 272-4884



| | | | | | |
|---|---|---|---|---|---|
| about ssi | support | hard news | solutions | connections | contents |

**Solutions**   **Hands On Training**

Classes designed to meet the real-world needs of working professionals. At your site or in our classroom. For current information about our scheduled classes, focus seminars and expert lectures call SSI at 610 .272 .4884

To register or schedule any class call 1 .800 .861 .9213 or email education@ssi-net.com

### Introduction

In partnership with Cyber Solutions Inc., SSI brings a series of regularly scheduled, cost-effective courses to the Philadelphia metropolitan area. Each class is taught by a professional instructor who has a strong graphic arts background, making them uniquely qualified to address the challenges facing electronic publishers. Course content focuses on the specific skills and techniques required to understand and master technology in a creative and production environment.

### Course Descriptions

Essential Series   .   Applications   .   New Media   .   Graphics Arts

For current information about our scheduled classes, focus seminars and expert lectures call SSI at 610 .272 .4884 or email education@ssi-net.com

◄ solutions



| | | | | |
|---|---|---|---|---|
| about ssi | support | hard news | solutions | connections | contents |

© Systems Solution, Inc. 376 Crooked Lane, King of Prussia, PA 19406, 610 272-4884

**EXHIBIT 7**

The following agreement is made between Systems Solution, Inc. (SSI), a Delaware Corporation with a principle place of business located at 376 Crooked Lane, King of Prussia, PA and American Graphics Institute (AGI), a Pennsylvania corporation with a principle place of business at 205 Granite Run Drive, Lancaster, PA 17601.

Whereas SSI would like to resell training classes and services offered by AGI and AGI wishes to enjoy the benefits of having additional students enrolled in its classes through SSI sales and marketing efforts, the two organizations enter into the following agreement:

1. Co-branding of AGI Blue Bell, PA location
A. SSI literature advertising non-competing courses will be made available at the Blue Bell location.  AGI will promote the joint relationship in marketing materials mailed to the Delaware Valley.

2. Exclusive Relationship
A. SSI will be the exclusive reseller of AGI classes in the region defined by the boundary that includes Lancaster, PA in the west, Scranton, PA to the north, Atlantic City, NJ to the east, and Wilmington, DE to the south.
B. AGI will refer hardware sales exclusively to SSI within this region.
C. AGI will purchase equipment and software for Plymouth Meeting and Lancaster through SSI whenever a direct educational purchasing system is not in place between AGI and a software or hardware manufacturer.

3. Training Room Use at SSI Facility and Lunch Policy
A. There would be no charge for open enrollment AGI classes held at SSI facility.
B. AGI will provide adequate notice to request use of SSI facility.
C. When SSI or AGI wishes to rent the training room of the other for use other than those stated above, a rental fee of $250/classroom per day will be charged.
D. Lunches will be provided to all attendees at both the Blue Bell AGI and SSI facility. Both parties have decided to split the lunch cost on a weekly basis on open enrollment classes that have SSI students in attendance. All custom training held at either site listed above, will be the sole financial responsibility of the company that sold the training.

1

4. Discounts and Rebates for reselling training

A. AGI will provide a rebate to SSI based upon the amount of open-enrollment training sold by SSI.

B. To receive the rebate, SSI must have all invoices 30 days and greater paid in full from invoice due date.

C. Rebates provided to SSI will be based on open enrollment classes only.

D. SSI will be invoiced every Friday. The invoice due date will be set to mid month of month when classes are taught. The invoices sent to SSI will include a copy of all confirmations and be arranged monthly to help expedite the payable process. If a class is scheduled after the 15th of the month but training occurs in the same month, the invoice will be due 30 days after the invoice date.

E. The amount of the rebate is based on the following:
45% off of our published open enrollment training rates.

F. Should any invoice owed and payable to AGI by SSI become 31 days or greater past due from invoice due date, all monies due AGI will become due and payable immediately and this agreement will be considered null and void until such time that payment is received by AGI curing all invoices due and payable to AGI by SSI. AGI reserves the right to enforce this term on a case by case basis without waiving and or setting a precedent for future enforcement.


5. On site training

A. All on-site training using AGI instructors will be billed to SSI at the rate of $895 per day, up to 6 attendees. If a class should exceed this number of attendees, then $50 per additional attendee per day will be charged.

B. On site training cost does not include travel expenses. Travel expenses will be billed on mileage at current reimbursable rates established by the IRS (currently .34 cents/ mile) along with any tolls, bus, train, airline or parking expenses.

C. If an AGI instructor travels to the SSI facility, travel will not be charged.


6. Minimum Enrollment

A. SSI understands that, due to the significant discounts provided, open-enrollment classes need to have minimum enrollment.

B. Minimum enrollment of four (4) attendees per class.

C. AGI reserves the right to cancel classes that do not have a minimum number of students enrolled.

D. In the event that course cancellations are necessary, AGI will provide a minimum of one-week notice to SSI.

E. Should cancellations be necessary, AGI will make every attempt to place the attendees in the same class at another location or into the next scheduled class.

7. Minimum volume

A.  SSI guarantees AGI a minimum of $10,000 per month net sales. Minimum is to be
    calculated by averaging the three months prior to the current month.

B.  If in the case that billing falls below $10,000, AGI and SSI agree to re-negotiate the
    agreement.


8. Sales and Marketing Efforts

A.  SSI will sell and market all AGI open-enrollment classes, special classes, seminars
    and conferences.  This includes AGI open-enrollment courses scheduled for
    Lancaster and Blue Bell.

B.  SSI will include the AGI logo on its schedule and materials relating to courses
    instructed by AGI.

C.  SSI will offer AGI the right of first refusal for any customized or on-site training on
    subject areas in which AGI provides training.

D.  AGI will include the SSI logo on the AGI web site and also on marketing materials
    mailed exclusively to the Delaware Valley area.  AGI will also make advertising
    available in the AGI catalog on a space-available basis.  National marketing materials
    are mailed by AGI, and these will not include the SSI logo.

E.  SSI may promote that any classes taught by AGI's certified trainers, as being taught
    by Adobe and Macromedia certified trainers.

F.  In no case will SSI advertise individual open-enrollment classes at rates below those
    listed in the current AGI course catalog.

G.   Any and all discounted pricing SSI wishes to consider for bundled classes must be
    approved by AGI.  AGI will consider entering into a separate agreement for bundled
    courses outside the terms of this agreement.


9. Evaluations

A.  SSI will create a web based evaluation form emailed to AGI.

B.  SSI will create a form for any class that SSI students attend, and it will create an
    email that will be sent to both SSI Education and AGI.

C.  Remedies for classes that have not satisfied the customer will be handled as follows:
    1-Offer the client the same class at a future date.
    2-Offer the client a different class worth the same value.
    3-If the client has a legitimate complaint, SSI will refund the clients money, and AGI
    will reverse the charge to SSI.

10. SSI Courses

A. AGI will list and resell SSI classes that are not competitive to AGI classes.

B. SSI will provide a schedule to AGI of the SSI course offerings.

C. AGI will receive the same discount structure offered to SSI for SSI classes it sells. AGI must pay all invoices owed to SSI for classes it sells and do so within 30 days to receive this discount.

D. SSI courses may include but are not limited to ColdFusion, FileMakerPro, Final Cut Pro, NT Administration Basics and Intermediate, Ecommerce Basics, Painter, Clients and Profits, Macromedia Director, Premiere and AfterEffects.

E. SSI will not offer open-enrollment classes that compete with AGI course offerings.

F. In the event SSI desires to offer a "new" class (new defined as a course not offered by SSI in the past three years), SSI will grant AGI the right of first refusal. AGI will have 30 days to either accept or decline a written request to develop a class, and an additional 60 days to develop the class, for a total of 90 days from the receipt of written request of class development. In the event AGI cannot accommodate the request by SSI, SSI can search elsewhere to find suitable instruction.

G. SSI will invoice AGI monthly for classes sold by AGI


11. Class Development

SSI and AGI will work together to revise the course curriculum for introductory web classes and other courses as a mutually determined need arises.


12. Confidentiality

SSI and AGI understand that they may receive confidential business information and intellectual property as a part of their workshop relationship. The terms of the previously executed Confidentiality Agreement remain in force, and neither party will use or divulge confidentiality or proprietary business information belonging to the other.


13. Dates

This agreement will begin January 10, 2001 and remain in force until January 10, 2003. Either party may withdraw from the agreement by providing the other party 90 days advance notice of its intent to withdraw from the agreement.

14. Notices

Notices under this agreement will be sent by US Mail to the addresses listed on page one of the agreement.

Intending to be legally bound and affirming that we are authorized to enter into this agreement, we have applied our signatures below:

Judeann S. Stipe
Sales Manager
American Graphics Institute

Richard Wein
President
SSI

**EXHIBIT 8**

**Systems Solution, Inc. SSi**
*Ahead of the curve.*

**To: Judeann Stipe**
**American Graphics Institute**
Phone: (717)560-9339
Fax:    (717)560-4053

**From: Rich Wein**
**Systems Solution, Inc.**
Phone: (610) 272-4884 x103
Fax:    (610) 272-9623

Systems Solution, Inc.
376 Crooked Lane
King of Prussia, PA 19406
**Phone:** (610) 272-4884 x103
**Fax:**   (610) 272-9623
**Web:**   http://rwein.ssi-net.com
**Email:** rwein@ssi-net.com

**Date: Monday, May 20, 2002**
**Time: 12:07 PM**

Judeann,

Signed agreement follows.  Please sign and fax or mail back.

Thanks Judeann!

Rich Wein



The following agreement is made between Systems Solution, Inc. (SSI), a Delaware Corporation with a principle place of business located at 376 Crooked Lane, King of Prussia, PA and American Graphics Institute (AGI), a Pennsylvania corporation with a principle place of business at 205 Granite Run Drive, Lancaster, PA 17601.

Whereas SSI would like to resell training classes and services offered by AGI and AGI wishes to enjoy the benefits of having additional students enrolled in its classes through SSI sales and marketing efforts, the two organizations enter into the following agreement:

1. Co-branding of AGI Blue Bell, PA location
A. SSI literature advertising non-competing courses will be made available at the Blue Bell location. AGI will promote the joint relationship in marketing materials mailed to the Delaware Valley.

2. Exclusive Relationship
A. SSI will be the exclusive reseller of AGI classes in the region defined by the boundary that includes Lancaster, PA in the west, Scranton, PA to the north, Atlantic City, NJ to the east, and Wilmington, DE to the south.
B. AGI will refer hardware sales exclusively to SSI within this region.
C. AGI will purchase equipment and software for Plymouth Meeting and Lancaster through SSI whenever a direct educational purchasing system is not in place between AGI and a software or hardware manufacturer.

3. Training Room Use at SSI Facility and Lunch Policy
A. There would be no charge for open enrollment AGI classes held at SSI facility.
B. AGI will provide adequate notice to request use of SSI facility.
C. When SSI or AGI wishes to rent the training room of the other for use other than those stated above, a rental fee of $250/classroom per day will be charged.
D. Lunches will be provided to all attendees at both the Blue Bell AGI and SSI facility. Both parties have decided to split the lunch cost on a weekly basis on open enrollment classes that have SSI students in attendance. All custom training held at either site listed above, will be the sole financial responsibility of the company that sold the training.

1

4. Discounts and Rebates for reselling training

A. AGI will provide a rebate to SSI based upon the amount of open-enrollment training sold by SSI.

B. To receive the rebate, SSI must have all invoices 30 days and greater paid in full from invoice due date.

C. Rebates provided to SSI will be based on open enrollment classes only.

D. SSI will be invoiced daily. The invoice due date will be set to the day of the class. The invoices sent to SSI will include a copy of all confirmations. AGI must receive payment for invoices within 7 days of the class date for your account to be considered current.

E. The amount of the rebate is based on the following:
45% off of our published open enrollment training rates.

F. Should any invoice owed and payable to AGI by SSI become 30 days or greater past due from invoice due date, all monies due AGI will become due and payable immediately and this agreement will be considered null and void until such time that payment is received by AGI curing all invoices due and payable to AGI by SSI. AGI reserves the right to enforce this term on a case by case basis without waiving and or setting a precedent for future enforcement.

5. On site training

A. All on-site training using AGI instructors will be billed to SSI at the rate of $895 per day, up to 6 attendees. If a class should exceed this number of attendees, then $50 per additional attendee per day will be charged.

B. On site training cost does not include travel expenses. Travel expenses will be billed on mileage at current reimbursable rates established by the IRS (currently .34 cents/ mile) along with any tolls, bus, train, airline or parking expenses.

C. If an AGI instructor travels to the SSI facility, travel will not be charged.

6. Minimum Enrollment

A. SSI understands that, due to the significant discounts provided, open-enrollment classes need to have minimum enrollment.

B. Minimum enrollment of four (4) attendees per class.

C. AGI reserves the right to cancel classes that do not have a minimum number of students enrolled.

D. In the event that course cancellations are necessary, AGI will provide a minimum of one-week notice to SSI.

E. Should cancellations be necessary, AGI will make every attempt to place the attendees in the same class at another location or into the next scheduled class.

2

7. Minimum volume

A. SSI guarantees AGI a minimum of $10,000 per month net sales. Minimum is to be calculated by averaging the three months prior to the current month.

B. If in the case that billing falls below $10,000, AGI and SSI agree to re-negotiate the agreement.

8. Sales and Marketing Efforts

A. SSI will sell and market all AGI open-enrollment classes, special classes, seminars and conferences. This includes AGI open-enrollment courses scheduled for Lancaster and Blue Bell.

B. SSI will include the AGI logo on its schedule and materials relating to courses instructed by AGI.

C. SSI will offer AGI the right of first refusal for any customized or on-site training on subject areas in which AGI provides training.

D. AGI will include the SSI logo on the AGI web site and also on marketing materials mailed exclusively to the Delaware Valley area. AGI will also make advertising available in the AGI catalog on a space-available basis. National marketing materials are mailed by AGI, and these will not include the SSI logo.

E. SSI may promote that any classes taught by AGI's certified trainers, as being taught by Adobe and Macromedia certified trainers.

F. In no case will SSI advertise individual open-enrollment classes at rates below those listed in the current AGI course catalog.

G. Any and all discounted pricing SSI wishes to consider for bundled classes must be approved by AGI. AGI will consider entering into a separate agreement for bundled courses outside the terms of this agreement.

9. Evaluations

A. SSI will create a web based evaluation form emailed to AGI.

B. SSI will create a form for any class that SSI students attend, and it will create an email that will be sent to both SSI Education and AGI.

C. Remedies for classes that have not satisfied the customer will be handled as follows:
1-Offer the client the same class at a future date.
2-Offer the client a different class worth the same value.
3-If the client has a legitimate complaint, SSI will refund the clients money, and AGI will reverse the charge to SSI.

10. SSI Courses

A. AGI will list and resell SSI classes that are not competitive to AGI classes.

B. SSI will provide a schedule to AGI of the SSI course offerings.

C. AGI will receive the same discount structure offered to SSI for SSI classes it sells. AGI must pay all invoices owed to SSI for classes it sells and do so within 30 days to receive this discount.

D. SSI courses may include but are not limited to ColdFusion, FileMakerPro, Final Cut Pro, NT Administration Basics and Intermediate, Ecommerce Basics, Painter, Clients and Profits, Macromedia Director, Premiere and AfterEffects.

E. SSI will not offer open-enrollment classes that compete with AGI course offerings.

F. In the event SSI desires to offer a "new" class (new defined as a course not offered by SSI in the past three years), SSI will grant AGI the right of first refusal. AGI will have 30 days to either accept or decline a written request to develop a class, and an additional 60 days to develop the class, for a total of 90 days from the receipt of written request of class development. In the event AGI cannot accommodate the request by SSI, SSI can search elsewhere to find suitable instruction.

G. SSI will invoice AGI monthly for classes sold by AGI

11. Class Development

SSI and AGI will work together to revise the course curriculum for introductory web classes and other courses as a mutually determined need arises.

12. Confidentiality

SSI and AGI understand that they may receive confidential business information and intellectual property as a part of their workshop relationship. The terms of the previously executed Confidentiality Agreement remain in force, and neither party will use or divulge confidentiality or proprietary business information belonging to the other.

13. Dates

This agreement will begin January 10, 2001 and remain in force until January 10, 2003. Either party may withdraw from the agreement by providing the other party 90 days advance notice of its intent to withdraw from the agreement.

14. Notices

Notices under this agreement will be sent by US Mail to the addresses listed on page one of the agreement.

Intending to be legally bound and affirming that we are authorized to enter into this agreement, we have applied our signatures below:

_____

Judeann S. Stipe
Sales Manager
American Graphics Institute

Richard Wein
President
SSI          5-20-02



**AGI**

205 Granite Run Drive
Suite 120
Lancaster, PA 17601
Phone:   717-560-9339
Fax:      717-560-4053
www.agitraining.com

# Fax Cover Sheet

| | |
|---|---|
| Number of Pages including cover: | 2 |

## To:
Name:  Rich Wein
Company:  SSI

## From:
Name:  Judeann Stipe
Company:  AGI
Phone:  717.560.9339
Fax:

## Comments:
Signed page attached.

Thank You,
Judeann

Notices under this agreement will be sent by US Mail to the addresses listed on page one of the agreement.

Intending to be legally bound and affirming that we are authorized to enter into this agreement, we have applied our signatures below:

Judeann S. Stipe                                    Richard Wein
Sales Manager                 5/20/02              President           5-20-02
American Graphics Institute                         SSI

5

**EXHIBIT 9**

## clark

**From:** Rich Wein [rwein@ssi-net.com]
**Sent:** Monday, November 01, 2004 9:21 AM
**To:** clark@acquiredlearning.com
**Subject:** FW: business relationship

Clark,

Chris makes a point, so I thought I should ask since we didn't really discuss anything about Sage leading up to our arrangement.  Are you guys competitive to SSI?

I would still be interested in having you move our managed services product, Streamline.

Rich

-----Original Message-----
**From:** Christopher Smith [mailto:csmith@agitraining.com]
**Sent:** Saturday, October 30, 2004 1:09 AM
**To:** Rich Wein
**Subject:** business relationship

Hi Rich,

I hope you are doing well. I understand that we've found some additional business for you recently at Rodale. We've been doing lots of work with larger publishers like Rodale lately as they update hardware to address the needs of OSX.

I'm interested to see that you've entered a business relationship with Dean Novosat's and Clark Edward's training business, Acquired learning. With their primary business being the sales and service of hardware, I thought that you viewed Sage Advice Ltd (http://www.sageadviceltd.com) as being competitive?

Anyhow, our business in PA remains strong, and I'm certain that there are a variety of ways in which we can identify opportunities to add revenues to your business.

-c

**EXHIBIT 10**

**CYBERSOLUTIONS IS NOW AMERICAN GRAPHICS INSTITUTE**



| ☒ Books |
| ABOUT THE INSTITUTE | CLASSROOM TRAINING | ON-SITE TRAINING | SEMINARS | DIPLOMA PROGRAMS |

☒ AGI Logo_1    ☒ AGI Logo_2

☒ Hand on Mouse

☒ AGI Logo_3    ☒ AGI Logo_4

Adobe Certified Training Provider — Adobe

Apple Solution Experts — Trainer

macromedia TRAINING PROGRAM

## Complete Class Listings

The American Graphics Institute provides advanced technical training and education to graphics professionals and offers career training through a variety of Certificate and Diploma Programs.



If you would like to receive our catalog or more information, complete our mailing list form or send us an e-mail.

Reach us by phone at **800 851-9237**

**EXHIBIT 11**

**INTERNET ARCHIVE**
**WayBackMachine**

Enter Web Address: http://  [All ▼]  [ Take Me Back ]   Adv. Search  Compare Archi

Searched for http://agitraining.com                                            **55** Results

Note some duplicates are not shown. See all.
\* denotes when site was updated.

## Search Results for Jan 01, 1996 - Aug 12, 2005

| 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 |
|------|------|------|------|------|------|------|------|------|------|
| 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 10 pages | 22 pages | 20 pages | 0 pages |

| 2002 | 2003 | 2004 |
|------|------|------|
| Jun 04, 2002 * | Feb 01, 2003 * | Jan 30, 2004 * |
| Jul 23, 2002 * | Feb 10, 2003 * | Feb 06, 2004 |
| Aug 02, 2002 * | Feb 14, 2003 | Feb 25, 2004 |
| Sep 24, 2002 * | Feb 15, 2003 * | Mar 20, 2004 * |
| Sep 25, 2002 * | Mar 28, 2003 * | Apr 06, 2004 |
| Sep 26, 2002 | Apr 06, 2003 | Apr 10, 2004 |
| Oct 21, 2002 * | Apr 09, 2003 * | May 11, 2004 |
| Nov 22, 2002 * | Apr 22, 2003 * | May 24, 2004 |
| Nov 23, 2002 * | Jun 03, 2003 * | Jun 04, 2004 |
| Dec 08, 2002 * | Jun 10, 2003 | Jun 06, 2004 |
| | Jun 23, 2003 * | Jun 07, 2004 |
| | Jun 24, 2003 * | Jun 11, 2004 |
| | Jul 27, 2003 * | Jun 15, 2004 |
| | Aug 07, 2003 | Jul 16, 2004 * |
| | Sep 24, 2003 * | Jul 27, 2004 |
| | Oct 05, 2003 * | Sep 25, 2004 * |
| | Oct 09, 2003 | Oct 11, 2004 * |
| | Oct 11, 2003 | Oct 12, 2004 |
| | Nov 26, 2003 * | Nov 12, 2004 * |
| | Nov 29, 2003 | Nov 24, 2004 * |
| | Dec 11, 2003 | |
| | Dec 31, 2003 | |

Home | Help

Copyright © 2001, Internet Archive | Terms of Use | Privacy Policy



**Software Training for Internet, Print and ePaper Publishing.**

Course List

| Company Info | ☒ Corporate Training | Individual Training | ☒ Seminars & Conferences |
|---|---|---|---|



**Company Info**
- Locations
- About AGI
- Contact AGI
- Customer Comments
- News & Events
- Links of Interest
- Subscribe to Newsletter

**Corporate Training**
- Custom On-site Training
- Training Vouchers
- Open Enrollment Classes
- Annual Training Pass
- Certificate Programs
- Custom Training Request
- Consulting Request
- InCopy training/consulting

**Individual Training**
- Open Enrollment Classes
- Certificate Programs
- Annual Training Pass
- Subscribe to Newsletter
- Mail/Fax Registration Form

Special! One Day InDesign for QuarkXPress Users in Boston, December 3rd, Only $395.00 Call 800 851-9237 for details.

**The Adobe Acrobat & PDF Seminar Tour**

Creative Suite Hands-on Sessions coming to a city near you!

AGI offers Acrobat Services

InDesign JumpStart for QuarkXpress and PageMaker Users! (PDF)

**AGI is hiring the following positions:**
**Graphic designer**-requires advanced skills in InDesign, Illustrator and Photoshop. Attention to detail is most important.
**Software Trainer**-Must have production experience and be familiar with print production software and or new media software.
Send resume to info@agitraining.com


Adobe Certified Training Provider


Apple Solution Experts
**Trainer**


CompTIA.
CTT+™ Certified

**How to Contact AGI Training (American Graphics Institute)**
Complete our mailing list form or send us an e-mail. Call us at 800-851-9237 or 717-560-9339 outside the US and Canada.

Site Map

**AGI** — Software Training for Internet, Print and ePaper Publishing.

**Company Info**

Training?

• About AGI

• Contact AGI

• Customer Comments

• News & Events

• Links of Interest

• Subscribe to Newsletter

• Locations

**Corporate Training**

• **Training Vouchers**

• **Open Enrollment Classes**

• **Annual Training Pass**

• **Certificate Programs**

• **Custom Training Request**

• **Consulting Request**

• **InCopy training/consulting**

**Individual Training**

• Certificate Programs

• Annual Training Pass

• Subscribe to Newsletter

• Mail/Fax Registration Form

QuarkXPress Users in Boston,
December 3rd,
Only $395.00 Call 800 851-9237 for details.

☒ Seminars & Conferences

The Adobe® Acrobat & PDF Seminar Tour

Creative Suite Hands-on Sessions
coming to a city near you!

InDesign JumpStart for QuarkXpress
and PageMaker Users! (PDF)

© Copyright 2003 AGI Training

**AGI is hiring the following positions:**
**Software Trainer in the Philadelphia area**-Must have production experience and be familiar with print production software and or new media software.
Send resume to info@agitraining.com

 Adobe Certified Training Provider — Adobe

Apple Solution Experts — Trainer

 CompTIA. CTT+™ Certified

**How to Contact AGI Training (American Graphics Institute)**
Complete our mailing list form or send us an e-mail. Call us at 800-851-9237 or 717-560-9339 outside the US and Canada.

Site Map