UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AMERICAN GRAPHICS  INSTITUTE, INC.,
and CHRISTOPHER SMITH,

        Plaintiffs,

      v.

ACQUIRED LEARNING, INC., SYSTEMS
SOLUTION, INC., JUDEANN STIPE, DEAN
NOVOSAT, CLARK EDWARDS,
and RICHARD WEIN,

        Defendants.

Civil Action No. 04-12611-JLT

**ASSENTED-TO MOTION FOR ENLARGEMENT OF
TIME TO FILE RESPONSIVE PLEADING**

     The plaintiffs, American Graphics Institute, Inc. and Christopher Smith, hereby move

for an extension of the time within which they must serve their response to defendants' Cross-

Motion for Summary Judgment to and including Monday, August 29, 2005.

     As reason therefore, the plaintiffs state that they are in the process of compiling the

requisite affidavits and evidence, and such counsel needs additional time to assist in the

preparation of a responsive pleading.

     Counsel for defendants assents to this enlargement of time.

WHEREFORE, the plaintiffs respectfully request an enlargement of time to and including Monday, August 29, 2005 within which to serve their response to the defendants' Cross-Motion for Summary Judgment.

AMERICAN GRAPHICS  INSTITUTE, INC., and CHRISTOPHER SMITH

By their attorneys,

Dated:  August 24, 2005

/s/ Giovanna Fessenden
John L. DuPré   (BBO No. 549659)
Giovanna H. Fessenden (BBO No. 654681)
Hamilton, Brook, Smith & Reynolds, P.C.
530 Virginia Road
P.O. Box 9133
Concord, Massachusetts 01742-9133
Telephone:  (978) 341-0036
Facsimile:   (978) 341-0136

The defendants, Acquired Learning, Inc., Systems Solution, Inc., Judeann Stipe, Dean Novosat, Clark Edwards and Richard Wein, hereby assent to the within motion.

/s/ Jason W. Morgan
Jason W. Morgan (BBO No. 633802)
175 Derby Street, Suite 30
Hingham, MA 02043
(781) 749-7200

Dated:  August 24, 2005

570271