UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AMERICAN GRAPHICS INSTITUTE, INC.
and CHRISTOPHER SMITH,

                Plaintiffs,

v.                                          C.A. No. 04 12611 JLT

ACQUIRED LEARNING, INC., SYSTEMS
SOLUTION, INC., JUDEANN STIPE, DEAN
NOVOSAT, CLARK EDWARDS and
RICHARD WEIN,

                Defendants.

## ASSENTED-TO MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' MOTION TO AMEND THE COMPLAINT

       Defendants, with the assent of Plaintiffs, hereby move for a one-day extension of time to respond to Plaintiffs' Motion to Amend the Complaint, until August 25, 2005.  This modest extension will not prejudice any party or unduly delay the just disposition of this case.

       Plaintiffs have assented to the requested one-day extension.

       WHEREFORE, Defendants respectfully request a one-day extension of time to respond to Plaintiffs' Motion to Amend the Complaint, until August 25, 2005.

                                        Respectfully submitted,

Dated:  August 24, 2005                 /s/  Jason W. Morgan
                                     Jason W. Morgan (BBO #633802)
                                     jmorgan@dhtmlaw.com
                                     DROHAN, HUGHES, TOCCHIO & MORGAN, P.C.
                                     175 Derby Street, Suite 30
                                     Hingham, Massachusetts 02043
                                     Tel.:   (781) 749-7200
                                     Fax:    (781) 740-4335

                                     *Counsel for Defendants*

ASSENTED-TO BY PLAINTIFFS
AMERICAN GRAPHICS INSTITUTE, INC.
and CHRISTOPHER SMITH, by and through
their counsel,


 /s/   John L. DuPré
John L. DuPré (BBO #549659)
John.DuPre@hbsr.com
Giovanna H. Fessenden (BBO #654681)
Giovanna.Fessenden@hbsr.com
HAMILTON, BROOK, SMITH & REYNOLDS, P.C.
530 Virginia Road
P.O. Box 9133
Concord, Massachusetts 01742-9133
Tel.:    (978) 341-0036
Fax:    (978) 341-0136