UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AMERICAN GRAPHICS  INSTITUTE, INC.,
and CHRISTOPHER SMITH,

               Plaintiffs,

      v.

ACQUIRED LEARNING, INC., SYSTEMS
SOLUTION, INC., JUDEANN STIPE, DEAN
NOVOSAT, CLARK EDWARDS,
and RICHARD WEIN,

             Defendants.

Civil Action No. 04-12611-JLT

**<u>SUPPLEMENTAL AFFIDAVIT OF CHRISTOPHER SMITH
IN OPPOSITION TO DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT
AND IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY
JUDGMENT ON AGI'S COPYRIGHT CLAIMS</u>**

CHRISTOPHER SMITH states under oath as follows:

1.      In 1995, I co-founded Cyber Solutions, Inc. ("Cyber"), which incorporated in

Pennsylvania.  In 2000, Cyber changed its name to American Graphics Institute, Inc. ("AGI").

Attached as Exhibit A are true and accurate copies of the Articles of Amendment, filed by Cyber

evidencing its name change to American Graphics Institute, Inc.

2.      In 1995, AGI, then known as Cyber, developed its first courses titles and course

descriptions for its courses in software training.  These were published in 1995 and later 1996

("1996 Course Descriptions").  Attached as Exhibit B are true and accurate copies of the 1996

Course Descriptions.

3.      Although AGI's course descriptions have changed substantially over the years,

there are some aspects of AGI's current course advertising materials that resemble the 1996

Course Descriptions.  For example, portions of seven course descriptions from the 1996 Course Descriptions are used in AGI's course advertising materials today.

4.      The seven course descriptions that contain some similar language to AGI's current copyrighted works are "Acrobat & PDF 1," "QuarkXpress I," "QuarkXpress II," "PageMaker I," "PageMaker II," and "HTML I."  The only portions of the seven course descriptions that are similar to the 1996 Course Descriptions are the names of the courses some text used in the course descriptions.

5.      With respect to "QuarkXPress II" and "PageMaker I," for example, only the aspects of the first sentence of the course description are the same, while the remainder of these course descriptions are different, and the titles are also different.

6.      All of the course descriptions that appear on the AGI website were independently created and developed by AGI.  Defendant Service Solutions, Inc., which trades as Systems Solution, Inc. ("SSI"), never assisted or collaborated with AGI or Cyber to develop the course description content.  From 1995 to the present, neither AGI nor Cyber created course description for, or at the request of, SSI or delivered any course descriptions to SSI for use on SSI's website.

**SSI and Wein Admitted in December 2004 that AGI Owns the Copyrighted Content**

7.      Indeed, defendants SSI and Richard Wein also know that the course descriptions at issue are AGI's.  For example, attached as Exhibit C is e-mail correspondence from defendant Richard Wein to defendants Dean Novosat, Judeann Stipe and Clark Edwards dated December 20, 2004, which was six days after the complaint was filed in this case.  The December 20, 2004 e-mail contains a string of related e-mails.

8.      In this December 20, 2004 e-mail, Wein explains that he has "***expunged all AGI language***" from the SSI website.  (Emphasis added.)

2

9.      Attached as Exhibit D is e-mail correspondence from defendant Richard Wein to defendants Dean Novosat, Judeann Stipe and Clark Edwards dated December 17, 2004 in which Wein acknowledges that "***I should have checked them myself before I put [the course descriptions] back up.***" (Emphasis added.)  In other words, before he activated the education section of the SSI's website, www.ssi-net.com, ("SSI Infringing Website") and tried to give Acquired Learning permission that SSI didn't have in the first place to use the course descriptions, he should have checked the course descriptions because he would have realized they were AGI's copyrighted works.

10.     SSI activated the "education section" on its website in or around August 25, 2004, as evidenced in the attached August 25, 2004 e-mail from Dean Novosat to Richard Wein, which is Exhibit E.  In addition, at this time, Defendant SSI and Wein copied, without permission, AGI's Copyrighted Works, i.e. AGI's website as it appeared in publication in 2002 and 2003, to promote courses not offered by AGI, but courses offered by a newly formed competing company, the Defendant corporation, Acquired Learning, Inc. ("Acquired Learning").

**Background Concerning SSI And AGI's Reseller Relationship**

11.     Because AGI was in the business of offering software training courses, it made sense for AGI to develop business relationships with companies that could lease AGI computer equipment so that AGI could conduct hands-on training for its students using the computer equipment.   Defendant Service Solutions, Inc., which trades as Systems Solution, Inc. ("SSI"), is engaged in the business of consulting, reselling and leasing computer hardware and software. Starting in 1996, AGI, then known as Cyber, developed a business relationship with Defendants Richard Wein and SSI to have SSI lease computers to AGI so that could conduct its training courses.  Specifically, SSI provided AGI's customers with computer equipment at the customer's

location throughout the country, while AGI provided the training services.

12.    In addition to the computer equipment leasing arrangement, SSI and AGI developed a reseller business arrangement whereby SSI would resell AGI's software training courses on behalf of AGI.  Although SSI had some software training courses of its own, they were specifically directed to certain operating systems, and were <u>not</u> competitive with AGI's software training courses.  In particular, AGI's courses were generally related to software applications used in the print and electronic publishing industries.

### None Of The Agreements Entered Into Between SSI And AGI / Cyber Had Any Bearing On Development, Ownership Or Rights Concerning AGI's Copyrights And Course Advertising Materials

13.    During the years of 1996-2001, AGI / Cyber and SSI executed several different types of agreements to facilitate their ongoing computer equipment leasing relationship and their reseller relationship.  None of these agreements involved the transfer of any rights associated with AGI's copyrighted works or the independent or collaborative development of advertising materials.

14.    For example, on April 15, 1996, Cyber and SSI entered into Confidentiality Agreement (the "1996 Confidentiality Agreement").  This Confidentiality Agreement dealt exclusively with confidential information owned by SSI and disclosed to Cyber.  The Confidentiality Agreement defined the term "Confidential Information" to mean "any information which is proprietary to SSI, whether or not owned by SSI, ***which is not generally known other than by SSI,*** and which Cybersolutions may obtain through any direct or indirect contact with SSI." (Emphasis added.) While the Confidentiality Agreement defined "Confidential Information" to include, "computer programs and listings," it did not include the course descriptions that were independently developed by Cyber.  In fact, ***the Confidentiality***

4

***Agreement specifically excluded from the definition of "Confidential Information,"***

***"information independently developed by Cybersolutions."*** (Emphasis added.)  The 1996

Confidentiality Agreement is attached as Exhibit F.

15.    On May 13, 1996, SSI signed "Agreement Not to Compete" with Cyber.  The

Agreement Not to Compete is attached as Exhibit G.

16.    On May 14, 1996, SSI and Cyber executed an agreement whereby Cyber agreed

to provide to software training solutions and SSI agreed to provide training facilities for Cyber's

software training solutions and to market and promote Cyber's training services.   The May 14,

1996 Agreement did not authorize SSI to use Cyber's course descriptions without permission.  In

fact, a Termination Clause in the May 14, 1996 states that Cyber has the right to "terminate" the

Agreement if there was "***Use by SSI of CYBER copyrighted materials without the written***

***permission of CYBER.***" (Emphasis added.) The May 14, 1996 Agreement is attached as Exhibit

H.

17.    On May 20, 2002, AGI and SSI entered into a Reseller Agreement in which SSI

agreed to resell and promote AGI's courses, and SSI agreed to provide a training room use at the

SSI facility.  The May 20, 2002 Reseller Agreement is attached as Exhibit I.

18.    None of these agreements provided SSI with any rights what so ever with respect

to Cyber / AGI's copyrighted works, including its marketing materials and course descriptions.

AGI/Cyber never collaborated with SSI to develop any course descriptions.

19.    Although AGI / Cyber never granted SSI with any rights to use its course

descriptions, SSI began using AGI's course descriptions as early as 1997 to promote its courses.

For example, AGI's 1996 Course Advertising Materials are copied verbatim in SSI's 1997

website and SSI's 1997 course catalogue, which illustrates a pattern of SSI's copying of AGI's

course descriptions.

20.     Up until the Summer of 2003, SSI received a commission if it was able to resell one of AGI's courses for AGI.  AGI provided the instructors and the training materials for all of its courses that SSI sold on AGI's behalf.

21.     In the late Summer of 2003, AGI and SSI's reseller relationship terminated.  At that time, AGI objected to SSI's use of its course descriptions.  In particular, AGI prohibited SSI from reselling AGI's courses.  Accordingly, SSI removed all of AGI's course descriptions in the late Summer/early Fall of 2003.

**Without AGI's Permission, SSI Copied Twenty-Eight
Pages Of Course Descriptions From AGI's Copyrighted Works**

22.     Over a year after SSI had appropriately removed all of AGI's Copyrighted Works and AGI and SSI terminated their reseller business arrangement, I discovered that SSI had once again copied AGI's Copyrighted Works again on the SSI website, *www.ssi-net.com* ("SSI Infringing Website"), in the summer of 2004.   The SSI Infringing Website listed, *for the first time,* at least one new course title that was substantially similar to a new 2004 custom course offered on the AGI website, which was modeled after a book I co-authored "Adove InDesign for QuarkXpress Users."

23.     SSI never requested permission from AGI to use the course descriptions or informed AGI that it intended to reactivate the Education portion of its website.

24.     AGI's course descriptions changed substantially over the years.  The SSI Infringing Website contained verbatim copying of what appears on AGI's website today.  The SSI Infringing Website reflects new courses, such as Photoshop III and Premiere II, and new course descriptions that AGI added in 2003, such as Photoshop I, Photoshop II and DreamWeaver II.

**Stipe, Edwards and Novosat**

25.     Defendant Dean Novosat is a former consultant to AGI. Defendants Clark

Edwards and Judeann Stipe are former employees of AGI.  Defendant Clark Edwards was

formerly the assistant treasurer of AGI when AGI was operating out of Pennsylvania.  Judeann

Stipe started working at AGI in 1996.  Judeann Stipe was employed at AGI through June 30,

2004 as a Sales Manager and later a Strategic Account Manager.

26.     While Judeann Stipe was still working for AGI, without AGI's management's

knowledge, she used AGI's resources to make sales to AGI's customers not for AGI, but for her

new competition company, Acquired Learning.   For example, attached as Exhibit J are June and

July 2004 e-mail correspondence from Judeann Stipe at her AGI e-mail address to Leslie

Schenkel, an AGI customer contact at Education Testing Services ("ETS").

27.     On June 21, 2004 Leslie Schenkel at ETS wrote in an e-mail to Judeann Stipe, at

her AGI email address stating, "I'm ready to start booking everything. InDesign will be 6-7

classes during August OSX Demo/CS Suite overview for July 20th."  Stipe was an employee of

AGI at the time of this message.

28.     In violation of AGI's standard sales procedures, Judeann Stipe never entered this

customer confirmation for the July 20, 2004 training or the August 6-7 2004 training classes into

AGI's customer or scheduling databases. Stipe intentionally did not enter this information into

AGI's order entry system because she was intending to wrongfully divert this sale to her new

employer, Acquired Learning.

29.     On June 28, 2004 Stipe wrote to Leslie Schenkel at ETS indicating that "I am

working from home today. I will call you this afternoon. I have some other good news to share

with you." The "good news" that Stipe shared is that she was going to work for Acquired

Learning, and that she would deliver all of the July and August training for ETS through

Acquired Learning – the training that Shenkel at ETS had previously requested that AGI deliver.

30.     Stipe resigned her employment at AGI effective July 1, 2004, and told AGI

management that her intention was to become a homemaker.

31.     Immediately after resigning from AGI, Stipe instead went to work for Acquired

Learning, which was formed in 2004 with the intent of offering services identical to those of

AGI.

32.     Ten days after Judeann Stipe left AGI, on July 11, 2004, she e-mailed Leslie

Schenkel at ETS using her new Acquired Learning e-mail account to "to thank her for the

support," and tell her "It means a lot to me to have you follow me and help get things off to a

great start."  Attached as Exhibit K is a copy of this e-mail.

33.     On July, 12, 2004 and July 13, 2004, Judeann Stipe and Leslie Schenkel at ETS

corresponded to discuss the new pricing options and new dates for the scheduled training.  This

e-mail correspondence is attached as Exhibit L.

34.     On July 16, 2004, Judeann directed Acquired Learning to invoice ETS for the

training orders she received while employed at AGI and that she deliberately withheld from AGI.

Acquired Learning issued invoice number 1 in the amount of $7,200 to ETS for Acquired

Learning to deliver the InDesign Training on August 11, 12, 13, 16, and 17 which Schenkel had

requested AGI to deliver. (See Exhibit e-mail from Schenkel on June 21). This was 15 days after

Stipe's resignation from AGI. In response, Acquired Learning issued invoice number 2 in the

amount of $1,500 to ETS.  Attached as Exhibit M are the invoices.

35.     In July and August, 2004 Judeann Stipe, after she was no longer an employee of

AGI, and Dean Novosat accessed without permission AGI's secured database servers located in

Woburn, MA from their computers in Lancaster, Pennsylvania.   On one occasion when Stipe accessed AGI's secured database servers, she exported more than 23,000 customer names from AGI's customer lists and 14,000 email records.   In particular, she exported AGI's customer information for New York, Delaware, New Jersey, Maryland, Pennsylvania and Washington D.C.  On at least three other occasions, Stipe and Novosat accessed and exported large amounts of proprietary confidential financial information from AGI's secured database servers for Acquired Learning.

36.     Although Acquired Learning has a facility in San Diego, and is planning to open up a facility in Boston, Acquired Learning's main facility is AGI's old location in Lancaster, Pennsylvania in AGI's old "Blue Bell Facility."  Attached as Exhibit N is a copy of Acquired Learning's News page from its website at http://www.acquiredlearning.com/news.html in which they explain that they are based in Lancaster, Pennsylvania, that they have a location in San Diego, California and that they are planning on opening up a facility in Boston, Massachusetts. Attached as Exhibit O is a copy of Acquired Learning's Locations page from its website http://www.acquiredlearning.com/locations.html in which they explain that their Lancaster location is 1861 Charter Lane, Suite 105, which is the same address as AGI's old Blue Bell Facility.

37.     Not only did Acquired Learning begin operating in AGI's old facility with a staff that consists primarily of former AGI people, including AGI's course instructors, but Acquired Learning also does business as "Acquired Learning," which sounds very similar to the acronym Plaintiff "AGI" has used to identify itself in its business.  Yet another example of how Defendant Acquired Learning has taken steps to trade on plaintiff AGI's established business.

**Without AGI's Permission, Acquired Learning, Stipe, Edwards and Novosat
Copied Eighteen Pages Of Course Descriptions From AGI's Copyrighted Works**

38.     The Acquired Learning Defendants copied eighteen pages of AGI's copyrighted content onto their website http://www.acquiredlearning.com/ ("Acquired Infringing Site"), and they contend that they received permission to use AGI's Copyrighted Works from SSI.  This allegation, however, is preposterous because each of Judeann Stipe, Clark Edwards and Dean Novosat had a long standing relationship with AGI and had intimate knowledge of AGI's Copyrighted Works.

39.     Stipe, for example, worked for AGI / Cyber from 1996 through 2004, and she was actively involved in promoting AGI's courses to AGI's customers using AGI's Copyrighted Works.

40.     The Acquired Infringing Website even listed AGI's newest 2004 course title that was substantially, which was modeled after the book I co-authored "Adove InDesign for QuarkXpress Users."

41.     The fact that Acquired Learning used AGI's Copyrighted Works to interface with AGI's customers, used a business name (Acquired Learning), which is similar to AGI, and occupied AGI's former office space in Lancaster indicates the extent to which Acquired Learning relied on AGI's goodwill and proprietary information to misdirect customers.


Signed this 29th day of August 2005 under the pains and penalties of perjury.


　_  /s/ Christopher Smith_____
                    Christopher Smith


571321

**EXHIBIT A**

Microfilm Number_____

Entity Number_2656988_

Filed with the Department of State on ___ DEC 0 5 2000

_Secretary of the Commonwealth_

## ARTICLES OF AMENDMENT-DOMESTIC BUSINESS CORPORATION
DSCB:15-1915 (Rev 90)

In compliance with the requirements of 15 Pa.C.S. § 1915 (relating to articles of amendment), the undersigned business corporation, desiring to amend its Articles, hereby states that:

1. The **name** of the corporation is: ___ Cyber Solutions, Inc. _____

2. The (a) **address** of this corporation's current registered office in this Commonwealth or (b) **name** of its commercial registered office provider and the county of venue is (the Department is hereby authorized to correct the following information to conform to the records of the Department):

(a) _205 Granite Run Drive_____ _Lancaster_____ _PA_____ _17601_____ _Lancaster_____
    Number and Street              City            State      Zip            County

(b) c/o: _____
         Name of Commercial Registered Office Provider                      County

For a corporation represented by a commercial registered office provider, the county in (b) shall be deemed the county in which the corporation is located for venue and official publication purposes.

3. The **statute** by or under which it was incorporated is: _Act of 12/21/88, P.L. 1444, as amended._ Pennsylvania Business Corporation Law of 1988,

4. The **date** of its incorporation is: _September 19, 1995_____

5. **(Check, and if appropriate complete, one of the following):**

_X_ The amendment shall be effective upon filing these Articles of Amendment in the Department of State.

____ The amendment shall be effective on: _____ at _____
                                              Date                      Hour

6. **(Check one of the following):**

____ The amendment was adopted by the shareholders (or members) pursuant to 15 Pa.C.S. § 1914(a) and (b).

_X_ The amendment was adopted by the board of directors pursuant to 15 Pa.C.S. § 1914(c).

7. **(Check, and if appropriate complete, one of the following):**

_X_ The amendment adopted by the corporation, set forth in full, is as follows:

The name of the corporation is changed to American Graphics Institute, Inc.

____ The amendment adopted by the corporation is set forth in full in Exhibit A attached hereto and made a part hereof.

DSCB:15-1915 (Rev 90)-2

8. **(Check if the amendment restates the Articles):**

_____ The restated Articles of Incorporation supersede the original Articles and all amendments thereto.

IN TESTIMONY WHEREOF, the undersigned corporation has caused these Articles of Amendment to be signed by a duly authorized officer thereof this ___13th___ day of ___November___, ___2000___.

American Graphics Institute, Inc.
(Name of Corporation)

BY: _____
(Signature)

Christopher G. Smith,
TITLE: ___President___

**EXHIBIT B**



**CyberSolutions**
*Electronic Solutions for the Graphic Arts* ™

160 North Pointe Blvd.
Suite 101
Lancaster, PA 17601

*Look for our Philadelphia location opening this summer!*

BULK RATE
U.S. POSTAGE
PAID
LANCASTER, PA
PERMIT NO. 404

**CyberSolutions**
*Electronic Solutions for the Graphic Arts*

# YOUR SOURCE FOR
# ELECTRONIC
# PREPRESS
# TRAINING

Beginner through Advanced training.
At your site or in our classrooms.

## COURSE CATALOG
## SUMMER 1996

| | |
|---|---|
| Adobe Illustrator | Color Management |
| Adobe PageMaker | HTML (Web Pages) |
| Adobe PhotoShop | Preflight |
| QuarkXPress | Customer Service |
| Director | & Sales Training |
| FreeHand | Networking |
| PressWise | Troubleshooting |
| TrapWise | ...and much more! |

# What's New at Cyber Solutions?

We're glad you asked, because a lot has happened since our last catalog: We've added a PC lab with several Pentium systems to train our PC based customers. Like our Mac labs we've outfitted the systems with the increased RAM and larger monitors necessary for graphic arts production.

Increasingly we are being asked for equipment and software advice by publishers who are looking to add imagesetters, scanners or new systems to their prepress operations. We are able to help you select the right equipment for your needs without a bias (we don't sell equipment) and can often save you hundreds or even thousands of dollars in the process!

With the release of operating system updates on both Mac and PC platforms we have a great deal of experience in troubleshooting the conflicts these upgrades bring with them. If you need advice or an on-site visit, call us.

We are starting to place more detailed course descriptions on our Web site, which we are still updating. You can visit our site at http://www.gass.com/cyber/

We strive to provide you with the best service, support and training available for the electronic prepress market. We offer:

### Small class sizes:
Each class will only have up to six students (we average four)

### Hands-on Classes:
We feel that people learn best by doing, not watching.

### Qualified Staff:
All of our instructors, technicians and consultants are from the graphic arts industry with extensive production experience.

### Up-to-date Systems:
All of our computers are PowerMac and Pentiums and all of our software is the current version.

### Honest, Professional Advice:
We don't sell equipment or supplies so we can guide you through equipment purchases without bias.

### Professional Color:
Our color theory and color scanning classes use our specially designed color lab. Non-reflective neutral paint, color-calibrated monitors and correct lighting are just some of the steps we've taken to ensure that we provide the best environment available for graphic arts professionals.

If you have questions as you review our catalog or would like to schedule a class, call us at: 717 560-9339.

---

## Table of Contents

**Preflight Management**
Preflight for Production I . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .2
Preflight for Production II . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .3
Electronic Prepress for Management . . . . . . . . . . . . . . . . . . . . . . . . .3
Preflight for Sales or Customer Service Representatives . . . . . . . . . .4

**Digital Stripping**
Imposition (PressWise or InPosition) . . . . . . . . . . . . . . . . . . . . . . .14
Electronic Application Trapping . . . . . . . . . . . . . . . . . . . . . . . . . . . .14
Luminous (Formerly Adobe) TrapWise . . . . . . . . . . . . . . . . . . . . . .14

**Internet Technology**
HTML (Creating Web Pages) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .2

**Multimedia**
Introduction to MacroMedia Director . . . . . . . . . . . . . . . . . . . . . .15
Intermediate MacroMedia Director . . . . . . . . . . . . . . . . . . . . . . . .15

**The "Essentials"**
Learning Macintosh . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .9
Network Management . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .13
Font Management . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .13
Managing & Trouble-shooting your Mac . . . . . . . . . . . . . . . . . . . .4

**Page Layout & Typesetting**
Ramp up with QuarkXPress . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .7
Ramp up With Pagemaker . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .10
Newsletters & Publications in QuarkXpress . . . . . . . . . . . . . . . . .8
Newsletters & Publications in PageMaker . . . . . . . . . . . . . . . . . .10
Power Typesetting in XPress . . . . . . . . . . . . . . . . . . . . . . . . . . . . .8
Advanced QuarkXpress . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .7
Electronic Production . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .9

**Image Manipulation**
Basics of Scanning . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .5
PhotoShop I . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .5
Advanced PhotoShop . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .6
PhotoShop for Production . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .6
ColorSync Seminar . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .15
Introduction to Digital Photography . . . . . . . . . . . . . . . . . . . . . . .16

**Illustration Applications**
FreeHand I . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .11
FreeHand II . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .11
Adobe Illustrator I . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .12
Adobe Illustrator II . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .12
Introduction to Fractel Painter . . . . . . . . . . . . . . . . . . . . . . . . . .13

## Our PC labs are now open.

### You can now take our classes on either Macintosh or Windows based systems.

### All of our classes are also available at your location.

### Call for details: 717 560-9339

# HTML [Creating Web Pages]

This is the one day course you have been looking for. You want to create your own web page, but haven't been able to find anyone to teach you how! Sit in front of a computer while the instructor takes you through step by step instructions to actively create your own page. Much of the time is spent on the Net testing and experimenting. A lively active class that will have you leaving with the confidence to build an exciting page for yourself or your business!

**Topics Covered:**

- Modem basics
- Expenses involved
- How to create web pages
- Basics of HTML
- Advanced links
- Selecting the right service
- On-line services vs. local providers.
- Selecting the best creation software
- Using sound & graphics
- Hands-on creation

*Daytime Courses 9am-4pm:*

Fri., May 10th ■ Mon., May 13th ■ Wed., June 5th ■ Fri., June 21st
Mon., July 8th ■ Fri., July 19th ■ Tues., August 13th
Thurs., August 22nd ■ Fri., September 6th

**Course Rate/$290**

# Preflight for Production I

This beginner to intermediate level two day course is designed for production employees. This course helps students repair and prepare many common problem files through a series of small group projects. Random "problem files" are given to students for correction, with assistance of the instructor. Upon completion, students should be able to solve most common output and translation problems.

**Topics Covered:**

- File Won't Open
- Font Output
- File Won't Print
- PostScript Errors
- Scans Won't Print or Look Poor

*Daytime Courses 9am-4pm:*

Thurs., May 2nd & Fri., May 3rd ■ Mon., May 13th & Tues., May 14th
Tues., June 4th & Thurs., June 6th ■ Tues., June 18th & Wed., June 19th
Mon., July 1st & Tues., July 2nd ■ Mon., July 22nd & Wed., July 24th
Mon., August 19th & Tues., August 20th ■ Thurs., August 29th & Fri., Aug. 30th

*Evening Courses 6pm-9pm*

Tues., May 7th, Thurs., May 9th, Tues., May 14th & Thurs., May 16th
Fri., May 10th, Fri., May 17th, Fri., May 24th & Fri., May 31st
Mon., June 10th, Wed., June 12th, Mon., June 17th & Wed., June 19th
Tues., July 16th, Thurs., July 18th, Tues., July 23rd & Thurs., July 25th
Tues., August 13th, Wed., August 14th, Tues., August 20th & Wed., August 21st

*Saturday Daytime Course 9am-4pm*

May 18th & May 25th ■ June 15th & June 22nd
July 20th & July 27th ■ August 24th & August 31st

**Course Rate/$385**
**Special! Two for $500.00**



### SPACE IS LIMITED!

Our class sizes are limited to six students per class to provide you with the personalized attention you deserve — so register today!

# Preflight for Production II

This one day advanced level course is designed for production employees who have already passed through Preflight Production I and may be receiving highly complicated files; those containing complicated color and graphic combinations. Students will learn to successfully preflight files that contain the most common output and translation problems and communicate their needs with clients and internal employees.

**Topics Covered:**

- Font Conflicts
- Translation Issues
- Software Version Issues
- Blends and Gradations
- Imposition/Trapping
- Page Layout Troubleshooting
- Illustration Troubleshooting
- Separation/Screen Angle Issues

*Daytime Courses 9am-4pm:*

Thurs., May 9th & Fri., May 10th ■ Mon., May 20th & Tues., May 21st
Tues., June 11th & Wed., June 12th ■ Mon., June 24th & Tues., June 25th
Mon., July 8th & Tues., July 9th ■ Mon., July 29th & Wed., July 31st
Mon., August 26th & Tues., August 27th ■ Thurs., Sept. 5th & Fri., Sept. 6th

*Evening Courses 9pm-9pm*

Tues., May 21st, Thurs., May 23rd, Tues., May 28th & Thurs., May 30th
Fri., May 31st, Fri., June 7th, Fri., June 14th & Fri., June 21st
Mon., June 24th, Wed., June 26th, Mon., July 1st & Wed., July 3rd
Tues., July 30th, Thurs., August 1st, Tues., August 6th & Thurs., August 8th
Tues., August 27th, Wed., August 28th, Tues., September 3rd & Wed., Sept. 4th

*Saturday Daytime Course 9am-4pm*

June 1st & June 8th ■ August 3rd & August 10th ■ Sept. 7th & Sept. 14th

**Course Rate/$385     Special! Two for $500.00**

# Electronic Prepress for Mgt.

This two day course is designed as a stand alone class for production supervisors and managers. The course is primarily lecture with examples, demonstrations and projects designed to assist managers to understand the components of preflight, the established standards and nomenclature of electronic prepress. Upon completion students will be able to: successfully communicate requirements to both staff and clients and to more accurately account for time in file preflight and preparation.

**Topics Covered:**

- Creating files [Hands-on/no experience necessary!]
- Saving Files
- Removable Media
- Basics of Postscript
- Tips for Troubleshooting
- Basic components of Electronic Prepress System

*Daytime Courses 9am-4pm:*

Wed., May 1st & Thurs., May 2nd ■ Mon., May 13th & Wed., May 15th
Mon., June 10th & Wed., June 12th ■ Thurs., June 20th & Fri., June 21st
Thurs., July 18th & Fri., July 19th ■ Mon., August 12th & Tues., August 13th

*Evening Courses 6pm-9pm*

Mon., May 6th, Wed., May 8th, Mon., May 13th & Wed., May 15th
Tues., June 4th, Thurs., June 6th, Tues., June 11th & Thurs., June 13th
Mon., July 22nd, Tues., July 23rd, Mon., July 29th & Tues., July 30th
Thurs., August 22nd, Fri., August 23rd, Thurs., August 29th & Fri., August 30th
Tues., Sept. 17th & Wed., Sept. 18th, Thurs., Sept. 19th & Fri., Sept. 20th

*Saturday Daytime Course 9am-4pm*

May 18th & May 25th ■ June 22nd & June 29th ■ July 13th & July 20th

**Course Rate/$385     Special! Two for $500.00**

**6**   *Cyber Solutions, Inc. Summer Catalog '96*          *Call 717 560-9339 to Schedule*

# Advanced PhotoShop

This two day course will teach you the more advanced production techniques in PhotoShop. You will learn how to utilize the image controls to adjust your photos for better reproduction, as well as steps to create complex clipping paths and masks for silhouetting. Special effects for exciting imagery will also be included.

## Topics Covered:

- Calibrating Your Monitor
- Layers/Channels
- Filters
- Color Theory
- Color Scanning Basics
- Postscript Output

### Daytime Courses 9am-4pm:

Mon., May 13th, & Wed., May 15th ■ Thurs., May 23rd & Fri., May 24th
Mon., June 10th & Tues., June 11th ■ Tues., June 25th & Thurs., June 27th
Tues., July 9th & Thurs., July 11th ■ Thurs., August 1st & Fri., August 2nd
Mon., August 19th & Tues, August 20th ■ Mon., Sept. 2nd & Tues., Sept. 3rd

### Evening Courses 6pm-9pm:

Tues., May 21st, Thurs., May 23rd, Tues., May 28th & Thurs., May 30th
Fri., June 7th, Fri., June 14th, Fri., June 21st & Fri., June 28th
Mon., June 24th, Wed., June 26th, Mon., July 1st & Wed., July 3rd
Tues., July 30th, Thurs., August 1st, Tues., August 6th & Thurs., August 8th
Tues., August 27th, Wed., August 28th, Tues., Sept. 3rd & Wed., Sept. 4th

### Daytime Saturday Courses 9am-4pm:

May 25th & June 1st
June 22nd & June 29th
August 10th & August 17th
September 21st & September 28th

**Course Rate/$425**

# PhotoShop for Production

This two day course is directed to the prepress professional who must understand the advanced capabilities of Photoshop and how to apply those effects. This is for the operator who may be creating images or having them supplied by customers for output.

## Topics Covered:

- Making PhotoShop Faster
- Separation Techniques
- Layers
- Basics of Color Theory
- Creating Easy Selections
- Masking
- Channels
- GCR and UCR
- Advanced Troubleshooting
- Saving Selections

### Daytime Courses 9am-4pm:

Tues., May 13th & Wed., May 14th ■ Thurs., May 23rd & Fri., May 24th
Mon., June 3rd & Wed., June 5th ■ Thurs., June 20th & Fri., June 21st
Tues., July 16th & Thurs., July 18th ■ Mon., July 22nd & Tues., July 23rd
Thurs., Aug. 15th & Fri., Aug. 16th ■ Mon., Aug. 26th & Wed., Aug. 28th
Mon., September 9th & Tues., September 10th

### Evening Courses 6pm-9pm:

Mon., April 29th, Wed., May 1st, Mon., May 6th & Wed., May 8th
Tues., May 21st, Thurs., May 23rd, Tues., May 28th & Thurs., May 30th
Mon., July 22nd, Tues., July 23rd, Mon., July 29th & Tues., July 30th

### Daytime Saturday Courses 9am-4pm:

May 4th & May 11th ■ June 22nd & June 29th
July 27th & August 3rd ■ August 24th & August 31st
September 7th & September 14th

**Course Rate/$425**

**7**   *Cyber Solutions, Inc. Summer Catalog '96*          *Call 717 560-9339 to Schedule*

# Ramp Up for QuarkXPress

This two day crash course will have you "Up and Running" in 12 hours! Learn to use the most widely utilized layout program in the graphic arts industry. This course will focus in on making you productive and knowledgeable in this popular layout program.

## Topics Included:

- Creating Text and Picture Boxes
- Color Controls
- Document Creation
- Master Pages, Templates
- Tabs, Rules, Borders
- Creating Preferences
- Tools and Palettes
- Importing Text & Graphics
- Formatting Utilities
- Typographic Controls
- Moving Pages
- Printing Tips & Hints

### Daytime Courses 9am-4pm:

Thurs., May 2nd & Fri., May 3rd ■ Mon., May 13th & Tues., May 14th
Tues., June 4th & Thurs., June 6th ■ Tues., June 18th & Wed., June 19th
Mon., July 1st & Tues., July 2nd ■ Mon., July 22nd & Wed., July 24th
Mon., August 19th & Tues., August 20th ■ Thurs., Aug. 29th & Fri., Aug. 30th

### Evening Courses 6pm-9pm:

Tues., May 7th, Thurs., May 9th, Tues., May 14th & Thurs., May 16th
Fri., May 10th, Fri., May 17th, Fri., May 24th & Fri., May 31st
Mon., June 10th, Wed., June 12th, Mon., June 17th & Wed., June 19th
Tues., July 16th, Thurs., July 18th, Tues., July 23rd & Thurs., July 25th
Tues., August 13th, Wed., August 14th, Tues., August 20th & Wed., August 21st

### Saturday Daytime Course 9am-4pm

May 18th & May 25th ■ June 15th & June 22nd
July 20th & July 27th ■ August 24th & August 31st

**Course Rate/$425**

# Advanced QuarkXPress

You've mastered the program to do what you need, but are curious to see how you much further you can go. This one day course will speed up your confidence and productivity!

## Topics Covered:

- Optimizing XPress
- Stylesheets
- Xtensions
- Saving Corrupt Documents
- Linking Text Boxes
- Avoiding Printing Problems
- Master pages
- Trapping
- Creating Charts, Graphs
- Run-around

### Daytime Courses 9am-4pm:

Wed., May 1st ■ Mon., May 13th ■ Wed., June 12th ■ Fri., June 21st
Thurs., July 18th ■ Mon August 12th ■ Tues., September 10th

### Evening Courses 6pm-9pm:

Mon., May 6th & Wed., May 8th
Tues., June 4th & Thurs., June 6th
Mon., July 22nd & Tues., July 23rd
Thurs., August 22nd & Fri., August 23rd
Tues., Sept. 17th & Wed., Sept. 18th

### Saturday Daytime Course 9am-4pm

May 25th ■ June 29th ■ July 20th ■ September 21st

**Course Rate/$385.00**

# Newsletters & Publications in XPress

All skill levels of QuarkXPress users will benefit from this two day publication intensive course. Techniques to speed production, as well as steps to make publications more attractive. Create master pages, templates and other elements that are easily and consistently repeated. Create long publications that look neater and actually take less time to lay out. Learn how to apply QuarkXTensions to help indexing, imposing and printing go more smoothly.

## Topics Covered:

- Master Pages
- Spreads
- Useful Xtensions
- Templates
- Importing Text
- Repeated Elements
- Style Sheets
- Printing Hints & Tips
- Importing Graphics
- Typesetting

**Daytime Courses 9am-4pm**

Mon., May 6th & Tues., May 7th ■ Tues., May 28th & Thurs., May 30th
Tues., June 25th & Thurs., June 27th ■ Mon., July 1st & Tues., July 2nd
Mon., July 22nd & Wed., July 24th ■ Thurs., August 29th & Fri., Aug. 30th

**Evening Courses 6pm-9pm**

Tues., May 7th, Thurs., May 9th, Tues., May 14th & Thurs., May 16th
Fri., May 10th, Fri., May 17th, Fri., May 24th & Fri., May 31st
Mon., June 10th, Wed., June 12th, Mon., June 17th & Wed., June 19th
Tues., July 16th, Thurs., July 18th, Tues., July 23rd & Thurs., July 25th
Tues., August 13th, Wed., August 14th, Tues., August 20th & Wed., August 21st

**Saturday Daytime Course 9am-4pm**

May 18th & May 25th ■ June 15th & June 22nd
July 20th & July 27th ■ August 24th & August 31st

**Course Rate/$425.00**

# Power Typesetting in Xpress

Beyond the basics of a typewriter. In this one day course learn how to take full advantage of the text capabilities of QuarkXPress. The features that will be presented to you will allow you to operate more efficiently, and allow you more freedom to create great new effects.

## Topics Covered:

- Quick Keyboard Commands
- Style Sheets
- Tabs/Margins
- Effects with Colors
- Rules, and How to Best Utilize
- Exporting Text
- Useful Xtensions
- Importing/Exporting Copy
- Kerning, Tracking & Leading
- Hyphenation, Justification
- Charts and Forms
- Spreadsheets-Importing
- Creating Books in Xpress
- Automatic Numbering

**Daytime Courses 9am-4pm:**

Thurs., May 9th ■ Tues., June 11th ■ Wed., June 26th ■ Tues., July 9th
Wed., July 31st ■ Thurs., Sept. 5th

**Evening Courses 6pm-9pm**

Tues., May 21st & Thurs., May 23rd ■ Fri., June 7th & Fri., June 14th
Mon., June 24th & Wed., June 26th ■ Tues., July 30th & Thurs., August 1st
Tues., September 3rd & Wed., September 4th

**Saturday Daytime Course 9am-4pm**

June 1st ■ July 13th ■ August 3rd ■ September 14th

**Course Rate/$425.00**

# Electronic Production:
## Scanning through Layout

If you have been working on the computer for years and never had any formal training this course is for you! Come loaded with your production questions and be ready to fill in the "gray" areas you have had to deal with in the past. This two day program will give you the tips you need to create good halftones, re-touch line art and layout pages. Nothing fancy, just real production. Software used for this course is QuarkXPress, Illustrator, Streamline and PhotoShop.

## Topics Covered:

- Scanning Basics
- Get Your Best Halftone
- How to get better line art
- Typesetting Quick Tips
- Scans into Illustrator
- Working with Clip Art
- Produce Faster
- Basics of Troubleshooting

**Daytime Courses 9am-4pm:**

Thurs., May 23rd & Fri., May 24th ■ Tues., May 28th & Tues., June 4th
Mon., June 24th & Wed., June 26th ■ Mon., July 15th & Tues., July 16th
Tues., Aug., 6th & Thurs., August 8th ■ Thur., August 22nd & Fri., August 23rd
Mon., September 16th & Tues., September 17th

**Evening Courses 6pm-9pm**

Thurs., May 9th, Fri, May 10th, Thurs., May 16th & Fri., May 17th
Mon., June 10th, Fri., June 14th, Mon., June 24th & Wed., June 26th
Tues., July 16th, Thurs., July 18th, Tues., July 23rd & Thurs., July 25th
Wed., August 21st, Thurs., August 22nd, Wed., Aug. 28th & Thurs., Aug. 29th

**Saturday Daytime Course 9am-4pm**

May 18th & May 25th ■ June 22nd & June 29th ■ August 31st & Sept. 7th

**Course Rate/$425.00**

# Learning the Macintosh

This one day course is designed to teach the basics and build the confidence level of the student for future applications training. Basics of operation, file hierarchy and workflow issues will be discussed. This course should be the first in line for any person considering electronic prepress training. Also includes six lab hours to practice on self-paced exercises.

**Daytime Courses 9am-4pm:**

Fri., May 10th ■ Mon., May 20th ■ Tues., June 11th ■ Wed., June 26th
Mon., July 8th ■ Wed., July 31st ■ Tues., August 27th ■ Fri., Sept. 6th

**Evening Courses 6pm-9pm**

Tues., May 21st & Thurs., May 23rd ■ Fri., May 31st & Fri., June 7th, Fri
Mon., June 24th & Wed., June 26th ■ Tues., July 30th & Thurs., August 1st
Tues., August 27th & Wed., August 28th

**Saturday Daytime Course 9am-4pm**

June 1st ■ July 13th ■ August 3rd ■ September 7th

**Course Rate/$270**

## WE OFFER ON-SITE TRAINING

Although our classrooms offer state of the art software and hardware, we also offer on-site training at your location. We can custom develop course material to target "live" jobs, minimizing lost time. Our instructors have extensive production experience, allowing us to teach your staff how to get jobs done they couldn't do before, or to get them done more efficiently! If your needs are greater, let us bring our classroom or seminars to your location. Our instructors will work with you on your own or our equipment!

# Ramp Up for PageMaker

Get yourself started and ready to produce with immediate results with this two day introductory course. You will be able to set type, create layouts and understand the process of printing and troubleshooting. Learn how to be more effective in less time!

**Topics Include:**

- Creating Preferences
- Tool and Control Palettes
- Utilizing Graphics
- Typographic Controls
- Tabs, rules, borders
- Basic Trouble-shooting
- Printing Tips & Hints
- Importing Text & Graphics
- Text and Picture Boxes
- Paragraph Formats
- Moving Pages
- Master Pages/Templates

*Daytime Courses 9am-4pm*

Thurs., May 2nd & Fri., May 3rd ■ Mon., May 13th & Tues., May 14th
Tues., June 4th & Thurs., June 6th ■ Tues., June 18th & Wed., June 19th
Mon., July 1st & Tues., July 2nd ■ Mon., July 22nd & Wed., July 24th
Mon., August 19th & Tues., August 20th ■ Thurs., Aug. 29th & Fri., Aug. 30th

*Evening Courses 6pm-9pm*

Tues., May 7th, Thurs., May 9th, Tues., May 14th & Thurs., May 16th
Fri., May 10th, Fri., May 17th, Fri., May 24th & Fri., May 31st
Mon., June 10th, Wed., June 12th, Mon., June 17th & Wed., June 19th
Tues., July 16th, Thurs., July 18th, Tues., July 23rd & Thurs., July 25th
Tues., August 13th, Wed., August 14th, Tues., August 20th & Wed., August 21st

*Saturday Daytime Course 9am-4pm*

May 18th & May 25th ■ June 15th & June 22nd
July 20th & July 27th ■ August 24th & August 31st

**Course Rate/$425**

# Newsletters & Publications in PageMaker

All skill levels of PageMaker users will benefit from this two day publication intensive course. Techniques to speed production, as well as steps to make publications more attractive with lots of type and elements and not a lot of time. These tips will help you to be more efficient and consistent in your design and layout.

**Topics Covered:**

- Master Pages
- Importing from Spreadsheets
- Text Editing (Setting Styles)
- Templates
- Linking Text
- Automated Tasks
- Exporting
- Printing Hints & Tips
- Importing Graphics/Text
- Imposition

*Daytime Courses 9am-4pm*

Thurs., May 2nd & Fri., May 3rd ■ Mon., May 13th & Tues., May 14th
Tues., June 4th & Thurs., June 6th ■ Tues., June 18th & Wed., June 19th
Mon., July 1st & Tues., July 2nd ■ Mon., July 22nd & Wed., July 24th
Mon., August 19th & Tues., August 20th ■ Thurs., Aug. 29th & Fri., Aug. 30th

*Evening Courses 6pm-9pm*

Tues., May 7th, Thurs., May 9th, Tues., May 14th & Thurs., May 16th
Mon., June 10th, Wed., June 12th, Mon., June 17th & Wed., June 19th
Tues., July 16th, Thurs., July 18th, Tues., July 23rd & Thurs., July 25th
Tues., August 13th, Wed., August 14th, Tues., August 20th & Wed., August 21st

*Saturday Daytime Course 9am-4pm*

May 18th & May 25th ■ June 15th & June 22nd
July 20th & July 27th ■ August 24th & August 31st

**Course Rate/$425**

# FreeHand I

Freehand is widely used by designers and advertisers. It is beneficial to know the basics for correction and output. Freehand's new features make creating images fun and exciting. Learn how to utilize these features to take full advantage of this illustration program in this two day course.

*Daytime Courses 9am-4pm:*

Thurs., May 2nd & Fri., May 3rd ■ Mon., May 20th & Tues., May 21st
Tues., June 4th & Thurs., June 6th ■ Tues., June 18th & Wed., June 19th
Mon., July 1st & Tues., July 2nd ■ Mon., July 22nd & Wed., July 24th
Mon., August 12th & Tues., August 13th ■ Thurs., Aug. 29th & Fri., Aug. 30th

*Evening Courses 6pm-9pm*

Tues., May 7th, Thurs., May 9th, Tues., May 14th & Thurs., May 16th
Mon., June 10th, Wed., June 12th, Mon., June 17th & Wed., June 19th
Tues., July 23rd, Thurs., July 25th, Tues., July 29th & Thurs., July 31st
Tues., August 13th, Wed., August 14th, Tues., August 20th & Wed., August 21st

*Saturday Daytime Course 9am-4pm*

May 11th & May 18th ■ June 22nd & June 29th
July 20th & July 27th ■ August 24th & August 31st

**Course Rate/$425**

# FreeHand II

Learn in this two day course how to utilize tools to create vector based artwork that will print faster and look more professional. Learn how to work with layers and uncomplicate the process of creating, as well as how to repair artwork.

*Daytime Courses 9am-4pm:*

Thurs., May 9th & Fri., May 10th ■ Tues., June 11th & Thurs., June 13th
Tues., June 25th & Wed., June 26th ■ Mon., July 8th & Tues., July 9th
Mon., July 29th & Wed., July 31st ■ Thurs., Sept. 5th & Fri., Sept. 6th

*Evening Courses 6pm-9pm*

Tues., May 21st, Thurs., May 23rd, Tues., May 28th & Thurs., May 30th
Mon., June 24th, Wed., June 26th, Mon., July 1st & Wed., July 3rd
Tues., July 30th, Thurs., August 1st, Tues., August 6th & Thurs., August 8th
Tues., August 27th, Wed., August 28th, Tues., September 3rd & Wed., Sept. 4th

*Saturday Daytime Course 9am-4pm*

June 1st & June 8th ■ July 6th & July 13th
August 3rd & August 10th ■ September 7th & September 14th

**Course Rate/$425.00**

## IS IT TIME FOR SOME PREVENTATIVE MAINTENANCE ON YOUR COMPUTERS?

Call us to schedule a day at your site for "cleaning house"

**We can help you:**

- **Upgrade you operating system**
- **Organize fonts**
- **Eliminate unneeded and dangerous extensions**
- **Teach you how to maintain your systems!**

## Adobe Illustrator I

Learn in this two day course what you need to create clean Postscript line art as well as special effects for logos, graphs and charts. Learn how to utilize the pen tool and control paths around objects. Use clip art to create customized images, that you can color, trap and export. This course will teach practical applications for Illustrator.

**Topics Covered**

- Using Tools and Palettes
- Pen Paths
- Defining Colors
- Setting Text
- Text Effects
- Exporting Files

*Daytime Courses 9am-4pm:*

Thurs., May 2nd & Fri., May 3rd ■ Mon., May 13th & Tues., May 14th
Tues., June 4th & Thurs., June 6th ■ Tues., June 18th & Wed., June 19th
Mon., July 1st & Tues., July 2nd ■ Mon., July 22nd & Wed., July 24th
Mon., August 19th & Tues, August 20th ■ Thurs., Aug. 29th & Fri., Aug. 30th

*Evening Courses 6pm-9pm*

Tues., May 7th, Thurs., May 9th, Tues., May 14th & Thurs., May 16th
Fri., May 10th, Fri., May 17th, Fri., May 24th & Fri., May 31st
Mon., June 10th, Wed., June 12th, Mon., June 17th & Wed., June 19th
Tues., July 16th, Thurs., July 18th, Tues., July 23rd & Thurs., July 25th
Tues., August 13th, Wed., August 14th, Tues., August 20th & Wed., August 21st

*Saturday Daytime Course 9am-4pm*

May 18th & May 25th ■ June 15th & June 22nd
July 20th & July 27th ■ August 24th & August 31st

**Course Rate/$425**

## Adobe Illustrator II

Untap the many capabilities available to you in Illustrator. In this two day course the student will work with dissecting live files to discover all the techniques used to build complex documents as well as using the same techniques to build up their own images. Much of this course deals with high-end troubleshooting for production personnel, as well as techniques for interesting effects. An excellent course for the production employee who is receiving files in the Illustrator format, as well as the designer who wants to create clean, interesting images.

**Topics Covered**

- Trapping
- Blends
- Patterns
- Filters
- Importing Photos
- Masking/Layers

*Daytime Courses 9am-4pm:*

Mon., May 13th, & Wed., May 15th ■ Thurs., May 23rd & Fri., May 24th
Mon., June 10th & Tues., June 11th ■ Tues., June 25th & Thurs., June 27th
Tues., July 9th & Thurs., July 11th ■ Tues., August 1st & Fri., August 2nd
Mon., August 19th & Tues., August 20th ■ Mon., Sept. 2nd & Tues., Sept. 3rd

*Evening Courses 6pm-9pm*

Tues., May 21st, Thurs., May 23rd, Tues., May 28th & Thurs., May 30th
Mon., June 24th, Wed., June 26th, Mon., July 1st & Wed., July 3rd
Tues., July 30th, Thurs., August 1st, Tues., August 6th & Thurs., August 8th
Tues., August 27th, Wed., August 29th, Tues., Sept. 3rd & Wed., Sept. 4th

*Saturday Daytime Courses 9am-4pm*

May 25th & June 1st ■ June 22nd & June 29th ■ August 10th & August 17th
September 21st & September 28th

**Course Rate/$425**

## Introduction to Fractal Design Painter

Learn how to apply unique and wonderful effects to illustrations and photos with this "fine arts" application. Included in this two day course training will be how to apply texture and lighting effects, as well as masking, color separation, and exporting.

*Daytime Courses 9am-4pm*

Wed., May 8th & Thurs., May 9th
Tues., June 18th & Wed., June 19th
Thurs., July 18th & Fri., July 19th
Mon., August 12th & Tues., August 13th

*Call for Evening & Saturday Schedule*

**Course Rate/$425**

## Network Management

You can add more systems, but not necessarily be more productive. Why? Poor networking capabilities. Check this one day course out to make sure you doing all that you can to keep your network running smoothly.

**Topics Covered:**

- Fundamentals of a Good Network
- Making your Network Faster
- Servers and OPI
- Bottlenecks
- New Technologies
- Troubleshooting
- Remote Networking/WAN

*Daytime Courses 9am-4pm:*

Fri., May 24th ■ Tues., June 11th ■ Wed., July 17th ■ Thurs., August 1st

**Course Rate/$425**

## Font Management

Fonts can run rampant on a system and actually slow production time no matter what function you are performing. Spend only 3 hours to learn how to rein these typefaces in, and eliminate wasted time and trouble!

**Topics Covered:**

- Difference Between Fonts
- Font Legalities
- Cross-Platform Issues
- SuitCase-How to Set Up
- ATM & TypeReunion
- Font Corruption

*3 hr Day Courses 9am-12pm*

Wed., May 1st ■ Tues., June 4th ■ Fri., July 19th ■ Thurs., August 8th
Tues., Sept. 10th

**Course Rate/$99**

## ONE-STOP FOR ALL OF YOUR X-TRA NEEDS!

Adobe Plug-ins. QuarkXPress XTensions. StrataExtensions. Macromedia Xtras. Fractal Add-Ons. and other cool stuff.

Call for a free Catalog:
**(800) 940-USER**
[8737]

THE WORLD-WIDE **POWER** COMPANY LLC

# Electronic Application Trapping

Learn how to trap in a wide variety of programs at the application level. This one day course is designed for the operator who is outputting to film or sending their files out for high resolution output.

**Topics Included:**

- Trapping in Quark
- Trapping in PageMaker
- Trapping in Illustrator
- Trapping in FreeHand

*Daytime Courses 9am–4pm:*

Fri., May 17th ■ Thurs., June 20th ■ Mon., July 15th
Wed., August 14th ■ Tues., September 17th

*Evening Courses 6pm–9pm*

Wed., May 15th & Thurs., May 16th ■ Thurs., May 30th & Fri., May 31st
Mon., June 3rd & Wed., June 5th ■ Tues., June 25th & Thurs., June 27th
Tues., July 23rd & Thurs., July 25th ■ Mon., Aug. 5th & Tues., Aug. 6th
Tues., Aug. 20th & Thurs., Aug. 22nd ■ Tues., Sept. 24th & Wed., Sept. 25th

*Saturday Daytime Course 9am–4pm*

June 8th ■ July 13th ■ August 24th ■ September 21st

**Course Rate/$425**

# Luminous TrapWise

Learn how to utilize this high end global trapping solution in just one day! Learn how to set your preferences to automatically create the chokes and spreads you need, and how to apply trapping to only the areas necessary.

**Topics Covered:**

- File Formats
- Font Issues
- Postscript Trouble-shooting and Printing
- APX/Adobe Prepress XTensions
- Global as well as Selective Trapping

*Daytime Courses 9am–4pm:*

Fri., May 10th ■ Wed., May 29th ■ Tues., June 4th ■ Wed., June 19th
Fri., July 19th ■ Mon., August 19th ■ Tues., Sept. 3rd

*Call for Evening & Saturday Schedule*

**Course Rate/$425**

# Imposition: PressWise or InPosition

Need to turn your readers-spreads into printers-spreads? Want to use your large format imagesetter for more than 8.5" x 11" output - this one day class will show you how. Classes will focus on the QuarkXTension InPosition or the higher end application, PressWise.

## Presswise: *Daytime Courses 9am–4pm:*

Tues., May 28th ■ Fri., June 14th ■ Mon., July 22nd ■ Wed., August 7th

*Evening Courses 6pm–9pm*

Mon., June 3rd & Tues., June 4th ■ Tues., July 23rd & Thurs., July 25th
Mon., August 19th & Wed., August 21st

*Saturday Daytime Course 9am–4pm*

May 25th ■ June 8th ■ September 14th

## InPosition: *Daytime Courses 9am–4pm:*

Mon., May 13th ■ Wed., May 29th ■ Mon., June 17th
Fri., July 26th ■ Wed., August 21st

*Evening Courses 6pm–9pm*

Mon., June 10th & Tues., June 11th ■ Tues., July 30th & Thurs., August 1st

*Saturday Daytime Course 9am–4pm*

June 1st ■ July 20th ■ August 31st

**Course Rate/$425**

# Introduction to MacroMedia Director

This two day course is an introduction to the features and options available with Director. Learn to use the control panel, channels and the basics of scoring a multimedia presentation. Also covered is importing graphics and movies along with importing graphics, sound and video for presentations.

*Daytime Courses 9am–4pm:*

Wed., May 8th & Thurs., May 9th
Tues., June 18th & Wed., June 19th
Thurs., July 18th & Fri., July 19th
Mon., August 12th & Tues., August 13th

*Call for Evening & Saturday Schedule*

**Course Rate/$425**

# Intermediate MacroMedia Director

Director is one of the most complex software packages available. This two day advanced course will prepare the user to create custom multimedia presentations, including integrating multiple movies, exporting presentations to Quicktime and a host of other topics.

*Daytime Courses 9am–4pm*

Wed., May 15th & Thurs., May 16th
Tues., June 25th & Wed., June 26th
Thurs., July 25th & Fri., July 26th
Mon., August 19th & Tues., August 20th

*Call for Evening & Saturday Schedule*

**Course Rate/$425**



## COLORSYNC SEMINAR

*Learn how to: Calibrate your Monitor & Characterize your Scanner and Color Printers*

- *See these products demonstrated:*
  - *ColorSync System Extension*
  - *ColorSynergy Calibration software*
  - *X-Rite DTP51 Colorimeter & Monitor Optimizer*
  - *Helios ColorSync XTension for QuarkXPress*
  - *PhotoShop ColorSync Plug-ins*

*This seminar will show you how to characterize your devices so that what you see is what you get! We will show you how to build profiles from your own monitor, printers and scanners.*

*9:00am–12:00pm Thurs., June 20th*
*Seminar Rate: $59*

**16** *Cyber Solutions, Inc. Summer Catalog '96*     *Call 717 560-9339 to Schedule*

## Working with Printers & Service Bureaus

This educational program has been developed to be presented in conjunction with a Printer or Service Bureau who wants to better educate their customers. Your customers will appreciate the information and files will be delivered to you more accurately. Gain customer loyalty in today's competitive marketplace!

This half-day seminar provides your customers with the necessary steps to take before any job goes out their door.

**Topics Covered:**

- What Should Be Included with a File
- Font legalities
- Forms to Help You and the Printer/Service Bureau (Customized to the printer or service bureau)
- How to Ensure Your Files Will RIP and Print quickly and accurately
- What you can do in QuarkXpress and PageMaker, but shouldn't

*Your site or in ours* . . . . . . . . . . . . . . . . **Call for Rates**

## Digital Photography
## Get the Camera & the Training

Utilize the latest in photo technologies! Shoot your picture and download it directly to your computer! Skip the developing and the film! Included with course is a Kodak digital camera with the link to either a PC or Macintosh computer (your choice).

*Daytime Courses 9am-4pm:*
Wed., May 15th ■ Thurs., June 27th ■ Mon., July 21st ■ Thurs., August 29th
*Saturday Daytime Course 9am-4pm -* July 20th

**Course Rate/$999 (Includes the Camera)**



## X-Rite & Cyber Solutions

### BRING YOU COLOR CONSISTENCY

**Call and see how you can get all the necessary hardware, software and training to characterize your system.**

**Including:**
- Monitor optimizer
- Strip reader to calibrate your color printers
- Software to maintain and build profiles
- IT8 to calibrate your scanner
- Day of training at your site

From now on see what you are going to get, and be able to adjust for it! This meets the standards from the Commission Internationale de L'Eclairage (CIE).

All profiles can be used in ColorSync!

Call us today for more information: 717 560-9339

---

## CALL TO SCHEDULE



**717 560-9339**
**FAX: 717 560-4053**

*Cyber Solutions Inc.*
**DIGITAL CENTER**

*Reach us by mail or online services*
160 North Pointe Blvd • Suite 101
Lancaster, PA 17601
EMail: DigCtr@aol.com

Visit our Web Site
*http://www.gass.com/cyber/*

Since courses are usually booked in advance, registrants are often turned away. If you must cancel, please notify us 48 hours in advance, or a 50% charge will be applied.

Thank you for your consideration!

## Directions:

Centrally located at the intersection of Routes 30 and 272 in Lancaster, Pennsylvania at the North Pointe Office Center.

**From Philadelphia**
90 minutes from Center City by traveling the Pennsylvania Turnpike to Route 222 South. At Lancaster take Route 30 West one exit to Route 272 (Oregon Pike) North. Left at first light into North Pointe Boulevard.

**From Harrisburg**
30 minutes by traveling Route 283 until it joins with Route 30 East. Travel four exits to Route 272 (Oregon Pike) North. Left at first light into North Pointe Boulevard.

**From Baltimore/Washington**
1.5/2 hours by taking Interstate 83 to US Route 30 East in York, PA. Travel Route 30 into Lancaster. At Lancaster take Route 272 (Oregon Pike) North. Left into North Pointe Blvd.

**Cyber Solutions, Inc.**
**160 North Pointe Blvd. • Suite 101**
**Lancaster, PA 17601**
**717 560-9339**

### Hotel Information
Several fine hotels are easily accessible to The Digital Center and offer corporate discounts to our students. Call us for more details: (717) 560-9339.

**EXHIBIT C**

```
##### EEAX start of email ####################

Email ID: 2233
Folder: Training
Email Class: incoming message
From: Rich Wein <rwein@ssi-net.com>
To: Dean Novosat <dnovosat@sageadviceltd.com>, Judeann Stipe
<jstipe@acquiredlearning.com>, clark <cedwards@sageadviceltd.com>
Cc:
Bcc:
Sent Date: 2004December 20 2:55:38 PM
Received Date: 2004December 20 4:26:47 PM
Attachments:
Subject: RE: More Privileged and Confidential
```

FYI, at this point, I think I have expunged all AGI language and inserted ALI
stuff where applicable.  I also dumped some classes we don't need like HMLT 1,
2, etc.

Thanks,

Rich

-----Original Message-----
From: Dean Novosat [mailto:dnovosat@sageadviceltd.com]
Sent: Sunday, December 19, 2004 10:04 AM
To: Rich Wein
Subject: Re: More Privileged and Confidential

Rich,

Looking at your education section, you have many many more classes than we
have. So, I think it would be best for you to change yours. I am sure that
some of the classes you offer have your own descritions and I don't want to
change them by mistake!

Feel free to use any on our website, I GIVE YOU PERMISSION TO DO THIS. You
can print this out and file it in International Court if you wish.

To see which are offending, just go to agi's website and compare.

Have fun...

Dean


on 12/17/2004 7:22 AM, Rich Wein at rwein@ssi-net.com wrote:

> Thanks, Dean.  I agree.  I should have checked them myself before I put them
> back up.
>
> If you would change the SSI ones, I'd be much obliged.  If that's too much
> time, I can find someone here to do it; just let me know which ones are the
> offending ones.
>
> I don't think Chris has a case either.  He can spend the money on attorney's

ALI00165

> fees if it makes him feel better.
>
> We'll wait and see what happens.
>
> Rich
>
>
> -----Original Message-----
> From: Dean Novosat [mailto:dnovosat@sageadviceltd.com]
> Sent: Thu 12/16/2004 11:31 PM
> To: Rich Wein; Judeann Stipe; Clark Edwards
> Subject: More Privileged and Confidential
>
> OK, hereÕs what has happened so far:
>
> I have changed all our course description on our website (ALI) and all our
> other materials (there isnÕt much!). Now, it is all my writing.
>
> What happened?
>
> Well, in a nutshell this... Clark and I met with Rich. Rich gave us
> permission to add our class listings to his already existing database of
> classes on his website. The classes were already in the database, all we had
> to do was to add the dates. To keep things consistent, I used the course
> descriptions on SsiÕs website. These were supposedly written by Ed Rodrigo.
> As it turns out, the course descriptions matched what AGI had on their site.
> (I never checked AGIÕs website and why should I? These were descriptions on
> SSIÕs website, right?) Which came first, the chicken or the egg. Are the
> descriptions in SsiÕs database SsiÕs or AGIÕs? At this point, it doesnÕt
> matter for ALI. I have changed the ÒcopyrightÓ material on ALI material.
>
> Rich, I did NOT change anything on your site. I DO give you permission to
> use our (ALIÕs) descriptions on your site. I will even change them if you
> want me to. Just le me know.
>
> This was just a misunderstanding on my part that the Ssi descriptions were
> allegedly AGIÕs and not written by Ed.
>
> Chris is just blowing this all out of proportion.
>
> Dean


Dean

--
* * * * * * * *
Dean Novosat
Sage Advice Ltd.
Lancaster, PA 17603

www.sageadviceltd.com
dnovosat@sageadviceltd.com
* * * * * * * *
National Software Training
http://www.AcquiredLearning.com

ALI00166

```
* * * * * * * *
Your best prices for ink and toner for your printer!
http://www.onlineinkstore.com


##### EEAX end of email ####################
```

ALI00167

**EXHIBIT D**

## Subject: RE: More Privileged and Confidential
**Date:** 2004December 17Friday 7:22 AM
**From:** Rich Wein <rwein@ssi-net.com>
**To:** Dean Novosat <dnovosat@sageadviceltd.com>, Judeann Stipe
<jstipe@acquiredlearning.com>, Clark Edwards <clark@acquiredlearning.com>

Thanks, Dean.  I agree.  I should have checked them myself before I put them back up.

If you would change the SSI ones, I'd be much obliged.  If that's too much time, I can
find someone here to do it; just let me know which ones are the offending ones.

I don't think Chris has a case either.  He can spend the money on attorney's fees if it
makes him feel better.

We'll wait and see what happens.

Rich


-----Original Message-----
From: Dean Novosat [mailto:dnovosat@sageadviceltd.com]
Sent: Thu 12/16/2004 11:31 PM
To: Rich Wein; Judeann Stipe; Clark Edwards
Subject: More Privileged and Confidential

OK, here's what has happened so far:

I have changed all our course description on our website (ALI) and all our
other materials (there isn't much!). Now, it is all my writing.

What happened?

Well, in a nutshell this... Clark and I met with Rich. Rich gave us
permission to add our class listings to his already existing database of
classes on his website. The classes were already in the database, all we had
to do was to add the dates. To keep things consistent, I used the course
descriptions on Ssi's website. These were supposedly written by Ed Rodrigo.
As it turns out, the course descriptions matched what AGI had on their site.
(I never checked AGI's website and why should I? These were descriptions on
SSI's website, right?) Which came first, the chicken or the egg. Are the
descriptions in Ssi's database Ssi's or AGI's? At this point, it doesn't
matter for ALI. I have changed the "copyright" material on ALI material.

Rich, I did NOT change anything on your site. I DO give you permission to
use our (ALI's) descriptions on your site. I will even change them if you
want me to. Just le me know.

This was just a misunderstanding on my part that the Ssi descriptions were
allegedly AGI's and not written by Ed.

Chris is just blowing this all out of proportion.

Dean

--
* * * * * * * *
Dean Novosat                                                    ALI00163
Sage Advice Ltd.
Lancaster, PA 17603

**EXHIBIT E**

Redacted

---

**From:** Dean Novosat [mailto:dnovosat@sageadviceltd.com]
**Sent:** Wednesday, August 25, 2004 7:43 AM
**To:** Rich Wein
**Subject:** Education

Rich,

We have added our schedule to you site. Can you add/activate the Education tab to your main page?

Thanks,

Dean
--
* * * * * * * *
Dean Novosat
Sage Advice Ltd.
Lancaster, PA 17603

www.sageadviceltd.com
dnovosat@sageadviceltd.com
* * * * * * * *

Your best prices for ink and toner for your printer!
http://www.onlineinkstore.com

ALI00006

**EXHIBIT F**

## CONFIDENTIALITY AGREEMENT

This Confidentiality Agreement (this "Agreement") is made effective as of April 15, 1996, between Systems Solution, Inc., of 376 Crooked Lane, King of Prussia, PA 19406, and CyberSolutions, Inc., of 160 North Pointe Blvd., Suite 101, Lancaster, PA 17601.

In this Agreement, the party who owns the Confidential Information will be referred to as ("SSI"), and the party to whom the Confidential Information will be disclosed will be referred to as ("CyberSolutions").

SSI is engaged in Computer Hardware and Software Sales, Service, Rentals and related activities CyberSolutions is engaged in Classroom and on-site computer training; computer hardware and software consulting. Customer information will be disclosed to Recipient to enable the parties to engage in direct mail and telemarketing of training programs to SSI's proprietary customer database. CyberSolutions has represented that CyberSolutions will protect the confidential material and information which may be disclosed between SSI and CyberSolutions. Therefore, the parties agree as follows:

**I. CONFIDENTIAL INFORMATION.** The term "Confidential Information" means any information or material which is proprietary to SSI, whether or not owned or developed by SSI, which is not generally known other than by SSI, and which CyberSolutions may obtain through any direct or indirect contact with SSI.

    a. Confidential Information includes without limitation:
- business records and plans
- customer lists and records
- trade secrets
- technical information
- pricing structure
- discounts
- costs
- computer programs and listings

and other proprietary information.

    b. Confidential Information does not include:
- matters of public knowledge that result from disclosure by SSI
- information rightfully received by CyberSolutions from a third party without a duty of confidentiality
- information independently developed by CyberSolutions
- information disclosed by operation of law
- information disclosed by CyberSolutions with the prior written consent of SSI

and any other information that both parties agree in writing is not confidential.

**II. PROTECTION OF CONFIDENTIAL INFORMATION.** CyberSolutions understands

and acknowledges that the Confidential Information has been developed or obtained by SSI by the investment of significant time, effort and expense, and that the Confidential Information is a valuable, special and unique asset of SSI which provides SSI with a significant competitive advantage. Therefore, CyberSolutions agrees to hold in confidence and to not disclose the Confidential Information to any person or entity without the prior written consent of SSI.

*No Copying.* CyberSolutions will not copy or modify any Confidential Information without the prior written consent of SSI.

*Application to Employees.* Further, CyberSolutions shall not disclose any Confidential Information to any employees of CyberSolutions, except those employees who are required to have the Confidential Information in order to perform their job duties in connection with the limited purposes of this Agreement. Each permitted employee to whom Confidential Information is disclosed shall sign a non-disclosure agreement substantially the same as this Agreement at the request of SSI.

*Unauthorized Disclosure of Information.* If it appears that CyberSolutions has disclosed (or has threatened to disclose) Confidential Information in violation of this Agreement, SSI shall be entitled to an injunction to restrain CyberSolutions from disclosing, in whole or in part, the Confidential Information. SSI shall not be prohibited by this provision from pursuing other remedies, including a claim for losses and damages.

**III. RETURN OF CONFIDENTIAL INFORMATION.** Upon the written request of SSI, CyberSolutions shall return to SSI all written materials containing the Confidential Information. CyberSolutions shall also deliver to SSI written statements signed by CyberSolutions certifying that all materials have been returned within five (5) days of receipt of the request.

**IV. RELATIONSHIP OF PARTIES.** Neither party has an obligation under this Agreement to purchase any service or item from the other party, or commercially offer any products using or incorporating the Confidential Information. This Agreement does not create any agency, partnership, or joint venture.

**V. NO WARRANTY.** CyberSolutions acknowledges and agrees that the Confidential Information is provided on an AS IS basis. SSI MAKES NO WARRANTIES, EXPRESS OR IMPLIED, WITH RESPECT TO THE CONFIDENTIAL INFORMATION AND HEREBY EXPRESSLY DISCLAIMS ANY AND ALL IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. IN NO EVENT SHALL SSI BE LIABLE FOR ANY DIRECT, INDIRECT, SPECIAL, OR CONSEQUENTIAL DAMAGES IN CONNECTION WITH OR ARISING OUT OF THE PERFORMANCE OR USE OF ANY PORTION OF THE CONFIDENTIAL INFORMATION.

**VI. LIMITED LICENSE TO USE.** CyberSolutions shall not acquire any intellectual property rights under this Agreement except the limited right to use set out above. CyberSolutions acknowledges that, as between SSI and CyberSolutions, the Confidential Information and all related copyrights and other intellectual property rights, are (and at all times will be) the property of SSI, even if suggestions, comments, and/or ideas made by CyberSolutions are incorporated into the Confidential Information or related materials during the period of this Agreement.

**VII. GENERAL PROVISIONS.** This Agreement sets forth the entire understanding of the parties regarding confidentiality. Any amendments must be in writing and signed by both parties. This Agreement shall be construed under the laws of the State of PA. This Agreement shall not be assignable by either party, and neither party may delegate its duties under this Agreement, without the prior written consent of the other party.

Information Owner:
Systems Solution, Inc.

By: _~Richard C. Wein_ _5-11-96_
Richard C. Wein,  Systems Solution, Inc.

Recipient:
CyberSolutions, Inc.

By: _Christopher G. Smith_ _5-19-96_
CyberSolutions, Inc.
Christopher G. Smith

**EXHIBIT G**

Agreement Not to Compete

This Non-Compete Agreement ("Agreement") is made effective this 13th day of May, 1996 by and between Cyber Solutions, Inc., 160 North Pointe Blvd., suite 101, Lancaster, PA 17601 and System Solution, Inc., 376 Crooked Lane, King of Prussia, PA 19406.

In this Agreement, the party who is requesting the non-competition from the other party shall be referred to as "Cyber Solutions, Inc." and the party who is agreeing not to compete shall be referred to as "SSI."

Non-competing party will provide a facility (referred to as "facility") and equipment for training services to be provided to the Protected Party's clients on an as-needed basis.

1. Non Solicitation Covenant. For a period of two years after the effective date of this Agreement, SSI will not directly or indirectly, for themselves or in conjunction with any other person, partnership, group, corporation or joint venture solicit business from, or attempt to sell, license or provide the same or similar products or services as are now provided to any customer or client of Cyber Solutions, Inc. to whom Cyber Solutions, Inc. sells and provides training services at the facility. This covenant does not extend to any customers to whom training is sold by SSI nor does it extend to any customer to whom training is sold by any individual or corporation other than Cyber Solutions, Inc.

2. Confidential Information. The term "Confidential Information" means any information or material which is proprietary to Cyber Solutions, Inc., whether or not owned or developed by Cyber Solutions, Inc., which is not generally known other than by Cyber Solutions, Inc. and which SSI may obtain through any direct or indirect contact with Cyber Solutions, Inc. Confidential Information includes, without limitation: training materials, business records and plans, customer lists and records, trade secrets, technical information, pricing structure, discounts, costs, and other proprietary information. Confidential information does not include: matters of public knowledge that result from disclosure from Cyber Solutions, Inc., information rightfully received by SSI from a third party without a duty of confidentiality, information independently developed by SSI, information disclosed by operation of law, information disclosed by SSI with the prior written consent of Cyber Solutions, Inc.

3. Protection of Confidential Information. SSI will not at any time or in any manner, either directly or indirectly, use for the personal benefit of SSI, or divulge, disclose or communicate in

any manner any information that is proprietary to Cyber Solutions, Inc. SSI will hold in confidence and protect such information. The obligation of SSI not to disclose confidential information shall continue for a period of two years after effective date of this agreement.

4. Severability. If any provision of this Agreement shall be held to be invalid or unenforceable for any reason, the remaining provisions shall continue to be valid and enforceable. If a court finds that any provision of this Agreement is invalid or unenforceable, but that by limiting such provision it would become valid and enforceable, then such provision shall be deemed written, construed and enforced as so limited.

5. Injunction. It is agreed that if SSI violates the terms of this Agreement, money damages will be insufficient to compensate Cyber Solutions, Inc. Therefore, Cyber Solutions, Inc. will be entitled to seek injunctive relief to enforce the terms of this contract.

Protected Party:
Cyber Solutions, Inc.

By: _____

Christopher Smith
Vice President

Non Competing Party:
SSI

By: _____
Print Name: _Richard C. Wein_
Title: _Pres._

**EXHIBIT H**

## AGREEMENT

This Agreement (hereinafter the "Agreement"), is made and entered into this 14th day of May, 1996, by and between Cyber Solutions, Inc. (hereinafter referred to as "CYBER"), a Pennsylvania Corporation with a principal place of business at 160 North Pointe Blvd., Suite 101, Lancaster, PA 17601; System Solution, Inc. (hereinafter referred to as "SSI") a Delaware Corporation with a principal place of business at 376 Crooked Ln., King of Prussia, PA 19406.

## WITNESSETH

WHEREAS, SSI believes that the services of CYBER would be of value to SSI in connection with SSI's business; and

WHEREAS, SSI desires to be associated with CYBER for sales and delivery of training services; and

WHEREAS, CYBER desires to associate itself with SSI, as and independent contractor, upon the terms and conditions stated herein:

NOW THEREFORE, in consideration of the promises and benefits to be derived from the mutual observance of the covenants contained herein, and intending to be legally bound, the parties hereto agree as follows:

## ARTICLE I: TERM OF AGREEMENT

A. This Agreement shall be in force and effect beginning on the date first above written. This Agreement shall remain in effect unless and until terminated by either party in writing pursuant to the Article entitled "Termination of Agreement".

B. CYBER shall be treated as an Independent Contractor during the term of this Agreement, and CYBER agrees to be treated as such. Consequently, SSI shall not deduct any taxes from

1

payments to CYBER, and CYBER agrees that it has the sole responsibility of reporting its income to federal, state and local taxing authorities, and to pay any taxes due thereon.

## ARTICLE II: TERMINATION OF AGREEMENT

A. Either party may terminate this Agreement if the other violates the terms of the Agreement.

B. Additionally, SSI may terminate this agreement if any of the following occur:

    1. CYBER fails to provide quality training services to SSI's customers;

    2. CYBER fails to provide services in a timely fashion;

    3. CYBER uses SSI prospect and/or customer lists without written authorization from SSI.

C. CYBER may terminate this Agreement if any of the following events occur:

    1. Delinquent payments to CYBER by SSI for invoices where the delinquency exceeds thirty (30) days.

    2. Hiring a CYBER trainer or other personnel without the written authorization of CYBER;

    3. Use by SSI of CYBER copyrighted materials without the written permission of CYBER.

D. If either party so terminates this Agreement in accordance with this Article, said party must give sixty (60) days written notice of termination to the other party. Notice of termination shall be in writing and shall be sent by Certified Mail to the address first above written.

## ARTICLE III: DUTIES OF CYBER

A. CYBER shall engage in the sales and service/product delivery of training services related to electronic publishing.

B. CYBER shall invoice SSI no later than five (5) days after delivery of the service or product

2

for delivery fees as provided in the Article entitled "Compensation".

C. All invoices for any services or products to customers sold by SSI shall come directly from SSI. CYBER will not invoice SSI's customers directly.

D. CYBER will provide training as sold by SSI when at least two (2) students are enrolled in a standard class as defined by the rate structure in Exhibit A, or one student in an advanced or on-site class.

E. CYBER will provide current, licensed software for the following Macintosh and PC offerings: QuarkXPress, Adobe PhotoShop, Adobe Illustrator, Adobe PageMaker, Luminous TrapWise, Luminous PressWise, and any other software mutually agreed upon.

F. CYBER will provide quality materials, outlines, exercises and books for scheduled classes.

G. CYBER will schedule all classes, providing SSI with a daily update of scheduled courses via FAX or other method of communication mutually agreed upon.


## ARTICLE IV: DUTIES OF SSI


A. SSI agrees to provide training facilities at 376 Crooked Ln., King of Prussia, PA ("FACILITY")

    1. Training facilities will be equipped with a minimum of six computer systems.

        a. Computer systems will be "Power Macintosh" systems

        b. Computer systems will be equipped with at least 24 MB RAM

        c. Computer systems will be equipped with monitors at least 17" in size

    2. Training facility will be used by CYBER to train SSI's customers at the FACILITY

    3. SSI will allow CYBER to train CYBER's customer's at the FACILITY.

B. SSI agrees to market and promote the FACILITY and training services provided by CYBER.

    1. CYBER will pay the cost to design and print 2,500 catalogs three times per year detailing training offerings at the FACILITY.

    2. SSI agrees to mail, at the expense of SSI, at least 1,500 catalogs to their customers or prospects three times per year.

3

C. SSI agrees to keep the training areas properly designed, organized and maintained for the comfort, safety and security of the students.

D. SSI agrees to abide by the minimum selling prices fixed by CYBER, making only reasonable adjustments to quotation and selling prices as necessary to secure an order.

E. Minimum selling prices are defined in Exhibit A, attached hereto.

F. SSI agrees to maintain adequate insurance on the FACILITY.

## ARTICLE V: COMPENSATION

A. SSI will pay CYBER sixty percent (60%) of the total selling price of any training sold by SSI and provided by CYBER at the FACILITY

B. SSI will pay CYBER sixty percent (60%) of the total selling price of any training sold by SSI and provided by CYBER at the customer's location or any other location mutually agreed upon by SSI and CYBER.

C. CYBER will pay SSI thirty five percent (35%) of the total selling price of any training sold by CYBER and provided by CYBER at the FACILITY.

E. The fees paid to CYBER are meant to cover all costs associated with delivering the training, including, but not limited to, books and materials, instructors, and any other costs associated with delivering a complete and high quality product of service.

F. The fees paid or portion of revenues kept by SSI are meant to cover all costs of SSI, including but not limited to maintaining a professional facility, use of computers, furniture and fixtures, insurance and costs of sales.

4

## ARTICLE VIII: GENERAL PROVISIONS

A. Any notice given hereunder by any party to the other may be effected in writing and mailed, postage prepaid. Mailed notices shall be addressed to the parties at the addresses appearing in the introductory paragraph of this Agreement; but each party may change its address by written notice in accordance with this paragraph.

B. Exclusive of separate non competition and confidentiality agreements, this Agreement supersedes any and all other agreements either oral or in writing, between the parties hereto with respect to the association of CYBER and SSI and contains all of the covenants and agreements between and parties with respect to such association.

C. This Agreement may only be changed, modified or altered by a writing signed by all parties.

D. This Agreement shall be governed and construed in accordance with the laws of the Commonwealth of Pennsylvania.

E. If an action at law or in equity is necessary to enforce or interpret the terms of this Agreement, the prevailing party shall be entitled to reasonable torrent's fees, costs, and necessary disbursements in addition to any or other relief to which it may be entitled.

F. The invalidity or unenforceability of any provision of this Agreement shall in no way effect the validity or enforceability of any other provision.

G. This Agreement shall inure to the benefit of and be binding upon the parties and their respective successors, assigns, heirs and personal representatives. Neither party may assign this Agreement without the express written consent of the other party.

H. CYBER and SSI warrant that they are valid corporation duly organized and existing pursuant to the laws of the state of incorporation, and that they have the authorization to enter into this Agreement.

By:

Cyber Solutions, Inc.

_____

Christopher Smith

Vice President

By:

System Solution, Inc.

_____

Print Name: _Richard C. Weir_

Title: _President_

6

**EXHIBIT I**

The following agreement is made between Systems Solution, Inc. (SSI), a Delaware Corporation with a principle place of business located at 376 Crooked Lane, King of Prussia, PA and American Graphics Institute (AGI), a Pennsylvania corporation with a principle place of business at 205 Granite Run Drive, Lancaster, PA 17601.

Whereas SSI would like to resell training classes and services offered by AGI and AGI wishes to enjoy the benefits of having additional students enrolled in its classes through SSI sales and marketing efforts, the two organizations enter into the following agreement:

1. Co-branding of AGI Blue Bell, PA location
A. SSI literature advertising non-competing courses will be made available at the Blue Bell location. AGI will promote the joint relationship in marketing materials mailed to the Delaware Valley.

2. Exclusive Relationship
A. SSI will be the exclusive reseller of AGI classes in the region defined by the boundary that includes Lancaster, PA in the west, Scranton, PA to the north, Atlantic City, NJ to the east, and Wilmington, DE to the south.
B. AGI will refer hardware sales exclusively to SSI within this region.
C. AGI will purchase equipment and software for Plymouth Meeting and Lancaster through SSI whenever a direct educational purchasing system is not in place between AGI and a software or hardware manufacturer.

3. Training Room Use at SSI Facility and Lunch Policy
A. There would be no charge for open enrollment AGI classes held at SSI facility.
B. AGI will provide adequate notice to request use of SSI facility.
C. When SSI or AGI wishes to rent the training room of the other for use other than those stated above, a rental fee of $250/classroom per day will be charged.
D. Lunches will be provided to all attendees at both the Blue Bell AGI and SSI facility. Both parties have decided to split the lunch cost on a weekly basis on open enrollment classes that have SSI students in attendance. All custom training held at either site listed above, will be the sole financial responsibility of the company that sold the training.

1

4. Discounts and Rebates for reselling training

A. AGI will provide a rebate to SSI based upon the amount of open-enrollment training sold by SSI.

B. To receive the rebate, SSI must have all invoices 30 days and greater paid in full from invoice due date.

C. Rebates provided to SSI will be based on open enrollment classes only.

D. SSI will be invoiced daily. The invoice due date will be set to the day of the class. The invoices sent to SSI will include a copy of all confirmations. AGI must receive payment for invoices within 7 days of the class date for your account to be considered current.

E. The amount of the rebate is based on the following:
45% off of our published open enrollment training rates.

F. Should any invoice owed and payable to AGI by SSI become 30 days or greater past due from invoice due date, all monies due AGI will become due and payable immediately and this agreement will be considered null and void until such time that payment is received by AGI curing all invoices due and payable to AGI by SSI. AGI reserves the right to enforce this term on a case by case basis without waiving and or setting a precedent for future enforcement.

5. On site training

A. All on-site training using AGI instructors will be billed to SSI at the rate of $895 per day, up to 6 attendees. If a class should exceed this number of attendees, then $50 per additional attendee per day will be charged.

B. On site training cost does not include travel expenses. Travel expenses will be billed on mileage at current reimbursable rates established by the IRS (currently .34 cents/ mile) along with any tolls, bus, train, airline or parking expenses.

C. If an AGI instructor travels to the SSI facility, travel will not be charged.

6. Minimum Enrollment

A. SSI understands that, due to the significant discounts provided, open-enrollment classes need to have minimum enrollment.

B. Minimum enrollment of four (4) attendees per class.

C. AGI reserves the right to cancel classes that do not have a minimum number of students enrolled.

D. In the event that course cancellations are necessary, AGI will provide a minimum of one-week notice to SSI.

E. Should cancellations be necessary, AGI will make every attempt to place the attendees in the same class at another location or into the next scheduled class.

2

7. Minimum volume

A. SSI guarantees AGI a minimum of $10,000 per month net sales. Minimum is to be calculated by averaging the three months prior to the current month.

B. If in the case that billing falls below $10,000, AGI and SSI agree to re-negotiate the agreement.

8. Sales and Marketing Efforts

A. SSI will sell and market all AGI open-enrollment classes, special classes, seminars and conferences. This includes AGI open-enrollment courses scheduled for Lancaster and Blue Bell.

B. SSI will include the AGI logo on its schedule and materials relating to courses instructed by AGI.

C. SSI will offer AGI the right of first refusal for any customized or on-site training on subject areas in which AGI provides training.

D. AGI will include the SSI logo on the AGI web site and also on marketing materials mailed exclusively to the Delaware Valley area. AGI will also make advertising available in the AGI catalog on a space-available basis. National marketing materials are mailed by AGI, and these will not include the SSI logo.

E. SSI may promote that any classes taught by AGI's certified trainers, as being taught by Adobe and Macromedia certified trainers.

F. In no case will SSI advertise individual open-enrollment classes at rates below those listed in the current AGI course catalog.

G. Any and all discounted pricing SSI wishes to consider for bundled classes must be approved by AGI. AGI will consider entering into a separate agreement for bundled courses outside the terms of this agreement.

9. Evaluations

A. SSI will create a web based evaluation form emailed to AGI.

B. SSI will create a form for any class that SSI students attend, and it will create an email that will be sent to both SSI Education and AGI.

C. Remedies for classes that have not satisfied the customer will be handled as follows:
1-Offer the client the same class at a future date.
2-Offer the client a different class worth the same value.
3-If the client has a legitimate complaint, SSI will refund the clients money, and AGI will reverse the charge to SSI.

3

10. SSI Courses

A. AGI will list and resell SSI classes that are not competitive to AGI classes.

B. SSI will provide a schedule to AGI of the SSI course offerings.

C. AGI will receive the same discount structure offered to SSI for SSI classes it sells. AGI must pay all invoices owed to SSI for classes it sells and do so within 30 days to receive this discount.

D. SSI courses may include but are not limited to ColdFusion, FileMakerPro, Final Cut Pro, NT Administration Basics and Intermediate, Ecommerce Basics, Painter, Clients and Profits, Macromedia Director, Premiere and AfterEffects.

E. SSI will not offer open-enrollment classes that compete with AGI course offerings.

F. In the event SSI desires to offer a "new" class (new defined as a course not offered by SSI in the past three years), SSI will grant AGI the right of first refusal. AGI will have 30 days to either accept or decline a written request to develop a class, and an additional 60 days to develop the class, for a total of 90 days from the receipt of written request of class development. In the event AGI cannot accommodate the request by SSI, SSI can search elsewhere to find suitable instruction.

G. SSI will invoice AGI monthly for classes sold by AGI

11. Class Development

SSI and AGI will work together to revise the course curriculum for introductory web classes and other courses as a mutually determined need arises.

12. Confidentiality

SSI and AGI understand that they may receive confidential business information and intellectual property as a part of their workshop relationship. The terms of the previously executed Confidentiality Agreement remain in force, and neither party will use or divulge confidentiality or proprietary business information belonging to the other.

13. Dates

This agreement will begin January 10, 2001 and remain in force until January 10, 2003. Either party may withdraw from the agreement by providing the other party 90 days advance notice of its intent to withdraw from the agreement.

14. Notices

4

Notices under this agreement will be sent by US Mail to the addresses listed on page one
of the agreement.


Intending to be legally bound and affirming that we are authorized to enter into this
agreement, we have applied our signatures below:


_____

Judeann S. Stipe
Sales Manager
American Graphics Institute

Richard Wein
President          5-20-02
SSI

5

05/23/2002  10:51    7175604053                    AMERICAN GRAPHICS IN                    PAGE  01/02



## AGI

205 Granite Run Drive
Suite 120
Lancaster, PA 17601
Phone:   717-560-9339
Fax:      717-560-4053
www.agitraining.com

# Fax Cover Sheet

Number
of Pages
including cover:
_2_

## To:
Name:   Rich Wein
Company:  SSI

## From:
Name:   Judeann Stipe
Company:  AGI
Phone:   717. 560. 9339
Fax:

## Comments:
Signed page attached.

Thank you,
Judeann

05/23/2002 10:51    7175604053    AMERICAN GRAPHICS IN    PAGE 02/02
MAY-20-02 MON 01:22 PM    FAX:    PAGE 6

Notices under this agreement will be sent by US Mail to the addresses listed on page one of the agreement.

Intending to be legally bound and affirming that we are authorized to enter into this agreement, we have applied our signatures below:

Judeann S. Stipe
Sales Manager                5/20/02
American Graphics Institute

Richard Wein
President                5-20-02
SSI

5

**EXHIBIT J**

**From:**   Judeann Stipe [jstipe@agitraining.com]
**Sent:**   Monday, June 21, 2004 7:09 PM
**To:**     Schenkel, Leslie
**Subject:** Re: INDesign Training

HI,

This sounds great, I have July 20th reserved for you.

Talk with you tomorrow.

Thank you,
Judeann Stipe
--
Senior Account Manager
AGI Training
P# 717.560.9339


----------
>From: "Schenkel, Leslie" <lschenkel@ets.org>
>To: "'Judeann Stipe'" <jstipe@agitraining.com>
>Subject: INDesign Training
>Date: Mon, Jun 21, 2004, 4:03 PM
>

> Hi,
> I was out of the office Friday, so now I'm finally getting back to you.
> Let's talk tomorrow about setting up classes for InDesign in August.
> My list of names is increasing  at least by one more class of 8.
>
> So if we did 3 classes each week that should work.
>
> Also, I hope that the one day seminar for July 20th is still an option.
> I think I'll be able to finalize dates with you tomorrow and fill in the
> names later, okay.
>
> Thanks
> Les
>
> Leslie Schenkel
> Manager, Electronic Publishing
> Educational Testing Service
> 609-406-5603

> lschenkel@ets.org
>
>
>
>
> ************************************************************************
> This e-mail and any files transmitted with it may contain privileged or
> confidential information. It is solely for use by the individual for whom
> it is intended, even if addressed incorrectly. If you received this e-mail
> in error, please notify the sender; do not disclose, copy, distribute, or
> take any action in reliance on the contents of this information; and delete
> it from your system. Any other use of this e-mail is prohibited. Thank you
> for your compliance.
>
>
>

**From:**    Judeann Stipe [jstipe@agitraining.com]
**Sent:**    Monday, June 28, 2004 12:11 PM
**To:**      Schenkel, Leslie
**Subject:** Re: InDesign training

Hi Leslie,

I am working from home today. I will call you this afternoon.
I have some other good news to share with you.

Thanks,
Judeann
--
Senior Account Manager
AGI Training
P# 717.560.9339

----------
>From: "Schenkel, Leslie" <lschenkel@ets.org>
>To: "Judeann Stipe (E-mail)" <jstipe@agitraining.com>
>Subject: InDesign training
>Date: Fri, Jun 25, 2004, 1:59 PM
>

> I'm ready to start booking everything.
> InDesign will be 6-7 classes during August
> OSX Demo/CS Suite overview for July 20th.
>
> I will be available to talk Monday around 1:30 or after 3:30.
>
> Looking forward to this!!!
>
> Les
>
> Leslie Schenkel
> Manager, Electronic Publishing
> Educational Testing Service
> 609-406-5603
> lschenkel@ets.org
>
>
>
>

> *************************************************************************
> This e-mail and any files transmitted with it may contain privileged or
> confidential information. It is solely for use by the individual for whom
> it is intended, even if addressed incorrectly. If you received this e-mail
> in error, please notify the sender; do not disclose, copy, distribute, or
> take any action in reliance on the contents of this information; and delete
> it from your system. Any other use of this e-mail is prohibited. Thank you
> for your compliance.
>
>
>

**From:**    Judeann Stipe [jstipe@agitraining.com]
**Sent:**    Thursday, July 01, 2004 2:03 PM
**To:**    "Undisclosed-Recipient:;"@dejazzd.com
**Subject:** Leaving AGI

Hello Friends and Colleagues,

As some of you may know, I am leaving AGI and I wanted to send a quick note as I am unable to speak to each and everyone of you personally.

The last 8 years have been a rewarding and enjoyable experience for me, mostly due to the relationships formed and friends I made along the way. I am taking the summer off to spend with my children and am looking forward to this so much.

AGI has hired Sandra Benedict and she will be your new point of contact. She can be reached at 800-851-9237 or email sbenedict@agitraining.com.

I wish all of you the best and hopefully our paths will cross at some point down the road.
Goodbye for now!

Judeann Stipe

Senior Account Manager
AGI Training
1861 Charter Lane
Lancaster, PA 17601
P#717-560-9339
Want to learn Adobe CS new features fast?
Check out: http://www.agitraining.com/pages/new.html

**EXHIBIT K**

| | |
|---|---|
| **From:** | Judeann Stipe [sales@acquiredlearning.com] |
| **Sent:** | Sunday, July 11, 2004 10:07 AM |
| **To:** | Schenkel, Leslie |
| **Subject:** | Training |

Hi Leslie,

I wanted to make sure you got my earlier email? I was having problems
setting up my new system. Please respond to this email and let me know you
got it.

Also, I really want to thank you for the support you have provided so far.
It means a lot to me to have you follow me and help get things off to a
great start. I am coming down to meet with you soon and lunch is on me!

Thanks,
Judeann

**EXHIBIT L**

**From:** Judeann Stipe [sales@acquiredlearning.com]

**Sent:** Monday, July 12, 2004 1:39 PM

**To:** Schenkel, Leslie

**Subject:** Re: Training

Hi Leslie,

I was reviewing pricing options and wanted to run some prices by you. Would
$1200/day for up to 6 attendees on PC's and $1500 per day for up to 6
attendees on Mac's work? We would supply 6 Mac laptops for the training.
Software would be installed as well.

Let me know and then we can go from here.

Thanks,
Judeann

On 7/12/04 9:14 AM, "Schenkel, Leslie" <lschenkel@ets.org> wrote:

> Got it!!!
>
> and Your Welcome!!!
>
> Leslie
>
> -----Original Message-----
> From: Judeann Stipe [mailto:sales@acquiredlearning.com]
> Sent: Sunday, July 11, 2004 10:07 AM
> To: Schenkel, Leslie
> Subject: Training
>
>
> Hi Leslie,
>
> I wanted to make sure you got my earlier email? I was having problems
> setting up my new system. Please respond to this email and let me know you
> got it.
>
> Also, I really want to thank you for the support you have provided so far.
> It means a lot to me to have you follow me and help get things off to a
> great start. I am coming down to meet with you soon and lunch is on me!
>
> Thanks,
> Judeann
>
>
>
>
> ************************************************************************

> This e-mail and any files transmitted with it may contain privileged or
> confidential information. It is solely for use by the individual for whom
> it is intended, even if addressed incorrectly. If you received this e-mail
> in error, please notify the sender; do not disclose, copy, distribute, or
> take any action in reliance on the contents of this information; and delete
> it from your system. Any other use of this e-mail is prohibited. Thank you
> for your compliance.
>
>

**From:**     Judeann Stipe [sales@acquiredlearning.com]
**Sent:**     Tuesday, July 13, 2004 9:25 AM
**To:**       Schenkel, Leslie
**Subject:** Re: Training

Hi,

I am checking with the instructor for availability, but, think we can do the
week you have listed below.

I will get back to you shortly with a confirmation.

Thanks,
Judeann

On 7/13/04 8:48 AM, "Schenkel, Leslie" <lschenkel@ets.org> wrote:

> I'm going to need 4 mac sessions and 1 pc session before August 18th. Prefer
> the week of Aug 9-13.
> Let me know the dates that are good and I'll arrange the names and training
> room.
>
> Leslie
>
> -----Original Message-----
> From: Judeann Stipe [mailto:sales@acquiredlearning.com]
> Sent: Monday, July 12, 2004 4:31 PM
> To: Schenkel, Leslie
> Cc: Delate-Miller, Laura
> Subject: Re: Training
>
>
> Hi,
>
> The software should be installed by ETS for the PC's.
>
> So, I guess the next step is getting some dates nailed down, What do you
> want to have happen in August and September?
>
> Thanks,
> Judeann
>
> On 7/12/04 2:06 PM, "Schenkel, Leslie" <lschenkel@ets.org> wrote:
>
>> The pricing is very fair.
>> Would you be supplying software for the PCs or do I need to have that
>> pre-loaded on our training machines?
>>
>> Leslie

>>
>> -----Original Message-----
>> From: Judeann Stipe [mailto:sales@acquiredlearning.com]
>> Sent: Monday, July 12, 2004 1:39 PM
>> To: Schenkel, Leslie
>> Subject: Re: Training
>>
>>
>> Hi Leslie,
>>
>> I was reviewing pricing options and wanted to run some prices by you.
> Would
>> $1200/day for up to 6 attendees on PC's and $1500 per day for up to 6
>> attendees on Mac's work? We would supply 6 Mac laptops for the training.
>> Software would be installed as well.
>>
>> Let me know and then we can go from here.
>>
>> Thanks,
>> Judeann
>>
>> On 7/12/04 9:14 AM, "Schenkel, Leslie" <lschenkel@ets.org> wrote:
>>
>>> Got it!!!
>>>
>>> and Your Welcome!!!
>>>
>>> Leslie
>>>
>>> -----Original Message-----
>>> From: Judeann Stipe [mailto:sales@acquiredlearning.com]
>>> Sent: Sunday, July 11, 2004 10:07 AM
>>> To: Schenkel, Leslie
>>> Subject: Training
>>>
>>>
>>> Hi Leslie,
>>>
>>> I wanted to make sure you got my earlier email? I was having problems
>>> setting up my new system. Please respond to this email and let me know
> you
>>> got it.
>>>
>>> Also, I really want to thank you for the support you have provided so
> far.
>>> It means a lot to me to have you follow me and help get things off to a
>>> great start. I am coming down to meet with you soon and lunch is on me!
>>>
>>> Thanks,
>>> Judeann
>>>
>>>
>>>
>>>

```
>>>
> ************************************************************************
>>> This e-mail and any files transmitted with it may contain privileged or
>>> confidential information. It is solely for use by the individual for whom
>>> it is intended, even if addressed incorrectly. If you received this
> e-mail
>>> in error, please notify the sender; do not disclose, copy, distribute, or
>>> take any action in reliance on the contents of this information; and
>> delete
>>> it from your system. Any other use of this e-mail is prohibited. Thank
> you
>>> for your compliance.
>>>
>>>
>>
>>
>>
>> ************************************************************************
>> This e-mail and any files transmitted with it may contain privileged or
>> confidential information. It is solely for use by the individual for whom
>> it is intended, even if addressed incorrectly. If you received this e-mail
>> in error, please notify the sender; do not disclose, copy, distribute, or
>> take any action in reliance on the contents of this information; and
> delete
>> it from your system. Any other use of this e-mail is prohibited. Thank you
>> for your compliance.
>>
>>
>
>
>
> ************************************************************************
> This e-mail and any files transmitted with it may contain privileged or
> confidential information. It is solely for use by the individual for whom
> it is intended, even if addressed incorrectly. If you received this e-mail
> in error, please notify the sender; do not disclose, copy, distribute, or
> take any action in reliance on the contents of this information; and delete
> it from your system. Any other use of this e-mail is prohibited. Thank you
> for your compliance.
>
>
```

**From:** Judeann Stipe [sales@acquiredlearning.com]
**Sent:** Tuesday, July 13, 2004 6:28 PM
**To:** Schenkel, Leslie
**Subject:** Re: Training

Hi,

Brian is available Aug 11,12 & 13 as well as the entire week following.
I have him on hold for the dates until you get back to me. He will also be
calling you to touch base prior to the July 20th session.

Did Sonia get the papers we sent back? Should we send you an invoice via
email? I need to get the 20th listed first and then you and I can get the
other dates lined up. Is it possible to get a credit card payment for the
first session?

I will be home tomorrow, if you are available I will call you to finalize
all of this. Let me know.

Thanks,
Judeann

On 7/13/04 10:58 AM, "Schenkel, Leslie" <lschenkel@ets.org> wrote:

> Updates:
>
> I have reserved a room for Mac training for August 9-13.
> August 10th we can only use it until 2:30.
>
> I have August 16th for PC training.
>
> I hope this works for you cause rooms are getting scarse
>
> -----Original Message-----
> From: Judeann Stipe [mailto:sales@acquiredlearning.com]
> Sent: Tuesday, July 13, 2004 9:25 AM
> To: Schenkel, Leslie
> Subject: Re: Training
>
>
> Hi,
>
> I am checking with the instructor for availability, but, think we can do the
> week you have listed below.
>
> I will get back to you shortly with a confirmation.
>

> Thanks,
> Judeann
>
> On 7/13/04 8:48 AM, "Schenkel, Leslie" <lschenkel@ets.org> wrote:
>
>> I'm going to need 4 mac sessions and 1 pc session before August 18th.
> Prefer
>> the week of Aug 9-13.
>> Let me know the dates that are good and I'll arrange the names and
> training
>> room.
>>
>> Leslie
>>
>> -----Original Message-----
>> From: Judeann Stipe [mailto:sales@acquiredlearning.com]
>> Sent: Monday, July 12, 2004 4:31 PM
>> To: Schenkel, Leslie
>> Cc: Delate-Miller, Laura
>> Subject: Re: Training
>>
>>
>> Hi,
>>
>> The software should be installed by ETS for the PC's.
>>
>> So, I guess the next step is getting some dates nailed down, What do you
>> want to have happen in August and September?
>>
>> Thanks,
>> Judeann
>>
>> On 7/12/04 2:06 PM, "Schenkel, Leslie" <lschenkel@ets.org> wrote:
>>
>>> The pricing is very fair.
>>> Would you be supplying software for the PCs or do I need to have that
>>> pre-loaded on our training machines?
>>>
>>> Leslie
>>>
>>> -----Original Message-----
>>> From: Judeann Stipe [mailto:sales@acquiredlearning.com]
>>> Sent: Monday, July 12, 2004 1:39 PM
>>> To: Schenkel, Leslie
>>> Subject: Re: Training
>>>
>>>
>>> Hi Leslie,
>>>
>>> I was reviewing pricing options and wanted to run some prices by you.
>> Would
>>> $1200/day for up to 6 attendees on PC's and $1500 per day for up to 6
>>> attendees on Mac's work? We would supply 6 Mac laptops for the training.
>>> Software would be installed as well.

>>>
>>> Let me know and then we can go from here.
>>>
>>> Thanks,
>>> Judeann
>>>
>>> On 7/12/04 9:14 AM, "Schenkel, Leslie" <lschenkel@ets.org> wrote:
>>>
>>>> Got it!!!
>>>>
>>>> and Your Welcome!!!
>>>>
>>>> Leslie
>>>>
>>>> -----Original Message-----
>>>> From: Judeann Stipe [mailto:sales@acquiredlearning.com]
>>>> Sent: Sunday, July 11, 2004 10:07 AM
>>>> To: Schenkel, Leslie
>>>> Subject: Training
>>>>
>>>>
>>>> Hi Leslie,
>>>>
>>>> I wanted to make sure you got my earlier email? I was having problems
>>>> setting up my new system. Please respond to this email and let me know
>> you
>>>> got it.
>>>>
>>>> Also, I really want to thank you for the support you have provided so
>> far.
>>>> It means a lot to me to have you follow me and help get things off to a
>>>> great start. I am coming down to meet with you soon and lunch is on me!
>>>>
>>>> Thanks,
>>>> Judeann
>>>>
>>>>
>>>>
>>>>
>>>>
>> ************************************************************************
>>>> This e-mail and any files transmitted with it may contain privileged or
>>>> confidential information. It is solely for use by the individual for
> whom
>>>> it is intended, even if addressed incorrectly. If you received this
>> e-mail
>>>> in error, please notify the sender; do not disclose, copy, distribute,
> or
>>>> take any action in reliance on the contents of this information; and
>>> delete
>>>> it from your system. Any other use of this e-mail is prohibited. Thank
>> you
>>>> for your compliance.
>>>>

>>>>
>>>
>>>
>>>
>>>
> *************************************************************************
>>> This e-mail and any files transmitted with it may contain privileged or
>>> confidential information. It is solely for use by the individual for whom
>>> it is intended, even if addressed incorrectly. If you received this
> e-mail
>>> in error, please notify the sender; do not disclose, copy, distribute, or
>>> take any action in reliance on the contents of this information; and
>> delete
>>> it from your system. Any other use of this e-mail is prohibited. Thank
> you
>>> for your compliance.
>>>
>>>
>>
>>
>>
>> *************************************************************************
>> This e-mail and any files transmitted with it may contain privileged or
>> confidential information. It is solely for use by the individual for whom
>> it is intended, even if addressed incorrectly. If you received this e-mail
>> in error, please notify the sender; do not disclose, copy, distribute, or
>> take any action in reliance on the contents of this information; and
> delete
>> it from your system. Any other use of this e-mail is prohibited. Thank you
>> for your compliance.
>>
>>
>
>
>
> *************************************************************************
> This e-mail and any files transmitted with it may contain privileged or
> confidential information. It is solely for use by the individual for whom
> it is intended, even if addressed incorrectly. If you received this e-mail
> in error, please notify the sender; do not disclose, copy, distribute, or
> take any action in reliance on the contents of this information; and delete
> it from your system. Any other use of this e-mail is prohibited. Thank you
> for your compliance.
>
>

**EXHIBIT M**

Acquired Learning Incorporated

# Invoice

P.O. Box 10803
Lancaster, PA 17605-0803

| Date | Invoice # |
|------|-----------|
| 7/16/2004 | 1 |



Bill To

ETS -Educational Testing Service
Rosedale Road
Princeton, NJ 08541
Attn: ▓▓▓▓▓▓▓▓

| P.O. No. | Terms | Project |
|----------|-------|---------|
| VERBAL | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 4 | On-Site Custom InDesign CS Training - For Mac users<br>August 11, 12, 13 and 17<br>6 Attendees (Equipment provided by Acquired Learning) | 1,500.00 | 6,000.00 |
| 1 | On-Site Custom InDesign CS Training - For PC users<br>August 16<br>6 Attendees (Equipment provided by client) | 1,200.00 | 1,200.00 |

Please remit to above address.

| | Total | $7,200.00 |
|--|-------|-----------|

ALI00055

Acquired Learning Incorporated

# Invoice

P.O. Box 10803
Lancaster, PA 17605-0803

| Date | Invoice # |
|------|-----------|
| 7/16/2004 | 2 |

**Bill To**

ETS -Educational Testing Service
Rosedale Road
Princeton, NJ 08541
Attn: ▮▮▮▮▮▮▮▮

PAID

| P.O. No. | Terms | Project |
|----------|-------|---------|
| VERBAL | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | On-Site Training | 1,500.00 | 1,500.00 |

| | Total | $1,500.00 |
|--|-------|-----------|

ALI00056

**<u>EXHIBIT N</u>**



News

May 3, 2005
**Acquired Learning Announces Plans for New Boston Office**
Acquired Learning, Inc., an Adobe-authorized training provider based in Lancaster, PA, today announced that they have retained a local real estate broker in Cambridge Massachusetts for property assessment in the metro Boston area. *"The New England area is a huge technology corridor and companies need software training,"* states Clark Edwards, president of Acquired Learning. *"We plan to provide world-class quality software training in a convenient Boston location."* The company is also aggressively searching for qualified instructors and sales staff. Interested persons are asked to email resumes to Mr. Edwards.

April 27, 2005
**Acquired Learning Opens New San Diego Office**
**Acquired Learning, Inc.** is pleased to announce the opening of their newest training office in San Diego, CA. The office, located at 935 Orange Ave, Coronado, will position Acquired Learning to be the leading training provider in Southern California. Darin Andersen has been retained to handle the entire Southern California market for the company. *"We are excited by the prospect of providing services in California,"* says Clark Edwards, president of the company, *"and we feel that Mr. Andresen brings a level of experience and knowledge that bests serves the So Cal market. We are also looking for instructors to fill several key positions in the San Diego market."* Interested instructors are asked to email Mr. Edwards.

December 21, 2004
**Acquired Learning outlines expansion plans**
**Acquired Learning, Inc.** a national software training company, has announced **plans for expansion** during the first half of 2006. *"We are currently looking at classroom space in San Diego, Minneapolis, Phoenix, Austin, and Houston,"* states Clark Edwards, president of Acquired Learning. *"We have been spending a lot of time traveling and researching available space in these markets. We are also actively seeking trainers in these areas as well."* The new classrooms will add to the existing training centers in Lancaster, PA, King of Prussia (Philadelphia), PA, and Richmond, VA.

December 14, 2004
**Acquired Learning announces major investor**
**Acquired Learning, Inc.** a national software training company, has announced they have **secured working capital** from a major investor. The influx of working capital will allow Acquired Learning to **aggressively expand** its software training operations. *"We are excited by this investor's confidence in our staff to allow us to become the nations largest software training company by end of 2006,"* states Acquired Learning's president Clark Edwards.

December 8, 2004
**Acquired Learning opens new classroom facility in Lancaster, PA**
**Acquired Learning** is pleased to announce its **new state-of-the-art training center** in the **Greenfield Corporate Center**. Located at **1861 Charter Lane, Suite 105**, the new facility boasts two classrooms and the ability to teach both large and small classes, offer one-on-one and one-on-two training, as well as seminars. It will also house the Northeast Region corporate offices.

October 1, 2004
**Acquired Learning establishes EDUCATION and SOFTWARE TRAINING Partnership**
**Systems Solutions Incorporated** (SSI)(www.ssi-net.com) is proud to announce their re-entry into the Software Education and Training segment. SSI has partnered with **Acquired Learning Incorporated** (ALI) to provide hands-on, customized and advanced software training designed to meet your needs in the ever-changing

software environment.

September 25, 2004
**Acquired Learning Opens Richmond, VA Offices**
Acquired Learning is happy to announce the opening of two Richmond, VA training classrooms. Classes have been scheduled up to the end of 2004. Contact Clark Edwards at 717-735-3850 or clark@acquiredlearning.com for more information.

©Copyright 2005 Acquired Learning, Inc. All rights reserved.

**EXHIBIT O**



| Home | Locations | Classroom Schedule | About Us | News | Contact Us |

## Locations

Acquired Learning has Authorized Instructors located throughout the United States. And we can travel anywhere in the world for your on-site training. Just email us for customized on-site training!

We have classrooms in the following cities

**Lancaster, PA**
**in the Greenfield Corporate Center**
**1861 Charter Lane, Suite 105**



**Philadelphia, PA**
**on the SSI Campus in King of Prussia**
**376 Crooked Lane**



**San Diego, CA**
**935 Orange Ave., Suite B, Coronado**

**In Philadelphia, Acquired Learning has partnered with SSI!**
**Our state-of-the-art classroom is located at**
**376 Crooked Lane, King of Prussia.**



Directions to the classroom are here.

**Richmond, VA**



We are aggressively opening new office locations weekly. Watch for our newest locations in the following cities:

**Baltimore MD**
**Washington DC**
**Raleigh/Durham, NC**
**San Francisco, CA**