UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN GRAPHICS INSTITUTE, INC., and CHRISTOPHER SMITH,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ACQUIRED LEARNING, INC., SYSTEMS SOLUTION, INC., JUDEANN STIPE, DEAN NOVOSAT, CLARK EDWARDS, and RICHARD WEIN,<br><br>　　　　Defendants. | Civil Action No. 04-12611-JLT |

**ASSENTED-TO MOTION FOR ENLARGEMENT OF
TIME TO FILE RESPONSIVE PLEADING**

　　The plaintiffs, American Graphics Institute, Inc. and Christopher Smith, hereby move for an extension of the time within which they must serve their response to Defendants' Motion to Quash Third-Party Subpoenas and for a Protective Order to Use Discovery for Litigation Purposes Only to and including Monday, September 12, 2005.

　　As reason therefore, the plaintiffs state that they are in the process of compiling the requisite affidavits and evidence, and such counsel needs additional time to assist in the preparation of a responsive pleading.

　　Counsel for defendants assents to this enlargement of time.

　　WHEREFORE, the plaintiffs respectfully request an enlargement of time to and including Monday, September 12, 2005 within which to serve their response to the

Defendants' Motion to Quash Third-Party Subpoenas and for a Protective Order to Use Discovery for Litigation Purposes Only.

|  |  |
|---|---|
|  | AMERICAN GRAPHICS INSTITUTE, INC., and CHRISTOPHER SMITH |
|  | By their attorneys, |
| Dated: September 9, 2005 | /s/ Giovanna Fessenden<br>John L. DuPré   (BBO No. 549659)<br>Giovanna H. Fessenden (BBO No. 654681)<br>Hamilton, Brook, Smith & Reynolds, P.C.<br>530 Virginia Road<br>P.O. Box 9133<br>Concord, Massachusetts 01742-9133<br>Telephone: (978) 341-0036<br>Facsimile: (978) 341-0136 |

The defendants, Acquired Learning, Inc., Systems Solution, Inc., Judeann Stipe, Dean Novosat, Clark Edwards and Richard Wein, hereby assent to the within motion.

/s/ Jason W. Morgan
Jason W. Morgan (BBO No. 633802)
175 Derby Street, Suite 30
Hingham, MA 02043
(781) 749-7200

Dated: September 9, 2005

573602_1.DOC