UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN GRAPHICS INSTITUTE, INC., and CHRISTOPHER SMITH,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ACQUIRED LEARNING, INC., SYSTEMS SOLUTION, INC., JUDEANN STIPE, DEAN NOVOSAT, CLARK EDWARDS, and RICHARD WEIN,<br><br>　　　　Defendants. | Civil Action No. 04-12611-JLT |

### AFFIDAVIT OF GIOVANNA H. FESSENDEN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO QUASH THIRD-PARTY SUBPOENAS AND FOR A PROTECTIVE ORDER

GIOVANNA H. FESSENDEN states under oath as follows:

　　1.　　I am an attorney admitted to practice before the Supreme Judicial Court of the Commonwealth of Massachusetts and before this Court. I make this affidavit in support of Plaintiffs' Opposition To Defendants' Motion To Quash Third-Party Subpoenas And For A Protective Order.

　　2.　　Attached as Exhibit A is a true and accurate copy of a May 9, 2005 letter from our office to Defendants' prior counsel inquiring as to missing documents in Defendants' Initial Disclosures.

　　3.　　Attached as Exhibit B is a true and accurate copy of an August 3, 2005 e-mail from Defendants' counsel in which they consent to the filing of the Agreed-Upon Protective Order.

4.     Attached as Exhibit B is a true and accurate copy of a July 21, 2005 e-mail in which Defendants' prior counsel agrees that a "single tier" of confidentiality is appropriate for this case.

Signed this 12th day of September 2005 under the pains and penalties of perjury.

/s/ Giovanna H. Fessenden
Giovanna H. Fessenden

574062

**Exhibit A**

HAMILTON
BROOK
SMITH &
REYNOLDS, P.C.

PATENTS, TRADEMARKS
COPYRIGHTS & LITIGATION

530 VIRGINIA ROAD
P.O. BOX 9133
CONCORD, MA 01742-9133
TEL (978) 341-0036
FAX (978) 341-0136
www.hbsr.com

MUNROE H. HAMILTON
(1906-1984)

DAVID E. BROOK
JAMES M. SMITH
LEO R. REYNOLDS
JOHN L. DUPRÉ
DAVID J. BRODY
MARY LOU WAKIMURA
ALICE O. CARROLL
N. SCOTT PIERCE
HELEN E. WENDLER
SUSAN G. L. GLOVSKY
DOREEN M. HOGLE
ROBERT T. CONWAY
RODNEY D. JOHNSON
DAVID J. THIBODEAU, JR.
ANNE J. COLLINS
TIMOTHY J. MEAGHER
STEVEN G. DAVIS
DEIRDRE E. SANDERS

MICHAEL J. BADZINSKI
SANDRA A. BROCKMAN-LEE
SETH M. CANNON
F. JAMES COE
CHRISTINE M. DOE
COLIN C. DURHAM
CAROL A. EGNER
GIOVANNA FESSENDEN
CAROLINE M. FLEMING
LUCY LUBASHEV
JOSEPH M. MARAIA
MARY K. MURRAY
KEVIN T. SHAUGHNESSY
CHARLTON SHEN
MARK B. SOLOMON
TROY T. SVIHL
RALPH TREMENTOZZI
DARRELL L. WONG
KEITH J. WOOD

OF COUNSEL
ELIZABETH W. MATA

PATENT AGENTS
SUSAN M. ABELLEIRA
ALEXANDER AKHIEZER
KRAIG ANDERSON
VIVIEN J. TANNOCH-MAGIN
PAMELA A. TORPEY
KAREN J. TOWNSEND
ROBERT H. UNDERWOOD

TECHNOLOGY SPECIALISTS
KAMILAH ALEXANDER
PAUL G. ALLOWAY
ERIC M. BALICKY
SUSAN C. KELLY
BOOYONG SHIM LIM
MICHAEL M. YAMAUCHI

MICHAEL KEWESHAN
ADMINISTRATIVE DIRECTOR

BARBARA J. FORGUE
ADMINISTRATOR OF
PATENT AND
TRADEMARK PRACTICE

May 9, 2005

<u>Via Facsimile and First Class Mail</u>

Esme Caramello, Esq.
Holland & Knight LLP
10 St. James Avenue, 11th Floor
Boston, MA 02116

Re:   American Graphics Institute, Inc., et al v.
      Acquired Learning, Inc., et al.
      U.S. District Court for the District of Massachusetts,
      <u>C.A. No. 04 12611 JLT</u>

Dear Esme:

This letter is in response to your letter of April 26, 2005, sent to Giovanna Fessenden. I will be working with Ms. Fessenden and Mr. DuPré on this matter and entered my appearance today.

We have reviewed the initial disclosure documents that you have produced, and we would like to identify some of the deficiencies we have seen in this production. First, we note that the documents you produced are numbered from ALI 00001 to ALI 00716, however, no document numbered ALI 00164 was produced. Please provide us with document number ALI 00164.

Second, there are several documents that should have been produced pursuant to Judge Tauro's March 24, 2005 Discovery Order, Local Rule 26.2(A) and Rule 26(a)1(B), that we do not see in the production. Specifically, these documents include:

1.   Communications with MBNA, Educational Testing Services ("ETS"), and Colgate University, including, for each of these entities, the training that was purchased, the identity of individuals at the entity who participated in purchasing the training and who received training, and the course materials, curriculum, handouts, and electronic files provided for training at each entity;

Esme Caramello, Esq.
May 9, 2005
Page 2

2. Sales that were made by Acquired Learning and Systems Solution in January, February, and March of 2005 (We note that the defendants used the copyrighted promotional materials through December 2004. Therefore, we expect that sales made in the first three months of this year fall within the scope of documents to be produced under the Local Rule); and

3. Employment records for Judeann Stipe, and her phone records, including any calls to ETS from the time she began doing any work for ALI until March, 2005, including any telephone calls from her home.

These documents are relevant to disputed facts alleged with particularity in the pleadings, and they are important to our assessment of the counterproposal we received from your office. Therefore, we hope that we will receive these documents as soon as possible to assist in arriving at a resolution of this matter.

Very truly yours,

Susan G. L. Glovsky

SGLG/sdm

cc: James D. Smeallie, Esq.

548140_1.DOC

**Exhibit B**

Case 1:04-cv-12611-JLT    Document 64-3    Filed 09/12/2005    Page 1 of 3

# Giovanna Fessenden

**From:** Jason Morgan [jmorgan@dhtmlaw.com]
**Sent:** Wednesday, August 03, 2005 3:08 PM
**To:** Giovanna Fessenden
**Cc:** John DuPre
**Subject:** RE: Joint Motion for Protective Order

```
The motion looks fine.  You are authorized to file on my behalf.

Thanks
Jason

Jason W. Morgan, Esq.
Drohan, Hughes, Tocchio & Morgan, P.C.
175 Derby Street, Suite 30
Hingham, MA 02043
Tel:    (781) 749-7200
Fax:    (781) 740-4335
jmorgan@dhtmlaw.com


-----Original Message-----
From: Giovanna Fessenden [mailto:Giovanna.Fessenden@hbsr.com]
Sent: Wednesday, August 03, 2005 3:00 PM
To: Jason Morgan
Cc: John DuPre
Subject: Joint Motion for Protective Order

Jason,

Attached is a draft motion for a protective order.

We recently received a copy of the executed protective order from Esme. A copy of which is
attached as Exhibit A.

Please review the attached motion to confirm that it is acceptable.  If it is acceptable,
we will sign your name to the assent, and file it with the court.

Thanks,
Giovanna


Giovanna H. Fessenden, Esq.
Hamilton, Brook, Smith & Reynolds, P.C.
530 Virginia Road
P.O. Box 9133
Concord, MA 01742-9133
Tel.: (978) 341-0036 (ext. 3466)
Direct: (978) 202-3466
Fax.: (978) 341-0136
email: giovanna.fessenden@hbsr.com
http://www.hbsr.com/


**********************************************************************
This email and any files transmitted with it are confidential and intended solely for the
use of the individual or entity to whom they are addressed. If you have received this
email in error please notify the system manager.

This footnote also confirms that this email message has been swept by MIMEsweeper for the
```

1

```
presence of computer viruses.

www.mimesweeper.com
Mail System HBSR
*********************************************************************
```

**Exhibit C**

**Giovanna Fessenden**

| | |
|---|---|
| **From:** | esme.caramello@hklaw.com |
| **Sent:** | Thursday, July 21, 2005 3:13 PM |
| **To:** | Giovanna Fessenden |
| **Subject:** | Protective order edits |


DVComparison_Active_3077587_1-...


acquired learning - version 2 ...

```
            Giovanna,

Attached are clean and redlined versions of the protective order with our proposed edits.
In the end, I came to agree with you that a single tier was appropriate in this case.

Please let me know if the modified order is satisfactory.

Thank you.

 <<DVComparison_Active_3077587_1-Active_3077587_2.DOC>>  <<acquired learning - version 2 -
stipulated protective order.DOC>>

Esme Caramello
Holland + Knight
10 St. James Avenue
Boston, MA  02116
Tel.    (617) 305-2072
Fax    (617) 523-6850
Email  esme.caramello@hklaw.com

www.hklaw.com

NOTICE:  This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended
solely for the use of the individual(s) to whom it is addressed.  If you believe you
received this e-mail in error, please notify the sender immediately, delete the e-mail
from your computer and do not copy or disclose it to anyone else.  If you are not an
existing client of H&K, do not construe anything in this e-mail to make you a client
unless it contains a specific statement to that effect and do not disclose anything to H&K
in reply that you expect it to hold in confidence.  If you properly received this e-mail
as a client, co-counsel or retained expert of H&K, you should maintain its contents in
confidence in order to preserve the attorney-client or work product privilege that may be
available to protect confidentiality.
```