UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN GRAPHICS INSTITUTE, INC., and CHRISTOPHER SMITH<br><br>Plaintiffs,<br>v.<br><br>ACQUIRED LEARNING, INC., SYSTEMS SOLUTION, INC., JUDEANN STIPE, DEAN NOVOSAT, CLARK EDWARDS, and RICHARD WEIN,<br><br>Defendants. | Civil Action No. 04-12611-JLT |

## STIPULATION OF DISMISSAL OF COUNTS II, III, IV, V, VI AND VII UNDER RULE 41(a)(1) FED. R. CIV. P., WITHOUT PREJUDICE

The parties by their undersigned counsel, hereby stipulate to the dismissal of Counts II, III, IV, V, VI and VII of this action, without prejudice.

| | |
|---|---|
| The defendants, Acquired Learning, Inc., Systems Solution, Inc., Judeann Stipe, Dean Novosat, Clark Edwards and Richard Wein, hereby assent to the dismissal. | AMERICAN GRAPHICS INSTITUTE, INC, AND CHRISTOPHER SMITH<br><br>By their attorneys, |
| /s/ Jason W. Morgan<br>Jason W. Morgan (BBO No. 633802)<br>175 Derby Street, Suite 30<br>Hingham, MA 02043<br>(781) 749-7200 | /s/ Giovanna H. Fessenden<br>John L. DuPré (BBO No. 549659)<br>Giovanna H. Fessenden (BBO No. 654681)<br>Hamilton, Brook, Smith & Reynolds, P.C.<br>530 Virginia Road<br>P.O. Box 9133<br>Concord, Massachusetts 01742-9133<br>Telephone: (978) 341-0036<br>Facsimile: (978) 341-0136 |

Dated: September 16, 2005

574658