UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN GRAPHICS INSTITUTE, INC., and CHRISTOPHER SMITH,<br><br>Plaintiffs,<br><br>v.<br><br>ACQUIRED LEARNING, INC., SYSTEMS SOLUTION, INC., JUDEANN STIPE, DEAN NOVOSAT, CLARK EDWARDS, and RICHARD WEIN,<br><br>Defendants. | Civil Action No. 04-12611-JLT |

**JOINT MOTION TO CONTINUE STATUS CONFERENCE**

The parties, through counsel, hereby move to continue the Status Conference, which is currently scheduled for October 18, 2005. As grounds for this request, the parties state that they are currently engaged in negotiations to resolve this matter. Accordingly, both parties believe that in the interest of judicial economy and to the mutual benefit of the parties, the Status Conference should be continued until December 2005, pending the outcome of settlement negotiations.

WHEREFORE, the parties respectfully request to continue the Scheduling Conference to a date convenient with the Court but not until at least December, 2005. The parties propose the following dates:

December 5, 2005;

December 12, 2005; and

December 19, 2005.

| | |
|---|---|
| The defendants, Acquired Learning, Inc., Systems Solution, Inc., Judeann Stipe, Dean Novosat, Clark Edwards and Richard Wein, hereby assent to the continuance. | AMERICAN GRAPHICS INSTITUTE, INC, AND CHRISTOPHER SMITH<br><br>By their attorneys, |
| /s/ Jason W. Morgan<br>Jason W. Morgan (BBO No. 633802)<br>Drohan, Hughes, Tocchio & Morgan, P.C.<br>175 Derby Street, Suite 30<br>Hingham, MA 02043<br>(781) 749-7200 | /s/ Giovanna H. Fessenden<br>John L. DuPré (BBO No. 549659)<br>Giovanna H. Fessenden (BBO No. 654681)<br>Hamilton, Brook, Smith & Reynolds, P.C.<br>530 Virginia Road<br>P.O. Box 9133<br>Concord, Massachusetts 01742-9133<br>Telephone: (978) 341-0036<br>Facsimile: (978) 341-0136 |

Dated: October 11, 2005

578303_1.DOC