# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**AMERICAN GRAPHICS,**
    **Plaintiff,**

    **V**                      **CA 04-12611-JLT**

**ACQUIRED LEARNING SYSTEMS, INC.**
**ET AL,**
   **Defendants.**

## SETTLEMENT ORDER OF DISMISSAL

**TAURO, D.J.**

The court having been advised on December 5, 2005 by counsel for the parties that the above action has been settled:    IT IS ORDERED that this action is hereby dismissed without prejudice to reconsideration and possible re-opening if within **60** days of this order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

                                                              Zita Lovett
                                                             /s/

                                                             **Deputy Clerk**

December 5, 2005