Case 1:04-cv-12611-JLT   Document 69   Filed 01/25/2006   Page 1 of 3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN GRAPHICS INSTITUTE, INC., and CHRISTOPHER SMITH,<br><br>Plaintiffs,<br><br>v.<br><br>ACQUIRED LEARNING, INC., SYSTEMS SOLUTION, INC., JUDEANN STIPE, DEAN NOVOSAT, CLARK EDWARDS, and RICHARD WEIN,<br><br>Defendants. | Civil Action No. 04-12611-JLT |

**FINAL ORDER AND JUDGMENT ON CONSENT
AGAINST SYSTEM SOLUTIONS, INC.**

The parties hereto having agreed to settle the matters at issue, and to the entry of this Order and Judgment on Consent,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. This Court has jurisdiction over the defendants, and over the subject matter at issue.

2. The plaintiff, American Graphics Institute, Inc., ("AGI") owns and controls the copyrights in a website, authored by AGI and found at or through the URL, www.agitraining.com, for which the Register of Copyrights has duly issued Registration Certificate Nos. TX 6-052-029 and TX 6-062-024 (collectively, the "Copyrighted Works").

Allowed
/s/ Tauro J
1/26/06

1

3. The defendant, Systems Solution, Inc. ("SSI"), operates a website found at or through the URL www.ssi-net.com (the "SSI Website"). By including content in the SSI Website substantially similar to copyrighted content from AGI's Copyrighted Works, SSI innocently and unintentionally infringed AGI's Copyrighted Works.

4. SSI, and any entity through which it does business, including its officers, agents, servants, employees, and attorneys, and all persons in active concert or participation with any of them who receive actual notice of this Order and Judgment by personal service or otherwise, are hereby permanently and finally:

(a) ordered to remove all copies of content from the Copyrighted Works from their computer files, hard drives, servers, diskettes, backups, and course materials;

(b) ordered to destroy all infringing and unauthorized materials, including all discs, drives or other storage or print media, that contain infringing copies of content from Copyrighted Works;

(c) enjoined from further infringement of the Copyrighted Works; and

(d) ordered to take commercially reasonable measures to remove content from the Copyrighted Works from the Internet and any and all other electronic storage media that was derived from any material placed on the Internet by any of them, including the web site at www.ssi-net.com and any other web site maintained by any of them and, further, to assist and cooperate with plaintiff AGI in removing from the Internet any and all content from the Copyrighted Works that was derived from any material placed on the Internet by any of them.

5.  The jurisdiction of this Court shall be retained to enforce this Order and Judgment on Consent.

ENTERED this 2(7th day of Jan, 2006, at Boston, Massachusetts.

United States District Judge

Approved on behalf of the Plaintiffs
American Graphics Institute, Inc. and
Christopher Smith,

Approved on behalf of the Defendant
Systems Solution, Inc.,

/s/ Giovanna H. Fessenden
John L. DuPré BBO No. 549659
Susan G. L. Glovsky BBO No. 195880
Giovanna H. Fessenden BBO No. 654681
Hamilton, Brook, Smith & Reynolds, P.C.
530 Virginia Road
P.O. Box 9133
Concord, Massachusetts 01742-9133
Telephone: (978) 341-0036
Facsimile: (978) 341-0136

Attorneys for Plaintiffs

/s/ Jason W. Morgan
Jason W. Morgan BBO No. 633802
Drohan, Hughes, Tocchio & Morgan, P.C.
175 Derby Street, Suite 30
Hingham, Massachusetts 02043
Tel.: (781) 749-7200
Fax: (781) 740-4335

Attorneys for Defendant

601030