Case 1:04-cv-12611-JLT   Document 68   Filed 01/25/2006   Page 1 of 3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN GRAPHICS INSTITUTE, INC., and CHRISTOPHER SMITH,<br><br>Plaintiffs,<br><br>v.<br><br>ACQUIRED LEARNING, INC., SYSTEMS SOLUTION, INC., JUDEANN STIPE, DEAN NOVOSAT, CLARK EDWARDS, and RICHARD WEIN,<br><br>Defendants. | Civil Action No. 04-12611-JLT |

### FINAL ORDER AND JUDGMENT ON CONSENT AGAINST ACQUIRED LEARNING, INC.

The parties hereto having agreed to settle the matters at issue, and to the entry of this Order and Judgment on Consent,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1.　This Court has jurisdiction over the defendants, and over the subject matter at issue.

2.　The plaintiff, American Graphics Institute, Inc., ("AGI") owns and controls the copyrights in a website, authored by AGI and found at or through the URL, www.agitraining.com, for which the Register of Copyrights has duly issued Registration Certificate Nos. TX 6-052-029 and TX 6-062-024 (collectively, the "Copyrighted Works").



3.      The defendant, Acquired Learning, Inc. ("Acquired") operates a website found at or through the URL www.acquiredlearning.com (the "Acquired Website"). By including content in the Acquired Website substantially similar to copyrighted content from AGI's Copyrighted Works, Acquired infringed AGI's Copyrighted Works.

4.      Acquired, and any entity through which it does business, its officers, agents, servants, employees, and attorneys, and all persons in active concert or participation with any of them who receive actual notice of this Final Order and Judgment by personal service or otherwise, are hereby permanently and finally:

(a)     ordered to remove all copies of content from the Copyrighted Works from its computer files, hard drives, servers, diskettes, backups, and course materials;

(b)     ordered to destroy all infringing and unauthorized materials, including all discs, drives or other storage or print media, that contain infringing copies of content from Copyrighted Works;

(c)     enjoined from further infringement of the Copyrighted Works; and

(d)     ordered to take commercially reasonable measures to remove content from the Copyrighted Works from the Internet and any and all other electronic storage media that was derived from any material placed on the Internet by them, including the web site at www.acquiredlearning.com and any other web site maintained by any of them and, further, to assist and cooperate with plaintiff AGI in removing from the Internet any and all content from the Copyrighted Works that was derived from any material placed on the Internet by them.

5. The jurisdiction of this Court shall be retained to enforce this Order and Judgment on Consent.

ENTERED this 2 day of Feb, 2006, at Boston, Massachusetts.

_____
United States District Judge

| | |
|---|---|
| Approved on behalf of the Plaintiffs American Graphics Institute, Inc. and Christopher Smith, | Approved on behalf of the Defendant Acquired Learning, Inc., |
| /s/ Giovanna H. Fessenden<br>John L. DuPré BBO No. 549659<br>Susan G. L. Glovsky BBO No. 195880<br>Giovanna H. Fessenden BBO No. 654681<br>Hamilton, Brook, Smith & Reynolds, P.C.<br>530 Virginia Road<br>P.O. Box 9133<br>Concord, Massachusetts 01742-9133<br>Telephone: (978) 341-0036<br>Facsimile: (978) 341-0136 | /s/ Jason W. Morgan<br>Jason W. Morgan BBO No. 633802<br>Drohan, Hughes, Tocchio & Morgan, P.C.<br>175 Derby Street, Suite 30<br>Hingham, Massachusetts 02043<br>Tel.:  (781) 749-7200<br>Fax:  (781) 740-4335 |
| Attorneys for Plaintiffs | Attorneys for Defendant |

601027