UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN GRAPHICS INSTITUTE, INC., and CHRISTOPHER SMITH, <br><br> Plaintiffs, <br> v. <br><br> ACQUIRED LEARNING, INC., SYSTEMS SOLUTION, INC., JUDEANN STIPE, DEAN NOVOSAT, CLARK EDWARDS, and RICHARD WEIN, <br><br> Defendants. | Civil Action No. 04-12611-JLT |

## STIPULATION OF DISMISSAL OF JUDEANN STIPE UNDER RULE 41 FED. R. CIV. P., WITHOUT PREJUDICE

The parties, by their undersigned counsel, hereby stipulate to the dismissal of Judeann Stipe in this action, without prejudice.

| | |
|---|---|
| JUDEANN STIPE | AMERICAN GRAPHICS INSTITUTE, INC, AND CHRISTOPHER SMITH |
| By her attorneys, | By their attorneys, |
| /s/ Jason W. Morgan | /s/ Giovanna H. Fessenden |
| Jason W. Morgan (BBO No. 633802) <br> Drohan, Hughes, Tocchio & Morgan, P.C. <br> 175 Derby Street, Suite 30 <br> Hingham, MA 02043 <br> (781) 749-7200 | John L. DuPré (BBO No. 549659) <br> Giovanna H. Fessenden (BBO No. 654681) <br> Hamilton, Brook, Smith & Reynolds, P.C. <br> 530 Virginia Road <br> P.O. Box 9133 <br> Concord, Massachusetts 01742-9133 <br> Telephone: (978) 341-0036 <br> Facsimile: (978) 341-0136 |

Dated: February 8, 2006

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 8, 2006.

/s/ Giovanna H. Fessenden

590586_1.DOC

2