UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN GRAPHICS INSTITUTE, INC., and CHRISTOPHER SMITH,<br><br>Plaintiffs,<br>v.<br><br>ACQUIRED LEARNING, INC., SYSTEMS SOLUTION, INC., JUDEANN STIPE, DEAN NOVOSAT, CLARK EDWARDS, and RICHARD WEIN,<br><br>Defendants. | Civil Action No. 04-12611-JLT |

## STIPULATION OF DISMISSAL OF RICHARD WEIN UNDER RULE 41 FED. R. CIV. P., WITHOUT PREJUDICE

The parties, by their undersigned counsel, hereby stipulate to the dismissal of Richard Wein in this action, without prejudice.

RICHARD WEIN

By his attorneys,

/s/ Jason W. Morgan
Jason W. Morgan (BBO No. 633802)
Drohan, Hughes, Tocchio & Morgan, P.C.
175 Derby Street, Suite 30
Hingham, MA 02043
(781) 749-7200

AMERICAN GRAPHICS INSTITUTE, INC.
AND CHRISTOPHER SMITH

By their attorneys,

/s/ Giovanna H. Fessenden
John L. DuPré (BBO No. 549659)
Giovanna H. Fessenden (BBO No. 654681)
Hamilton, Brook, Smith & Reynolds, P.C.
530 Virginia Road
P.O. Box 9133
Concord, Massachusetts 01742-9133
Telephone: (978) 341-0036
Facsimile: (978) 341-0136

Dated: February 8, 2006

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 8, 2006.

                                                      /s/ Giovanna H. Fessenden

603298